**LAW OFFICES OF WAZHMA MOJADDIDI**
**WAZHMA MOJADDIDI**
7112 Agora Way
El Dorado Hills, CA 95762
Phone: (916) 939-7357
Fax: (916) 939-2721

**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Phone: (916) 444-5557
Fax: (916) 444-5558

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR. NO. S-05-240 GEB |
| Plaintiff, ) | **[PROPOSED ORDER]** |
| vs. ) | |
| HAMID HAYAT, ) | |
| Defendant. ) | |

Pursuant to a request by Defendants Hamid Hayat and Umer Hayat, with no objection from the United States Marshall Service and Assistant United States Attorneys Robert S. Tice-Raskin and Laura Ferris, IT IS HEREBY ORDERED that Defendants Hamid Hayat and Umer Hayat shall be permitted to jointly meet with their respective counsel, Wazhma Mojaddidi and Johnny L. Griffin, III on an ongoing basis at the Sacramento County Jail where they are currently detained.

DATED: October 4, 2005                    /s/ Garland E. Burrell, Jr.
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge