LAW OFFICES OF
# JOHNNY L. GRIFFIN, III

1010 F STREET, SUITE 200
SACRAMENTO, CALIFORNIA 95814
TELEPHONE (916) 444-5557
FACSIMILE (916) 444-5558

June 20, 2005

**VIA HAND DELIVERY**

R. Steven Lapham
Assistant U.S. Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814

Re:  **United States v. Umer Hayat**
     Cr.S-0240-GEB

Dear Mr. Lapham:

Please allow this to serve as my formal request, pursuant to Local Rule 440, for full and complete discovery in the above referenced matter. Further, I request that if the government elects to provide redacted, summary or substitute discovery in lieu of original copies, it specifically identifies the discovery that has been otherwise substituted and provides the legal basis for such substitution.

I specifically request the following discovery from all government agencies, including but not limited to, the Federal Bureau of Investigation, the Bureau of Alcohol Tobacco and Firearms, the Bureau of Immigration and Customs Enforcement, the Department of Homeland Security, the Department of Transportation, the Department of State, the Department of Defense, the Central Intelligence Agency, the Joint Terrorism Task Force, San Joaquin Sheriff's Department, and the Lodi Police Department.

I.  Items covered by Federal Rule of Criminal Procedure 16 (a)(1)(A)(B)(C) and (D), including, but not limited to:

   1. All oral, written, or recorded statements or testimony made by defendant, which is in the possession, custody, or control of the government and its agencies, or which could become known by the exercise of due diligence.

   2. Any statement made by defendant to any law enforcement officer, government agent, informant, or other third party. This request includes any statement by defendant subsequently incorporated into any report, memorandum, transcript, or other

Discovery Request –                                                                                      1

LAW OFFICES OF
JOHNNY L. GRIFFIN, III

document prepared by any of the above-listed individuals. This request also includes any statement by defendant which is repeated or reported in any subsequent oral, written, or recorded statement by any of the above-listed individuals. **This request specifically includes any and all reports concerning defendant and any and all statements concerning defendant made during debriefings of others including, but not limited to, statements made in connection with other criminal or other governmental investigations.**

3. A current copy of the defendant's prior criminal record. This record should include all arrests and convictions relevant to any sentencing issues under Chapter Four of the United States Sentencing Commission Guidelines.

4. A copy of (or reasonable opportunity to inspect and copy) any books, papers, documents, photographs, or tangible objects from or belonging to the defendant.

5. A copy of (or reasonable opportunity to inspect and copy) any books, papers, documents, photographs, or tangible objects which will be used in the government's case in chief. This includes not only documents that will be marked and offered into evidence, but also documents or tangible objects that will be referred to in any way by any witness called by the government during its case in chief. <u>We request that any documents or tangible objects in this category be specifically identified from among any other records that may be produced in order to enable the defense to prepare effectively for trial and to move to suppress any evidence the government intends to use in its case in chief.</u>

6. A copy of (or reasonable opportunity to insect and copy) any books, papers, documents, photographs, or tangible objects which are material to the preparation of the defendant's case at trial or at sentencing.

7. Disclosure of the names and identity of expert witnesses the government intends to call at trial, their qualifications, subject of testimony, and reports.

8. The results of tests, examinations, or experiments which are intended for use by the government as evidence in chief at trial, or which are material to the preparation of this defendant's defense. This latter category includes any examinations or tests done by the government that are incomplete, inconclusive, or not intended to be used by the government at trial.

9. A copy of all tapes of conversations and conferences with the informant.

10. A copy of all Rap Sheets.

II   Defendant also requests disclosure of any evidence in the government's possession, or which comes to the attention of the government, which would be favorable to this defendant on the issues of guilt or sentencing pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny. This evidence includes the following:

Discovery Request –                                                                                                       2

LAW OFFICES OF
JOHNNY L. GRIFFIN, III

1. Information which would tend to attenuate, exculpate, exonerate, or mitigate this defendant's involvement in the circumstances alleged in the indictment.

2. Any information affecting the credibility of any government witnesses, including prior criminal records, inconsistent statements, "deals" or immunity agreements with any state or federal governmental personnel, and any benefits of any kind the witness may receive in return for cooperation.

3. Any information from whatever source which may benefit the defendant under the Federal Sentencing Guidelines, including reductions in base offense level, reductions in specific offense characteristics, reductions in role in the offense, disputing relevant conduct, reducing criminal history, etc.

III. Defendant also requests pursuant to Rule 12 (d)(2) of the Federal Rules of Criminal Procedure, notice of the government's intention to use any evidence obtained as a result of a search, seizure, electronic intercept, or statement by defendant. Notice whether an electronic or video intercept was used is separately requested as well.

IV. The defendant requests disclosure of the general nature of any similar act evidence that the government intends to introduce in any way at trial pursuant to Rule 404(b) of the Federal Rules of evidence, concerning any individual, including the defendant.

V. Please provide the deportation hearing tapes and documentation of advisement and/or waiver of rights at the deportation hearing.

Additionally, I request that you advised me of the existence of any and all information, books, papers, documents, photographs, or tangible objects that are currently "classified," and any books, papers, documents, photographs, or tangible objects that the government may seek to have "classified."

Thank you for your cooperation.

Very truly yours,

Johnny L. Griffin, III
Attorney at Law

Discovery Request – 3