```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
LAURA L. FERRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

BARRY M. SABIN
Chief, Counterterrorism Section
STEVEN A. TYRRELL
Deputy Chief, Counterterrorism Section
SHARON LEVER
Trial Attorney, Counterterrorism Section
Criminal Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C.  20005
Telephone: (202) 514-0849
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>HAMID HAYAT and,<br>UMER HAYAT,<br><br>            Defendants. | CR. NO. S-05-240 GEB<br><br>NOTICE TO DEFENDANTS OF *EX PARTE, IN CAMERA* UNDER SEAL FILINGS BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT |

     The United States hereby notifies the defendants, that on the 27th day of January, 2006, it made *ex parte, in camera* submissions to the Court under seal pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3.

/ / /

/ / /

1

```
                            Respectfully submitted,

                            McGREGOR W. SCOTT
                            United States Attorney



                        By: /s/ S. Robert Tice-Raskin
                            S. ROBERT TICE-RASKIN
                            Assistant U.S. Attorney


                        By: /s/ Laura L. Ferris
                            LAURA L. FERRIS
                            Assistant U.S. Attorney



                        By: /s/ Sharon Lever
                            SHARON LEVER
                            DAVID DEITCH
                            Trial Attorneys
```