1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
UNITED STATES OF AMERICA,     )     2:05-cr-240-GEB
10                             )
              Plaintiff,       )
11                             )     ORDER
     v.                        )
12                             )
HAMID HAYAT, and               )
13 UMER HAYAT,                 )
                               )
14            Defendants.      )
_____ )
15

16         On January 30, 2006, Defendant Hamid Hayat filed an

17 amended motion to dismiss Counts Two and Three of the Second

18 Superseding Indictment, arguing these Counts are multiplicitous of

19 Count One because they are based on identical violations of 18

20 U.S.C. § 1001.  On February 2, 2006, the government filed an

21 opposition arguing the Court should defer adjudication of the motion

22 until the record is developed at trial.

23         Ruling on the motion is deferred until after a sufficient

24 trial record is developed.

25 Dated:  February 2, 2006

26
                              /s/ Garland E. Burrell, Jr.
27                            GARLAND E. BURRELL, JR.
                              United States District Judge
28