McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
LAURA L. FERRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

MICHAEL MULLANEY
Acting Chief, Counterterrorism Section
STEVEN A. TYRRELL
Deputy Chief, Counterterrorism Section
DAVID B. DEITCH
Trial Attorney, Counterterrorism Section
Criminal Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C.  20005
Telephone: (202) 514-0849

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-240 GEB |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST |
| | ) | |
| v. | ) | |
| | ) | |
| HAMID HAYAT and, | ) | |
| UMER HAYAT, | ) | |
| | ) | |
| Defendants. | ) | |

The United States hereby files its list of potential witnesses which can be read to the jury panel for the purposes of voir dire[1].  The government reserves the right to augment this

---

[1] The government has not listed the name of one witness – a translator who has expressed a reasonable basis for the withholding of his surname and certain other identifying personal information.  The government will submit a declaration from this witness to the court, and seek an order permitting the government

1

1 | list and to present witnesses not listed hereon.
2 | <u>Potential Witnesses</u>
3 | Abbas, Hassan
4 | Abbas, Syed
5 | Aguilar, P. Tenoch
6 | Arghestani, Khalid
7 | Batti, Phamas
8 | Benn, Eric
9 | Borne, Robert
10 | Brodie, Lajuana
11 | Caputo, Michael
12 | Cox, Bridgette
13 | Futa, Lawrence
14 | Giffin, Michael
15 | Harrison, Tim
16 | Hart, Walter
17 | Isenhart, Timothy
18 | Khan, Naseem
19 | Kawabata, Brian
20 | Manning, Michael
21 | Martinez, David
22 | McDougle, Carrie
23 | Mohammed, Khaleel
24 | Schaaf, Gary
25 | Sweeney, Harry
26 | Telly, Auggie
27 | _____
28 | to withhold such information.

1  Ting, Judy
2  Tutko, Scott
3  Wells, Sean

7  Dated: February 14, 2006              Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney


                                    By:  /S/ TICE-RASKIN
                                         S. ROBERT TICE-RASKIN
                                         Assistant U.S. Attorney


                                    By:  /S/ LAURA L. FERRIS
                                         LAURA L. FERRIS
                                         Assistant U.S. Attorney


                                    By:  /S/ DAVID B. DEITCH
                                         DAVID B. DEITCH
                                         Trial Attorney
                                         U.S. Department of Justice