# EXHIBIT A

# INTERVIEW OF HAMID HAYAT
# June 4-5, 2005
# (Government Exh. 23)

**Tape 1 of 4 (pp. 1-99)**

| CITE | NAME | REFERENCE |
|---|---|---|
| 23:6<br>23:12<br>24:9<br>24:21<br>27:4<br>32:27<br>35:16<br>35:19<br>35:25<br>36:23<br>38:19-20, 23 | Shabbir | Imam from Lodi |
| 36:25-26<br>38:20, 25 | Maulana Adil | From Farooqia Islamic Center |
| 37:20-26 | Anas | Hamid Hayat's uncle |

**Tape 2 of 4 (pp. 99-108)  No Redactions**

**Tape 3 of 4 (pp. 108-204)**

| CITE | NAME | REFERENCE |
|---|---|---|
| 119:7, 8, 10, 15, 17, 18, 20, 26, 27<br><br>120:2, 3, 5<br><br>121:14, 15-16, 17, 18, 22, 26-28<br><br>122:3, 6, 24, 25, 26, 27<br><br>123:4, 11, 27<br>132:9, 10<br>146:27, 28<br>147:2, 5<br>166:22 | Sadiq Shoaib | Friend who allegedly attended camp with Hamid Hayat;<br><br>(NB: Redaction includes address of individual and work information) |
| 124:15, 17, 27<br>125:13<br>130:3, 5, 26<br>134:8, 10, 27, 28<br>135:3, 11, 16, 21, 23<br>138:8, 17<br>139:9<br>140:23<br>142:15<br>143:6, 28<br>145:16, 19<br>146:11, 22, 23<br>154:21<br>155:2, 5, 17, 22, 25, 28<br>156:6, 7<br>157:3<br>169:27, 28<br>166:24<br>176:28<br>177:20, 22<br>178:22<br>179:27<br>182:13<br>189:7, 23<br>190:5, 6, 12, 14, 25 | Shabbir | Imam from Lodi |

| CITE | NAME | REFERENCE |
|---|---|---|
| 125:8 | Sami-Ul Haq | |
| 132:19, 23, 24, 28<br>133:4, 5, 7, 9-11, 14, 15<br>134:4<br>147:5<br>166:26 | Usama Ismail | Cousin of Hamid Hayat who allegedly attended camp with him.<br>NB: Redaction includes references to address |
| 145:22, 27<br>146:3, 4, 9, 20, 21, 22, 23<br>149:25<br>151:17<br>152:12, 3, 14<br>154:21<br>155:17, 20, 23, 28<br>167:3<br>191:6, 19, 22<br>192:9 | Adil Maulana<br><br>*Also referred to as*<br>Muhammad Adil Khan | Allegedly boss of Imam Shabbir |
| 166:3, 6-8 | E-mail address of Hamid Hayat | |
| 169:13, 15, 16, 18, 19, 20 | Attique Anas | Uncle who Hamid Hayat claims runs camp |
| 169:22, 25, 26, 27<br>170:3, 4, 5, 12 | Saeed-ur-Rehman | Grandfather who Hamid Hayat claims runs camp |
| 179:2<br>180:3, 10, 11<br>182:3, 9, 13 | Abdul Rashid | Government claims has attended camp with Hamid Hayat |
| 180:3, 5, 11 | Mohammed Khan | Attends same mosque as Hamid Hayat |
| 180:16, 18, 19, 23, 25<br>182:3, 9 | Khalid Khan | Government contends trained at camp with Hamid Hayat |
| 183:16, 17<br>184:23<br>185:2, 26, 27<br>186:12 | Attique ur Rehman | Hamid Hayat claims he attended camp |

| CITE | NAME | REFERENCE |
|---|---|---|
| 184:7-12, 20<br>185:25<br>186:3, 15, 16<br>187:6 | Jaber | Hamid Hayat claims he attended camp |
| 190:2-4, 8, 16, 26, 27 | Jummah Khan | Claimed Imam Shabbie attended camp |

**Tape 4 of 4 (pp. 204-217) – No Redactions**