1  Grace K. Won (State Bar No. 178258)
   Farella Braun & Martel LLP
2  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
3  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
4
5  Attorneys for Non-Party KTVU, INC., NBC
   Subsidiary (KNBC-TV), Inc., KNTV Television, Inc.
   and KNSD-TV, a division of Station Venture
6  Operations, LP, and KXTV, Inc.

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No.  02:05-cr-0240-GEB |
|---|---|---|
| 12 | Plaintiff, | **[PROPOSED] ORDER REGARDING APPLICATION BY KTVU, INC., FOR ACCESS TO VIDEOTAPED EXHIBITS** |
| 13 | vs. | |
| 14 | HAMID HAYAT and UMER HAYAT, | Date: Monday, March 20, 2006 |
| 15 | Defendants. | Time: 9:00 a.m.<br>Dept: 10<br>Judge Garland E. Burrell |
| 16 | | |

17       On March 20, 2006, the Court heard argument on the application filed by Non-party and

18 Intervenor KTVU, Inc. ("KTVU") for access to videotaped exhibits introduced in the trial of

19 Hamid Hayat and Umer Hayat.  KTVU was joined in the motion by Non-parties NBC Subsidiary

20 (KNBC-TV), Inc., KNTV Television, Inc., KNSD-TV, a division of Station Venture Operations,

21 LP, and KXTV, Inc. (jointly as "Media Non-Parties").  Grace K. Won of Farella Braun + Martel

22 LLP appeared on behalf of KTVU and the Media Non-Parties.  Johnny Griffin III appeared on

23 behalf of defendant Umer Hayat and Wazhma Mojaddidi appeared on behalf of defendant Hamid

24 Hayat.  S. Robert Tice-Raskin, David Deitch, and Laura Ferris appeared on behalf of the

25 government.

26 //

27 //

28 //

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER REGARDING KTVU ACCESS
MOTION USDC Case No. 02:05-CR-0240-GEB

17181\903889.1

1    Following the hearing, the Court issued its ruling from the bench and granted KTVU and
2    Non-Media Parties' application for access pursuant to the following terms:

3    (1)    Within one business day of this Order, but no later than March 22, 2006, the
4    government will provide KTVU with a copy of the Hamid Hayat and Umer Hayat videotapes of
5    the interviews that were introduced as exhibits (the "Exhibits") at the respective trials of
6    defendants;

7    (2)    KTVU will prepare a redacted copy of the Hamid Hayat and Umer Hayat
8    videotaped interviews.  KTVU will redact from the audio of those videotapes the citations noted
9    in Exhibits A and B that are attached to this order.  Exhibit A consists of (a) a copy of the Hamid
10   Hayat transcript that includes both the redactions noted by KTVU in its moving papers and the
11   redactions set forth by the Court at the hearing on March 20, 2006, and (b) the page and line
12   redactions noted in tabular form.  Exhibit B consists of (a) a copy of the Umer Hayat transcript
13   that includes both the redactions noted by KTVU in its moving papers and the redactions set forth
14   by the Court at the hearing on March 20, 2006, and (b) the page and line redactions noted in
15   tabular form;

16   (3)    After preparing the audio redactions, KTVU will provide the Court with a
17   compilation of the audio redactions in a CD or DVD format for the Court's review;

18   (4)    Following review and approval by the Court, KTVU will provide 2 (two) copies of
19   the redacted videotapes in a CD or DVD format to the Court's media liaison officer, Carol Davis.
20   These copies will be made available to the media for copying with charges for such copying to be
21   borne by the individual media entities;

22   (5)    KTVU will not broadcast, disseminate, make available or in any other manner
23   publish any portions, in whole or part, of the unredacted material in the Exhibits; and

24   //
25   //
26   //
27   //
28   //

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER REGARDING KTVU ACCESS
MOTION  USDC Case No. 02:05-CR-0240-GEB     - 2 -                17181\903889.1

1  (6) Upon completing the redactions, KTVU will return the unredacted Exhibits to the
2  government and will affirm under penalty of perjury that all copies of any unredacted material in
3  the Exhibits, in any form, whether DVD, CD or on any computer hard drive or storage device has
4  been destroyed. KTVU will affirm its compliance with this stipulation by submitting to the Court
5  a declaration from an individual with authority to make this affirmation for the company.

6  IT IS SO ORDERED.

7
8  DATED: March __, 2006

9
10  Hon. Garland E. Burrell
   United States District Court Judge
   Eastern District of California

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER REGARDING KTVU ACCESS
MOTION  USDC Case No. 02:05-CR-0240-GEB       - 3 -                                   17181\903889.1