# EXHIBIT A-2A

```
                        Interview of Hamid Hayat, 6/4-5/05
1
    60:50:15
2   Legend
3   HH:   Hamid Hayat
    GS:   Gary Schaaf
4   TH:   Timothy M. Harrison
    HS:   Harry Sweeney
5   LL:   Leticia Lucero
    PA:   Pedro T. Aguilar
6   UI:   Unintelligible
7
    Beginning of Video Tape 1 of 4
8   16:47:10 (6/4/05)
9   GS:       Um I just got called in here so I'm a little behind the
              the curve a bit but uh I understand you have some
10            information that you've been providing about some
              things of of uh importance to us.
11
    HH:       Uh huh.
12
    GS:       And so I want to thank you initially for that.
13  16:47:28
    HH:       Oh that's my job for my country you know.
14
    GS:       Uh huh, I appreciate that.  In that regard where um I'm
15            gonna, we'd like we we're probably going to monitor
              this (HH nodding) just just to, it will make it easier
16            to go back and take notes (HH nodding) and all that
              kind of stuff if you're Ok with that, so.  Is that
17            alright?
    16:47:40
18  HH:       Yes.  (Nodding yes)
19  GS:       Ok.
20  HS:       Hey Gary so you know we've talked about it a little bit
              and I've explained some of the things that Hamid has
21            has talked about and what I asked him before you came
              in uh is to talk about those things (HH nodding), to
22            tell the one hundred percent truth and and I know you
              know that you're going to do that and and we'll help
23            you uh certainly uh with with in going over some of
              those things but but again the important factor is uh
24            is even those things that you may not have talked about
              up to this point real important that you you talk (HH
25            nodding) about to help you and to help us.
    48:13
26  HH:       Uh huh.  (Nodding Head)
27  HS:       And we appreciate that.
28  GS:       Now my understanding uh Hamid is that you uh you
```

1



Interview of Hamid Hayat, 6/4-5/05

1

2    60:50:15

        attended some camps.

3    HH:    Ok.

4    GS:    Um and that's that's true right? (HH nodding)   And and
5           so why don't you tell me so I understand I know where
            you're coming from, bring me up to speed a little bit
6           on on on the camps that you attended.

7    HH:    Um you mean what kind of camp were they?

8    GS:    Yes.

9    HH:    Uh they were like you know like uh training camps.

10   GS:    Ok.

11   HH:    You know they train you.

12   GS:    Uh huh.

13   HH:    Once you get over there you know they look at the
            person that how much he weigh to the body and you know
14          like...weight.

15   GS:    Take a good look at you and what you'd be

16   HH:    Yeah.

17   GS:    ...good at and that kind of stuff

18   HH:    Yeah, that kind of stuff you know.  Like I was telling
            uh sir right here you know (points to HS).

19   GS:    Uh huh.

20   HH:    Like you know. . . uh, you know if you're not that good
21          they won't like give you any good stuff like that move
            forward and like that.

22   GS:    Uh huh.

23   HH:    (UI) the camps are like that.

24   GS:    So you were and you you just came back into the country
25          from what uh is that correct?

26   HH:    Yea and,
     16:49:16
27   GS:    And so you you uh you attended these camps when you
            were overseas here just recently, so one of the things,
28          one of the things I'm hoping to help with is maybe some
            geography a little bit on where these were and my

2

Interview of Hamid Hayat, 6/4-5/05

60:50:15

        understanding briefly was that you are from uh a small village called,

HH:    Behboodi

GS:    Behboodi and that's near where?

HH:    It's near Islamabad, two hours away from there, two, one and a half hour or two hours away.

GS:    Ok.  And you went to camp from Behboodi?

HH:    (Burps) I'm sorry, from it was from Pindi.

GS:    Oh from Pindi.

HH:    Yeah.

GS:    Ok so you

HH:    You know that city

GS:    Yeah Rawalpindi, so your in Rawalpindi which is outside Islamabad.

HH:    Yeah it's um with Islamabad like Stockton-Lodi.

GS:    Yea, it's like a suburb.

HH:    Exactly.

GS:    Right, so you're in Pindi at uh what were you doing in Pindi?

HH:    I went to my grandmother's house over there uh I came outside and you know over there I went there you know uh, uh, what's it called its, visit them.

GS:    Ok.

HH:    I came out you know you know after that you know they were those guys you know like I told sir that you have to go with us so I...

HS:    Uh hmm.

HH:    So

GS:    So so you were uh you went from Pindi um uh I mean most people go by way of bus or what have you.

HH:    Yea bus.

3

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:    This is a fair and don't, don't be too freaked out
       about this because this is a routine occurrence (HH
       nodding) over there and that's you know that's one of
       the things that I understand that, I mean this happens
       all the time.  So so you go by bus uh is that how you
       went also?

HH:    Uh hmm

GS:    So, you went by bus from Pindi to camp?

HH:    Uh hmm.

GS:    Um and there are a number of different camps in that
       that area sometimes it's a three hour bus ride,
       sometimes

HH:    (UI)

GS:    it's a ten hour bus ride.

HH:    Seven hour, uh seven,

GS:    You were seven hours

HH:    Or something like that and you know but I don't
       remember the way or anything like that, you know.

GS:    Well you, I mean,  ya-ya-ya you've been to Pindi before
       'cause your family's, you have family there right?

HH:    Yeah (noddding).

GS:    So you you kind of know initally when you're going out
       of Pindi what direction you are.

HH:    Yea, yea I know that but we don't go forward,

GS:    What can you tell me about that.

HH:    When you go forward like where the bus was going huh,
       of I don't remember that much where the bus was going.

GS:    Ok.

HH:    So you know.

GS:    Well um tell me initally you now when it's initially
       going.  Tell me where it picked you up at first.

HH:    In Pindi.

GS:    Where abouts though?  I know there's a big bus terminal

Interview of Hamid Hayat, 6/4-5/05

1

2   60:50:15

3        in Pindi is it or did you start there or did you come
         back,

4   HH:  Uh it was like a what's it called uh dep uh what's it
         called sorry, you know uh a bus stand?

5   GS:  Uh huh

6   HH:  Like that.

7   GS:  Ok.  So yourself and a number of other people on this
8        bus,

9   HH:  Yea.

10  GS:  And where are, is every, everybody going to camp?

11  HH:  Yea some of them you know they uh going to some place
         else.

12  GS:  So they dropped, you're dropped off (HH nodding) along
13       the way or what have you.  Now, now busses in America
         are different from busses in Pakistan.

14  HH:  Yea yea of course they're different.

15  GS:  And so some, some of the busses people say a bus um you
16       know they're, they're not as big in, in Pakistan
         necessarily, were you on one of the small ones?

17  HH:  The people sit down on the (gestures)...

18  GS:  Right on the top huh?

19  HH:  Right on the top yea.  If it gets full from inside,

20  GS:  They jump on the top.

21  HH:  They sit down on top yea.

22  GS:  So was this, tell me about the bus you were on.

23  HH:  Oh we were inside.

24  GS:  Ok.

25  HH:  It was a big one, not that small one.  It was a good
26       one.

27  GS:  Ok.  So you you're lucky in that regard huh? (HH
         smiles) So you're uh you're on this bus in Pindi and
28       then you're off to camp in,

5

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:        Uh hmm

GS:        In, in in now did you stay in Pakistan or did you cross
           the border or do you know?

HH:        No, we were in Pakistan.

GS:        Ok.

GS:        Ok tell me about then uh uh when you get there (HH
           nodding) uh what happens.  So seven hours (HH nodding)
           now ya ya ya you're leaving Pindi you know where you
           are you know the streets 'cause you got to the bus
           station there do you, do you generally start in a
           Northerly direction or do you go towards the uh into
           the Northwest Frontier Province do you go uh where uh
           where are you going.  Are you going towards Kashmir?

52:30
HH:        No we're not going toward Kashmir.  This is like uh you
           know in uh you know state of Salhad (phonetic), maybe
           you heard about the name Salhad (phonetic).

GS:        Uh hum

HH:        Salhad (phonetic).

GS:        Ok.

HH:        It's the State of Salhad (Phonetic).  They call it uh,

GS:        Spell that for me.

HH:        The nickname of, the state is N-W-F-P

GS:        Ok yeah, right alright.  So you're going to the into
           the northwest, like I said the Northwest Frontier
           Province (HH nodding) N-W-F-P.  So you're going into uh
           N-W-F-P,

16:52:55

HH:        And that where I asked some guy and he said we're going
           into N-W-F-P.

GS:        Ok.  So,

HH:        I put that in my mind, that's how I remember where
           we're going.

GS:        Going to N-W-F-P.  Alright.  So you're off to N-W-F-P,

HH:        Uh hmm.

6

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

GS:     Um and uh and then you're uh what time do you, do you leave at night or in the daytime or,

HH:  -  From where to the camp?

GS:     From from Pindi yeah.

HH:     Uh daytime, sir.

GS:     So you left in daytime.  Did you arrive in dark or was it,

HH:     Yeah it was dark when we arrived, yes, sir.

GS:     So, all right.  And uh,  so tell me, what put, put me in the front seat of the bus.  What am I seeing as you're coming into the camp?  Uh here I am, I mean through your eyes tell me what you're seeing as you come out,

HH:     Um just go inside and you're not gonna go try to take a bus inside.

GS:     Right.

HH:     You have to get out like 3, 4 miles away from there

GS:     Right

HH:     and walk

GS:     Because people, the bus, the people, I mean it's a bit of a secret although the...

HH:     No, the bus can't go up there that's the problem.

GS:     Oh I see I got ya so you're going back up.

HH:     So this (UI), it's like a mountain.

GS:     Ok.

HH:     But, you know, if you're going up, it's a mountain.

GS:     Um hmm.

HH:     Ok, but then when you get there, it's no more like a mountain.

GS:     Um hmm.

HH:     Like a field or something like that.

7

## Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:     So you get up there then you're in a place obviously because there's training (HH nodding) that goes on there and there's clearly weapons training, there's explosives training that goes on.

HH:     Yeah.

GS:     There's all sorts of different functions (HH nodding) that go on in the camp, correct?  So you get up there, so you go up a--a--a pathway.  I'm sure that they take supplies up the trail and all sorts of things.

HH:     Um hmm.

GS:     So that's, do you go up the main route into the camp?

HH:     I mean, on walk we go?

GS:     Yes

HH:     Yeah, we walk.

GS:     Ok.

HH:     We walk.

GS:     Ok.  And so tell me alright, take me on the walk.  What happens on the walk?

HH:     Nothing happen.

GS:     Uh, you're up, you're going up for how many miles?

HH:     Uh three, three and a half to four I don't know so.

GS:     And this is, was it dark or was it light out?

HH:     Uh you know, it's dark and you have a battery you know, flash light and.

GS:     Ok, all right.  And that takes you a little while.  So who's--who's leading you up the trail?

HH:     Up there?

GS:     Yeah.

HH:     Taking us up there?  You know, no one's leading you up there, you know just going up there.

GS:     Get directions?

HH:     Get--get direction and then people know that location.

8

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2 GS:    Ok, alright, so.  So when you get there, uh, then what
3       happens?  Now, some of these camps, I'm--I'm aware, I'm
        aware that, you know, of the variety of groups that are
4       involved in putting these camp on so--so, and--and we
        get all sorts of information but I wanna hear you--you
5       tell me and what--what this particular camp, cause
        there's a lot of them actually.

6 HH:    (Nodding head)

7 GS:    There's, you know, the way you're describing is exactly
8       how many of these camps operate.  There are kinda off
        the road and people uh, you know, kinda often, I mean,
9       Pakistan is beautiful in this part of the, that part of
        the world.  It's like the, you know, mountains and then
10      some.  There's lots of different places for these
        things so tell me about this particular one.  Zero me
11      in on--on uh when you get up there.  Uh, how many
        people are there approximately?

12 HH:   How many people?

13 GS:   And yeah, how many people are in this particular camp?

14 HH:   In the camp?  What can I say, sir, uh maybe uh 35, 40,
15      50 maybe.

16 GS:   Ok and some of them, I mean you can certainly, you--
        you--you can observe where people are sleeping and or--
17      or--or the different buildings, the makeup of the camp
        itself.

18 HH:   Yeah maybe, maybe.

19 GS:   So, you understand what I'm saying?

20 HH:   Yeah, some of the people like you're trying to say
21      maybe we're sleeping over there

22 GS:   yeah

23 HH:   working like that.

24 GS:   Right.  When you're at the camp, I mean, I--I
        understand you're at the camp for a period of time.
25      You know you're there for a matter of months so you--
        you know, the coming and going at the camp.  (HH
26      nodding).  You see these people coming and going and
        you interact with them because you're, you know, you're
27      in essence, everybody's there in training

28 HH:   Um hmm.

9

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:     Now some people are there in training for different reasons, (nodding) um and that's how the camps work.  I mean they--they--they take a look at you and--and you know are, looking at you for maybe a purpose someday.

HH:     Um hmm (Nodding head).

GS:     So, um during the course of the time that you're there, um how many people did you ob, I mean, usually these camps have, you know, hundreds of people coming and going so that I assume that this is, the way you're describing it, would sound similar in that regard.  Is that, is that right?

HH:     Like hundreds of people.

GS:     Yeah, yeah, you know.

HH:     I didn't see that much like uh over 50 people I'll say. I didn't see over 50 people over there, Sir.

GS:     At any one time?

HH:     One time you know I see, I see like you know all together all the time I see like, you know, about like 70.

GS:     Um hmm.

HH:     And one time I see like 35, 45...

GS:     Um hmm.

HH:     People

GS:     Well people, some people have already been to camp.

HH:     Um hmm.

GS:     And some people, so--so--so they uh they will come up for, you know, a--a class or, you know, what have you. Some kind of course that may not last uh the full time. Now you were there for several months uh and did--did they, the people that you took the bus ride from Pindi did they stay there the whole time with you?

HH:     Uh, who's driving the bus?

GS:     Yeah.

HH:     No.  The bus guy...

GS:     No, not the driver but the, now you--you went, when

10

Interview of Hamid Hayat, 6/4-5/05

60:50:15

you're going out the road with the--with the
flashlight.

HH:     Um hmm.

GS:     You were coming out.

HH:     I went out with a flashlight, but other guy was a
flashlight, (UI) eh uh what's it called, following him.

GS:     Ok.

HH:     We were following him and the guy we were following him
uh he was the guy like over there.

GS:     From the camp.

HH:     He was staying over there, then.

GS:     Ok, so he--he came and met you and took you up to the
camp?

HH:     Yeah (yawning).  I didn't ask, I didn't talk with no
one or nothing like that.

GS:     Did--did the other people in the camp, did they um uh
or did the other people at your, (UI), you said we
followed him.  We followed the guy with the flashlight.
Did they stay there the whole time you stayed there?

HH:     Uh, I mean like a, what do you mean they stayed there
for like five months like they're there five months.

GS:     Yes, right.

HH:     No, I came before them.  I ran away then.

GS:     Ok.  (UI) you go, oh you ran away after five months?

HH:     No not five months.  Three, about maybe three months.

GS:     Ok.  So, in other words, they stayed for, was it
supposed to be a five-month camp?

HH:     I didn't know that...it was a five month camp or one-
year camp or anything like that.  I didn't ask I was
just put on, and you know, what's it called this uh,
what's it called uh getting trained you know.

GS:     Ok.  Um, and--and one of the things and too, I mean, uh
I appreciate you being candid here in--in that regard
so but don't um, you know don't, you know, just be
totally honest.  (HH nodding)  I mean, so, I mean, the

11

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15

2
3
4
5
6
7
8

way these things work um you know. If it, if it was a four-month class I mean we need to know that. That's the most helpful, it gives us the most information about things that we need to be aware of so don't uh um, you know if it was four, five months, five months is fine, (HH nodding) if that's how long you were there. Um, so you're in the camp and and certainly everybody in Pakistan knows different groups. Um, you know, Harakat ul Mujahideen, Harakat ul Ansar (HH nodding), all these different groups are--are well known (HH nodding) to different people there so tell me about this camp and who, what are, what are the parties that are,

9    HH:    who who

10   GS:    are associated with this camp.

11   HH:    Who--who owns this camp?

12   GS:    Right.

13
14
15

HH:    Uh.  There was no names about no groups or no nothing over there like he who owns this camp, this group owns a camp, they don't care which group you came from or like you know which group you're gonna go with. Their job is to train. They just train.  That's it.

16   GS:    Training just Jihadi training basically?

17   HH:    That's it.

18   17:00:17

19
20
21

GS:    Ok so it's Jihadi training for, um well I mean, some groups don't get along, right? (HH nodding) So, I mean, you say that uh that it's not um nobody cares about the group but I mean it's not a Shiite camp.

22   HH:    It's not a Shiite (UI).  (HH shakes head side to side)

23
24

GS:    So I know that, right?  I mean cause they -- they wouldn't get along with, you know, Sipah i Sahaba would not send people to a Shiite camp.

25   HH:    (HH shakes head side to side)

26
27

GS:    Correct, so tell me about, I mean people know whether it's you know JUI or what have you I mean the different parties that are affiliated with certain camps so what.

28   HH:    JUI?

12

Interview of Hamid Hayat, 6/4-5/05

60:50:15
GS:     Or--or--uh or SSP or what have you, would--would--would
        would um have certain people at certain camps.  So I
        guess what I'm, what I'm trying to...

HH:     Uh, you know the SSP thing, you know, uh you know one
        time when I was going from somewhere and I see these
        guys like talking like about SSP like this group is
        like this, this group is like that.

GS:     Right.

HH      Ahh ... you know, I don't believe in that you know?
        And JUI, you know, I--I don't think so they have a
        camp, (UI) like a politics group right now.  I'll say
        that.

GS:     Right, right.

HH:     If you know that.

GS:     Yeah I know that.

17:01:28

HH:     Politics group

GS:     Right.

HH:     Yeah, that's what I know about these two groups.

GS:     Well the camp, uh who--who was, tell me about who is at
        the camp, were they mostly Pakistanis or?

HH:     Yeah, they were mostly Pakistanis uh, a lot of them
        were Pakistani.

GS:     Who--who else was at the camp?

HH:     That's it (UI) Pakistani.  I didn't see no different
        people from different countries.

GS:     Afghanis or?

HH:     No, no.

GS:     What kind, what language was spoken at the camp?

HH:     Uh they speak in Urdu.

GS:     Is it all Urdu?

HH:     Yeah.

13

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

| | |
|---|---|
| 1 | |
| 2 | GS:   No Pashto? |
| 3 | HH:   Little bit, you know.  Like, I'm just saying, if me and |
| 4 | you were over there sir like, |
| 5 | GS:   Right. |
| 6 | HH:   you know, and this guy is like, you know, saying |
|   | something to me in Urdu.  Uh, and if I know how to |
| 7 | speak Pashto I'll tell you like Pashto (UI). |
| 8 | GS:   Um hmm. |
| 9 | HH:   Like that, you know like, I'll say like three, four |
|   | people speaking Pashto maybe. |
| 10 | GS:   Um hmm.  But the primary language was spoken was Urdu? |
| 11 | HH:   Urdu, yeah. |
| 12 | GS:   Ok.  Um, so you're, one of the, one of the things that |
| 13 | uh, a lot of what you're saying makes sense, one of the |
|   | things that doesn't make sense that it is--is--is, um |
| 14 | you know, the affiliation of the camp. |
| 15 | HH:   Um, the name? |
| 16 | GS:   Yeah, the name of the camp.  And you-- now you wrote |
|   | down the name in Urdu. (referring to piece of paper) |
| 17 | HH:   This is the place, I'm saying this is the city where |
| 18 | the camp is |
| 19 | GS:   Alright, alright. |
| 20 | HH:   This is the camp.  This is the city, I don't know the |
|   | the camp name but, you know, I know this place |
| 21 | GS:   Right. |
| 22 | HH:   The where the, this is the city name, Balakot.  They |
| 23 | call it |
| 24 | GS:   Balakot.  It's in NWFP |
| 25 | HH:   NWFP. |
| 26 | GS:   And--and how far away is Balakot from uh from the camp? |
| 27 | HH:   From the camp?  Uh, the camp is in the city. |
| 28 | GS:   It's actually in the ok? (HH nodding) |

14

**Interview of Hamid Hayat, 6/4-5/05**

1

60:50:15

2    HH:        Yeah.

3    GS:        So on the (UI).  All right.  In the section of the
               city.
4

5    HH:        I don't remember sir it's like it's maybe like a half
               an hour, an hour away, I can say maybe hour away.

6    17:03:16

7    GS:        Ok.  Ok.  And um, uh, and you--you, uh when did you go
               back to Pakistan?
8

9    HH:        Uh where my family lives?

10   GS:        Yes.

11   HH:        2003.

12   GS:        So 2003.  So this is, how many months after you were in
               Pakistan did you go to the camp?

13   HH:        Six, seven months.

14   GS:        So six to seven months after.  When in 2003 did you go
               to camp, do you remember?
15

16   HH:        2003, I don't remember the date nor the month, I don't.

17   GS:        Ok.  So approximately in the summer time, the spring
               time.

18   HH:        It's kinda uh what's it called cold.

19   GS:        It's cold, when, here or there?

20   HH:        Over there sir.

21   GS:        When you got there so it was, was it winter ending or
               beginning do you recall.
22

23   HH:        I think so it's the beginning.

24   GS:        All right.  So--so, in 2003, you go to Paki-, in 2003
               you're in Pakistan.  And about 7 or 8 months after you
               get there you go to camp and you're in camp for--for 3
25            to 4 months? (HH nodding)

26   HH:        Yeah.

27   GS:        Is that what...

28   HH:        Something like that.

15

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15
GS:     Ok.

HH:     I thought you guys had information like that, about . . .

GS:     Ok, we, we have.  In, in. . .

HH:     Most of the uh, you know for my country I'll do
        anything you know sir, cause you know these guys are
        hurting our country a lot.

GS:     Um hmm.  Well I appreciate that (HH shaking head side
        to side) and it's important uh.

HH:     Cause you know everything that was received sir, you
        know our troops are working there very hard you know
        making peace in the whole world.

HS:     Uh huh.

HH:     Why they making peace, they're making peace for us so
        we can live together, all of us.

GS:     Yeah, and what do they do at these camps that, what
        they're doing is teaching people how to kill American
        troops.

HH:     Of course.

GS:     Right, that's what the camps are all about.

HH:     They do that sir.

GS:     Yeah, exactly and.

HH:     There's a movie out in Pakistan Sir, huh it was against
        like uh uh Americans.

HS:     Yeah.

HH:     So, you know, me and my cousin he was a little one, so
        you know he said I'm going to go rent cartoons (UI) I
        want to rent cartoons I believe.  I say what kind of
        movie is this.  They say this is a fighting movie.  I--
        I was thinking this kind like, you know, uh, what's it
        called, the Pakistani movie (UI)

GS:     Uh hmm

HH:     They make a uh culture movie,

GS:     Uh hmm

HH:     Sir so I went back to 'em and I said where you get this

16

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15

2
3      movie from.  He said why.  I said you know what, you
       can get big trouble in this, you want me to call the
       cops on you, he said why.  I said see put it on and
4      when he put it on he said it's like a Jihadi movie or
       something like that.

5    GS:    Well I mean,

6    HH:    It had a different label on it Sir a different label of
              movie, he hasn't so he said, I didn't know about that.
7            He said that to me that I didn't know about this (UI).

8    GS:    Um tell me about the, let's go back to the camp here
              for a second.  Um when you were at the camp uh would
9            would people come visit it regularly, and and or would
              new students show up on a daily basis or, or tell me
10           about it you know a day and,

11   HH:    People doesn't come daily.

12   GS:    Ok.  So you'd be there for a couple of days and and
              just train?
13

14   HH:    Uh huh.

15   GS:    And then and then maybe a couple days later new
              students may come.

16   HH:    No they don't come after a couple of days sir they come
              after a like a couple of weeks.
17

18   GS:    Ok.  So you start,

19   HH:    They got a lot of people over there.

20   GS:    Right.  So you, so after a couple of weeks maybe a new
              group of students will come in?

21   HH:    Uh hum.

22   GS:    And then start a different aspect (HH nodding) of of
              training um and I, I think I asked this but but uh um
23           uh I assume that if it's like most of the camps you
              have weapons training and you have uh explosives
24           training. .

25   HH:    Over there in the camp?

26   GS:    In (UI).. they do karate or?

27   HH:    Um I didn't see no karate over that's the thing you
              know I was thinking I was going to tell you about.. I
28           didn't see no karate over there.  Sir I didn't see no

17

Interview of Hamid Hayat, 6/4-5/05

60:50:15

karate.

GS:     You saw do they, do they, did you run like run or jog
        or work out?

HH:     Jogging?

GS:     Yea.

HH:     Like running, I told you sir, jogging you know. They
        were looking at my body ... they knew it's not that
        tough or anything like you know to do that any big
        thing like that so.

GS:     So, um and then different kinds of weapons training
        usually they have uh variety of different kinds of
        weapons.

HH:     Yea.  I got to do pistol that's it.

GS:     So you did pistol training.

HH:     I did (continues to gesture as if holding a pistol) and
        I'm not good that either, you know when I do it-- no,
        you're not doing well, you have to do this, do that,
        (UI).

GS:     Ok so this um alright.  Um, now um, when you were at um
        tell, so so you're um you you left there then about how
        long ago was it that you were at the camp?

17:07:36

HH:     First time or second time?

GS:     Uh most recently.  Wh-when did you were you're and let
        me uh I mean this information is helpful to us because
        it gives us an idea of where the camp is and maybe how
        long ago you were there.  Clearly it was... (UI).

HH:     How long I was there?

GS:     Yes.

HH:     In the camp?

GS:     Yea how long wh-when you left the camp after about four
        months you said.

HH:     Uh maybe like three and a half months something like
        that.

GS:     Ok.

18

Interview of Hamid Hayat, 6/4-5/05

1

2  60:50:15
   HH:      Um hmm.

3  GS:      And uh and then you and then you went back to Pindi?

4  HH:      Uh I went back to my village.

5  GS:      To Beh

6  HH:      Behboodi.

7  GS:      Behboodi, now and then you and then you came here.

8  HH:      Yes.

9  GS:      Ok.

10 HH:      Uh well I didn't come directly here.

11 GS:      Ok.

12 HH:      We were in like you know uh all over like maybe in my
13          village for like 5 or 6 months (UI)...

14 GS:      Ok, so I'm just trying to get a time frame (HH nodding)
           of when you were in the camp.

15 HH:      Uh hmm

16 GS:      So you've been here just for a couple days, um or about
17          a week or so, how long have you been here?

18 HH:      I came in like uh,

19 GS:      about a week,

20 HH:      make it like a week yea.

21 GS:      Ok.  So you're here for a week, you're back in Behboodi
           for about five or six months,

22 HH:      Yea.

23 GS:      And then before that you're in the camp for about three
24          and a half to four months?

25 HH:      (Acknowledges by moving head).

26 GS:      Ok.

27 HH:      Before my wedding you know maybe like uh I was in my
           camp I was in the camp before my wedding.

28 GS:      That's a good date.  So you got married when?

19

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15
17:08:49

HH:     And when I got married in ah, what's it called March.

GS:     Ok.

HH:     30th I think so. I'm not sure but I don't remember.

GS:     March. In the future it'll be important to remember those dates.

HH:     For our Anniversary?

HS:     (Laughs)

HH:     (UI) anniversary.

GS:     Don't have ... don't practice that. Um, Ok, so you got married in March.

HH:     Uh, huh.

GS:     Um, uh, you said March 30th? You think...

HH:     Yeah.

GS:     Approx, approximately?

HH:     I think so.

GS:     And how long um, um, how long had you been home from camp before you got married?

HH:     Ah, how long I was been home when I came back from the camp?

GS:     Yes.

HH:     Um, four months, I would say four or five months.

GS:     About four or five months. So then it's, then so, you would be back up on our calendar then so, about November or so, maybe is when you left camp? Because that's about four months.

HH:     Yeah. And you know when I came back when my mom was sick and you know she got Hepatitis C and you know she, she was telling me, you know son I need you to get married. I need someone like you know help me out in the house like you know, someone to like cook for me.

GS:     Uh, huh.

20

### Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     Like that so I said Ok.

GS:     So when you came back from camp you helped your mom for about four or five months?

HH:     Yeah.  I was not married at that time, I was helping her first you know getting all the grocery and everything.

GS:     Ok.

HH:     Like that.

GS:     Ok.  And so you were in camp then approximately say, now ah, ah, I'm just sayin' approximately in November is when you left.  Does that sound right?

HH:     Sounds right (yawns)  I don't remember sir right now.

GS:     Ok.

HH:     'Cause I'm kind of tired right now.  I couldn't even barely fix up my time table for sleeping, when I came back.

GS:     Oh you're at your jetlaged still.

HH:     (UI)

GS:     Probably, a little bit, so that's, Ok.  All right.  So you're there um, for, for about ah, as best you can recall for you know, three and a half, to four months before November.

HH:     Yeah.

GS:     All right.  Um, and we got the, the, and it's in the Northwest Frontier, Frontier Province.  And give me the name of that town again?

17:10:46

HH:     Balakot

GS:     Spell.  Balakot?

HH:     Yeah.

GS:     And how big is the town, itself?

HH:     Ah, I didn't see the town sir.

GS:     Ok.

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

HH:      (UI)

GS:      Cause this was, but is this a couple miles outside Balakot?

HH:      The training camp?

GS:      Yes.

HH:      It's in there sir.  It's in the city

GS:      It's in the larger area of Balakot?

17:11:00

HH:      It's in the city yeah

GS:      Ok.  But you didn't get out to the city at all?

HH:      No we can't.

GS:      Right.  Ok.  Um, they keep you there I assume right?

HH:      Yeah.

GS:      Ok.  Um, one of your other um, I wanna come back to some of these areas in a minute, and, an, an, an, and let me tell you that uh, what's the most helpful for us are specifics.  So that the more specific and, and, let, let me decide or let um, let my partner decide whether something's important or not. (HH nodding)  Um, you, you just tell us what you remember.  Because you may be sitting there thinking well that little aspect of, of what I remember isn't important. (HH nodding)  But it might be because it may, it may be helpful to us.  And it may, ah, you know we know what we know and we see a lot of things.  So um, you know as, as, as it's probably been explained to you we have, you know, you know satellite imagery and all sorts of other things that give us an idea of things that are going on in certain places.  But um, any additional information you can provide is, it certainly helps us (HH nodding) and we appreciate you doing that.

HH:      I will, I'll try my best.

GS:      Um, one of the things that we do know also are that there are other people in this area that have attended camp.

HH:      Uh, huh.

GS:      We're aware of that having happened and um, and there's

22

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

| | |
|---|---|
| | a whole big you know um, so why don't we just talk about that.  Have, have you talked about that at all? |
| HH: | Yeah, but I don't know the people that's the thing. |
| GS: | Who, who, who do you know that may, that may have, may have attended camp? |
| HH: | Like ah, ah, Imam from Masjid, <u>Shabbir</u>. |
| GS: | Ok.   Imam from, from the Lodi Masjid? |
| HH: | Lodi. |
| GS: | Ok. |
| HH: | I heard about from people like, you know he went to train a long time ago before, a long time ago.  From people I heard. |
| GS: | And that's <u>Shabbir</u> the Imam with the Lodi Masjid? |
| HH: | Yes. |
| GS: | Um, he, he, he ah, tell me about that.  What do you mean?  Obviously you had a conversation about that so just tell me, tell me the conversation. |
| HH: | You mean like where did I see him or? |
| GS: | No, what do you know about that?   Somebody told you something about him going to camp. |
| HH: | Oh, it was here when I didn't left for America in 2003, I was here.  It was here, but you know, someone told me and I said oh.  Maybe he did gone to ah, thing you know the training camp.  And he said you know what ah, do you think (UI), what can I say man.  I don't know. |
| GS: | Say that again. |
| HH: | I said what can I say to that guy.  I don't know if he went to the training camp or not, you know. |
| GS: | And one of the things wh, wh, wh, I know how it works (HH nodding) and I know that the conversations don't just go like that. |
| HS: | Uh, huh. |
| GS: | Because you're a guy who's already been to camp and you'd probably been to camps so I didn't even ask you about that before you even came here. |

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:      Uh, huh.

GS:      So you probably had some, is that correct?

HH:      Yeah.

HS:      Yes, that is correct.

GS:      So you'd already been to camp.  So those kind of conversations um, don't always happen like that.   The way that it would go is you and Shabbir would have had a conversation a little bit about camp.

HH:      No.  I don't have no conversation with him about the camp, with <u>Shabbir</u>, with <u>Shabbir</u>

GS:      Where, well you would've had had a conversation. Somebody doesn't just say that they must have had a conversation with Shabbir about camp.

HH:      I didn't have a conv...

GS:      Somebody else must have had a con....

HH:      Somebody else maybe else have had because that's the way I found out.  You know like people talking about the camp.

GS:      Uh, huh.

HH:      They're going to camp.  He told someone that you know, he went to the camp.  That's the way I found out.

GS:      You told, you told someone you went or somebody told...

HH:      Someone told me that.

GS:      <u>Shabbir</u> told somebody (HH nodding) he went to camp?

HH:      Yeah.

GS:      What, what else did he say about that?

HH:      That's uh...

GS:      You know, I mean this is, you know, for, for, let's be honest. (HH nodding) I mean the reality is that um, going to camp is an important part of, it's been an important part of your life. (HH nodding)  Right?   I mean you spent time there and you had to go.  I mean it's not something that is taken lightly.  It's an important thing that happens. (HH nodding) So it is for him too.  I mean, it's been an important part of his

24

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

life I'm sure.  So um, I mean, so, you know, please you
know help us here and so you know make sense out the
story.  It doesn't make sense that you would have had a
very short conversation like that.  It would be
something, you would not...

HH:  At that time I was ah, you know, coming back from
training.  I was going home, it was dinner time.  So
you know, I didn't pay attention that much to that guy
but that's what I say to him.  That was like
conversation already like you know, I say to you guys.

GS:  Who told you this?

HH:  Ah, it was ah, some guy what's it called from Lodi.

GS:  What's his name?

HH:  I don't even remember his name 'cause I didn't met him
when I came back right now.  And, you know I got ah,
what's it called ah, stuff, you know I brought some ah,
what's it called, some sweets from Pakistan.

GS:  Uh, huh.

HH:  So he's gonna come so you know, remember him and find
out his face and everything you know, his name and
everything.  I remember his name and that.

GS:  So you, so um, so you, you're aware that Shabbir has
gone to camp?

17:15:32

HH:  Yes.

GS:  Ok.  Um, and, and, are you aware of what camp he's
gone?

HH:  No, I'm not (UI) that.

GS:  Ok.  Does he have an affiliation with any of the
groups, or?

HH:  Affiliation

GS:  (UI) Is he, is he, is he, what groups does he, or, or a
parties is he umm

HH:  Connected to?

GS:  Yes.

25

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:        Connected to J-U-I.

GS:        He's JUI?

HH:        I think so.

GS:        Ok.  Now I wanna tell you something because um, I know um, you know a little bit more about that then you might think I, I do.

HH:        Uh, huh.

GS:        I know about um, Sipah i Sahaba.

HH:        Uh, huh.

GS:        And JUI and, and all that so.  So um, and I know how it works and I know you know about those groups (HH nodding) more than you're probably comfortable talking about.  'Cause I know, you know what I know, I know that when people come to the United States um, they're not supposed to talk about these groups.

HH:        Uh, huh.

GS:        Right?

HH:        Uh, huh.

GS:        And that's just, that's the rule correct?  Um, because the groups are important in Pakistan.

HH:        No.  Ah, these are not the groups so

GS:        Well it's, I mean it's not a law but it's...

HH:        You think about the... it's like a rule for the, the group, for the cam, ah, for the group,

GS:        for, it, it's, people are careful (HH shaking head side to side) what they say about the,

HH:        They don't care sir.  I don't think that they care

GS:        In the United States? (HH shaking head)

HH:        I don't...

GS:        They don't care?  People talk about it freely about SSP and JUI.

HH:        Some of the people I'll say maybe they do sir.

26

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:     Ok.

HH:     Some of the people I say.

GS:     All right.  Well tell me about Shabbir's affiliation,
        or what groups or parties Shabbir belongs to?   Tell me
        about it.

HH:     The only one I know is JUI and ah, I think so SSP,
        maybe.

GS:     Ok.

HH:     I'm not sure.

GS:     Now how do you know that?

HH:     Ah, because you know ah, people are over there in
        Pakistan you know, ah, he used to be Imam in Pakistan
        too.

GS:     Where?

HH:     In Islamabad.  And you know,

GS:     Ok.

HH:     Over there you know, ah, people say that you know, ah,
        he used to talk like about SSP and like that.

HS:     Uh huh.

GS:     Would he get people excited about Jihad and things like
        that?  I assume that, that's how it works.  I mean,

HH:     Uh, I don't know about that.  But I just heard that he
        talks about SSP and you know, and they all, you know at
        that time I didn't think that much about but right now
        I'm thinkin' it's coming to my mind now.

HS:     Uh, huh.

HH:     Maybe he's with SSP, why did he, why was he talking
        with the SSP.  Maybe he is with SSP.  Maybe.

GS:     So you've heard um,

HH:     Yeah, in Pakistan I heard that sir.

GS:     About him.  Is he famous in Pakistan?

HH:     Ah, Ok.  Not bad, you know, he's a religious uh Imam
        over there

27

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

| | |
|---|---|
| GS: | Uh, huh. But he's also an Imam going to camp. So he's not, |
| HH: | I think so. When he was uh, not the Imam. |
| GS: | Ok. |
| HH: | Then before the Imam, before he became an Imam, I think so, he went to training. |
| GS: | So he went to training. I assume he partic, where's he from. What's, what ah? |
| HH: | I think so. There's two Kashmirs. One is a, a, a, a, Azad-Jammu Kashmir. That's what we call it. |
| GS: | Uh, huh. |
| HH: | And one's occupied Kashmir. We call it Azad Jammu Kashmir. |
| GS: | He's from Azad? |
| HH: | Jammu-Kashmir. |
| GS: | Jammu, Jammu? (UI) |
| HH: | Azad-Kashmir. |
| GS: | Azad-Kashmir |
| HH: | Yeah. |
| GS: | So he's like ah, ah, Muzzafarabad area that, |
| HH: | Yeah. From that in that side, from . . |
| GS: | Ok. So he's from the Pakistani side of Kashmir. (HH nodding) |
| HH: | Yeah. |
| GS: | Right, right. And so he's from that area um, and he's, as far as you know he's, he's, he's SSP? |
| HH: | He's talking about that. |
| GS: | Ok. Tell me about that. |
| HH: | Ah, you know, I heard a lot of other people say he talks about SSP. |
| GS: | Uh, huh. |

28

## Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:    And you know, like that and I said, what do you mean
       he's talking about SSP.  Like he talks about SSP on
       Fridays, like you know SSP is like this, like that.

17:18:59

GS:    So even here he talks about SSP on Fridays.

HH:    No, I don't think so.  Cause yesterday it was Friday?

GS:    Right,

HH:    Not yesterday,

GS:    Jumma.

HH:    I went there and you know, it was only five minutes
       left to Jumma.  I left like one o'clock.

GS:    Uh, huh.

HH:    So there's one o'clock and two o'clock

GS:    Alright.

HH:    So, you know I didn't listen to the what's it called
       the lecture he gave.  I didn't listen to lecture.

GS:    Ok.  So you didn't.  All right.  You didn't go inside?

HH:    I went inside the Mosque, but I got there it was late.

GS:    Ok.

HH:    The prayer was almost over.

GS:    Ok.  All right.  Um, so he's um, he's SSP from ah, Azad
       Kashmir and, and, how long has he been here?

HH:    He came in 2004, 2002.

GS:    Do you have an opportunity to talk to him a lot about?

HH:    About this?

GS:    Yes.

HH:    Do you want me to talk to him?

GS:    I mean can, have you had,

HH:    I didn't have it, if you guys want to me I'll try

29

Interview of Hamid Hayat, 6/4-5/05

60:50:15
GS:      to talk to him about all this stuff

HH:      if it doesn't matter to you guys.

GS:      Well see, we'll

HS:      Well, we'll talk to you about that..

HH:      Ok.

HS:      Specifically before we'd want you to do it.

HH:      Ok.

GS:      Um, um, tell me, so you're, the other thing, I mean,
         isn't, doesn't make sense and that's why it's important
         to make sense because you made sense about a lot of
         stuff (HH nodding) and so it makes, I mean, we, we it's
         important to be honest here.  And I, I imagine that
         you've talked a lot about that before I came in here.
         And how important that is and that ah, that being
         partially honest is not helpful to you especially.
         Being totally honest is the most, is, is, is extremely
         helpful.  And so one of the things that um, ah, I want
         you to try and make sure you're honest about.  And
         maybe even you're even a little bit tired.  I'm not
         sure.  But I want you to, to ah, to try to wake up for,
         for this and because I want you to hear what you're
         saying.  Doesn't, isn't totally making sense and that
         is that um, that you haven't had any conversations with
         Shabbir about SSP or any parties (HH shaking head) or
         ah, or any Jihad camps because...

HH:      No.

GS:      That doesn't make sense.

HH:      I didn't, um,

GS:      Yeah.  Ok.  I mean it, it, it, I mean it it, I need to
         let you know, it doesn't make sense to me that you
         didn't...

HH:      Oh, mean it it does make sense.

GS:      It does not make sense.

HH:      Oh, Ok, Ok.

GS:      Because, because of, (HH yawning) of you know, camps
         you know Jihadi training camps have been an important
         part of where you've been recently and they sound like
         they've been an important part of where he's been.  I

30

Interview of Hamid Hayat, 6/4-5/05

60:50:15

mean he, he's affiliated with SSP. He's from ah, you said he's from Islamabad, which is Rawal .. you know, Pindi is right there.

HH:    Uh, huh.

17:21:39

GS:    And so, you guys naturally would have had some conversations about that. Does that make sense?

HH:    About Pindi?

GS:    Yea about Pindi or about SSP or about what he did before he came here.

HH:    Over here or over there?

GS:    Over here, or or over there, do, have you seen?

HH:    I didn't see him over there.

GS:    Have you ever seen him over there?

HH:    No I didn't see him over there.

GS:    Ok.

HH:    And over here (UI) saying that uh you know we didn't have a conversation between SSP or anything we have a JUI is politics you know some time read the newspaper on Internet,

GS:    Uh hmm

HH:    Pakistan newspaper

GS:    Uh hmm

HH:    (UI)... about JUI about never about SSP.

GS:    So you had a conversation about JUI with him you say?

HH:    Uh JUI means Jamiat (UI) Ulema Jamiat Ulema Islam ...

GS:    Right.

HH:    Yea. We did have, like you know a conversation like that.

GS:    Ok tell me about that.

HH:    The conversation was like this, it's like, uh, uh

31

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

|   |   |
|---|---|
|   | what's it called, uh, two people in the group and, you know, it was like that what you call politics, ah... |
| GS: | Um hum. |
| HH: | Talk and they were fighting with you know. They were fighting he said why don't you give me uh the uh was like you got more intelligence than him, the group why not you know, you come to my seat like, you be like my what's it called, voice, a voice, and I'll be your I'll be the president like the group. You know, we were just discussing on that, and like, you know... |
| GS: | By like pretending you were Fazlur Rehman is that what you pre |
| HH: | Yeah, I'm talking about him sir, |
| GS: | Ok |
| HH: | Him and Sami ul Haq |
| GS: | Right, right |
| HH: | I'm talking about those two |
| GS: | Sure. |
| HH: | They they don't talk with each other pretty good, so they were fighting so we're like you know |
| GS: | So, you are talking about the problem between Sami ul Haq |
| HH: | yea |
| GS: | and Fazlur Rehman |
| HH: | Yeah, Samu Ul Haq and that you know, that's what we were talking about. |
| GS: | Ok, and well, tell me about the conversations, and now you know we're getting somewhere so tell me about that |
| HH: | Ah, the conversations... |
| GS: | Yeah. |
| HH: | ...between, ah, the JUI? |
| GS: | Yeah. Tell me about what, what you and Shabbir talked about. |

32

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| HH: | You know we talked about this like and he was asking me, ah, when this the conversation started, he said that who do you think should be the president. I said, you know, what can I say. I said, you know what, ah, why don't we put, ah, ah, this guy in that seat and this guy over here but I don't think so they won't be happy. If one is on this seat the other one is on that seat, they should be happy, they still have a job. They still have, working, they're getting money to go to like that. And that was the conversation and I say to him Ok. |
| GS: | Alright. Ok. Umm, so you know Sami ul Haq, ver, who he is and..... |
| HH: | Yeah, I've seen him alot on the newspaper over there and TV, they show him...over there, over here I didn't see him that much |
| GS: | Um-hum |
| HH: | Over there I seen him alot in the newspaper. |
| GS: | Um-hmm. Ok. Ah, well, tell me, ah, ah, (HH yawning) who, who came to visit the camp, who, what important people came to visit the camp? |
| HH: | None of them guys came that's like real rare. |
| GS: | Yeah, it is rare? (HH shaking head) |
| HH: | None of the people came over there, maybe because it is so cold. Maybe that's why nobody come |
| GS: | Well, the camps are a little harder to have, ah, ah, I mean, today. I mean, they used to be a lot, many more camps... |
| HH: | Uh-hmm. |
| GS: | ...than before two-thousand and one. |
| HH: | I think so this camp still maybe over there. I'm not sure maybe, maybe I, I don't think so. Let me see, I'm not sure. |
| GS: | Why do you say that? |
| HH: | Because I have a feeling sir that you know, ah, this camp is like in a place like, it's like a jungle or something like that. |
| GS: | Right. |

33

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

HH:      Maybe there's still...

GS:      Ok, so this isn't a safe place to have a camp.

HH:      Uh-hmm.

GS:      So, in other words, its, you have a camp there because nobody can get there, except by walking?

HH:      Uh-hmm.

GS:      Is that right?

HH:      Uh-hmm.

GS:      Um, and then, it's, it's, it's safe because, (HH yawning) ah, ah, nobody knows where it is. Is that, is that right?

HH:      Yeah (yawn).

GS:      Could you find your way back there?

HH:      No way sir. It is very hard to find my way back.

GS:      Why is that?

HH:      Cause it is kind of jungle you know, you don't know where you're gonna, where your going, coming in or coming out, from like that.

GS:      So when you get to the camp, are there trees all around it?

HH:      Yes, it's kinda like that.

17:25:15

GS:      Ok. And. umm, and so you didn't see anybody else (HH shaking head) outside the camp for the four months you were there?

HH:      Unh-uh. (Moving head side to side).

GS:      Ok. What, what other people here locally, umm, uh, have talked about going to camp. You mentioned Shabbir. Now Shabbir, umm, tell me about Sha... So Shabbir went to camp, who knows, who else knows he went to camp?

HH:      Like I was telling you, right now the guy I brought some stuff from what's it called Pakistan, some sweets

34

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:   Right

HS:   I forgot his name, you know, and, you know I know him pretty good, because you know when I came when I was here before I was leaving to Pakistan.  I didn't met him that much

GS:   Um-hmm.

HS:   What's he do for a living?

HH:   He, him?

HS:   Yeah, here.  What does that guy do for a living here?

HH:   I think so umm, he works in, ah, ah, what's it called like, welding company you know

HS:   Hmm.

HH:   welding like making like you know car parts I think so

HS:   Uh-huh,

GS:   So he works at a welding company, this guy?  Now, when he's telling you this, I mean, it's like, you know, that's, ah, that's an interesting thing he's trying to tell you.  He was trying, trying to keep your interest in what <u>Shabbir</u> has done, so tell me, eh, eh, tell me how this conversation took place?

HH:   How this ah....

GS:   Yeah, how, what, what, did he just tell you, I think <u>Shabbir</u> when to camp, (HH yawning) or how did he tell you this?

HH:   He said that I heard that, I heard from someone, (yawn) excuse me, when he went to camp....

GS:   He heard (HH nodding) from someone that he went to camp.

HH:   Uh-huh.

GS:   Ok.  Umm, who, who else, ah, whose, who else's, so, ah, tell me, so what is <u>Shabbir</u> is, is the Imam, he's been the Imam for a period of time here.

HH:   Uh-huh.

GS:   What's, what, ah, is he gonna, is he gonna stay here?  Do you talk to him sometimes?

35

Interview of Hamid Hayat, 6/4-5/05

```
 1
      60:50:15
 2    HH:        Yeah, I think he got a green card now.  I think so...

 3    GS:        Think he's got a green card?  Is he going to stay here?
                 Does he want to go back to Pakistan?
 4
 5    HH:        I have no idea.  I never asked him about those
                 questions.
 6
      GS:        What is he doing here?
 7
      HH:        Uh, he is the Imam, that's it...
 8
      GS:        So is that his purpose is to be the Imam in Lodi?
 9
      HH:        Yeah.
10
      GS:        Does he, ah, who, who spon....how did he find this
11               place?  How did he get here?

12    HH:        I think so some guy told them that you know he's a good
                 Imam.  I think so.  I'm not sure maybe the, the
13               community people, ah...

14    GS:        So the community brought him here?  Or...

15    17:27:40

16    HH:        Maybe, I think it was like this, all the community
                 people sit down together and, you know, they talk about
17               we need a new Imam, like that, and they contact
                 Pakistan maybe someone over there they know.  And maybe
18               they gave them, they gave them like names and
                 everything and then maybe they gave them like he's
19               educated, he's not educated, he's good, he's not that
                 good like that..

20    GS:        Well, somebody has to know him here though first, so
                 does he have somebody here, that, that, ah, you know,
21               the, the mosques sponsored him.  Did they have, who
                 here, um, said, hey, this guy's a good Imam?  Who, you
22               know, let's get this...

23    HH:        to bring Shabbir over here?

24    GS:        Yes.

25    HH:        It's ah, ah, what's it call, Maulana Adil.

26    GS:        Maulana Adil

27    HH:        Yes

28    GS:        who's, who's that?
```

36

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:   Uh he's making the biggest Islamic Center in Lodi, Farooqia Islamic Center.

GS:   So he's from the Farooqia Islamic Center?

HH:   Uh-huh.

GS:   Tell me about him?

17:28:24

HH:   Ah, I don't know much about this guy sir, he's like you know just working on the, ah, what's it called, the Islamic Center, making that, that's what he's doing right now.

GS:   Ok, now, now, is it, umm, who knows that you've been to camp?

HH:   (UI)

GS:   Your father knows.

HH:   Yeah.

GS:   Um, who else knows that you've been to camp?

HH:   Ah, in my relatives.

GS:   Yeah.

HH:   And my father knows, and my parents know, and my uncle back in Pakistan.

GS:   What's your uncle's name?

HH:   Anas

GS:   Your uncle's name is Anas, A-N-A-S?

HH:   Yeah.

GS:   Anas?

HS:   And he's the one who has been to camp himself?

HH:   Yeah.

GS:   Has he been to the same camp you went to?

HH:   I don't know about that.  He went way before me sir. Way, way before me.  Like, I think so like, four or five years before me.

37

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HS:     Uh-huh.

GS:     Ok, Was he living also in, ah, Pindi, or is he in, in, ah, Behboodi?

HH:     Ah, I think so that he should be in Pindi.

GS:     Is that where he lives?

HH:     I think so.

GS:     Ok, so, and you were, um...so, so here then, um, well you just got back, so, I imagine you haven't had time to meet with a whole lot of people...is that ...

HH:     I didn't, I was resting that's the thing I just went to work for two days only.  Four o'clock it starts.

GS:     Ok.

HH:     And you know, it's just a part-time job.  You know only when I went over there they say you have five days left.  It's only five days to work.  I said I don't care if it's five...I need some pocket money.

GS:     Ok.

HH:     I say you know buy some clothes and everything like that.

GS:     Right.

HH:     So, you know....

GS:     Ok.  Umm.  So, ah, let me ... back up to one of the questions I just asked you, so Maulana Shabbir, right, (HH nodding) Imam Shabbir went to camp.  Imam Shabbir was brought here by Maulana Adil.

HH:     Uh-huh. (HH nodding)

GS:     ...umm, from the Farooqia Islamic Center.  Is he, ah, so he must know Maulana Shabbir? Is that right?  From....

HH:     I think so that's ah Maulana Adil, you know maybe he search for it, something like that.

GS:     Does he know him from back in Pakistan then?

HH:     I have no idea about this question.  I think so he's searched like, you know, called like, you're in Pakistan, I'm calling, hey, I need an Imam, could you

38

**Interview of Hamid Hayat, 6/4-5/05**

1

2    60:50:15
     search for me

3    GS:    So, you don't know for sure

4    HH:    Uh no

5    GS:    But you know...

6    HH:    I could find out about this if you guys want me too...

7    GS:    But, but you know they know each other?

8    HH:    Yeah, right now they know each other.

9    GS:    Ok, from but he, he is the one who brought him here

10   HH:    Uh-huh.

11   GS:    basically, Ok.  Umm...

12   (Pause)

13   GS:    Umm....

14   HS:    Oh, I, one of the things, we, we want to talk about the
15          first camp you went to...

     HH:    Uh-huh.
16

17   HS:    ...ah, but, ah, ah, we, we talked about the camp.  You
            talked about the, the weapons training, just the
18          pistol, (HH nodding) uh, that you were involved in, and
            we asked you again about, about observing, some of the
19          things that, that you observed there.  Did, you, you
            talked before about hearing explosives. (HH nodding)
20          How many times did you see explosives training?

21   HH:    Ah, I didn't see that much.  I see that a couple of
            people (UI) kinda like rocks or something like that....
22
     HS:    Uh-huh.
23
     HH:    (UI) rocks (UI) exploding or something like that.  It
24          would be like far away.

25   HS:    Ok.  What, what percentage of the people at the camp
            the most recent time you went there, spoke English?

26   HH:    They speak English?

27   HS:    What percentage of people spoke English?

28   HH:    Ah, I didn't see no one speak English over there they

                              39

Interview of Hamid Hayat, 6/4-5/05

60:50:15

were ...

HS: About how many people do you know spoke English?

HH: Ah, not that much that much sir.

HS: Not that much, but if it's not that much

HH: I'd say, uh, maybe one one or two person.  A lot of them are talking Pashto and Urdu.

HS: The one or two people that you met that spoke English....

HH: No, I didn't met them, I saw them, I seen them there talking in English.

HS: Ok, were they from the United States?

HH: No, their English was not like the United States. There English is like poor Pakistani English....

HS: Uh-huh.

HH: Poor Pakistani.

GS: Why would they... it makes no sense that they would be speaking English ... if they speak Urdu.

HH: I have no idea, maybe they were talk some secrets.

GS: In English?

HH: Ah, maybe they talk some secrets in English

HS: What did you overhear

HH: uh they were saying how are you, fine sir, how are you doing?  Like that, and, you know, and he's telling you go over there and pick up that, and do that, and like that.   That's what I heard.  I was not standing there much, that long,  I was thinking maybe they gonna find out, you know, I speak English or anything like that, I was kinda scared.

GS: Well, you heard them talking secrets in English.

HH: Ah yes, they were talking like this.  Like, you know, how are you, fine.

GS: You go over to pick up this or pick up that...

HH: Yeah.

40

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2   GS:       What, what are they going to pick up?

3   HH:       I don't know, it was like, you know, pointing like that
4             way or this way, like that.  Just go over there
            something like that

5   HS:       How did you leave the camp?

6   HH:       First time?

7   HS:       The most recent time?

8   HH:       First time?

9   HS:       The last time?

10  HH:       Last time, same thing, I ran away.

11  HS:       You know, it's a pretty remote location.  Where did you
12            run away to.  You didn't even know where you were.

13  HH:       Ah, you know, there was a bus going out, over there.  I
            had some money with me, I had some money.  So I told
14            the bus driver you know I said I'm gonna go like this
            place and I say can I get a bus from there for like
15            Behboodi, and he said, yes, you can.  I said can you
            like hide me or something like that in ahh in a bus.
16            He said yes I can there was a bus coming in there yea.
            They brought some blankets, there was only like
17            blankets over there I mean what's it called, ah, in the
            bus, so he said I can take you.  So I went like that.
18            (pause) I pay him like I think so it was like, ah, one
            thousand Pakistan.

19  17:33:51

20  GS:       Now you, you went to camp, from what I understand, you
21            went, this was the second time, it's the second time,
            (UI) three or four times (UI)...

22  HH:       This, ah, this was the second time....

23  GS:       So you've been, this is the second time you've been to
24            the same camp.

25  HH:       It was, it was almost the same camp I'll say, I'm not
            sure cause you know it was kinda like you know making
26            me like, confusing that, ah....it looks to me like uh
            first camp again.  But everything was changing, I said
27            no it's not, then I said oh forget about it, I don't
            think so, it was the first camp was like that, the
28            first camp like that....

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15

2  GS:       So, a typical day at the camp, ah, (UI) what weapons
3             training, ah, and this is good, you know, good for us,
               because, we, we have pictures of this kind of stuff.
4             We have, you know, other people that tell us certain
               things....

5  HH:       I have question sir, could you guys show me the
6             picture, maybe I can you know recognize...

7  HS:       (UI) maybe we might do that later, (HH nodding) but,
               for now it's best that we get...

8  HH:       Yea...

9  HS:       ....from your memory as much as possible.

10  HH:       Sure.

11  GS:       So, for instance, ah, you, you know, take us to weapons
12             training.  A day with, on the pistol range.  I mean....

13  HH:       how they gave us a pistol, hold it, shoot it, make sure
14             you like this pull it back like that, like this, like
               that.  And you know (HH holds imaginary pistol)

15  GS:       (UI) learn how to load it.

16  HH:       Well, just put it like this. (HH gesticulating as if
               loading)

17  GS:       Right.

18  HH:       Put it in shoot it like that.  You know, and they told
19             me that you're not so good at that, ...

20  GS:       So that's why you're there though, your, they're
               teaching people, many people are there....

21  HH:       Yeah.

22  GS:       ...(UI) experience

23  HH:       I said, Ok, I'm not that good, and they said, you know
24             what....just keep on doing it you were Ok you know they
               didn't pay attention they got alot of people like that.

25

17:35:30

26  GS:       So they (UI)...

27  HH:       skinny body people, I don't know why.  They don't like
28             those guys over there.

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

GS: (Laughs)   Now, now are you on, on, um, when you're firing the gun, is it, are you standing next to, how many other people are firing guns at the same time?

HH: Not at the same time though.   One guy's gonna shoot, other guys gonna shoot after me.

GS: So you stand in line and come up and, and take some shots? (UI)

HH: (UI) something yea

GS: And then you get back in the back of the line, and kind of keep going through,

HH: (nodding) uh huh

GS: basically you're learning how to fire a pistol.

HH: Exactly (rubbing his face) uh huh

GS: Ok.  And then, um, at the same time, and that's, ah, ah, you know, it's a process, ah, you want to learn how to shoot good, correct?  And what were you shooting at when you were firing the pistol.

HH: I think they had, they had a board over there, it's kinda some kind of board.

GS: Target board?

HH: Yeah.   It was like you know, like you throw that things in there (motioning as though throwing darts)

GS: Darts? Alright, so its got, like ah, you know, you try to hit.....

HH: (UI)

GS: (UI) the center.

HH: Yes.

GS: ...as close to the center as you can.

HH: Uh-huh.

GS: So, you're trying to hit, you know, we, you know, the center mass of this target board with, with, ah, pistol, um, and you take, um, how, how many shots.... What kind of g... Do you remember what kind of gun it was?

43

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2 HH:        No, it was a black one.  I, I can remember the color,
3           but I don't remember what the name was or anything like
           that.

4  GS:       So you take how many shots?

5  HH:       I think so I took like, ah, three or four shots.

6  GS:       Three or four shots?  Do you reload, ah, I mean, cause
7           normal, normal....

8 17:36:32

9  HH:       I didn't know how to reload it, I didn't know (UI)

10 GS:       I mean, I'm sure in four, three, four months, three and
           a half, four months they teach you how to reload.

11 HH:       The thing is, ah, they put like, ah, bullets in there
12          for us up there.

13 GS:       Uh-huh.

14 HH:       Not in the thing, up there....

15 GS:       Uh, one at a time?

16 HH:       One at a time, yeah.  Like that.

17 GS:       Ok.  And this, this, this particular phase....Umm, and
           then, ah ... So that's one day I assume? (HH nodding)
18          That's one day in four months.  So tell me about some
           other days.  I mean other types of training that take
19          place in this four month period.

20 HH:       Oh, running, jogging, and, ah, what's it, called, you
           know some of the day you know, some of the guys are
21          sick so we uh cooking and I don't know how to cook, so,
           you know, I just, ah,  you know, washed the vegetables,
22          like onions, and everything like that.  That's most of
           day.

23 GS:       There's prayer a lot.

24 HH:       Yeah, you can pray anytime.  There's no, ah...

25 GS:       And then there's, ah, there's, there's.....

26 HH:       You can play over there, playing around like, uh you
           know sports, any kind of sports you want or you can
27          play ah what's it called, ah, football.  Soccer, I mean
28          soccer.

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS: So, could, people are doing this during the, and then there's, um... So when you go to a class and they're teaching you, umm, you know, today we're gonna learn how to shoot a gun, for instance. Umm, do they, did they start out in a classroom, do they have classrooms?

HH: No, there's really no classrooms.

GS: You all sit down outside?

HH: Outside.

GS: And then they, they, somebody would show the gun and this is what we're gonna do, and get...

HH: Yes. Sit down, I'll tell you, that's it.

GS: So tell me how it goes.

HH: We sit down outside, and you know, like this is the gun you guy's gonna like that, like this.

GS: Ok, and then you, and then they say, and then you're shooting. How many people, you know, the, you obviously you remember a ...

HH: Ah, I was, ah, I think so twenty people.

GS: Twenty people....

HH: Between fifteen to twenty.

GS: ....were doing the pistol training.

HH: Sitting down over there, yes.

GS: Ok. Now tell me about rifle training. There's....

HH: Oh, rifle training is very hard sir, you know, they make me stand over there in I say I barely could pick it up it's very heavy, you know, I'm skinny you know

GS: Was it a big so, tell me what kind of rifle it is, do you remember?

HH: It was a shotgun, I think sir

GS: There are different kinds, there's Kalishnikovs, there's shotgun

HH: Um, shotgun, you know, like the pictures of you guys...

HS: Uh-huh.

45

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15
17:38:40

HH:     ... seen my pictures over here.

GS:     Uh-huh.

HH:     Did you see my pictures?

GS:     No, I, I'm just looking.

HH:     Oh. and that way this was a black one, it was a black one.

GS:     Ok.

HH:     like that . . . It was very powerful, when I shot it, it went like that (gestures as if shooting a shotgun) you know the first time they say you can't shoot that again, because you don't have that much power.  And, you know, and I was thanking god that, you know, I don't want to do that again.  And the pistol too, I'm not that experienced or anything like that.

GS:     Ok.  And then what about Kalishnikov training.

HH:     No, I never did that.

GS:     Ah, I mean they have that there, I assume?

HH:     They do have it over there.

GS:     You can hear it, it sounds dit, dit, dit, dit, dit.

HH:     Yeah.

GS:     Yeah.

HH:     I can hear that but I never did that.

GS:     So you saw  they have Kalishnikov training and then they have ah I mean they they have a explosives training.

HH:     Explosives training, but I never seen like you know someone maybe like putting explosive over here feeling like they gonna do it like that or like (UI) I never like seen that but I heard a lot of noises of explosions.

GS:     You heard a lot of explosions. (HH nodding) Tell me about that.  What would be happening, during the day, during the night, all the time

46

Interview of Hamid Hayat, 6/4-5/05

1

2    60:50:15
     HH:        Ah, during the day sir, during the day a lot.

3    GS:        Ok.   And who was involved in that?

4    17:39:37

5    HH:        Those people are.

6    GS:        And then ya know they would be teaching them about
7               explosive you saw a group of people learning about
                explosives.

8    HH:        they're teaching, it feels like um what's it called uh,
9               what's it called uh blocks or something like that.

10   GS:        Blocks.

11   HH:        It's like a blocks or something I'll say like that.

12   GS:        A huh.

13   HH:        They're taking

14   GS:        And then what would they do?

15   HH:        They take it far away (UI) and you know if um, if the
                field is over here I think so they go like way, way
16              back down over there like that way way down over here .
                . boom

17   GS:        Did they, would they, were they teaching them how to
18              place explosives, like there different aspects of
                explosive's training?

19   HH:        They put it like that over there sir

20   GS:        Sometimes if ya know hear how to hide it in the ground.

21   HH:        Yeah, yeah but they wouldn't show me how hiding it or
22              anything like that cause you know, one day I'm, you
                know, a you know, they came over there, they take a you
23              know a um a, what's it called, a a um explosion like
                you know those guys, you know, they talking with each
24              other two guys, two guys that you know talk about
                explosion like you know what do you think about
25              explosion is it necessary putting in there. ..(HH makes
                downward sloping motion with right hand) like they're
26              talking to each other like that and um the other guy
                said nah I don't think so. And after that I said OK
27              that's why because he makes some noise.  And that's
                what I was thinking. Because I was thinking why did it
28              make some noise.  Now I find out because they said it's
                not necessary to put it in so I said OK that's why it

                                    47

Interview of Hamid Hayat, 6/4-5/05

1

2   60:50:15

       make noise.

3   GS:    in

4   HS:    Did they have any uh, training involving any other
5       weapons like knives,

6   HH:    No, I didn't see no knives, they didn't give me any
    knife, even in the kitchen where we, you know, clean up
7       those,  they didn't give me knife sir they, you know,
    it's like a what's it called, a thing.  Ah, I think so,
8       it's a, a big blade a big one not even for I finish
    shaving.  Something else that, you know, I don't think
9       that they give you knives over they, you know, when I
    went over there I didn't see no knives in the kitchen
10      or anywhere (UI).

11  HS:    At what point, were they giving assignments out?  At
    what point were they telling people where they would go
12      to be Jihad fighters?

13  HH:    Ah, they didn't say nothing about (UI).  They said that
    um you guys, like I tell you before get trained, buh,
14      you know, they don't tell you like we're going to send
    you to this country or that country like that or
15      something like that.

16  HS:    How many people discussed or talked about being
    martyrs?

17  17:41:51

18  HH:    Murders?

19  HS:    Martyrs.  Ah, how many people talked about being
20      suicide bombers?

21  HH:    Ah, none of them were like suicide bombers over there
22      where I was seeing like, you know.

22  GS:    (UI).

23  HS:    Um, I know we'll get back to it, but why don't you talk
24      again about the first time you went to camp.

25  HH:    The first time I went to camp sir you know, same thing
    I think they pushed me like that, ya know.  The
26      religion thing, like you know we're gonna go for
    religion.  First I didn't want to go, but when I go I
27      found out I got fooled.  You know I was pissed off, but
    I couldn't say nothing.  I knew that they can (UI) me
28      or someplace like that.  And, so you know, three days
    over there, three days is all, I do know that I can go

### Interview of Hamid Hayat, 6/4-5/05

1

60:50:15

2
3
4
5
6

in three days.  I do know that I can go in three days.
This time the way I got home from the camp was very
easy, it takes a road to take a shower or something
over there, you know with water to wash your hands.  I
see a road over there down there.  I said whoa.  We
came way far from down there you know from the camp.  I
got a chance to run away from it.  So I just ran away
from there.

7

GS:    This was, the, the first time? (HH nodding) This is,
what, what year, this was several years ago?

8

HH:    Yeah, several years.

9

GS:    Not on this trip to Pakistan?

10

HH:    No.

11

GS:    On a prior trip to Pakistan?

12

HS:    What year was that?

13
14

HH:    I think it was 2002.  No, no, no, no, um, it was I
think sir 2000.

15

HS:    2000.

16

HH:    I think so.

17

HS:    What, what was the circumstances of why you were in
Pakistan at that time?

18
19

HH:    At that time ya know ah I was over there, you know my
mom came back from America.  My mom came back for me.

20

HS:    Ah huh.

21

HH:    She came back for us to bring us back over here, so we
were staying over there you know.

22

HS:    How long had you been over there?

23

HH:    Ah, for right now?

24

HS:    No, that time in 2000?

25
26

HH:    Ah, 2000?  I was there for 10 years.  I went in 1990.
I grew up over there with my grandmother and my
grandfather, so you know, my grand. . .

27

GS:    In Pindi?

28

17:43:51

49

### Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     Huh?

HS:     In Pindi?

HH:     Yeah, in Pindi.  My grandmother said her you know we we want you, them to grow over here so you know and they can help us out like that you know and. . .

HS:     OK.  So you were born here and went over there in 1990, (HH nodding) stayed. . .

HH:     Before that I went to, before that I went 1992.  Ah, 1990.  I remember when I was before 1990.

HS:     Yeah.

GS:     So you, so you ah, you went back and forth before 1990. So, so from 1990 to 2000. . .

HH:     Ten years I was there and I got sick very badly.  Ah, what's it called, meningitis?

HS:     Um huh.

HH:     I got that over there.  The doctors already told me that you have to go back over there and I said OK.

GS:     Go back where?

HH:     Uh United States.

GS:     To get better?

HH:     Yeah, to get better.

GS:     And this was when, 2000?

HH:     Yeah, that, April something, May

GS:     April, May 2000.  Now, now when had you been to camp?

HH:     Ah, in ah, it was like ah before this.

GS:     Before you came here, so. . .

HH:     No.  Before I got sick, sir.

GS:     Before you got sick.

HH:     Ah huh.

GS:     OK.  So, about right around 2000 then?

50