# EXHIBIT A-2B

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15
17:44:54

HH:     Uh-huh.

GS:     And that was with you mentioned that was just for a
        short period of time. (HH nodding) Um, and then you
        went back in 2003 and then went to camp again here most
        recently.  Ah, to make sure we've got the details the
        first time you were at the camp, (HH nodding) um, same
        kind of training?

HH:     Yeah, the same everything.

GS:     Pistol training?

HH:     Yeah, but I only over there for three days and in three
        days you can't learn nothing.

GS:     So did you do any pistol training?

HH:     No, in three days I did nothing.

GS:     So, you just got, got there and then left.

HH:     I just wanted to get out of there.

GS:     Were they doing pistol training?

HH:     I didn't see any (UI).

GS:     (UI) every day you hear shots.

HH:     Yeah I hear shots no doubt about that.  I hear shots.
        But what (UI) a lot of people like you know running
        around over there, jogging around.  You know bigger
        body than me, like they're like more fat and more like
        you know tough than me, like that.

GS:     So, a lot of people getting in shape.  Um and then ah
        pistol training you hear automatic weapons training,
        shot, you know, do you know what I mean by that?
        Kalishnikovs, you know machine guns, it has a different
        sound, right? (HH nodding) Do, do you understand what I
        am saying?

HH:     Um huh.

GS:     So you hear, you heard that training both times?

HH:     Kalishnikov?

GS:     Yeah.

51

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:         Ah, not both time, ah same time, different times I
            heard.

17:46:13

GS:         OK, but when you on both, both times you went to camp
            they were doing all these kinds of training?

HH:         Yeah, they were, they were doing that.

GS:         And then did they do RPG training?

HH:         What's that?

GS:         RPG's you know explosion, they, they launch an
            explosion off a

HH:         Oh that (UI) not in front of me they didn't do it, and
            new students I don't think so they do it in front of
            new students over there.

GS:         So um, um, and then explosives training?

HH:         explosives training, yeah.

GS:         So certainly you've talked about the most recent time
            you're here but they were doing it.  Did you hear
            explosions the other time also?

HH:         Ah, the first time.

GS:         Yes.

HH:         The first time I heard like twice.  I remember that
            very good.  Twice.

GS:         OK.

HH:         I heard it twice.

GS:         So. . .

HH:         The third, the second time when I went over there to
            camp oh, it's too much like boom boom.

GS:         Boom, boom.  Tell me and that what, that's really
            interesting to us and that helps us so tell me what the
            difference was that you observed, how the training is
            changing from 2000 to 2004.

HH:         It's same thing, not changing that much.

GS:         Well it sounds like there's more explosive's training,

52

**Interview of Hamid Hayat, 6/4-5/05**

1

60:50:15

2      right?

3   HH:     No, I said I heard that more explosives, more

4          explosives like boom, boom. I heard that more than I heard that the first time.

5   GS:     And one of the things that happens at these camps to is

6          they want to get people ah, they want, I mean, clearly it's, it's, a ya know, it's to teach people how to kill

7          American troops.

8   HH:     Yeah, kill any, like any country working against Muslims I think sir.

9   GS:     Any, any non-Muslim, kill Crusaders or or Jews

10   HH:     Crusaders?

11   GS:     Or or kill the Christians or Jews or what have you or

12

17:47:39

13   HH:     Crusaders, what (UI)?

14   GS:     Well that means like a um that's like the Christians.

15   HH:     OK. (HH nodding)

16   GS:     So, so in other words, non-Muslims, so they want to

17          kill people that aren't, aren't

18   HH:     That's what they want I think so sir, I mean (UI)

19   GS:     And you hear that going ah so so part of the training to is is

20   HH:     They didn't tell us like that like you know they just

21          say you guys you get training you know go back and you know if you want if you want to go to any country you

22          know.

23   GS:     You'll be trained.

24   HH:     You're trained to go to any country you want like you

25          know, I mean to where they are fighting, you have to go to those countries.

26   GS:     Did, did some of the people that are, tell me about the people who are doing the training.

27   HH:     Ah huh.

28   GS:     Because that is also very interesting to us. So tell

53

## Interview of Hamid Hayat, 6/4-5/05

60:50:15

me about those people and your interactions with them, ya know, did they talk a um when military training usually they, they you know they will talk about battles maybe in the Afghan-Soviet war or other battles that these people had been in, where they learned how to do this.  Tell me about that kind of, those kinds of things.  Some of your instructors.

HH:     Ah, you know, the first person over there I would say, you know (UI) foot or something like that (UI)

GS:     Ah huh.

HH:     Soviet Union he was fighting I think.

GS:     Against the Russians?

HH:     Yeah.

GS:     OK.  So tell me what, what happened?  What was the story with him?

HH:     He said I got my foot lost in a bomb blast or something like that.  He was talking with someone else and I was just going over there like drinking tea or something, you know my face was like the other way you know, just listening, you know, not paying attention to to you know.

GS:     Ah huh.  Tell me about some of the other instructors that are there?

HH:     (UI) this was the one you know more like. . .

GS:     He was one of the main guys?

17:49:19

HH:     Main guys I would say over there.

GS:     And he uh, he was missing one foot.

HH:     Yeah, one foot he was missing.

GS:     And he said that he got his foot um blown off in

HH:     Yeah.

GS:     In a bomb blast in uh

HH:     Yeah,

GS:     OK.  Did he walk around with a crutch or did he just,

54

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

.how did he get around?

HH:   Crutch, I mean like with something you (UI) (HH pretends to hold crutch under left arm).  Yeah he walk around with something.

GS:   What other instructors? (HH shaking head) You, you're there for four months.

HH:   Yeah, for four months a you know.  Not that much like he said, I met this guy like you know, I mean like you know I seen him.

GS:   Every day?

HH:   Not every day.  Whenever I seen him you know, I'll be like standing over there go pick up something and take in my hand, like you know just playing around.  Just wanted to listen to this guy you know.

GS:   Uh, huh.

HH:   You keep in my mind that you know, maybe.

GS:   Tell me about. What did you hear him say?

HH:   Ah, the first time I was told you what he was saying. The second time you know he was just saying ah, tell those guys come to pray and like that, you know.

GS:   Say that again.

HH:   (UI) said ah, to the other guy, the other guy, both those guys like the other people sitting down, over there tell them come to pray over here.

17:50:22

GS:   Uh, huh.

HH:   Tell them like that.  Most of the time like you know, you be like you know, like this

(knock on the door)

HS:   Let me, let me stop (UI) right back in.

HH:   Ok.

(everyone is out of the room; subject is alone)

(door opens)

55

Interview of Hamid Hayat, 6/4-5/05

60:50:15
17:57:14

HS:      we'll be right back in.  I just wanted to give you a
         couple things just in case you're hungry.  (HH motions
         no)

HH:      Oh,

HS:      I'll just put it here.

HH:      (UI)

HS:      I want you to at least have a soda.

HH:      Smoke sir?  That's the thing.

HS:      Ok.  Let, let me do this.  Ah, I'm gonna take you out
         in back and smoke.

HH:      Ok..

17:57:31

(door closes; subject alone)

17:57:45

(door opens)

HS:      Why don't you come with me.

HH:      Sure.  Thank you sir.

HS:      (UI)

(door closes; room is empty)

(voices out in the hallway - UI)

(door opens)

18:04:35

HS:      Let you back in and have a seat.  Why don't you help
         yourself to a candy bar or chips, or anything.

HH:      Oh.

18:04:40

HS:      Take that soda.

HH:      Thank you..  If you can get me some water?

56

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15
HS:        Ok.   I'll get you another water.

(door closes)

18:04:47

(door opens, GS enters interview room)

18:04:58

GS:        That'll help. You thirsty?

HH:        Yeah.

GS:        you, you don't drink any

HH:        I do drink it but I need water.

GS:        Ok, I need water too actually.

HH:        You drink and I'll get another.

GS:        No.   I'm just kiddin' go ahead.   No, I appreciate that.

HH:        Thank you.

GS:        (UI) eat something though.

HH:        I'm not hungry (HH shaking head).

GS:        Are you sure?

GS:        You ought to eat a little something. (HH shaking head)
           And you ah, grab you one?

GS:        Keep it. (HH motions to put it down)

GS:        Ok.

HH:        (UI) I'm

GS:        But yeah, eat, eat something.  If you want something...

HH:        If I need ah...

GS:        Ok.   All right.   Please do.   Please do.  Um, with you
           know, I appreciate you being forthright.   It's
           important stuff.   So just, just hang in there and we'll
           ah, um, it's important to us to, um, you know, I'm, you
           know we, we ah, um, we appreciate it because it sheds
           light on...

HH:        Do you have a card here sir?

57

Interview of Hamid Hayat, 6/4-5/05

1
2  | 60:50:15
   | 18:06:02

3  | GS:  | I will.  I don't have one on me, but

4  | HH:  | I contact you (UI)

5  | GS:  | Yeah.

6  | HH:  | How bout beeper to (UI) remember anything to contact
7  |      | you.

8  | GS:  | I'll give it, I'll give you everything

9  | (knock on the door, LL enters the interview room)

10 | GS:  | Yup, you bet.  I'm gonna have another one of my
   |      | partners come on in here.

11 | LL:  | Hi, excuse me.

12 | GS:  | Leticia.  She also is ah,

13 | LL:  | (UI) I'll sit on this chair?  (chuckles)

14 | GS:  | Yeah.  She's a bit of an expert in some of these areas
15 |      | an, and so you um you probably don't know how, how the
   |      | FBI works I'm sure.  Um, but we have um, agents do a
16 |      | lot of different things.

17 | HH:  | Yeah.

18 | GS:  | And one of the things that, that, um, that we do is ah,
   |      | know a fair amount about, you know Pakistani groups.
19 |      | Um, and you can, you know, not everybody knows about
   |      | Sipah-i-Sahaba or Fazlur Rehman (HH nodding) and all
20 |      | that kind of stuff.  But we know you know, (HH nodding)
   |      | about that stuff.  So that's why we wanna talk to you
21 |      | about it (HH nodding) because it's what we do.

22 | HH:  | Uh, huh.

23 | GS:  | Um, so, you know two things in that regard. (HH
   |      | nodding)  One is ah, it's important that you tell the
24 |      | truth.

25 | HH:  | Uh, huh.

26 | GS:  | Because we're gonna know when you're not.

27 | HH:  | Uh, huh.

28 | GS:  | Um, and um, and we're gonna know.  We know what's going
   |      | on in Pakistan (HH nodding) for the most part.

58

Interview of Hamid Hayat, 6/4-5/05

1

2   60:50:15
    HH:         Uh, huh.

3   GS:         And we know how the ISI works.

4   HH:         Uh, huh.

5   GS:         Um, and we, you know deal (HH nodding) with issues
6               related to um, ah, them.  We know how how the training
                camps work. (HH nodding) We know how they're sponsored.
7               We know that certain, you know Harkat ul Mujahideen (HH
                nodding)  you know, may run a certain camp.

8   18:07:15

9   HH:         I understand.

10  GS:         And all this kind of stuff.   And so that's why I was
11              asking you those questions (HH nodding) about the
                camps, the camp that you went to.  Um, twice.   And,
12              when you said that you went um, a ah, that you think it
                was the same camp.

13  HH:         Uh, huh.

14  GS:         Why do you say that?

15  HH:         'Cause it looked like the same place.   The same roads.

16  GS:         Did you get to it the same way?

17  HH:         It was kind of different.

18  GS:         Tell me how it was different than that one.

19  HH:         I think it was like a mountains.   Kind of zig zag going
20              like this way, that way. (gesticulating, making a zig
                zag motion)

21  GS:         Now who, who, were any of the, any of the teachers the
22              same?

23  HH:         No.

24  GS:         Ok.  So somebody runs, it's somebody's camp, right?
                It's not just, just a camp that, I mean people, so
25              'nother words you know, Harkat ul Ansar or Harkat ul
                Mujahideen or somebody runs that camp. (HH nodding) Now
26              tell me about who runs that camp.  Because they keep it
                going?  They bring supplies to it.

27  HH:         Who runs the camp?

28  GS:         Yes, yes

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     I don't know about that, but you know, people are
        there, you know.  You know, there are like big people
        like you know.  Ah, you know, I think so.  Taller than
        me, educated than me, more educated.

GS:     Who?   Were there the whole time?

HH:     They were not there whole time.

GS:     But it was their camp?

HH:     I think so, it was their camp.  I think it was their
        camp. (UI)

GS:     So they would come and make sure everything was Ok.

HH:     Yeah.  (UI)

GS:     And would they, would they sometimes participate in
        weapons training?

HH:     No.  Not really.  They just come and check in.

18:08:48

GS:     Were they, were they ah, were they you know, Maulanas?
        Were they...

HH:     No, they didn't look like Maulanas, they have beards
        (UI)

GS:     The Jihadis?

HH:     I think so.  Maybe, I'm not sure.

GS:     So these, these Jihadis, and that's how it works.  I
        mean that's what you're sayin' is making some sense
        because um, you know sometimes these groups have five
        or six camps.

HH:     Uh, huh.

GS:     They don't put all their you know, all their trainees
        in one camp.

HH:     Huh, uh.

GS:     So um, they will go check these various camps.  (HH
        nodding) So would, would, was it would, a day maybe
        these guys would stay for a day.

HH:     Uh, huh.

60

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:   And then they'd be gone. (HH nodding)  And then you'd
      see 'em again a couple days later.  Tell me how, you
      tell me.

HH:   They come I think hour something like that I think so.

GS:   What would they observe?

HH:   Just look around they would go over there

LL:   Did they ever talk to you guys?

HH:   No.  They never talk to us

LL:   No.

HH:   They never talk...

LL:   Ok

HH:   ... to us

GS:   How old were the trainees?

HH:   Ah, the guys were training?

GS:   The guys that go into training.  Yeah.

HH:   To go into training?

GS:   Like you.

HH:   Um, older than me too

GS:   Tell me.  Tell me.  From how old to how old?

18:09:50

HH:   I would say from ah, 20 years old to ah, 19, 20 years
      old.  Starting maybe from 18.

GS:   18 to 30, er?

HH:   Yeah, something like that.

LL:   Ok.

GS:   And were some of these guys ah, have they had, some of
      'em already been in, been to Jihad?

HH:   Ah, no I don't think so they been to Jihad.  I think so
      the guys over there they just get trained up.  They
      don't come back again.

Interview of Hamid Hayat, 6/4-5/05

60:50:15
GS:     They get, so once, once you go off to fight Jihad you
        don't come back?

HH:     They don't come back.

GS:     Ok.  So um, when you, now one of the things you said
        too is, you can go from this camp you could go fight
        Jihad anywhere in the world.

HH:     Yeah, anywhere in the world.  Like you know ah, they,
        they don't tell us like, you have to contact this guy
        or this guy like that anything, they didn't tell us
        nothing like that.  That's kinda like weird that, you
        know, if you get trained, you know they have to tell
        you have to go over here and like go from there over
        here.

GS:     Uh, huh.

HH:     they didn't tell us.

GS:     What'd they, tel, what'd they tell you about the
        different places you could go?

HH:     They ah, didn't say anything like you can go to this
        country like this and like that, and like that.

GS:     Where did.  I mean some people ah, wanna, wanna go
        someplace.  Some people maybe Kashmiri.

HH:     Uh, huh.

GS:     And so they may wanna go to Kashmir.

HH:     Uh, huh.

GS:     Some people may be ah,

HH:     I think so they ah, they go you know, first the Kashmir
        is with Pakistan.

GS:     Uh, huh.

HH:     They go over there I think so they cross (UI) hiding
        like you know they hide and go like that

18:11:09

GS:     Who hides?

HH:     The people who want to go for Jihad.

GS:     Uh, huh.

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2  HH:    They hide and go like that.

3  GS:    Go to Kashmir?

4  HH:    Yeah.

5  GS:    Where else would they go?  Afghanistan

6  HH:    Afghanistan.  These are the two countries I'll say they
7         go easily, and the other countries, I don't know.

8  GS:    some, would probably wanna go to Iraq?

9  HH:    Ah, I say maybe they go to Afghanistan from there may
        be they go to Iraq

10 GS:    Ok.  I mean what, where did you hear people talk about
11        that though?

12 HH:    About?

13 GS:    The conversation about where people were gonna go, or
        where they might?  Ahh ...

14 HH:    You know, alot of people you know, they were not saying
15        that we're gonna go over here like that, you know, they
        were just thinking.  Maybe we'll go over here maybe
16        we'll go over ...

17 GS:    Tell me about.  Who, thinking what?  Tell me what...

18 HH:    They were thinking like you know, going to Afghanistan
        or Kashmir like that, that's what they were thinking.

19 GS:    And what else?  What other places?

20 HH:    Ah,

21 GS:    Tell me the, tell me what, what are the possibilities
22        if you go to this camp what are the places you could go
        if you wanted to?

23 HH:    Ah, the possibility I'll say Kashmir and what's it
24        called Afghanistan?

25 GS:    Uh, huh.

26 HH:    These are the places (HH nodding).

27 GS:    Where else in the world is, is, is the Jihad being
        fought right now that, that these people might, might
28        want, might be able to go?

63

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:         Ah, Iraq.

18:12:19

GS:         Iraq?

HH:         Yeah.

GS:         Ok.   Now when ah, what happens, what, do people
            understand when they go to these places.

HH:         That they are doing wrong and like ah,

GS:         Yes.

HH:         Yeah.   Some of the people know.

GS:         No not that they're wrong.   I mean, 'cause I would
            imagine that for the people there they, they understand
            they're going to fight America.

HH:         Uh, huh. (HH nodding)

GS:         Is that true?

HH:         Yeah. (HH nodding)

GS:         Ok.

HH:         Yeah.   They know that they're fighting against uh you
            know countries American, or other countries,

GS:         Or England or,

HH:         UK.

GS:         Right.

HH:         Other countries.

HH:         Some of the people I think so they don't wanna go, but
            they're forced to go.

GS:         Hmm

HH:         I'll say that.

GS:         Now when they go to um, um, fight um, um, in these
            places um, um, do they ah, are they looking to be
            martyred.   Is that what they're, is that what...

HH:         Martyred?

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:     Yeah.   To be martyred to be

HH:     What's that sir?

GS:     ah, to be ah, ah, you know I mean if you were killed
        then what happens?  Is that a good thing if you're
        killed fighting Jihad?  Is that what you...

HH:     Yeah, over there and you know in Muslim religion,

GS.     Right.

HH:     They think it's a good thing.

18:13:22

GS:     So would they talk about that at the camp?

HH:     No, they don't talk about that at the camp.  They
        don't, they don't talk about this at the camp or
        anything.  They just train you.  That's it.

GS:     They just train you.  Train you in mil, in weapons
        training?  To be, to go fight somewhere in Jihad, they
        just don't nec, they didn't, you don't find out where
        you're going until it's over?

HH:     Yeah.   After that some of them, you know some of the
        people you know, they say if anyone wants to go you
        know they take you like that.

GS:     Did you see, now you were there for four months.

HH:     Uh, huh.

GS:     Did you see people that left while you were there?

HH:     Ah, to Jihad?

GS:     Uh, huh.

LL:     Uh, huh.

HH:     No, I didn't see that much people.  I see maybe like
        five or six people.  I'll say.

LL:     That left to go fight Jihad?

HH:     No, no, ahh..

LL:     There in the training?

HH:     They left training.

65

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2  LL:        Oh, they left training.

3  HH:        Jihad I didn't see people going from there.  I didn't
4             see people

5  LL:        Now would they tell you that's that they were going to
             fight for Jihad?

6  HH:        No.

7  LL:        Or would they not tell anybody and then just leave?

8  HH:        They'd leave, they'd just leave.  They don't tell no
9             one that we're going to Jihad or anything like that.

10 LL:        Ok.

11 GS:        Did the people that were coming to look and observe you
             during, during, while you were in camp.  Did they um,
12            um, were they looking at people to say hey I want these
             guys to come fight with me in Kashmir?

13 18:14:41

14 HH:        No.

15 GS:        Did you ever see people show up and, and,

16 HH:        No they, they never say that.  They never say that
17            like you know, I want this person.  I'm just thinking
             about you (HH points to GS) like you're over there I
18            want this guy to be workin'.  They never say that.

19 GS:        You never saw that.  Ok.

20 LL:        Did they observe you guys and watch you guys while you
             were training?  Like they, did they stand in the back
21            and just kind of watch what you were doing?

22 HH:        No.  They just come and check, like you know, hows
             everything going, that's it, they leave.

23 LL:        And who did they talk to when they come?

24 HH:        Ah, you know.  Ah, the people that were there working
25            in the kitchen and stuff like that.  Who take care of
             the stuff over there.  They talk..

26 LL:        So, the people that are running the, the camp.

27 HH:        Yeah.

28 LL:        Ok.

66

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:    What else.   I'm gonna talk about, and try be helpful
       to us.   What else um, you know I'm askin' you questions
       but, but ah, so we're um, you know, we know a lot of
       stuff already. (HH nodding) We're asking you questions
       but you have a mind full of memories (HH nodding).

HH:    Uh, huh.

GS:    From where you've been and what you've seen. (HH
       nodding) So um, what, what other, what other things ah,
       do you think we would be interested in hearing about
       these camps?   What other things would help us to
       understand them?   Um, what other things are happening
       in these camps right now that we need to be concerned
       about?

HH:    I think so (UI) the same thing is going on over there,
       I'll say the same thing.

GS:    So it hasn't changed?

HH:    I don't think so they change sir because they don't, I
       don't think that they can change it probably right now.

GS:    So before, like for instance you went to camp twice?

HH:    Yes.

GS:    That we've, we've talked about today.   One of them was
       before ah, September 11th.

HH:    Uh, huh.

GS:    The attack in, in the United States.   One of 'em was
       long after, (HH nodding) and just recently in November
       or December of 2004.   Correct?   And you, say, a lot
       um, in, but nothing has changed in the camp. (HH
       shaking head)   So the same things are going on.   Still,
       I mean before and after um, primarily the camps.

HH:    Same thing I'll say.

GS:    Same thing.   Their purpose of the camps, train for
       Jihad.   Same thing.

HH:    Same thing.

GS:    The um, and the Jihad is um, is to train to fight
       American troops or,

HH:    English

GS:    Or, non-Muslim troops in the UK you said.   Ah,

67

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:    Any country that you know, (UI) fighting against Muslim countries.

GS:    Ok.  So it's not, yeah, so the, the, the, the camp wasn't just about ah, Pakistan.  It's about going all these other places?

HH:    Uh, huh.  You know, the person who are not that good in training I think sir they don't care about them they say just go, they let you go and they don't care, they let you go.

GS:    So if you're not that good in training (HH shaking head) they're not gonna, they're not gonna spend a lot of time.

HH:    If you know, after four months when I left what do you guys think that they, they won't come back for me again.  You know, they didn't try, but you know I was not that good.  If I was good I think Sir they maybe come back for me.  _ .

GS:    Right, right.  Um, were some guys good?

HH:    I see a lot of big bodies guys over there...

GS:    Guys, big bulky, stronger.

HH:    Your body, like you know people,

LL:    (laughs)

HH:    You know.

LL:    Yeah.

18:17:44

GS:    So there's people that, that, that exhibit some kind of strength.

HH:    Uh, huh.

GS:    Um, and they would, they would be um, they would go after those guys? (HH nodding)  And so those um, and they were ones, so good, were they good at shooting weapons?

HH:    Um, they're not that good at shooting weapon, they were maybe good at like you know running and,

GS:    Right.

68

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2    HH:        Like that, stuff.

3    GS:        Good strong fighters.  Did they teach you how to fight?

4    HH:        No.  No Karate, no nothing like that.

5    GS:        Huh.

6    HH:        'Cause you know I don't have that much energy, so...

7    GS:        Well I mean, but, but not just you not, when I say you,
8               ...Did they teach you how, did they teach other people
               how to fight?

9    LL:        There at the camp?

10   HH:        Yeah they do. (nodding)

11   GS:        Yeah.

12   HH:        They do.  Ah, other people.

13   GS:        Right, Ok.  Um, and your uncle's been to camp.  We
14              talked about that.

15   HH:        (UI)

16   GS:        (UI) uncle.  How about, uh, curr, ah,  Who else?  Who
               did you know from camp?  If I was to say Hamid um, ah,
17              who were your friends at the camp?

18   HH:        My friends.  I have no friends over there.  I didn't
               make no friends because you know there's people that I
19              didn't even know there.  (UI)  I didn't, I didn't trust
               no one like that, anything.

20   GS:        So you didn't trust any of the people there?

21   HH:        Huh, uh.

22   GS:        Um, did, did some of the guys ah, who were in camp,
23              well it's all men right?

24   HH:        Yeah.

25   GS:        Well, did some of them have friends with each other.
               Were they some closer to each other with, were there
26              like some people from Lahore and some people from
               Multan,

27   HH:        Ah,

28   18:19:08

69

## Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:     And some people from Karachi?

HH:     I don't know about the cities.

GS:     All right.

HH:     But you know, a lot of people stick together like that. I don't know about the cities this guy came from there and like that.

GS:     Where... Tell me where some of the people were from?

HH:     Ah, one of them was from, from ah, I'll say say like ah, what's it called ah, it's ah,

GS:     NFWP?

HH:     Yeah.

GS:     WFP?

HH:     Yes

GS:     Ok.  Where else?

HH:     These are a lot of people.

GS:     A lot of people from N, NWFP?

HH:     Uh, huh.

GS:     Were there some Afghanis there?

HH:     No.  I didn't see no Afghanis over there.

GS:     Would you recognize Afghanis?

HH:     I can't recognize them that good.

GS:     So there could have been some there?

HH:     Maybe.  I'm not sure about that.

GS:     'Cause ah, wh, were people speaking mostly Pashto?

HH:     Ah, not that much, sir.

GS:     Mostly Urdu.

HH:     Urdu, yeah.

GS:     Ok.  What, what other languages did you hear?  Did you hear Arabic?

70

**Interview of Hamid Hayat, 6/4-5/05**

1

2  60:50:15
   HH:        No Arabic.

3  GS:        Ah, just, just in prayer?

4  18:19:57

5  HH:        Ah, prayer, you know the (UI)

6  GS:        Right.

7  HH:        (UI)

8  GS:        Right.  Right.   Um, and you, are you Hafiz?  Do, do,
9             do you have you memorized the Quran yourself?

   HH:        I did but I forgot.
10

11 GS:        So you would pray though.  You could say all the
             prayers in Arabic at one time?

12 HH:        Um, what's that mean?

13 GS:        You could say the prayers in Arabic?

14 HH:        Like five times a day?

15 GS:        No, no used to be able to do it in Arabic?

16 LL:        In Arabic.  You could say the prayers in Arabic?

17 HH:        Yeah.  We say that every time.

18 GS:        Yeah.  So

19 LL:        Ok.

20 GS:        You used to have that all memorized.

21 HH:        Yeah.

22 GS:        It's hard to remember all that though.

23 HH:        Yeah.

24 GS:        If you don't practice.

25 HH:        Uh, huh.

26 GS:        Um,

27 HH:        Only you know fasting when you get one month for
28            fasting

71

Interview of Hamid Hayat, 6/4-5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | 60:50:15<br>LL: | Right |
| 3 | HH: | (UI) You know, you have to like you know, memorize it |
| 4 | | and you know, that's the month you have to memorize it<br>like that |
| 5 | GS: | Right.  What um, a lot of interesting things happened |
| 6 | | while you were in Pakistan um, in the world and in<br>Pakistan?  Um, even while you were in camp.  And so I |
| 7 | | wanna know from your eyes while you're in Pakistan you<br>know, ah, it helps us to understand things.  Um, you |
| 8 | | know, some important members of Al-Qaeda were arrested<br>in Pakistan. |
| 9 | 18:21:11 | |
| 10 | HH: | Uh, huh |
| 11 | GS: | Um, ah, there was fighting in Waziristan, the Pakistani |
| 12 | | government was doing certain things.  Um, did you hear<br>talk about some of these things? |
| 13 | HH: | Like ah, fighting in Pakistan? |
| 14 | GS: | Yes. |
| 15 | HH: | Like against the government? |
| 16 | GS: | Yes. |
| 17 | HH: | You know I, I never heard about that like you know they |
| 18 | | gonna fight against the government or anything like<br>that, you know. |
| 19 | GS: | Did you hear um, when um, ah, what, was there concern |
| 20 | | at the camp that the government might come?  Were<br>people wor, yeah, that, |
| 21 | HH: | The government.  About the government ah, you know, I |
| 22 | | did heard about the government um, I did heard you know<br>and I was thinking they should come over here.  They |
| 23 | | should come and you know close this place just like<br>that.  But they didn't came. |
| 24 | GS: | They never came?  And were other people concerned, were |
| 25 | | worried you know.  I mean you're there.  Were you,<br>people worried, looking around, in case somebody, the |
| 26 | | government came.  When somebody would come in new would<br>they look at 'em and see, make sure they were ok? |
| 27 | HH: | No, they don't care.  (HH shaking head side to side) |
| 28 | GS: | They don't care. |

72

Interview of Hamid Hayat, 6/4-5/05

1

2   60:50:15
    HH:     No one cares.

3   GS:     Ok.

4   LL:     Now were people coming in like all the time?

5   HH:     Uh, huh.

6   LL:     Like every day?  New people.

7   HH:     No, not every day,

8   LL:     or was

9   HH:     a week, after a week, couple of weeks, something like
10          that.

11  LL:     Ok.  Now when, when you finished at the end of the
            three, four months that you were there.  What do they
12          say?  You just, you just leave, or you just?

13  18:22:37

14  HH:     I just ran away.  I ran away from there.

15  LL:     You ran away?

16  HH:     Yeah.

17  LL:     How long were you supposed to be there?

18  HH:     Ah, they didn't say nothing.  That's up to you guys if
            you want to stay there long as you want to stay.

19  LL:     So you go and you stay there for as long as ... you
20          want to stay ...

21  HH:     Yeah.  The first time when I run away I was like you
            know, I was, the second time I was scared you know, I
22          was thinkin' maybe they gonna you know kill me or
            anything.

23  LL:     This, this last time, in 2004?

24  HH:     It was like 2004 or something, yeah.

25  LL:     Ok.

26  HH:     I was scared, you know

27  LL:     Ok.

28  HH:     I was thinkin' you know they shoot me or anything like

                                73

**Interview of Hamid Hayat, 6/4-5/05**

1

60:50:15

2
     that.  That's why I stay there.

3    LL:    Why were you scared?  Is there something that happened
4          when you were there?

5    HH:    No, no, nothing happened

6    LL:    That made you scared?

7    HH:    Nothing happened over there.  I was just scared you
         know, you know.

8    GS:    Did you see anybody else get shot while you were there?

9    HH:    No, no one, no one got shot or anything like that.  I
10          was just scared you know.  Every time I hear anything
         happen like, you know, I just I get scared like you
11          know.  Get in a fight.  Like if someone get in a fight
         like that.  (UI) I'm just saying if you get in a fight
12          with that guy, I'm saying I'm the one who's gonna get
         nervous.  I get nervous like that.

13    LL:    Ok.

14    HH:    Yes like that.  I was kinda nervous and scared and like
15          that.

16    GS:    Now um, when you go to camp is um, ah, although it was,
         it ended, it ended up being hard for you because um,
17          training was difficult.

18    HH:    Uh, huh.

19

18:23:47

20    GS:    And shooting is diff, is hard, (HH nodding) right?
         It's not easy going to camp.  It, it's hard (HH
21          nodding) work I assume.  Um, but, but is it something
         that um,  people go to camp they want to make their
22          family proud, I assume.  Um,

23    HH:    Well some of the people you know they don't tell their
         family that they go like that.

24    GS:    Hmm.   What'd they tell 'em?

25    HH:    Oh, I'm just going on vacation and like that, you know
26          going with my friends like that.

27    GS:    Or going on Ijetma.  Or going, so this is certainly
         different.  So do some of these people think they were
28          going, like ah, you know, like with a religious group?
         Like they're just going away on a religious  thing, (HH

Interview of Hamid Hayat, 6/4-5/05

1

2  60:50:15

nodding) but it turns out to be camp right?

3  HH:      Yeah, some. (UI)

4  GS:      So you've seen that.  Is that common?

5  HH:      Yes.

6  GS:      You want something to eat?

7  HH:      No, I ate

8  GS:      All right.  And you're ah, your Dad knows what's going
9           on. (HH nodding)  And how is he going to ah, this, ah,

10 HH:      Ah, like I told you guys before he was kinda like, he
           said that thing.  Ah, I told my Dad, my Dad said you
11         know um, you gonna talk to them.

12 GS:      He said tell them the truth?

13 HH:      Yeah.  I told him the truth.  Like you know what happen
           everything and

14 GS:      Right

15 HH:      he said you do something about it.  Like you know, like
           my Mom got sick and my Dad, you know he didn't talk
16         about this again or anything like that.

17 GS:      So, I, I don't totally understand that.  So in
18         otherwords you told your dad about the camp?

19 HH:      Uh, huh.

20 GS:      And then, and then he would said you were gonna do
           something about this?

21 HH:      (yawns) He said (UI) gonna do something about, Ok.
22         But I don't (yawns) (UI) excuse me.

23 18:25:26

24 LL:      When did you tell your dad about the camp?

25 HH:      When I came back.

26 LL:      When you came back.  Ok.

27 GS:      So this,

28 LL:      So he,

75

Interview of Hamid Hayat, 6/4-5/05

1
2  60:50:15
   GS:        this last week?

3  HH:        From where?

4  GS:        Just in the last week you told your dad?

5  HH:        Oh, from the camp when I came back?

6  GS:        No when you came back, yeah, was he home when you came
7             back before?  Where was your dad?

8  HH:        Yeah, he was over there.

9  GS:        Oh, Ok.

10 LL:        He was over there.  Ok.  So he had no idea you were at
             camp when you were at camp?

11 HH:        No.  He think I'm with the Jamaat you know for the
12            Ijetma. (phonetic)

13 GS:        Tabligh Jamaat?

14 HH:        Tabligh Jamaat, you guys know what Tabligh Jamaat is?

15 GS:        I've heard of it.

16 HH:        Yeah.

17 GS:        Yeah.  So he thought you were with, on a Jamaat?  On a
             ..

18 HH:        Yeah.  I told him my Dad said that's kinda weird not
19            good like that.

20 GS:        How many of the students at the camp were, were, had
             also been on Jamaat?

21 HH:        Ah with, Tabligh you mean?

22 GS:        Yes.

23 HH:        What can I say, I didn't ask no one like that.

24 GS:        Were some people Tabligh Jamaat people though?.

25 18:26:21

26 HH:        No.  There was no Tabligh Jamaat people over there.

27 GS:        Just you?

28 HH:        Ah, they told me that we're going with the Jamaat.

76

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15

2        They (UI) me like that..

3  GS:   Ahh..

4  HH:   Fool me.  Tabligh Jamaat.

5  GS:   All right, is that, what happened both times?

6  HH:   Yeah.  The second time I knew, ah, the second time yeah
7        I say I think so this (UI) is not going to happen with
         me, I'm going to like you know,

8  GS:   Right.

9  HH:   To Jamaat.  Still happen to me

10 GS:   Right.  So it's still happening to you I'm going to
11       look at my notes here real quick.  It's hard to sit
         here and look at a Snickers Bar.  Are you sure you
12       don't want a bite?

13 HH:   No, I'm (UI).

   LL:   (chuckles)
14

15 HH:   You guys are not off on Saturdays and Sundays?

16 LL:   Are we off on Saturday and Sunday?  Sometimes.
         Sometimes we're not.  Um, does your Mom know that you
17       were at camp?

18 HH:   Ah, yes.

19 LL:   She does?

20 HH:   Ok.

21 LL:   When did you tell her?

22 HH:   The same thing.

23 LL:   The same.  Now did they know that you had been at camp
         the first time?

24 HH:   Ah, the first time?

25 LL:   In 2002 I believe or when was, 2000?

26 HH:   2000, yeah.

27 LL:   When, the first time you went to a camp when was that,
28       2000?

77

Interview of Hamid Hayat, 6/4-5/05

1

2  60:50:15
   HH:       Yes.

3  LL:       Ok.  So did they know, that you had been there?

4  HH:       Yeah they know.

5  LL:       Ok, and then they knew of this last time

6  18:27:40

7  HH:       Yeah the last time too.  But I was kinda like, I don't
8            know why they did nothing about it.

9  LL:       What could they do?  What, when they say we're gonna do
            something about it.  What is it that they can do?

10  HH:      They can contact the cops over their.  The cops and
11          tell them like you can see (UI) my son, or contact that
           guy.

12  GS:      You're how old 23.

13  HH:      Right now?

14  GS:      Yeah.

15  HH:      Yes.

16  GS:      20, 22, 23, so you're a grown man I mean certainly so
17          you um, ah, I mean you too could have contacted the
           cops or what have you.

18  HH:      I have no cell phone.  No phones over there.  That was
19          the problem no computer, no nothing.

20  GS:      When you got back though you didn't, I mean you d,
           what, did you try to put it out of your memory?

21  HH:      I was just putting it out of my memory I was telling my
22          mom that maybe, maybe, maybe if I go again I know more
           things and I'll go back with Intel.

23  GS:      Right.  So you go learn more things.

24  HH:      Yeah.

25  GS:      In order to go back.  Now if you went back again
26          would, would you learn, you would have gotten to learn
           probably new things,

27  HH:      Uh, huh.

28  GS:      Or what have you.  Um,

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15

2  LL:    How many times can you go back before they send, send
       you out for Jihad?   Do they have like you have to be
3      here so much training before you go to Jihad, or?

4  HH:    I think so for ah six months (yawns) seven months.

5  GS:    Six or seven months.   So you were getting close.

6  HH:    Yeah.  Like that, but you know I didn't got trained
       that much or anything.  They were using me for like you
7      know for the kitchen and the cooking, but I don't know
       how to cook or anything like that.
8

   18:29:02
9

   LL:    You don't know how to cook? (HH shaking head) Did you
10     learn while you were there?

11 HH:    No, I,

12 LL:    No.  Ha, ha.

13 HH:    Washing vegetables and everything like that.

14 LL:    Oh, Ok.

15 HH:    I was getting bored over there but you know, for my
       life I was doing that you know it was like stay here,
16     stay here you know, and when the day comes find a, find
       a way to get out (UI) find a way out (UI).   I see a ..
17     like I told you before I see a road over there.  I went
       down over there bus came (UI), road over there, said
18     take me, so ...

19 GS:    Now you, could, could you go back to this camp tomorrow
       if we asked you to?
20

   HH:    Ah, if I rest like, like couple months
21

   GS:    (Chuckles)
22

   HH:    I mean a couple of days, couple of months, yeah, (UI)
23     you guys want me to go I'll go.

24 GS:    So you could go back to right, right ..

25 LL:    You could find it.  You can like, show us and

26 HH:    Yeah.

27 LL:    figure out how to get there?

28 HH:    I'll go over and you know, anyways I'll find it and you

                                79

Interview of Hamid Hayat, 6/4-5/05

60:50:15

know get information like that.

GS:     Were um, most of the people there ah, wh, what, what, what, brought most of the other people to camp.  To the camp?  Was it, was, was it because they hate America, or they, they ah,

HH:     Oh, they were thinkin' that you know, ah, American and England was making you know was not doing the right things.

GS:     Uh, huh.

HH:     They're not doing the right things.

GS:     Did they feel an obligation to be, to participate in Jihad.

HH:     (UI)

GS:     Because of, they, they, they felt like it it wa, wa, did they feel like they, as good Muslims (HH nodding) they should go and do something?

18:30:31

HH:     Yeah.  I seen that too, twice over there they said our parents tell us to go.  They don't like to come.

LL:     Uh, huh.

GS:     How 'bout some of the other people?

HH:     Other people, I mean you know, I didn't get a chance talk, but these two guys they work with me in the kitchen.

GS:     How old are they?

HH:     They were like 20 years old.

GS:     20.

HH:     20, 22, sir.

GS:     Where were they from?

HH:     I didn't ask the city?  But, their Urdu was like you know mixed up, and it looks think they were speaking their uh language, originally it was Pashto.  I think so they were from NWFP.

GS:     Ok.  From that area also.  Hmm.  And you said this was

80

Interview of Hamid Hayat, 6/4-5/05

1

2  60:50:15

   almost in the jungle.

3  HH:     (UI)

4  GS:     What, well, like jungle ah to me means like ah, you
5          mean like pine trees?  (HH hands making circular
           motion)

6  HH:     (UI)

7  GS:     Like, like the mountains?

8  HH:     Regular trees, yeah like that.

9  GS:     Like those kind, not, not, not like the jungle like in
10         Africa?

11 HH:     No, no, no, no.

12 GS:     Ah, so you mean like, like just lots of tall, very tall
           trees

13 LL:     Like a forest?

14 HH:     Yeah

15 LL:     Or just trees

16 HH:     Trees

17 LL:     or jungle and animals?

18 HH:     Trees, no animals in there.

19 LL:     No animals.

20 GS:     Just lots of lots (HH nodding) of trees.

21 HH:     Yeah.

22 18:31:40

23 GS:     So you were able to train there and people couldn't
24         see.

25 HH:     Uh, huh.

26 GS:     Could they, could you see up ahead? Or were there trees
           all over?

27 HH:     You could see that what's it called (motioning upward).

28 GS:     The sky?

Interview of Hamid Hayat, 6/4-5/05

1

2    60:50:15
     HH:        The sky.

3    GS:        A little bit?

4    HH:        A little bit, not that much.

5    GS:        And then the, tell me how like the ah, why don't you
6               draw for me

7    LL:        Did you ever hear any helicopters or planes or anything
                up in the sky?

8    HH:        No.  Never.

9    LL:        No noise.

10   HH:        We were hoping.  I was hoping.

11   LL:        You were hoping?

12   HH:        Yes.

13   GS:        If you don't mind, maybe we'll we'll, draw up like um,
14              start with where the road is.  We're gonna pretend the
                camp is in the middle here.

15   HH:        Ok.

16   GS:        Ok.  And so tell me where the road, where the roads
17              come in, 'cause you said there's one road you saw a
                bus.  So when you walk in let's start here.  This is
18              where you got off the bus.

19   HH:        Uh, huh.

20   GS:        Ok.  And then what happened?

21   HH:        Just going.  (motioning sideways)

22   GS:        So tell me, we're gonna draw this map out 'cause I'm
                gonna try to get an idea of how big the camp is and
23              whether they..

24   HH:        See the camp was not that big Sir.  It was maybe like
25              ah, make it like ah, almost like, I'll say like Arco
                Arena.

26   18:32:44

27   LL:        Like Arco Arena?

28   HH:        Maybe that, you know,

82

## Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:   Ok.   That size, have you ever been to the Arco Arena?

HH:   I never, I've seen it from outside and I seen it TV.

GS:   Ok.   All right so you, you um, you walked you said at night time for about three miles?

HH:   Three, three and a half, four miles, yeah.

GS:   Ok.   And then you um, and then you came into the camp. So what, as you come into the camp, so are you with me here on the walk?   Can you read my writing ok?

HH:   Yeah..

GS:   Ok.   And so you walk to the camp.

HH:   Uh huh.

GS:   Ok, and then what's the first you see?

HH:   Oh, this kind of gate.

GS:   Ok.   So I'm gonna put a gate here.

LL:   Is the gate wood?   Is it ah, chain link fence

HH:   It's kind of black color on, black color on and you can't like there's not shiny

GS:   Is it metal?

HH:   I, we didn't touch it.   If it look like shiny you know, it was not shiny.   If it was, if it was shiny then you can see (UI), like uh.

LL:   Was it like bars?

HH:   No bars.

LL:   Was it wood?   How was the gate can you kind of describe it.

HH:   It was black color

LL:   It was black.

HH:   Black color,

LL:   Ok.

HH:   That's what I know.   But I don't know if it was wood or ah,

83

Interview of Hamid Hayat, 6/4-5/05

60:50:15
LL:        How did it open?

HH:        It was open.

LL:        It was open.  Ok.

GS:        So you went through the gate.

HH:        Uh, huh.

GS:        Umm, and now ah, how many buildings were in the camp?

HH:        They're like small small rooms.

GS:        Like, like building, building, building?  Little, small, like houses?

HH:        No, no, there not house like this, like this room, I'll say

LL:        Like this room here?

HH:        Like ah, make half of this window.

GS:        Yeah.

LL:        Ok.

HH:        I think so maybe this much would be one room over there.

GS:        How many, tell me,

HH:        How big was the room?

GS:        Yeah.  How many buildings?

LL:        How many buildings?

GS:        So, so, here I am, I'm walking in.

HH:        Yeah, you're walking inside and,

GS:        Now what, are the buildings here, here, here, here here?  (points to map)

HH:        Yeah.  There's like ah, three, four, five, over there I'll say (points to map)

18:34:29

GS:        And how many rooms for each one?  So.

84

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

HH:    I think there is one room.

GS:    So like this.  Now ...

HH:    Yeah.  I think it was like this.

GS:    Ok.  So here's, four, I put four, you said three or four.  So four buildings on the one side.

HH:    Uh, huh.

GS:    And are there buildings on the other side too?

HH:    On the other side there was only I think so, two buildings.

GS:    So you say,

LL:    Were they bigger or smaller than?

HH:    Same size.

LL:    Same size.

GS:    So same size.  All right so here we are.  Here's the building.

HH:    And in the middle there's nothing.   It's like grass, little bit.

LL:    Just trees or ... nothing?

HH:    A little bit of grass.

LL:    Just, Ok.

GS:    All right.  So there's grass in the middle like that and then um, are there, where is the, tell me where things happen in the camp?

HH:    (yawns)  In the middle, in the middle Sir.

GS:    In the middle is where.  Where's the firearms training?

HH:    The explosives?

GS:    Yeah.   Where...

HH:    Is far away ...

LL:    The weapons and the guns?

GS:    Are they up  here, here, here?   As you come into the

85

Interview of Hamid Hayat, 6/4-5/05

60:50:15

camp (UI).

HH:     (UI)(points to map)

GS:     So explosives training

HH:     that way

GS:     how far?

HH:     Um, like I was telling you guys they, if they took the explosives over here they go way way down that way. (motioning downward)

GS:     I mean is it like ahh you know, like, like.

LL:     How far did you have to walk from the camp, from that camp area, those buildings. How far did you have to walk? To get to the explosives?

HH:     (UI) 15-20 minutes.

GS:     Ok, so down low.

LL:     Did you go in a car?

HH:     No, not in a car.

LL:     Walking, Ok.

GS:     To the explosives area? Where, where did you shoot the pistols?

HH:     You know it's like open area.

GS:     Where abouts? Show me on here, on the map.

HH:     You know this is like the the place, (pointing to map).

LL:     Up in,

GS:     So it's still same area.

HH:     Same area.

GS:     So that's where all the, that's where all the weapons training is? So people sleep here. Where's the kitchen?

HH:     Ah, the kitchen's right here on this side (UI). (motions to map) (UI) it's one of the rooms (UI)

GS:     So we'll say kitchen is on this side and is everything

86

Interview of Hamid Hayat, 6/4-5/05

60:50:15

           else um, ah, where people slept?

HH:      Yeah.

GS:      Did you sleep in, in the buildings or did they sleep outside?

HH:      Some of the people they sleep outside.  Some of them...

GS:      Where did you sleep?

HH:      Um, we were inside for like ah you know, sometimes inside sometimes outside you know.

GS:      When did you s, Ok.  So any particular building?  Or all of 'em, or?

HH:      Particular building?

GS:      Yeah, is there one, one of the buildings you would sleep...

LL:      Which building would you sleep in?  The first one, the second one, the third one.

HH:      It's like ah, maybe like this sometimes the first, second, third...

LL:      Ok.  So you didn't have like a set building that you would have,

HH:      A permanent...(HH shaking head side to side)  A permanent.

LL:      Permanent one.  Yeah Ok.

HH:      No permanent.

GS:      No permanent permanent one.  Did they have, did the buildings have names?

HH:      No, they don't have no names. (HH shaking head side to side)

GS:      Ok.  And so down here where the explosives training, that's where all the other weapons training was too.

HH:      Uh, huh.

GS:      So, did you see any big weapons.  (HH yawning) Some of these camps um, I mean some of them do have them.  I mean there's some camps that have, tanks in them.

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     No, they don't have no tanks because this is a very
        small, like Arco Arena.  Like I said.

GS:     It's like, the size of Arco Arena.

HH:     Size of Arco Arena, they don't have like tanks or
        anything like that.

GS:     They just have, how many guns did you, how many
        different pistols did you see?

HH:     I seen like ah two of them, I think so one was
        automatic and one was not automatic.

GS:     Ok.  So and how many ah, how many Kalishnikovs did you
        see?

HH:     Only one, only one like that.  One Kalishnikov.

GS:     Yes.
18:37:29

HH:     And uh one shotgun.

GS:     One shotgun, one Kalishnikov and two pistols?

HH:     Yes.

GS:     And then ah, you said you saw people take big boxes?

HH:     Yeah.  And I was not sure maybe they, I was just saying
        maybe they explosive, explosive in there.  Maybe I'm
        just saying.  I mean they're taking like ah, two boxes
        at a time.

GS:     You said you heard lots of explosions.

HH:     Yeah.  I did, I did heard lots of explosions.  Maybe I
        was saying, maybe there was explosives, in.

GS:     In those boxes?

HH:     Yeah maybe.  No name on the boxes no nothing like that.

GS:     Ok.  What other things did you see them do any other
        experiments, or anything else at the camp?

HH:     No.

GS:     Nothing else going on?  Was there anything.  Wha, were
        these buildings only for sleeping?

HH:     Yeah. They were.

88

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:   Was there, was there a Masjid somewhere?

HH:   Oh, we pray in our room.

GS:   Ok.  So there wasn't (HH shaking head) a special place for prayer.

LL:   Now the, the instructors or the ones that were providing the training.  Where did they sleep?

HH:   They sleep in one of the rooms too.  One of the rooms and ah, I think so they were on the left side.

LL:   They were on the,

GS:   Which side, show me?

LL:   Which side?

HH:   This, this is the left side.  Huh? (UI).  I'll say like maybe on the right side over here. (points to map)

LL:   They were on the right side.

HH:   I'm not sure.

LL:   Ok.  Now did they all stay in one room?

18:38:42

HH:   Um, yeah.  They stay in one room.

GS:   How many of them were there about?

HH:   Just, one of them, five or six I think

LL:   How many in, instructors or, or

GS:   Teachers

LL:   Teachers, did you have?

HH:   I think so five.

LL:   Five.  Ok..

GS:   Were they the same ones the whole time?

HH:   Yeah.  The whole time, same ones

GS:   So I'm gonna say approximately five teachers. (HH nodding) Is that?  I don't wanna put words in your mouth.  So I want you to tell me.  Is that right?

### Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | | |
|---|---|---|
| 2 | HH: | Ok. |
| 3 | GS: | That's what I heard you say, so. |
| 4 | HH: | Can I have the water, please? |
| 5 | GS: | Yeah, you bet.  I hear your stomach making noises. |
| 6 | LL: | Do you want some cookies? |
| 7 | HH: | Nothing. |
| 8 9 | LL: | No, nothing.  Has your appetite been gone since you came back or? |
| 10 | HH: | What's that mean? |
| 11 | LL: | You're hungry, or not hungry or? |
| 12 | HH: | I was saying that on the phone to T. |
| 13 | GS: | Uh, huh. |

18:39:37

| | | |
|---|---|---|
| 14 | HH: | It's kind of like tension and everything like that.  My Mom you know she's sad, and everything. |
| 15 | GS: | Uh, huh. |
| 16 | LL: | Is she doing better? |
| 17 18 | HH: | Ah, right now like you know what happened with us you know.  Not better. |
| 19 | LL: | Uh, huh. |

20  18:39:51

| | | |
|---|---|---|
| 21 | GS: | More concerned. |
| 22 | HH: | More concerned.  Yeah. |
| 23 24 | GS: | Now did this change.  Now this is the camp um, you were here most recently. (HH nodding)  And let me just work on when you were there again, I'll put a little note here.   So you got married on March 30th. |
| 25 | HH: | Yeah. (HH nodding) |
| 26 27 | GS: | Right?  And you were at ah, and you went to camp before that. (HH nodding) Right.  And so you um, um, were you at the camp for ah, for, Ramadan or Eid? |
| 28 | HH: | No.  (HH shakes head side to side) |

90

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2  GS:     So were you at the camp after Ramadan?

3  HH:     Before that sir.

4  LL:     Before Ramadan.

5  GS:     Ok.

6  HH:     I came before Ramadan back.

7  GS:     So you came back before Ramadan.

8  HH:     Yeah.

9  GS:     When was Ramadan?

10  HH:     Ah, the first time or the second time?

11  GS:     Yeah, the first time.  What do you mean.

12  HH:     Do you mean ah, the first time I went for three days
13          only.

14  GS:     Yeah, I know ..

15  HH:     It was far away, Ramadan was far away.

16  GS:     Right.

17  HH:     When I came back the second time ah, I think so,
18          Ramadan was like, I think so, like ah, one and a half
           months or something like to Ramadan.

19  GS:     Ok.

20  HH:     I say.

21  LL:     Ok, so..

18:41:00

22

23  GS:     So that's, I think November.  October, November.

24  LL:     I think so.

25  HH:     October or something maybe, I'm not sure like that
           something.

26  LL:     Oh, why can't I think of the date.

27  HH:     If you guys have an Islamic calendar maybe that's gonna
28          say.

91

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2    LL:        Yeah.  I probably have it.

3    GS:        Is that when you left the camp?  Or right when you got
                to the camp?
4

5    HH:        No, I was back home.

     LL:        When you were done with the camp?
6

7    HH:        Yeah.

8    LL:        So, you were at camp and, right before Ramadan you came
                home?
9
     HH:        Yeah.
10
     LL:        Ok.
11
     GS:        If we, if I was to ah, go there today do you think
12              there'd be some of the same instructors, teachers would
                still be there?
13
     HH:        I can't say, sir.
14
     GS:        It hasn't been that long.  How long's it been, it's
15              been...

16   HH:        Two years.

17   GS:        No it's been,

18   LL:        No, it's been, (UI)

19   HH:        2003?

20   GS:        no it's been two thou, .. you said, you just got
                married in March.
21
     HH:        Yeah.
22
     GS:        in 2005.
23
     LL:        So.
24
     GS:        So it's been, it was 2004.
25
     LL:        4
26
18:42:08
27
     GS:        So it's been less than a year.
28
     HH:        Less than a year.  Maybe.

                                    92

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | |
|---|---|
| LL: | So it would have been, around September. |
| GS: | September, October. |
| LL: | August. |
| GS: | When he, when he went to camp? |
| LL: | When he was there. |
| GS: | Yeah. Well he was, he was there for almost, about four months and you say you left, you went there, so say, you say November. |
| LL: | October, September. So you were there July, August, |
| GS: | July or August. |
| LL: | July, August, September. |
| GS: | Was it hot when you went there at first? |
| HH: | Yeah. But it's not that hot not that cold. |
| GS: | Did it start getting colder when you were at camp? |
| HH: | Ah, when I came back? |
| GS: | No, yeah. |
| LL: | Yeah, back, when you were there? |
| GS: | When you were there. |
| HH: | Some time cold some time hot, you know. (UI) |
| GS: | At the end um, |
| HH: | In the end you know it was gettin' cold. |
| GS: | It was gettin' very cold? |
| HH: | Yeah. |
| GS: | Was it snowing? |
| HH: | No, no snow over there. Raining sometimes, little bit of rain. |
| GS: | Do you remember anything that happened while you were at camp that would, that would, that would think oh yeah that happened. Do you remember hearing anything, anything happen in Pakistan? |

93

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:    No.

GS:    That was in, that would that would help us identify
       when you were there?

HH:    No.

GS:    No?

LL:    Um, how's the security around the camp?   (HH shaking
       head) Are there,

HH:    Not that much

LL:    Are there security people watching the camp so that
       people don't come in?

HH:    A little bit people, I'd say like five.

LL:    Are they right at the gate or are they like down the
       road?

HH:    Ah, not on the road.

LL:    Not on the road.

HH:    Inside 5 or 6 people some of them standing by the road
       by the gate.

LL:    Uh, huh.

HH:    Some of them walking inside you know they security like
       that.

GS:    Kalishnikovs, or what, what are they, what are they
       guarding?

HH:    Ah, they have a stick in their hand.  You know (UI)
       what's it called, maybe like a cricket bat or something
       like that.  Like this walking around like that.

GS:    What are they, what's their job?  What were they?

HH:    Just sort of looking around, that's it.

GS:    Are they?   Would they hit the students, sometimes?

HH:    No, they can't hit the students.  They never can.  If
       they hit the students, you know that won't be good for
       them.

GS:    Ok.  Does it cost money to go to the camp?

94

**Interview of Hamid Hayat, 6/4-5/05**

1

60:50:15
2  HH:        Ah,

3  GS:        Or do they pay you money?

4  HH:        Ah, to go to the camp?

5  18:44:24

6  GS:        Yeah.

7  HH:        No, they don't give you money.

8  GS:        Ah, what do they give you?

9  HH:        Ah, only dinner, and ah, lunch and ah, breakfast.
10             That's it.

11 GS:        So they gave, so, so you get ah, free dinner, lunch and
             breakfast?

12 HH:        Yeah.  It's like ah, what's it called, rice.

13 GS:        Rice.

14 HH:        That's it.  Only like you know, ah, what would you call
15             it ah, like ah,  you know like ah, how do you guys cook
             rice.  Can you tell me maybe I can tell you that like
16             how we do it over there.  You guys put rice in the
             water.

17 GS:        Uh, huh.

18 LL:        Uh, huh.

19 HH:        Hot water.

20 LL:        Boil it.

21 HH:        Yeah.  Same thing.  Boil, I forgot the name.

22 (talking over each other)

23 LL:        Boil the rice.  Uh, huh.

24 HH:        Same thing.  Like that.

25 GS:        So you eat a lot of rice and vegetables.

26 HH:        Yeah, vegetables, rice, was the only things over there.

27 GS:        And then you were in the kitchen cooking?

28 HH:        Yeah, washing vegetables, like that sometimes.

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2  GS:        Ok.  Um, the, the ah, the target, just so I understand
3            you talked about the pistol target you looked at just
            so I have it right.  I wanna make sure.  I have an
4            image in my mind but I wanna make sure it's right.  So
            draw for me the target what it looked like.  (HH makes
5            circular motion with finger)  Here go, go ahead.  You
            can do it.  (HH drawing) Ok.

6  HH:       Like this.

7  GS:       And then was there other lines around it outside?

8  18:45:35

9  HH:       No, it's like ah, probably like its, because I think so
10           it's this big, you have like this like that (drawing
            target)

11 GS:       Ok

12 HH:       like that

13 GS:       Ok.  All right.  So, it was we call that like a
14           bullseye target.  So you would shoot at the target and
            then try to, try to make shots

15 HH:       Yes.

16 GS:       At the target.  Ok.  And that's, so there's nothing
17           unusual about it or anything?

18 HH:       Uh, huh.

19 GS:       And, so people would just, would they keep changin' the
            target for each student?

20 HH:       I don't know.

21 GS:       Or would they have the same target so.  Was there a lot
22           of holes in it?

23 HH:       Yeah.

24 LL:       (laughs)

25 GS:       Where were your holes going?

26 HH:       I didn't, I shoot one, and I couldn't see it, I think
            it was around here somewhere.

27 GS:       Yeah.

28 HH:       Maybe.

96

Interview of Hamid Hayat, 6/4-5/05

1

2  60:50:15
   GS:       All right.   (clears throat) Any other questions?

3  LL:       I don't know what you guys covered so I don't have.

4  GS:       Pretty much (UI)

5  18:46:30

6  LL:       (UI) Now if you wanted to go back, what would you have
7            to do to go to be able to go back?

8  HH:       To the same place?

9  LL:       To, to camp.

10 HH:       Ah, you know

11 LL:       Wh,

12 HH:       Go over there, someone ask me why you came back I just
            say just came back for fun, you know just cruising
13          around hanging around (UI) came back to see my wife.  I
            say that's the best thing I can say to them you know
14          that's what I say to them spend like a week or
            something, more like a couple of days or a couple of
15          weeks (UI) don't tell no one (UI) you know they gonna
            say what you doing, I'll say I got money I'm going on
16          vacation or something like that (UI).

17 LL:       Ok.   And then what do you do?

18 HH:       Just get in there and you know tell 'em that I'm back
            you know and you know get like information you know you
19          guys need or anything like that.   They don't, they
            don't check on stuff or anything.   If they're gonna
20          check on stuff, they (UI) they can't (UI) I won't put
            like, you know the information like that (UI) put it in
21          my shoes or something like that.

22 GS:       Sure

23 HH:       in my socks or anything

24 LL:       Uh, huh.   But you could just show up and go.

25 HH:       Yeah.

26 18:47:42

27 LL:       I mean that's not a problem

28 HH:       Yeah, if, if it's still open right now, see

                            97

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

LL:        Uh, huh.

HH:        If it's open still.

LL:        Do they um, move the camps from one area to another very often?  A lot or not a lot?

HH:        Hmmm, what can I say.  Maybe.  I'm not sure.

LL:        I didn't know it I was just

HH:        (UI) I, I know your just asking, you're just doing your job, so you know your just asking (UI)

GS:        (UI) I mean, I have to be, want to be honest with you, I mean you, you recognize going to that camp was, was a mistake.  You shouldn't you know,

HH:        It fooled me sir, that's the thing.

GS:        I mean, you got fooled twice, though.

HH:        Uh huh. (Nods head).

GS:        This is the second time it happened.

HH:        The second time I was thinking you know I was thinking they really gonna take me to Tabligh Jamaat.

GS:        Right.  But you'd been to, on Tabligh Jamaat, (UI) before (UI).

HH:        Over here.

GS:        Yeah.

HH:        (UI)

GS:        It's very common in Pakistan, Tabligh Jamaat so when you're ah, ah, people go to Behboodi um, from, or you went from Pindi, to, to the camp.  Is that where, tell me when, when you were picked up, how that went.  And this, is, I have to be honest with you ah, Hamid, I mean I understand that, at ah, at various times um, ah, you know, it's not the end of the world that you went to a camp. (HH nodding) I mean people do it for a lot of different reasons, (HH nodding) reasons because they're curious, um, because they wonder, because, there's, a sense, because you're 22 years old, or 23 years old, (HH nodding) and there's a sense of excitement in what happens there.  Ah, because,

HH:        Yeah, some of the boys go for fun like, you know, like

Interview of Hamid Hayat, 6/4-5/05

60:50:15

you're saying they go for fun over there I'll say fun over there like that.

LL:     Uh, huh.

18:49:20

GS:     And, so there are all these reasons um, but, but, people don't usually go because they're fooled into going. I mean that's not that common. That's, I mean people go, they know what they're doing because it's fairly common. Camps are in different places throughout Pakistan. And, so when people go for Tabligh Jamaat um, you know that's, it, it's a different thing. It has a different feeling about it you know. The guy who's coming to pick somebody up to go for Tabligh Jamaat (HH nodding) acts differently than the guy who comes to pick people up to take them to camp. So, I mean you had to have a feeling that was going on. And so I, it, it, I know that you want to, to make us feel better that you got tricked into going,

HH:     Uh, huh.

GS:     But um, but don't do that because it doesn't, you know, it, it, it, it doesn't make sense.

HH:     Uh, huh.

GS:     Um, it, it, it um, what makes sense is you went because you're, you know you're back home for a year and a half and you wonder about

18:50:19

End of Video Tape 1 of 4

Beginning of Video Tape 2 of 4

HH:     ...then we got over there, got off the bus and I knew that

GS:     You knew you were going to camp?

HH:     I knew that and I couldn't, I couldn't go from there. I knew that they gonna, you know hold me and everything like that. You know catch me and everything like hold me and you know take me like that so I was thinking better thing is for me to stay you know just be quiet and don't say nothing that you're gonna go back anything like that. I got a chance (UI)

99