# EXHIBIT A-2C

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:  I Hamid, I, I, you know, I, I, I, I don't believe that and, and I...

HH:  That's up to you guys.

GS:  I know it is and I, and the reason is because you're 23 years old.

HH:  Uh, huh.

GS:  And you've already been to same camp one time before this. And then next, all of a sudden you're in Pindi again and you're on the bus on the way in the same place going back to the camp again. Um, and so it's um, I just want you to be honest with us. (HH nodding) I mean it doesn't effect how you can help us at all other than you're being honest with us. (HH nodding) Do you see the difference?

HH:  Uh, huh.

GS:  And so, so, you know please do that um, ah, because that, that assures us (HH nodding) that we have a truthful relationship.

HH:  Uh, huh.

GS:  Um, and ah, um, and, and it's helpful. Ok. So I, you know, I mean we know, obviously (HH nodding) we know more about you then we, you thought we did.

HH:  Uh, huh.

GS:  I know that you've said you know at times and, and, and lots of Muslims in the world do have issues with the United States right now. And that's Ok. And that's you're free to have those kinds of issues. You're free (HH nodding) to explore um, those thoughts. (HH nodding) It's, there's nothing wrong with that. That's part of what's important is we have to have that mindset and there are a lot of places in the world where um, you know the United States may not be doing things the way that even I (HH nodding) think they ought'a be doing them. So it's important we, I, I understand that. Um, but, but that's all out there and that's part of why people go to camp. Um, because they feel that Islam is threatened. (HH nodding) Right? I mean it's true. And, and, and so ah, you I know want, you know so, you know don't, (HH nodding) don't please tell me that you know you got, you know you're too smart and you're too old.

HH:  (UI) like ah, trying to say that I went on my own.

Interview of Hamid Hayat, 6/4-5/05

60:50:15

2 GS:    Yeah.  Or, or in part, or because you're curious.  Not
        because you wann'a go kill American soldiers.  I'm not
3       trying to say that.

4 HH:    Yeah.  I understand that.

5 GS:    I mean, but because, but to say that you go tricked
        into going um, is just not, I mean that's, that's what
6       people say. (HH nodding) I'll be honest with ya it's
        what everybody says who goes to camp.  It's almost like
7       what you're suppose to say.  So, I didn't know what,
        what I was getting into. (HH shaking head)
8

9 HH:    That's ah,

10 GS:   And it's, it's common and it's not true.  Everybody
        knows that,

11 HH:   That's the only ah, thing I can tell you guys (shaking
        head).  I got (UI) second time like that.  And you
12      know, when I came back, you know, I was just gonna
        start working on it but I couldn't cuz, you know, my
13      Mom got sick.  Force my Dad do something about it.

14 GS:   Well it doesn't also go along with um, at times you
        know you, um, you know we are aware of um, you know
15      back in Pakistan (HH nodding) you know, we have
        different people (HH nodding) telling us different
16      things.

17 HH:   Yeah.  I understand.

18 GS:   And at times um, you know it's been ah, there's been an
        indication that y, you know, you or other members of
19      your family have had you know, not been happy with the
        United States.  Not been happy with America.
20

18:54:07

21

22 HH:   Uh, huh.

23 GS:   Um, that's um, and that's very common.  (HH nodding
        head)  That's not, there's nothing illegal about that.
24      But that doesn't um, that doesn't go well with, well
        I'm gonn'a do something about this camp.  Um, the two
25      don't match up.  Do you see what I mean?  (HH nodding)
        And so that, that, that's why I want you to be you
26      know, just be um, you know I think we've, well you
        understand now that the camp wa, was not a good idea.

27 HH:   Uh, huh.

28 GS:   To go to camp.  We, we're clear on that now.

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:        Uh, huh.

GS:        Um, you know you're back here.  You're, you're just
           recently married.  You're older, you're wiser, (HH
           nodding) you know, your ideas, I assume you, you plan
           to have children some day.  Um, and, and, and, and get
           into a stage of your life where you have ah, you know
           where you have good things.  Um, but, but, that's ah,
           that's the new, that's the new Hamid.  (HH nodding) Um,
           it's not the, the Hamid that, that we, you know that,

HH:        Yes, you guys talking about the old Hamid.

GS:        Yes.

HH:        Like that.

GS:        Yeah.  And, and, and, so I want the new Hamid to be
           honest with me about the old Hamid, ok?  (HH nodding)
           And that, and the old Hamid had issues with the United
           States and had, I mean as do many good Muslims in the
           world.  So don't, don't say it's not a bad thing.  But,
           but what, what, what, what I need is honesty from the
           new Hamid. (HH nodding)  Ok.  So can you help me with
           that please?  I mean you, and you, you've been so good
           thus far.  It makes me, I, I feel better about our
           conversation but I wanna, I mean, I want you, you know
           be honest about the entire part of it.  Um, and then we
           can get into a place where, where the new Hamid can
           help us.  Does that make sense?

HH:        (UI)

GS:        Ok.  Um,

HH:        Can you explain

GS:        Yeah.  No, I, I, what, what, what you, what you um, as
           I explained before I'm going to camp because you get
           tricked at age 23 twice doesn't make sense.  (HH
           yawning) What makes sense especially,

HH:        23 twice?

GS:        Er twen, no, because why, the second time when you're
           22 years old, or 23 years old you got tricked, is what
           you're trying to tell me.  That's not true.  I know
           that's not true.

18:56:19

HH:        That is ah, my story.

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15
GS:     Well, that is your story.

HH:     Yeah.

GS:     Right now.

HH:     That's my story

GS:     That's your story but it doesn't mean it's true.

HH:     (UI) Tell you guys.

GS:     That's a story that's often told um, by lots of
        different people.  And the reason I know it's not true
        is because you have um, (HH yawning) ah, you've had,
        you know the old Hamid.  It's not true for the old
        Hamid.  I mean I don't expect you today after we've had
        this conversation and you're here and you've gotten
        married to do the same thing all over again.

HH:     Uh, huh.

GS:     I mean that you, you, you know, you've, I'm sure you're
        starting to grow up in a different way.

HH:     Uh, huh.

GS:     You're talkin' about working and getting a job and, and
        um, and having something better in life.  Is that
        right?

HH:     Yes.

GS:     So um, but, but, but that person, I want that person to
        tell me the truth about the other,

LL:     About the old Hamid.

GS:     About the old Hamid.

HH:     About like the second time?

GS:     Yeah.

HH:     When I...

GS:     And just be honest.  It, it doesn't make sense Hamid.

HH:     Ah, second time...

GS:     You didn't get tricked.  I mean you went there because
        you, you, you're curious or you're...

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:        What's curious mean sir?

18:57:21

GS:        Curious, like you wann'a know what's going on there.
           You're bored.

HH:        Oh, ah, you guys think I was getting bored at home?
           Like I was getting bored?

GS:        You talked about that earlier anyway, it was ...

HH:        Yeah. Ah, but ah, you know, you know they told we were
           going to Jamaat. That's it. They told me that. And
           you know I was thinking we are going to go to Jamaat.
           I was thinking. But I never think, like you know they
           gonn'a take us,

GS:        Part of you's gott'a be thinking it might be camp too
           though. And you're curious.

HH:        Little bit, you know. Almost little bit.

GS:        Yeah.

HH:        But when I got like a lot of it in were over there
           then.

GS:        Yeah. Well, yeah. I mean so the little bit, I mean,
           that's what I mean. And so you did have an inkling (HH
           nodding) in your mind that you were going to camp?

HH:        Uh, huh.

GS:        Right. But, but they're telling you Jamaat, and that's
           probably something that people tell. That's what,
           that's kind of the code that people use before they go
           to camp. `Cause nobody goes and tells you know,

HH:        Yeah. (HH yawning)

GS:        You know `cause,

LL:        Let's go to camp.

GS:        Yeah, let's go to camp. Everybody you know you, you
           say go to Jamaat and people know and your uncle knows.
           I mean your uncle knew. He'd been to camp before. He
           knew where where you were going. Right?

HH:        He didn't know that, where I was going. Ah, when I
           came back I told him that.

Interview of Hamid Hayat, 6/4-5/05

60:50:15
GS:     You told him.

LL:     Did he know you were going to a Jamaat?

HH:     Ah, yeah with the Tabligh Jamaat.  With the Tabligh
        Jamaat you mean, like the Tabligh Jamaat

GS:     Right.

18:58:33

LL:     Right.

HH:     Yeah

LL:     Tabligh Jamaat.

HH:     Yeah.

LL:     He knew you were going (HH nodding) with the Tabligh
        Jamaat?

HH:     Yeah.  He knew that.

LL:     And you don't think that, that by you telling him that
        you're going to with the Tabligh Jamaat that he figured
        out, Ok he's not going to Tabligh Jamat.  He's going to
        camp?

HH:     Yeah.  He didn't figured it out that.  He didn't.  He
        didn't figure out that.  You know he was on the phone
        like I was telling you, like (UI) like this.  Ok (UI).

GS:     So you had a little bit of an idea where...

HH:     Maybe like ah, ten percent in my mind.

GS:     Ten percent, so you had ten percent idea I'm going to
        camp.  And then you're thinking maybe I'm going to
        Tabligh Jamaat, which is...

HH:     No.  I couldn't make up my mind which way we were going
        to go.

GS:     Which way you're going to go.

HH:     Yeah.

GS:     But you're going to go anyway and then um, you know and
        part of the reason you go, and even if that ten percent
        or that, you know if it's fifty-fifty you can't make up
        your mind you're still going to go because there's,
        you've been once before.  You know that you go there

105

Interview of Hamid Hayat, 6/4-5/05

60:50:15

and there's gotta be curiosity too I mean you go there, so I mean, I just think it's fascinating, it's interesting to go to a camp to find out you know ah, and to see what's going on there.  It's gotta be interesting right?

LL:   It's an adventure? (HH smiles)

GS:   A little bit.

HH:   Adventure, I don't think so (shaking head)?

GS:   No, so, um, what other things ah, I've asked you this before but I'm gonn'a ask you again.  What are the details um, you know, I mean `cause there a million details, (HH nodding) our minds take in...

HH:   Yeah.

GS:   ...lots of details.

HH:   Yeah, yeah.

19:00:05

GS:   So part of it is um, um, certainly you wish you hadn't gone to camp.  Is that fair to say?

HH:   I didn't want...

GS:   Yeah.  You wish now you never went?

HH:   Right now?

GS:   You're sorry that you went to camp.

HH:   Yeah.  Of course.

GS:   Yeah.  So, so you wann'a put that out of your mind.

HH:   Uh, huh.

GS:   Right.  What I'm trying to do is, is, you know although painful, get you to put it back in your mind and give us every little detail that you can.

HH:   I gave you all the details.

GS:   Ok.  All right.  So just, I'm just askin' you about if I forgot something

HH:   Huh, uh.

106

Interview of Hamid Hayat, 6/4-5/05

60:50:15

GS:     And, I didn't ask you.

HH:     Uh, huh.

GS:     Please fill it in for us.  Did you tell your dad all about the camp?

HH:     Ah, just when I went and come back.

GS:     Does he know... Who knows more me or your dad?

HH:     I think you guys know.

GS:     We know, so we know more than your dad does (HH nodding) about the details (HH nodding) of the camp. Did you tell him you went for four months?

HH:     Ah, he thinks I went with Jamaat.  That's what he thinks.

GS:     Well what, what, what does he know now?

HH:     Oh, he knows that I went with Jamaat, uh sorry about that.  with the, uh..

GS:     Training.

HH:     Yeah.  And he found out when I came back.

19:01:05

GS:     Ok, alright.  Ok. Alright. Well, why don't you ah, drink some water, here.  Do you have any more questions?  Do ah you want me to open this for you (holding out candy bar).  You sure?

HH:     Any chance of go home?

GS:     Ah, let me see what's going on here.

HH:     You guys have any more questions?

GS:     I'm thinking, I'm thinkin' I got this ah,

HH:     See ah, (UI) can I see my Dad or anything like that?

GS:     Yeah.  Let me check on that.

LL:     Yeah.  He'll check on it...

(GS/LL leave the room)

(No talking)

107

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15
HH:        (sniffing noises)

End of Video Tape 2 of 4

Beginning of Video Tape 3 of 4

00:37 (6/5/05)

PA:        Hamid before ah, before we start I just wanna let you know, ahh, you, you've seen this form before?

HH:        Yes I (UI).

PA:        It's the same form the, Advice of Rights. Do, do you understand this?

HH:        Can you read it to me again?

PA:        Ok. I'll read it to you again. This is your Advice of Rights. Your rights before we ask you any questions you must understand your rights. You have the right to remain silent. Anything you say can be used against you in court. You have the right to talk to a lawyer for advice before we ask you any questions. You have the right to have a lawyer with you during questioning. If you can't afford a lawyer one will be appointed for you before any questioning if you wish.

HH:        Thank you.

PA:        If you decide to answer questions now without a lawyer present you have the right to stop answering at any time. Do you understand your rights?

HH:        Yeah I do (HH nodding)

PA:        Ok. Well if you...

HH:        (UI)

TH:        Just initial at the bottom there. And we'll, we'll, go ahead and witness for ya and...

HH:        Where sir?...(UI)

TH:        kind of move on

PA:        You could, you can sign on top of there.

HH:        Where

TH:        You can initial and uh

108

# EXHIBIT B-2

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:         Same thing?

TH:         Or you can sign your name, below, below

HH:         (UI)

TH:         and ah, (coughs).

HH:         (HH is signing Advice of Rights Form).

TH:         And just put the uh, current time, which is, ah, 12

HH:         Can you guys put it, my writing is not that good, you
            guys put the time...(UI)

TH:         Alright, do you agree it's, it's about 12:35 am?

HH:         (Checks his watch)...(UI)

TH:         Into June fifth.

PA:         It's cause it's the next day now.

HH:         Yeah (HH nods head).

PA:         You understand?

TH:         (UI) papers.

HH:         Uh huh.

PA:         (UI)

TH:         Hamid you've probably seen this on TV. It's paperwork
            that we've got to run through.

HH:         Yeah I do sir

TH:         all the time, um, all right.  Get this out of the way.
            Um, want to talk about a few more things.  We're almost
            at the end of that,

HH:         Ok.

TH:         that road here, um, it's good to meet you 'cause you
            know, heard a fair amount about you and ah, want to
            talk, talk in detail (HH nodding) about a couple things
            that are very important to us.

HH:         Hmm.

TH:         Ok?  Um, among those that you know, the things that I
            wanna talk about, are mos, most importantly um, the

109

Interview of Hamid Hayat, 6/4-5/05

60:50:15

camp, the camp where you went.

HH:     Uh, huh.

TH:     And um, I, I, I wanna start by playing a little, little slice of tape for ya.

HH:     Uh, huh.

TH:     Well we want to figure out exactly where the camp is.

HH:     It's like in Balakot, I guess toward like NWFP, Balakot.

TH:     NWFP?

HH:     Yeah.  Balakot.

TH:     Let me show you a map here to make it a little bit easier to see.

HH:     Ok, maybe I'll

TH:     Did they teach you how to read maps there, did you?

HH:     No.  They didn't teach me no maps or nothing they show me.  If you can show, me maybe you know, I get, you know, memories or something like that (HH points to head).

TH:     Did you, you, you didn't get to play with, ah use GPS, Global Positioning?  Anything...

HH:     What's that?

TH:     No satellite uhh...?

HH:     No, no.

TH:     Never learned about that?

HH:     No, no, no.

TH:     All right well let's ah, so... all right, you're ah, here's Hazro, Huzro.  (TH showing HH a map).

HH:     Um, this is like with our village, yeah.

TH:     Right.

HH:     Yeah.

TH:     Behboodi is, is near there, um Peshawar

110

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:   Behboodi is around here someplace

TH:   Behboodi is around here somewhere?

HH:   Yeah, somewhere.

TH:   Ok, yeah, not everything, it is not a very detailed map

HH:   Yeah, I know, I know, I understand what you're trying to say, sir.

TH:   Ok.  So where, where was this camp that you attended?

HH:   ah, this is Peshawar?

TH:   This is Peshawar...

HH:   (UI)

TH:   That's Rawalpindhi, Peshawar

HH:   Mansehra.

TH:   Hmm, hm.

HH:   It's around here someplace, I'll say.  NWFP.  This camp is in NWFP, it's around here someplace.  (UI) know that (UI) maybe, if I'm not wrong, maybe, I seen the name over there someplace.

TH:   Uh, hmm.  Ok.  Well this, this says (paper crinkling). All right, this is ah,

HH:   Mansehra

TH:   Mansehra, yes and it's near ah, Bandi, it's a little bit to the south.  It's ah, and I may not pronounce these right.  Khaki is to the north a little bit, Baffa.

HH:   Baffa, yeah.

TH:   Alright, so, these are all, these are all in this area?

HH:   These are like in a, this is like a bigger city.  These like small villages with them.

TH:   Well what, what did the, the ah, camp look like?  Was it?

HH:   It was like, you know, like I told you before it's like you know

111

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2   TH:        Uh huh

3   HH:        more like a mountain, like a zigzag road, go like this
            that road.
4

5   TH:        Uh, huh.

6   HH:        And you know you go up the hill, there's like a field,
            trees around like you know

7   TH:        yeah

8   HH:        trees around like that.

9   TH:        Hamid this is the first time we've met so you know I
            want you to be very honest
10

11  HH:        Uh huh

12  TH:        and clear with me about this because I understand
            you've made some mistakes in the beginning.

13  HH:        Yeah, I know

14  TH:        But now that you're, you're coming clean with a lot of
            things.
15

16  HH:        Yeah (HH nodding head).

17  TH:        And talking to us and that's very important.

18  HH:        First I was...(UI)

19  TH:        I, I don't want you to you know,

20  HH:        I was nervous then, when at first. (HH smiling) I was
            nervous that's why.

21  TH:        All right.  That's, that's Ok, you know.  Um, but I
            want you to be, very, very accurate (HH nodding) about
22          this.  Very um, very honest. (HH nodding) with me.  I
            don't want you to, you know make a mistake here
23

24  HH:        Uh huh,

25  TH:        and try and steer me in a different direction.

26  HH:        Uh, huh.

27  TH:        All right?

28  HH:        Uh, huh.

112

Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH:   Um, and I don't want, I'm trying to make the stories come together here.

HH:   Ok.

TH:   So be, be very, descript in the places that you're talking about and make sure, make sure you're, you got this right.

HH:   I think so and ah, over here in NWFP someplace.  It should be around here.  It should be.  If it's not maybe it's ah, in a different state maybe.

TH:   Uh, huh.

HH:   If I'm um, maybe you know, like visiting like uh, maybe Balakot is in like a different state.  So if you can find that name for me Balakot please and I'll see.

TH:   Balakot, is where you think it is?

HH:   Yeah.  That's the place I told you Balakot.

TH:   Uh, huh.  All right, uh, You think it's in the area of Man, Mansehra?

HH:   Maybe, I'm not sure, cause I think so, it comes in uh, NWFP.

TH:   Ah, how did you get there when you were taken there?

HH:   Ah, in a bus.

TH:   In a bus?

HH:   Yeah.  From Pindi

TH:   You said it's a field, or was it something else?

HH:   Yeah, it was mountains like a field there.

TH:   Uh huh, You actually trained in the field outside?

HH:   It was a field you know, trees around you like that.

TH:   Hmm.  Any structures?  Any buildings?

HH:   No, no buildings.  Think maybe, small buildings and you know you know those made from like you know from ahh.. what's it called dirt and anything like that you know.

TH:   Mud, mud, mud kind of ...

113

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     Yeah mud, like that houses kind of like that.

TH:     Huts, sort of.  Um, where did you stay when you were there?

HH:     Ah, in those ah, rooms.

TH:     Hmm, hm

HH:     Some the rooms, you know sometime ah, different room sometimes other room like that.

TH:     In these, in these huts that were, that were built over there?

HH:     Yeah.

TH:     Out of the mud?

HH:     Out of the mud.  Sometime we sleep outside in the field like you know

TH:     Hmm, hm.  Ok.  Well, when you were there.

HH:     Uh, huh.

TH:     Um, they ah, you finished your training.  Did six months of training.

HH:     Uh, huh.

PA:     Hamid I, I wanna, you know we talked about this before.

HH:     Uh, huh.

PA:     And I want you to be, as honest as you can..

HH:     Yeah.  I understand what you're trying to say.

TH:     And we're almost done here and this, this,

HH:     Yeah.

TH:     This ah, I don't want this to go the wrong direction here now at this point.  Because we've come, come this far.

HH:     Uh, huh.

TH:     Almost getting ready to call it a night here.

HH:     Uh, huh.

114

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2
TH:    You know.  You can say goodbye to a lot of this stuff
3      but you gotta, you gotta, (HH nodding) you gotta be
       honest about stuff here.

4  HH:  Yeah, you're right about that.

5  TH:  You were there for six months.

6  HH:  Uh, huh.  Yes.

7  TH:  And now, now you're saying I was just, play, I played
8      with guns.

9  HH:  No, I was not playing you know.  They train me like for
       guns and like that.

10 TH:  Uh, huh.

11 HH:  And that's what I'm trying to say.  And you know, um, I
12     don't know some of them are automatic, and you know
       some of them are not automatic like that.  I'll say.

13 TH:  Ok.  Some are automatic, some are not automatic.  You,
14     you shot at targets.

15 HH:  Yeah.

16 TH:  What did the targets look like?

17 HH:  They look like you know some of those things in there
       what they call that you know like uh.  You know, I
18     don't know what the name they call that.  Was a, what's
       a, what's it called a circle thing.

19 TH:  A bullseye?

20 HH:  Ah, maybe like a bullseye.  I don't know the name sorry
21     about that.

22 TH:  Uh, huh.

23 HH:  We were talking earlier about that, yeah, like that
       (UI).

24 TH:  Ok.  All right um.  All right.

25 HH:  Yeah

26 TH:  All right.  I'm gonna, I'm gonna let this go for a
27     while here.

28 HH:  Um hm

115

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| 1 | | |
|---|---|---|
| 2 | TH: | Um, you, you, you came to the United States. |
| 3 | HH: | Uh, huh. |
| 4 | TH: | You know, they sent, they sent you off. |
| 5 | HH: | Yeah. |
| 6 | TH: | Allah Ahkbar, you know, you've got to go to Jihad. |
| 7 | HH: | Uh, huh. |
| 8 | TH: | And you, you left with, with marching orders. |
| 9 | HH: | What's that? |
| 10 | TH: | Do you know what that is? |
| 11 | HH: | No. |

12
13
14  TH:     That's you know, here's what your mission is.  Here's
        what you do.  Here's what you do with all this training
        we've done for you, you know.  We don't give you this
        training for nothing, you know.  You're training to be
        a good Jihadi.

15  HH:     Uh, huh.

16  TH:     So what, what did they want you to do?

17
18  HH:     They, they didn't tell me nothing.  They say you can go
        right now and if we need you anything you like that you
        know, and,

19  TH:     Who's we?

20  HH:     What

21
22  TH:     Who's we?  How, how are they gonna tell you they need
        something?

23
24  HH:     Ah, you know, ah, you know they ah, what's it called,
        they need me you know, but they find me before they
        come over there like that, something.

25  PA:     Who's they Hamid?  Who's they?

26  HH:     They come there from the camp like different people
        comes around.

27
28  TH:     Now you're talkin' in vague things you know.  I, I,
        try, trying to get to this.  Get to the answers, get to
        the truth here (HH nods).  Um, when you come to the

116

**Interview of Hamid Hayat, 6/4-5/05**

1

2  60:50:15

              U.S.

3  HH:     Uh, huh.

4  TH:     You know, you came here. (HH nodding) You have your

5           friends here in the US.

6  HH:     Yes.

7  TH:     Who also went to camps?

8  HH:     Uh, huh.

9  TH:     We know about them.

10  HH:     Uh, huh.   They're in the US

11  TH:     They're in the US.

12  HH:     Uh, huh.  Ok.

13  HH:     Uh, huh.

14  TH:     But what did, what do you say about, about you're

          friends here who also went into the camps.

15  HH:     What do I say about them, like?

16  TH:     Who are they?  And this, you know, this might be hard

17           for you,

18  HH:     Yeah, but ah,

19  TH:     Yeah, but we're here...

20  HH:     I don't know if I can.

21  TH:     You gotta, you gotta show me some good faith here

          `cause we're going...

22  HH:     Ahh,

23  TH:     `Cause we're going back and try to make an argument for

24           you.

25  HH:     Uh, huh.

26  TH:     That you are not one of the big players here.

27  HH:     Uh, huh.

28  TH:     You, you're a small,

117

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:        (UI)

TH:        A small, let me try to explain to you.  `Cause I know
           maybe the translation is not gonna all get through the
           first time and,

HH:        No, I understand.

TH:        Alright so, what we're talking about is, is you.  (HH
           nodding)  You know, you're a young guy (HH nodding) you
           know, trying to get your life straight.  Getting' ready
           to get, you know get married, get those things taken
           care of.

HH:        I'm already married.

TH:        Already married.  (HH smiling) You know you're getting
           ready to get your house together.

HH:        Uh, huh.

TH:        For your wife who's enroute, who's gonna come back
           here.  Um,

HH:        She's gonna come, she's not coming back.

TH:        Uh, huh.

HH:        She's just gonna come from there.  She never came here.

TH:        Right, right.  She's gonna come here and you gotta
           make, you gotta get your house in order for her

HH:        That, yeah

TH:        All right.  Um, (clears throat).  The ah, you need to
           (HH nodding) understand that there, I, I'm trying to
           (HH nodding) build an argument for you.  I'm trying to
           help you out here.

HH:        Yeah, yeah.

TH:        You know, by saying that you're cooperating (HH
           nodding) with us.

HH:        Uh, huh.

TH:        That you're helping us. Because we know about quite a
           bit that you've done here.

HH:        Yes.

TH:        Um, with camps and you gotta, you gotta, you gotta give

118

Interview of Hamid Hayat, 6/4-5/05

60:50:15

me something here (HH nodding) and that's what I'm gonna ask you about. Um, you came back here. You have other friends who went to the camps.

HH:     Uh, huh.

TH:     Give me the name, give me the name of one of your friends who went to the camp.

HH:     Sadiq, I'll say

TH:     Sadiq?

HH:     Yeah. Sadiq

TH:     Tell me about Sadiq. Is he Afghani is he?

HH:     No, he's

TH:     Pakistani?

HH:     Yeah, he's born over here.

TH:     Um, what is his first name?

HH:     Ah, Sadiq.

TH:     (UI)

HH:     Last name is Shoaib.

TH:     Sadiq Shoaib?

HH:     Yes.

TH:     All right. Where does Sadiq Shoaib live?

HH:     He lives in Lodi.

PA:     Is he one of the guys you're working with? At the, at the, at the packing company?

HH:     Yeah.

PA:     Ok. So he lives right on the same street you're living on?

HH:     Woodbrige

PA:     He's the one that lives in Woodbridge?

HH:     Yeah.

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

TH:     Is it Woodbridge Street?

HH:     No, it's Woodbridge is like you know, uh it's at least like 15 minutes away from you know, from us, it's in Lodi but by Lodi Lake you go a little more forward, you guys see Lodi Lake it goes forward

TH:     Is Woodbridge the name of a street or an area?

HH:     Area.

TH:     It's an area?  So that's,

HH:     It's in Lodi.

TH:     Uh, huh.   Do you have a street that he lives on?

HH:     No, I don't remember the street.  For now.  I haven't lived there for a long time.

TH:     All right.  Do you have a phone number that he uses?

HH:     Ah, I don't have his cell phone number.

TH:     Do you, you have, you don't have it with you?

HH:     I don't have it.

TH:     (UI) have his cell..

HH:     (UI) when I came back I didn't even get it from him, the cell phone number.

TH:     Were you guys ever in camp at the same time?

HH:     Um, No, I would say no.

TH:     Ok, wh, when did he go to camp?

HH:     I think so ah, ah, after me or before me I'll say.  I think so it was before me.  I'll say that.

TH:     Before you?

HH:     Yes, I think so.

TH:     How long did he attend the camp?

HH:     I'd say maybe like uh, same thing like as me, five, six months.

TH:     Five, six months?

120

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2   HH:      Uh, huh.

3   TH:      Um, Who are his parents?

4   HH:      They (UI) living in Lodi too.

5   TH:      What's um, and some stuff you're gonna tell me I
6            already know.

7   HH:      Uh, huh.

8   TH:      And so you know, don't make the mistake of, (HH
             nodding)

9   HH:      Uh, huh.

10  TH:      Give me ah, playing (HH nodding) with the name or,

11  HH:      Yeah.

12  TH:      Or playing with the street, cause

13  HH:      I don't know the street name why should I lie to you?

14  TH:      Ok.  But wh, what ah, what's Shoiab's Sadiq

15  HH:      Shoiab is his dad, Sadiq's dad, Sadiq is like a friend.
16           His dad's name is Shoaib.

17  TH:      All right.  What does Shoiab do?

18  HH:      Ah, he gots a store in Lodi, it's a Pak India, that's
             what they call it.  The store name

19  TH:      He has a store in Lodi.

20  HH:      Yeah.

21  TH:      Um, for packing?

22  HH:      No.   The name is Pak India.  Ah you know ah, Halal
23           food stuff, like you know, Pakistani food stuff like
             that,

24  TH:      Uh, huh.

25  HH:      Halal food like that

26  TH:      The name, the store's called Packing?

27  HH:      Pak India.

28  TH:      Pak India

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     Yeah.

TH:     Ok.   All right.   Um, is ah, is <u>Sadiq Shoaib</u>, is he a a
        U.S. citizen?

HH:     Yeah he is.

TH:     He's a U.S. cit.   Is ah, is <u>Sadiq</u> does he go to, to
        your Masjid?

HH:     Ah, over here in Lodi?

TH:     In Lodi.

HH:     Ah, yeah he comes on Friday actually because the, ah
        the other days, I don't see him that much often there.

TH:     Hmm.

HH:     I don't do that much right now because

TH:     Yeah, you haven't been here much for quite a while.

HH:     Yeah.   That's what I'm saying I didn't see him that
        much.   Only when we went two days for work and you
        know and ah, eight-thirty we get a break, we come there
        to pray only for like ah, we have like a half an hour.

TH:     Uh, huh.

HH:     So, we ah, get over there and like pray and that's it,
        an go back.   That's the only time you know, I seen him
        over there.

HH:     And Friday, yesterday, I seen him over there as well.

TH:     Ok.   Um, how about his father, does he -- does he go to
        the mosque?

HH:     Yeah, he does go often.   He goes a lot.

TH:     What's the father's first name?

HH:     <u>Shoaib</u> is his name.   That's what I know.   That what we
        call him, <u>Shoaib</u>.

TH:     (UI).   <u>Shoaib</u>

HH:     That's what we call him, <u>Shoaib</u>.   He's our uncle so we
        call him <u>Shoaib</u> uncle.   Like you know uncle, uncle

TH:     He's like an uncle?

122

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     Yes, he's older than us, and you know, he's older, than, I don't think so he's older than my dad but you know we just call him uncle, uncle.

TH:     Ok.  Uhm, did he, get his son to go to the camp or how did -- or how did Sadiq...

HH:     (UI).  Uh, I have no information on that.

TH:     Ok.

HH:     He went to the camp, I know that.

TH:     Uhm.

HH:     But I have no information like his dad sent him or who sent him like that.

TH:     Ok.  Did Sadiq tell you that he went to the camp then?

HH:     Ahh, I find out.  He didn't tell me, I find out he went to the camp.

TH:     How did you find out?

HH:     Like you know he came back and you know people talking like that he went to the camp and... like that.

TH:     Who was talking though?

HH:     Like -- who -- who was he talking with?

TH:     Who was talking about him going to the camp?

HH:     In the village some people talking in village, or, you know, older you know old people.

TH:     When you're back in Pakistan,

HH:     Yeah

TH:     people are talking?

HH:     Yeah.

TH:     All right.  So you know from Pakistan, you don't know from here?

HH:     Huh?

TH:     Did -- did you see, Sadiq, Sadiq Shoaib.

HH:     Over here?

123

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

TH:     Over here.

HH:     Yeah...(UI)

TH:     Who over here knows that he went to the camp?

HH:     Who knows over here he went...

TH:     Uh-huh.

HH:     Aah, I don't know who knows over here that he went to camp.

TH:     Did you hear about it while you were over here, while you've been back?

HH:     I was back.

TH:     Did you hear about him being in a camp...

HH:     Over here.

TH:     Over here.

HH:     No, I didn't.

TH:     Shabbir?

HH:     Yeah.

TH:     All right.  But, aah, Shabbir's an older man?

HH:     Yeah, he's older man.

TH:     Um he went to the camp?

HH:     Yeah.  He went way before like, you know, 9/11 that happen and everything like that.

TH:     You say he went to the camp.  Now, which -- which camp did he...

HH:     Aah, actually I think so he went to the same camp, that's what I'll say.

TH:     Same, same camp?

HH:     Uh-huh.

TH:     Uhm, so you talk -- have you -- what -- what do you talk to Shabbir about the cam.. uhm, when you talk about the camps

124

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2  HH:      With him?

3  TH:      Uh-huh.

4  HH:      Aah, you know, I didn't talk that much but we're
5           talking like um JUI like you know those uh you know
           politics.

6  TH:      Fazlur Rehman...

7  HH:      (UI)

8  TH:      ...Samiul Haq. . .

9  HH:      That's what we talk a lot about, aah, you know, me and
10          him, you know, aah, you know, they having problem in
           the group like you know, oh, like you know they
11          fighting like you know (UI) I want to be the chairman
           of the, what's it called, of the group.  And you know
12          we discuss on that, that much.  Uh, the camp, uh, we
           didn't discuss that.

13  TH:     All right.  Um, alright, so, now Shabbir, he's an
14          elder, guy,

15  HH:     Yeah

16  TH:     He's an Imam

17  HH:     Yeah

18  TH:     or Maulana

19  HH:     Yeah

20  TH:     he's been to this camp, he's experienced,

21  HH:     Yeah, he's experienced.

22  TH:     You also think he's fought?

23  HH:     Fought?  About, what's that mean?

24  TH:     Um, done Jihad

25  HH:     He done Jihad?  Like he went to Jihad?

26  TH:     You tell me.

27  HH:     Uh, I have no idea if he went to Jihad or something,
           but the training camp -

28  TH:     He didn't share his stories about Jihad?

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2  HH:    No, he didn't share stories or nothing like that.
3         Yeah, he told me that you know on SSP like that you
          know stuff, you know SSP Sipah-i-Sahaba, maybe you guys
4         heard about that?

5  TH:    Sipah-e-Sahaba?

6  HH:    Yeah, he you know talk about that.  You know he said
          that, you know I heard from someone like, you know,
7         that you know Sipah-i-Sahaba, like that Shabbir was
          talking about like that, about Sipah-i-Sahaba.

8  TH:    Did he say that he belongs to Sipah-i-Sahaba?

9  HH:    Uh, he didn't say that to me, like you know (UI)

10 TH:    I don't, I'm not understanding what you're saying.

11 HH:    He was just talking about the group.

12 TH:    Um hm

13 HH:    He was talking about Sipah-i-Sahaba.

14 TH:    What kind of things was he saying about Sipah-i-Sahaba?

15 HH:    He was saying about the group like you know this group
16        is like this and like that and like this.  The group is
          good, this group is like this.  This is like talking
17        about you know like JUI and this

18 TH:    He talks about good groups, the JUI,

19 HH:    Yeah, they have JUI and uh SSP has problems so they're
          talking, you know, like uh, you know, they have like
20        problems between like you know like two people have
          problems, they talking against each other, like (UI),
21        you know, this group is like this, this group is like
          this, these people and this group are like this and
22        like that.  This we have a conversation.

23 TH:    Um hm.  What kind of camp was the one that you went to?
          Who, what group ran this camp?

24 HH:    Who was running this camp?

25 TH:    Who, which, JUI?  Did JUI run the camp?

26 HH:    No, no, no.  JUI no, not JUI

27 TH:    Which, which group?

28 HH:    Uh, the group I'll say maybe Harakat Ul-Ansar.

126

Interview of Hamid Hayat, 6/4-5/05

60:50:15

Harakat-Ul-Ansar.

TH:     Yeah

HH:     I'll say.

TH:     Why do, why do you say Harakat-Ul-Ansar?

HH:     That's the name.

TH:     Yeah, how do you know that it's Harakat-Ul-Ansar?

HH:     `Cause I 'll say you know, um, pretty much over there they have the camps over there in Pakistan.  They have a lot of camps I'll say.  These, they have camps more than anyone I'll say over there.

TH:     Um hmm, Ok, um, anyway, a little while ago we talked about how you know, you're sent to the, you come back to the U.S. after you've done your training, you're ready for Jihad.

HH:     Yeah right now?  Over here?

TH:     Yes

HH:     Over here?

TH:     Yes

HH:     No, I'm not ready for Jihad, you know

TH:     That's what they train you for.  That's, that's

HH:     Yeah, but you know, it's not like, you know, like doing Jihad over here like that, you know that was not in my mind to come over to do.

TH:     You're here, you're here to take orders, to do what they say.

HH:     Yeah, but you know I didn't take orders from them.

TH:     Who did you take orders from?

HH:     I mean, to do anything over here?

TH:     Who here gave, gives you orders to do things?

HH:     Uh, uh, do like you know fighting and like that? Fight, fighting, like fighting with people like that? or ..

127

Interview of Hamid Hayat, 6/4-5/05

1

2   60:50:15
    TH:     If, if they ask you to, you know,

3   HH:     (UI)

4   TH:     who, who might order you to fight.  Who might order you
5           through, you know, because of their ties to Harakat-Ul-
            Ansar

6   HH:     (UI)  They will tell me to fight.  They will tell me to
7           fight.  They will, they will give me the orders to
            fight like that.  But they didn't give me no orders
8           right now.

9   TH:     They didn't give you any what?

10  HH:     Orders

11  TH:     Any orders.

12  HH:     Yeah

13  TH:     They will give you orders.

14  HH:     Yeah

15  TH:     Did they say, you

16  HH:     No

17  TH:     And you said a minute ago that you left and they said
18          you, you're gonna come here and we, we'll give you
            orders on

19  HH:     Yeah, they will give me

20  TH:     On when to fight

21  TH:     Who's gonna tell ya?  They're not gonna, are they gonna
            call you up from Pakistan?  I don't think so.

22  HH:     Maybe, uh, send a letter or anything like that maybe.

23  TH:     No, I don't think they're gonna send a letter.  They're
24          not, they're not gonna write down a little note, you
            know, you gotta go do this.

25  HH:     (UI)

26  TH:     I think, you know, I think you're gonna have to talk to
27          somebody here in Lodi and

28  HH:     Yeah, maybe

128

Interview of Hamid Hayat, 6/4-5/05

1

2  60:50:15
   TH:        Because there are, there are levels.

3  HH:        There are levels, maybe

4  TH:        Somebody, somebody local who's been to the camps,

5  HH:        Uh huh.

6  TH:        Or has ties to the camps, or ties to these parties like
7             SSP.

8  HH:        Has links to the camps and like that, your trying to
             say.

9  TH:        Um hm

10 HH:        Yeah, some of the people may be, you know, they can,
11            you know, contact me.  If they come from Pakistan you
              know some of the guys yeah maybe they tell them to like
12            tell them  like that.

13 TH:        Well, what I'm asking ya, you know is, is who's help
              you out?

14 HH:        Who's helping me out

15 TH:        It's, you, you've been to this training,

16 HH:        Uh huh.

17 HH:        You know, you've gotten the rudimentary stuff,

18 HH:        Ah, what's that mean?

19 TH:        You've got, you've got, alright you've gotten basic
20            training, you know it's like you go to boot camp in the
              military?

21 HH:        Yeah, yeah

22 TH:        And they show you how to be a foot soldier but you
23            don't have any field, you haven't been out fighting in
              the fields maybe.

24 HH:        Uh huh.

25 TH:        You know, maybe you got to do some live exercises,
26            maybe you got to do some, some stuff.

27 HH:        Uh huh

28 TH:        But you need a senior person here telling you

                           129

Interview of Hamid Hayat, 6/4-5/05

1

2  60:50:15
   HH:        Yeah, anyway they will contact me.

3  TH:        Um hm.  And you, talked, and you said you talked with
              Shabbir on, on occasion.
4

5  HH:        Uh, you know, maybe him? I'm not sure, maybe, maybe
              Shabbir will tell me like you know, if he gets
6             information like that.

7  TH:        Um hm

8  HH:        Maybe him

9  TH:        Did he tell you that?

10 HH:        Who told me that?

11 TH:        Did Shabbir tell you that?

12 HH:        No, he didn't tell me that.  He didn't tell me.

13 TH:        Did he, all right I'm trying to leave the door open for
              you (HH smiling) to tell me, instead of me telling you.
14            (HH nodding) All right?

15 HH:        Uh huh.

16 TH:        You understand

17 HH:        Like you're trying leave the door open for me.

18 TH:        Yeah, I want you to, I want you to tell me you know, to
              be honest with me

19 HH:        (UI)

20 TH:        to be straight.  Give me this, cause this is just one
21            of the few things I want.

22 HH:        Yeah.

23 TH:        You know, we get past this and we've, we've come a long
              way and you know, we can probably call it a night here.
24

25 HH:        Uh huh

26 TH:        But someone like Shabbir

27 HH:        Uh huh

28 TH:        you know, is, whose connected to Harakat-Ul-Ansar or
              Sipah-i-Sahaba

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:     Uh huh

TH:     or JUI, Fazlur Rehman

HH:     Uh huh

TH:     You know, someone like him, who's connected, (HH
        nodding) and can receive orders,

HH:     Yeah

TH:     to pass on to people like you who he needs to have
        contact

HH:     Yeah, yeah

TH:     There's levels in this.

HH:     Yeah, he has con....

TH:     You know, and there are people that I see as important,
        and you're, you're young, (HH nodding) you know, you
        got a long life ahead of you, you're an important
        person, (HH nodding)

HH:     Uh huh.

TH:     But not as important to me as the next level up.   The
        people who are telling you...

HH:     Yeah, there uh, you're trying to say that Shabbir's
        going to get orders and tell me.   That's what you're
        trying to say.

TH:     I want you to tell me.

HH:     Yeah.  If he gets orders anytime, any from anywhere,
        any place, actually he will contact me.

TH:     He will contact you.

HH:     Yeah

TH:     Did he tell you this?

HH:     He didn't tell me, but uh, I'm 100% sure, I'm sure that
        he will contact me.

TH:     Yeah, tell me how, how do you know?

HH:     `Cause you know, he's uh, uh connected wi
        groups and you know, that's the only pers
        has got contact.

131

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

| | |
|---|---|
| TH: | Why do you say that's the only person? |
| HH: | `Cause you know, like he has experience in these things, I'll say |
| TH: | Uh huh |
| HH: | And he's the only person I'll say. In my mind I have this person |
| TH: | And so he's gonna contact you and, you and who else is he going to contact? |
| HH: | I think so he'll contact me and Sadiq. |
| TH: | You and Sadiq? |
| HH: | Yeah, I'll say |
| TH: | I'll tell you, I know there are more. I know, I know there are a couple more. |
| HH: | More persons? |
| TH: | More persons that have been to these training camps. |
| HH: | Um, I have no idea if uh, you know if give me any thoughts, then maybe, the names, cause you know... |
| TH: | They're all about your age |
| HH: | Uh huh |
| TH: | You know and they've been over there, they've had |
| HH: | I'll say my cousins, my cousins, my uh, what's it called, cousin like you know my uh dad's sister, his son. |
| TH: | What's, What's his name? |
| HH: | Usama |
| TH: | Usama? |
| HH: | Yeah. |
| TH: | Um |
| HH: | I'll say maybe him. |
| TH: | Usama, what is his last name? |

132

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1
2  HH:       Ismail

3  TH:       Ismail?  Ismail.  Tell me, tell me where does he live?

4  HH:       Uh, same street, Acacia Street

5  TH:       He's on Acacia also?

6  HH:       Yeah

7  TH:       So he's, so then in the the apartment building on
8            Acacia or?

9  HH:       No, he lives down on what's it called, the left side
             down uh, where the street starts, from the what's it
10           called?  I would say from Central, Central Avenue I
             think so it's called.  Yeah, Central.  From this side
11           name of the street is Washington near us

12 TH:       Um hmm.

13 HH:       on the left side.  Central, starts from there.  And on
             this is the right side coming up on the right side like
14           leave like three or four houses.  And ahh .. 333,
             that's his address.

15 TH:       333 Acacia?

16 HH:       Yeah

17 TH:       Is... All right.  Is he, he's Pakistani, your cousin?

18 HH:       Yeah

19 TH:       And is he from Behboodi also or -

20 HH:       Yeah, he's from Behboodi.

21 TH:       Is he a U.S. citizen, or -

22 HH:       Um hm

23 TH:       All right.  Why, why do you say he went to a camp?

24 HH:       Uh, you know, I'll say he went to, you know, but ah you
25           know that's you saying that you have a couple more
             persons, like, you know, like, you have like in the
26           tape you say

27 TH:       All right, I want you tell me what you know.  What,
             what you've heard.

28 HH:       About the persons?

.133 .

Interview of Hamid Hayat, 6/4-5/05

60:50:15

2 TH: Yeah. The people who have been to camps. I want you
to tell me -

4 HH: All, uh any person, you mean? Yeah uh, the persons
with me you know, like you know my cousin and them

5 TH: I don't want you to tell me any name, I want you to
tell me the people who went, who went to camps.

7 HH: Um hm

8 TH: Who are dealing with people like Shabbir.

9 HH: Uh huh.

10 TH: Like Imam Shabbir.

11 HH: Like uh, they are dealing about you know, like uh,
fighting and like that? Like that?

12 TH: They're...

13 HH: like that

14 TH: Like fighting, uh huh.

15 HH: You mean like you know they're making plans and like
that, and when they gonna get fighting, they gonna
16 fight and like that?

17 TH: Let's talk about that.

18 HH: Um, they are like uh, setting up uh, what's it called,
like uh, they call that sir, what's it called, like you
19 know setting up, like you know?

20 TH: A plan?

21 HH: Yeah, yeah.

22 TH: Operation?

23 HH: Like, they're like telling other people like you know,
train these guys pretty good. Like that. We gonna need
24 them maybe for Afghanistan, Kashmir, and like that.
Iraq or any country.
25

26 TH: Ok. Who's telling... Tell me who's talking here?

27 HH: Shabbir

TH: Shabbir
28

134

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     and that other guy.

TH:     Shabbir, Shabbir and what other guy?

HH:     I don't know his name, he was in the camp.  I don't know his name.

TH:     Uh, another guy who was in the camp.

HH:     Uh huh

TH:     Same time as you or different time?

HH:     No, I was working in the camp

TH:     Um hm

HH:     Um, you know Shabbir, like he was not in the camp, but I'll say, he was the guy, cause he's like in charge over there

TH:     Um hm

HH:     I'll say he's the in charge.  I'll say he was the guy talking with him.  For sure, `cause he's in charge over there.

TH:     The guy in charge of the camp is talking to Shabbir?

HH:     Uh huh

TH:     And how do you know?

HH:     `Cause you know, the way he's like talking with people, uh, I'm talking about the other guy.

TH:     Right.

HH:     He makes me feel like he talk with Shabbir too.

TH:     It makes you feel like

HH:     It makes me, it makes me feel.  He did make me feel. You know like that he talked to Shabbir.

TH:     Ok.  I want you, I want you to talk about what you know.  `Cause I don't have to talk about what you're, what you're speculating about or

HH:     Uh huh.

TH:     What you're guessing about because I know you know a lot.

135

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     Uh huh

TH:     You know, I, I know that you're having meetings (HH
        nodding) and I know some of these other people down
        there are having meetings with certain people and
        they're talking about, they're talking about, you know,
        things that I need you to talk about.

HH:     Like, uh, can you tell me a little bit?

TH:     They're talking about Jihad.  They're talking about

HH:     (UI)

TH:     doing Jihad

HH:     uh huh, like in

TH:     against Americans in

HH:     Any country like you know they're against Muslim
        countries.

TH:     Yeah and you talked about Afghanistan, like you said.

HH:     Yeah.  You know, uh you're talking about Jihad like
        sending people to Afghanistan.  They were going to send
        people to Afghanistan for sure, no doubt.

TH:     (UI) and it understandable.

HH:     Uh huh.

TH:     That's, that's close, on the border.

HH:     Uh huh.

TH:     Um,

HH:     And you know, they were like uh they were making plans
        like that and they were going to do this and do that
        over there.

TH:     And this was over in the camp in Pakistan you mean?

HH:     Yeah.

TH:     Making these kind of plans?

HH:     That' what (UI)...(UI)

TH:     All right, so they're talking sending fighters to
        Afghanistan.

136

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| 1 | | |
|---|---|---|
| 2 | HH: | And Kashmir |
| 3 | TH: | And Kashmir |
| 4 | HH: | Yeah |
| 5 | TH: | And where else? |
| 6 7 | HH: | And uh, I think so from Afghanistan, I'm not sure, if they gonna, they send people to Iraq, I think. |
| 8 | TH: | Yeah, Iraq makes sense.  There's a lot of fighters going there. |
| 9 | HH: | Um-hmm |
| 10 | TH: | Um |
| 11 12 | HH: | And uh what's it called uh Iraq and I'll say maybe to the Middle East maybe, to the Middle East. |
| 13 | TH: | Maybe to the other parts of the Middle East? |
| 14 | HH: | Yeah, maybe. |
| 15 | TH: | Maybe, alright, um.  (Clears throat) How about here in the United States? |
| 16 | HH: | In the United States, uh you know, not that easy for them to come I'll say. |
| 17 18 | TH: | Well it is easy for you. |
| 19 | HH: | Yeah |
| 20 | TH: | You have, you have a passport. |
| 21 | HH: | Yeah, yeah I have a passport. |
| 22 | TH: | You're, you're valuable to them. |
| 23 | HH: | Um-hmm |
| 24 | TH: | You know that, I know that, |
| 25 | HH: | Um-hmm |
| 26 | TH: | Cause Hamid not many people who have been to Jihadi camps, |
| 27 | HH: | Um-hmm. |
| 28 | TH: | you know who are at the level you are at. |

137

## Interview of Hamid Hayat, 6/4-5/05

60:50:15

| 1 | | |
|---|---|---|
| 2 | TH: | At this young age, you know are, (HH nodding) are coming to the United States freely, you know with US passports. |
| 3 | | |
| 4 | HH: | Um-hmm. |
| 5 | TH: | It's not an easy. |
| 6 | HH: | Like, you know, like I'll say before they didn't tell us like you know you guys going do this over there, they are gonna give us orders. And like, you know, and you know like I told you before, I say Shabbir is a person. |
| 7 | | |
| 8 | | |
| 9 | TH: | Um-hmm. Well if they say we are going to give you orders. If if, I am going to give somebody orders, I am going to figure out exactly how I am going to get them. |
| 10 | | |
| 11 | HH: | Um-hmm |
| 12 | TH: | To you |
| 13 | TH: | To you, to those, that person. So, |
| 14 | HH: | They have contacts I'll say over there everywhere in America. |
| 15 | | |
| 16 | TH: | Ok, umm, here, who would your contact be in the United States? |
| 17 | HH: | I'll say Shabbir, sir. He's the person I'll say. |
| 18 | TH: | Alright. Umm, now here is where I want you to, (HH nodding) to talk, you know, openly here with me. |
| 19 | | |
| 20 | HH: | Ok. |
| 21 | TH: | Umm, and I don't want you to think about (HH nodding) how I can get out of this question. How can I |
| 22 | HH: | Yeah, I understand. |
| 23 | TH: | How can I, |
| 24 | HH: | I understand, I understand (smiling) |
| 25 | TH: | What hole is he going to leave me in this questions. So I can |
| 26 | | |
| 27 | HH: | I understand what you are trying to say. |
| 28 | TH: | Get, get done with this. I want you, I feel like you are being straight with me |

138

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

1

2   HH:        Um-hmm

3   TH:        you know, we can,

4   HH:        Get this over with like that.

5   TH:        Get this over with.

6   HH:        Yeah, I understand what you are trying to say.

7   TH:        Ok

8   HH:        Go ahead.

9   TH:        So, what direction has Shabbir given you?

10  HH:        Right now?

11  TH:        Right now.

12  HH:        Right now I just met him once and you know, he said
13             what are you doing  I say I am resting right now.  He
               said ok take a rest and you know and uh he said you
14             start working and I say I didn't start working.  That's
               the day when I get here, I got here.  And the next day
15             I went to the Mosque and you know he told me that and
               after that he told me that uh you know these are the
16             directions he gave me after that you know.  We'll like
               meet again.

17  TH:        Um-hmm.

18  HH:        And you know, and then he was gonna tell me something

19  TH:        You're gonna meet again?

20  HH:        In the Mosque, you know in prayer time like that.

21  TH:        Um-hmm

22  HH:        And with him.

23  TH:        Ok, umm, give me some more exact words.  Did he say
24             we're going to meet again and

25  HH:        That means

26  TH:        and talk about.

27  HH:        Umm, he didn't say like we're going to talk about like
               you know like he said we gonna meet again and you know
28             I was thinking you know actually he is going to talk
               about you know the orders or something like that.

139

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | |
|---|---|
| TH: | Um-hmm |
| HH: | That's what I was thinking. |
| TH: | Which makes sense.  You just went through camp.  You spent six months there you know, you're ready, you know you don't want, if you wait a year all your skills with the guns and |
| HH: | Uh-hum |
| TH: | and karate you don't |
| HH: | I don't know how to do karate (smiling) but you know guns and everything you can say that. |
| TH: | Ok.  Umm, your skills you know they, they get, they diminish.  So you want to |
| HH: | What's diminish mean sir? |
| TH: | They get weak, they are not as strong. |
| HH: | Yeah, they're not as strong. |
| TH: | You are at your best now. |
| HH: | Right now. |
| TH: | Because it is fresh in your head. |
| HH: | Yeah. |
| TH: | It's all new.  Umm, (clears throat) alright, so, alright we'll, so we'll stop that for a second. |
| HH: | Sure, sure, sure. |
| TH: | I feel like you're still looking for holes but |
| HH: | No, no I'm not sir, I understand. |
| TH: | Shabbir, Shabbir, uh, alright he tells you, he tells you we'll talk later. |
| HH: | Yeah, we'll talk later. |
| TH: | We talk, we'll talk later. |
| HH: | Um-hmm |
| TH: | Umm, who else is he talking to, because. |

140

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     In the Mosque he talks to a lot of people.

TH:     About this kind of thing.  We are not talking, he's an
        Imam, so he talks to

HH:     Uh, I mean uh

TH:     This, this is special

HH:     About this thing I'll say he talk with you know umm
        like few more guys and you know I don't know the names
        but I can recognize them pretty good.

TH:     Um-hmm

HH:     I can recognize them.  I don't know their names but I
        can recognize them.  Uh, maybe I think so uh, what's it
        called one of them guys are tall, he got beard and he
        speaks English pretty good.

TH:     Um-hmm

HH:     And I think so, uh what's it called, uh he came back
        before me right now, I think so like that, uh.  What's
        it called like uh six, seven months ago maybe, like
        that.  And for sure I say he talks with them and uh if
        you guys need the name I can find you the name tomorrow
        and give it to you guys.

TH:     Uh-uhm, maybe we will be asking for that later.

HH:     Ok.

TH:     Umm, (clears throat) Ah, alright, I'm gonna take
        another step back here

HH:     Um-hmm

TH:     I'm going to show you some pictures.

HH:     Sure.

TH:     Alright and ah (paper noise) alright I want to see if,
        what these faces mean to you.

HH:     Uh-hmm

TH:     Yeah, if they are associated with uh a group, (HH
        nodding) if you know them, umm.

HH:     Say yes or no like that.  Yeah, ok

TH:     Alright, first can you start off, do you know this

141

60:50:15
person?

*(SA Timothy M Harrison shows pictures of various persons to Hamid Hayat)*

HH:      (UI) No Sir, I (UI)

TH:      I had to print them out small,

HH:      I don't

TH:      don't know. Don't know anything about him?

HH:      Nope I don't.  Sir.

TH:      Ok (Paper noise) alright

HH:      (Paper noise) No, I don't know this guy.  For sure I don't know this guy.

TH:      Don't know him?

HH:      No.

TH:      (Paper noise, pages flipping) Alright

HH:      Maulana Shabbir (UI)

TH:      Alright, (paper noise) Alright, do you know this guy?

HH:      No I don't.

TH:      (UI) (papers flipping)  You have good eyes right?

HH:      Yeah, of course sir. (smiling)

TH:      All right, just checking.  Alright, this guy?

HH:      I'm not sure, but I say maybe I've seen him here in America someplace.  I'm not sure.  Uh, wait a minute, I think so I seen him in Lodi, I think so I am not sure.

TH:      Name?  Anything about him?

HH:      Uh.  What's it called?  Uh, his name I forgot. (tapping his temple) Uh, I think I see this guy like this kind of face in Lodi.  I seen a face like this in Lodi I know that.  I don't remember the name.  (UI)

TH:      Some of these names have been mentioned.

HH:      Oh, Ok,

142

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2  TH:    Ahh, (clears throat and papers flipping)

3  HH:    No (UI).

4  TH:    (TH show HH another photo)

5  HH:    No.

6  TH:    Who does Shabbir work for?

7  HH:    He works for the Lodi ah Mosque.

8  TH:    Yeah, he's the Imam for the Lodi Mosque.  Who does he
9         work for?

10 HH:    What do you mean where does he get the money from?

11 TH:    Who is, who is he loyal to?  Not money, I'm not talking
        about money.

12 HH:    Ah, who he is loyal to, like who brought him over here?

13 TH:    Whose, you know there's a, there's a pecking order, you
14        know.

15 HH:    Like ah who brought him over here?

16 TH:    Like, like ah you know you are a junior guy.

17 HH:    Uh-huh

18 TH:    Cause, all you have done is gone to a camp.

19 HH:    Um-hmm

20 TH:    That's, that's ah, in the big picture that's not, not
        so much.

21 HH:    Um-hmm

22 TH:    You have gone to a camp.

23 HH:    Um-hmm.

24 TH:    But then there are people who have been to a camp and
25        they've been out of a camp for years and know a lot
        more about operations and things.  Um, they know how to
26        give orders.

27 HH:    Um-hmm.

28 TH:    You know, and someone gives orders to Shabir?

143

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2  HH:        Um-hmm

3  TH:        I think, I think that it is somebody here.

4  HH:        In Lodi?

5  TH:        In Lodi.

6  HH:        I have no idea about that. Who gives orders in
7             anything in Lodi anywhere.

8  TH:        I want you to ah, I want you to think before you talk.

9  HH:        Yeah,

   TH:        Because I know there are things you don't want to say.
10            I can, I can see it in your face. (TH shows HH a
11            photo).

   HH:        Ah, this guy I've seen him in Lodi as well. I'll say,
12            in Lodi.

13 TH:        Name?

14 HH:        Ah, I think so, I don't know the name, but I'll say
15            he's a Fiji you know Fiji

   TH:        Um-hmm
16
   HH:        (UI) country I think so he's from there. I think so
17            I've seen him. Like same thing, right here, right
18            here, here. A guy like this I've seen him, I'll say
              that's him.

19 TH:        Um-hmm

20 HH:        (UI) He comes to Lodi from the Bay area.

21 TH:        Um-hmm

22 HH:        Sometime

23 TH:        Alright, what, what do you know about him?

24 HH:        Uh, he just comes over there and pray over there, like
25            you know, comes with my friends and meet him, that's
              it.

26 TH:        Um-hmm

27 HH:        (UI) After like I'll say like three weeks or something
28            I see him over there

                                144

Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH:     Alright, yeah, umm, and just you know, so you understand you know what I am seeing so if you can kind of imagine the big picture.  You know?

HH:     Who's picture?

TH:     The, the, the big picture, umm,

HH:     Camp?

TH:     No, no, no.  The umm overall umm, the overall situation.  Umm, the overall ah, ah problem that we are facing here.

HH:     Uh-huh

HH:     More than me

TH:     More than you.

HH:     Uh huh.

TH:     Umm, I think what you don't want to do here is be the last person to talk about what really, what really matters.

HH:     I don't get that.

TH:     And ok, what I am trying to get to is, you know, the importance of Shabbir,

HH:     Uh-huh.

TH:     And the importance of Shabbir's boss.

HH:     Um-hmm

TH:     Alright,

HH:     The boss over here in Lodi is Maulana Adil

TH:     Um-hmm

HH:     (UI)  He like you know, ah he like you know uh brought him over here like he talk with the community he's like big Imam I can bring him over here.

TH:     Um-hmm

HH:     The boss over here, he is the boss over here.   Maulana Adil

TH:     Ok

145

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     that's the name

TH:     All right, what do you know about Adil?

HH:     Adil?

TH:     Uh-hmm

HH:     Ah, he's making an Islamic center in Lodi.  And that's what I know about him...(UI)

TH:     Ok, about orders coming from.

HH:     I'll say this guy Adil

TH:     uh-huh

HH:     Ah, he gives him the orders.

TH:     He gives Shabbir the orders?

HH:     I'll say,

TH:     All right.

HH:     Cause you know there you know they are close to each other.

TH:     Um-hmm

HH:     I'll say that

TH:     Ok, so, if someone in the camp wants to give orders to you, they would call

HH:     They would contact him Adil

TH:     Call Adil

HH:     Adil will contact Shabbir like that

TH:     And Adil will contact Shabbir?

HH:     Uh-huh.

TH:     And on to you

HH:     They will contact me.

TH:     Then on to you and Sadiq

HH:     Sadiq.

146

Interview of Hamid Hayat, 6/4-5/05

60:50:15
TH:     Sadiq and and some others?

HH:     Yeah, yeah some others.

TH:     Ok, how many others?

HH:     Like Sadiq and me and Usama, these are only in my mind
        I have right now.

TH:     Um-hmm

HH:     I can't remember right anymore.

TH:     Um-hmm

HH:     Maybe there are some like you know I don't know about.
        Maybe I will found some, find them you know and get
        information like that.

TH:     Alright, when you, when you trained over there, did you
        train you know uh, in, in to work in groups?

HH:     You mean like getting training with people together?

TH:     Yeah, to train to you know if you are going in to rooms
        or buildings you know you go in with a group of

HH:     No. Nothing.

TH:     four or five people?

HH:     No, we were like two two peoples.

TH:     Two two people?

HH:     Yeah.  Two peoples.

TH:     And give me, give me an example of the kind of ah
        training you would get.  You know if they said, ok, you
        know you train for Jihad.

HH:     Uh huh.

TH:     So, Jihad means that you fight and you assault
        something, you know.

HH:     Uh-huh

TH:     Umm, give me an example of a target.

HH:     Uh, like a

TH:     A building, umm

147

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH: I'll say no buildings, I'll say people, I say

TH: Ok people, yeah, fair enough people in the buildings yeah.

HH: People in you know ah. Like that.

TH: Ok, so, umm you know I'm sure, I'm sure while you where over there they you know they had you and this is how I would do it, you visualize the kind of things that you're going to be fighting against, you know.

HH: (Nods head yes)

TH: So, so what kind of, what kind of visions did they give you? Did they say here you are going into this kind of building and and .

HH: No, no they don't actually tell us that you guys go into this kind of building. They first let us go inside, and think, well, they, they just gonna to let us think what's inside, what's inside, what's inside?

TH: Um-hmm

HH: You have to think like that.

TH: Think on your feet?

HH: I ahh (UI)

TH: Think as you go, think ah,

HH: Ah, you know (UI)

TH: Alright so, so talk about an example you know. So, so they said they want you to think

HH: Yeah what's (UI)

TH: Be surprised

HH: Yeah, be surprised yeah like that.

TH: Alright, so, what would happen, give me you're in a group

HH: Uh, (UI) Inside like you know like uh statues, statues make like you know big statues like that

TH: Um-hmm

HH: shooting at them and like that

148

## Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH:     Are these in a room, or out in a field?

HH:     Some of them in a room, some in a room, some out in a field.

TH:     Um-hmm and how many of you would , would

HH:     Two persons.

TH:     attack the people, attack the targets?

HH:     Two people ... at a time.

TH:     Um-hmm.

HH:     I'll say.

TH:     Ok, and did they tell you know ok.  Did they tell you, usually when, you know, you do these these uh situations

HH:     Uh, huh.

TH:     They say ok this is your, this is your target?

HH:     No, they did not tell us that, this is your target like that.  They just go room they go inside and shoot.

TH:     Um-hmm

HH:     (UI) Shoot statues, or you know whatever comes in front of you like a statue,

TH:     Um-hmm

HH:     Shoot that.

TH:     Ok, shoot shoot uh,

HH:     Yeah, that's they didn't tell us.

TH:     Whatever looks like a person, shoot?

HH:     Yeah

TH:     Ok.  Um, tell me, tell me a little bit about Maulana Adil.

HH:     Ah, he's from ah, Pakistan, Karachi

TH:     (UI) Uh hmm

HH:     And, he came to make Islamic Center.

149