# EXHIBIT A-2D

Interview of Hamid Hayat, 6/4-5/05

60:50:15
TH:    Uh, huh.

HH:    And ah, (UI) like that. And ah, what's it called ah.
       Working on Islamic Center (UI) that's but I don't know
       much about him. And ah,

TH:    Islamic Center like back home, like back in Karachi?

HH:    No over here.

TH:    Like back, back home. Similar to,

HH:    It's ah, like over they're making, uh they have not not
       the same one like that. Maybe different.

TH:    Uh, huh.

HH:    But also it would be like ah, you know, uh what's it
       called the teaching like you know the same thing (UI).

TH:    Ok. Um, well what's ah, what's, he's gonna train
       people in, in religious studies.

HH:    Over here?

TH:    Over here

HH:    Ahh religious studies, yeah like you know tell them
       about the religion and everything like that.

TH:    Uh, huh. And then what's gonna happen to them?

HH:    After that you know they're like you know, young
       teenagers he's gonna like you know teach them like
       about religion everything like that, you know get
       educated.

TH:    Uh, huh.

HH:    Like that.

TH:    And how do they learn about the Jihad? How do they
       learn about Jihad?

HH:    Um, from the books I'll say.

TH:    Uh, huh.

HH:    If they have some books, some of the, you know ah,
       what's it called it ah, Islamic Center has books I'll
       say over there in Pakistan

TH:    Uh, huh.

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:        And you know, uh maybe they get the books and show them from the books

TH:        Uh, huh.  But how do they get trained like, like you got.  Because....

HH:        Over here?  How are they going to get trained over there?

TH:        Over,

PA:        Overseas

TH:        Where, where.  You know, how is he gonna, what's?

HH:        How's he going to send like those guys over there to get trained like that, that's what you're trying to say?

TH:        Uh hmm.

HH:        Oh, he send `em to Pakistan and I think so he has contacts over there tell them like you know these guys come over like that, take them over there like that

TH:        Uh, huh

HH:        Or show `em the way.

TH:        Uh, huh.  Um, have you ever talked to Adil about, about his ah, his school?  His Madrassah?

HH:        No I didn't talk about it.  When I came ah, I talk to my cousin how is the Madrassah.

TH:        Uh, huh.

HH:        And he said, it's still building up.  And I said did it build up more.  He said yeah, he got they build it up more.  I said well there is a lecture in there, they do a lecture for ah, they used to do it for ladies.  I don't know if they still do it for ladies or ah, what's it called, sir, ah, for mans or kids.

TH:        Uh huh.

HH:        For mans or kids I'll say they're same thing, the lecture.  And for ladies I think so (UI).  That's what they used to do.  They still give the lecture for sure I can say that.

TH:        Ok.  So, so they're trained, they're trained, they're they're taught, and, and, in the Quran and religious

151

Interview of Hamid Hayat, 6/4-5/05

60:50:15

studies. Um, and, you know I'm, I'm have you heard about the, you know, how the, how the students are going to be trained after that?

HH:     Ah, after, from here?

TH:     Uh, huh.

HH:     How they gonna get trained?

TH:     Yeah.

HH:     They gonna go over there to Pakistan and they're gonna get trained over there.

TH:     So, the doctor would have the students go into Pakistan?

HH:     The doctor?

TH:     Ma, Maulana Adil.

HH:     Oh, sorry, Dr. Maulana

TH:     Dr. Maulana Adil.

HH:     Yeah.

TH:     He sends people over to Pakistan.

HH:     That's. that's what I will say, yeah.

TH:     Ok.   That's what you would say.  Have you known that to happen already or?

HH:     No.   Not in front of me.  That happened (UI) not in front of me.  But, I'll say like you know you, can teach religion and things over there and you know probably will do that.

TH:     Uh, huh.

HH:     Say will do that

TH:     How, how, you say he will.  How, how do you know he'll do that?

HH:     'Cause you know they teach religions and religions stuff and I'll say, you know.  They will do that.

TH:     That's, that's the way it's done?

HH:     Over here?

Interview of Hamid Hayat, 6/4-5/05

60:50:15

2 | TH: | Yeah, and that's the way it's done over in Pakistan.

3 4 | HH: | Over here I'll say it's done and over there it's the same thing. Only the problem is the main difference is the language.

5 | TH: | Uh, huh.

6 | HH: | That's it.

7 | TH: | Here they have to teach English as well?

8 | HH: | Yeah. Over here.

9 | TH: | Uh, huh.

10 11 | HH: | Yeah. You know lot of uh kids over there know English so you know that would be no problem

12 13 | TH: | Ok. All right so you, you finished your training over in Pakistan you know, versus being in Pakistan usually you get done training they'll send you right to Afghanistan.

14 | (Both talking)

15 | TH: | If you're Pakistani.

16 17 | HH: | Uh, you know, ah, that doesn't really matter to them they will ask you you where want to go Afghanistan or Kashmir.

18 | TH: | Uh, huh.

19 | HH: | They just ask you where do you wanna go.

20 | TH: | Ok. So, so why are you here?

21 | HH: | Me?

22 | TH: | Instead of Afghanistan, Kashmir.

23 | HH: | Me?

24 | TH: | Yes.

25 26 | HH: | You know I got married so I just came back and you know. I was there you know, I was gonna make up my mind you know, if I was gonna come here like that.

27 | TH: | Uh, huh.

28 | HH: | You guys like that but then you know, and then I, I

Interview of Hamid Hayat, 6/4-5/05

1
2  60:50:15

        (UI) you guys tell us to come over here then you know.

3  TH:   But when we told...

4  HH:   You guys like called and like T and like partner Sean
5        came to our house.  You know, they tell us to come over
        here and you know I was going to tell the truth you
6        know.  That was my plan was...

7  TH:   And, you have to understand.  I know there are plans
        for over here.

8  HH:   Uh, huh.

9  TH:   You know.  So I'm trying to get some details about
10       plans over here.

11 HH:   (UI)

12 TH:   You know, obviously this is my backyard.  This is what
        I care about.

13 HH:   Yeah.  I know that.

14 TH:   You, you live here too.

15 HH:   Yeah, it's like my backyard as well.

16 TH:   Yeah.

17 HH:   I understand what you're trying to say.  Ah, you know
18       like I was saying you know ah, they didn't give us no
        plans no nothing right now like we're coming from
19       there.  They didn't give us no plans.  Like I was
        saying they gonna give us orders that, you get orders

20 TH:   You get orders.

21 HH:   From Shabbir, you know.  Adil then

22 TH:   Did they say over there you'd get orders from Shabbir?

23 HH:   No, they didn't say that to us.  They say you will get
24       ah, orders and I don't, these the only two persons I'll
        say going to give us orders.

25 TH:   Ok.  These are the only people you stay in contact
26       with?

27 HH:   I'll say yeah, these the only person who's gonna give
        us information like that.

28 TH:   What if they were to, what would you do if ah, if

                        154

## Interview of Hamid Hayat, 6/4-5/05

60:50:15

Shabbir were no longer here or, or, Maulana

HH:     If they're not here,

TH:     (UI)

HH:     Then ah, you know, we like you know ah, what's it
        called, complain on him.  Complain against Shabbir.
        Like you know he was like you know doing this kind of
        stuff

TH:     Uh, huh.

HH:     That's what I do.

TH:     If, if, if he was no longer here you would complain
        against him?  You would,

HH:     No, what you mean in America you mean if he was not
        here?

TH:     Uh, huh.

HH:     Oh, if he was in Pakistan huh? You know.

TH:     Well what, you know, these are the only people who can
        talk to you.

HH:     Uh, huh.

TH:     You know.  You're, you're saying that Shab, ah, Shabbir
        and Malauna Adil are the ones who can give you orders.

HH:     Yeah.  These are the personnels...who...give me

TH:     And am I understanding you right.  This is what you're
        saying.  Malauna Adil could come to you and say you
        know,

HH:     No.  He won't come to me I think so.  He will talk to
        Shabbir.

TH:     Uh, huh.  You're talking about Adil?  He wouldn't come
        to you?

HH:     No, he won't come to me.

TH:     He would go to Shabbir?

HH:     Yeah.

TH:     Because Adil, is he more important than Shabbir?

155

1

2      60:50:15
       HH:      Ah, yeah.  He's ah, ah, what's it called ah, ah, bigger
3               then him and like that.

4      TH:      Yeah.  So he wouldn't try to go directly to you?

5      HH:      No he won't go directly.

6      TH:      He would use <u>Shabbir</u> to do that?

7      HH:      Yeah, he would use <u>Shabbir</u> to do that.

8      TH:      Ok.  Does Shabbir tell you that?

9      HH:      No, he didn't tell me that but you know, that's what
                I'm saying.

10     TH:      Uh, huh.

11     HH:      And I'm 100% sure about that.

12     TH:      And you're sure that's how, that's how it works?

13     HH:      It's gonna work like that.

14     TH:      Uh, huh.  Ok.  Um, they, they told you know this, and,
15              I want you to be as detailed as you can, you know.
                Think back remember as much as you can.  They told you,
16              you're gonna come here.  You're gonna have orders given
                to you.

17     HH:      Uh, huh.  They gonna give us orders.

18     TH:      All right.  Um, when they, when they, yeah.  You give
19              somebody orders you want them to have the best chance
                of succeeding.

20     HH:      Yeah.  Yeah.

21     TH:      So you prepare them somewhat you know, in what to
22              expect for orders.

23     HH:      What's that mean?

24     TH:      All right.  So you try to help them ah, be ready to, to
                act on those orders you know.

25     HH:      Yeah.

26     TH:      Did they give you money?

27     HH:      They, they didn't give us no money.

28     TH:      No money?

                                156

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | |
|---|---|
| HH: | No. |
| TH: | Shabbir doesn't give you any money? |
| HH: | Nope. |
| TH: | Guns? |
| HH: | Nope. |
| TH: | All right.  Um, they tell you what kind of places that you wanna... |
| HH: | They didn't tell us nothing. |
| TH: | What kind of buildings? |
| HH: | Nothing yet. |
| TH: | They, they didn't say you know, and, they, they, if I was training camps over there you know. |
| HH: | You know, they just train us |
| TH: | (UI) picking targets. |
| HH: | They just say you know, um, train us.  They didn't tell us about targets or anything like, you know that you got to do this over there.  When the orders come the target comes with that too. |
| TH: | Uh, huh. |
| HH: | (UI) do this, do that.  Like that |
| TH: | They didn't give you examples of targets?  They didn't say well these, these, these, |
| HH: | No, |
| TH: | ...are good targets for us. |
| HH: | No samples like that.  You know, samples (UI) like they got no samples like that. |
| TH: | Uh, huh. |
| HH: | (UI) |
| TH: | No examples? |
| HH: | No. |

157

Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH:     All right.  Um, (clears throat) So you fought, you did training in rooms and in fields?

HH:     Yeah.  That's it.

TH:     And you could be sent to Afghanistan, Kashmir...

HH:     Anywhere...

TH:     Iraq

HH:     Anywhere you wanted to go like they would send you.

TH:     And, of course, yeah.  I, I've been to Pakistan.

HH:     Uh, huh.

TH:     I, I know what's talked about there.

HH:     Hmm.

TH:     You know.  Um, of course they talked about sending, they're very upset with us over there, right now.

HH:     Of course they're gonna.

TH:     Very, very upset.

HH:     Uh, huh.

TH:     And of course, you know, they're people who want, you know, they wanna send people here.

HH:     Uh, huh.

TH:     To do Jihad too.

HH:     Uh, huh.

TH:     Because many of the targets obviously in Afghanistan you know, they can do damage on, but they can do more damage even you know, back here in the United States. So, well what did they say about targets in the United States?  What do they say about fighting in the United States?

HH:     (UI)...like a...

TH:     Because that's, and, and, this is where we left off a little while ago.  This is where you're valuable is because you can travel freely here.

HH:     Uh, huh.

158

## Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH:     And, go at targets here in the United States.

HH:     Uh, huh.  Like you mean like buildings?  Things like that

TH:     Buildings, yeah.

HH:     They didn't tell us any buildings that you gonna target these uh you know.  But you know, I'll say they gonna tell us like you know the big thing, big buildings, they gonna show us (UI) targets (UI).  I'll say that for sure.  They gonna tell us...

TH:     Now are they gonna tell you which buildings or?

HH:     No, they gonna like ah, what's it called ah, contact us and they gonna tell us like you gonna look for buildings like that, and like this

TH:     Hmmm.

HH:     You know.

TH:     You're, you're, you're, saying what you think they would tell you is this?

HH:     Yeah.

TH:     Um, so here, though right?  Here in the United States? Yeah, so, too, and places that are close to you?

HH:     Uh, huh.

TH:     Here in Sacramento, or here in San Francisco?

HH:     I'll say maybe in LA.

TH:     LA?

HH:     I think, I think about LA.  I think so.  That's the place it would be over there.

TH:     Uh, huh.

HH:     LA, maybe ah, San Francisco.

TH:     But you don't know because you're, you're at this level and these guys are, are, up here...

HH:     (UI)

TH:     Planning things.

159

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2  HH:        Yeah.

3  TH:        And, and they're, they're filling your head saying you
            know,
4

5  HH:        Yeah, they're like bullshittin' me and everything in my
            head like that you know, crap in everything like
6            that...like that.

7  TH:        Right, right.  Um, but, but you're, you're goal here.
            And the reason you're back here and not off in
8            Afghanistan or Kashmir, or somewhere else is to,

9  HH:        (UI) Yeah...(UI)

10 TH:        Is to do Jihad here?

11 HH:        Yeah.

12 TH:        Right?

13 HH:        Yup.

14 TH:        All right.  And, you're gonna do Jihad here.

15 HH:        No I won't.

16 TH:        Well, not now.

17 HH:        No, I won't do it now, but, you know, if, even if they
            give me orders you know, I'll say no and then um, you
18            know they gonna do something about it.  They try to
            kill me...

19 TH:        All right.  That's, that's why you were sent here?

20 HH:        Yeah.

21 TH:        Is to do Jihad here.

22 HH:        Uh, huh.

23 TH:        Am I right?

24 HH:        Uh, huh.

25 TH:        Ok.  Um, and, how do you know that?

26 HH:        How do I know that they sent me here to do Jihad?

27 TH:        Uh, huh.

28 HH:        They did train us like that.  For this thing, like

160

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

that.

TH:    They train you for Jihad?

HH:    Yeah.

TH:    Yeah.  And, they sent you out and they said you're gonna get your orders?

HH:    Yes.  You're gonna get your orders.

TH:    They said those orders...  What did they say about those orders?

HH:    What did they say about the orders?

TH:    Uh, huh.

HH:    Like ah, when we gonna get the orders or anything like that.  They didn't say nothing about the orders yet, like when you gonna get your orders or anything like that.

TH:    But they understand you know, they're giving you orders to act here, to do Jihad here in the U.S.

HH:    Yeah, but ah, they didn't tell us nothing about the orders right now.

TH:    Uh, huh.  Yeah, and that's, they've got no reason to tell you details yet.

HH:    Huh, uh.

TH:    That's fine.  But you understood when you left you're suppose to come here and do Jihad?

HH:    Yes, that's what they told me.

TH:    Uh, huh.  They, they said Jihad here in the U.S.?

HH:    Uh, huh.

TH:    Ok.  And this is, was it the guy you're talking about earlier who runs the camp who was saying this to you?

HH:    Yeah.  He was like him.

TH:    Uh, huh.  He was, another, so I know you had lots of instructors there and,

HH:    Yeah.  And this one was like, he was like the, what you call the supervisor or something like that.

161

Interview of Hamid Hayat, 6/4-5/05

1

2    60:50:15
     TH:      Supervisor,

3    HH:      The biggest person I'll say

4    TH:      Hmm. Did he give a speech to you as you were leaving,
5             or did he talk to you one on one?

6    HH:      Um, no he give us a speech you know.

7    TH:      Uh, huh.

8    HH:      That the speech he gave us like you know.

9    TH:      To the people who were going to the United States?

10   HH:      Ah, anywhere they were going, anywhere.

11   TH:      Hmm.

12   HH:      All the people.  They were going like that, and like
13            this.  We gonna give you orders and like that, and you
              know,

14   TH:      So what'd they say to you?

15   HH:      Oh they say the (UI)

16   TH:      The part of the speech that applied to you.

17   HH:      Oh, they said to all of us you know, you have to go
18            over there and do Jihad.  That's the main thing they
              tell us.

19   TH:      Go over where?

20   HH:      To the United States.  You know they say whatever,
              which ah, country you wanna go to do that like that.

21   TH:      Uh, huh.

22   HH:      And you know I told them that you know,

23   TH:      Did you pick the United States?

24   HH:      No.  I didn't pick the United States, I was like you
25            know

26   TH:      I think, you probably wanna be home.  You wanna be back
              here.

27   HH:      What do you mean?

28   TH:      You wanna be back in the United States, and I can see

                                162

Interview of Hamid Hayat, 6/4-5/05

60:50:15

why you would pick the United States.

HH: They told me that like you know, ah, what's it called,
anywhere you guys want to go like that you know. At
that time I was thinking you know I was going go home
and rest and you know. They didn't tell me at that
time you know, (UI).  They just told me you have to go
to the United States.

TH: Uh, huh.

HH: They told me that, yeah.  I came here.

TH: They said you have to go to the United States?

HH: No, they didn't say that, but you know they said if,
you want to go like that and like I said ok we go.

TH: Ok well, this, all right, it's the, it's it's getting a
little bit confusing to me.  Um, um, they're saying if,
if, you wanna go to the United States that's good (HH
nodding) and you'll just get orders to do Jihad there?

HH: Yeah, you'll get your orders like that.

TH: And I don't wanna you know, I'm trying to paraphrase
what you're saying a little bit, but um, you're, you're
being told to, all right you can go to the United
States.

HH: Uh, huh.

TH: You say, and you're thinking sure I wanna go to the
United States.  That's good.  Now bring my wife there
and,

HH: Yeah.  And,

TH: Umm.

HH: Like you know, they told me you have to go for Jihad.

TH: Uh, huh.

HH: Uh, huh.  I said OK I'll go.  But you know I never
like, when I came over here I didn't think about that,
you know.  I didn't think about that.  It was just in
my mind, and  I was trying to get rid of it.

TH: Uh, huh.

HH: It was just in my mind.

163

Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH:    And, and, It's important just to get to what they said.

TH:    You know,

HH:    Uh, huh.

TH:    which is why I'm, this is all I'm trying, that's all
       I'm trying to understand..

HH:    Uh, huh.

TH:    ..here is what they said.

HH:    They said that you have to go to America for Jihad.

TH:    Ok.  to fight, Yeah.

HH:    Yeah.  America you know to fight that's what they told

TH:    You have to go to America to fight Jihad?

HH:    Yeah.

TH:    All right.  That's, so that's all I'm trying to, that's
       all I'm trying to hear. (HH smiling) That's all I wanna
       hear is just what, is what they said.

HH:    Uh, huh.

TH:    All right.  That's it.  So you get here and, is what
       you're saying before accurate.  Is there more to it
       then, you'll get orders.

HH:    Yeah.  You get orders like that.

TH:    Uh, huh.  Ok.  And, did they say when you left who, who
       you'll get orders from?

HH:    No, they didn't tell us that.

TH:    Ok.  Um, but you get here, you kind of fill in the
       blanks... You get here and you realize that you get
       orders from.

HH:    Umm, what was it, like I was like thinking who's gonna
       give me orders and like that?

TH:    Yeah.

HH:    I think Shabbir was the person.

TH:    Shabbir was the person.   Shabbir?

164

Interview of Hamid Hayat, 6/4-5/05

```
60:50:15
```

HH:      Yes.

TH:      Your Imam

HH:      Yeah.   He's the person.   I'll say that

TH:      Ok.   All right.   Um, all right.   See that wasn't so bad getting there.   All right.   Um, (clears throat).   Did you, when you left to come back over here.

HH:      Uh, huh.

TH:      Um, who did you come back with, that was?

HH:      Right now?

TH:      Uh, huh.

HH:      With my parents

TH:      Right.   Yeah.   I understand.   Yeah, with, you know, but who else that was in the camps.

HH:      Ah, who came with us back to America?

TH:      Oh, who else was finishing up training you know, going back to...

HH:      (UI)

TH:      I'll, I'll go to America, you know.

HH:      No, no.   None of the other guys said that like that. It was like you know, couple of guys maybe said that. I'm not sure because there were a lot of people with us you know.

TH:      Hmm.

HH:      You know, we can't hear the noise but we can hear the noise but we can't see the faces like that.

TH:      Hmm.   Uh, huh.   Ok.   All right.   We're gonna, anything else?

PA:      Do you still keep in contact with any of these people?

HH:      No I don't.

PA:      E-mail?

HH:      No.

165

Interview of Hamid Hayat, 6/4-5/05

60:50:15
2  PA:    Nothing?

3  HH:    My e-mail address is ah, HamidHayat@Yahoo.com. you
4         guys need to write it

5  TH:    Ok

6  HH:    And Hamid, under slash, at Yahoo.com.

7  PA:    Hamid Hayat?

8  HH:    Yeah.  At Yahoo.com.

9  TH:    Do you have any?  I already asked, any phones, any
          other phones?

10  HH:   No.  I, like cells phones or anything

11  TH:   Uh, huh.

12  HH:   No, I don't.

13  TH:   Wanna reach out to ya.

14  HH:   So you guys can call home or anything like that

15  TH:   Uh, huh.

16  HH:   I wanna, like I was telling to T I'm going to get one
17         soon.

18  TH:   Uh, huh.

19  HH:   A cell phone, (UI) check (UI)

20  TH:   Ok all right.  Anybody else you can tell me about,
           besides, you gave me a short list here.

21  HH:   Yeah.

22  TH:   Sadiq Shoaib

23  HH:   These are the only persons I know pretty good.

24  TH:   Shabbir.  Ok.

25  HH:   And, you know,

26  TH:   Usama Ismail,  I don't, I don't want you to make up
27         people obviously.

28  HH:   Yeah, I'm not making up people.  These are the only
          ones that came in my mind.  You know I am thinking

166

Interview of Hamid Hayat, 6/4-5/05

60:50:15

these like you know.

TH:   Yeah, ok.  Did you know um, at the ah (clears throat) at the umm at, at, at um Maulana Adil's Center where umm he's teaching students.  Are there any students there who have been trained for camps?

HH:   Umm, ah, I have no permission in that

TH:   Um-hmm

HH:   I can't tell you anything about that. (UI)

TH:   Ok, but we went there before but you talked about how they would be sent to camps

HH:   Um-hmm

TH:   like it's done, like it's done in Pakistan

HH:   Um-hmm

TH:   It's what you, that's what make sense to you as to how, as to how it happens.

HH:   Um-hmm

TH:   Alright, umm. Where are we at, we are going to take a little, take a break here for a second.  Umm.

HH:   Can I smoke a cigarette?

TH:   Umm, give us a minute on that, cause we might, we might be just about done here so.

HH:   so any chance to go home or anything?

TH:   Umm, there's

PA:   We'll talk about it in a second,

TH:   We will talk about that one in a second too.

HH:   Sure, what about my Dad?

TH:   That's, that's a difficult question.

HH:   my dad?

TH:   We'll, we'll fill you in on everything here in a minute.

HH:   Is he outside or anything?  I just want to know about

167

Interview of Hamid Hayat, 6/4-5/05

60:50:15

```
                my Dad.  If you can tell me any information on that.

TH:     Umm,

PA:     Your dad's fine, Hamid.

HH:     (UI)

TH:     Your dad is doing good.

HH:     Is he outside or anything, I just want

TH:     No he is not outside right now.

HH:     He went?

TH:     Umm, yeah I'll, and I'll talk to you about that in a
        minute.

HH:     Sure, no problem.

HH:     (UI) (Background noise) T, if you can give me tea or
        something

PA:     We'll try.
```

Door closes.

(Break) 1:41:42-1:47:03

Door opens

(Back ground voices)

```
PA:     Hamid . . . all right Hamid.  Doing a good job.  I'm
        glad

TH:     You're doing a good job you know and and you know I'd,
        I'd love to be able to call it over but you know this
        is, it's not going to end until we, till we get the
        full story out of you.

HH:     Ok

HH:     Ok, what kind of question you have

TH:     Ok, alright yeah, what we're talking about here first
        of all is umm, umm who, who ran the camp that, that you
        went to?

HH:     Ah, like I told you guys Harakat-ul-Ansar

TH:     Alright now, who who you know
```

168

Interview of Hamid Hayat, 6/4-5/05

1

2    60:50:15
     HH:        The in charge?

3    HH:        The name?

4    TH:        The name of who is in charge of the camp.

5    HH:        I'll say Harakat-ul-Ansar is a bosses Maulana Asood
6               Azar something like that.

7    TH:        Yeah there's Maulana Asood Azar which is not what I am
                talking about.  Alright, we're talking about someone
8               who you know very well.  He's very close to you.

9    HH:        That runs the camp.

10   TH:        In your family, yeah.

11   HH:        In my family?

12   TH:        Yeah

13   HH:        Maybe my uncle.

14   TH:        Now, I'm, I'm again I'm cracking that door for you a
                little bit here, you know

15   HH:        Yeah I know, my uncle (UI), maybe it's my uncle.

16   TH:        Maybe, maybe it's your uncle?

17   HH:        Yeah

18   TH:        What is your uncle's name?

19   HH:        Attique, uh, I mean the little one what's it called
20              Anas, maybe him.

21   TH:        Runs, runs the camp?

22   HH:        Yeah, I'll say that maybe, I'm not sure, maybe my
                grandfather.

23   TH:        Maybe?

24   HH:        Yeah.

25   TH:        Maybe your grandfather?

26   HH:        Uh, my grandfather I say 75 or 80%

27   TH:        Wha, Wha, What's your, what's your 75-80% your
28              grandfather?

169

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:        Yeah

TH:        Ok, what, what is your grandfather's name?

HH:        Saeed-ur-Rehman

TH:        Saeed-ur-Rehman, alright, not a hard thing.  Like I,
           we've been down this road you know a couple times and
           it's well known over there you know, you are not
           telling us something we are not getting from multiple
           sources.  Alright?

HH:        Um-hmm

TH:        Umm, but you're not, your're not talking to me straight
           about things that I know you know.

HH:        Like what?

TH:        Alright, Saeed-ur-Rehman, alright, he he runs the camp
           over there alright. Umm, you said 75-80%.

HH:        Yeah

TH:        How, how, you know what's going to make you, you know.
           Well why do you say 75-80%?

HH:        Cause you know, I say that he's the Imam (UI) over
           there he's the Imam and like that

TH:        Um-hmm

HH:        I'll say he's the person

TH:        Alright, now I know you know I know you had, you did
           your training while you were over there, but you know,
           I know you can't play dumb with me.

HH:        No, no

TH:        About everything,

HH:        (UI)

TH:        It's it insults me and it's

HH:        Hurts me and hurts you, yeah I get that, but you know

TH:        You know about the politics over there.

HH:        Yeah, I know about the politics (UI).

TH:        JUI, you know, you know about the major, major figures

170

Interview of Hamid Hayat, 6/4-5/05

60:50:15

there.

HH:      Um-hmm

TH:      You know how, you know about Al Qaida.

HH:      Um-hmm

TH:      Which is, you know has, ties to a lot of important leaders over there.

HH:      Um-hmm

TH:      That are going from top leaders to

HH:      to down.

TH:      to down.

HH:      Yeah

TH:      To some that are here in the United States.  You know, umm, alright and you know their tied to a lot of the training camps over there.

HH:      Um-hmm

TH:      Is it you know, is Al Qaeda tied to this camp that you went to?

HH:      Uh, I'll say, uh you know what's it called, they are.

TH:      They are

HH:      Yeah, you get training and you know we go over there like to Afghanistan

TH:      Umm, again not a big surprise to me

HH:      (nodding his head left to right) no

TH:      and not you know anything I'm don't, not hearing from other people.

HH:      (nodding his head up and down)

TH:      Al Qaeda, Al Qaeda runs

HH:      I'll say they run the camp. (HH nods head up and down)

TH:      Alright,

HH:      Like you know they're like ah you know supporters of

171

Interview of Hamid Hayat, 6/4-5/05

60:50:15

          the camp I'll say

TH:       Ah, alright. They're the supporters, you mean they
          provide instructors, they provide

HH:       Yeah, that's what I'll say

TH:       Alright, alright, now how do you know that?

HH:       I'll say that because sir you know when they get
          training the people go to Afghanistan, they go through
          Al Qaeda to Afghanistan

TH:       When they go to Afghanistan they go through Al Qaeda?

HH:       Yeah, yeah.

TH:       Alright

HH:       They're the ones who gonna, you know take them to
          Afghanistan, I'll say.

TH:       Um-hmm.  Now I know you talk to other people who were
          training with you.  You were there for a long time, six
          months.  You know.  And you talk you talk about Al
          Qaeda

HH:       Um-hmm

TH:       I know you talk more freely over there than you, you're
          going to talk here in the United States, but I want you
          to you know talk like you would talk over there.

HH:       Um-hmm

TH:       You know, because if you show me that cooperation
          things are going to go a lot better for you.

HH:       Yeah, I know that sir but uh

TH:       We are talking about a camp that is much bigger than
          you.

HH:       Uh-huh

TH:       That hundreds of people go, have gone through

HH:       Yeah

TH:       Alright, how do you, you know, who talked about Al
          Qaeda while they were over there?

(Speaking at same time)

172

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2  TH:        Instructors?

3  HH:        Yeah (UI) Instructors (UI)

4  TH:        (UI) Instructors, you said Al Qaeda

5  HH:        Uh huh

6  TH:        You know, I mean it's, it's a badge of honor in a lot
7             of ways, right?  Yeah.

8  HH:        (HH nods)

9  TH:        Umm, so what do the instructors say about Al Qaeda to
             you?

10 HH:        It's like a group and like that you know you guys gonna
11            go over there and work for these guys like that over
             there in Kashmir and Afghanistan.

12 TH:        Um-hmm

13 HH:        like that. That's what they say

14 TH:        Ok, good, good.  Alright, so you know.  Al Qaeda you
15            know certainly their, one of their biggest enemies.  If
             not the biggest, is who?

16 HH:        Al Qaeda's biggest enemy?

17 TH:        Yes

18 HH:        United States

19 TH:        Clearly, clearly

20 HH:        number one

21 TH:        Yes, clearly they want to do damage to us, do damage to
22            the United States.  Whether it is overseas or over
             here.

23 HH:        Anywhere.

24 TH:        Anywhere, anywhere and so a big part of your training
25            there was against the U.S.  I mean we talked about this
             before, we talked,

26 HH:        Um hmm (nodding his head up and down)

27 TH:        so so, but I want you to stay with me on this.  You're
28            reiterating

173

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     alright, T, if you can get me tea (pointing to his
        head)

PA:     you need caffeine, almost, almost done, Hamid

HH:     (UI)

HH:     Yeah

TH:     That's one thing, umm but you know while you are doing
        that it's, it's pictures of, of Bush, you know, who we
        know over there

HH:     uh huh

TH:     is you know not well received not liked, Bush, and you
        know Colin Powell or Rumsfeld.

HH:     Yeah

TH:     They put faces on the, on the, on the dummies

HH:     I get that.

TH:     Do you remember, remember that now?

HH:     Ah, some of them they do put pictures on that, like
        that some of them do have pictures

TH:     Um-hmm

HH:     like your say.

TH:     Yeah, can't have pictures for every dummy but

HH:     Uh-huh

TH:     So, that (UI)

HH:     Uh-hmm

TH:     You do remember that?

HH:     Yes, I do, sir.

TH:     Alright, were there any other pictures?

HH:     No, I don't remember any other pictures

TH:     Umm, alright, so do you know, you know who those people
        are?  You know who, you know obviously President,
        President Bush.

174

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:      Yeah, I know, of course sir I know they (HH nodding
         head)...

HH:      Ok..

TH:      There are certain kinds of targets that you know are,
         are good targets you know if you're going to be worth
         your salt as a Jihadi, a Jihadi fighter, you got to
         know what, you don't go out there.  I'm not gonna to
         believe, accept that you are just gonna go into it you
         know with eyes half shut not knowing anything about
         where you are going or the kind of places that you want
         to attack.  Alright?  Because, you know here you are
         you're at 26, your getting, your (UI) you are at a
         point where you know you deserve to know more and
         you're, you're being trained to be able to act against
         targets.  Umm, you need to know, you need to know about
         those targets.

HH:      Like buildings and I'll say buildings

TH:      What kind of buildings?

HH:      Bigger buildings, you know, buildings

TH:      Ok, financial buildings?  Ah, private buildings?
         Commercial buildings?

HH:      You know commercial, projects and like those kind of
         buildings.  I'll say

TH:      Umm, alright you're not

HH:      Yeah, but I am not sure about the building you guys are
         talking about.  The big ones, I'll say, yeah, you know
         finance, I'll say finance and things like that

TH:      What else, what else did they tell you about?

HH:      (UI) Hospitals maybe?

TH:      Hospitals, did they say hospitals?

HH:      Maybe, I'm not sure.  But you know buildings you know
         they have big buildings like hospitals.  I'll say.

TH:      Um-hmm.  Alright, how did they tell you to attack the
         hospitals or the

HH:      Uh, like I told you, you know, they didn't tell us yet.
         They gonna tell us.

TH:      You trained for six months,

175

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15
2  HH:        yeah

3  TH:        you know, I, I've, I've been to training before, six
4             months is a long time.

5  HH:        Yeah

6  TH:        Yeah, so you get a chance to go into a lot of detail
             about things.

7  HH:        Uh-huh

8  TH:        To understand your enemy and your targets and you know,
9             you, you get to fine tune your plans, so that when
             someone says go, when Shabir gives you the order that
10            comes from above you are ready to go.  You are not
             going to sit there and say well I wasn't ready for
11            this.  You know so they, they, they plant ideas in your
             head.

12 HH:        Uh-huh

13 TH:        and if I'm gonna make an argument for you, who I, I
14            think is not an important part in this.  I think people
             like Shabir and uh, Maulana Adil are more important in
15            this.  But I need you to tell me details about targets,
             what they said you know.  And, this is where I need
16            your memory to come back.

17 HH:        Like I said sir, you know, big buildings, and you know
             like hospitalities and you know finance buildings,
18            banks and what's it called ah, hmm maybe like you know
             uh, stores, stores.

19 TH:        What kind of stores?

20 HH:        Stores, like food stores, anything like that.

21 TH:        With, umm what would be the goal of hitting say a food
22            store or a?  Why would you hit a food store?

23 HH:        Ah, I think so that they just want you know to hurt the
             people.

24 TH:        Just to, just to kill people?

25 HH:        Yeah, show their power to, you know?

26 TH:        Um-hmm, uh-hmm.

27 HH:        (UI)

28 TH:        How, how would you, you know, if, if Ok, if Shabbir

                            176

Interview of Hamid Hayat, 6/4-5/05

60:50:15

said tomorrow you know, you know it's, it's time. They
have given you orders this is what you are here for,
this is what you trained for I want you to go umm here
to this you know Food for Less.

HH:     Um-hmm

TH:     You know, what, what would you do?

HH:     you know, ah, you know, first you would tell them that
go there and look at the place and like that I'll say

TH:     Um-hmm

HH:     (UI) kind of like (UI) like memorizing like you know
the place (UI)

TH:     Um-hmm

HH:     like that and how you would attack it like that.  And
like that that's what I'll say

TH:     Looking at the building plan,

HH:     Yeah, yeah that's, that's what I'll say

TH:     the doors, and the uh

HH:     (Nodding head yes)

TH:     Ok, umm, who would you get with.

HH:     What do you mean I (UI)?

TH:     Who would you, who would you join with and who would
Shabbir team you up with?  Cause, you don't take on a
big building all by yourself.

HH:     (UI) I don't know, maybe say two guys the Lodi gang one
of those maybe them.

TH:     Ok, how about would, would Shabir give you the guns?
If ahh, ahh

HH:     The guns, ah the guns.  I can't say nothing about the
guns.

TH:     Ok.

HH:     Umm, he is the one who is gonna give us orders, so I'll
say he is the one who's gonna give us the guns.  That
I'll say

177

Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH:     Where, where are the guns?  Has he told you about the
        guns yet?

HH:     No he didn't tell me nothing about the weapons or
        anything like that.

TH:     When, when are you going to train?  When would you,
        when would you train with the weapons?

HH:     When I got trained?

TH:     When, when would you train with weapons here?

HH:     Over here? Where would I train?

TH:     Over here, over here

HH:     I haven't got trained over here.

TH:     No, if if you wanted to you, you know, you shot over
        there, you trained, learned how to use them over here.

HH:     Uh-huh

TH:     You know, in order to be (UI) good.

HH:     Over here, you know like in a safe place you're trying
        to say like that

TH:     Yeah, yeah

HH:     I think they show us a place, and I don't know where,
        maybe I think so in an Islamic Center outside,
        somewhere or behind there, over there

TH:     Um-hmm

HH:     I don't know

TH:     What do you, ok, umm if Shabbir came to you, would he
        also go to someone, some other people in your
        community?  Umm, and I don't want to, you know, I can I
        can show you the tape.

HH:     Hm-hmm

TH:     I, I don't want to keep you know making this and giving
        you, Umm, I'll, I'll say this, I'm trying to give you a
        good chance to, to just talk to me.

HH:     Um-hmm

TH:     to let me know everything.  Would, would (clears

178

Interview of Hamid Hayat, 6/4-5/05

60:50:15

throat) I wanted you to I wanted you to say this, I
wanted you to give me this name, but Abdul Rashid.

HH:    From where?  From here?

TH:    From Lodi

HH:    Lodi

TH:    Yeah

HH:    I know him.

TH:    Yeah, what do you know about him?

HH:    Ah, he he's a what's it called, a Hafiz, a Holy Quran
mem ...

TH:    He memorized the Quran?

HH:    Yeah, that's I don't know, all I know about him.

TH:    Do you know about him going to a training camp?

HH:    No, I don't know anything about that.

HH:    Ah, with me? Or without me? You trying to say?

PA:    Anytime, Hamid, anytime

HH:    Ah, I can't say.

TH:    It's, it's a yes no question.

HH:    Well I don't, I think ah you know like ah what you guys
try to say like he went to the training camp or not.

TH:    We, we know he did.

HH:    He did.

TH:    We know he did.

HH:    Yeah.

TH:    And so you, you

HH:    (UI) in my opinion you trying to say like ah

TH:    I want to know what you know about him because he's
someone that Shabbir would likely call as well you
know.

179

Interview of Hamid Hayat, 6/4-5/05

1

60:50:15

2      HH:        Oh yeah.

3      TH:        Yeah, he needs you, he needs Abdul Rashid he needs, dig
4                 out the, he needs Mohammad Khan

5      HH:        Mohammad Khan?

6      TH:        Do you know him?  Also Pakistani.

7      HH:        No, maybe I know him better I know him for a long time

8      TH:        He, he lives in Lodi,

9      TH:        He goes, he goes to your Mosque, he goes to your
                  Masjid.

10     HH:        Abdul Rashid I say yeah, cause you know the way his
11                face looks and everything to me, I say yes to Abdul
                  Rashid, I say yes, but Mohammad Khan like you are
12                trying to say, I like you know I came back after like,
                  you know, ah, ah two years, so I have to see the face
13                again find out.

14     TH:        And these, and these, these are people who have trained
                  like you.

15     HH:        (Nods head yes)

16     TH:        Who, who have been over there, and there are many, you
17                know Khalid Kahn

18     HH:        Kahn, Kahn,

19     TH:        Khalid Kahn

20     HH:        He lives in Stockton?

21     TH:        He may live in Stockton, Lodi area though.

22     HH:        Ahh . . .I'll say

23     TH:        You know about him?

24     HH:        Khalid Kahn?

25     TH:        Khalid Kahn.

26     HH:        Ah, is he young (UI)

27     TH:        (UI)

28     HH:        (UI) get trained, he got trained?

180

Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH:   You tell me, I'm, I'm giving you a chance here.

HH:   Oh, you give me a chance (UI)

TH:   I'm giving you a chance to tell me

HH:   I'll say yes, I'll say yes he trained

TH:   He trained, alright.  Did he train at the same camp as you? Or different

HH:   (UI) I have no idea about that

TH:   How do you know he trained?

HH:   Because ah you know the way he's like uh, looking to me like and the way he looked, the way he looks and you know like that I'll say he got trained.

TH:   Where did he train?

HH:   He got trained?

TH:   Um-hmm

HH:   In Pakistan I'll say.

TH:   Ok, how do you know he got trained in Pakistan?

HH:   Cause he you know like I was saying uh,

TH:   Cause it is more than a look, a look

HH:   Cause you know ah he's ah what's it called, like he was here for a long time in Pakistan before he came over here you know I'll say he did go.

TH:   Did he ever talk about it to you?

HH:   No, he didn't talk about training with me anything like that

TH:   He's never, none of these people I'm talking about ever talk to you about training.

HH:   Nope

TH:   Never, never mentioned it?

HH:   Never mentioned it these guys

TH:   Were any of them over there at the same time as you?

181

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:      Nope

TH:      Abdul Rashid?   Khalid Khan?   Khalid

HH:      No

TH:      And you are saying, you believe they

HH:      Trained

TH:      They trained, but what do you know specifically about
         their training?  Do you know, alright, let me put it
         this way.  Do they talk to Shabbir?

HH:      Ahh, I'll say Shabbir ah what's it called, Rashid does
         and Khan doesn't come that often

TH:      Um-hmm

HH:      (UI) So Rashid does, I'll say

TH:      Do you think, what do you think the relationship is
         between Rashid and Shabbir?

HH:      No, no relationship, just you know talking you know
         that's it

TH:      Ok, umm.  Alright, you know, again I got many doors
         trying to open for you here,

HH:      Um-hmm

TH:      you know,

HH:      Go ahead,

TH:      Umm

PA:      Hamid, we keep asking you these questions and, and
         you're not giving us the answers, you are taking I mean
         why, why aren't you being truthful here?

HH:      I don't get that, like the questions you guys are
         asking again, you know.  What question, you ask me
         again, I try my best you know.

TH:      You aren't the first person in the world to go to a
         training camp.

HH:      Yeah I know that.

TH:      And, you are definitely not the first person in Lodi to
         go.

182

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:        Um-hmm

TH:        You know, and you are sitting here telling me you that
           you don't know about any other people who went to
           training camps.  That's, that's very hard for me to
           believe.

HH:        You know like you told me those guys right now

TH:        Uh-huh

HH:        I'll say these guys went but what after you guys are
           trying to say to me like who else went to training
           camp, that's what you saying, you know I can't say
           100%.  But I have a lot of, you know, names in my mind.

PA:        Pick one, you are a smart man, Hamid.

HH:        (UI) So you want me to give you the names, I can give
           you the names, but uh you know I am not 100%.

TH:        Uh-huh

HH:        I'm not 100% about that.

TH:        Well let me, you tell me the names and I'll say, I'll
           tell you if they, if that sounds good to me.

HH:        Attique Ur Rehman

TH:        Attique Ur Rehman

HH:        Yeah

TH:        Is he in Lodi?

HH:        Yeah

TH:        Do you know where he lives?

HH:        No

TH:        What street?

HH:        (UI)

TH:        Who else are you thinking about?  Which, which camp,
           what are you, we are talking about so we are clear, Al
           Qaeda camps, right?

HH:        Yeah

TH:        Al Qaeda camps, Al Qaeda training camps.

183

## Interview of Hamid Hayat, 6/4-5/05

60:50:15
| | |
|---|---|
| HH: | Yeah |
| TH: | Jihad |
| HH: | No difference between Harakat Ul Ansar in the camps (UI) |
| TH: | All the same |
| HH: | Second person would be I'll say is uh what's it called, Jaber, Jaber |
| TH: | Jaber, Jabed |
| HH: | Jaber, ber, there's an `r', `re' something like that |
| TH: | So it's J, J Jabed, Jabid? |
| HH: | Jaber |
| TH: | Jaber |
| HH: | That's what we call him. |
| TH: | First name or? |
| HH: | First name. |
| TH: | (Clears throat) Where is he?  Is he down in Lodi also? |
| HH: | No he's back in Pakistan I think sir |
| TH: | He's in Pakistan right now? |
| HH: | Yes |
| PA: | How old is Jaber, how old do you think he is? |
| HH: | Maybe eighteen. |
| PA: | Ok, Eighteen, what about |
| HH: | Attique? Attique, he's older than you know he's older like thirties. |
| TH: | He's thirty? |
| HH: | Yeah |
| TH: | How long ago would he have gone to a camp? |
| HH: | This guy? |

184

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

TH:        Attique Ur Rehman

HH:        Ah, he went to thing is Saudia, Saudi Arabia before his
           wedding, he's working over there.

TH:        He's working in Saudi?

HH:        Yeah, he was, he was, now he is over here.

TH:        Um-hmm

HH:        And you know, ah you guys are trying to say that how
           long that ah like you know he went to training camp,
           how many years ago?

TH:        Um-hmm

HH:        I'm not sure, but you know I say before his wedding um,
           two years before his wedding, two three years.

PA:        Two years before his wedding?

HH:        Yeah, Can you turn off the air conditioning.

PA:        When, when did he

TH:        (TH/PA look back toward the door) I don't think .. I
           think it's off

HH:        It's kinda hot in here.

TH:        Do you need some water or something?

HH:        No, nothing

TH:        Umm, alright, not to, not too much longer, we're just
           trying to get, alright

PA:        You, you said two years before his wedding.

HH:        Yeah, before he came over here I'll say like that.

PA:        When was his wedding?

HH:        I think so it was in 1998.

PA:        Ok, and that was Jaber

HH:        No, Attique.

PA:        Attique

HH:        Yeah

185

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2  PA:    So 19, somewhere in 96 he went to a camp

3
   HH:    It was 1996, I mean 1997, 98 like that and about Jaber
4         you know I'll say that about what's it called he went
          like uh two years ago from today (UI)

5  PA:    To the same camp you went to?

6  HH:    I'm not sure but ah I'll say he went to a camp

7  TH:    Alright, so both do you know where Attique Ur Rehman,
          which camp he went to?
8

9  HH:    No, I don't know about that sir.  But I'll say that he
          went to a camp.

10 TH:    Do you talk, do you talk to them about, about going to
          camps?
11

12 HH:    Ah, about Attique Rehman I haven't met him when I came
          over here.

13 TH:    You haven't met him.

14 HH:    No

15 TH:    How about Jaber?

16 HH:    Jaber is over there in Pakistan

17 TH:    Ok, did you see him while you were over there?

18 HH:    Yeah, I met him like you know, when I was, uh, went to
          over there
19

20 TH:    Um-hm

21 HH:    He gave dinner for me

22 TH:    Ok

23 HH:    you're going somewhere do dinner for me.

24 TH:    Does he live, does he live in

25 HH:    Behboodi?

26 TH:    Behboodi, he lives in Behboodi also?

27 HH:    Yeah

28 TH:    Ok, umm. So you talked about going to a camp about two
          years ago?

186

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | |
|---|---|
| HH: | With them? |
| TH: | Yeah |
| HH: | Talking with these guys? |
| PA: | Did he talk to you? |
| TH: | Did Jaber talk to |
| HH: | No, they didn't talk to me about going to camps or anything.  But you know I'm sure they went to the camp. |
| TH: | Um-hmm |
| HH: | I'm sure |
| TH: | Why are you sure? |
| HH: | Cause ah they ah memorize the Holy Quran and like that and you know |
| TH: | Not everyone who's Hafiz went to a camp |
| HH: | Not all of them are Hafiz, but I'll say these guys were cause you know my you know (UI) these guys |
| TH: | Um-hmm, ok.  Umm, alright, who else? |
| HH: | I have no one in mind right now. |
| TH: | You have no |
| HH: | No one |
| TH: | No one in mind right now? |
| HH: | No |
| PA: | You don't remember anybody else? |
| HH: | Right now at this time I don't.  If I get some more I tell you guys |
| TH: | I mean there's more people in your head? |
| HH: | Yeah, (UI) some more people |
| TH: | People outside of Lodi? |
| HH: | Ah, maybe some from outside Lodi.  I'm not sure |
| TH: | What other states? |

187

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | |
|---|---|
| HH: | Not from the states, I'll say Stockton, Lodi. |
| TH: | Stockton, Lodi |
| HH: | Yeah, I'll say |
| TH: | No, nobody in other |
| HH: | States |
| TH: | Cities like Los Angeles or San Francisco? |
| HH: | San Francisco, I have no idea.  Los Angeles no |
| TH: | You don't know anybody in these different cities. |
| HH: | No, like uh you know we know only one person Qazi Fazullah maybe you guys heard about him, he's an Imam in Los Angeles. |
| TH: | Qazi Fazullah |
| HH: | Yeah |
| TH: | Umm, what have you heard about Qazi Fazullah? |
| HH: | Umm, he is an Imam, big Imam over there like you know big Mosque over there, that's right. |
| PA: | That's it? |
| HH: | That's it. |
| PA: | What else have you heard? |
| HH: | About this guy? |
| PA: | Yes. |
| HH: | Nothing else.  Like, you know, he's a good like a |
| PA: | Who-who, who was telling you this? |
| HH: | Uh, he came to Lodi and you know I asked em you know who's this guy from Los Angeles. |
| TH: | Um hmm. |
| HH: | He's like a big person, like a big Imam, like that. |
| TH: | Connected, Pakistani? |
| HH: | Yes. |

188

Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH: And he, has he been to a training camp over there?

HH: Uh.

TH: Has he talked about that? Has uh, has uh.

HH: He's very older than me and he's way older than me, what can I say about him.

TH: Uh let's-let's go back for a second to Shabbir-Shabbir went to a camp

HH: Um hmm.

TH: right? He went to the same camp as you?

HH: No, I don't think so he went to the same camp as me. But he went for a camp for sure, I can tell you that.

TH: Um, he uh why can't tell, tell why can you say for sure?

HH: For sure?

TH: Um hmm.

HH: Because this guy went over there, he went over there. Because when he was over there he went over there, that's what I heard.

TH: Um hmm. From who?

HH: From a lot of people.

TH: Name-name one.

HH: Um, you know like in Pindhi.

TH: Name one here, in the United States.

HH: In United States. I heard from someone. Uh, from the United States uh I heard from like uh what's it called, some uh guys outside standing by mosque, they telling, you know, they have problem with him, with Shabbir.

TH: Hmm.

HH: You know community problem.

TH: Right.

HH: And, you know, uh I'll say Jummah Khan, that name, Jummah.

189

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1
2   TH:        Jummah Khan

3   HH:        Yeah, Khan.

4   TH:        Khan.

5   HH:        Yeah, he was talking about Shabbir.

6   TH:        He talked about Shabbir going to a camp?

7   HH:        Um hmm.

8   TH:        Um, Jummah Khan?

9   HH:        Um hmm.

10  TH:        (UI)

11  HH:        Uh huh.

12  TH:        When did he say Shabbir went to a camp?

13  HH:        What did he say when he went to a camp?

14  TH:        When did he say that, when did Shabbir go the camp

15  HH:        Well you know.

16  TH:        according to Jummah?

17  HH:        Actually uh what's it called, my uncle Naseem Khan his
18             name is he met and he came to meet me like come back
               from Pakistan.  And you know they were talking that,
19             you know this is the problem in the community that
               Jummah Khan doesn't like this guy and like that and
20             like that he's complaining against them.  He doesn't
               want this Imam like that and like that and he said
21             that.  My uncle said that Naseem Khan said that, like
               he said that and Muhad said that, uh what's it called,
22             he went to a training camp.  And I believe in that he
               went to a training camp.

23  TH:        Ok, we lost you for a second.  You said you you believe
24             that he did go to a training camp?

25  HH:        Uh, Shabbir, yeah

26  TH:        Yeah, Because you believed Jummah?

27  HH:        Jummah Khan, yeah.

28  TH:        You believe that he, you trust him.

                              190

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     Yeah, I don't, I mean I don't trust him like, you know,
        I don't believe him, like he was talking with someone.

TH:     Um hmm.

HH:     My uncle tell me and I said you know could be Attique..

TH:     Ok, um...What camp did Maulana Adil go to?

HH:     I don't know about that, sir.

TH:     Hmm.

HH:     I don't know about that, which camp that he went to.

TH:     Did did, do you know about any fighting he's done?

HH:     Fighting?

TH:     Fighting, other jihads.

HH:     No.

TH:     Um, jihads, he's an older guy, he's an older guy.

HH:     Yeah.

TH:     So, and uh, he's old enough to have fought Afghan,
        Afghan-Soviet.

HH:     Fight, like maybe...

TH:     Do you hear stories about that?  About him fighting
        Afghan-Soviet?

HH:     Um Maulana Adil?

TH:     Cause I-I know you go to the camps and you hear these
        stories.

HH:     Yeah, uh you talking about like Maulana Adil went to
        the ..uh..Afghan-Soviet Union war, that's what you're
        trying to say.

TH:     Ahh, that's-that's what I'm trying to...

HH:     I'm telling you, uh like trying to get out of me like
        you know it's trying.

TH:     I want you, I just want you to talk about that.

HH:     Yeah, yeah, and uh, you know, I say that yeah he's an
        older guy, he has experience and that..hmm..hmm...

191

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2  TH:    Ok.  Um, it, what do you know about him going to um
       fight in the Afghan-Soviet war?
3

4  HH:    What do I know about it?

5  TH:    What do you know about that?

6  HH:    Um, you know, that's only in my mind right now.  He was
       telling me that he was, because he's an older guy, you
7       know, he has more experience, that's it...

8  TH:    uh hum, let's confirm we're talking about the right,

9  (Special Agent Timothy Harrison shows picture of Muhammad Adil
   Khan to Hamid Hayat)

10 HH:    (nodding head up and down) yes that's him, that's him

11 TH:    the same person, alright

12 TH:    Um, all right, because he's more experienced, he

13 HH:    Yeah.

14 TH:    He, probably did these things.

15 HH:    Um hmm.

16 TH:    What-what stories have you heard about what he's done?

17 HH:    Uh, about like uh Jihad?

18 TH:    Yeah, about Jihad.

19 HH:    I don't even know stories about Jihad he done.  Like
       I'm saying, he did, he probably did and I'm sure about
20      that.  I'll say he did it.

21 TH:    Um, I'm sure while you were over there, you were
       hearing, as I was starting to say, you were hearing
22      these grand stories about people fighting in Jihad

23 HH:    Hmm, hmmm...

24 TH:    You know is it, that-that true?

25 HH:    People fighting in Jihad?

26 TH:    Fighting Jihad in Afghanistan or-or in Iraq or?

27 HH:    Yeah, it comes in the newspaper like that, you know.

28 TH:    Any truth in, you know, to motivate you I'm sure they

                              192

**Interview of Hamid Hayat, 6/4-5/05**

60:50:15

    told you, told you speeches about, you know...

HH:    (UI).

TH:    Lots of fights, about the big battles.

HH:    Like read the newspaper watch that, like that. No, they didn't say to us nothing like that,

TH:    Um hmm

HH:    Never

TH:    What-what kind of people visited your camp? Um while you were there

HH:    They were like Maulana people like beards and you know hats, like that...

TH:    Like that, which-which, from which Madrassahs?

HH:    Uh, I don't know about the Madrassahs but um I'll say that you know, they like ..uh..speaking uh Punjabi.

TH:    Punjabi?

HH:    Yeah.

TH:    Did-did they speak to you? they, they

HH:    No, they didn't speak to us.

TH:    Um hmm.

HH:    They speaking to those guys in charge over there.

TH:    Hmm.

HH:    Yeah.

TH:    They-they didn't, did they make speeches to the.

HH:    No, they didn't make no speeches. They mentioned like this and like that these camps and you know these guys going to go to like that that's what I heard over there..

TH:    Um..hm.. Ok. What-what kind of speakers do you listen to? You must have motivational tapes, you know, speeches, Islamic speeches, prayers, that help to motivate you.

HH:    Um, what's that supposed to mean.

193

Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH:     To help to inspire you, to um, you know, good Jihadi, um.

HH:     Like cassettes and them.

TH:     Cassettes, CD's?

HH:     No, I only (UI) maybe heard about Maulana Tariq Jamil, Tariq Jamil, the, he's the Tabligh Jamaat guy.

TH:     Tabligh Jamaat?

HH:     Yeah, I listen to that cassette

TH:     Tariq Jamil?

HH:     Yeah.

TH:     Um, so I want to give you another shot at describing this camp, this place where you stayed.

HH:     Uh huh

TH:     All right? Tell-tell me what it was like, what kind of building, how tall.

HH:     Like I said sir, it's tall,

TH:     uh huh

HH:     tall, tall building (HH raises hand)

TH:     How-how many floors?

HH:     I think there was like two floors, maybe two or three floors.

TH:     Two-three floors?

HH:     Yeah.

TH:     Ok.

HH:     That's what I think.

TH:     And where did you train in that building?

HH:     Uh, you know, sometime down, sometimes up.

TH:     Sometimes down, sometimes up?

HH:     Yeah.

194

Interview of Hamid Hayat, 6/4-5/05

60:50:15
TH:     Um, down, what do you mean down?

HH:     I mean on the first floor and second floor.

TH:     Um hmm.  The first floor, you mean basement, below
        ground?

HH:     No, it's like that.

TH:     Um hmm.

HH:     First floor this the second the third. (HH gestures
        with hand to indicate levels)

PA:     How big was the building Hamid?  I mean, I mean you
        know you've seen the outside of this building, right.

HH:     Right.

PA:     Was it bigger than this building, was it smaller?

HH:     You know, I don't think it was larger than this
        building.  But, I'll say one room, make a half of other
        room like this with this room.

TH:     Um hmm.

HH:     Three big rooms like that.  that's it.

TH:     That's-that's not, how-how, is it half as big as this
        building or?

HH:     About half.

TH:     About half?  And you're kind of, you're-you're saying
        yes.  I feel like you're saying yes.

HH:     Yes, half.  I mean like make this room, and half uh
        room like this more with this room, half more.  Ok, you
        guys get what I'm trying to say.  This is one room.
        You guys take out the wall and put half this room, more
        in this room.

TH:     That's one room

PA:     One and a half more

TH:     One room, in this, in this big building with two
        floors.

HH:     Yeah, like that.

TH:     All right.  How many students were there with you

195

Interview of Hamid Hayat, 6/4-5/05

60:50:15

training.

HH:   Uh, I think so, over like uh 200 something.

TH:   Over 200 at a time, and you're, and they all stayed there in that building?

HH:   Yeah, different places.

TH:   Um.

HH:   (UI)

TH:   They sleep there every night?

HH:   Yes.

TH:   All right.  Yeah, so, describe, did you sleep on the second floor, first floor?

HH:   Sometime, you know, second floor, third floor.

TH:   Um hmm.  So there's a third floor.

HH:   Uh three floors I say.

TH:   Three floors, all right.  And is there a basement?

HH:   No, there was no basement for us.

TH:   Where did you shoot in the building?

HH:   Outside.  Used to go outside.  Sometime you know they- they tell us to shoot inside, shoot inside.

TH:   Um hmm.

HH:   Actually, we go outside.

TH:   Um hmm.  All right, um.  You said 200 people.

HH:   Yeah, over 200.

TH:   With you at a time.  Um, where-where was this building?

HH:   Where was it?  You mean which city or which state?  Uh, you know, this one would be in Kashmir.  It's called you know the Kashmir by Pakistan.

TH:   I-I know where Kashmir is.

HH:   Over there.

196

### Interview of Hamid Hayat, 6/4-5/05

60:50:15

TH: Now, it's not.  Again, you're all over the map here. You know.  And, you're not helping yourself by-by doing that, you know.

HH: So Afghanistan.

TH: One-one minute you're saying northwest frontier, next minute you're saying Kashmir.

HH: Yeah, I mean you're saying that.

HH: So you're saying where this building was, which city was it.

TH: Yes, yeah.

HH: I'll say Balakot, that's the first thing I'll say uh in NWFP that's what I'll say.

TH: This is the place where you were, where you trained, were there for six months.

HH: Um hmm.

TH: And it's not that you will say, you know where it is. You know where the building is.

HH: Yeah.

TH: You don't have to use that kind of language.  You know where it is.  Tell me where was it.

HH: Balakot, N-W-F-P

TH: In N-W-F-P

HH: Uh huh.

TH: Balakot.  How far from Islamabad was it?

HH: Uh you know it takes like uh say like uh by bus you know it's like uh mountains so it take like six hours, seven hours.  Yeah, I'll say.

TH: Coming over the hills north of Islamabad?

HH: Yea.  No, from Islamabad it's you know it take two hours of uh what's it called road and you have to go on the side of N-W-F-P.

TH: Uh again I'm trying to give you uh, I want you to be honest here.

197

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:        Uh hum.

HH:        So uh you know, going like from Islamabad to uh what's
           it called down to N-W-F-P that's what I'm trying to
           say, and you know there's a way it goes up to the
           mountains that it goes, it doesn't, when you go, it
           doesn't start the mountains you have to go more forward
           and then the mountains starts.

TH:        Now, I don't feel like you're being, you're telling,
           you're telling me where where this place is.  I feel
           like you're,

HH:        It's in like I showed you on the map, sir Manshera
           (phonetic).. maybe it's over there.

TH:        You're give, you're throwing a lot of maybes and I
           think well maybe it it should be here or it's you know
           I'm not, you're not giving me confidence that you're
           that you're being straight with me, that you're being
           honest with me.

HH:        I'll say it's in what's it called uh uh the final
           question... what's it called uh Kashmir that's what
           I'll say, Kashmir or like you trying to say that uh
           sure you got the wrong, wrong place so you guys try to
           say so.

TH:        I want you to say the truth.  I want you to, you know
           where it is and I just want you to, to say where that
           is.

HH:        I'll say,

TH:        It it's way over there in Pakistan.

HH:        Uh huh.

TH:        You know.  Where we have very little power.

HH:        Uh huh.

TH:        Alright.  You know and this training camp has been
           going on for a long time .. the government knows about
           the training camp, ISI knows about the training camp,
           Musharraf probably knows about the training camp, it's
           it's well known you know and I feel you, I feel you
           thinking alright I'm not gonna give this up, I'm not
           gonna tell him exactly where this is, this isn't,

HH:        Noooo like ah kind of sleepy and everything I'll tell
           you ah... you guys say like where is it, not that much
           power the Pakistan camp like you know do much things

198

**Interview of Hamid Hayat, 6/4-5/05**

1

2  60:50:15
          over there like that's what you're trying to say.

3  PA:    Where's the camp Hamid?

4  HH:    That's what I'm trying to say to you guys the camp will
          be in (UI) Tora Bora something or Dohum (phonetic)....
5          Dohum (phonetic) is like the

6  TH:    Near Afghanistan, Tora Bora are you talking about?

7  HH:    Near the border I'll say over there someplace... that's
          the only thing I can say sir.  That's what I'm trying
8          to say.

9  TH:    I, I know,

10  HH:   That's the only question I have.

11  TH:   You think, you think they're doing something and and uh
          I'm not, I'm not sure you're getting it
12

13  HH:   Um hum.

14  TH:   Very clearly, type of building.  Yea, you went from you
          know mud huts and out in the field to three story
15          building, half the size of this, where you're doing
          shooting inside some shooting outside you you've come a
16          long way, you've done a good job of coming a long way
          from where you were and you know you started up north
17          of Islamabad

18  HH:   Uh hum.

19  TH:   Trying to go to Kashmir

20  HH:   Uh hum.

21  TH:   Trying to go west, over to the border

22  HH:   Uh hum.

23  TH:   But, again, you were there for six months

24  HH:   Uh hum.

25  TH:   You knew very well you were going there

26  HH:   Um hum.

27  TH:   And they were gonna train ya

28  HH:   Um hum.

. 199

Interview of Hamid Hayat, 6/4-5/05

60:50:15
TH:     You were in Pakistan, well over six months.

HH:     Um hum.

TH:     It's, you're not, you're not riding around with your
        eyes closed and your ears blocked

HH:     Um hum.

TH:     And you know, your head in the sand.

HH:     Yeah.

TH:     You know, you're a bright kid. You're a bright person
        who's gonna insult me again by by telling me that I
        don't know where I was, maybe it was over here maybe it
        was over there.

HH:     Uh that's like I tell you

TH:     This is, this is you know this is the one thing I'm
        trying to to speak uh a couple of points, you you've
        done well by telling me a few things that I wanted to
        get to the bottom of here we cleared up a lot of stuff,
        this is it's looking like the last thing that I just
        want to get straight you know.

HH:     Uh hum.

TH:     You know if if I leave here and I feel like alright
        they started off working with me but I, I went to this
        this question and for whatever reason they they they
        stopped talkin' he didn't want to talk about that. You
        know and that you know doesn't tell me that you're
        cooperating you know. You you're again I've got one
        who is and one who you know only wants to go part of
        the way and if I get you both to the same place I can
        help you out both equally, that's what I'm trying to
        say. Do you understand that?

HH:     Yea (UI).

TH:     Alright. I want, I want to help both of you because I
        said from the beginning that you're both at the at the
        bottom, you're at the receiving end of this, there are
        Maulana above you, who are pushing buttons people like
        Maulana Adil who are saying things and doing things but
        never having to answer for them, you know, you, you're
        sitting here, sweating and you know in an office here
        on a Saturday night and it's, you know, I want to give
        you a chance to cooperate.

HH:     (UI) trying to say that ah where was the camp was

. 200

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2          that's what you're trying to ask me

3   TH:    That's all I'm asking you, where was the camp?

4   HH:    Where, what city and which place was the camp at

5   TH:    City and place.

6   HH:    City and place.  The final thing I'll say was in uh
7          Afghanistan

8   TH:    Now, now, you're in Afghanistan

9   TH:    We're not playing a game here.

10  HH:    No were not playing a game, I know that, I know that
           sir, but you know like ah, you know forgot a lot of
11         things about you know the camp and everything you know
           like, like

12  TH:    Hamid, Hamid you were there for six months.

13  HH:    Yeah of course I was there for six months sir, but you
           know, my mind you know, I'm kinda tired right now and
14         that's why you know

15  TH:    I, I, yeah, you know, I can understand you forget what
           you had for dinner last night, you know, but forgetting
16         where you spent six months you know training for jihad,
           where you got, you know your head was filled with all
17         of these things, you saw Maulanas speaking Pashto you
           know you uhm, maybe it was Punjab, maybe I got that
18         wrong, uhm

19  HH:    Ah, Punjab

20  TH:    Punjab.  You had a you know its it took a while but you
           talked about them putting faces on targets and firing
21         in the house, and 200 students there,

22  HH:    uh huh

23  TH:    and, you know.  You talked about you know sent, being
           sent over here, you know
24

25  HH:    (UI)

26  TH:    to do jihad against America.

27  TH:    There's, there are a lot of camps that are up and
           running, you know it I know it.

28  HH:    Huh, huh.

Interview of Hamid Hayat, 6/4-5/05

| | |
|---|---|
| 1 | |
| 2 | 60:50:15 |
| | TH: UM, Pakistani government's aware of it, you know. There's not, you know, again we don't have a whole lot of power there. |
| 3 | |
| 4 | HH: Uh huh, I get that what you trying to say |
| 5 | TH: But, so what I'm asking is not that difficult a question for you, all right. But it shows me that that you're cooperating, that you're telling me a full story, you know. It's answering those questions who, you talked a little about the who with you know with Shabbir, Maulana Adil, (HH nodding) you know, what, you did training for jihad against America, got sent here, you're awaiting orders that'll come through Shabbir and Maulana Adil uhm, you're you're on standby if you. |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | HH: (UI) |
| 11 | TH: You know what I mean. If you've heard that before. |
| 12 | HH: Right |
| 13 | TH: Um, so we know the why, we know how, you know, talked a little bit about about kinds of targets, I'm just asking the where, you know, where for targets. |
| 14 | |
| 15 | HH: (UI) |
| 16 | TH: I didn't didn't get a real clear answer, but I'm gonna let it go with all right, there gonna tell you exactly where, you know, down the road. All right. Uhm, but you got to meet me half way here, you got to meet me at this point, all right. |
| 17 | |
| 18 | |
| 19 | HH: uh, hum |
| 20 | TH: And this point is just where was that camp that you went to, not going to talk about the four other camps that we were talking about, I'm just talking about one, where you spent six months and it's jumping, the camp can't, can't jump from Afghanistan to Kashmir to Northwest Frontier |
| 21 | |
| 22 | |
| 23 | |
| 24 | HH: That you know, uh, I'll say you know what's it called this camp will be final question for mine is you know N-W-F-P, you know Peshawar, that's the area I'll say, that's where the camp was. I'll say sir. Cause I remember that pretty good, that's what I'll say. If you guys can give me more time to think about it, you know, I clear my mind |
| 25 | |
| 26 | |
| 27 | |
| 28 | TH: You're gonna get a couple of minutes and that's about it. |

202

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:     I need to go to smoke and you know just walk around
        smoking I'll lose my sleepness so I won't go to sleep,
        you know.  You guys

PA:     Think about where it was, and think about what it
        looked like.

HH:     Ah, it looked like a field, like ah

PA:     We'll, we'll give you some time to think about it.

HH:     Ok.  If you guys don't mind please

TH:     No, you can, ahh, yeah, we'll let you do that, alright

PA:     smoke

TH:     Ok, I'll meet you, I'll meet you half way, all right.

HH:     what's that mean half way? you want me to cooperate

TH:     Cooperate

HH:     Cooperate, yeah I get that sir

TH:     Yeah, you got to give me something in order for me to
        go help you

HH:     Ok

TH:     You know, to tell my bosses that you're cooperating,
        that you're working with us.  You know you're in a bad
        situation, you know but it could be a lot worse, and
        there's a lot we can do to help you.  But you got to
        help us, you gotta work with us. (HH nodding) All
        right.

HH:     Uh, hum.

TH:     So what I'm asking is pretty small, but it's showing me
        that that you're working with us, all right.  So try to
        put it in perspective, try to understand how it all
        fits, all right.  All right.

HH:     I only got one cigarette, so you know

TH:     You only have one left, alright, so that shouldn't take
        long

HH:     I guess

TH:     Um, be back ..

203

Interview of Hamid Hayat, 6/4-5/05

60:50:15
End of Video Tape 3 of 4

Beginning of Video Tape 4 of 4
(2:42:04)

TH:        Alright

TH:        Grab that smoke here in one second.  How you doing?
           You holding up alright?

HH:        Ok.  (UI)

TH:        We'll get you outside.  We'll get you, we'll get you a
           smoke.  Um.  Alright.  Here's, here, here's where I am.
           You know.  Ah, we're at, you know, at, at, at a
           turning point here.  At a climax here, in the night,
           alright.  Um. You don't want to tell me where, where
           the training camp is.

HH:        (UI)

TH:        You're not cooperating on that.  You know.  And I think
           that's clear.  I'm not gonna, we're not gonna debate
           (HH shaking head) that. Because..

HH:        No problem

TH:        You, you tell me Kashmir.  You tell me Afghanistan.
           Northwestern Frontier..

HH:        I'm kind of sleepy right now.

TH:        Blame it on whatever you want to blame it on.  But,
           you're jumping around.  So.  I,  I got to tell my
           bosses that you're not, you know, you, you,

HH:        (UI)

TH:        You've been very cooperative up, except for this thing
           and yeah, a lot of things are going well, but he's,
           you, you won't talk about this, and

HH:        Like I tell you guys, you know, my final answer would
           be like two places.  I don't remember that good.

TH:        Um, hum.

HH:        One would be like, you know.  That, ah, camp I told,
           Kashmir, one, would be like ah, you know near the
           Afghani border. The only two places I can tell you.

TH:        All right, well here's..

.204

Interview of Hamid Hayat, 6/4-5/05

60:50:15
HH:     Or maybe, maybe in our, you know, ahh, the village, in our village, ahh (UI), you know, like ahh near the village or something.

TH:     Um hmm.

HH:     so.

TH:     What's going to end up happening tonight, is we're going to end up arresting you.

HH:     Ok.

TH:     Because you're not, you're not telling me...

HH:     Ok.

TH:     The last thing I need to hear.

HH:     Sure.

TH:     Alright.  And I'm trying satisfy other people here, you know, and make this all...

HH:     Yeah.

TH:     ...this picture, this whole picture, um, make, make sense. (HH nodding) And, and I want to feel like everybody is ...

HH:     Is satisfied..

TH:     is satisfied, (HH nodding) and is on the same...

HH:     So I come back here tomorrow? again.

TH:     No, no.  You're not leaving here tonight, no.

HH:     No, I mean ah, tomorrow.  I'm going to be here tonight. Staying here?  In the building?

TH:     No. no you're going to go, you're going to go to jail.

PA:     Hamid you're going to jail.

HH:     Yeah, so am I going to get a place to sleep over there like that?

PA:     It's jail Hamid you know that?

HH:     Yeah, I know, I know it's a jail, but can I lay down because my head (HH points to head) is hurting, I want to sleep.  I'm just saying when I come back here again

205

Interview of Hamid Hayat, 6/4-5/05

60:50:15

|   |   |
|---|---|
| | tomorrow or anything like that? |
| TH: | Well, well, it's...you're not going to get a second chance at this. If that's what your thinking. You're not going to be able to come back..and.. |
| HH: | No, No, I'm not talking about a second chance. You guys have to ask me more questions.. that's what I'm saying sir. |
| TH: | No, this is it. |
| PA: | This is it. |
| TH: | This is what you get. You know. Um, I, I know you want to sleep on it. You want to just stop and gather your head, and, and, and relax..(HH taps head) |
| HH: | Yeah |
| TH: | Yeah. Take a smoke. |
| HH: | that's it. |
| TH: | And, you know, what I'm telling you, you know, the reality is, you're, you're holding back on, one, one thing, one question, (HH points to his head w/both hands) which doesn't make a whole lot of sense to me, but, you know, you're doing it. And, um, you know its, it's not that we're going to get...you know... I can't guarantee we'll talk again, you know |
| HH: | No problem. |
| TH: | And so, I can't guarantee that it's going to get any better. |
| HH: | Uh huh, |
| TH: | Alright? Um, here's your chance to make it... |
| HH: | Better. |
| TH: | Better. Yeah. Better down the road. Better for you. Better for your father. Better for everybody. |
| HH: | Um, huh. |
| TH: | Because I feel like, alright, we've got this settled. We've reached a good point in this. |
| HH: | So you want to know where the camp is? Actually. |

206

Interview of Hamid Hayat, 6/4-5/05

60:50:15
TH:     I want to know where the camp is.

HH:     And, you know, the final question, like ah, I say.

TH:     Just like on, on the TV show.  This is the final
        question.

HH:     Um, huh.

TH:     Alright?

HH:     I'll say.  It's ahh, what's it called, uh, near our
        village.

TH:     It's near your village?

HH:     Yeah.

TH:     Alright.  I, I, here do this for me.

TH:     Alright, you're in your village for six months.

HH:     Uh huh.  That's what I'll say, maybe.

HH:     What you want me to do?

TH:     Yeah.  I want you to draw...

HH:     Um, what, the camp?

PA:     Draw the camp.

TH:     Draw nearby roads, draw...

HH:     By our village?

TH:     No.  By the camp.  Alright.

HH:     Ok.

TH:     Its, the camp is going be off a road.  It's a building.
        So, it's going to be by...

HH:     You want me to make the Camp first?, then the road

TH:     Um, hum.  Yeah, you can sketch out, lived there for 6
        months.  What did it look like?

HH:     (drawing) grass over here like this.

TH:     Ok.

HH      Ok.

207

## Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | |
|---|---|
| TH: | What is that you're drawing? |
| HH: | Road. |
| TH: | What kind of, what's the name of this road? |
| HH: | The road's Tarbela Road.  Tarbela. |
| PA: | So write it. |
| HH: | Uh, if you guys can write it. |
| PA: | You know how to write it in your language? |
| HH: | No, not that good in spelling.  You have the names and the  map.  You guys just brought the map.  I've seen it in the map. |
| TH: | I don't think it goes into that detail. |
| PA: | You, you, you can...you know |
| HH: | I'm not that good at writing |
| PA: | Try, try to write it in your own words. |
| HH: | I can try and write it in English like this. The name is right over here.. |
| TH: | Is it this?  Tarbela? |
| HH: | Yeah. That's what I'm saying.  This is like a city but the road goes straight over here.  And, ah, you know the name is Tarbela, the road. |
| TH: | Alright.  So the name, Tarbela Road, |
| HH: | You want me to name it? |
| TH: | Write that. |

(HH is writing on a piece of paper).

| | |
|---|---|
| HH: | (UI) |
| TH: | Uh, let's go like this all right.. |
| HH: | OK.. |
| TH: | Um...Tarbela, so you just repeated what's on this map.  Um, alright so you said it's near your village. |
| HH: | Um huh. |

208

Interview of Hamid Hayat, 6/4-5/05

60:50:15

2 | TH: | How near your village?

3 | HH: | Almost like uh 10, 15 minutes away I'll say.

4 | PA: | Driving,

5 | HH: | (shaking head to side) no

6 | PA: | Walking,

7 | HH: | (shaking head to side) no

8 | PA: | 10, 15 minute walk.

9 | HH: | (nodding) Yeah

10 | TH: | Alright.  Is it near, is it near Islamabad?

11 | HH: | Ah, what, the training camp?

12 | TH: | Yeah.

13 | HH: | Our village?

14 | TH: | Islamabad where you went for KFC and Pizza Hut.  Is it
15 |    | near, is it near the capital?

16 | HH: | The capital, the training camp?

17 | TH: | Yeah.

18 | HH: | The training camp.  Hmm.. (HH nodding)

19 | TH: | How near?

20 | HH: | Ahh, like 16 miles ...(UI).

21 | TH: | 16, 16 miles?  Ok.  Umm. (HH shaking head) You know,
22 |    | the thing that makes me say you're not cooperating is,
   |    | is that...

23 | HH: | My mind is not working right now, (points to head)
   |    | that's the problem.

24 | TH: | If you tell the truth, you're mind is not working
25 |    | because you're struggling to come up with answers.  And
   |    | you're struggling and struggling.  You're fighting
26 |    | this.  You know.  I, I see you fighting it.  I, I see
   |    | your mind trying to work to come up with answers that
27 |    | are gonna satisfy me somehow.  (HH nodding) You know, I
   |    | say, you know, you're not telling the truth.  You know
28 |    | you're not telling the truth, but you're trying to get
   |    | away with it.

**Interview of Hamid Hayat, 6/4-5/05**

1

2    60:50:15
     HH:        No.

3    TH:        So I say, you know, I say 16 miles and you say well,
4               maybe 16 miles.

5    HH:        (nodding)

6    TH:        You know, maybe.  You know, there are things you know.
                This is one of those things.  Alright.  (HH nodding)
7               So, you're going, you're going to free your mind from
                that headache and that, you know, other voice in your
8               head that's going right now.

9    HH:        Uh, huh.

10   TH:        If you just tell me, you know,

11   HH:        Um huh.

12   TH:        Umm, you know.  Talk to me about that.  (HH nodding)
                About something you know.

13   HH:        mmHmm...

14   TH:        Alright.  Six months you were there.  Where was the
15              camp?

16   HH:        Near our village... (shaking head) that's it.  Not near
                by the capital?  (shaking head) Near our village I'll
17              say.  (UI)

18   TH:        All right, give me, all right...keep drawing.

19   HH:        (UI) Far away from there, it's like field over there
                ... like grasses and field.

20   TH:        All right, ok, that's fine.

21   HH:        This is like grass (UI) .. This is like a walk..a
22              walk...you can come and walk.

23   TH:        A walkway.

24   HH:        A walk

25   TH:        A sidewalk

26   HH:        It's not a sidewalk

27   PA:        Path

28   HH:        Yeah, a path like that.  Buildings...

                                    210

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | | |
|---|---|---|
| 1 | | |
| 2 | TH: | Uh huh. |
| 3 | TH: | Is this a fence around this?  What is this? |
| 4 | HH: | No, I'm just saying like you know. |
| 5 | TH: | Walls of the building? |
| 6 | HH: | It's like a wall (UI)... so should I make it like three |
| 7 | | stages over here? or.. |
| 8 | TH: | Um, I'm not sure what you're asking. Is this, is this like a low wall around... |
| 9 | HH: | Yeah. |
| 10 | TH: | A low wall? |
| 11 | HH: | Uh, huh |
| 12 | TH: | around the ah.. |
| 13 | HH: | It's like a wall. |
| 14 | TH: | the camp? |
| 15 | HH: | It's like a wall. |
| 16 | TH: | So, these are buildings within? |
| 17 | HH: | Yeah.  In there. |
| 18 | TH: | In there.  Alright so. |
| 19 | HH: | Like I told you guys it's like three.... |
| 20 | PA: | Three stories? |
| 21 | HH: | Yeah, so make three stories over here? |
| 22 | TH: | Yeah, if you can. |
| 23 | HH: | (UI) |
| 24 | PA: | What's, what's on the first story? |
| 25 | HH: | Ah, the first one? |
| 26 | PA: | Um huh. |
| 27 | HH: | What's over there?  You know, people sleep and like |
| 28 | | that train and everything like that.  You know, eat and like that.  And you know, if there are too many people |

211

Interview of Hamid Hayat, 6/4-5/05

1
60:50:15
2
there.  There's too many people.  Some of them sit
3          outside.  Sit in the cool and they, eat and sleep and
           some of them go on the third floor.
4    TH:   What's over here?
5    HH:   This is like, you know, a field.
6    HH:   Uh huh.
7    HH:   You get trained, sometimes you can sit down.
8    TH:   Is the wall high enough that you, you can shoot and
9          people won't see you shooting?
10   HH:   Yeah, yeah.
11   TH:   All right, oh, what roads, what roads are over here?
           What other...
12   HH:   There's no roads over here.  These are all fields over
13         here. You have to go and walk like 15 minutes I would
           say.
14   TH:   What were the signs outside the, ah, around the
15         compound?  What was it called?
16   HH:   There no signs out there.  It was like you know, it was
           only like you know other peoples like, you know
17         entertainment, or like trademarks, like stores and
           everything.
18   TH:   Advertisements?
19   HH:   Yeah.
20   TH:   Pepsi?
21   HH:   No Pepsi.  Like, you know, private doctors' names
22   TH:   Uh huh
23   HH:   and...I would say.
24   TH:   Umm
25   PA:   There's only one three story building there?
26   HH:   Uh huh.  (Nods head yes)
27   PA:   And that's it? Just one building?
28   HH:   Yes.  Just one three-story building.

212

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1

2  PA:     What is, what color was it?

3
   HH:     The building color would be like, you know like the,
4          what's it called the blocks, red blocks, they called

5  PA:     So it was red.

6  HH:     Red, I'll say.

7  TH:     All right, Um, what else was near here...what
          big...Mosque?

8  HH:     No, no mosque.  No.

9  TH:     Masjid

10 HH:     There was Masjid inside. Like maybe they pray (UI)

11 TH:     Masjid inside.  What, ah, stores were nearby?

12 HH:     Stores.  No...I'll say you have to go out and walk.

13 TH:     Um, well, what was the close by, that was...

14 HH:     Store, I mean the road.

15 TH:     Road was close by.

16 HH:     It's take like a walk, like five minutes.

17 TH:     What was, what was the address for this place?

18 HH:     Uh, this address, it's in our village but it didn't
19         have no number.  You know like, the number like they
          have over here.

20 TH:     Umm.

21 HH:     Behboodi

22 PA:     What did people call it?  I mean people knew that it
23         was there.  What did they finally call it?

24 HH:     Um, there's a Madrassah nearby here.  Madrassah over
          here

25 TH:     Which Madrassah?

26 HH:     I don't know the name, sir.

27 TH:     Um, ah, alright.  Try and give some more details.
28         Alright, keep, think, think about what you can see from
          this, from this building, alright.

213

Interview of Hamid Hayat, 6/4-5/05

1

2   60:50:15
    HH:        Umm, like uh.

3   TH:        Are you in the town of Behboodi?  Or are you...

4   HH:        Yeah, like, you know, almost, Behboodi gets finished,
5              and the roads...like there's a, road starts..

6   TH:        Um huh.

7   HH:        (UI)

8   TH:        Alright.  You, you described some advertising, some,
               before,

9   HH:        (UI)

10  TH:        for doctors and things along the roadside.

11  HH:        Yeah

12  TH:        Some cars drive by they see it.

13  HH:        Uh huh.

14  TH:        Two lane, two-lane road?  Two lanes.

15  HH:        One, one, one main road.  Like, ah, highway 12.  Like
               you know.  Go from here.
16
17  PA:        One way.

18  HH:        One way.  Coming, going like this way and coming like
               this way.

19  TH:        Which way was traffic going here?

20  HH:        Ah, this way. (HH points to drawing)

21  TH:        Traffic was going this way? (TH points)

22  HH:        Um uh...what's it called. Over here the right side goes
23             like this, over there the left goes like that and the
               right side comes back.

24  TH:        Ok, so, there's two-way traffic.  Traffic going both
25             ways.

26  HH:        Uh huh (nods head)

27  TH:        Which way was north?

28  HH:        What do you mean North?.

                              214

Interview of Hamid Hayat, 6/4-5/05

60:50:15
TH:     Which way was, or which way was, ah, west?   Which way
        pointed to Mecca?

HH:     Mecca?

TH:     Umm humm.

HH:     You mean.. ah,...(UI)

TH:     Medina, Mecca Medina

HH:     (Nodding like he doesn't know) Ahh

TH      Which compass directions?   North, south, east, west.

HH:     (nodding his head) I don't know.   I don't understand
        this.

TH:     You don't, Ok, um, where, where did the sun rise?

HH:     Where did the sun come up from?

TH:     Um hum.

HH:     On this side.   I'll say. (HH points to drawing)

TH:     The sun came up from that side so, this would be the
        east over here.

HH:     I'll say the east.

TH:     Alright.  (HH yawning)

TH:     Um, Ok, red block building.   Any, anything, any writing
        on the building?

HH:     No, nothing like that.

PA:     Any trees, any flags, anything?

HH:     Trees.   I'll say trees.

PA:     There's trees inside.

HH:     Yeah.   Trees.

TH:     What was the nearest big building to this.   What was
        the nearest?

HH:     Nearest?

TH:     Nearest big building that, ah, that you know well.

215

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH:   To this I'll say, you know, it's not that near. But you have to go on walk, like, like the village side there is a house over there. I'll say that's the nearest one...(UI)

TH:   Alright, um, like I said a few minutes ago, you know, we're going to have to arrest you tonight.

HH:   (nodding his head up and down) Like yeah, but, ah...

TH:   Alright.

HH:   Um hum.

TH:   Um, I want you to, we're going to take you outside. You know.

HH:   Get a smoke.

TH:   Get a smoke.

HH:   And go to the bathroom.  (UI)

TH:   Go to the bathroom. I want you to think

HH:   Uh huh

TH:   about this.

HH:   Yeah, if I think about it, then I can tell you about that. Yeah.

TH:   Clear your head for a minute.

HH:   Sure.

TH:   Understand, I think it's going to sink in, in a minute. I don't want it to sink in when you get to the jailhouse. Or tomorrow morning when you wake up and say, oh, you know, I should of said this.

HH:   Um hum, you know I have one question.

TH:   Cause it's not worth it for me to sit here....

HH:   Go to Sacramento jail or Stockton?.

TH:   Um, should be Sacramento.

HH:   (nodding his head up and down) That's alright

TH:   Alright, so lets, ah,

216

**Interview of Hamid Hayat, 6/4-5/05**

1

2    60:50:15
HH:        So, you guys can tell me how long this case take...(UI)

3
4    TH:        That will be explained to you later when we actually,
           um, in initial appearance it will be explained to you
5          fully, you know.  I'll explain to you, I'll explain to
           you in a moment, (HH nodding) you know, why you're
6          being arrested.

     HH:        Ok.

7    TH:        Alright, but ah, lets start, let's get you a smoke.
8          For the moment now, we're going just go for a smoke,

9    HH:        Ok

10   TH:        and ah....

11   HH:        Go to the bathroom and then come back in.

12   TH:        Come back and...

13   HH:        Thank you.  Do you have to take this off of me or wear
           it?

14   TH:        Um, I can take that.

15   HH:        Thank you.

16   TH:        Let me uh..

17   PA:        I'll take him outside.

18   TH:        I'll follow you..(UI)

19   PA:        Go ahead

20   (2:58)

21   End of Video Tape 4 of 4

22   **END OF INTERVIEW**

23

24

25

26

27

28

217