# EXHIBIT A-3
Court Ordered Redactions

Interview of Hamid Hayat, 6/4-5/05

60:50:15

a whole big you know um, so why don't we just talk about that. Have, have you talked about that at all?

HH: Yeah, but I don't know the people that's the thing.

GS: Who, who, who do you know that may, that may have, may have attended camp?

HH: Like ah, ah, Imam from Masjid, Shabbir.

GS: Ok. Imam from, from the Lodi Masjid?

HH: Lodi.

GS: Ok.

HH: I heard about from people like, you know he went to train a long time ago before, a long time ago. From people I heard.

GS: And that's Shabbir the Imam with the Lodi Masjid?

HH: Yes.

GS: Um, he, he, he ah, tell me about that. What do you mean? Obviously you had a conversation about that so just tell me, tell me the conversation.

HH: You mean like where did I see him or?

GS: No, what do you know about that? Somebody told you something about him going to camp.

HH: Oh, it was here when I didn't left for America in 2003, I was here. It was here, but you know, someone told me and I said oh. Maybe he did gone to ah, thing you know the training camp. And he said you know what ah, do you think (UI), what can I say man. I don't know.

GS: Say that again.

HH: I said what can I say to that guy. I don't know if he went to the training camp or not, you know.

GS: And one of the things wh, wh, wh, I know how it works (HH nodding) and I know that the conversations don't just go like that.

HS: Uh, huh.

GS: Because you're a guy who's already been to camp and you'd probably been to camps so I didn't even ask you about that before you even came here.

23

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH: Uh, huh.

GS: So you probably had some, is that correct?

HH: Yeah.

HS: Yes, that is correct.

GS: So you'd already been to camp. So those kind of conversations um, don't always happen like that. The way that it would go is you and Shabbir would have had a conversation a little bit about camp.

HH: No. I don't have no conversation with him about the camp, with Shabbir, with Shabbir

GS: Where, well you would've had had a conversation. Somebody doesn't just say that they must have had a conversation with Shabbir about camp.

HH: I didn't have a conv...

GS: Somebody else must have had a con....

HH: Somebody else maybe else have had because that's the way I found out. You know like people talking about the camp.

GS: Uh, huh.

HH: They're going to camp. He told someone that you know, he went to the camp. That's the way I found out.

GS: You told, you told someone you went or somebody told...

HH: Someone told me that.

GS: Shabbir told somebody (HH nodding) he went to camp?

HH: Yeah.

GS: What, what else did he say about that?

HH: That's uh...

GS: You know, I mean this is, you know, for, for, let's be honest. (HH nodding) I mean the reality is that um, going to camp is an important part of, it's been an important part of your life. (HH nodding) Right? I mean you spent time there and you had to go. I mean it's not something that is taken lightly. It's an important thing that happens. (HH nodding) So it is for him too. I mean, it's been an important part of his

24

Interview of Hamid Hayat, 6/4-5/05

60:50:15

    life I'm sure. So um, I mean, so, you know, please you know help us here and so you know make sense out the story. It doesn't make sense that you would have had a very short conversation like that. It would be something, you would not...

HH: At that time I was ah, you know, coming back from training. I was going home, it was dinner time. So you know, I didn't pay attention that much to that guy but that's what I say to him. That was like conversation already like you know, I say to you guys.

GS: Who told you this?

HH: Ah, it was ah, some guy what's it called from Lodi.

GS: What's his name?

HH: I don't even remember his name 'cause I didn't met him when I came back right now. And, you know I got ah, what's it called ah, stuff, you know I brought some ah, what's it called, some sweets from Pakistan.

GS: Uh, huh.

HH: So he's gonna come so you know, remember him and find out his face and everything you know, his name and everything. I remember his name and that.

GS: So you, so um, so you, you're aware that Shabbir has gone to camp?

17:15:32

HH: Yes.

GS: Ok. Um, and, and, are you aware of what camp he's gone?

HH: No, I'm not (UI) that.

GS: Ok. Does he have an affiliation with any of the groups, or?

HH: Affiliation

GS: (UI) Is he, is he, is he, what groups does he, or, or a parties is he umm

HH: Connected to?

GS: Yes.

25

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | | |
|---|---|---|
| 2 | HH: | Connected to J-U-I. |
| 3 | GS: | He's JUI? |
| 4 | HH: | I think so. |
| 5-6 | GS: | Ok. Now I wanna tell you something because um, I know um, you know a little bit more about that then you might think I, I do. |
| 7 | HH: | Uh, huh. |
| 8 | GS: | I know about um, Sipah i Sahaba. |
| 9 | HH: | Uh, huh. |
| 10-13 | GS: | And JUI and, and all that so. So um, and I know how it works and I know you know about those groups (HH nodding) more than you're probably comfortable talking about. 'Cause I know, you know what I know, I know that when people come to the United States um, they're not supposed to talk about these groups. |
| 14 | HH: | Uh, huh. |
| 15 | GS: | Right? |
| 16 | HH: | Uh, huh. |
| 17 | GS: | And that's just, that's the rule correct? Um, because the groups are important in Pakistan. |
| 18 | HH: | No. Ah, these are not the groups so |
| 19 | GS: | Well it's, I mean it's not a law but it's... |
| 20-21 | HH: | You think about the... it's like a rule for the, the group, for the cam, ah, for the group, |
| 22 | GS: | for, it, it's, people are careful (HH shaking head side to side) what they say about the, |
| 23 | HH: | They don't care sir. I don't think that they care |
| 24 | GS: | In the United States? (HH shaking head) |
| 25 | HH: | I don't... |
| 26-27 | GS: | They don't care? People talk about it freely about SSP and JUI. |
| 28 | HH: | Some of the people I'll say maybe they do sir. |

26

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1. GS: to talk to him about all this stuff
2. HH: if it doesn't matter to you guys.
3. GS: Well see, we'll
4. HS: Well, we'll talk to you about that..
5. HH: Ok.
6. HS: Specifically before we'd want you to do it.
7. HH: Ok.
8. GS: Um, um, tell me, so you're, the other thing, I mean, isn't, doesn't make sense and that's why it's important to make sense because you made sense about a lot of stuff (HH nodding) and so it makes, I mean, we, we it's important to be honest here. And I, I, I imagine that you've talked a lot about that before I came in here. And how important that is and that ah, that being partially honest is not helpful to you especially. Being totally honest is the most, is, is, is extremely helpful. And so one of the things that um, ah, I want you to try and make sure you're honest about. And maybe even you're even a little bit tired. I'm not sure. But I want you to, to ah, to try to wake up for, for this and because I want you to hear what you're saying. Doesn't, isn't totally making sense and that is that um, that you haven't had any conversations with Shabbir about SSP or any parties (HH shaking head) or ah, or any Jihad camps because...
9. HH: No.
10. GS: That doesn't make sense.
11. HH: I didn't, um,
12. GS: Yeah. Ok. I mean it, it, it, I mean it it, I need to let you know, it doesn't make sense to me that you didn't...
13. HH: Oh, mean it it does make sense.
14. GS: It does not make sense.
15. HH: Oh, Ok, Ok.
16. GS: Because, because of, (HH yawning) of you know, camps you know Jihadi training camps have been an important part of where you've been recently and they sound like they've been an important part of where he's been. I

30

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH: Maybe there's still...

GS: Ok, so this isn't a safe place to have a camp.

HH: Uh-hmm.

GS: So, in other words, its, you have a camp there because nobody can get there, except by walking?

HH: Uh-hmm.

GS: Is that right?

HH: Uh-hmm.

GS: Um, and then, it's, it's, it's safe because, (HH yawning) ah, ah, nobody knows where it is. Is that, is that right?

HH: Yeah (yawn).

GS: Could you find your way back there?

HH: No way sir. It is very hard to find my way back.

GS: Why is that?

HH: Cause it is kind of jungle you know, you don't know where you're gonna, where your going, coming in or coming out, from like that.

GS: So when you get to the camp, are there trees all around it?

HH: Yes, it's kinda like that.

17:25:15

GS: Ok. And, umm, and so you didn't see anybody else (HH shaking head) outside the camp for the four months you were there?

HH: Unh-uh. (Moving head side to side).

GS: Ok. What, what other people here locally, umm, uh, have talked about going to camp. You mentioned Shabbir. Now Shabbir, umm, tell me about Sha.... So Shabbir went to camp, who knows, who else knows he went to camp?

HH: Like I was telling you, right now the guy I brought some stuff from what's it called Pakistan, some sweets

34

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH: Uh he's making the biggest Islamic Center in Lodi, Farooqia Islamic Center.

GS: So he's from the Farooqia Islamic Center?

HH: Uh-huh.

GS: Tell me about him?

17:28:24

HH: Ah, I don't know much about this guy sir, he's like you know just working on the, ah, what's it called, the Islamic Center, making that, that's what he's doing right now.

GS: Ok, now, now, is it, umm, who knows that you've been to camp?

HH: (UI)

GS: Your father knows.

HH: Yeah.

GS: Um, who else knows that you've been to camp?

HH: Ah, in my relatives.

GS: Yeah.

HH: And my father knows, and my parents know, and my uncle back in Pakistan.

GS: What's your uncle's name?

HH: Anas

GS: Your uncle's name is Anas, A-N-A-S?

HH: Yeah.

GS: Anas?

HS: And he's the one who has been to camp himself?

HH: Yeah.

GS: Has he been to the same camp you went to?

HH: I don't know about that. He went way before me sir. Way, way before me. Like, I think so like, four or five years before me.

37

Interview of Hamid Hayat, 6/4-5/05

60:50:15

1
2  HH:  With him?

3  TH:  Uh-huh.

4  HH:  Aah, you know, I didn't talk that much but we're talking like um JUI like you know those uh you know politics.

6  TH:  Fazlur Rehman...

7  HH:  (UI)

8  TH:  ...Samiul Haq...

9  HH:  That's what we talk a lot about, aah, you know, me and him, you know, aah, you know, they having problem in the group like you know, oh, like you know they fighting like you know (UI) I want to be the chairman of the, what's it called, of the group. And you know we discuss on that, that much. Uh, the camp, uh, we didn't discuss that.

13  TH:  All right. Um, alright, so, now Shabbir, he's an elder, guy,

15  HH:  Yeah

16  TH:  He's an Imam

17  HH:  Yeah

18  TH:  or Maulana

19  HH:  Yeah

20  TH:  he's been to this camp, he's experienced,

21  HH:  Yeah, he's experienced.

22  TH:  You also think he's fought?

23  HH:  Fought? About, what's that mean?

24  TH:  Um, done Jihad

25  HH:  He done Jihad? Like he went to Jihad?

26  TH:  You tell me.

27  HH:  Uh, I have no idea if he went to Jihad or something, but the training camp -

28  TH:  He didn't share his stories about Jihad?

125

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | | |
|---|---|---|
| 2 | HH: | Uh huh |
| 3 | TH: | or JUI, Fazlur Rehman |
| 4 | HH: | Uh huh |
| 5-6 | TH: | You know, someone like him, who's connected, (HH nodding) and can receive orders, |
| 7 | HH: | Yeah |
| 8 | TH: | to pass on to people like you who he needs to have contact |
| 9 | HH: | Yeah, yeah |
| 10 | TH: | There's levels in this. |
| 11 | HH: | Yeah, he has con.... |
| 12-14 | TH: | You know, and there are people that I see as important, and you're, you're young, (HH nodding) you know, you got a long life ahead of you, you're an important person, (HH nodding) |
| 15 | HH: | Uh huh. |
| 16 | TH: | But not as important to me as the next level up. The people who are telling you... |
| 17-18 | HH: | Yeah, there uh, you're trying to say that Shabbir's going to get orders and tell me. That's what you're trying to say. |
| 19 | TH: | I want you to tell me. |
| 20-21 | HH: | Yeah. If he gets orders anytime, any from anywhere, any place, actually he will contact me. |
| 22 | TH: | He will contact you. |
| 23 | HH: | Yeah |
| 24 | TH: | Did he tell you this? |
| 25 | HH: | He didn't tell me, but uh, I'm 100% sure, I'm sure that he will contact me. |
| 26 | TH: | Yeah, tell me how, how do you know? |
| 27-28 | HH: | 'Cause you know, he's uh, uh connected with these groups and you know, that's the only person I'll say has got contact. |

131

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | |
|---|---|
| HH: | Ismail |
| TH: | Ismail? Ismail. Tell me, tell me where does he live? |
| HH: | Uh, same street, Acacia Street |
| TH: | He's on Acacia also? |
| HH: | Yeah |
| TH: | So he's, so then in the the apartment building on Acacia or? |
| HH: | No, he lives down on what's it called, the left side down uh, where the street starts, from the what's it called? I would say from Central, Central Avenue I think so it's called. Yeah, Central. From this side name of the street is Washington near us |
| TH: | Um hmm. |
| HH: | on the left side, Central, starts from there. And on this is the right side coming up on the right side like leave like three or four houses. And ahh .. 333, that's his address. |
| TH: | 333 Acacia? |
| HH: | Yeah |
| TH: | Is... All right. Is he, he's Pakistani, your cousin? |
| HH: | Yeah |
| TH: | And is he from Behboodi also or - |
| HH: | Yeah, he's from Behboodi. |
| TH: | Is he a U.S. citizen, or - |
| HH: | Um hm |
| TH: | All right. Why, why do you say he went to a camp? |
| HH: | Uh, you know, I'll say he went to, you know, but ah you know that's you saying that you have a couple more persons, like, you know, like, you have like in the tape you say |
| TH: | All right, I want you tell me what you know. What, what you've heard. |
| HH: | About the persons? |

133

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | | |
|---|---|---|
| 1 | | |
| 2 | | studies. Um, and, you know I'm, I'm have you heard about the, you know, how the, how the students are going to be trained after that? |
| 4 | HH: | Ah, after, from here? |
| 5 | TH: | Uh, huh. |
| 6 | HH: | How they gonna get trained? |
| 7 | TH: | Yeah. |
| 8 | HH: | They gonna go over there to Pakistan and they're gonna get trained over there. |
| 10 | TH: | So, the doctor would have the students go into Pakistan? |
| 11 | HH: | The doctor? |
| 12 | TH: | Ma, Maulana Adil. |
| 13 | HH: | Oh, sorry, Dr. Maulana |
| 14 | TH: | Dr. Maulana Adil. |
| 15 | HH: | Yeah. |
| 16 | TH: | He sends people over to Pakistan. |
| 17 | HH: | That's. that's what I will say, yeah. |
| 18 | TH: | Ok. That's what you would say. Have you known that to happen already or? |
| 20 | HH: | No. Not in front of me. That happened (UI) not in front of me. But, I'll say like you know you, can teach religion and things over there and you know probably will do that. |
| 22 | TH: | Uh, huh. |
| 23 | HH: | Say will do that |
| 24 | TH: | How, how, you say he will. How, how do you know he'll do that? |
| 26 | HH: | 'Cause you know they teach religions and religions stuff and I'll say, you know.. They will do that. |
| 27 | TH: | That's, that's the way it's done? |
| 28 | HH: | Over here? |

152

Interview of Hamid Hayat, 6/4-5/05

60:50:15

    Shabbir were no longer here or, or, Maulana

HH: If they're not here,

TH: (UI)

HH: Then ah, you know, we like you know ah, what's it called, complain on him. Complain against Shabbir. Like you know he was like you know doing this kind of stuff

TH: Uh, huh.

HH: That's what I do.

TH: If, if, if he was no longer here you would complain against him? You would,

HH: No, what you mean in America you mean if he was not here?

TH: Uh, huh.

HH: Oh, if he was in Pakistan huh? You know.

TH: Well what, you know, these are the only people who can talk to you.

HH: Uh, huh.

TH: You know. You're, you're saying that Shab, ah, Shabbir and Malauna Adil are the ones who can give you orders.

HH: Yeah. These are the personnels...who...give me

TH: And am I understanding you right. This is what you're saying. Malauna Adil could come to you and say you know,

HH: No. He won't come to me I think so. He will talk to Shabbir.

TH: Uh, huh. You're talking about Adil? He wouldn't come to you?

HH: No, he won't come to me.

TH: He would go to Shabbir?

HH: Yeah.

TH: Because Adil, is he more important than Shabbir?

155

Interview of Hamid Hayat, 6/4-5/05

60:50:15

HH: Ah, yeah. He's ah, ah, what's it called ah, ah, bigger then him and like that.

TH: Yeah. So he wouldn't try to go directly to you?

HH: No he won't go directly.

TH: He would use Shabbir to do that?

HH: Yeah, he would use Shabbir to do that.

TH: Ok. Does Shabbir tell you that?

HH: No, he didn't tell me that but you know, that's what I'm saying.

TH: Uh, huh.

HH: And I'm 100% sure about that.

TH: And you're sure that's how, that's how it works?

HH: It's gonna work like that.

TH: Uh, huh. Ok. Um, they, they told you know this, and, I want you to be as detailed as you can, you know. Think back remember as much as you can. They told you, you're gonna come here. You're gonna have orders given to you.

HH: Uh, huh. They gonna give us orders.

TH: All right. Um, when they, when they, yeah. You give somebody orders you want them to have the best chance of succeeding.

HH: Yeah. Yeah.

TH: So you prepare them somewhat you know, in what to expect for orders.

HH: What's that mean?

TH: All right. So you try to help them ah, be ready to, to act on those orders you know.

HH: Yeah.

TH: Did they give you money?

HH: They, they didn't give us no money.

TH: No money?

156

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | |
|---|---|
| HH: | Oh yeah. |
| TH: | Yeah, he needs you, he needs Abdul Rashid he needs, dig out the, he needs Mohammad Khan |
| HH: | Mohammad Khan? |
| TH: | Do you know him?  Also Pakistani. |
| HH: | No, maybe I know him better I know him for a long time |
| TH: | He, he lives in Lodi, |
| TH: | He goes, he goes to your Mosque, he goes to your Masjid. |
| HH: | Abdul Rashid I say yeah, cause you know the way his face looks and everything to me, I say yes to Abdul Rashid, I say yes, but Mohammad Khan like you are trying to say, I like you know I came back after like, you know, ah, ah two years, so I have to see the face again find out. |
| TH: | And these, and these, these are people who have trained like you. |
| HH: | (Nods head yes) |
| TH: | Who, who have been over there, and there are many, you know Khalid Kahn |
| HH: | Kahn, Kahn, |
| TH: | Khalid Kahn |
| HH: | He lives in Stockton? |
| TH: | He may live in Stockton, Lodi area though. |
| HH: | Ahh . ...I'll say |
| TH: | You know about him? |
| HH: | Khalid Kahn? |
| TH: | Khalid Kahn. |
| HH: | Ah, is he young (UI) |
| TH: | (UI) |
| HH: | (UI) get trained, he got trained? |

180

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | | |
|---|---|---|
| 1 | | |
| 2 | HH: | Not from the states, I'll say Stockton, Lodi. |
| 3 | TH: | Stockton, Lodi |
| 4 | HH: | Yeah, I'll say |
| 5 | TH: | No, nobody in other |
| 6 | HH: | States |
| 7 | TH: | Cities like Los Angeles or San Francisco? |
| 8 | HH: | San Francisco, I have no idea. Los Angeles no |
| 9 | TH: | You don't know anybody in these different cities. |
| 10 | HH: | No, like uh you know we know only one person Qazi Fazullah maybe you guys heard about him, he's an Imam in Los Angeles. |
| 12 | TH: | Qazi Fazullah |
| 13 | HH: | Yeah |
| 14 | TH: | Umm, what have you heard about Qazi Fazullah? |
| 15 | HH: | Umm, he is an Imam, big Imam over there like you know big Mosque over there, that's right. |
| 17 | PA: | That's it? |
| 18 | HH: | That's it. |
| 19 | PA: | What else have you heard? |
| 20 | HH: | About this guy? |
| 21 | PA: | Yes. |
| 22 | HH: | Nothing else. Like, you know, he's a good like a |
| 23 | PA: | Who-who, who was telling you this? |
| 24 | HH: | Uh, he came to Lodi and you know I asked em you know who's this guy from Los Angeles. |
| 25 | TH: | Um hmm. |
| 26 | HH: | He's like a big person, like a big Imam, like that. |
| 27 | TH: | Connected, Pakistani? |
| 28 | HH: | Yes. |

188

Interview of Hamid Hayat, 6/4-5/05

60:50:15

| | | |
|---|---|---|
| 2 | TH: | And he, has he been to a training camp over there? |
| 3 | HH: | Uh. |
| 4 | TH: | Has he talked about that? Has uh, has uh. |
| 5 | HH: | He's very older than me and he's way older than me, what can I say about him. |
| 7 | TH: | Uh let's-let's go back for a second to Shabbir-Shabbir went to a camp |
| 8 | HH: | Um hmm. |
| 9 | TH: | right? He went to the same camp as you? |
| 10 | HH: | No, I don't think so he went to the same camp as me. But he went for a camp for sure, I can tell you that. |
| 12 | TH: | Um, he uh why can't tell, tell why can you say for sure? |
| 13 | HH: | For sure? |
| 14 | TH: | Um hmm. |
| 15 | HH: | Because this guy went over there, he went over there. Because when he was over there he went over there, that's what I heard. |
| 17 | TH: | Um hmm. From who? |
| 18 | HH: | From a lot of people. |
| 19 | TH: | Name-name one. |
| 20 | HH: | Um, you know like in Pindhi. |
| 21 | TH: | Name one here, in the United States. |
| 22 | HH: | In United States. I heard from someone. Uh, from the United States uh I heard from like uh what's it called, some uh guys outside standing by mosque, they telling, you know, they have problem with him, with Shabbir. |
| 25 | TH: | Hmm. |
| 26 | HH: | You know community problem. |
| 27 | TH: | Right. |
| 28 | HH: | And, you know, uh I'll say Jummah Khan, that name, Jummah. |

189