# EXHIBIT B-1
Redaction
Page and Line Citations

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

## Interview dated June 4, 2005

### Tape 1A of 3B (pp. 1-60)

| CITE | NAME | REFERENCE |
|---|---|---|
| 11:13-18 | Jammat Islami | Individual who allegedly ran jihadist camp |
| 17:2-3, 7-10, 25<br>18:7, 19<br>19:6<br>20:7<br>21:27<br>26:13<br>52:26 | Qari Saeed ur Rehman<br><br>*Also referred to as*<br>Hazrat Maulana Saeed-ur-Rehman | Father-in-law of Umer Hayat who allegedly runs madrassah that supports jihadist camps |
| 19:10-11, 13, 15, 26<br>20:1<br>23:23, 25<br>25:28<br>29:19 | Hakim Khan | Works for Umer Hayat father-in-law; allegedly took Umer to camp |
| 38:11-15<br>42:15-16<br>44:16 | Khalid Khan | Individual from Lodi who allegedly attended jihadist camps |
| 38:16-18<br>42:18-19<br>43:9, 13, 16<br>44:16 | Muhammad Rashid | Individual from Lodi who allegedly attended jihadist camps |
| 38:28<br>42:20-21<br>43:5, 9, 15<br>43:15 | Muhammad Khan | Individual from Lodi who allegedly attended jihadist camps |
| 45:1<br>47:25, 26, 28<br>48:1-4, 12, 17, 20, 22<br>49:5, 12<br>51:22<br>54: 7, 9, 13, 15, 18 | Maulana Shabbir | Imam who allegedly met with Hamid Hayat regarding jihadist camps |
| 45:3, 5 | Sadiq Shoaib | Cousin of Shabbir |

17181\898251.3
Exhibit C to Declaration of Grace K. Won
ISO KTVU Motion for Access

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

| CITE | NAME | REFERENCE |
|---|---|---|
| 45:12, 14, 16, 21 | Kashif Altaaf | Allegedly met with Maulana Shabbir |
| 45:21 | Sohail Altaaf | Allegedly met with Hamid Hayat to discuss jihadist camps |
| 45:21, 24 | Usama Ismail | Allegedly met with Hamid Hayat to discuss jihadist camps |
| 48:4, 8, 12, 18, 20<br>49:9<br>52:11, 14<br>53:11<br>54:8, 10, 11, 13, 18<br>55:1, 27 | Maulana Adil | Alleged boss of Maulana Shabbir |

**Tape 1B of 3B (pp. 60-68)**

| CITE | NAME | REFERENCE |
|---|---|---|
| 61:16<br>66:15<br>67:15 | Maulana Shabbir | Imam who allegedly met with Hamid Hayat regarding jihadist camps |
| 61:21 | Khalid Khan | Individual from Lodi who allegedly attended jihadist camps |
| 62:3-5, 6 | Hakim Khan | Allegedly trained in camps with Hamid Hayat |
| 62:15 | Saeed-ur-Rehman | Father-in-law of Umer Hayat who allegedly runs madrassah that supports jihadist camps |
| 63:12<br>66:15, 17, 19, 21, 23, 25, 28<br>67:13 | Maulana Adil<br><br>*Also referred to as:*<br>Adil Khan | Alleged boss of Maulana Shabbir |

-2-

17181\898251.3
Exhibit C to Declaration of Grace K. Won
ISO KTVU Motion for Access

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

### Tape 2A of 3B (pp. 60-88)

| CITE | NAME | REFERENCE |
|---|---|---|
| 79:23<br>80:20 | Adil Khan | Alleged boss of Maulana Shabbir |
| 86:3, 6, 11-14<br>87:18, 22, 23, 24 | Jahan Zeeb (ph)<br>John Zazeb | Cousin of Umer Hayat (NB: Redaction includes information about individual's work) |

### Tape 2B of 3B (pp. 89-120)

| CITE | NAME | REFERENCE |
|---|---|---|
| 91:28<br>105:2, 3, 6, 8<br>106:18, 20, 23<br>107:6 | Maulana Shabbir<br><br>*Also referred to as:*<br>Shabhir Ahmed | Imam who allegedly met with Hamid Hayat regarding jihadist camps |
| 95:1, 7<br>96:27<br>97:3, 22<br>98:13<br>99:1, 3, 9, 16<br>101:2, 4, 5 | Saeed-ur-Rehman | Father-in-law of Umer Hayat who allegedly runs madrassah that supports jihadist camps |
| 99:19 | Hakim Khan | Father-in-law's driver |
| 112:20<br>114:1, 11, 12, 14, 15, 19, 22, 26, 27 | Khalid Khan | Allegedly met with Maulana Shabbir |
| 114:17, 18, 19, 26, 27 | Muhammed Khan | Individual from Lodi who allegedly attended jihadist camps |
| 112:21, 23, 24<br>113:15<br>114:2 | Sultan Afzar | Allegedly met with Maulana Shabbir |
| 112:24, 28<br>113:3, 4, 15 | Abdul Rehman | Allegedly met with Maulana Shabbir |

-3-

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

| CITE | NAME | REFERENCE |
|---|---|---|
| 114:19, 27, 28<br>115:9, 12, 14, 17, 18, 22<br>118:28 | Abdul Rashid | Allegedly met with Maulana Shabbir and attended jihadist training camp<br>NB: Redaction includes address information |
| 115:28<br>116:1, 3 | Haji Ahmad | Father of Abdul Rashid |

### Tape 3A of 3B (pp. 120-140)

| CITE | NAME | REFERENCE |
|---|---|---|
| 120:19, 28<br>121:20<br>122:2, 4, 6, 8, 9, 11 | Muhammad Khan | Individual from Lodi who allegedly attended jihadist camps<br><br>(NB: Redaction includes work information) |
| 120:19<br>121:1<br>122:11 | Khalid Khan | Individual from Lodi who allegedly attended jihadist camps<br><br>(NB: Redaction includes work information) |
| 129:21<br>130:16 | Maulana Shabbir | Imam who allegedly met with Hamid Hayat regarding jihadist camps |
| 134:27<br>135:11 | Adil Khan | Alleged boss of Maulana Shabbir |
| 137:21-28<br>138:1-20<br>139:1-8 | Umer Hayat cellphone and address; car information | |
| 138:21 | Muhammed Abdul Rashid | Allegedly met with Maulana Shabbir and attended jihadist training camp |

-4-

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

| CITE | NAME | REFERENCE |
|---|---|---|
| 139:9-23 | Johan Zazeb<br>Jahan Zazeb | Cousin of Umer Hayat |

### Tape 3B of 3B (pp. 140-148)

| CITE | NAME | REFERENCE |
|---|---|---|
| 142:9-16 | Telephone number provided by Umer Hayat | |
| 146:18 | Hakim Khan | Individual from Lodi who allegedly attended jihadist camps |
| 147:28 | Maulana Shabbir | Imam who allegedly met with Hamid Hayat regarding jihadist camps |

5

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

### Interview of Umer Hayat
### June 5, 2005

**Tape 1 (pp. 1-89)**

| CITE | NAME | REFERENCE |
|---|---|---|
| 2:9<br>3:11, 26<br>4:28<br>5:8<br>17:3, 9, 11, 14, 21, 24<br>18:3, 6<br>19:5, 8, 14, 26<br>20:3, 6, 8, 19<br>30:26<br>32:13, 28<br>33:2, 4, 7, 22, 27<br>34:22<br>38:2<br>45:21<br>46:23 | Maulana Shabbir | Imam who allegedly met with Hamid Hayat regarding jihadist camps |
| 2:9<br>3:11<br>4:22, 27, 28<br>5:8<br>17:3<br>18:4<br>20:20<br>30:25<br>31:3<br>32:7<br>33:26, 27<br>34:22<br>45:21<br>46:23 | Adil Khan<br><br>*Also referred to as*<br>Maulana Adil | Alleged boss of Maulana Shabbir |

-6-

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

| CITE | NAME | REFERENCE |
|---|---|---|
| 5:10, 11<br>7:17, 18, 23-25<br>9:26<br>10:9, 10, 12<br>11:3, 7<br>12:15-16, 26, 28<br>13:2<br>14:28<br>15:2<br>16:13<br>17:3, 9<br>18:23 | Khalid Khan | Individual from Lodi who allegedly attended jihadist camps |
| 7:28<br>8:1<br>9:17-18<br>11:5, 7, 21, 26<br>18:8, 22 | Muhammad Khan | Individual from Lodi who allegedly attended jihadist camps |
| 10:20, 24<br>11:1, 7, 13<br>18:8, 21, 22<br>19:1, 15-19, 26<br>20:5, 22 | Abdul Rashid | Allegedly met with Maulana Shabbir and attended jihadist training camp |
| 10:21, 23, 27<br>11:7, 9<br>19:1 | Sultan Afzar | Individual from Lodi who allegedly attended jihadist camps |
| 23:4-5<br>66:16, 18-28<br>67:2-10<br>69:18, 20, 21, 22<br>70:20, 23 | Qari Yaqoob | Father of friend of Hamid Hayat; friend allegedly attended training camps |

17181\898251.3
Exhibit C to Declaration of Grace K. Won
ISO KTVU Motion for Access

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

| CITE | NAME | REFERENCE |
|---|---|---|
| 23:14, 20<br>27:26<br>30:12<br>49:21<br>51:14, 17, 19<br>52:3, 6<br>59:2, 4, 6, 8, 9, 10, 13<br>61:26, 28<br>63:27, 28<br>68:8, 10<br>70:21, 24<br>76:2<br>77:11<br>83:25, 26, 27 | Saaed ur Rehman | Umer Hayat father-in-law |
| 71:2-4<br>72:13, 15<br>74:7<br>75:3, 5<br>76:20-21<br>77:9, 11 | Sadat or Sadr | Attended madrassah with Hamid Hayat; allegedly attended training camp |
| 72:23, 28<br>73:2-10, 14, 15, 17<br>74:7, 12<br>77:9, 11 | Attique ur Rehman | Uncle of Hamid Hayat; allegedly attended training camp |

Tape 2 (pp. 84-147)

| CITE | NAME | REFERENCE |
|---|---|---|
| 95:17<br>96:9<br>140:4, 5, 6, 9, 10, 11, 14, 22, 23, 26, 27<br>141:4, 17, 18, 20<br>142:17 | Khalid Khan | Individual from Lodi who allegedly attended jihadist camps |
| 95:17<br>96:9<br>143:4, 5, 9, 10-17, 19<br>144:2, 4 | Sultan Afzar | Individual from Lodi who allegedly attended jihadist camps |

-8-


# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

| CITE | NAME | REFERENCE |
|---|---|---|
| 95:17<br>96:9<br>142:25, 26, 27<br>144:5-7, 14, 15, 22 | Abdul Rashid | Allegedly met with Maulana Shabbir and attended jihadist training camp |
| 95:17 | Abdul Rehman | Individual from Lodi who allegedly attended jihadist camps |
| 95:24<br>96:4, 9, 11, 27<br>97:6, 15, 18, 26, 27<br>98:15<br>99:13<br>127:7, 9<br>130:27<br>131:14, 15, 16, 18<br>134:6, 8, 11, 28<br>135:2, 17<br>136:14 | Shabbir Ahmed | Imam who allegedly met with Hamid Hayat regarding jihadist camps |
| 95:24, 26<br>96:2<br>98:15, 18<br>99:13, 18, 19, 23<br>100:18, 28<br>101:4, 6, 14, 24<br>102:2, 12, 18, 21, 27, 28<br>103:13, 20, 26, 27<br>105:2<br>120:6<br>122:3, 20, 21<br>125:22<br>128:2<br>131:25<br>132:5-7<br>134:10, 24, 28<br>136:12 | Adil Khan | Alleged boss of Maulana Shabbir |
| 119:19, 22 | Saeed ur Rehman | Umer Hayat father-in-law |
| 128:21-22<br>129:2, 4 | Attique | Allegedly attended jihadist training camp |

17181\898251.3
Exhibit C to Declaration of Grace K. Won
ISO KTVU Motion for Access

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

| CITE | NAME | REFERENCE |
|---|---|---|
| 129:28<br>130:2, 11-19, 23, 28<br>134:20, 22<br>136:19 | Mumtaz Ul-Haq | Identified as individual in picture shown to Umer Hayat by FBI |
| 132:8-10 | Salim Khan | Father of Maulana Adil |
| 133:11-22<br>134:5<br>136:10 | Hakik | Identified by Umer Hayat as individual in picture shown by FBI |
| 145:11, 17 | Attique ur-Rehman | Identified by Umer Hayat as individual in picture shown by FBI |
| 145:22, 24<br>146:2, 4, 9 | Kashif Altaaf | Identified by Umer Hayat as individual in picture shown by FBI |
| 146:27<br>147:1, 3, 8, 10 | Mohammed Khan | Individual from Lodi who allegedly attended jihadist camps |

## Tape 3 (pp. 147-190)

| CITE | NAME | REFERENCE |
|---|---|---|
| 147:14<br>148:9-10<br>151:11-12 | Mohammed Khan<br>Muhammed Nawaz Khan | Identified by Umer Hayat as individual in picture shown by FBI |
| 148:14, 28<br>149:4 | Attique ur-Rehman | Identified by Umer Hayat as individual in picture shown by FBI |
| 149:6<br>151:13, 14 | Sadiq Shoaib | Identified by Umer Hayat as individual in picture shown by FBI |
| 149:21, 24, 25 | Osama Mohammed Ismail | Identified by Umer Hayat as individual in picture shown by FBI |

17181\898251.3
Exhibit C to Declaration of Grace K. Won
ISO KTVU Motion for Access

# INTERVIEW OF UMER HAYAT
## June 4-5, 2005

| CITE | NAME | REFERENCE |
|---|---|---|
| 150:9 | Kaashi Altaaf | Identified by Umer Hayat as individual in picture shown by FBI |
| 151:1 | Khalid Khan | Individual from Lodi who allegedly attended jihadist camps |
| 151:26<br>152:4, 6, 8, 10, 15 | Nasrullah | Individual identified by FBI as person of interest |
| 153:14<br>154:6<br>155:21, 25, 28<br>157:21<br>159:1, 6<br>160:6, 25<br>161:7<br>162:4<br>164:3, 11, 15<br>165:20, 21, 24<br>166:20, 26<br>167:11, 14<br>168:13, 22<br>169:5-6 | Adil Khan | Alleged boss of Maulana Shabbir |
| 154:17, 23 | Nasseen Khan | Met with Maulana Adil |
| 154:23 | Ramzan Ali | Met with Maulana Adil |
| 166:13, 14, 15, 17<br>168:13, 22 | Shabbir | Imam who allegedly met with Hamid Hayat regarding jihadist camps |
| 171:27, 28 | Saeed ur Rehman | Umer Hayat father-in-law |
| 172:22, 26, 27<br>173:8, 14<br>174:17, 18<br>175:6<br>177:9<br>182:1 | Sultan Afzar | Individual from Lodi who allegedly attended jihadist camps |

-11-

## INTERVIEW OF UMER HAYAT
## June 4-5, 2005

| CITE | NAME | REFERENCE |
|---|---|---|
| 172:22<br>173:16, 21, 23<br>174:18<br>175:8, 13<br>177:9 | Abdul Rashid | Allegedly met with Maulana Shabbir and attended jihadist training camp |
| 175:22<br>176:17<br>177:9 | Khalid Khan | Allegedly met with Maulana Shabbir and attended jihadist training camp |
| 177:9-11, 12, 13, 14, 22, 27, 28<br>178:15, 17, 27<br>180:1, 25, 28 | Mohammed Khan | Allegedly met with Maulana Shabbir and attended jihadist training camp |

## Court Ordered Redactions

| CITE | NAME | REFERENCE |
|---|---|---|
| 17:14, 15, 20, 21, 27<br>18:7<br>24:20 | Saeed-ur-Rehman | Umer Hayat father-in-law |
| 18:2 | Hazrat Maulana<br>Qazi Hussain<br>Ahmed | |
| 51:22 | Maulana Shabbir | Imam |
| 86:3, 14 | Jahan Zeeb | Cousin Umer Hayat |
| 142:8-16 | Umer Hayat cell phone | |
| 67:2-10 | Qari Yaqoob | Father of friend of Hamid Hayat |
| 150:3 | Hafiz | |

17181\898251.3
Exhibit C to Declaration of Grace K. Won
ISO KTVU Motion for Access