# EXHIBIT B-2B

## KTVU Redactions
## to Umer Hayat Transcript

### Interview of Umer Hayat, 06/04/2005

TH:     This is ah Road 5,

UH:     Ok

TH:     Might be in relation to one of these roads here.   (21:01:29 GS walks into the room with three bottles of water and gives one of the bottles of water to UH) I can show you what some of these...this is Jabar (ph)....

UH:     what is it?

TH:     Watery Watts (ph)...

UH:     Peshawar? What is it?

TH:     These are little towns to the south of  Rawalpindi.....it's south....east....

UH:     Yeah

[GS offers TH water.  TH: I got water, thanks]

TH:     Just study that for a second..

GS:     I got water here so,

TH:     Study that for a second, see if it make sense to you.

UH:      Gujer Khan (ph)

TH:     Oh Ok,  Gujer Khan (ph)?

UH:     Yeah

TH:     That's where it is?

UH:     (UH Nods head yes)

TH:     All right well let's ah...

UH:     One is in Attock (ph), in the mountain.

TH:     And one is in Attock (ph)?

UH:     Yeah, Attock (ph),

TH:     Well lets start with

UH     A-T-T

TH     Attuck, right here

UH:     Yeah.

TH:     Let's start with ah, Gujer Khan (ph).   And ah, you're, you're gonna tell me

71

### Interview of Umer Hayat, 06/04/2005

how to....

UH:     Ok you can put, can you put the, you know, map or something like...

TH:     Yeah can you draw it?  Can you draw it?

UH:     No I can't!  You can draw for me if you can.

TH:     Ok, um, from roads....

UH:     Yeah

TH:     let's start with a major road....

UH:     Ok, Ok

TH:     Which ah, which road do you start on, to get there?

UH:     It's a main road, they call it highway you know.

TH:     The highway, main highway, there's only one big, there's one big highway.

UH:     There is only one big highway.   There is no, not too many highways.

GS:     And this is Gujer Khan (ph).

TH:     This is, we are going to Gujer Khan (ph).

TH:     and this is ah, is this the one that Hamid went to?  You're talking about?

UH:     Ah, that's a near one, yeah

TH:     This, this is the one Hamid went to?

UH:     Yeah

TH:     All right and this is J-I....(phonetic).....?

UH:     Um hum

GS:     You said it's near this one?

UH:     Um hum

TH:     All right so, are you talking about two camps here or?

UH:     There is a one camp in Gujer Khan (ph).

TH:     Ok there's one Gujer Khan (ph).

UH:     Yeah, one in ah, Tamal (ph), Tamal (ph) camp, which is from Rawalpindi about

72

### Interview of Umer Hayat, 06/04/2005

GS:      (UI).

UH:      Five miles from the outside of Rawalpindi, Tamal (ph) camp, Tamal (ph) camp, which is five, six miles

TH:      Um hum

UH:      You know

TH:      Five, six miles outside of Rawalpindi?

UH:      Yes, yes

TH:      All right so let's try to describe that.   He's, I think he's gonna blow up some of those, some of those pictures.

TH:      Um, we're talking about a few camps so we gotta.....

UH:      Yeah

TH:      Focus on one at a time here.

UH:      Yes sir

TH:      Um,

UH:      There is in Peshawar too.

TH:      One in Peshawar too?  All right.

UH:      Um hum

TH:      I know there are many so it's...

UH:      Yeah.

TH:      We have to find some better maps.

UH:      Oh Yeah.

(21:04:14, GS enters the interview room)

GS:      Let me uh, I need to show you something here real quick just a....   Do you want, you got your water, do you want, do you want a little snack or something?  Are you hungry?

UH:      If you can

GS:      Ok, I'll find you something.

(21:04:38, GS/ TH leave interview room, TH removes VHS tape from the TV/VCR before exiting interview room).

**Interview of Umer Hayat, 06/04/2005**

(UH is speaking foreign language to himself (UI))

(21:05:55, SW enters the interview room with a slice of pizza for UH)

SW:       Is this alright?

UH:       Yes Sir, absolutely.

SW:       Are you going to be ok with water?

UH:       Yeah, this is ah vegetarian?

SW:       It's vegetarian, we, we, we made it vegetarian.  No meat, no ah, pork.  No meat.  Ok?

UH:       (Nods head and gestures Ok with hand) Thank you.

(21:06:10, SW leaves interview room.....UH is eating......no conversation)

UH:       Mumbling to himself......(speaking in foreign language (UI), still eating)

(21:11:54, SW knocks on door.... enters interview room)

UH:       Yes?

SW:       Mr. Hayat...

UH:       Yes sir

SW:       You Ok with your ah, water?  You want some more Pizza?

UH:       Yeah, how long they gonna be take more?

SW:       A little bit, a little bit longer, ok?  A little bit, few minutes.

UH:       Ok.  (motioning with his hand to smoke)

UH:       (Motioning with his hand to smoke)

SW:       Oh, smoke?

UH:       Can you take me again.

SW:       Hold on, hold on, let me, let me make sure first Ok?

UH:       Please, and then I need some water too.

SW:       You need some water?

UH:       But first, I wanna ask him I want to smoke with you over there, you know.

SW:       Ok

74

### Interview of Umer Hayat, 06/04/2005

UH:        Yeah

(21:12:18, SW leaves the interview room)

(UH continues to speak foreign language while alone)

(21:14:38, SW enter interview room)

SW:        Mr. Hayat.

UH:        Yes

SW:        Let's go

UH:        Ok

SW:        Here's your water.

UH:        Ok, thank you.

(21:14:45, SW and UH leave interview room)

(21:15:15, HS enters the interview room)

(21:15:30, HS leaves the interview room with the TV/VCR)

(21:33:30, UH re-enters the interview room with SW)

SW:        OK, come on in.

UH:        Thank you very much.

SW:        Ok, you sure I can't get you anymore .......

UH:        If you want to, sit down please.

SW:        Yeah

UH:        Yeah

SW:        You want some air

UH:        So they can come and then you leave.

SW:        That's fine.

UH:        That way we can talk each other.   I like you.

SW:        That's fine.

UH:        So that way I'm not alone.  You with me......you know what I mean?

SW:        Yes

75

# EXHIBIT D-2

### Interview of Umer Hayat, 06/04/2005

1

2  UH:  Yeah you help us, you know.   You give me a water and you give me pizza because my stomach was really, oh......

3  SW:  It's hard, it's hard, it's very hard.....your mouth was dry?

4  UH:  Yeah, dry.

5  SW:  I know how it feels, yeah, I know how it feels

6  UH:  Because I am diabetes... so uh, I don't brought my medicine with me you know it's in my home but,
7

8  SW:  Uh huh, uh huh

9  UH:  That's why my mouth was get dry before I, you brought me one bottle over there.

10  SW:  Sure, sure, sure

11  UH:  And since I .....was here...

12  SW:  That's Ok......that's the least, that's the least we can do.

13  UH:  Thank you.   Any how that's too much, you know.   That's good thing. That's good.
14

15  SW:  Ah, Hamid is doing the same thing.   We give him water, we don't

16  UH:  Give him something to eat

17  SW:  No, something, so no worries!

18  UH:  Yeah, take care of him please

19  SW:  No worries, yes

20  UH:  And this make you like ah, more power or more energy you know....

21  SW:  Oh with water?

22  UH:  Yeah

23  SW:  Yeah you cannot go wrong with water.   Other stuff you know, you drink coke or....

24  UH:  No,

25  SW:  coffee or....

26  UH:  No, it's not gonna help you.   It's not gonna help you.

27  SW:  Water, very good for you.

28

### Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| UH: | Water, especially ah, pizza, uh pizza, piece, you know... | |
| SW: | Oh yes, yes, yes, yes | |
| UH: | It make my stomach ..... | |
| SW: | I can, I can get you one more, there's, there's one more pizza I can give you one more pizza. | |
| UH: | I don't know how they gonna maybe...... | |
| SW: | That's, that's fine, it's all, it's on us. | |
| UH: | Oh yeah | |
| SW: | No worries. | |
| UH: | Ok | |
| SW: | Would you like for another pizza? | |
| UH: | Yes, same thing. | |
| SW: | No worries. | |
| UH: | Ok | |
| SW: | No worries | |
| UH: | Ok | |
| SW: | Be right back. | |
| UH: | Ok sir. | |

(21:35:33, SW leaves the interview room)

(UH mumbles to himself in foreign language)

(21:36:46, SW re-enters interview room and gives UH another slice of pizza which UH eats.)

| | |
|---|---|
| SW: | Excuse me Mr. Hayat, please |
| UH: | Thank you please, thank you. |
| SW: | I will also uh, check on Hamid. |
| UH: | Ok, Ok.  You gonna come back. |
| SW: | I will, I'll come back..... |
| UH: | Yeah, till they not here. |

### Interview of Umer Hayat, 06/04/2005

SW:     OK.
UH:     Please.

(21:36:55m SW leaves the interview room)

(UH speaking foreign language to himself (UI) and is eating)

(21:44:09, SW enters the interview room)

SW:     Mr.  Hayat

UH:     Yes

SW:     Everything Ok, we've got ah,

UH:     Oh

SW:     Hamid is eating.   Hamid is eating and he's drinking water.   He is drinking water.  (UH stands up and shakes SWs' hand)

UH:     Have a seat.

SW:     He says everything is Ok with you.   And I said yes, so as long as ah the family is Ok.

UH:     Yeah

SW:     It's ah, no, no problem.

UH:     Ok

SW:     No problem.   You drink your water?  You finished with your water

UH:     Yeah I did...

SW:     You want some more water?

UH:     Not right now.

SW:     You sure?

UH:     Yeah

SW:     We got plenty of water.

UH:     Yeah I know, but then I have to go again.   To the bathroom...

SW:     You have to go, Ok, no worries, no worries, no worries, no worries.  Did you get another call?  Did you get call?

UH:     Call?

SW:     A call from your wife?

78

Interview of Umer Hayat, 06/04/2005

1

2   UH:   No, but outside.

3   SW:   Oh, just outside, Ok.   Everything Ok at home?

4   UH:   Yeah, yeah she said don't get nervous and be quiet you know.

5   SW:   Um hum

6   UH:   Comfortable and everything all right.

7   SW:   Oh because she's worried about your heart?

8   UH:   Um hum

9   SW:   Ok good and that's what we want you to do.   Just....

10  UH:   Yeah I know

11  SW:   ...be careful.

12  UH:   It's everything.

13  SW:   That's good.   Think ah, you know Agent, Agent ah, Schaaf and Agent ah, Harrison will come back in here again.   And talk with you.

14  UH:   Ok

15  SW:   My suggestion is just to be honest.

16  UH:   Ok

17  SW:   No more, no more holding back.

18  UH:   No, no!  It's out.

19  SW:   It's out.  Everything's out.

20  UH:   Yeah

21  SW:   Ok, so obviously, how you mentioned when we were outside that ah, you are scared.

22

23  UH:   Yes

24  SW:   That you are scared that ah, if Adil Khan um finds out that you're talking to the FBI maybe, maybe he'll kill you? (UH nods head yes).

25  UH:   Um hum  (affirmative)

26  SW:   He not just maybe, he will.   Yes, is that true, is that a true statement?

27  UH:   If they know.

28

### Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | SW: | If they know.   Ok, I just, I just hope ah, I just hope you're wife hasn't told anybody? |
| 3 | UH: | No, no |
| 4 | SW: | You don't think she will tell? |
| 5 | UH: | No I told her to keep, keep a secret.   Don't tell anybody. |
| 6 | SW: | Ok, Ok |
| 7 8 | UH: | Well, you know so many call, times, a call was coming, I told him my van is broke down and I'm still working ..... |
| 9 | SW: | The van is broke down, Ok, Ok. |
| 10 | UH: | Yeah I haven't told him anything we are in FBI building and you know... |
| 11 | SW: | Ok |
| 12 | UH: | You still holding me. |
| 13 | SW: | Oh you mean from other call.   But your wife knows you're here? |
| 14 | UH: | Yeah...(UI)... we come in the morning. |
| 15 | [both speak simultaneously] | |
| 16 | SW: | (UI)... and plus we were there, there yes.... yesterday |
| 17 | UH: | Yes |
| 18 | SW: | wife knows, |
| 19 | UH: | Yeah |
| 20 | SW: | Ok, Ok.   Cause I think it's best right now that we don't, let anybody know who......especially Adil Khan that you're here at the FBI. |
| 21 | UH: | No he don't know.   He don't know. |
| 22 | SW: | Or Shabbir. |
| 23 | UH: | No, no not yet.   I hope not. |
| 24 25 26 | SW: | Because, because that, that's the reason why, why the FB..... you know a lot of people like to talk to the FBI.....   One, because they know that, you know, we do the right thing.   And two, that we don't divulge our information to anybody, even amongst agencies. |
| 27 | UH: | Um hum  (affirmative) |
| 28 | SW: | You see we're very pre.... ·secretive.   We're very protective.... |

**Interview of Umer Hayat, 06/04/2005**

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Ok |
| 3 | SW: | We don't divulge information.  When you, when you leave today or leave, when you leave, ah when we, we're done, nobody will know that, that the FBI will have, has talked to you.   Ok? |
| 4 | | |
| 5 | UH: | All right |
| 6 | SW: | That's how much we guard our information. |
| 7 | UH: | Ok |
| 8 | SW: | And that's anybody!  That's just not you, that's anybody that comes through our office. |
| 9 | UH: | All right.   All right. |
| 10 | SW: | Ok so I want you to be assured, I want you to have had,...... |
| 11 | UH: | Yeah, but when they release us, we should go which way then? |
| 12 | SW: | I will leave that to the Agents that will talk to you again.   Ok?  I will leave that...... |
| 13 | | |
| 14 | UH: | Then you direct us you know to....... |
| 15 | SW: | Ok |
| 16 | UH: | Go to back, Lodi. |
| 17 | SW: | Ok, we will, we will, we will see. |
| 18 | UH: | Ok, Ok.. |
| 19 | SW: | I will leave that to them.   That's their decision to make. |
| 20 | UH: | Ok |
| 21 | SW: | Ok but that depends...a lot.... |
| 22 | UH: | Yeah |
| 23 | SW: | ...on your help. |
| 24 | UH: | Ok |
| 25 | SW: | If you're still holding back and still not telling all that you know. |
| 26 | UH: | I tell them everything. |
| 27 | SW: | Tell everything.... |
| 28 | UH: | I tell them already you know, which is everything. |

### Interview of Umer Hayat, 06/04/2005

SW:   Ok, but that's, that's what I'm saying.

UH:   Yeah

SW:   And same thing for Hamid

UH:   Yeah

SW:   And but, I tell you, personally, I tell you, that you guys have been very cooperative.  Ok, even the initial, um, you know, initial stage when, maybe you were not telling everything you know.  But now is the time to, tell, everything that you know.

UH:   Um hum  (affirmative)

SW:   Ok?

UH:   Um hum, um hum  (affirmative)

SW:   Now no reason to hold back now.

UH:   Um hum

SW:   You'll just get in trouble, we get upset.  Everything we go back to square one again.

UH:   Yes

SW:   You see what I'm saying?

UH:   You are right.

SW:   We don't want to go back to square one.  Ah, we want to keep going.

UH:   Ok

SW:   Ok and our, our goal here is everybody comes home safe.

UH:   Ok

SW:   Nobody, no Jihadi attack, no attack at ah, America, at the Immigration Center no nothing.  Yeah?

UH:   No!

SW:   That's, that's not what we want to happen.

UH:   No, no, I, I do want this not happen to me, no.

SW:   Ok

UH:   Never.

### Interview of Umer Hayat, 06/04/2005

SW:    OK, so do you have any hobbies?  Do you have any hobbies, ah things to do, ah when you're not selling ice cream?  Do you have, do you like to ah, do any ah, hobbies like camping or fishing or... hunting?

UH:    No, no, I stay home.

SW:    Stay home most of the time?

UH:    Yes

SW:    Watch, wrestling?

UH:    Watch wrestling.

SW:    Watching American wrestling.

UH:    Yes

SW:    [laugh]  Hulk Hogan, Hulk Hogan?

UH:    Yeah.

SW:    Your favorite?

UH:    Yes

SW:    Ok, Ok

UH:    Yes, yes sir

SW:    You don't like to ah, garden, even garden?

UH:    Yeah I do like garden.

SW:    Gardening, yeah

UH:    I put some chili and some squash.

SW:    Oh, spicey stuff, food?

UH:    Yeah

SW:    For ah....

UH:    For, plant some tomato....

SW:    Ok

UH:    Some chili, you know.

SW:    In Pakistan there's probably a lot of, you know, many different vegetables and fruits that you can.........

83

### Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| UH: | Yes, |
| SW: | Yeah |
| UH: | Yes, right now it's too much because it's summertime. |
| SW: | But you like hot, hot food? |
| UH: | Yeah |
| SW: | Very hot food? |
| UH: | Yeah |
| SW: | Yeah |
| UH: | Yeah |
| SW: | You can eat that ah, food with chili yeah? |
| UH: | Yes, exactly. |
| SW: | Ok, me to, I like a little hot food but not, not too much.   That you cannot eat. |
| UH: | I see |
| SW: | You know, you have uh, a lot of you know, as long as it's spicy enough.   But ah.... |
| UH: | But I tell you again, we don't have any plan to take attack on, Immigration Office or the White House or..... |
| SW: | But there have been targets though? |
| UH: | They been target from a long time. |
| SW: | Hm.... |
| UH: | Not from yesterday, not from one month.  After 9/11 |
| SW: | That's Ok, that's Ok.   I'll tell you what, I'll, I'll wait until you talk, they will talk to you again, about that |
| UH: | No problem, no problem |
| SW: | Ok |
| UH: | I give them every single question answer you know. |
| SW: | The truth... |
| UH: | The truth. |

**Interview of Umer Hayat, 06/04/2005**

SW:    Ok

UH:    Nothing but truth.

SW:    Ok

UH:    I tell you already we don't, I don't have any plan to be, and no way... I am a good citizen in America you know.  They have, they have my ......(Ui)... now

SW:    Um hum

UH:    No, I don't.........[pause]....... what is this on the bottom? This is a dish? (UH looks towards the back of the interview room).

SW:    What is that?

UH:    Right there, behind...

SW:    That's a heater

UH:    Oh that's a heater.

SW:    That's a heater.

UH:    And the other one is a heater too?  There, there is a two of them.   One and two.

SW:    Yes both heaters.   Both heaters, just to keep warm, sometimes the air conditioning maybe a little cold or ah, you know, during winter time just, it's gets cold.

UH:    Um hum

SW:    Just to keep it warm, yeah.  Are you, are you warm, cold?

UH:    Ah, I'm middle.

SW:    Warm?

UH:    Yeah, not too warm, not too cold....

SW:    Ok, well you're not sweating, not sweating?

UH:    No, no, no, no, no

SW:    Well, you're, you're used to hot ah, hot weather in Pakistan

UH:    Yes

SW:    Ah, hundred ten degrees a hundred and twenty.   But I bet you probably ah, you probably prefer air conditioning?

UH:    Yeah

Interview of Umer Hayat, 06/04/2005

SW:   AC huh?

UH:   That's true.

SW:   Ok, so who is your cous... your cousin ah, Jahan Zeeb (ph).....

UH:   Yeah

SW:   J-a-h-a-n

UH:   Yeah

SW:   Z.... Z... how do you spell that?

UH:   I think they not here yet.

SW:   But who, how do you spell?

UH:   J.... John.. you know John

SW:   Oh John... J-o-n...h-n.

UH:   Yeah, John and Z-a...Z-E-B..

SW:   Z-E-B...he's your cousin, he's the guy, he's the person that, ah will contact us if ah, are they coming here?

UH:   They're coming here, that's what they told me. He, he had to hire somebody for the store.

SW:   Um hum  (affirmative)

UH:   Because he open late, till, like today is Saturday night so he open till midnight.

SW:   Ok, Ok.

UH:   So if he finds somebody to help him, then he gonna come.

SW:   I see Ok.

UH:   I told him to come you know.

SW:   But, what's his reason for coming here just to uh, oh, oh to give the excuse that you had a flat tire?

UH:   Yeah

SW:   Ok

UH:   Yeah and especially you know that, whatever the time is here, and then when we will go, he, he lead us, you know....

86

## Interview of Umer Hayat, 06/04/2005

SW:   Oh, because you don't want to get lost.

UH:   (UI) he is a very educated yeah.

SW:   Yeah, what ah, what did he uh, what did he uh study?

UH:   Um he study math

SW:   Oh medical

UH:   Business.

SW:   Oh business Ok

UH:   Um, in Hong Kong.

SW:   Oh, that's, that's the guy you said was uh from Hong Kong who spoke Chinese?

UH:   Yes

SW:   And business, Ok this...

UH:   Yes

SW:    but he doesn't like Hong Kong at all?

UH:   No

SW:   He likes here in America.

UH:   Yeah

SW:   He owns a store in Stockton?

UH:   Lodi

SW:   Oh Lodi, but he lives in Stockton.

UH:   He live in Stockton.

SW:   He's a good cousin of yours?

UH:   Yes, he's I love him he's good .....cousin...(UI)

SW:   Not like ah, not like your ah uncle's son?

UH:   No

SW:   Who we think maybe ....

UH:   No, no maybe, maybe I'm not sure...

·87

Interview of Umer Hayat, 06/04/2005

SW:        Ok

UH:        I'm not sure

SW:        Ok (UI) Inshallah (ph)

UH:        Inshallah (ph), Inshallah (ph)

SW:        Let me check on uh, Hamid again, I'll be back..

UH:        Ok

SW:        Ok?  Let you ah just relax.

UH:        Ok

SW:        Ok, do you want some more water?  Can I get you some more water?

UH:        Yeah if you want just put it here, if maybe I....

SW:        I will......

UH:        Here is water, I don't know who this is.....

SW:        I know well, uh, I see...(UI) (both talk simultaneously)

SW:        Ok, I tell you what I'll give you...I'll give you the water.  Ok.

UH:        Ok

SW:        I'll be right back, is everything Ok?

UH:        I'm fine.

SW:        Ok

UH:        Thank you.

SW:        Ok

(21:55:20, SW leaves interview room)

(21:55:26, SW enters interview room and hands UH a bottle of water).

UH:        (UI)

SW:        OK

UH:        Thank you.

SW:        I'll check on Hamid.

UH:        Ok

(21:55:33, SW leaves interview room).

### Interview of Umer Hayat, 06/04/2005

**END OF TAPE 2A OF 3B**

**BEGINNING OF TAPE 2B OF 3B**

(21:55:43, UH alone in interview room.  UH Speaks in foreign language while alone (UI).

(22:01:30, TH walks into the interview room.)

UH:     Can ah, I was calling to him, go to the bathroom?

TH:     Oh, you want to go to the bathroom?

UH:     Again, please you can go with me.   If you want come back.

TH:     Hold on, one second Ok....

(22:01:47, TH exits interview room.)

(22:02:43, TH opens door to interview room.)

TH:     Ok, sorry about that

UH:     Ok, no problem

(22:02:48, TH and UH leave interview room to go to the bathroom.)

(22:05:35, UH returns to interview room.  TH does not remain in interview room.)

TH:     We'll be in, in a minute.

UH:     All right thank you.

(22:05:40, UH is in the room again alone....speaks in foreign language (UI))

(22:20:01, GS and TH enter the interview room.)

GS:     Hello

UH:     Hi

GS:     How you doing?

UH:     all right.

GS:     It's been a long, been a long day!

UH:     (laugh).... yeah

GS:     Thanks for ah....

UH:     cooperation.

GS:     Yeah

UH:     Thank you sir, thank you.   I drink a lot of water and.......

89

## Interview of Umer Hayat, 06/04/2005

TH:      Did you, I saw the empty bottles out there...

UH:      Yeah, because my mouth, it get,

TH:      Yeah...

UH:      Get ah, drowsy...but I drink here, bottle over there

(UH and TH both speak simultaneously, (UI))

TH:      Not as quite dry as in Pakistan.

UH:      But then I go to bathroom again.

TH:      Yeah, yeah to get rid of it.

UH:      Yes sir.

TH:      Still better here than Pakistan..

UH:      Yeah

TH:      Than what you'd be getting over there.

UH:      Yes

GS:      Well we want to ah, we talked about a lot of stuff

UH:      Ok

GS:      So we're gonna go back, um, and talk about a couple other things...

UH:      Ok

GS:      ..... just to verify stuff you know and you've been, you know I mean, you
         been here, and you've been helpful, um, you've been treated respectfully.......

UH:      Thank you sir.

GS:      Uh, and, and, ah, and we appreciate it.

UH:      Thank you so much

GS:      You know you're...

UH:      I like that from you

GS:      ....you're willingness....

UH:      Yeah

GS:      .... you know we, I think it's important um, that you ah we had a difficult
         beginning, um but once we've kind of understood each other...

UH:      Yes sir

90

Interview of Umer Hayat, 06/04/2005

GS: I mean it seems...

UH: And I'm cooperating with you too.

GS: Yeah and you're, you're cooperating, and you're here because .....

UH: (UI)............come to my town Lodi in my house you know...

GS: You, you're concerned about the U.S.?

UH: Yes sir

GS: Um, and you want to do the right thing?

UH: Yes sir

GS: And you're here of your own free will, because you're an American citizen?

UH: Thank you sir.

GS: And this is what you want to do?

UH: Thank you sir

GS: Is that right?

UH: Yes sir

GS: Ok, um, one of the ah, ah so I'm gonna, we're talking about a lot of stuff.....

UH: Ok

GS: and I was doing....

UH: Ok

GS: this up here on the wall.....

UH: Ok

GS: you know, trying to make sense out of it in my head.

UH: All right

GS: Um, but ah, clearly um, ah, ah although we certainly are very concerned about the fact that Hamid went to a Jihadi training camp.....

UH: (nodding his head in agreement)

GS: Ah, that's an Al-Qaeda Jihadi training camp.....

UH: (nodding his head in agreement)

GS: Um, we, you know, we're, we're even more concerned about the, the people who are the leaders. And you talk about ah, Shabbir......

91

## Interview of Umer Hayat, 06/04/2005

UH:   Don't tell my name please

GS:   No, no I know that, I know that...

UH:   I'm gonna be no more [ran his hand across his throat to demonstrate throat cutting] in this world, you know.

TH:   You're the same way I didn't tell you the names I knew ....

UH:   You're no, you no........

TH:   You're not, we're not gonna tell them.

UH:   I'm scared now because I give you the name, and I hope they not gonna know, they, they don't know I'm in the FBI building right now.....

GS:   Right

UH:   I spend my day here but please....

GS:   Well.....

UH:   Don't say me. Otherwise they, if they know, I give you this information, I don't know what happens gonna be to me.

GS:   Ok, well you're a U.S. Citizen?

UH:   Yes sir.

GS:   Right, so there's no ah, ah, ah, and let me tell you I've been doing this job for a while.

UH:   Ok

GS:   And, and people ah, um, are, are, are often scared to cooperate.

UH:   I see

GS:   Um, but, but you didn't know that we already knew a lot of this stuff.

UH:   No...

GS:   No you didn't know that we knew.....

UH:   Exactly

GS:   You didn't know that we knew who.....

UH:   Yes

GS:   all these people were.

UH:   Yes

GS:   I mean were you surprised that we knew who Fazlur Rehman was and, and,

92

Interview of Umer Hayat, 06/04/2005

1
2    and, you know....J-U-I-F is and all that I mean that's.....

3  UH:    (UI) (UH nods head yes)

4  GS:    That's, that's, that's, we know about a lot of that stuff.

5  UH:    Ok

6  GS:    So um, so I want you to know that, that um, um, ah, you know, I certainly we would never promise you that you're safe.  Pro... completely safe cause we couldn't tell it to anybody.  I couldn't tell my partner, nothing's gonna happen to you tonight.

7

8  UH:    Ok

9  GS:    But I can tell you from experience .....

10  UH:    Ok

11  GS:    That um, that this is the United States and people, it's not, you're not in Pakistan so...

12

13  UH:    No

14  GS:    so you really don't have...

15  UH:    Yes

16  GS:    Nobody's gonna, I, I can't see anybody cuttin, cutting your head off!

17  UH:    Oh no, no, no, no I hope not.

18  GS:    So, so I wouldn't, so what's more important though is, is to keep down this road of truth.

19  UH:    Ok

20  GS:    So it, and that's where we want to go.

21  UH:    Um hum  (affirmative)

22  GS:    We want, we want to tell the truth and....

23  UH:    Yes sir

24  GS:    So and we appreciate that.

25  UH:    Thank you

26  GS:    We weren't on the road, in the beginning but we got, we got back on the road.So here, and here we are.  Um, some of the things that I want to, um, better understand

27

28  UH:    Ok

### Interview of Umer Hayat, 06/04/2005

GS:     Um, or ....[stutters]... or get you to talk about ....them

UH:     Ok

GS:     Because I think, I think it's important...

UH:     Ok.....

GS:     Is um... you talked about the Madrassahs (phonetic) in Pakistan.....

UH:     Yes

GS:     and how they um, their purpose is what?

UH:     Jihad

GS:     Jihad, and they, they teach the Koran, and then they send their students to...

UH:     To the...

GS:     To Jihad

UH:     To the camp and to the Jihad

GS:     Right, and how do you, how do you know that?  I know how you know....

UH:     I, I.....

GS:     But tell me how you.....

UH:     .....I read in the paper over there in Pakistan.

GS:     Ok

UH:     I heard from so many people.

GS:     Ok

UH:     You know

GS:     And you saw it with your own eyes?  Do you see these....

UH:     I, I saw, I mean they are going to..... no!

GS:     But I mean you see that these kids, when you went to, toured all these camps.  You went to all these camps.

UH:     Yes sir

GS:     Do you see that these, you knew that these kids were, were Madrassah students?

UH:     Madrassah students, yes absolutely, hundred percent

GS:     How do you know that?

94

Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | I know because I saw those in the, in my fa... my father-in-law Madrassah. |
| 3 | GS: | Oh, so you say you saw the kids..... |
| 4 | UH: | Yeah |
| 5 | GS: | in these Jihadi camps..... |
| 6 | UH: | Yes |
| 7 | GS: | in your father-in-law's Madrassah. |
| 8 | UH: | Yes.... |
| 9 | GS: | You know what you're talking about. |
| 10 | UH: | One is ah, excuse me one is ah, in Pakistan one Madrassah is more his name is Maulana Sami-ul-Haq. |
| 11 | GS: | Right |
| 12 | UH: | He have a big Madrassah.... |
| 13 | GS: | Right |
| 14 | UH: | They graduate, and they come help Maulana ... |
| 15 | GS: | Um hum (affirmative) |
| 16 | UH: | ... they go straight to that camp. |
| 17 | GS: | Same camp? |
| 18 | UH: | Yeah, Maulana Sami-ul-Haq, keeping it in your mind. |
| 19 | GS: | I know that.... |
| 20 | UH: | He is a senator |
| 21 | GS: | Right |
| 22 | TH: | Have you been to Halqania (ph)? |
| 23 | UH: | Hu? |
| 24 | GS: | Jamaat-ul- Halqania (ph)..... |
| 25 | TH: | Have you been to Jamia Halqania (ph)? |
| 26 | UH: | There we go.  He know that.  Why you asking me my friend?  (Smiles). |
| 27 | TH: | Well ......(UI) |
| 28 | UH: | You know that. |

### Interview of Umer Hayat, 06/04/2005

TH:     Well........

UH:     Ok, you just want to make sure...

TH:     We building that bridge you know, the bridge we talked about in the beginning.   We are trying, trying to get over.....

UH:     Yeah,

TH:     Completed....

UH:     That's right

TH:     to the other side..

UH:     That's right.

TH:     We don't need, we're not using a pole to get across the way water, we 're building that bridge.

[both talking simultaneously]

UH:     Maulana Sami-ul-Haq......yeah........(UI)......[both talking simultaneously]

TH:     Did Hakim Khan tell you about.......now, now the problem I have, what you said a few minutes ago.

UH:     Ok

TH:     Or second ago....

UH:     Ok

TH:     You said before you didn't, you couldn't see people at the training camp. So, you're now you're saying you obviously saw...(UI).

UH:     No but I, I heard that from the, Halqania (ph) the Halqania (ph) ......Jamaat-Ulema-Halqania (ph).

GS:     Uh, huh.

UH:     They send him to, I read the newspaper in Pakistani papers (UI)

GS:     Well I, and the newspapers are, are different.   We don't wanna talk about....

UH:     Ok

GS:     what you read in the newspaper.

UH:     Then, I don't see.

GS:     I wanna see what you see and you said that you saw people from your, from your, your, <u>father-in-law</u>'s Madrassah in the camp?

UH:     Well that's......

96

Interview of Umer Hayat, 06/04/2005

GS:     You said you saw students.

UH:     Yeah.   That's what I saw, ah, in the father-in-law, because I know this Madrassah.

GS:     Right.   And you saw these students at the camp.

UH:     I been, visit so many times to this Madrassah.

GS:     Right.

TH:     How did you know that they were specifically they, they were students from the Madrassah?  And you saw them in class one day and then next you see them at the training camp?

UH:     They're teaching inside in the Madrassah for this......

GS:     Right.

UH:     And (UI) to the camp.

TH:     That's the whole goal to send 'em to these Jihadi camps.

UH:     Yes.

TH:     But did you saw students in the classroom or knew them?  Did you know some of the students that were, that went to the training camp?

UH:     They in Pakistan, yeah.

TH:     It's yeah, in Pakistan.

UH:     I know, I know

TH:     Yeah, so you saw, so you saw them at the camp when you went to visit last year.

UH:     Yes.

TH:     You saw...

UH:     I know from my father-in-law Madrassah, yes.

TH:     Some of the same people that you knew.

UH:     Yeah.

TH:     You were seeing trained, shooting the guns.

UH:     Yeah, the, the gun, the swords and ah, the stick I told you.

TH:     Uh, huh.

UH:     And ah, the dummy you know they shooting.

97

**Interview of Umer Hayat, 06/04/2005**

TH: Uh, huh.

UH: They're making President Bush dum, I mean dummy.   They're makin' ah, Rumsfield

TH: Rumsfeld?

UH: Rumsfield and used to they make ah, what his name, secretary of a.....

TH: Rice?

UH: No.   She comes after.   Who is before?

TH: Powell?

UH: Powell.

GS: Colon Powell?

UH: Yeah.  They make all those dummy over there and they was shooting, you know, and the leader was telling them to shoot here (points to head) and then he shoot here (points to lower right area of knee), and they said no, this is wrong, you know.   I saw it with my own eyes in that camp.

TH: How many people from your father-in-laws Madrassah were going to the camp?

UH: Yes.

TH: How, how many?  Do you know how many?

UH: Ah, ah, ah, every year there is going a hundred, hundred.   Cause they, you know they completed............

TH: A hundred, a thousand, or?

UH: No, no, no.

GS: They completed the Alim (ph) course and then...........

UH: Yes.   And then they go.

GS: Every year.   So once they graduate and then they just go to camp.

UH: They just go to camp.

GS: Now do a   lot of these ah, so, so you's, you recognize some of these students?

UH: Yes.

GS: You've seen these and then you saw them in camp?

UH: Yes.

## Interview of Umer Hayat, 06/04/2005

GS: And that's, is that why it's, is one of your jobs to go or, would your father-in-law ask you to go check on this.  Go check, see my students?

UH: No, no.  My father-in-law not told me.  I just go by myself with Hakim Khan (ph).

GS: Right.

UH: I told him I just wanted to visit, what they're doing inside, you know.

GS: Do you get, when you get inside do you get an opportunity to do, people, they have tea together and, do you, do you have the opportunity to sit down.

UH: No, no, no when they was doing this, they was very busy you know and they were doing we were just watching them you know.  They never offered to us come and take a tea or even they cover the face, you know.  Some of them which I recognize.  Which is from that Madrassah....my father-in-law.

GS: Um hum

UH: You know

GS: Um hum

UH: They was there.

TH: So you recognize them and you could see.....what...

UH: I can recognize from the eyes, you know.  Oh, I saw this boy, you know in my father-in-law Madrassah.   I don't say to anybody but in my heart you know...

TH: Um hum

UH: (UI).....

TH: So you're saying this to Hakim Khan (ph), he was standing next to you or...?

UH: Yes I told him this, he say yeah they, they coming from there.

GS: Um hum

UH: Yeah

GS: And from Jamia Halqania (ph)......

UH: Yes and Jamia Halqania's (ph) too.

GS: How about Jamia Farooqia (ph)?

UH: Yeah, Jamia Farooqia (ph), I don't see there, because I don't visit to Jamia Farooqia (ph).   I  know Jamia Islamia I visit so many times you know because they are mosques too you know.  So I pray over there you know what I mean.

**Interview of Umer Hayat, 06/04/2005**

| | | |
|---|---|---|
| 1 | | |
| 2 | TH: | How about Halqania (ph) ....How do you know about Halqania (ph)....? |
| 3 | UH: | I am passing from there, to going Peshawar to shopping, buy a clothes, is ah cheaper over there. |
| 4 | TH: | Um (UI) |
| 5 | UH: | And I saw a big sign on the GT Road. |
| 6 | TH: | Um hum |
| 7 8 | UH: | Jamia Ulema Halqania (ph).   There is a big board and that's on the main road. |
| 9 | TH: | How did you know the students from Halqania were at the ah.... |
| 10 | UH: | Oh because they telling us.   Maulana Sami-ul-Haq is coming to Behboodi and he was talking to somebody and I, I heard that. |
| 11 | TH: | He was talking to somebody....? |
| 12 13 | UH: | Somebody we sending to for Jihad to that you know in the camp and they training from there to going all over in the world like.... |
| 14 | TH: | So you were in the same room as Sami-ul-Haq, when he was saying this, or?.... |
| 15 | UH: | No I was outside. |
| 16 | TH: | You were outside. |
| 17 | UH: | Like, you know, here is the room, I was right there you know.... |
| 18 19 | TH: | Who was Sami-ul-Haq talking to, who was he talking to....who was he talking to. |
| 20 | UH: | Well, they was openly talk, you know they not  hiding from somebody there. |
| 21 | GS: | How many people were in there? |
| 22 23 | UH: | Ah, about, all of them was religion people.   Like ah, like a most, not a popular religion people. |
| 24 | GS: | Maulanas? |
| 25 | UH: | Maulana, yeah |
| 26 | GS: | So Maulana, mea........ |
| 27 | UH: | About five six |
| 28 | GS: | Five or six? |
| | UH: | Six, they have a chair and they sitting down like this you know. |

## Interview of Umer Hayat, 06/04/2005

GS:    Was your

TH:    Was Saeed-ur-Rehman there?

UH:    Saeed-ur-Rehman was there too.

GS:    So you your father-in-law was in there with Sami-ul-Haq?

UH:    Yeah, they friend.

GS:    Right, and he was telling them...

UH:    Yeah

GS:    What did you hear him say?  That, that he was sending people to......?

UH:    To Jihad

GS:    He's sending how many?

UH:    They say that we sending like this year ah, I mean every, every six month, they sending hundred to hundred people you know after six month they send more hundred after six month they, I heard that, they was talking openly.

GS:    Right

UH:    Yes

GS:    To Jihad in, in Iraq or ....?

UH:    All over they sending, they sending to Iraq, they sending to Afghanistan, and they sending to Chechnya too.

GS:    Uh huh.

UH:    Mujahideen.  Which they call it Mujahideen.

GS:    You heard him say that?

UH:    Oh yes, absolutely..

GS:    When was this, when was this meeting?

UH:    Ah this meeting was this past summer.   The past summer...?

GS:    Um hum.

UH:    Yeah, was ah, August or July, last year you know.

GS:    Um hum

UH:    You know, yes.  And he openly talk on the, on the, on the newspaper.  Yes, we gonna send it.

GS:    In the Urdu, Urdu newspaper?

101

### Interview of Umer Hayat, 06/04/2005

UH:     Yeah, Urdu newspaper.   All over in Pakistan

GS:     Yeah.

UH:     Which is Musharaff is now.   Because this guy is a senator...Sami-ul-Haq.

GS:     Right

UH:     Saneeter, I mean senator...

GS:     MMA?

UH:     He is in the government right now.   He's a Haqania like he said...Jamaat Ulema Islam...Halqania (ph).

GS:     Right

UH:     But he is a different from MMA.  He don't like MMA (UI).

GS:     Maulana Sami-ul-Haq doesn't like Fazlur Rehman.

UH:     Eh, uhh, Sami-ul-Haq don't like Fazlur Rehman.

GS:     Right

UH:     So, yeah they want to be ah, he want to be a general secretary and Fazlur Rehman want to be a general secretary for the party you know.

GS:     Um hum

UH:     That's why they don't like each other.

GS:     Um hum

TH:     competing for the same job.

UH:     Same job, yes.

GS:     The head of J-U-I?  Or the head of...... ?

UH:     J..... J-Y.... Jamaat Ulema Islam (ph)....JUI

GS:     They both want J-U-I

UH:     J-U-I

TH:     So that's why there's J-U-I Fazlur Rehman and J-U-I Sami-ul-Haq.   Two separate.....

UH:     Ah yeah, J, Jamaat Ulema Islam (ph), Sami-ul-Haq group.

TH:     (UI)

UH:     Jamaat Ulema Islam (ph).....

Interview of Umer Hayat, 06/04/2005

| | |
|---|---|
| GS/TH: | Fazlur Rehman |
| UH: | Group. |
| TH: | Right....... |
| UH: | There is two groups. |
| TH: | Right |
| UH: | Yes sir |
| TH: | Ok de he talk about Jihad? Who is Sami-ul-Haq's number one enemy, right now? |
| UH: | America |
| TH: | America, so he talk about sending people in Jihad in America. |
| UH: | Oh yes, yes |
| TH: | So, you have Americans, you have Iraqi, you have Chechnya..... |
| UH: | Yeah |
| TH: | You have Afghanistan...... |
| UH: | But number one is America. |
| TH: | Number one is America? |
| UH: | Absolutely! |
| TH: | So people from his, from Haqania (ph) |
| UH: | Yes |
| TH: | Go to this, this camp you're talking about. |
| UH: | And then they go to Iraq, I guess, Iraq or Chechnya, but they going somewhere. |
| TH: | How about .....(UI).... to fight Americans but..... |
| UH: | Oh yeah |
| TH: | How about the Americans here? |
| UH: | Where? |
| GS/TH: | In the United States? |
| UH: | (UI) |
| GS: | They sending people to the United States? |

103

## Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | No! No, no, nobody entry, because they don't, how they gonna enter here? |
| 3 | TH: | But we have three of them from Lodi that we talked about and then.... |
| 4 | UH: | Yeah, they, they, they was in the Madrassah yeah, but they not in Haqania (ph). |
| 5 | GS: | You know, oh, Ok, they're not, they're not Sami-ul-Haq's people. |
| 6 7 | UH: | No, they (UI) in, in Peshawar.  Peshawar was different.  Madrassah there is a lot of Madrassah in a Pakistan.  Even I don't remember the name? |
| 8 | GS: | Right, these specific people that Sami-ul-Haq talking about are from Jamia Haqania (ph)? |
| 9 10 | UH: | Haqania (ph), yeah even Fazlur Rehman is open on the TV.  He's come and he say if you saw any American just kill him.  To the, to the whole nation. |
| 11 | GS: | Hum |
| 12 | UH: | Yeah |
| 13 | GS: | When did you hear that? |
| 14 15 16 | UH: | While I was in Pakistan, about one year ago when the Ambassador in United State, ah, he invite that in his house, Fazlur Rehman.  Fazlur Rehman invite that lady Ambassador in Islamabad to the house and she said, she was telling him, they was showing on the TV, she was telling him, did you, did you give this Fatwa.  They call it Fatwa, you know.  Fatwa mean, like ah......... |
| 17 | TH: | Edict |
| 18 | UH: | Yeah, eh, you gonna kill American..... |
| 19 | GS: | Right |
| 20 21 | UH: | And he say yeah.  And then she say I am American?  He said no, not you, because you in my house.  I can't do that.  But yeah my fatwa is this. |
| 22 | TH: | Ok so, at this, at this camp......... |
| 23 | UH: | Yes sir |
| 24 | TH: | Um, you know, there were some, there were Americans. |
| 25 | UH: | Yes |
| 26 | TH: | Who can get back to the United States |
| 27 | UH: | Yes sir |
| 28 | TH: | Um, we talked before about how, some of the Americans you know here in Lodi. |

104

Interview of Umer Hayat, 06/04/2005

UH:     Lodi

TH:     You know.  Wor, work, work for Shabbir Ahmed.  Who, who gave Shabbir Ahmed that job?  To, to run these, these four young kids.

UH:     Oh, I mean how to, who gave that  job to young, that's from the back, from Pakistan, from the group, Maulana Fazlur Rehman.

(22:35:12)

TH:     His group gave Shabbir Ahmed

UH:     Maulana Fazlur Rehman, Maulana..........

TH:     How, how do you know Shabbir is in charge of these four people? Ah, how do you know?  I know a lot of people down there.....

UH:     I know his background.

TH:     But you heard, you know his background, but you heard it initially somewhere that he was in charge of this group.

UH:     I know......

TH:     He, he, his background, you know, his ......

UH:     His background is like this.  The way we talking about right now.

TH:     Um hum

UH:     He was, a most wanted in Pakistan.

GS:     Tell us about that.

UH:     Yeah he was most wanted in Pakistan because he was against speeching in America.  You know?

GS:     Um hum

UH:     Then he run away to, from Islamabad to Karachi (phonetic)

GS:     Um hum

UH:     And he, he get plane from Karachi (phonetic) to San Francisco.

GS:     Um hum

UH:     Otherwise he can't get from Islamabad Airport because the government of Pakistan they, they, they send the whole paper, I mean his picture was most wanted this guy.

GS:     Um hum

UH:     But he run to Karachi, their not like United States you know Pakistan is so behind you know what I mean?

105

Interview of Umer Hayat, 06/04/2005

GS:     Um hum

UH:     Like we have everything picture all over the airport, you know what I mean?

GS:     Uh huh

UH:     So he, he, he come like this but they didn't know him, I mean the Pakistani government know he's ah, number one enemy for the American too.   He was joined this party.

GS:     Is he, did you see his picture?  His wanted picture?

UH:     No I don't see his wanted picture, by the time he was coming here, somebody, somebody was telling me, from Pakistan on the telephone, how he get, how, how this guy get to America?  I said I don't know he's come from Karachi they said because he's wanted in Islamabad Airport, he can't, he can't go to America.   That's what I heard, you know, from the telephone.

TH:     Who told you this?  Was it a family member back in Pakistan?

UH:     Ah, friend of mine.

TH:     In Behboodi?

UH:     Not his family member.   He was in Pindi, Rawalpindi.

TH:     A friend in Rawalpindi?

UH:     Yes, yes sir

TH:     Who told you this?

UH:     Yes

TH:     So he knew about Shabbir, coming here?

UH:     Yes

TH:     How, how did he know about Shabbir coming here?

UH:     Because he told the people over there.   Some people he tell which is his close.....

TH:     Shabbir told some people in Rawalpindi.

UH:     Yeah, Rawalpindi.

[both speak simultaneously]

TH:     And so is this guy, you were talking to is he J-U-I also?

UH:     Yes, yes

TH:     He was J-U-I?

Interview of Umer Hayat, 06/04/2005

UH:     Yeah, he is J-U-I...

TH:     He, he is

UH:     He is a Fazlur Rehman group.

TH:     He is part of Fazlur Rehman group?

UH:     Oh yes absolutely.

TH:     Ok, so, he knew about Shabbir coming over here, but he didn't think he could make it because of.....

UH:     Yeah, but....

TH:     He was wanted....

UH:     Yes,  from Musharaff at least

TH:     Uh, huh

UH:     So many, they like, you know the police has come to his house they couldn't find it he was not in the house.   In Pakistan I'm talking about.

TH:     Um hum

UH:     And then somebody gave him information he is in the hotel.   So they go to the hotel.   He was not there........

[TH's cellular phone ringing]

UH:     Then somebody told him he's in the mosque.   They went to the mosque but he was not there, he was very lucky he ......

GS:     What were they gonna do with him?

UH:     They would put him in the jail.

GS:     Um hum

UH:     That's what they want to do.

GS:     What did, ah, did you, what, what speeches was he giving?  Was he giving speeches, what was he doing that they wanted him for?   Anti- American stuff?

UH:     Anti-American but what you calling anti-American I mean he was talking [TH cell phone ringing indicating he has a message] in bad thing in America you know.

GS:     With, trying to, with a lot of people.

UH:     Yeah trying to get up the people (gestures, hands raising) you know to make more...

107

### Interview of Umer Hayat, 06/04/2005

GS:   More problems

UH:   More problems....that's it.

GS:   And did you, did you ever hear, you weren't, were you in Pakistan when this was happening?

UH:   No here, right here

GS:   You were here.

UH:   No here, somebody told me already that when he was here.

GS:   Who heard all this happened.

UH:   Yes sir, yes sir.

GS:   Have you talked to him about that since you been here?

UH:   Yeah I talked to him.

GS:   What did he say?

UH:   He said yeah it was there but not here.   You know, that's what he told me, I was there.   Problem

GS:   Yeah

UH:   But not here he said.

GS:   So he doesn't do it here?

UH:   No

GS:   So, but he uh, he talked about giving these anti-American speeches.

UH:   Oh yeah in Pakistan, Islamabad.   They have a tape and government have a whole, you know, they tape his speech.

GS:   Right

UH:   The audio cassette.

GS:   Right

UH:   Yes, but not here.

GS:   So he gave all these speeches and he, you talked to him about that and he admitted that....?

UH:   Yes

GS:   And then he give, gave these anti.... why doesn't he do it here? Why?  Yeah what,

## Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| UH: | He's scared here. | |

GS: He's scared to do that here.

UH: Yes

TH: How long ago ......this conversation that he had with you, how long did he tell you that he was making these speeches over there?

UH: Ah that's about, three year ago.

TH: Three years ago when he..... all right.

UH: When President Musharaff was coming in the power over there, in Pakistan by that time I don't know three year ago, yeah, three four year ago, yeah.

GS: That's when he made all these speeches?

UH: Yes sir, yes sir...

GS: and then...

TH: and when did he tell you that he made all these speeches?

UH: Yes

TH: Same...

UH: Because we told him, Maulana, what happened? We heard you was most wanted. He said yeah, I was most wanted in Pakistan. I said, what you did? He said, I was speech against the government of America and Pakistan too.

TH: Um hum

UH: So that's why he put me in the wanted list.

TH: Um, made him famous.

UH: Yeah

TH: So he's on the run he comes here

UH: And then I say how you come in the airplane then, and he said I went to Karachi. I went to Farooqia. Stay at Farooqia couple of days, get the ticket, the a airplane from there and come to San Francisco. U.K. and then U.K. from U.K. to San Francisco. That's what he did.

GS: Hum

UH: Yeah

TH: So he must have, you know,

UH: Huh?

109

**Interview of Umer Hayat, 06/04/2005**

TH:  He's frustrated to be leaving, leaving Pakistan, I imagine.......

UH:  Yes

TH:  Well what's, what's he doing with his time while he's here then, I mean talking...?

UH:  Here or over there?

TH:  Um, did, here, What, what did he say about, what he's gonna do with his time here?

UH:  He don't say anything he want to the college here. You know, he learn more English you know Delta College and ah, he's a Imam here, you know. He speaking English, Arabic. He speaking Arabic language. He speaking Urdu language. He speaking ah, three language right now.

GS:  Pashto?

UH:  Pashto, no. He don't know Pashto, because he's from Kashmir. He is not from originally Pakistan. He's from Kashmir, but when he was here, he say I'm gonna be your next Imam you know. Because the Masjid in Lodi, we don't have a Imam permanently, you know.

TH:  How, how he get into that role as Imam, how did he make himself Imam and so....?

UH:  How, because the community in the Masjid..........

TH:  No, who did he know specifically. He must have known somebody especially that he ah.....

UH:  They know.....

TH:  Helped him get ...

UH:  Yeah actually like President, secretary in the mosque, you know. We have a community you know like committee?

TH:  Um hum

UH:  We have a President. We have ah, Vice President. So, they put it on paper, we need a Imam. You know to American Embassy. And so they give him a visa, you know, so now they every, every year they renew his paper you know. Contact...

TH:  On his religious visa

UH:  Yes sir.

TH:  So, so he's here, he's on the run, from Pakistan.....

UH:  Yes

TH:  he's here now

## Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Yes |
| 3 | TH: | Um, he... |
| 4 | UH: | He is in here from almost four year, five year.... |
| 5 | TH: | Right, four years and when did he get control of this, of these, these four kids who have been trained in the ah, Jihadi camp. |
| 6 | UH: | Ah, from the, from almost one year. |
| 7 | TH: | After being here a year (UI) he started |
| 8 | UH: | Yeah |
| 9 | TH: | Lookin over those kids? |
| 10 | UH: | Yes sir |
| 11 | TH: | How did he come in contact with those kids? |
| 12 | UH: | He, he should, he's he, he go personally to the kids, you know |
| 13 | TH: | He found them? |
| 14 | UH: | Yeah because he's teaching in the masjid, those little kid you know what I mean? |
| 15 | | |
| 16 | TH: | Right |
| 17 | UH: | So he know which one is interesting maybe he talk with them you know like, in the class. |
| 18 | TH: | But these are twenty six. You're talking about twenty-six year old kids now. |
| 19 | UH: | Yeah but he's come his house......... |
| 20 | TH: | Um hum |
| 21 | UH: | I mean, this is the mosque and right here is a house or like night time you know ten o'clock eleven o'clock the people is that the kid is coming his house. |
| 22 | | |
| 23 | TH: | Um hum |
| 24 | UH: | He give' em ah, pizza, he give' em ah, soda like this and then they talk, you know. |
| 25 | | |
| 26 | TH: | Um hum |
| 27 | UH: | Then he talks, starts to talk to them.   But he's not front of me that I sit it down over there too. |
| 28 | TH: | So, so you say you saw him do this with, with Hamid?  Or..... |

Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | No Hamid was not sitting down over there........ |
| 3 | TH: | Ok, how do ya, how do ya.. |
| 4 | UH: | He's sitting down there too ....... |
| 5 | TH: | He found these kids, but you know, you brought these kids to his house but how, how do you know...... |
| 6 | UH: | Who me, brought this kid.... |
| 7 | TH: | How do you know Shabbir brought the kids to this, this.....? |
| 8 | UH: | Because I saw in the mosque he was talking to them he was invite to them to come to my house ten o'clock , eleven o'clock you know. |
| 9 | | |
| 10 | TH: | Um hum |
| 11 | UH: | And we talk important and I don't know what talk was important. |
| 12 | TH: | So you overheard him? |
| 13 | UH: | Yeah |
| 14 | TH: | How, how many times did that happen that you overheard him say that? |
| 15 | UH: | Oh, every week they have a meeting.... |
| 16 | TH: | Tha, tha |
| 17 | UH: | Still. |
| 18 | TH: | Those, is it all four of them?  is it with Hamid? |
| 19 | GS: | Who goes, who goes to these meetings every week? |
| 20 | UH: | Ah, his name is ah...? |
| 21 | TH: | Khalid? |
| 22 | UH: | No, no, no, hold on, his name is ah, ah, he is a dark guy I forgot his name I hope I can...Sultan Afzar (ph) ?.... |
| 23 | GS: | Sultan Afzar |
| 24 | UH: | Yeah?, Sultan Afzar and Abdul Rehman, Ok.  Abdul Rehman and ah.....ah Sultan Afzar, and Abdul Rehman.... |
| 25 | | |
| 26 | GS: | Are these guys Pakistani guys? |
| 27 | UH: | No, one is American. |
| 28 | GS: | Which one? |
| | UH: | Abdul Rehman |

112

## Interview of Umer Hayat, 06/04/2005

GS:    He's white?

UH:    He's white, Abdul Rehman

GS:    Did Abdul Rehman go to training, camp?

UH:    Ah, no, not yet. He's still here. He's American, I mean he's born here he's raised, but he, he married with a Pakistani ah, ah ladies.

GS:    Is he going, is he getting ready to go to training camp or?

UH:    Ah, I don't heard from him right now but I don't know honest to God I don't know if he is going to to that camp or not.

TH:    Is that important to go into the camp, getting married, getting ah....?

UH:    No, no, no he married here.

TH:    Um hum

UH:    His wife was here in America, in Lodi.

TH:    But he found a Pakistani wife.

UH:    Yeah, yes sir.

TH:    But ah...

UH:    Yes, Abdul Rehman, ah Sultan Afzar and ah, ah, his brother too, Abdul Rehman brother too he's a, he's a white Muslim too, he's a new Muslim. But I forgot his name.

TH:    So he'd see these people in the mosque and tell them what, you know...

UH:    Yeah

TH:    ....once a week?

UH:    Yeah

TH:    And then....

UH:    Mostly, mostly every night they sit it down over there but I don't know what they're talking about. After ten o'clock.

TH:    Ok and these guys are separate from the guys you talked about earlier?

UH:    Yes

TH:    Those other, those other four people?

UH:    Yes

TH:    Cause these guys, has sultan?

**Interview of Umer Hayat, 06/04/2005**

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Yeah...Khalid and uh... |
| 3 | TH: | Has Sultan been ah Afzar, has he been to any training? |
| 4<br>5 | UH: | No he's not been in training.   He, he been in Pakistan so many times but ah he's ah, he's not in training I guess, I, I never heard, you know, he's a different village. |
| 6 | GS: | So you don't know? |
| 7 | UH: | I know him from him, from here, in Lodi |
| 8 | GS: | You don't know about his training? |
| 9 | UH: | No, not, no, no, no I don't know about his training. |
| 10 | GS: | Give me the name of the three guys that you said went to training before again? |
| 11 | UH: | Khalid, |
| 12 | GS: | Khalid, |
| 13 | UH: | Yeah |
| 14 | GS: | What's Khalid's |
| 15 | UH: | Khalid Khan |
| 16 | GS: | Right, is he the (UI) |
| 17 | UH: | Muhammad Khan, pardon |
| 18 | GS: | Muhammad Khan and who else? |
| 19<br>20 | UH: | Uh, Khalid Khan, Muhammad Khan and I told you the other one was ah, ah, oh man I forgot his name again... Abdul Rashid, Afghani. |
| 21 | TH: | He's the Afghani.... |
| 22 | UH: | Yeah..... |
| 23 | TH: | Khan's are, is Pathan you said? |
| 24 | UH: | Uh, it's just a famous name, you know.   It's just a famous name, everybody have a Khan not, that don't mean they are Pathan. |
| 25 | TH: | (UI) |
| 26 | GS: | And Khalid Khan and Muhammad Khan are they both Pakistanis? |
| 27<br>28 | UH: | Yes sir, Khalid Khan, Muhammad Khan they both were Pakistanis and Abdul Rashid is Afghani. |
| | GS: | How old is Abul Rashid? |

114

Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | He's twenty-five, ah.... twenty-four, twenty-four. |
| 3 | GS: | Twenty-four. |
| 4 | UH: | Twenty, twenty-four, twenty-four... |
| 5 | GS: | not over twenty-five. |
| 6 | UH: | Yes |
| 7 | GS: | Ok and who ah, who are his parents? |
| 8 | UH: | Afghani |
| 9 | GS: | Ah, do you know where he lives?  What street he lives on? |
| 10 | UH: | Ah, they live on Acacia. |
| 11 | GS: | What street, what, what address? |
| 12 | UH: | Ah, three ah, three-0- three... |
| 13 | GS: | Three-0-three Acacia? |
| 14 | UH: | Yes |
| 15 | GS: | That's, that's Abdul Rashid? |
| 16 | UH: | That's apartment building, remember that ...ok |
| 17 | GS: | Oh, yeah.....what apartment number were they in? |
| 18 | UH: | Uh, number two or number three either one you know. |
| 19 | GS: | Both |
| 20 | UH: | They are one family living Afghani. |
| 21 | GS: | In both two and three? |
| 22 | UH: | Yes sir |
| 23 | GS: | Ok so, Abdul Rashid lives in number apar...three-0-three ...... |
| 24 | UH: | He live with his father his mom is there, his brother is there, you know. |
| 25 | GS: | And his father's name is? |
| 26 | UH: | Ha... boy [laughs] his father ah, no I forgot his father name.  I know his face.  I know. |
| 27 | GS: | Now how do you... |
| 28 | UH: | Haji Ahmad (ph) |

### Interview of Umer Hayat, 06/04/2005

GS:     Haji Ahmad (ph)?

UH:     I got it.   Haji Ahmad (ph).

GS:     And how do you know that ah, how do you know, cause we have other things that we work with that as well, how do you know he went to training camp?

UH:     Well he tell us in the mosque.

GS:     Ok, when did he tell you?

UH:     That's about ah, couple, one year ago, one and, one and half year ago he is openly talk with us in the mosque, you know.   That's what he told us I don't know.

GS:     And what ah, what camp did he go to?   Did he say?

UH:     No he don't say anything to camp, but he say I went to Pakistan Peshawar and I got training from the camp.   There is in Peshawar maybe a lot a camp too.    All Pakistan is......

TH:     Who send him to the camp, who directed him there?

UH:     Who, who sent him to the camp?

TH:     Who, who said, you know go to the Peshawar camp, you know, who

UH:     No, I don't know, honest to God, you know, I don't know who sent him to the Peshawar camp.   But he say I ...

TH:     I know you can't do it on his own, he can't just say I, you know I want to go...

UH:     Someone behind him, you know.

TH:     Right

UH:     Maybe his father, maybe his brother, because they used to live in Peshawar.

TH:     Um hum

UH:     When they first time, when they come America, Soviet Union in Afghanistan was fighting, they moved to Peshawar.   So they know very well Peshawar, you know.

TH:     Um hum

UH:     Yeah so (UI).......

TH:     You, you, you heard him say though that, he's been to a training, he's talked openly in a mosque about ah... lots of people...

UH:     Yeah, but he don't

TH:     But you heard yourself that he went to this training camp

116

### Interview of Umer Hayat, 06/04/2005

UH:     Yes

TH:     And near Peshawar

UH:     Yes

TH:     But he didn't say...

UH:     No he don't say like, I go Tamal, Tamal camp or you know.....Kashmir camp or ah, there is a lot of camps you know.

TH:     Did he say what they taught him there?

UH:     Yeah,  ah he don't say that, you know.  I mean which camp I go to.

TH:     Um hum......but did he say, did he say anything about guns, did he say anything about....?

UH:     He, he, he, he know everything.

GS:     He said, he said, he learned everything.....?

UH:     Boxing, I mean, the karate

GS:     Karate

UH:     One thing I forgot,  they, they training in karate too.

GS:     Um

UH:     In the camp

GS:     Ok

UH:     Yes, karate and machine gun..........

TH:     So, you heard, he told you this, he said ...?

UH:     Oh, he was openly talking in the Masjid.   Which is a lot of people was, I mean heard, listening......

TH:     Um hum

UH:     You know, yeah.

TH:     Sure, see he talked about karate, guns, but what, what did the camp say, do you, What did the camp say about ah Jihad, about ah.......?

UH:     Everything, everything.

TH:     Everything

UH:     They said they was training for Jihad, that's it.   The main purpose is Jihad.

117

Interview of Umer Hayat, 06/04/2005

TH:     Ok

UH:     Yes

TH:     Did they say Jihad, did they say specifically, specifically, against who, did they?

UH:     No he don't say that, you know, but he say Jihad.. I training for Jihad.

TH:     Ok

UH:     Yes

TH:     He told you I training for Jihad.

UH:     I mean there was a lot of people, you know. Not only me was about maybe thirty, forty guys was there in the Masjid, but like after ten o'clock you know....

TH:     But you can't tell or talk about what other people heard exactly but, I just, that's why I keep saying you know I just want...and that you heard it and not you, you didn't hear it through somebody else?

UH:     No, no, no, no, I heard it by myself.

TH:     Ok

UH:     In the Masjid here because I was praying too and people was ah, he was come back from Pakistan so people was shaking hands how you doing, what you doing, what was you doing over there.

TH:     Yes, normal things to ask

UH:     You know, yeah, and then he asked, you know, about (UI)...........

TH:     (UI)...training for Jihad. Did he say how long he has been training?

UH:     Ah one year

TH:     One year, it's one year in training?

UH:     Yes

GS:     He was in the camp for a year?

UH:     Maybe he was going back but he's took one year, to the training

GS:     One year worth of Jihadi training?

UH:     Yes sir

GS:     So training for Jihad for one year?

UH:     Yes sir.

GS:     And this, Abdul Rashid and what, and then he came and talked to people in

118

**Interview of Umer Hayat, 06/04/2005**

the mosque about this?

UH:   Yes sir, yes sir

TH:   Did he do any fighting while he was over there or?

UH:   Huh?

TH:   Did he do any fighting while he was over there?

UH:   Did he.....

TH:   Did he go off to Jihad or is he still waiting to go to.....?

UH:   No, no he turned it, he turned, I mean he finished the ah, training and he come back straight here.

GS:   Why?

UH:   Ah I don't know.   You know, that's very important question but he still here. You know he come to the mosque he going home.   Yeah

GS:   Does he work here? Is he with

UH:   Ah, he's ahh, he was working before and now he's get laid off.   I mean he was working in a Pizza Hut you know.

GS:   Um hum

UH:   Deliver the pizza.  Yes.  Could you take me to the bathroom?

TH:   Sure I understand.

UH:   Please, we come back, but oh my goodness......

GS:   Hold on a second.

(22:51:49, GS exits interview room.)

TH:   One second

UH:    Ok no problem, I can hold it, I drink too much ...

TH:   I understand, that's what happens when you drink a lot of water.

UH:   Especially diabetes that's why I can't hold it.   This glass is very weak [laughing]

TH:   Just, just a second

UH:   It was nice talking but you know...........

TH:   It's hard to remember things too when you got this on your mind.

UH:   Yeah

119

Interview of Umer Hayat, 06/04/2005

TH:        So we'll uh,

UH:        Also my blood pressure, I'm too old now I can't remember what happened one year ago, what happened yesterday, what I eat, you know.

TH:        That's, you're doing, you're doing pretty good.   All right oops

(22:52:35, door to interview room opens)

UH:        All right sir thank you.

(22:52:36, UH and TH exit interview room).

**END OF TAPE 2B OF 3B**

**BEGINNING OF TAPE 3A OF 3B**

(22:54:10)

(22:55:08, UH and TH enter interview room)

TH:        Here we go.

UH:        Ok, sir.

TH:        Let me go ...  answer a question here ...

UH:        Ok.

TH:        (UI)

(22:55:28, TH exits interview room.)

(22:55:59, GS enters interview room.  The conversation is (UI)).

GS:        And before uh, Tim comes back real quick, Muhammad, Khalid Khan, Muhammad Khan.   What--where does Khalid Khan live?  Khalid Khan, where is he live?

UH:        He live in Lodi.  But I don't know exactly his address.

GS:        Who's it, who are his parents.

UH:        Uh, no, he's married.

GS:        Well, who's he married to?

UH:        Pakistani, uh.

GS:        Do you know her name?  Do you know, uh, how would I, how would I find him if I'm, or how--how would we know it's verified that we're thinking about the same person?  What car does he drive?  Where does he work?

UH:        He's work in Anderson Rack.    In Stockton.

120

### Interview of Umer Hayat, 06/04/2005

GS:     Anderson Rack in Stockton?

UH:     Yes sir.

GS:     How old is he?

UH:     Twenty-six, twenty-seven year old.

GS:     And did he, what camp did he go to?

UH:     Camp, exactly I don't know where in Pakistan he tra ...  he ...

GS:     And how did he, how did you know, did he tell you also?

UH:     Uh, he was tell us.

GS:     And where--where did he tell you?

UH:     In the mosque.

GS:     When did he tell you?

UH:     When?

GS:     Yeah.

(22:57:12, TH enters the interview room)

UH:     That's about uh--uh, one year ago.

GS:     One year ago?

UH:     Yes, sir.

GS:     Ok.   And how about uh, and he--he lives in Lodi though?

UH:     He's live in Lodi, sir.

GS:     Just verify that.   He and I are thinking about the same people.   Getting names and dates.   Muhammad Khan, uh, how old is he?

UH:     He's around 28.

GS:     Twenty-eight, and um does he live in Lodi also?

UH:     Also, but I don't know his address exactly.

GS:     Is he married also?

UH:     Uh, he's married, yes, sir.

GS:     To--to, do you know to whom?

UH:     No, I don't know about that who's, what his wife name ...

121

## Interview of Umer Hayat, 06/04/2005

GS:    Do you know what street he lives on?

UH:    Uh, he's on uh Hellborn Street.

GS:    Hellborn?

UH:    Yes.

TH:    With H?

UH:    Yeah.

GS:    H?

UH:    Yeah, Hellborn.

GS:    And uh, do you know where he works?

UH:    No, I don't know, exactly, I know Khalid, he working Anderson Rack, but I
       don't know Muhammad......

TH:    Do you know any phone numbers for any of these? Any of these guys?

UH:    No, I don't have any phone numbers.

GS/TH:    [ talking in a very low voice, (UI)]

GS:    Um, one of the things, uh.

UH:    Yes, sir.

GS:    Um, clearly we got a problem on our hands.

UH:    Ok.

GS:    Ok, the problem is--is rather significant.  We got a couple of these guys went
       to camp, Hamid went to camp, you've been to camp bunch of times.

UH:    Yes.

GS:    There's, you know, trying to kill George Bush and invade the Immigration
       Building.

UH:    Well, I just watch the camp, you know.

GS:    Ok.   Well, you--you know what I'm saying, right?

UH:    Yeah.

GS:    Um, so it's a problem though

UH:    Ok.

GS:    And none-, nonetheless, um, we are, our--our big interest is not in Umer or
       Hamid, although we have to deal with the problem somehow.

122

## Interview of Umer Hayat, 06/04/2005

UH:    Right.

GS:    Our big interest is to stop this from happening more.

UH:    Yeah.

GS:    Because it's a problem.

UH:    Exactly.

GS:    Because look what, I--I will tell you, your son has got, he's got some big issues.  Um, there's, you know, there's a very good chance he's gonna go to jail for, until we figure out what's going on and that's, and I know that's scary to you and that's uh but I'm just being honest with you, so, um, we, but--but again, you know, I did all this on the wall, all these people up here and it, it, it, and the way that life unfortunately works sometimes is the people on the bottom get, all have the worst problems, but that's not fair.   Do you agree with me?

UH:    Yes, sir.

GS:    It's these guys...

UH:    Yes.

GS:    ...who are the ones that should suffer the consequence because they're the ones who take these thousands of children, kids, and train them and get them killed or get them put in jail.

UH:    Yes.

GS:    Or ruin their lives.

UH:    Right.

GS:    Do you agree with me?

UH:    Yes, sir.

GS:    So, what um, in, a couple of things and so don't get scared when I talk to you about what we, what we would like to try to do and you've already talked a little about what you want me to do, I'll help you, I'll try to help you.   And so maybe you can help us.

UH:    Yes.

GS:    Um, I cannot promise you anything.   I certainly can't promise you that uh we can make all these problems go away because these problems take, took many years to start.

UH:    I see.

GS:    But we can start to try to make them go away.

UH:    I see.

123

1

## Interview of Umer Hayat, 06/04/2005

2  GS:   Um, and--and...

3  UH:   In the future.

4  GS:   Yes.  And the way we do that is to, is to, is to work on those people higher up in that tree and um so I'm gonna ask, you to help us.

5  UH:   Ok.

6  GS:   Um, but this is not gonna be fun.  It's gonna be, it's gonna be hard.

7  UH:   Ok.

8  GS:   But it's the, it's really uh important....

9  UH:   Ok

10  GS:   .....to us.

11  UH:   Ok.

12  GS:   And I'll be honest.  It's, it, I would like to be able to represent or I'd like to be able to tell my bosses that Umer is trying to help us.  Um, because as it
13  stands now, we're in a situation where you've been to these camps a bunch of times and your son's been there and trained at a camp and so we, want
14  to be able to um, and that's not good.  And we just leave that out there like that, the people that are gonna get in trouble most likely are you and Hamid,
15  Ok, and you don't want that, do you?

16  UH:   No, no.

17  GS:   Ok.  Um, so uh what we are thinking about doing is having you work back
18  up that tree for us a little bit.

19  UH:   Ok.

20  GS:   So, and that, what that will mean is to go talk to Shabbir and Adil......

21  UH:   Ok.

22  GS:   About

23  UH:   Ok

24  GS:   These things.

25  UH:   Ok.

26  GS:   Can you do that?

27  UH:   Yes, I can do that.

28  GS:   Can you do that tonight?

UH:   Yes, I can do that tonight.

124

## Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| GS: | Ok, and, alright, now, what that, what that will mean is um we'll probably put some kind of a, something on you so we can listen to what was happening. And you would go and you would have a conversation with him and you would ask them um about these--these, you know, for instance, that you know, you have just been, they, I imagine that people know you're here. |
| UH: | Uh, no. |
| GS: | Don't you think? |
| UH: | No, no only my wife know. |
| GS: | Well, is your wife gonna tell anybody? |
| UH: | No, I told her don't tell anybody. |
| GS: | Yeah, I bet you, I don't know though.  I mean, we, see, I'm... |
| UH: | No, no, no, she's not uh because we--we miss coming in the morning I tell her don't tell anybody. |
| GS: | Well you know what though, the whole, you know, Lodi knows that the FBI's been uh have been watching Hamid. |
| UH: | Uh, yeah, that's true, but they don't know we come here. |
| GS: | Well, then the whole, all of Lodi knows that Hamid didn't go to work today, by the way. |
| UH: | Yeah. |
| GS: | And that he's been gone all day. |
| UH: | I told him we got a van broke. |
| GS: | Well, let me, let's just say that they know you're here. |
| UH: | Ok. |
| GS: | Let's just say they know you're here. |
| UH: | Ok. |
| GS: | Because I think there's a good chance they probably do. |
| UH: | Ok. |
| GS: | Because the way this thing, the way the world works. |
| UH: | Ok |
| GS: | So...... |
| UH: | How am I gonna talk to him, what am I gonna talk to him? |

### Interview of Umer Hayat, 06/04/2005

GS:     What--what--what do you think?  What're you gonna say to him?

UH:     Yeah, that's why I want to know.

GS:     I mean, what we want, we want you to talk to them about, you know, they're—they're gonna be concerned.   If they know you're here...

UH:     Yes.

GS:     They're gonna be concerned with what's happening.

UH:     Ok.

GS:     What's going on Umer, tell us what's happening.

UH:     Ok.

GS:     Um, one of the things that's probably gonna happen tonight and I'm not sure how long this will stay this way.

UH:     Ok.

GS:     It could be for a long time.

UH:     Ok

GS:     It could be for a short time.

UH:     Ok.

GS:     It's Hamid's gonna probably go to jail.

UH:     Ok.

GS:     Uh, you know, for tonight, only because we have to sort this stuff out.

UH:     Ok.

GS:     Um, but you have an opportunity to go talk to these people and find out more about why they are here, and I know you can't go up and say, Shabbir, why are you here in the United States.   I know you can't do that.

UH:     No.

GS:     But you can tell him....

UH:     Ok

GS:     That uh, you can certainly talk to him about uh, they're asking me about the camps.  You know, they think that, you know I don't know what to tell them.

UH:     Ok, I ask him from, like FBI asking me from the camp.

GS:     Right.

126

**Interview of Umer Hayat, 06/04/2005**

UH:     Ok.   What else?

GS:     Yeah, I mean, and—and, you know, what do I tell the FBI, what do I tell them?  What if they ask me about you, what do I tell them about you?  What if they know that you are uh, your Madrassah, you know.  What if they ask me about Jamia Farooqia, what do I tell them about that.

UH:     Ok.

GS:     What do I tell them about um, you know, you know, what if they know that these students from these Jamia Farooqia go to camps.

UH:     Ok

GS:     What if they ask me that, what do I tell them....

UH:     Ok

GS:     because I know, you know, they ask me about, you can tell him, they asked you about um, you know Rawalpindi.   We asked him about Saeed-ur-Rehman.   They know, they know something about that because they been looking at Hamid.   They know Hamid, they know who Hamid, they know about who my—my father-in-law is.   And they were asking me about that because they're worried about how, how did Hamid get to camp...........

UH:     But we have to talk in own language.

GS:     That's fine.

UH:     Yeah, we can't talk in English.

GS:     Talk in Urdu.   Talk in Urdu.

UH:     Yeah.

GS:     Talk in Urdu.   We—we know people who talk in Urdu.

UH:     Ok.

GS:     You got to talk, you, I know you can talk to him, well you pick your language.  We'll worry about that later.   We're gonna know what's going on and—and I'm not worried about the language.   I'm worried about getting them, to talk about this stuff.

UH:     Yeah, but I just want to let you know.

GS:     Yeah, I know.

UH:     The language is in Urdu

GS:     That's Ok.

UH:     Uh, we talk to each other Urdu.

GS:     That's Ok.

127

Interview of Umer Hayat, 06/04/2005

UH:     Yeah.

GS:     That's not a problem.

UH:     Ok.

GS:     So you have to, but--but uh, um, do you want to try to do that?

UH:     Yes.

GS:     Do you want to try and make it better by doing that?

UH:     Yes.

GS:     I can't promise you anything...

UH:     Ok.

GS:     ...but we're gonna, we'd like to work with you as much as we can and this is the first step.

UH:     No problem

GS:     Ok.

GS:     Now....

UH:     They, they know what I, what I got, you know.

GS:     How they gonna know?

UH:     I don't know.   I mean you know, whatever you.........

GS:     Well, you don't even know what we're gonna give you yet.   Maybe, and you, and--and, nobody could even tell how, you know.

UH:     All right.

GS:     We'll, we'll see...........

UH:     That's what I wanted to know.

GS:     We'll work on something.

UH:     Ok.

GS:     All right, they're not gonna be, there's not gonna be any wires coming out of your ears or anything like that.

UH:     Oh, Ok.

GS:     So they won't be able to tell and I mean we're--we're gonna assume, yeah, we're gonna assume they're not gonna be able to tell.

UH:     Ok.

128

Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | GS: | Ok? But uh, but you need to go and talk to him.  Now it's 11 O'clock. |
| 3 | UH: | But by, by the time maybe, what about tomorrow if I go over there. |
| 4 | GS: | Well we don't have a lot of time cuz Hamid's gonna go to jail and time is quick, I mean. |
| 5 | UH: | Oh, Ok.  So I can go ahead right away over there. |
| 6 | GS: | Can you... |
| 7 | UH: | Wake' em up, huh? |
| 8 | GS: | Well, what do you think? |
| 9 | TH: | And don't you think they have questions for you at this point? |
| 10 | UH: | No, I gotta go, yeah, yeah.  They have to be (UI). |
| 11 | TH: | What do think they're gonna ask you when you walk in. |
| 12 | UH: | Why you go to FBI, what was they asking you, you know.  We heard you went to Sacramento to FBI took Hamid and you, and what was they asking you?  So what am I gonna tell him? |
| 13 | | |
| 14 | GS: | Tell him they're asking me about the camps. |
| 15 | UH: | Ok. |
| 16 | GS: | They're asking me about, they're asking me about Madrassahs. |
| 17 | UH: | Ok. |
| 18 | GS: | They're asking me about people in Lodi.  They're worried about who went to camps in Lodi. |
| 19 | | |
| 20 | UH: | Here we go. |
| 21 | GS: | Yeah.  They're, they're, you know, what would I tell him there, you know.  I can't tell them the truth, I can't tell them <u>Shabbir</u>, that you went to camp. |
| 22 | UH: | Ok. |
| 23 | GS: | Should I tell them that? |
| 24 | UH: | Ok. |
| 25 | GS: | Here, let me explain to you.  What we want to hear them say is what they're doing.  Not, so don't get them to say a lot of yes and no's or whatever but we want to |
| 26 | | |
| 27 | UH: | No, no, no, I'm not gonna say that. |
| 28 | GS: | Get them to, get them to talk about who they are, about, get them to talk about Fazlur Rehman. |

129

Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Ok. |
| 3 | GS: | Get them to talk about Al Qaeda. |
| 4 | UH: | Ok. |
| 5 | GS: | And, you know, that's what we're looking for. |
| 6 | UH: | Ok. |
| 7 | GS: | Can you do that? |
| 8 | UH: | Yeah, I can do that. |
| 9 | GS: | Ok.   Do you think that that will be, it is gonna be easy or hard? |
| 10 | UH: | Well it's not gonna be easy but............ |
| 11 | GS: | All right.   (UI) |
| 12 | TH: | Has Adil talked to you about Al-Qaeda before? |
| 13 | UH: | Huh? |
| 14 | TH: | Has Adil talked to you about Al Qaeda before? |
| 15 | UH: | No, not people like that no. |
| 16 | GS: | Has Shabbir talked, has Shabbir talk about Al Qaeda? |
| 17 | UH: | No, no, no. |
| 18 | GS: | Has he talked about camps? |
| 19 | UH: | Uh no. |
| 20 | GS: | Has he talked about uh being a Jihadi? |
| 21 | UH: | Uh, no. |
| 22 | GS: | He's talked about giving fiery speeches. |
| 23 | UH: | No, his speeching is not that. |
| 24 | GS: | Well, you told me just a minute ago that he told you that... |
| 25 | UH: | Well he's in Pakistan. |
| 26 | GS: | He's wanted, yeah, exactly, yeah.  He's talked about those things. |
| 27 | UH: | Well I'm talking about here. |
| 28 | GS: | No, no, no, no, but he's talked about.   It--it doesn't matter where he did it but, you know, he's talked about this stuff. |
| | UH: | Oh, yes, yes. |

130

### Interview of Umer Hayat, 06/04/2005

GS:     Does he talked about Al Qaeda back in Pakistan?

UH:     Yes, absolutely.

GS:     What did he talk about?

UH:     It's a, Al Qaeda is uh, you know, like in, he--he was a (UI) especially for, you know, to be uh number one enemy in Pakistan for America.

GS:     So he talked about that.

UH:     Yeah, yeah.

GS:     All right.   So, we need him, we need him to talk about that stuff with you...

UH:     Yes.

GS:     ...and--and--and--and then we can do what we can do.

UH:     Right.

GS:     We also want one more thing from you and as I think about it now.

UH:     Ok.

GS:     Um, we wanna get your passport from you and hold on to that and that's kind of our insurance, Ok,

UH:     No problem

GS:     So maybe, so what we would probably do is, Hamid's gonna stay with us for now, so you're gonna have to tell...

UH:     You not let him go home with me?

GS:     Not tonight, no.

UH:     Why not?

GS:     Cuz we're gonna hold on to him.

UH:     Well I'm a responsible for, I give you a passport and everything.

GS:     Well not--not for him.   Well he, he's gonna, he has, he went to camp and took training.   So, we, I told you this is not gonna be a, we're not gonna fix this right now.

UH:     No, no, it's not gonna be fix right now.   That's not my mean.

TH:     I told you, he's crossed the line in the beginning and now this thing's gonna get handled at levels above us, so it's gonna take awhile to straighten everything out but so we can't just, you know, after all this, we can't just say, oh, you know, here you go.

UH:     No, no, no.   We keep watching (UI).

131

### Interview of Umer Hayat, 06/04/2005

TH:   It's gonna take a little bit of time and you gotta finish that.........

GS:   We're gonna try

TH:   (UI)

GS:   To work with you.   Do you understand what I mean?

UH:   Yes, sir.

GS:   And I said before, I cannot promise you anything.   All I can do is try.

UH:   Ok.

GS:   And that, but you gotta try harder than you ever have before, in order for us to be able to help you, Ok?   That means, so in other words...

UH:   Well whatever you told me I have to do it.   That's it?

GS:   Right, well, and Hamid, Hamid for now, is staying with us.   Um, I'm not promising you he's gonna get out tomorrow, but I'm not promising you...

UH:   I hope he can get out tomorrow.

GS:   Well, well let me explain it to you that or--or that he will get out next Friday, but I can tell you that, if you help us, I will be able to tell my boss that Umer is trying to help us.

UH:   Yes.

GS:   And that, and that's...

TH:   And he's doing what he can for his son.

GS:   He's doing what he can and that...

UH:   No, no, even I--I can't, without (UI) with my son.   You know...(UI).

GS:   Let--let me say this.   That--that will not um, that will not hurt the situation. It can only help.   It may not fix it, by any stretch of the imagination.   It may not...

UH:   I understand, sir.

GS:   It may not get Hamid out of jail but--but...

UH:   Well I hope so.

GS:   ...but--but we'll see.

UH:   I hope so.

GS:   We'll see, it depends on how good the conversation goes and all that kind of stuff.

132

Interview of Umer Hayat, 06/04/2005

UH:     Ok, Ok.

GS:     So.  I mean, a lot of that, you know will, will, that will, it help us be able to ah, to try and help you and Hamid.

UH:     No problem

GS:     Does that make sense?

UH:     Yeah.

GS:     Ok.

TH:     It's like, it's like we started off in the beginning.  We're let, we're letting you go here with, a chance, to make, to make things good, you know.

GS:     The door is open for you.

UH:     I'm good man.

TH:     You--you gotta walk through it.

UH:     I'm good man, I'm a good man.  (UI)

TH:     I feel that and you need, I--I can feel your loyalties to your family.

UH:     Yeah.

TH:     And to your god.

UH:     Yeah.

TH:     And I know those are important to you.

UH:     Yes, absolutely.

TH:     And I know where these people fall in that chain and it's not--not as high up so.

UH:     Ok.  It's up to you.  If you me to, I can go right now.

GS:     The other thing you're going to have to.

TH:     And again, we can't, you know, Gary said we can't make any promises to you about really anything.   You know, all--all we can do is look to you, we can give you an opportunity to do your best, and see where that takes us.

GS:     We need to be, and we need to be real honest.  You need to be honest with us and we need to be honest with you as we go down this road and my, honestly, we're not, we're not promising anything.  We're gonna try.  That's what I, that's what I'm telling you man to man that we're gonna, we're gonna try our best uh to get through this.  One things that uh, cuz this is a bad situation, um what's happening.  One of the things that um may happen down the road, and that's why I talked to you before about um, I don't think you have anything to worry about for your physical safety.  But it may be,

133

Interview of Umer Hayat, 06/04/2005

may down the road um we may ask you um, you know, to--to--to talk to, to help us, if we get enough information about these guys, you may be asked to assist us, Ok, and that may, it may mean going to court or whatever but we'll a, but that's the only way we can really be and--and it helps me, if I can tell him Umer wants to help us, he was willing to talk to these guys and if he has to, absolutely has to at the end, he's willing to go to court and say, you know, this is the truth. Is that, are you willing to do that?

UH: What's the truth?

GS: Well no, like we talked about, you willing to tell the truth about what happened.

UH: Yeah.

GS: So you're willing to do that?

UH: Yeah, it's Ok.

GS: Do you know what I mean, you understand what I'm saying?

UH: Yeah, I'm going to, no problem, you know what I mean.

GS: Yeah.

UH: I'm going to.

GS: And we will do our best to uh to take care of you and I've been doing this for a long time and--and, we dont, you know, we take care of people that help us.

UH: Yeah, that's good.

GS: So, all right.

UH: That's good.

GS: Ok, so, it's a, yeah, so we gotta, we gotta do this.

UH: Ok.

GS: Here, pretty soon.

UH: All right.

GS: Ok, so.

UH: Let me out and I can smoke one and put me all over whatever

GS: (chuckles)

TH: (UI) think--think about how you're gonna talk to Adil.

UH: What, I'm gonna talk about when I go over there, you know, and that he know already that, right, I'm in the FBI building, you know. So he's gonna

134

Interview of Umer Hayat, 06/04/2005

ask me what they asking you, and I'm gonna ask him they were asking me of camp.   The training.   About Maulana Fazlur Rehman.

GS:     And you say, and he's gonna say how do they know that?  And you say...

UH:     Yeah, he was, he was, he—he so his voice was taping right?

GS:     (UI)

TH:     Well and you can say, you know, and your—your friend Fazlur Rehman, see if he responds to that.You can...

UH:     He know that, he know that

GS:     Well he knows, we need him to say it though.   I know he knows all this stuff.

UH:     Ok, Yeah, I'm gonna ask him they was asking me about Maulana Fazul-ur-Rehman.   You know he's in Al- Qaeda or whatever he's (UI) to.

GS:     Let me tell you, let me tell you something.  If Adil starts to say....um hmm. Hmm, hmm, hmm.   That doesn't help us.   He has to talk.   He has to talk and that uh that uh, you know he may be smart and not say anything, um but—but it's in your best interest um, you know, it would appear to get him to talk about it cuz that—that way um because...

UH:     Oh, yeah I'm gonna try.   You will see?

GS:     Ok, you understand what I'm saying?

UH:     Yeah, you will see.

TH:     And you can ask him who—who he thinks might be talking about this.

UH:     (UI)

TH:     Who in Pakistan.   Kind of start this off you know, who in Pakistan might be telling—telling us that, you know, he's going to camps, you know.   How—how do they get these things, how did they get this information.

UH:     Ok.   I ready to ask him and see what...

GS:     See what happens.

UH:     Yeah.

GS:     Ok.

UH:     Ok?

GS:     All right.   See what this guys says.

UH:     Can you take me for smoke?

GS:     Uh, yeah, we gotta get somebody here.

135

**Interview of Umer Hayat, 06/04/2005**

GS:       We're gotta go quick (UI).

UH:       Please.

GS:       Hold on, (UI).

UH:       No, I'm sitting down (UI).   I'm going right now (UI).

GS:       Right.

UH:       Till you gonna send somebody.

GS:       Ok.

(23:15:38, TH and GS exit interview room.)

UH:       (speaking in a foreign language (UI))

(23:21:38, Background noise / UH cell phone ringing)

(23:21:51, HS enters interview room).

HS:       How you doing?   Somebody was saying you might need water.   Do you need any water?   (HS offers UH a bottle of water)

UH:       No.

HS:       You all set?

UH:       I go to smoke one and then...

HS:       You wanna go smoke one?   Ok, somebody's gonna be in here in a second.

UH:       Ok.

HS:       I'll make sure.   Let me just clean some of these things out here.

UH:       All right.

(23:22:07, UH cell phone ringing)

HS:       What's that?   You know, I don't think at this stage they want you to call anybody right now.   They're gonna give you some instructions on the way to do that.

UH:       No.

HS:       Uh you've got couple of waters down here (UI).   Ok, bye, thank you.

UH:       Ok, sir.   Can you send somebody?

HS:       Yeah, somebody's coming.

UH:       Oh, Ok, Ok

### Interview of Umer Hayat, 06/04/2005

(23:22:25, HS exits interview room).

UH:          (Speaking in foreign language (UI))

(23:24:53, UH cell phone ringing - speaking in foreign language (UI))

(23:25:08, GS opens door of interview room)

GS:          Hold on one second.   Sit down, I just thought, I thought I heard a phone ring or something.

UH:          No.

GS:          Ok, go ahead and sit down.

(23:25:19, GS closes door of interview room and leaves).

(23:25:39, GS enters interview room)

GS:          Uh, who--who called you?

UH:          Um, my wife.

GS:          Ok, all right.

UH:          I told her don't call me.

GS:          (UI) come take a quick smoke.

UH:          Yes, sir.

(23:25:51, UH and GS both exit interview room.)

(Long pause / Background conversation taking place outside of interview room (UI))

(23:41:27, GS, TH and UH enter the interview room)

UH:          It's cold outside, do this chair belong to me or no

GS:          What's ah, let me get your house number.

UH:          Ah, the phone number first

GS:          Yeah

UH:          209

GS:          This is the cell phone?

UH:          Yes sir.

UH:          209

GS:          Yep.

137

Interview of Umer Hayat, 06/04/2005

UH:      513

GS:      513

UH:      30

GS:      30

UH:      90

GS:      90

GS:      Ok, what's you home number too?  What's your home number?

UH:      Ah, 209.

GS:      A huh.

UH:      334

GS:      A huh.

UH:      64 70.

TH:      Any other numbers?

UH:      No...(UI)

GS:      What's your address?

UH:      302 Acacia Street, number A

GS:      302 Acacia,

TH:      Is that an apartment?

UH:      No is only one lot is two house.

TH:      So you live right next to ah

GS:      To ah...Muhammad Abdul Rashid.

UH:      Yeah, they live far away from us.  I don't have to go them house for anything like that you know.  I just meet him in the Masjid.

GS:      Um, what um, OK.   Alright.   So let's uh get this show on the road all right Tim.

TH:      Yah, sound good.   Getting late so........

GS:      So do you uh.

UH:      Yes sir.

GS:      Wha, what kind of car, are you driving?

138

### Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Ah, it's a Plymouth Voyager minivan, blue. |
| 3 | GS: | Blue |
| 4 | UH: | But I don't remember the license number if you want to see from outside. It's blue van. |
| 5 | TH: | It's parked right out front by the gate right. |
| 6 | UH: | Yes. |
| 7 | GS: | What year is it? |
| 8 | UH: | Ah 96. |
| 9 | GS: | And what kind of car is your cousin driving? |
| 10 | UH: | Which cousin? |
| 11 | GS: | Whoever came up. |
| 12 | UH: | Oh he have, maybe he have a Honda Civic or ah or......... |
| 13 | GS: | What cousin is it, what's his name? |
| 14 | UH: | Un G  J J |
| 15 | GS: | Spell that. |
| 16 | UH: | John, I mean I'm sorry John.   Jahan. |
| 17 | GS: | John? |
| 18 | UH: | Z ....zeb is last name is last name. |
| 19 | GS: | Uh huh |
| 20 | UH: | But first name is Jahan |
| 21 | GS: | Jahan Zeb? |
| 22 | UH: | Yeah but they call him Jay he have a store. |
| 23 | GS: | He's your cousin?  alright, alright let's see what (UI). |
| 24 | TH: | We'll be going out of here shortly. |
| 25 | UH: | Yeah, please so we can. |
| 26 | TH: | OK. |
| 27 | (23:43:49, GS and TH exit the interview room.) |
| 28 | (UH speaking foreign language to himself (UI)) |

139

### Interview of Umer Hayat, 06/04/2005

(Long Pause / background conversation is (UI))

**END OF TAPE 3A OF 3B**

**BEGINNING OF TAPE 3B OF 3B**

(23:53:36, UH sitting alone in interview room)

<u>BACKGROUND CONVERSATIONS:</u>

UM:        Well, yeah, I don't want you to feel (UI).

UM:        Yeah, but that's no problem (UI).

(Rest of the conversation Unintelligible)

(23:54:55, Sacramento FBI Office Phone ringing in background)

(00:01:16, GS enters interview room and assists UH in placement of recording devices UH previously agreed to wear)

UH:        OK.   If the phone is come, ya know, you know I'm in the car, right.

GS:        Right.

UH:        Someone like my wife.  Not them, not them, the one we talk...

GS:        Right, why don't you call your wife now and just tell her hay you are on your way home I'll talk about what's going on

UH:        If somebody just call me and I don't give them an answer.  Ya know (UI).

GS:        Do you want to call her?  You want to go straight home?  What do you feel more comfortable doing?

UH:        Well, then, I call from...outside

GS:        Why don't you call her right now?

UH:        Outside

GS:        Why not right now?  I mean you can, wha, what's the difference?

UH:        Nots the difference.   Nothing different.

GS:        Nothing different.  Ok, so, what will call why don't you call her real quick right now and just tell her what's...(UI).

UH:        I call right here.

GS:        Sure tell her

UH:        (UI)

GS:        It's been a busy phone today.