# EXHIBIT B-2C

## KTVU Redactions
## to Umer Hayat Transcript

**Interview of Umer Hayat, 06/04/2005**

(00:05:48, UH cell phone ringing)

UH:     (UI).....(Punching in phone numbers) (Unknown individual answering phone) Ok

GS:     Inshala, I'll be home

UH:     Yeah, she is asking me, both of the, and I say yes...(UI)

GS:     Hold on a second.   Would you please sit down for a second?  I want to make sure (UI).

(00:06:31, GS exits the interview room)

(00:09:09, GS enters the interview room)

GS:     Almost finished

UH:     When I done this kinda  stuff......

GS:     What's that?

UH:     When I done this, you know, the talking

GS:     Yes, yeah, alright?

UH:     When I go home.  Then what I'm gonna do?

GS:     We gonna meet up right after we go home.

UH:     Yeah.

GS:     So we are meet up or we are going to meet up with you right after this is done.   So what ... .

UH:     You gonna take this........

GS:     Yeah, yeah, yeah, yeah. We're gonna take it, I'm not gonna, you don't, You won't keep it.  Soon as you're done we'll, we'll get an update from you.  As to what happened.

UH:     Oh, ok, ok.

GS:     Um, your, what's your, I'm gonna program, you cell phone number in here real quick.  What's your?  Hold on a sec.

UH:     So where is Hamid now?

GS:     He's gonna spend the night with us.  Til we figure out what's going on.

UH:     OK.   Did you guys gonna give him something?

GS:     What's that?

UH:     Did you guys gonna give him something for eat?

### Interview of Umer Hayat, 06/04/2005

GS: Yeah, yeah, oh yeah. He'll be taken care of. Don't worry. No, he, we, we'll treat him nicely.

UH: Um. You know, don't tell him till, don't, don't tell him he go to jail, you know.

GS: Well, he's gonna, he, he's gonna figure that out, but, again, this is all a um.

UH: Well, depend on this interview, now.

GS: Right.

UH: See what they gonna say.   Right?

GS: Ok, ok give me 209.

UH: 513

GS: 513

UH: 3090

GS: 3090.

UH: Ok?

GS: 213 513 3090

UH: 513 3090

GS: Ok.

UH: Alright?

GS: Yeah.   Let me see here.   Let's make sure it works real quick.   Is it "On"?

UH: Mine?

GS: Yeah.   (UI)

UH: I think, I uh, turn it on, let me see... Yeah it's on (UH cell phone ringing)

GS: Yeah, that's me, alright...

UH: Ok, yeah it's on.

GS: Ok

UH: I have to hook it up with a (UI) a.........

GS: Yeah, you need juice (UI)............

UH: (UI).

GS: Hold on a second.   We'll make sure that a (UI)

### Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | (UI). |
| 3 | GS: | I know, I know (UI) going right in just a second.  What uh, what route are you going to take?  How are you going to go down? |
| 4 | UH: | Well I'm going to follow you if you can (UI). |
| 5 | GS: | Well, is your cousin going to be out there though? |
| 6 | UH: | I hope.   If he not there then I'm gonna follow you. |
| 7 | GS: | Well yeah I don't want you him to see me though.   Cause then he's going to know so if you if he's following you and your following me, that's a problem, so. |
| 8 | | |
| 9 | UH: | If I see him I come back to you guy. |
| 10 | GS: | Ok. |
| 11 | UH: | If he's in the parking lot.   Just get me, just get me out, you know...(UI) |
| 12 | GS: | Yeah.   Why don't you wait in your car out there until you see you ah until ah (UI). |
| 13 | | |
| 14 | UH: | I come back to you, |
| 15 | GS: | OK. |
| 16 | UH: | And I'm in the door |
| 17 | GS: | Right.   Hold on a sec.. |
| 18 | UH: | You know |
| 19 | GS: | Right. |
| 20 | | (00:11:49, GS exits interview room) |
| 21 | | (00:12:53, UH cell phone ringing) (UH has conversation on phone in foreign language (UI)) |
| 22 | | (00:14:32, GS opens door to interview room). |
| 23 | GS: | Did, who called you? |
| 24 | UH: | Ah, Naseem |
| 25 | GS: | What did he say? |
| 26 | UH: | He say, are you coming, I say yes |
| 27 | GS: | Ok |
| 28 | UH: | And I told him, I'm on my way.  That's it.  He know, he call, (Points to SA Wells who is out of view of camera and standing in the hallway just outside the interview room) Naseem Khan, remember....Naseem |

Interview of Umer Hayat, 06/04/2005

| | |
|---|---|
| GS: | Naseem called him just now. |
| SW: | Oh yeah.   (UI). |
| UH: | Yeah |
| GS: | Is there anybody waiting out here do you think. |
| UH: | I don't know really |
| GS: | He'll, he'll walk you out, right now to your car. |
| UH: | OK. |
| GS: | And then we'll, we'll kind of follow you.   We're not going to follow right behind you.   But now when you go home |
| UH: | OK which way I go now. |
| GS: | Yeah were ah. . .you go down (Sean will point down) down to um |
| SW: | It's uh, you see uh the street here when you get out to the street you turn left. |
| GS: | If there is nobody out there than you can follow me and then once you get on the freeway, then |
| UH: | How am I gonna know, if uh |
| UH: | How you, how you I mean how you you gonna know it, there not somebody in the parking lot. |
| GS: | Well uh |
| UH: | I can meet you please, you can wait here in the door and I tell them |
| GS: | Yeah, you're gonna, you're gonna, he's gonna walk you out there and he's going to look around. |
| UH: | Yeah |
| GS: | and see if there is anybody out there. |
| GS: | If there's nobody out there |
| UH: | Did you tell him |
| GS: | Yeah, he's gonna be with you.   Just tell him and then then you're gonna say, "Oh somebody's here." |
| UH: | OK.   Where are you gonna meet me and how, how I ... |
| GS: | Well, if somebody's here then you could just come back inside and we'll figure what we do.   Do you think somebody's out there or no? |

### Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Um ah I'm not sure exactly ya know because but somebody say we gonna come ya know but I don't know if they here. |
| 3 | GS: | What if they couldn't find it, you couldn't find it. Who knows if they could, huh? |
| 4 | | |
| 5 | UH: | (UI) |
| 6 | GS: | It's hard to find, ok. Well, are you, do you, is it better to take 99 south? |
| 7 | UH: | Yeah. (UI). |
| 8 | GS: | All right, so once you get on business loop 80, you be fine. |
| 9 | UH: | Ok which way I have to go. Business 80. |
| 10 | SW: | Well, wha, when you get out of the freeway, you will get on ah Business ah 80 ah. |
| 11 | UH: | No no from here |
| 12 | SW: | From Auburn ... |
| 13 | GS: | Yeah, so you just go right out our driveway here, and you go left to the light and then you go left again and then that will take you down to the freeway on-ramp and you turn right and get on the on-ramp. |
| 14 | | |
| 15 | UH: | ok |
| 16 | GS | And then ah |
| 17 | SW: | There's ah there's ah 80 and Business 80. |
| 18 | UH: | 80 and Business 80. So I have to take Business 80 or just 80? |
| 19 | SW: | Business 80 better |
| 20 | SW: | Because if you go 80 you will go regular 80 you will go to Highway 5. There's a business 80 and |
| 21 | | |
| 22 | GS: | How about somebody somebody give us keys and will pull the van a real quick and then we'll go out the back way. |
| 23 | UH: | No problem. |
| 24 | GS: | And then you can follow us out the back way. |
| 25 | UH: | But if somebody waiting over there what am I going to tell them. Let me greet them and tell them they can go home. You know. |
| 26 | | |
| 27 | GS: | That was it's probably safer.... |
| 28 | UH: | He can go with me. (UH gestures towards SW). |
| | SW: | Ok |

### Interview of Umer Hayat, 06/04/2005

1

2    GS:        Hold on a sec.

3    SW:        Let me, let me get my map.

4    UH:        But I, I have to follow you out.   I don't know which way I have to go.

5    (00:17:13, GS, SW and UH begin to exit interview room but only GS leaves.  SW and UH stay in interview room).

6    SW:        I'll wait for you here.

7    UH:        OK.

8    SW:        Why don't you just we'll, we'll.   Do you know if somebody is out there?

9    UH:        I don't know, Sean

10   SW:        OK.

11   UH:        So, why, you and me can go.

12   SW:        We can go.

13   UH:        He's making call?

14   SW:        What's that?

15   UH:        He's making call to who?

16   SW:        No, no.  He's making call to make sure that if anybody's out there right now.

17   UH:        Oh.

18   SW:        So Hakim Khan (ph), called you.

19   UH:        No.  Naseem, Naseem

20   SW:        Naseem

21   UH:        No, don't say, please, we are already very conscious.    It's Naseem,
22             Naseem.  Friend of mine in Lodi, they want to know , where are we, what
             time we are coming, that's all.

23   (00:18:00, GS enters interview room).

24   GS:        Go ahead so you, Sean will walk you out and just kind of shake, shake
25             hands.   You look around and make sure there is nobody there if there's
             nobody there, just kinda wait in your car and we'll be pulling up in just a
26             second.   I'll pull up and then you can follow me............

27   UH:        No, no, when you say that go outside.  (UI)

28   GS:        Yeah, yeah.  Just, just wait for me.   We'll be right there.

     UH:        OK.

146

1

## Interview of Umer Hayat, 06/04/2005

2   GS:   But in the meantime you're gonna look.   If you see somebody that you recognize you tell them that everything is OK.   Just go ahead and go home.

3   UH:   OK.

4   GS:   It's OK.   I'm going ... I'll be right back.

5   UH:   That's what I want to know

6   GS:   And then, and then you'll shake hands.   And you guys shake hands.   He'll walk away, you'll tell them to go home and then just wait for us and we'll be
7         out in just a minute.

8   UH:   Yeah, then I follow you because I don't know where I'm going.

9   GS:   And then once we get on 99 south, um I'll call you on the phone, but I want you to go ahead.   Don't, I don't want to be near you.   Now, the other
10        question is you're gonna go straight home, right?  Get you passport.

11  UH:   Yeah.

12  GS:   And then give it to us.   Where do you want to meet?   Is there a gas
13        station........

14  UH:   Not my house

15  GS:   Well, where, where though?  Pick a spot.

16  UH:   Oh you can meet me in a (UI).

17  SW:   Over by Denny's.

18  UH:   Or, over Denny's.

19  GS:   By Denny's.   You know where Denny's is?

20  UH:   Yeah, I know (UI)

21  GS:   Alright (UI) Denny's parking lot.   We'll meet you in there.

22  SW:   Yeah, off Kettleman, off a Kettleman ah

23  UH:   Yeah, and then after that I have to go over to...

24  GS:   Up the street to Shabbir's house

25  UH:   Yeah.

26  GS:   OK.

27  UH:   and then I have to take off

28  SW:   I want you to wait first before ya

    GS:   After you go to Shabbir's place...(UI).

147

**Interview of Umer Hayat, 06/04/2005**

1

2   (00:19:18, UH, SW and GS exit interview room)

3   **END OF TAPE 3B OF 3B**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

148

# EXHIBIT D-3

1

**Interview of Umer Hayat, 6/5/05**

**Legend**

2

3
UH:   Umer Hayat
TH:   Timothy M. Harrison
GS:   Gary B. Schaaf

4
SW:   Sean Wells
MB:   Mikael Bergh

5
HS:   Harry Sweeney
UI:   Unintelligible

6
PH:   Phonetic

7   **Video Tape 1**

8   (10:57:09)

9   (TH and UH in interview room alone)

10  UH:   Huh?

11  TH:   We're gonna try and get you a little bit of food, just - just snacks, and uh, for now.

12  UH:   Yeah, uh I don't want to drink too much because then I go again and again to the

13       bathroom you know.

14  (10:57:20, GS enters interview room)

15  TH:   Uh huh, that's why, I'm trying to get some cookies in here for you so, ... some -
       some sugar for you.

16  UH:   Unintelligible

17  GS:   Or some tea.

18  TH:   Yea.

19  UH:   I think - when we was coming from Lodi, those guys

20  GS:   Ok

21  UH:   We, you know we buy coffee they buy it for me coffee and donuts.

22  GS:   Do you drink coffee, because we can get you some coffee too.

23  UH:   Yeah

24  GS:   So let me know if you need some.

25  UH:   Ok.

26  TH:   Alright well well yesterday we talked very generally about a lot of things.

27  UH:   Ok

28  TH:   About training camps and people here in Lodi who been to training camps,
       talked mainly about about names and and things, but today we want to, you

1

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | | know everybody's head's cleared now, you know, you got a little bit of rest, we want to talk about some details. |
| 3 | UH: | Ok. |
| 4 | TH: | The finer points of what you're talkin' about. |
| 5 | UH: | Ok. |
| 6 | GS: | Unintelligible |
| 7 | TH: | Unintelligible |
| 8 | GS: | I, I uh this morning we, uh we have paperwork to fill out and we were going crazy |
| 9 | | last night, so something, uh we we uh talked about uh, those things that you wore last night when you talked to <u>Shabbir</u> and <u>Adil</u>, also and you probably uh, |
| 10 | | uh, normally uh you know, we do this anyway but getting here again and talking to us today and it's it's an important thing so you probably, you, you, watch t.v. |
| 11 | | sometimes you see on t.v. people get their their what they call their their rights and so I need to need to tell you that uh and you you know those we've already |
| 12 | | decided to talk to you. |
| 13 | UH: | Yea the t.v. people? |
| 14 | GS: | Well no, you, you know you have um you have the right to remain silent, you know that. |
| 15 | UH: | Nods Head Yes. |
| 16 | GS: | Um uh anything you said can be used against you in court, you know that. |
| 17 | UH: | Nods Head Yes. |
| 18 | GS: | We talked about that. |
| 19 | UH: | Nods Head Yes. |
| 20 | GS: | Um you have the right to talk to a lawyer for advice before we ask you questions. |
| 21 | | You understand that? |
| 22 | UH: | Nods Head Yes. |
| 23 | GS: | Um you have the right to uh uh, if you can't afford a lawyer one will be appointed uh for ya um uh before we ask you any more questions, and |
| 24 | UH: | We got already lawyer. |
| 25 | GS: | Ok, alright.  And if you decide to answer questions without a lawyer you have the |
| 26 | | right to stop answering at any time. |
| 27 | UH: | We got already lawyer. |
| 28 | GS: | Ok. |
| | UH: | No doubt. |

2

**Interview of Umer Hayat, 6/5/05**

1

2   GS:   Alright, Ok. So you under, you understand those rights how how they talk?

3   UH:   Yea.

4   GS:   Deal with,

5   UH:   We got already lawyer.

6   GS:   Alright yea you and you wanted to, you're here to talk to us today though,
7         correct?

    UH:   Yea that's why I'm here.
8
9   GS:   Ok, alright so we're and we want to talk about all this stuff uh about Hamid and
          and and as we've talked about before I just wanta make sure I mean you you
10        understand all these things that this is serious stuff uh for Hamid and we're
          gonna try to figure out what to do. You also understand, that uh we we certainly
          are interested, uh, specifically in some people above Hamid, um, you know,
11        Maulana Adil and Shabbir and the people who are getting, you know, kids like
          Hamid uh to potentially to do things that are very dangerous. That's our main
12        purpose you understand that.

13  UH:   Uh huh.

14  GS:   So we talked about that before. So anyways

15  GS:   We work with uh where they tell us but sometimes we work with them and
16        sometimes we don't. I mean but you need to understand our our our purpose
          our main purpose here, because everybody has their own different interest. Uh
          Pakistani government has their interest. Pakistani government really doesn't
17        care that much about the United States. They care about them, themselves.
          Our purpose here, and we care about Lodi and we care about making sure
18        nothing bad happens here um and that's what that's why we are putting this
          effort in and you know not sleeping very much last night because um we want to
19        make sure that um you know I mean you talked about um you know the the the
          Immigration building is identified as possibly that's where, you know, where these
20        guys might want to attack um things like that and that's, we can't let that happen
          and so that's why this is so so important and so um you know we certainly uh
21        you know and that's why we talked to Hamid in the, in the first place because we
          knew Hamid had been to camp, um and we knew that,
22
    UH:   That's information from Pakistan.
23
24  GS:   Yeah. I mean I can't, and let me tell you, the same way I will protect you um we
          will protect you I, I'll never come out and tell you well, you know Mohammad so
25        and so told us this about Hamid because then we would be, um, then he couldn't
          trust us anymore. So in that same way, as we talk today um I, I will not go out
26        and say Umer Hayat told me that uh uh you know, Shabbir Ahmed is Al Qaeda.
          We don't, we don't do that.

27  11:03:17

28  UH:   But that's your job to do that.

3

### Interview of Umer Hayat, 6/5/05

GS:     Yeah I mean but but but I I want you to know that ...

UH:     Unintelligible

GS:     But I want you to know that you um what you've done in the last 24 hours is go from here and like uh Tim says we've built a bridge of trust, um so we, we started with truth in the middle and it started out not being truthful because you were scared or nervous or whatever and now it's truthful. Now we have to, on that bridge try to make sure that um nobody gets hurt and so we're gonna ask you some specific questions about things like uh, you know especially about you know some of these other young men who've been to camp um you know what exactly maybe trying to identify who they are and what they might be doing um how they might get orders to do something, what might, be-because something might happen that might cause them to get together and do something bad and we want to make sure that we understand that from everybody who might know about it and so you're one of those people. Does does that make sense? Are ya, are ya, do you understand me so far?

UH:     Maybe. Nods head yes.

GS:     Ok well if you don't understand me stop me an an an and and um and we can we can get some, get, get some help.

UH:     Nods head yes.

TH:     And I think what we talked about yesterday here is we're we're, we're staying staying, true to our God, you know, and trying to help our families here and-and keeping our and by partially that involves keeping our backyards, our neighborhoods safe. This is, we all live in this area we're all tryin' to keep it, keep it safe. For us and for our children and their, our children's children you know Hamid who's, who's married now, his his kids to be, so we wanna keep, we wanna keep those priorities in mind. What we wanna do is is deal with the big fish, the big important Maulana who are causing a lot of these problems, for us right now.

UH:     Well that's in Pakistan, you know.

GS:     Well here too.

TH:     eh eh

GS:     Maulana Adil is here.

TH:     The network goes all over.

UH:     Maulana Fazlur Rehman, Maulana Sami-ul-Haq, you know.

GS:     And then Mo, Mo

TH:     Unintelligible

GS:     Maulana Adil, Maulana Shabbir , I mean th-th-they're here, they're here, they are you know as you said last night it goes these guys they all talk to each other. I mean as you told me this morning. Maulana Adil said that his friend is is

4

## Interview of Umer Hayat, 6/5/05

1

2       Maulana Fazlur Rehman I mean you know you've been to these camps they,
        these guys control these camps.  You know.

3   UH: Laughs, puts head down and bends over and shifts in chair.

4   TH: A lot of people freely talk to us about

5   UH: But, but they here

6   TH: Uh hum.  Alright let's see.  And the list is getting bigger and I feel like there there
        are more people to be spoken about but we're startin' with a nice nice little little
7       list here.  Um but we want you know, since your your head's fresh we wanna get
        some more details about these people.  Because these people also, connect to
8       people like Shabbir and Adil who who are higher up and we want to know more
        about them.

9

10  UH: Nods head yes.

    TH: So, alright.  Let's start with uh with Khalid Khan.  You said he works at Anderson
11      Rack in Stockton?

12  UH: Yes sir.

13  TH: Um he's about 26-27.

14  11:07:40

15  UH: Around here yea.

16  TH: Years old.

17  UH: Yea.

18  TH: These things you've already said.   He's Pakistani.

19  UH: He is Pakistani.

20  TH: Who, who, what are his parents names?

21  UH: His parents is not here...they in Pakistan, they never go here.

22  TH: Uh, Where does he stay here?

23  UH: Well I don't know his street, but he's in Lodi, some apartment somewhere.

24  TH: Does he live, is he married?

25  UH: He's married.

26  TH: Does he have...

27  UH: He have uh kids yea.

28  TH: How many kids does he have?

5

**Interview of Umer Hayat, 6/5/05**

| | | |
|---|---|---|
| 1 | UH: | I think he has one boy. |
| 2 | TH: | One boy. |
| 3 | UH: | Yeah. |
| 4 5 | GS: | And when you say you know his apartment ya-you know where it is you just can't remember what street it's on? |
| 6 | UH: | No, no. Act, actually you know, honest to God I don't know what street it's at. |
| 7 | GS: | So you don't know, you've never been, seen him. |
| 8 | UH: | No, I've never go over there, his apartment. |
| 9 | 11:08:24 | |
| 10 | GS: | See, seen him at the Mosque, basically. |
| 11 | UH: | Yes, yes Friday, only he's come to the Mosque. |
| 12 | GS: | Ok. So he comes for Juma on a Friday? |
| 13 | UH: | Yes sir. |
| 14 | GS: | Ok. Does he come by himself usually? Does he have? |
| 15 | UH: | He come by hisself, yes. You know. |
| 16 | GS: | He doesn't have a brother or sister he comes with? |
| 17 | UH: | Ah, no sir. His brother is not here. His sister is not here. |
| 18 | GS: | Do you know his sister and brother? |
| 19 | UH: | Uh, he don't have any brother? |
| 20 | GS: | Ok. So he doesn't have a brother? |
| 21 | UH: | No. |
| 22 | GS: | Do you know him from the village back home? |
| 23 | UH: | Yea, he's from same village. |
| 24 | GS: | Which, which, from, from Behboodi? |
| 25 | UH: | Yes. |
| 26 | TH: | Behboodi. |
| 27 | UH: | Behboodi, yes sir. |
| 28 | TH: | How long's he been here in the United States? |

6

### Interview of Umer Hayat, 6/5/05

UH:   How long?

TH:   Do you know?

UH:   I tell you but, ah, roughly one, two, three, four, four five years.

TH:   'Bout four five years?

UH:   Yeah.

11:09:16

TH:   Do you know, does he, is he a citizen already or is he?

UH:   He's not a citizen.

TH:   What kinda of a?

UH:   He's applied for ...

TH:   Status?

UH:   Huh?

TH:   What, what has he applied for?

UH:   Ah, he's ah, he's a green card holder.

TH:   Ok.

UH:   But his wife is citizen.

TH:   Do you know what he does at Anderson Rack?

UH:   Ah, he's a welder.

TH:   He's ah?

UH:   Welder,

TH:   Welder.

UH:   You know welder.

TH:   Welder.  Ok.

UH:   Yeah, I know so far is what information, so (UI), Ok.  (Crosses arms and leans forward)

TH:   Do you have any phone numbers for him?

UH:   No.  I never contact him.

TH:   Ok, does he ah, he is, who, who are his close associates?  Who does he hang out with?  His people, like Muhammad Khan?

7

Interview of Umer Hayat, 6/5/05

1

2   UH:   No, no, no. He's not closing with <u>Muhammad Khan</u>. He come to the Mosque
3         Friday only, and then he right away left go to job because he work afternoon
          shift.

4   TH:   Afternoon shift?

5   11:10:14

6   UH:   Yeah.   And then he come like midnight, you know.

7   TH:   Uh huh,

8   UH:   Those are his routine which I saw, you know.

9   GS:   Uh, huh.   Comes where at midnight?

10  UH:   Huh?

11  GS:   Comes where at midnight?

12  UH:   Midnight.

13  GS:   Where, where does he go at midnight?

14  UH:   I mean, he come back from the work midnight.

15  GS:   He works until midnight?

16  UH:   He works an afternoon shift, you know.

17  GS:   I see

18  UH:   From 3 to like twelve midnight, like this.   And he go, I think he's go home. I don't
19        see him any, hanging with the other people him, you know. Yeah.  I saw, I, I see
          him only on Friday in the Mosque for like 15, 20 minute.   And if he left right
20        away, to go to job.

    TH:   Ok.
21
    UH:   Ok sir.
22
    GS:   Ok.   Good, you're doing good um,
23
24  UH:   Well, yeah.   You know, I try, I have to do my best.  (Gestures with hand)

25  GS:   I know.  No, we appreciate that.

26  UH:   Yeah.

    GS:   It's important, want to get specifics on, like on
27
    TH:   Training camp?
28
    GS:   Yeah, Or how he heard and all that.

8

**Interview of Umer Hayat, 6/5/05**

1

2    11:11:10

3    TH:   How do you know about the, the training camps?   You talked a little bit about it
          yesterday but ah, I want you to ah,
4

5    UH:   Well they are like I, I know from, like how.

     TH:   Uh, huh.
6

7    UH:   I can tell you truth you know.   Look, look into my face.   (Gestures with hands)
          They're openly and ah, in the newspaper in Pakistani newspaper coming those
          kind of, where is the terrorist.   (Nods head yes and uses hand gestures) I mean
8         ah, training camp you know.   There is the Mansera (ph) camp like I told you last
          night.
9

10   GS:   Right.   We'll you've been to some of these yourself.   You've observed a lot of
          what goes on at those camps.

11   UH:   Yeah.  (Nods head yes)

12   GS:   Anyways,

13   UH:   Yeah.

14   GS:   What, what, the question is, actually, right now.

15   UH:   I, I saw from the newspaper actually you know.

16   GS:   Right.

17   UH:   Yeah.

18   GS:   You s, well you and, you've been and observed?

19   UH:   Yes.  (Nods head yes)

20   GS:   All this activity.

21   UH:   Yes.  (Nods head yes)

22   GS:   On other occasions.

23   UH:   Yes.

24   GS:   You've seen these guys shooting and heard the explosions and,

25   UH:   Yes.  (Nods head yes)

26   GS:   What my question about though is ah, wh, wh, when did Khalid, I think you
          mentioned told us at Masjid one time af, after Jumma (ph) or something, didn't
27        you mention, you said ah, I think it was him you mentioned about a year and a
          half, a year ago,
28
     11:12:01

9

**Interview of Umer Hayat, 6/5/05**

1

2 | UH: | Yes.

3 | GS: | You heard him talking about going to camp.

4 | UH: | Yes. (Nods head yes)

5 | GS: | So to, where, where did that take place?

6 | UH: | That's in Rawalpindi, close to ...

7 | GS: | Where, where did, where did he tell you?  Where were you when he told you
8 | | about the, the camp?

9 | UH: | Who?  Who?

10 | GS: | Khalid.

11 | UH: | Oh, Khalid?

12 | GS: | Yes.

13 | UH: | No, Khalid, not told me about the camp.

14 | GS: | No, he told you you he went to camp.  He went,

15 | UH: | He told me.  He told me?

16 | GS: | You said, you said that, that you knew of three people that, that, ah, went to
| | camp.  You heard a year ago.

17 | UH: | No, that was Mo, ah, Muhammad, ah ... I told you ...

18 | GS: | Muhammad Khan?

19 | UH: | No, the other one.   Was the...

20 | GS: | Abdul Rashid?

21 | UH: | Sultan Afzar (ph).  Points finger.

22 | 11:12:45

23 | GS: | Ok.   Sultan Afzar (ph).

24 | UH: | Adbul Rashid.  Adbul Rashid I was telling you.   Remember?

25 | TH: | Ok.

26 | UH: | That was in the Mosque.

27 | TH: | Oh, Sultan Afzar (ph), Afzar (ph).  You didn't know if he went to training is what
28 | | you said yesterday.

10

**Interview of Umer Hayat, 6/5/05**

1

2    UH:   No.  He don't.  He don't know.  He went to the training.  But I'm talking about
          Abdul Rashid.  He was open talk like you telling me in the Masjid you know.
3         (Gesturing with hand) He went to ...(UI)

4    GS:   How do we, how do we know Khalid Khan went to the camp?  You told us.  You
          told us.

5    TH:   Yesterday you said, he's one of the people that went.  Khalid, Mohammad Khan,

6    GS:   You said you knew three ... (puts up figners).

7    UH:   No, they was hanging around you know.  They like, Abdul Rashid and ah,
          Muhammad Khan and Khalid and ah, ah, ah, Sultan Afzar (ph).  (Counts on
8         fingers.)

9    TH:   Sultan Afzar (ph), also, hangs, also hangs around with, with these?

10   UH:   Yeah, yeah. (Nods head yes.)

11   TH:   All right, who has talked, who've you heard talk about going to these camps?

12   UH:   Like how.   What is this you say?

13   TH:   Who, who, like, like, like you heard Adbul Rashid talkin' about going to camp you
          know.  Like um,
14
15   UH:   Well he was talking in the Masjid you know.  A lot people were listening' you
          know.

16   TH:   Uh, hum.

17   UH:   I want, he want ah, took the training, that's what he said you know. (gestures
          with hands)
18
19   TH:   Uh, huh.

20   11:14:00

21   UH:   I, I heard from my own ear you know.

22   TH:   Ok. Um, and remember we're not gonna say, you know, ... even if Muhammad
          Khan talked to you directly

23   UH:   Yes.

24   TH:   He talked to you directly.

25   UH:   Please, you're not say my name you know?  (points to self)

26   TH:   No, of course not.  If he talked to you directly, you know?  We're not gonna go to
          Muhammad Khan and tell your, tell him that you know, Umer.
27
28   UH:   Umer...

     TH:   Was saying...

                                            11

1

**Interview of Umer Hayat, 6/5/05**

2   UH:   ...told us you was in that camp.

3   TH:   Tell us you was ... no.

4   UH:   Took the training...? No.

5   GS:   No.

6   TH:   No, we don't,

7   GS:   It doesn't work that way.

8   TH:   Don't, operate that way at all.

9   UH:   Ok.

10   TH:   So we need, but we need you to, you know, take a step for us and, and tell us.

11   UH:   Well um, I'm doing that you know. (gestures with open hands) Here is the Gary, and you know.

12

13   GS:   Well, yesterday you said, you said you heard, 'cause I took notes when you were saying this.

14   UH:   Which one is this?

15   GS:   Khalid. You said about a year ago you heard about him going to camp.

16   UH:   Khalid Khan?

17   GS:   Yes.

18   11:14:47

19   UH:   Yeah. He did.

20   GS:   Ok. He went to camp. You, you heard about this?

21   UH:   In Pakistan. (Nods head yes)

22   GS:   Yes, right.

23   UH:   Yeah.

24   GS:   Ok. So tell me what you heard, where, where did you hear about Khalid Khan going to camp?

25

26   UH:   Ah, he was ah, talking in the outside from the Masjid. (Nods head yes)

27   GS:   Ok. So Khalid was talking out, and how, when was this?

  UH:   Ah, one and a half year ago I guess, you know.

28   GS:   This is Khalid Khan?

12

**Interview of Umer Hayat, 6/5/05**

1

2   UH:   Khalid Khan.

3   TH:   Ok. Outside of the Lodi Mosque he was talking?

4   UH:   Outside the Lodi Mosque.

5   TH:   Lodi Masjid,

6   UH:   Yeah

7   TH:   What did he say about going to the camps?

8   UH:   He was training there.

9   TH:   He said he was training there?

10   UH:   That's what he said, you know.   He was op..., it doesn't mean (gestures with
11          open hands) like he talked to me like...

12   TH:   Now, I want you to, I want you to you know, I don't, you know ... instead of me
            asking every question well what did he say next after that, what did he, I just
13          need you to remember everything he said.

14   UH:   Ok.

      11:15:35

15

16   TH:   As best you can.

17   UH:   Ok.

18   TH:   Ah, whether he was talking about what he did at the camps.  Why he went to the
          camps.  How long he was there.  You know, all these, all these questions.

19   UH:   Ok.

20   TH:   Um,

21   UH:   Ok.

22   TH:   It's in the interest of time.  Ok, so what did he say?

23   UH:   Well he said I went to camp in Pakistan, which is close to the Kashmir border.

24   TH:   Uh, huh.

25   UH:   You know.

26   GS:   Did he name the camp?

27   UH:   Ah, no but he say I went to the training camp, which is Kashmir Border,  (leans
          forward) you know.   Which is Pakistan and Kashmir border.
28

      GS:   Right, right, right, right.

**Interview of Umer Hayat, 6/5/05**

1

2  UH:  And I thought, he said ah, about, close to five month training over there, which is,
3         that was like he say I was not here in the United State. That's before come to
           United State, he's coming to this country you know (gestures with hand as he is
4         speaking), that's what I heard from him you know. (gestures with hand to
           himself)

5  GS:  Before he came to the United States he went to this camp for about five months?

6  UH:  Yeah. Till he got here. (Points and Nods head yes)

7  GS:  Till he got here.

8  UH:  Until he got his green card and everything you know.

9  11:16:36

10  GS:  When did he go to the camp? So you know more,

11  TH:  More than five years? You said he's been here for about five years?

12  UH:  Yeah. So about, that time before you know.

13  GS:  Ok.

14  UH:  Yeah.

15  TH:  (clears throat) What'd he say there's, they were talking about at the camps?

16  UH:  Training and ah,

17  TH:  Training in?

18  UH:  Inside, you know, in the camp.

19  GS:  So the same kind of training you described...

20  UH:  Same kind

21  GS:  ...before...guns ...

22  UH:  Same thing, every camp. (gestures holding a gun and shooting)

23  GS:  Explosions.

24  TH:  Did he talk about guns? Did he talk about?

25  UH:  Yeah. Guns.

26  TH:  What'd he say about guns?

27  UH:  Sword and ah, shooting you know.

28  GS:  Khal, Khalid talked about...

14

**Interview of Umer Hayat, 6/5/05**

UH:   They teach him, you know.

GS:   Khalid talked about this then?

UH:   Yeah.

GS:   He, he, he told you that, that's what they taught him at the camp?

11:17:26

UH:   Oh, about three, four, five, guy was standing you know and he was telling us, you know.

GS:   Ok.   About all this stuff?

UH:   Yeah.

GS:   Who was,

TH:   He probably told a lot of people.  He probably told half of Lodi?

UH:   I, I don't know how many was there.   Because that was Friday you know.  There was a 100 people and he's, they, they openly, they open talk you know.   They not even (gestures to self) mention me

TH:   I, I, I'm sure a lot of a lot these guys openly talk.  I mean even though it may have happened years ago, you know,

UH:   Nods head yes.

TH:   They're still openly talking about that, that's tells you that they said ...

UH:   Oh yeah.

TH:   To many people so.  That makes, that makes it easier for us.

UH:   Yeah.

TH:   You know,

UH:   Yeah.

TH:   Because, they're not gonna ever think that it was you.   Um, who, who knew about this.

UH:   No.   They not gonna blame me for that you know.

TH:   No, no, so.

TH:   Um,

UH:   Yes sir.

GS:   Who else heard this, I'm sorry.  Who else was sitting, you said about five guys were there.

15

**Interview of Umer Hayat, 6/5/05**

UH:   No, no.

GS:   Do you remember?

11:18:14

UH:   We, we were, we, we, we they talking about outs, outside from the Masjid, you know.  (Gestures with hand)

GS:   Right.

UH:   No inside the room.

GS:   (GS's Nextel chirps).  Right.  But you, you don't remember ah,

UH:   There is ah, two exit you know and there are a lot of peoples coming and they standing behind that gate and they was talking like that so there are 50, 60 people you know.   Passing and I, hear (Gestures, points towards ear) you know.

GS:   Yeah, yeah.  Ok.  So you don't remember specifically who else was there?

UH:   Nods head no.

GS:   You just remember Khalid Khan...

UH:   Yeah.

GS:   Having this conversation with people?

UH:   Yes sir.

GS:   Talking about the camp.

UH:   Yes sir.

GS:   Was he talking to you?

UH:   No, no.  No, no.

GS:   He was talking to somebody else?

UH:   Somebody else.

GS:   And you over heard this conversation?

TH:   I'm tied up right now (Agent Harrison receives a call on his Nextel).

UH:   Yes.  They're talking ... Absolutely.

GS:   Ok.

UH:   Absolutely.

GS:   All right.   What's um, go ahead do you...Like...these guys...(UI)

16

Interview of Umer Hayat, 6/5/05

11:19:06

GS:    What, tell, tell me about the relationship between Khalid Khan and ah, 'cause we talked about yesterday Fazlur Rehman, Maulana Adil, Shabbir, and then underneath were some of these people who had gone to camp. Who had trained as, to fight Jihad.

UH:    Yes.

GS:    So Khalid Khan trained to fight Jihad?

UH:    That's what I said (Nods head yes)

GS:    Right?

GS:    What's the relationship between Khalid Khan and Shabbir?

UH:    You know honest to God he don't come to the Shabbir.

GS:    He doesn't come, he is not close to Shabbir?  (Gestures with hand)

UH:    No, no.

GS:    How come?   So you don't know, when you say honest to God he don't come to Shabbir does that mean,

UH:    No.   He just pray Friday, and he left, like I told you so far I know this information.  He go to work, he come back and go home.  I never see him much.  Shabbir talks to him you know.  So,

GS:    So he goes to work, he prays and then

UH:    Only he's come Friday.

GS:    And then he ah, but you don't see him interact.   He's obviously at the Mosque, so

UH:    Yes.

GS:    Shabbir is his Imam.

UH:    Yes.

11:20:09

GS:    But um, but you don't, he doesn't go to Shabbir's house afterwards and?

UH:    No he just left like this.

GS:    Ok.

UH:    Quick, quick, he go to work because they pray at two o'clock, you know.

GS:    Yeah.

17

Interview of Umer Hayat, 6/5/05

1

2   UH:   And when they start at two, it's like two-thirty to finish. So he have to have an
3         hour to go to pick the lunch and go to the Stockton, you know. So that's why he
          don't, I don't see him in Shabbir's house, yeah.

4   GS:   Ok. Do you ever, have you ever seen him with Doctor Adel?

5   UH:   No. No.

6   TH:   Have you heard him talking about going to meet Shabbir later?   With some of
7         these other people?

8   UH:   No, no sir.

9   TH:   Does he, people like Muhammad Khan, Abdul Rashid, is he close to the,

10  UH:   (UI)

11  TH:   Is he close to them?

12  UH:   Close to?

13  TH:   When he goes to the Masjid

14  UH:   Close to the...

15  TH:   When he goes to the Masjid

16  UH:   No.

17  TH:   Does he go you know you're saying he doesn't go with family. He, he usually
          comes alone.

18  11:20:56

19  UH:   Yes.

20  TH:   But,

21  UH:   No. He don't go to them, like Abdul Rashid, or..

22  TH:   Are, are, are these the people he, he hangs out with at, at the Masjid? And is it
23        Muhammad Khan and Abdul Rashid?

24  UH:   No, he come Friday and he just sit a down like here and he pray and he go. He
          don't, he don't mention to anybody you know Khalid Khan. (gesturing with
          hands)

25  TH:   Uh, huh.

26  UH:   You talking about.

27  TH:   Uh, huh.

28

18

### Interview of Umer Hayat, 6/5/05

1

UH:    I never see him, he's met Rashid or he's meet ah, the other Muhammad Khan or ah, Sultan Afzar (ph), or anybody.  I don't see him promise (raises hand), you know.

2

3

TH:    Uh, huh.

4

UH:    He just come like ten, ten minute, fifteen minute, go to work.

5

TH:    All right.  Let's well, well let's talk about the peop let's, you know.   Tell me, who is meeting with Shabbir?  Of, of these, we talked about it yesterday.

6

7

UH:    Yeah.

8

TH:    Who, who are the ones that are meeting with Sha, give me one of the ones here that are meeting with Shabbir?

9

10

UH:    Well there is a lot of kid you know, there is a lot of, I mean you know, the one who he teaching inside in the Masjid.

11

TH:    You, you know what we're talking about though, we were talking about people who've been to training, who were training to do Jihad here in the U.S.

12

11:22:04

13

UH:    Uh, huh. (Nods head yes)

14

TH:    Yeah.   Who among them are talking to Shabbir?

15

UH:    Rashid.

16

TH:    Rashid?

17

GS:    Abdul Rashid.

18

UH:    Abdul Rashid.  (Nods head yes) Afghani

19

TH:    All right. So, so, ah,

20

UH:    (UI)

21

TH:    Let's talk about.  Let's just focus you know, trying to take it, Al, Al, Al-Qaeda is a big organization with a lot of, huge, a lot of people involved, big network.   This is just a small, small part of it.

22

23

UH:    Nods head yes.

24

TH:    So we, we're just trying to make sense of one little piece of a very big puzzle.

25

UH:    Nods head yes.

26

TH:    So let's just, let's just focus in on Adbul Rashid who deals with Shabbir. Ok.

27

UH:    I mean they talk each other. (Nods head yes)

28

TH:    Uh huh

**Interview of Umer Hayat, 6/5/05**

1

2    UH:    Yeah. And ah, (Nods head yes)

3    GS:    Does he get together with Shabbir at Shabbir's house? So he's, he's friends with
4           Shabbir?

5    UH:    Ah, yeah. (Nods head yes) They know each other very well you know.

6    GS:    Ok. So, so we have Abdul Rashid Af, Afghani who's been to camp also. We
           talked about that. We talked about that yesterday. And he and Shabbir are
7           close?

8    UH:    Yeah. (Nods head yes)

9    GS:    And so Shabbir um, ah, if, if ah, if he got orders to do something it would come
          from Shabbir? That's what we talked about?

10    11:23:08

11    UH:    Yeah.

12    GS:    Right?

13    UH:    Yeah.

14    GS:    Ok. So is that, am I right?

15    UH:    Absolutely. (Moves head to side)

16    GS:    Ok, so um, talk about how you know that. How you see, the relationship.
          Define that? How does that work? How does their relationship work? Not their
17           Imam relationship to him in, in the Mosque but the relationship the, the Al-Qaeda
          relationship. Do you understand the difference?
18

19    UH:    No.

20    GS:    So, they have a Al-Qaeda relationship. Shabbir is, you know, we talked about
          Fazlur Rehman, Maulana Adil, Shabbir. Um, and then these boys that have
21           been to camp? Right?

22    UH:    Uh, huh. Uh, huh.

23    GS:    Ok. How does the relationship work? How would Shab, how does Shabbir tell
          um, Adbul Rashid what to do? Have you seen them talk to each other?

24    UH:    I see them talk to each other, but I, I, I don't heard like ah, he told him to how you
          gonna do this and you know. How you gonna mention or I, I, you know, (points
25           to his own ear) but I see them, you know. They sit a down. They drink coffee,
          they, sit a down in his house and ah, I was passing from the you know, the ah,
26           there is the house, there is the Mosque, there's a walkway. (gestures with
          hands) The door, the screen door is open and I look like this you know. (moves
27           head as if looking in) They sit a down. They talk but I never, I mean stand up
          over there and, you know, do, (puts hand to ear as if listening) what, what they
28           talking about, you know what I mean. But I know they (UI)

**Interview of Umer Hayat, 6/5/05**

TH: Look, look in the community there, there is got, there is a, there's a way of doing things, you know. Um, if you have somebody, or you have family like yourself who you you wanna see your son trained, you wanna have your son get his act together at a training camp um, you have to know who to go through in, in the community. And how it's all going to, to work when he comes back.

11:25:02

UH: Uh, hum.

TH: All right. So, and I know down in Lodi there, there are a lot of people who say well you know, my son, my son is ready to do, to do Jihad. My, my son you know, is ready to train.

TH: You know, in order to make it all work, you know, there's gotta be, uh communication that, that works. And they gotta come back from camps but, but initially you gotta go and say all right I want someone who goes to fight so who, who do you, how would you send, all right let's talk a little bit about Hamid.

UH: Nods head yes.

TH: All right. 'Cause we wanta make sure we're talkin' openly about this as well too. Um, when Ha, when you're ready to send Hamid to the training camp,

UH: I sent (UI) Hamid to the training? (Nods head yes)

TH: Right.

UH: I was here. In the United State.

TH: Uh, hum. But you have to get him en, enrolled in the camp?

UH: Nods head no. When he come back from the camp he told me I went to the camp. (Nods head yes)

TH: Uh, huh

UH: Training. You know.

TH: All right. How did,

UH: I was not there by the time. I was in the United State. (nods head yes) They took my passport. When he went to the train, you know. (nods head yes) But I was not there and he was, and he don't told me I going to the training. To the camp. When he come back he told me (points to self) that I went to the camp.

11:26:35

TH: Right. He he needs, all right. Um, we're gonna come back to that a little later I think. But let's, let's just, let's just say Ok, let's assume it was just all Hamid who wants, who wants to go to the camp. All right. Who does Hamid go to, to, to get himself, Hamid's a young kid over here in, in America. He, he wants to go to this training camp way over in Pakistan, even though he has spent, most, a lot of his time here in the United States.

21

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | UH: | Nods head yes |
| 2 | TH: | How, who does he talk to in the community to, who does he talk to to get |
| 3 | | enrolled in the camp over, over there? |
| 4 | UH: | While he was in Pakistan maybe he have a friend who a friend in Rawalpindi. |
| 5 | | (moves head and stares at agent) |
| 6 | GS: | Not maybe, you know he went to camp, he came back and told you about it. You've been to these camps. |
| 7 | UH: | No, I say  (Moves and shifts in chair and puts hands under legs) |
| 8 | UH: | He have... Yes, yes. |
| 9 | GS: | So, |
| 10 | UH: | He have a friend. |
| 11 | GS: | Yes. |
| 12 | UH: | He have a friend. |
| 13 | GS: | Ok. |
| 14 | UH: | You know, which is training over there. They, they in Pakistan. |
| 15 | GS: | Right. |
| 16 | UH: | They took him. |
| 17 | 11:27:35 | |
| 18 | GS: | Right. |
| 19 | UH: | You know. |
| 20 | GS: | Right. |
| 21 | UH: | Yeah. |
| 22 | GS: | Yeah, he went to, he had a friend let's go to camp together. |
| 23 | UH: | Yeah. |
| 24 | GS: | Come with me to camp. |
| 25 | UH: | Yeah.  (Nods head yes) |
| 26 | GS: | We're gonna go learn how to fight Jihad? |
| 27 | UH: | Yeah.  (Nods head yes) |
| 28 | GS: | And that's, that's what he, who's, who is his friend? |

22

### Interview of Umer Hayat, 6/5/05

1

2  UH:   (chuckles) Actually I don't remember his name but they living in the city ah,

   GS:   In Pindi?
3
   UH:   Pindi. Yeah.  His father name is Yaqoob (ph) and uh Qari Yaqoob (ph).  His
4        father name is Qari Yaqoob (ph).

5  GS:   So, Qari Yaqoob's (ph) son,

6  UH:   Yes.

7  GS:   Is friends with Hamid.

8  UH:   Yes. (Nods head yes)

9  GS:   And they, and he told him about the camp.

10  UH:   Yes. (Nods head yes)

11  GS:   Son, come train in the camp with us.

12  11:28:10

13  UH:   Yes. (Nods head yes)

14  GS:   All right.  But this is, I mean you've been to all these camps.  Your father-in-law
        sends his, his Madrassah students to these camps.
15
   UH:   Uh, huh. (Nods head yes)
16
   GS:   When they get out from Madrassah, they graduate, they go to camp.
17
   UH:   Uh, huh. (Nods head yes)
18
   GS:   Right?
19
   UH:   Uh, huh. (Nods head yes)
20
   GS:   You know that because you've gone, you've seen Madrassah students first in th,
21        th, Madrassah and then in the camp.   And then you tell the dr, you, th, th, th, as
        you told us yesterday you talk to your father-in-law's driver and you said that, you
22        said that...

23  UH:   I did that, talk, yeah. (Nods head yes)

24  GS:   Yeah.  So you know, everybody knows that,

25  UH:   Yes. (Nods head yes)

26  GS:   It's Madrassah to camp.

27  UH:   Yes, yes. (Nods head yes)

28  TH:   You're well connected to this camp

| | | |
|---|---|---|
| 1 | UH: | (Nods head yes) |
| 2 | TH: | And, I understand that it could happen that way. You know, I'm havin' a lot of trouble. You're givin' me some, some reason to feel troubled here because I, if Hamid was alone, if he had no family I could understand he would go to a camp alone. He'd seek out somebody to help him get to a camp. |
| 3 | | |
| 4 | | |
| 5 | UH: | Uh, hum. |
| 6 | TH: | But and here's a kid who's life you're trying to set up, you know. |
| 7 | UH: | Uh, huh.  Uh, huh. |
| 8 | 11:29:05 | |
| 9 | TH: | And, and it's still Hamid's choice to go to the camp. |
| 10 | UH: | Uh, huh. |
| 11 | TH: | Ultimately, but he needs some help to do that. |
| 12 | UH: | Uh, huh. |
| 13 | TH: | And he needs his family's support to do it. And you just found, you know, you're helping to arrange, you've arranged his marriage for him. You know that's, that's come together. |
| 14 | | |
| 15 | UH: | Uh, huh. |
| 16 | TH: | You know, he, he, you gave him some time in Pakistan to take care of things… |
| 17 | UH: | (Leans forward and puts hands on legs) |
| 18 | TH: | You know. It, it, he's in Pakistan for all that time he doesn't go there you know with your permission. He doesn't go there without you know, having something to do, you know. And, and there's gotta be more, it's more than just gettin', gettin' married. Gettin' setting up, a, a wedding. |
| 19 | | |
| 20 | | |
| 21 | GS: | When we're, when we're 18, 19, 20, you know Hamid's age, in that age where it's time to go from being ah, a young man to a man, right. And that's what he's home in Pakistan for. He's helping his mom. But he's also gonna get married. And one of the things, because in your family, his father-in-law, I mean is to go to camp. |
| 22 | | |
| 23 | | |
| 24 | UH: | (Nods head yes.) |
| 25 | GS: | I mean we know that. That's what, what's in his mind. That's what, that's what people expect that.  Right? |
| 26 | UH: | (Nods head yes) |
| 27 | GS: | I mean you know that that's what's gonna happen because that's a normal progression for a young man who goes from young man to man is getting, get married, go to camp learn how to fight Jihad. That's part of what the experience of growing up from young man to man is. We know that so don't, you don't have |
| 28 | | |

24

1

2    to feel bad about that. That's part of the culture. I understand. That's part of, his grandfather expects that, right?

3    UH:    Thank you, yeah. (Nods head yes)

4    GS:    Yeah. And, and, and you know that, and you may feel conflicted about that a
5           little bit. It may not, it may bother you a little bit but you know he's gonna go to camp, when he went over there.

6    UH:    (Nods head yes)

7    GS:    So please be honest with us.

8    UH:    I am honest. (sits back)

9    11:30:47

10   GS:    Well you, I know but you're trying to say well I didn't know. I was in the United
11          States. What you're, what, but, but you know he's going to camp.

12   UH:    (Nods head yes)

13   GS:    You know he's gonna go to camp. You knew he was gonna go to camp before
           he left here.   Right?

14   UH:    Uh, huh. (Nods head yes)

15   GS:    So, and that was Ok. And you didn't say, Hamid stop, don't go to camp. You
16          told him you know that that's appropriate because he's going from young man to
           man.  He's gonna get married. He's gonna go to camp. Because the world is
17          messed, that, that's how ah, in your family it, it's expected that he goes to camp.
           Am I right?

18   UH:    Uh, huh. (Nods head yes)

19   GS:    Ok. Um. So ple, so, don't, when you say to us that um, I didn't know he went to
20          camp till he got home. That's not true.  You knew he was going to camp.
           Right? Be honest. I understand it.  We know how it works, and you just told me
21          that.  You knew he was going to camp before he even went to camp.  So let's
           be all the way honest, please. Ok.

22   UH:    (Nods head yes)

23   GS:    That's the only way. We, we're trying to, you know like we talked about before.
24          One of the ways that we can help you the most um, is um, to be able to say that
           you're being honest with us. Totally honest with us. And it makes no sense.
           You're not helping anybody to be mostly honest, but not totally honest. It just, it
25          makes it hard to, to, we wanna be able to use, you know help you. Because I'll
           be honest, I'll be honest with you. I mean the fact that he went to camp, you
26          know we have to figure out what what we're gonna do about that. Um, but we need
           the full, we need total honesty. I mean we showed you Hamid talking to us.
27          He's already told us all about this. So please be honest with us. Ok.

28   UH:    Nods head yes.

25

**Interview of Umer Hayat, 6/5/05**

1

GS:   So, let me ask that...

2

UH:   I will try to be honest

3

GS:   All right. I'm gonna ask it again.  Ask the question again.  Um, before, before
4      Hamid left here,

5   UH:   Ok.

6   GS:   You knew he was gonna go get married.

7   11:32:43

8   UH:   Uh, huh.  (Nods head yes)

9   GS:   And you knew he was gonna go to camp when he was in Pakistan.

10   UH:   Uh, huh.  (Nods head yes)

11   GS:   Is that true?

12   UH:   Uh, huh.  (Nods head yes)

13   GS:   Ok.   Um, ah,

14   TH:   How does that work?   How, how, how did he get into the camp?   How, how did
15        he enroll in the camp?   And this is how you help us is by...

16   UH:   Yeah.  He, he went with his friend.

17   GS:   So you knew, I mean but you knew he was gonna set this up.

18   UH:   Yeah, yes

19   GS:   And yet as his dad you were like, that's Ok.  Cause you've been, you've seen
         these camps.   You've been to these camps.

20   UH:   Yes. (Nods head yes)

21   GS:   He's a young man.

22   UH:   Yes. (Nods head yes)

23   GS:   You're too old.  No offense.  Your, your beard is really gray.

24   UH:   Yeah.

25   GS:   But you put black stuff on it, like you told me before, right.

26   UH:   (chuckles) That's true

27   GS:   So,

28   UH:   (UI)

26

**Interview of Umer Hayat, 6/5/05**

1

GS:   But, um, and and so the camps are, are for men, men Hamid's age.  Your son, is
2      Hamid's age and he's going to camp.

3   11:33:23

4   UH:   Uh, huh.

5   GS:   He's gonna learn how to fight Jihad because um, ah, you know, I mean, because
       that's just what you do.   That's the way he does at his age, right.  If he went to
6       cam, if he went to Pakistan for two years and came back and got married and
       didn't go to camp um, people in the family would've been disappointed.  Right?
7

8   UH:   Nods his head yes.

9   GS:   Who, who would have been disappointed?  His father?

10  UH:   Yes.  (Nods head yes)

11  GS:   Cause you

12  UH:   His mom.

13  GS:   His mom.

14  UH:   (Nods head yes)

15  GS:   Did she expect him to go to camp?

16  UH:   She not.

17  GS:   Well, no, honestly, just be honest.

18  UH:   Honestly, she didn't know, I knew.

19  GS:   You knew.

20  UH:   Yeah.

21  GS:   All right.

22  UH:   Yes

23  TH:   So, and you told him go ahead and go to camp, of course.  Or, or he knew you
       had a conversation because, I mean, this is, you've been going and seeing these
24     camps, Hamid's probably, you know, known about these camps since he was a
       young boy.

25  UH:   (Nods head yes)

26  TH:   Because of his father-in-law.  Qari Saeed-ur-Rehman  Everybody knows that so,
       so, you know we just want you not to, don't be ah, vague, do you know what that
27     means?

28  UH:   (Shakes head no)

27

### Interview of Umer Hayat, 6/5/05

1

2 GS: Don't be, be clear about these things. Don't say I don't know. I don't know he go to camp until um, he told me when he gets back.  Well, you may have not known he was going to camp from this day to this day, but you knew when he went to Pakistan he was gonna go to camp. You knew that.

3

4 11:34:54

5 UH: Uh, huh.

6 GS: 'Cause he's gonna get married.  He's gonna go, he's gonna do all these things.

7 UH: After he married.  (Nods head yes)

8 GS: Yeah.

9 UH: He went before to a camp?

10 GS: Right, right, right.

11 UH: Yeah.

12 GS: So you, you knew that.

13 UH: Uh, huh.  (Nods head yes)

14 GS: Ok.  All right.  Your, his mom didn't know but you knew?

15 UH: Yeah.  (Nods head yes)

16 GS: All right.  And you knew before he went?

17 UH: Yes.  (Nods head yes)

18 GS: So, and that's what he talked about,

19 UH: (Nods head yes)

20 GS: What happened at camp

21 UH: (Nods head yes)

22 GS: And he told you about what happened at camp

23 UH: (Nods head yes)

24 GS: And, and you had this interaction.

25 UH: I had you know because, see look at, this is a lot of questions, you know,

26 TH: Right.   Just understand who you're talkin' to here.

27 UH: Yeah.

28 TH: I mean,

28

Interview of Umer Hayat, 6/5/05

1

2
UH:     Yeah.

3
TH:     Which that makes sense

4
11:35:24

5
UH:     Sometimes you, (gestures with hands back and forth)

6
GS:     I'm not trying to confuse you.  I'm trying to, I'm trying to um, convey it so, so it
        makes sense.

7
UH:     You guys not sleeping last night too.

8
GS:     (chuckles)

9
TH:     (chuckles)

10
UH:     I don't sleep last night too you know.

11
TH:     Oh we're gonna, we're going,

12
UH:     (UI)

13
TH:     get some truth here, that's all we need is the truth.   And that, that's what helps.

14
UH:     That's why I'm helping.

15
TH:     In the end, so.

16
UH:     Mr. Gary told me last night (gesturing to self) and you know, you told me too you
        know (gesturing to TH).

17

18
TH:     But yeah,

19
UH:     So, that's what I'm trying

20
TH:     And like I told you yesterday.

21
UH:     I'm trying to do my best, you know. (puts hand to left side of chest)

22
TH:     And we're all trying to do our best here.

23
UH:     Yes.

24
TH:     And.  But, but we, we know Pakistan.  We haven't walked in your shoes.  I don't
        pretend to know what your life has been like at all.  But I, I know this much about
25      Pakistan that going to camps is an important part of growing up there.

26
UH:     Uh, huh.  (Nods head yes)

27
TH:     It can be for a lot of people.

28
11:36:08

UH:     Uh, huh.  (Nods head yes)

**Interview of Umer Hayat, 6/5/05**

TH:  Hundreds, thousands have gone through the camps.

UH:  Yes. (Nods head yes)

TH:  You know, there's, I'm not talking about a small number. He's one of many.

UH:  (Nods head yes)

TH:  You know. And, I can't, I don't even wanna guess at, at how big that number is. But it's ah, he's just one who's, doing what he's probably expected to do from a very early, young age. And probably what you imagine for him from a young age.

UH:  (Nods head yes)

TH:  Is that true?

UH:  (Nods head yes) Uh, huh.

TH:  You expected he'd eventually he'll go to camp. I mean you know, tha, that the family you married into. You know <u>your father-in-law</u>.

UH:  Uh, huh. (Nods head yes)

TH:  You know, you know your connections.

UH:  Uh, huh. (Nods head yes)

TH:  This is, these things are expected.

UH:  Uh, huh. (Nods head yes)

TH:  I'm, I'm right.

UH:  Yes. (Nods head yes)

TH:  We're all on the same,

UH:  Same.

TH:  Page.

11:36:50

UH:  Same page. There you go. Yeah.

GS:  The, the other thing is, before he went over there, or, or, and when he was over there was a time, you ah, you talked to <u>Maulana Adil</u> before you left. You talked to <u>Maulana Shabbir</u> before you left for Pakistan. And he knew you, you and Hamid and other people were going back to Pakistan.

UH:  My whole family go there. (Nods head yes)

GS:  Yeah. Your whole family.

30

Interview of Umer Hayat, 6/5/05

1

2  UH:  We go together, you know,

3  GS:  Yeah. I mean we're aware of that. We're aware that you talked to Maulana Adil
      before you left. Um, you know the custom is to meet with your, these people
4      before you leave. You talk about what you're gonna do and you were going back
      for, for a fair amount of time.
5

6  UH:  Oh we got only thirty thousand dollars you know that's, that's money from the
      people too, not only that's my money. (points to self)

7  TH:  Right.

8  UH:  That was not like hundred thousand dollars. (gestures with hands)

9  TH:  Right.

10 UH:  Or two hundred thousand dollars. (gestures with hands)

11 TH:  Right.

12 UH:  That was only ten, uh, thirty thousand dollars you know. (gestures with hands)

13 TH:  Right.

14 UH:  My daughter, or my son, me, my wife, my other son, you know. (Counts with
      fingers)
15

16 GS:  Right

17 TH:  How, how much of that went, went to the camp? Some of this money...

18 UH:  The money?

19 TH:  Yeah, the money came from the community?

20 UH:  No, I built my house. Five bedroom, honestly, believe me. (points with finger)
      And I married Hamid, I spend that money on the ah, on the, construction, my
21     house, which is in Behboodi, right now. You can see. And ah, I married my
      daughter, I spent that money there. That was even like I say thirty thousand
22     dollar (gestures with hands) was not the whole my money (gestures to himself).
      That was like uh, some he would give it to me (UH points to TH) because
23     Pakistan don't have a, ATM system to send the money like this, you know.
      (gestures with hands) Somebody give me five hundred. Somebody give me
24     three hundred. Somebody give me like thousand dollars. Somebody make a
      check you know. (gestures like writing a check) And I took that you know, but
25     not the whole money in thirty thousand was not mine. But I spend that money on
      the, I buy a car over there, which is still over there. You know, I built my house. I
26     married Hamid. I married my daughter. I spend that money over there, you
      know. (Counts on fingers)

27 11:38:10

28 GS:  Before ah, we're gonna come back to that.

31

**Interview of Umer Hayat, 6/5/05**

1

UH:    Ok.

2

GS:    The other thing before you leave, you left is,  you, you, you certainly talked
3          'cause people knew you were leaving.  You were taking things for them over,
          money or sweets, or whatever, right?  You take stuff home?
4

UH:    Uh money.
5

GS:    Money.
6

UH:    Yes.
7

GS:    Did ah, so you talked to <u>Maulana Adil</u> before you left.   And talked to Maulana
8          Shab...

9     UH:    He know we was going. (Gestures)

10    GS:    Yeah.  He knows you were ... you know you were going.

11    UH:    He, Shabbir was know we were going.

12    GS:    Right.   Did you have a conversation with him about, um, you know when, he, he
          knew Hamid was going as well.  He knew Hamid was going there, right?
13

UH:    What, <u>Maulana Shabbir?</u>
14

GS:    Yes.  He knew Hamid was going.
15

UH:    He denied it last night then?
16

17    11:39:31

GS:    Well I, I don't care...
18

UH:    Ok.
19

GS:    What he said last night.
20

UH:    Uh, huh.
21

GS:    He knew Hamid was going?
22

UH:    Ok.
23

GS:    Did he, you tell me.  Did he know Hamid was going to camp?
24

UH:    I, I ask him the same question to him.
25

GS:    Right.
26

UH:    And he said no.
27

GS:    Well, besides last night's conversation were you aware that he knew.  Did Hamid
28         say he had talked to <u>Shabbir?</u>  Or,

32

### Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Hamid said that? |
| 3 | GS: | Did, I'm asking you what, did you, were you aware that Shabbir knew that Hamid was going to camp?  Did, sh... don't worry about last night.  Put last night out of your mind for a minute.  Did, besides last night, did you think Shabbir knew about Hamid going to camp? |
| 4 | | |
| 5 | UH: | No. |
| 6 | GS: | Ok. |
| 7 | UH: | Shabbir know that. |
| 8 | TH: | And, I, I can see, I feel, I feel a little bit goin' on again what happened, what happened at the start last night is you're trying to again figure out what we know, you know. |
| 9 | | |
| 10 | UH: | Hmmm. |
| 11 | TH: | And instead of just talkin' openly and talkin' straight which makes things go... |
| 12 | 11:40:29 | |
| 13 | UH: | Uh, huh. |
| 14 | TH: | Much easier. |
| 15 | UH: | Uh, huh. |
| 16 | TH: | And, |
| 17 | UH: | Uh, huh. |
| 18 | TH: | We, we've build that, that bridge of trust much quicker that way. |
| 19 | UH: | Yeah. |
| 20 | TH: | But, |
| 21 | UH: | (UI) |
| 22 | TH: | What kind of conversations did you have about Hamid going to training camps with, but before he went over there um, what kind of conversations did you have with Shabbir or, |
| 23 | | |
| 24 | 11:40:52 | |
| 25 | UH: | I don't have any conversation... |
| 26 | TH: | Adil Khan? |
| 27 | UH: | No.  I don't have any conversation with Adil Khan, er,  or Maulana Shabbir about those kind of things. |
| 28 | | |

33

**Interview of Umer Hayat, 6/5/05**

TH: How about with the friend that was going over with Hamid, or was used that a, ur, that Hamid was going to meet.

UH: No, Hamid that's from long time, Hamid friend in Rawalpindi. He know that from because this guy, the one, his friend is ah, ah, reading in (UI), in ah, his father is ah, his ah, grandfather Madrassah.

TH: Uh huh.

UH: The one he's have a friend, but honestly about this conversation from Shabbir or from Maulana Adil.

(Papers rustling)

UH: Hamid don't talk about that with him. About I'm going to the camp no. He don't told him. Yeah.

TH: Ok.

11:41:44

GS: It's like eleven forty five.

UH: Time to go outside.

UH: Get a smoke in a second?

UH: Yeah, if you guys take me lunch or whatever.

(Everyone Chuckles)

UH: You guys going to break?

GS: In, in a minute, we're gonna talk here for a second. We have some other stuff we have to do.

UH: Ok.

GS: Um, um one of the things I wanna ah, make sure that, that, we're very clear on.

UH: Ok.

GS: Um, ah, are, are you scared of Maulana Shabbir? And Maulana Adil?

UH: No sir.

GS: Are you scared of them? Are you afraid?

UH: Honest to God I'm not.

GS: Ok.

UH: 'Cause they don't know what I was doing you know.

GS: All right. All right.

34

Interview of Umer Hayat, 6/5/05

1

2   UH:   I'm not scared.

3   GS:   Well are you scared, were you, would you be scared if they found out what you
          were doing?
4

5   UH:   No.  I'm not... (Nods head no)

6   GS:   If they found out what you, if they found out would you be scared?

    11:42:34
7

8   UH:   No.  (Nods head no)

9   GS:   Why?

10  UH:   I'm not scared.  No.

11  GS:   They're not scary.

12  UH:   No.  I'm not gonna scared from them.

13  GS:   Ok. I wanna make sure of that.

14  UH:   No, I'm not...

15  GS:   Because I wanna make sure that you tell us the truth.  So if there's a reason why
          you can't tell us everything or whatever, I don't want that to ruin, I wanna be able
16        to talk about that.  So I don't wanna ruin that.  So you, you know you're, you're
          95% truthful with us and you leave out 5%.  If you leave...

17  UH:   I told you,

18  GS:   Well I, I'm just telling you.  I wanna make sure.

19  UH:   I'm doing my best you know.  (Gestures to self)

20  GS:   I wanna make sure that that's the truth.

21  UH:   Yeah.

22  GS:   Because if it's not, because if it's not the only, it's not gonna hurt me.  It's gonna
          hurt you and it's gonna hurt Hamid,
23

24  UH:   Pauses with head to the side

25  GS:   Ok.  So we gotta make sure we're 100%.   100% at all times.

26  UH:   Ok.

27  GS:   And,

    11:43:17
28
    UH:   So,

### Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | GS: | So, I mean, |
| 3 | UH: | You know, |
| 4 | GS: | So even about ah, you know, don't, don't, please don't try to protect anybody. We need to know the truth 'cause then we can figure out what to do. |
| 5 | | |
| 6 | UH: | No, really you know, whatever I know I told you. |
| 7 | GS: | Ok. Well you told us. Well you knew Hamid was going to camp. |
| | UH: | Yeah. |
| 8 | GS: | And you tried to tell me you didn't. Right? |
| 9 | UH: | No. |
| 10 | GS: | So that's, you lied about that. |
| 11 | UH: | No, now its true. |
| 12 | GS: | It's true. You knew he was going to camp |
| 13 | UH: | Nods head yes. |
| 14 | GS: | And, and, and, |
| 15 | UH: | Absolutely. |
| 16 | GS: | And you knew that was appropriate. And he was gonna get married and go to camp when he got back there. |
| 17 | | |
| 18 | UH: | Yes. |
| 19 | GS: | So where, |
| 20 | UH: | Before married. |
| 21 | GS: | Yeah. And we're so, we're better off now because now it's the truth is out. |
| 22 | UH: | Nods head yes. |
| 23 | GS: | So, but you |
| 24 | 11:43:50 | |
| 25 | UH: | Absolutely. |
| 26 | GS: | You made me work at that. |
| 27 | UH: | Ok. |
| 28 | GS: | And I don't like that we, we, you know, we're tired. We don't wanna have to work it at the truth. |

**Interview of Umer Hayat, 6/5/05**

| | | |
|---|---|---|
| 2 | UH: | Yes. |
| 3 | GS: | We want, we want the truth to come out to us. |
| 4 | UH: | Right. |
| 5 | GS: | Ok. I don't wanna pull it out of you. |
| 6 | UH: | All right. |
| 7 | GS: | Ok. |
| 8 | UH: | Right. |
| 9 | GS: | So let's not spend the rest of the day, you know talking and pulling the truth out. |
| 10 | UH: | Ok. |
| 11 | GS: | Let's let it ah, |
| 12 | GS: | Ok. |
| 13 | TH: | What we'd love to do is be able to tell, tell our bosses, and we talked about people above us who control a lot of things, you know. |
| 14 | GS: | (GS's Nextel chirps) |
| 15 | TH: | This, this happens in your life. This happens in our lives. |
| 16 | UH: | Yeah. |
| 17 | TH: | It's true for, for many of us. |
| 18 | UH: | Yes. Yeah, but, like I told you this … |
| 19 | TH: | I wanna be able to tell them that, that, you are cooperating fully. |
| 20 | UH: | Yes. (puts hand to left side of chest.) |
| 21 | TH: | You know, and, and when we have little, little hiccups like this where, where you step back and say well I don't think I wanna talk about, |
| 23 | | 11:44:30 |
| 24 | UH: | No, no. |
| 25 | TH: | This, you know, |
| 26 | UH: | Well, |
| 27 | TH: | Person or that, |
| 28 | UH: | But if I know I tell you but if I don't, I don't know (gestures with hands) |

### Interview of Umer Hayat, 6/5/05

GS:   But you knew, you told Hamid (UI)

UH:   Maulana Shabbir talked about

GS:   Ok, but I'm telling, talking about

UH:   (UI), you know?

GS:   Right. What I would, what makes us nervous is we wanna believe you. See I wanna believe...

UH:   You make me nervous too.

GS:   But, no, no. Listen to me. Wha, what, what, I wanna believe you're telling me the truth right now. But five minutes ago you weren't telling me the truth. You were telling me I didn't know he went to camp until he came back and told me. That wasn't true.

UH:   That,

GS:   So,

UH:   That was untrue.

GS:   Yeah. Correct. So I wanna make sure we're at truth, truth, truth.

UH:   Absolutely.

GS:   Always.

UH:   Yes

GS:   So, that

UH:   Gary,

11:45:05

GS:   So,

UH:   You know I'm ready. You know. (Puts hand to left side of chest)

GS:   Ok.

UH:   Please.

GS:   All right. All right.

UH:   Please.

TH:   None of us are gonna be nervous.

UH:   No, I'm not nervous

38

### Interview of Umer Hayat, 6/5/05

TH:   We're not, that you're gonna, because we've got nothing to be nervous about. Nothing to be nervous about.

UH:   Please what I know, to my knowledge, I will tell you right there.  (puts hand to head).  Please.

GS:   Alright,

UH:   Yea.

GS:   Alright.  Truth,

UH:   Yea.

GS:   The truth is important.

UH:   True.

GS:   Very important.

UH:   Yes sir.

11:56:23

GS:   Alright, as long as you understand.

UH:   Let's go and take the break, please.

GS:   (chuckles).  Alright.

UH:   Please.  Please.  I'll, if you don't mind.

GS:   We, we may bring another agent to talk to you as well um because we have, we're very busy today.

UH:   Well I hope you can done this you know, you guys stay with me (UI)

TH:   Yea, we want your mind to be free eh and don't filter you know what I mean by filter?

UH:   I'm prepared to stay till we finish this you know.

GS:   Yup

TH:   All right, we'll finish but,

UH:   But I hope you guys can stay with me (UI).

GS:   Well we, we we'll eh, if not,

UH:   You can have a very nice night and then...You know and you are intelligent, you know what you're asking me you know.

GS:   Yea.

39

**Interview of Umer Hayat, 6/5/05**

| | | |
|---|---|---|
| 1 | | |
| | UH: | Please, you stay with me. |
| 2 | | |
| | GS: | (UI).  Sit down for a second and we'll get somebody to eh I'll I'll take you, let me take this my stuff down, real quick. |
| 3 | | |
| 4 | (11:46:10, GS exits the interview room). | |
| 5 | UH: | Ok.  So I want you to stay with me you guys, you know I'm saying whatever you want to question you know. |
| 6 | | |
| 7 | TH: | We'll do what we can we may have to um you may have to talk to someone else for a while we may come back and talk to you a little bit later.  But uh, um, these other people who have some good knowledge too so um they can talk and don't, it's it's won't be the last time we talk to you  Alright.  But we'll be back here in a minute. |
| 8 | | |
| 9 | | |
| 10 | UH: | Ok. |
| 11 | (11:46:35, TH leaves the interview room) | |
| 12 | (Sacramento FBI phone heard ringing in the background) | |
| 13 | (11:47:43, UH talks to self (UI)) | |
| 14 | (11:50:46, TH enters interview room with GS and a plate of cookies and offers them to UH) | |
| 15 | TH: | Hi, you want some, uh... |
| 16 | UH: | One, only because I am diabetes, you know, |
| 17 | TH: | Ok, um |
| 18 | UH: | that's it, that's enough |
| 19 | TH: | Ok, that's good |
| 20 | GS: | Um, yea um actually Sean's gonna come, do you remember Sean? |
| 21 | UH: | Ok. |
| 22 | GS: | Yea he's gonna come so he's fine, you're fine with talkin' to Sean. |
| 23 | UH: | Yea. |
| 24 | GS: | He's a a good man he'll he'll treat you respectfully. |
| 25 | UH: | Ok. |
| 26 | GS: | We have some things we have to do for a little while, Sean and one other agent I think it's uh uh Mike uh you haven't met him yet but he also's a very nice per, we're all you know trying to, |
| 27 | | |
| 28 | UH: | (UI). |

40

## Interview of Umer Hayat, 6/5/05

1
2   GS:   ...do the right thing so so when when they come they'll take you out to uh do you have to go to the restroom or take a smoke?

3   UH:   Yea I go to smoke.

4   GS:   Ok they'll Sean will take you you to do that real quick.

5   UH:   He's coming?

6   GS:   Yea he's on his way.

7   UH:   Ok.

8   GS:   And then um

9   TH:   We'll come back and talk to you at some point.

10  UH:   Yea Ok.

11  TH:   We'll we'll get back with you again but for now we've got some things we have to
12        take care of.

13  GS:   Remember though, 100 percent truth.   (gestures with open hands)  If Sean or Mike are talking to you, 100 percent truth.  Ok, please.

14  UH:   Gary, I do my best you know.

15  GS:   Alright, alright.

16  UH:   From the bottom of my heart.

17  GS:   Alright

18  TH:   We're feel, we're feelin' much better than..

19  UH:   Please

20  TH:   we did when fir, when we first met.  I feel like we've come a long way.

21  UH:   Please

22  GS:   100 Percent,

23  UH:   I can't take anymore you know

24  GS:   All right. I know me too.

25  UH:   (UI) for this you know?

26  GS:   Me neither. So, Alright.

27  TH:   All right then.

28  UH:   I will

41

**Interview of Umer Hayat, 6/5/05**

1

2  GS:  ...do the right thing so so when when they come they'll take you out to uh do you have to go to the restroom or take a smoke?

3  UH:  Yea I go to smoke.

4  GS:  Ok they'll Sean will take you you to do that real quick.

5  UH:  He's coming?

6  GS:  Yea he's on his way.

7  UH:  Ok.

8  GS:  And then um

9  TH:  We'll come back and talk to you at some point.

10  UH:  Yea Ok.

11  TH:  We'll we'll get back with you again but for now we've got some things we have to take care of.

12

13  GS:  Remember though, 100 percent truth.   (gestures with open hands)  If Sean or Mike are talking to you, 100 percent truth.  Ok, please.

14  UH:  Gary, I do my best you know.

15  GS:  Alright, alright.

16  UH:  From the bottom of my heart.

17  GS:  Alright

18  TH:  We're feel, we're feelin' much better than..

19  UH:  Please

20  TH:  we did when fir, when we first met.  I feel like we've come a long way.

21  UH:  Please

22  GS:  100 Percent,

23  UH:  I can't take anymore you know

24  GS:  All right. I know me too.

25  UH:  (UI) for this you know?

26  GS:  Me neither. So, Alright.

27  TH:  All right then.

28  UH:  I will

41

**Interview of Umer Hayat, 6/5/05**

GS:   All right.

UH:   tell you truth you know, nothing will keep me.

GS:   All right I'll see you in a little while.

UH:   Please.

GS:   Hang in there.

UH:   Please.

GS:   All right.

UH:   Send, send Sean or whatever. So that way I can go with him.

(11:52:05, TH and GS exit interview room).

11:52:10  (UH eats a cookie and mumbles to himself (UI))

(11:52:30, SW and MB enter interview room).

SW:   Mr. Hayat?

UH:   Yes.

SW:   Come on. Hey let me introduce you to Mikael Bergh. Agent Mikael Bergh.

MB:   Good to meet you (UH and MB shake hands)

UH:   He's told me Mikael Bergh and Sean

SW:   He's my partner Ok. So you want to go on a smoke break?

UH:   Please.

SW:   Ok.

UH:   Please.

SW:   Come with us. You can grab a cookie.

UH:   Ok sir. We gonna go uh this way or that way or

SW:   We're gonna go this way. You uh, you want to go up front?

UH:   I like, this way, please.

SW:   Yeah, let's go up front, no problem, either one.

11:52:56 (All parties leave, door shuts. Interview room empty.)

(UI conversation, emanating from outside the interview room, heard. Interview room still empty.)

42

### Interview of Umer Hayat, 6/5/05

1

2    (Audible noise of a door, separate from interview room, heard opening and closing. Interview room still empty.)

3    (UI conversation, emanating from outside the interview room, heard.  Interview room still empty.)

4

5    (Several minutes of silence.   Interview room still empty.)

6    (Unknown phone heard ringing from outside interview room.  Interview room still empty.)

7    (Four times audible noises of a door, separate from interview room, heard opening and closing throughout the next several minutes.  Interview room consistently remains

8    empty.)

9    (12:08:12, Door opens -- SW enters interview room and places his portfolio on his chair and leaves.  Interview room remains empty.)

10

11   (12:15:55, All parties re-enter interview room.)

12   MB:    Thank you.  Thank you. Please enjoy your cookies while you have the chance here.

13   UH:    I got one already.

14   MB:    Are one is that enough for ya?  I mean,

15   UH:    They are very sweet, you know.

16   MB:    (chuckles)

17   UH:    Little bit carefully.

18   MB:    Yea.

19   UH:    Because,

20   SW:    Umer, thank you, for uh, your continued uh...

21   UH:    To cooperated.

22   SW:    Continued cooperation I know Gary told you that uh all we're gonna sit in on this portion of the interview myself and uh Agent Mikael Bergh.

23
     UH:    No problem.
24
     SW:    And uh we're still gonna continue to ask you some information that that would
25          help us, would help everybody,

26   UH:    Ok.

27   SW:    In this case because uh, the bottom line is, Umer that uh we want information,

28   UH:    Ok.

43

**Interview of Umer Hayat, 6/5/05**

SW:   That leads us to you know to any types of terrorist.

UH:   Ok.

SW:   Planners out here in the country,

UH:   Ok.

SW:   In the United States,

UH:   Ok.

SW:   And that uh we want to foil those plans because we don't want bad things to happen.

UH:   Ok.

SW:   To innocent people.

UH:   All right.

SW:   And you and I have been talking all this time right,

UH:   Yes sir, Yes sir. (Nods head yes)

SW:   We know where we stand on things. I know you lied to me in the past,

UH:   Um hum. (Nods head yes)

SW:   That's the past, Ok?

UH:   Yea. Nods head yes.

SW:   You know you lied to me about militarist training camps, at uh, eh, in Pakistan, but yesterday you sat here as we speak (Nods head yes) and you told Gary and Tim that there are terrorist camps and that you've been traveling all over Pakistan with your relatives. Ok I know that, Ok and I know that.

UH:   Ok.

SW:   So we just need to clear the air out.

UH:   Ok.

SW:   I don't want to sit here just like you're sitting there wasting everybody's time.

UH:   That's true.

SW:   Ok. We're here, I'm honest to you,

UH:   Ok.

SW:   I treat you with respect.

UH:   Ok.

44

### Interview of Umer Hayat, 6/5/05

1

2   SW:   Ok, we treat your son with respect.  No reason, no reason Ok, you need to think
3         about how you can best save this country, save innocent people from from
        getting harmed.

4   UH:   Oh yes, oh yes.

5   SW:   And from the in, all indication that we've heard so far Umer,

6   UH:   Absolutely.

7   SW:   That there's some bad people out there.

8   UH:   Absolutely.

9   SW:   Ok?

10  UH:   Yes.

11  SW:   And I tell you what, if something happens, if something happens we're gonna
12        look at you and we're gonna look at everybody else here that, that's involved.

13  UH:   Ahh I'm gonna be on the front page wanted.  (Shifts in chair)

    SW:   Front page wanted.
14
    UH:   Uh hum.
15
16  SW:   Well you're already, you're already here, so maybe not on the front page.

17  UH:   I hope not,

    SW:   Ok.
18
19  UH:   I I don't want that.

    SW:   And and you know that one of the concerns that you had,
20
21  UH:   Yes sir.

22  SW:   Is that maybe if if the if the information came out that you are cooperating with
        the FBI if if Adil Khan or Shabbir uh found out that you are talking to us then they
23        might hurt you or kill you, is that correct?

24  UH:   I hope not.  I'm not scared from them.

25  SW:   Ok.  But you're not scared from them?

26  UH:   No.

27  SW:   'Cause you're, you want to do the right thing?

28  UH:   I, I don't, I don't think they they know I mean they don't know what,

**Interview of Umer Hayat, 6/5/05**

1

2 SW: Ok. But but you know that the reason a lot of people talk to the FBI is because we know that we can keep their identities secret.

3 UH: Secret, that true.

4 SW: There's nobody in this office,

5 UH: Yes sir.

6 SW: That will tell Adil Khan or Shabbir that you have talked to us.

7 UH: Talked to you.

8 SW: We know we are skilled, skillful, we, we know how to talk to people,

9 UH: Ok sir.

10 SW: And and we're not gonna let them know that we talked to you.

11 UH: Ok sir.

12 SW: Rest assured.

13 UH: Ok sir.

14 SW: Ok.

15 UH: Ok.

16 SW: Anything else beyond that we don't have any control.

17 UH: Ok.

18 SW: So if you go and and tell your wife that uh that we're well she would know that eh uh,
19

UH: She would know.
20

21 SW: That you've been here in the FBI, she knows, you have to tell your wife she knows that Hamid is is in jail right now.  So no worries, but if she, she

22 UH: Uh she don't know.

23 SW: If she, if she tells somebody else or Adil or Shabbir then you know, we'll uh, that that's on you and that's that's out of our control but rest assured there's
24 nothing in the FBI here.

25 UH: Sh, sh, she know, she don't know about Hamid going to jail, I told her,

26 SW: Ohhh

27 UH: She's still in the office.

28 SW: Oh, here in the office.

**Interview of Umer Hayat, 6/5/05**

1   UH:   Yes.

2   SW:   Ok, Ok.

3   UH:   Because, I saw last night he was here, till I come here, and le..., I ask you.

4   SW:   Ok, Ok.

5   UH:   You know Hamid went to jail.

6   SW:   And and I was being truthful to you. And I was tellin' you that last time, last time I

7         checked,

8   UH:   Yes sir.

9   SW:   Which is when you asked me

10   UH:   Yes sir

11   SW:   That he was still in the office and he was.

12   UH:   He was.

13   SW:   But that he was also uh being transported, in the process of being transported to

14         the County Jail.

15   UH:   Ok.

16   SW:   And that's all true.

17   UH:   Ok.

18   SW:   I've not told ya any, anything, any lie.

19   UH:   No, no no.

20   SW:   And I would expect you to do the same to me.

21   UH:   Yes sir.

22   SW:   To us, as Mike is my witness.

23   UH:   Yes sir, I'm right here, you know, (gestures with open hands)

24   SW:   Ok.

25   UH:   I will do my best and I will do truth you know.

26   SW:   Ok.

27   UH:   Yes.

28   SW:   Just, just so you know you've lied to me.

    UH:   For my own country.

**Interview of Umer Hayat, 6/5/05**

1

2  SW:   Ok.

3  UH:   That's it.

4  SW:   Let, let's start

5  UH:   To (UI) the innocent people.

6  SW: . You know one of things, one of the things Umer that uh that uh somehow
       escapes me and I need some clarification.
7

8  UH:   Ok

   SW:   Ok.
9
   UH:   Ok.
10
11 SW:   Is that here you are you told about visiting training camps, in Pakistan. Let's start
       with this, Ok.

12 UH:   Ok.

13 SW:   Training camps in Pakistan and I mean how would you, somebody in Lodi selling
       ice cream, ice cream to to kids, who lived in the United States for thirty years
14

15 UH:   Ok.

16 SW:   able to go around in this training camps, because I know, I know that training
       camps they have to be secure. Even you mentioned that that people in the
       training camps they have to put their uh masks in their faces so they don't get
17       identified.

18 UH:   Right, right.  (Nods head yes)

19 SW:   How would you uh uh a person of your stature, ice cream, ice cream selling, ice
       cream person able to go around.
20

21 UH:   Exactly.

   SW:   Please, please explain.
22
   UH:   Ok.
23
   SW:   I, I need uh we need, we need, we would like to get that cleared up.
24
   UH:   Ok sir.
25
   SW:   Please.  How, how do you get access?
26
27 UH:   How I get access I just wanted to see what they doing inside you know?  The
       camp.  (gestures with open hands)

28 SW:   You're curious.

48

### Interview of Umer Hayat, 6/5/05

1

UH:   Yes.  I don't go actually to learn (uses hands like holding a gun) you know I'm an
2       old man, no.  I go see those camp what they been doing inside and who are they
       you know.  Who the people from where, they're the Malaysian people, they're
3       the Afghani people, they're the Pakistani people, they're the Chechnya people
       you know what I mean?  (Counts on hand) It look like to me.
4

SW:   So, so you're,
5

UH:   So they covered (hand gestures over face).
6

SW:   So Umer you're tellin' me that uh basically you you were curious about wanting
7       to know about these training camps.

8

UH:   Yes.

9

SW:   So, so you're saying if I, for me, Sean, if I wanted to go I'm curious about training
10      camps, uh training camps, uh Umer, you know, can you show me training camps
       can I go and see?  Can I go and see the training camps?  If I, I'm curious.
11      You're telling me that you're curious and you're able to see training camps.  How
       do you get uh access to training camps?

12

UH:   Uh, was uh my father-in-law, head of Madrassah, and his driver took me over
13      there like I told him last night you know.

14

SW:   But it's not just one, it's not just one time though, it's several times.

15

UH:   I went so many camps to see you know what they doing you know?

16

SW:   Ok.

17

UH:   Yes.

18

SW:   So you're tellin' me that that uh basically you're curious about about seeing these
19      training camps what's happening in the training camps and you're able to just
       go?

20

UH:   Yes.

21

SW:   Wh-wh-what is your fath, what, in order for you to to uh go on these training
22      camps you're you're saying that your father-in-law, it's through your father-in-law
       that you're able to access,

23

UH:   Uh hum (Nods head yes).

24

SW:   Have access to training

25

UH:   Uh hum (Nods head yes).

26

SW:   To the training camps, is that what you're saying?

27

UH:   Uh hum (Nods head yes).

28

SW:   Ok.  As far as the uh, I mean why would you just be curious about the training
       camps?  You've already seen one, why see a thousand training camps?

49

### Interview of Umer Hayat, 6/5/05

UH: No I don't see a thousand. (shifts in chair)

SW: Ok, many. More than one.

UH: Uh like three or four camps you know.

SW: Three or four camps

UH: Yes.

SW: You've seen three or four camps?

UH: Yea in Pakistan.

SW: Ok.

UH: They have still those over there. I just see, Sean, you know,

SW: Ok.

UH: Truth is uh truth and lie is a lie. I go over there, I see, I spend about fifteen minutes you know to saw what they doing over there, which is I told last night uh to Gary and uh I don't know the other guy's name. And uh, you know they were shooting dummy (gestures with hand) you know uh, they have a swords you know,

SW: Uh hum, uh hum.

UH: And they have a stick like jump through the water how to go you know, (gestures with hand)

SW: Like a pole vault?

UH: Yea, yea.

SW: Like something to go (gestures with hand)

UH: Yes, yes.

SW: Ok.

UH: Ok.

SW: But here, Umer what, what I'm do ... maybe you're not understanding what I'm saying.

UH: Ok, Ok.

SW: Based on what I know about you, here is a man Umer Hayat,

UH: Yes sir.

SW: Been in the United States for thirty years.

UH: Yes sir.

50

**Interview of Umer Hayat, 6/5/05**

SW:   He's selling ice cream he's got three kids.

UH:   Four kids.

SW:   Four kids.

UH:   Yes sir.

SW:   You know, Hamid being the eldest, Arsalan (ph),

UH:   There's ah.

SW:   Raheela (ph),

UH:   And Nadja (ph).

SW:   Nadja, I did not know, Nadja (ph).  Thirty years and then you sell ice cream, but yet because of your relation to your father-in-law you're, uh your father-in-law is in charge of the training camps in the Pakistan?

UH:   Uh he's not in charge but they send him some uh from the Madrassah ... some Talibellum (ph) you know they call him uh student you know. Talibellum (ph) means student.

SW:   Ok an and just for my benefit and Mike because we're not here with Gary, what is your father-in-law's name?

UH:   Uh I, I give it to them but I give you again.

SW:   Please, please.

UH:   Saeed-ur-Rehman

SW:   Saeed-ur-Rehman.

UH:   Yeah.

SW:   Ok.  Any relation to Obed-ur-Rehman?

UH:   Uh, no, he's not uh relation with uh he's the,

SW:   He's your cousin right?

UH:   Who?

SW:   Obed.

UH:   Obed is my cousin.

SW:   Obed is your cousin,

UH:   Yea.

SW:   But no relation to,

**Interview of Umer Hayat, 6/5/05**

1

2  | UH: | No, no.

3  | SW: | To Saeed-ur-Rehman.  Ok.

4  | UH: | No, no he don't have any relationship.

5  | SW: | Ok, Ok.

6  | UH: | Saeed-ur-Rehman is my father-in-law.

7  | SW: | Ok, and he and he's, he's not in charge of the training camps, but what what
does he do? Wh-what does,
8

9  | UH: | Well they send him some uh student you know like they call them over there
Talibellum (p) but we call them student, like in the

10 | SW: | To go, students to go to Jihadi?

11 | UH: | To go learn Jihad or uh,

12 | SW: | Train

13 | UH: | train, you know.

14 | SW: | Ok.  And again these training camps are to uh to kill non-Muslims, to train to kill
non-Muslims.
15

16 | UH: | Absolutely, absolutely.  They not going to kill Muslim or Muslim, you know what I
mean?

17 | SW: | Well, Ok I mean I, I just wanta,

18 | UH: | But, if you're American, yeah, they can kill you.  (gestures with hand toward
head)
19

20 | SW: | Ok, Ok.

21 | UH: | If they know you are American they will kill you.

22 | SW: | Ok.  Eh eh and you know this because you've visited four camps?

23 | UH: | Yes.

24 | SW: | Already.

25 | UH: | Yes.

26 | SW: | And uh when when did you did you mention, you might have mentioned this to
Gary already but briefly uh when did you go to these camps?  As best as you
can and I want you to take your time.
27

28 | UH: | Last year, last year, on uh, last year, August and uh, September you know.

   | SW: | Of two thousand and four.

**Interview of Umer Hayat, 6/5/05**

1

2    UH:   Yes.

3    SW:   Ok.

4    UH:   Yes.

5    SW:   Right after July fourth then?

6    UH:   Right.

7    SW:   Yea.

8    UH:   August, I'm not exactly on fourth of July but end of you know.

9    SW:   Ok.

10   UH:   Yea.

11   SW:   So how many times

12   UH:   I don't remember the date but you know.

13   SW:   Ok.  Have you visited in previous years?  Have you visited these camps
14         previously, before

15   UH:   Before you mean.  No, no.

16   SW:   Never?

17   UH:   Never, never.

18   SW:   What was the reason you visited the camps on August, why August, why not
           January, why not uh, three years ago.

19   UH:   Because I had no time before, we was building the house you know.  (gestures
20         with hands.

21   SW:   Ok.

22   UH:   I was busy with uh my carpenter, I built the house in Pakistan five bedroom so
           I...

23   SW:   That's right the brick house with the air conditioning.

24   UH:   I told you that yesterday.

25   SW:   Ok very good.

26   UH:   So I was busy about uh long, for a long time

27   SW:   Ok.

28   UH:   you know, because take care of those, so when I got the time I sa...I thought
           let's go see what the hell are they doing inside you know.

**Interview of Umer Hayat, 6/5/05**

SW:  So you were just out of curiosity then,

UH:  Yea.

SW:  But you've heard that these camps existed?

UH:  Existed mean?

SW:  Uh meaning that uh they're, they've uh they're around, that they that they're in Pakistan.

UH:  Oh yea (Nods head yes) they, I mean they coming in the newspaper, Sean.

SW:  Uh huh, uh huh, uh huh.

UH:  Every day...

SW:  Really?

UH:  Which is government of Pakistan know that.

SW:  Ok.

UH:  But they, the government in Pakistan say I destroyed all the camp.

SW:  That's what Musharraf (ph).

UH:  That's what Musharraf (ph) said. But no it's still there because I saw with my own eyes.

SW:  Ok.

UH:  You know what I mean? (points to eyes)

SW:  Did, did, did uh was there any other reason so you're basically you were in not, what was your purpose in Pakis, Pakistan, to visit Pakistani in August?

UH:  Why I go?

SW:  Yes, why you go.

UH:  Can I explain to you.

SW:  Please.

UH:  Ok. I took Hamid, I took my daughter, I took my wife, to go, I have to uh build the house for the purpose. (counts on fingers)

SW:  Ok.

UH:  Build it, you know.

SW:  Ok.

54

## Interview of Umer Hayat, 6/5/05

1
2
UH:   Build the house, get married to my daughter.

SW:   Hamid to get married.

3
UH:   Hamid to get married.

4
SW:   Yes yes.

5
UH:   And my daughter get married too.

6
SW:   Ok.

7
UH:   That was my purpose.

8
SW:   Ok

9
10
UH:   It was not my purpose to go uh visit to the uh uh terrorist camp or you know what I mean,

11
SW:   Ok.

12
13
UH:   but my purpose was, built the house, marry Hamid, marry my other daughter which is here you know.  (Counts on fingers)

14
SW:   Ok, Ok

15
UH:   And so whatever I got left I spend that money and then I got a credit card you know.

16
SW:   Ok.

17
UH:   I get some money from Pakistan and the credit card and then I buy a ticket.

18
SW:   Ok.  And how long did you stay in Pakistan?

19
20
UH:   Uh one and a half year, uh one year and six months.  Which is that time take to me build the house.

21
SW:   Ok.  So from August last year you you stayed in Pakistan?

22
UH:   I was in Pakistan

23
SW:   A year and a half.

UH:   Yes sir.

24
25
SW:   So during that year and a half since August you visited many training camps?

26
UH:   No, no no.

27
SW:   Ok.

28
UH:   I, I, I did uh, camp, (nod head yes)  but not in August I mean not in that during that year,

55

**Interview of Umer Hayat, 6/5/05**

SW: Ok.

UH: Or that three months.

SW: Just in August.

UH: Just in August you know.

SW: Ok.

UH: They close to each other those camps you know they not like a hundred miles here and the other hundred, no. (gestures)

SW: Ok. May, maybe later an and we're not, we just want to confirm the same information but maybe later we'll go put up a map,

UH: Ok.

SW: And you can tell us as best where these locations are.

UH: Uh they was, uh, yea I think I, I showed him some on the map.

SW: Oh you did?

UH: Yea.

SW: Well, just just for Mike's, he's our geography,

UH: Ok.

SW: Person, he's very expert,

UH: Ok.

SW: In uh in geography so,

UH: Ok. I'm not, I mean I'm not very expert on the map but I can if I can read, you know the village and the town I show you. (Gestures on hand)

SW: But just, just, just for general information.

UH: Information. Yes sir.

SW: The camps are located close to Attock ?

UH: Oh yeah.

SW: Where

UH: One in Attock, one is Peshawar, one is Rawalpindi, those three I visited you know.

SW: But you you said four camps you visited.

UH: Yeah one I visited to the ah, ah which is Pakistan border and the Kashmir

56

## Interview of Umer Hayat, 6/5/05

1

2   SW:   Ok, Pakistan, Kashmir

3   UH:   Yeah

4   SW:   Ok

5   UH:   It's very close its going the bus over there to from Rawalpindi to Kashmir you
6         know.

7   SW:   Ok

8   UH:   Taking like uh, three four hours to get Kashmir

9   SW:   And. and, and these camps are run by the J U I correct?

10  UH:   J, J, no, no, yeah, J U I and uh Jamaat Islami

11  SW:   Jamaat Islami

12  UH:   Which is, you know they coming in the newspaper also

13  SW:   Ok

14  UH:   Who's running those camps.

15  SW:   So these are known to Pakistani very ...

16  UH:   Yes

17  SW:   This in normal knowledge?

18  UH:   Very popular

19  UH:   Yes

20  SW:   Ok

21  UH:   Yes, they know, (crosses arms)  everybody know where is those camps in
          Pakistan

22  SW:   Ok, Ok

23  UH:   But, ah, Jami, ah, Jamaat Islami, whose leader is Qasi Hussain Ahmed

24  SW:   Ok

25  UH:   You know,

26  SW:   Jamaat?
    UH:   He's sending people to mostly ah I guess into Kashmir
27
    SW:   Ok
28
    UH:   Yeah.  He's in charge too

57

**Interview of Umer Hayat, 6/5/05**

SW:  And, and how do you know all this

UH:  I, I read in the newspaper, (gestures with hands) Pakistani newspaper, you know, which is come every day how many camps they have, who is charge that you know that government is openly...sending in the newspaper sending you know, in the paper, to wrote it down, the paper, (gestures with hands as if writing) in the TV also. You know and they're blaming other country like India, is blaming Pakistan they have a camp over there, they openly talk on the TV, India you know.

SW:  So you say,

UH:  (UI)

SW:  Are are you telling me in in all honesty that you learned that these camps existed where these locations of these camps based on media reports?

UH:  Yes sir, yes sir, media reports. (Nods head yes)

SW:  Do you know this also personally from people you talked to.

UH:  No, not personally, not personally (Nods head no)

SW:  Listen to what I'm saying.

UH:  Ok

SW:  Ok, maybe you're not understanding what I'm saying.

UH:  All right, Ok, Ok.

SW:  There, there, it is hard for me to believe

UH:  Ok

SW:  That you know these training camps where they exist, all the locations, just through media reports. There ah,

UH:  See , like I told you...

SW:  If there, maybe, maybe the ah, the, the,

UH:  You know,

SW:  JUI is a very popular group. Fine.

UH:  (UI)

SW:  But as far as the, the training camps, the Jihadi camps.

UH:  Yes.

SW:  I don't think that's something that, that's gonna be out in the, in the media. What, what I'd like to hear you say.

58

**Interview of Umer Hayat, 6/5/05**

1

2    UH:    Well you know how I know, because <u>my father-in-law</u>, like I told you they sending

3          ah, Tallibellum (ph), the student, to the camp.   (Holds hands together and Nods head yes)

4    SW:    So you learned this from <u>your father</u>?

5    UH:    Yeah.   (Nods head yes)

6    SW:    <u>Your father</u> would talk to you about these camps?

7    UH:    Ah,

8    SW:    <u>Father-in-law,</u> I'm sorry.

9    UH:    Yeah.   His, <u>his driver</u> took me to those camps.

10    SW:    Are you friends with <u>the driver</u>?   Are you cl, ah, rel, related to the driver?

11    UH:    No, no, no.   Not related to him.   He's a different village.

12    SW:    Ok.

13    UH:    I'm a different village but he's so many, I mean from long time <u>he's the driver on</u>

14          <u>my father-in-law.</u>

15    SW:    Ok.   But you've known him a very, uh you've known him for a long time.

16    UH:    Yes sir.   (Nods head yes)

17    SW:    And how long have you been married now?   Come on you gotta know.   You gotta...

18    UH:    1978.

19    SW:    Ok here, here's the million dollar question.

20    UH:    Yes.

21    SW:    When were you married?

22    UH:    1978.

23    SW:    No, you gotta give me the date man.   You got a month and date.

24    UH:    Oh, oh, oh.

25    SW:    Or else you'll get in trouble with your wife.

26    UH:    So you gonna give me a million dollars?

27    SW:    Million, million, million dollar cookie right there.

28    UH:    March.

**Interview of Umer Hayat, 6/5/05**

1
2   SW: March.  Ok.  And you've known your father-in-law?

    UH: Yeah.
3
4   SW: Saeed-ur-Rehman and also ah, the driver, since then?

5   UH: Yes.  (Nods head yes)

6   SW: What I hear you said so far, and let me know if I'm getting this correct.  Is that (clears throat) you went and visited Pakistan last year

7   UH: Yes sir.

8   SW: Ok, to marry your Hamid.

9   UH: Last year - not last year.

10  SW: I'm sorry, when?

11  UH: Not last year.  2004

12  SW: Yes, 2004 that's correct.

13  UH: Last year.

14  SW: This is 2005. Last year.  Please, please, go ahead and, you need time?

15  UH: No, no, no, 2003.

16  SW: Ok, please

17  UH: 2003 October

18  SW: Ok.

19  UH: Then I spend the whole year like I told you one and a half year.  You know, I went October in 2003
20
21  SW: Ok.  Ok

22  UH: And the 2004, and the six month.

23  SW: Ok.

24  UH: I really busy because ah, we are building the house you know that take like from, I started that job on building my house from the summer till ah, September 2004. (Gestures with hand)
25
26  SW: An, and that makes sense to me because, because a year and a half from August of last year I'm trying to calculate.  I mean, my math is not that good.

27  UH: Well you ask me...

28  SW: But, but, but, ah, you know I appreciate that.

60

**Interview of Umer Hayat, 6/5/05**

UH:   Ok.

SW:   Ok.

UH:   Thank you sir.

SW:   I appreciate that so ah, so in August of 2003

UH:   Yes.

SW:   You went to Pakistan.

UH:   Not in August. . .

SW:   Basically

UH:   It was October.

SW:   I'm sorry?

UH:   October.

SW:   October of 2003?

UH:   3. There you go

SW:   Ok. 'Cause we can check that as well because we have your passport.

UH:   Yes.

SW:   Got'cha. Um, in October of 2003, the purpose of your visit was to ah, marry Hamid to your ah, daughter-in-law.

UH:   Yes. Sir. (Nods head yes)

SW:   Ok, and to build your house?

UH:   Yes. (Nods head yes)

SW:   Which took about a year and a half to complete?

UH:   Yes sir.

SW:   Ok. And ah, you, and then, and then during that same time, you just was curious

UH:   (Nods head yes)

SW:   About ah, about ah, visiting these training camps that you've learned through your, your father-in-law, Saeed-ur-Rehman.

UH:   (Nods head yes)

SW:   And also ah, through his driver. What is, what is the driver's name please?

61

## Interview of Umer Hayat, 6/5/05

1

2  UH:  No.

3  SW:  I mean was he ...

4  UH:  He say, I mean I say he, he been, he been out from there and I wanted to see
        what they did and why they, why he went and what, what they learned over
5        there.  (Gestures with hand)

6  SW:  So, so it's like, it's like this, it's like this over there, basically it's like if you were
        shopping, if I were a parent of a, a college student and I wanna go see what
7        school my, my boy is, is going to.

8  UH:  Yeah.  (Nods head yes)

9  SW:  Then, then I go and visit ...

10 UH:  You got it.  (Nods head yes)

11 SW:  the school.  Same?

12 UH:  Thank you.  (Nods head yes)

13 SW:  Ok.

14 UH:  Thank you.

15 SW:  Ok.  I just wanted to clear that up because

16 UH:  You, you make me, you make for me, easy.  Thank you.

17 SW:  Because you know ah, you know maybe someday I'd like to find out too where
        my, my son is going to college.
18
   UH:  Ok.
19
   SW:  Maybe the cheapest ah, you know, the cheapest uh, college that I can afford you
20       know. I cannot afford.

21 UH:  (Nods head yes)

22 SW:  Did you have to pay for your son to go to ah?

23 UH:  No, he,

24 SW:  Jihad?   The training camp?

25 UH:  No, not I did.

26 SW:  Ok.

27 UH:  They, I think they support from my father-in-law.   They support him.

28 SW:  Oh, oh, the father-in-law.  Ok.

### Interview of Umer Hayat, 6/5/05

| | |
|---|---|
| UH: | Yeah, yeah. |
| SW: | Ok. So it's like a tuition free. |
| UH: | Yeah. (Nods head yes) |
| SW: | It was like a scholarship? |
| UH: | Yes. (Nods head yes) |
| SW: | But not everybody get scholarship though right? |
| UH: | Yeah, but I don't support him, you know. (Nods head no.) |
| SW: | Ok. But, but not every, 'cause you did, 'cause you only prob, do you, is it because you only earn money through ice cream and ah, |
| UH: | Man, I got no money. You know this money I took it from the credit card. |
| SW: | Well, um, |
| UH: | Some ice cream. |
| SW: | Ok, well how much was that, how much did, let's say I wanna send my son I'm a devout Muslim and I wanna send my son to ah, Jihadi training camp. What, what do I have to do in order to send my son to, to a Jihadi training camp? Wh, what, as a parent how would I send him? Do you understand what I'm asking? |
| UH: | Yeah. (Nods head yes) |
| SW: | How, how does one, how does, how would I send my son to a Jihadi training camp? Please, if you can clarify? Do you understand what I'm saying? |
| UH: | Oh, no, if you could repeat it again please. |
| SW: | Ok. Here, here's what we're, here's what I'm asking. |
| UH: | Ok. |
| SW: | I'm curious to know, |
| UH: | What does that mean please? |
| SW: | Cu, Curious? I am ah, I would like to know. |
| UH: | Ok. |
| SW: | Ok. I would like to know how Hamid, you know, left the United States and enrolled in a Jihadi camp. |
| UH: | Uh, huh. (Nods head yes) |
| SW: | Training camp. |
| UH: | Uh, huh. (Nods head yes) |