# EXHIBIT B-2D

### KTVU Redactions
### to Umer Hayat Transcript

03732\904325.1

**Interview of Umer Hayat, 6/5/05**

SW: What's the procedure?  What's the process?  It's like, it's like if you were to go and ah, apply my son to go to college.

UH: Uh, huh.  (Nods head yes)

SW: I would like to know how he, what process would Ha, like ah, Hamid...

UH: He have, excuse me...  (shifts forward in chair)

SW: Take process to go to Jihadi camp.

UH: He, he have that ah, what they call it like ah, like ah, he have, he want to learn this you know.  (Gestures with hands)

SW: Ok.  So he want, he wants to, first of all, Hamid wanted, expressed a desire to go.  He wanted to go.

UH: To go.  He want to go.  Yes.

SW: Ok.  And you cannot stop him?

UH: No.

SW: Ok.  So you have to express.  Do you have to be a Hafiz to go to the Jihadi camp?

UH: Ah, there is a lot of Hafiz going to Jihadi camp.  (Nods head yes)

SW: Ok.

UH: In Pakistan.  (Nods head yes)

SW: And, and you said that, that when ah, when Hamid went to ah, so he told you, he expressed...

UH: Yes.  (Nods head yes)

SW: He says father, Umer, I would like my, I would like to go to Jihadi camp?

UH: Jihadi camp.  (Nods head yes)

SW: How does he, how does, how did he have the desire to, to ah, to go to Jihadi camp?  How?  Maybe, upbringing..

UH: Ah, from Pakistan.  (Nods head yes)

SW: Ok.

UH: From Pakistan friend

SW: So, from friend?

UH: Yeah.  (Nods head yes)

**Interview of Umer Hayat, 6/5/05**

SW: Who, who's your friend, who's his friend?

UH: Ahhhhh, he,

SW: As best please. As best as you can remember.

UH: He, he, he ah, was uh reading with him.

SW: Ok.

UH: Quran you know, in Rawalpindi.

SW: Ok. Also, reciting and also

UH: He, he,

SW: Memorizing...

UH: He's been there so many times to the camp, you know.

SW: Ok.

UH: He,

SW: This friend of Hamid?

UH: Yeah. (Nods head yes)

SW: Ok.

UH: He make him ready to go for that camp, you know. His father name is Qari Yaqoob (ph).

SW: Please spell. I cannot.

UH: Q-U, Q, ah, Q-U,

SW: Ok. Is he related to you Mr. Umer?

UH: Not my relative but he is teaching in the, his father-in-law Madrassah, you know ah, that ah, that his friend, his father, you know. (Gestures with hands)

SW: Ok. Ok.

UH: Quari, Qari .. Mean.. Q-U-R-R...

SW: K, KARI?

UH: No, it starting with a Q.

SW: Q. Ok.

UH: Q-R.

SW: Ok.

### Interview of Umer Hayat, 6/5/05

1

2 UH: (spelling letters)

3 MB: Q-U-A-R-I? Maybe.

4 UH: Yeah. Quari Yaqoob.

5 SW: Yaqoob, why

6 UH: I'm not good at a spell.

7 SW: Y-A-Q-O-O-B?

8 UH: There you go

9 SW: Maybe.

10 UH: Yeah, Yaqoob ... Ok?

11 SW: Ok.

12 UH: Ok.

13 SW: Ok.

14 UH: That was his son is Hamid friend, close.

15 SW: How long ago?  How long ago?

16 UH: How long ago?

17 SW: How long ago?

18 UH: When we, there so many, I mean ah, long time ago...

19 12:41:57

20 SW: Before he was eight years old, ten years old?  What?

21 UH: Yeah. (Nods head yes)  Yeah.  No, not ten year old he went to camp.  No.

22 SW: No, no, no.  I meant, I meant was it eight years old that they were talking about
23 ah, when they were, when he ah, was,

24 UH: When he was doing that time reading Quran (Gestures with hand like an open
book)

25 SW: Quran.

26 UH: Yes.  He was maybe 13, 14,

27 SW: 13, 14, Ok.

28 UH: 15 year old you know.

**Interview of Umer Hayat, 6/5/05**

SW:   And this was at Rawalpindi?

UH:   This is Rawalpindi. (Nods head yes)

SW:   But I thought you were from Attock, Behboodi?

UH:   Yeah, but my father-in-law I told you he's living in Rawalpindi and my son was reading... (Gestures with hands)

SW:   I see. Ok.

UH:   In the Madrassah.

SW:   He was staying with your father-in-law?

UH:   Yeah.

SW:   Saeed-ur-Rehman

UH:   Yea. Most of the time he stayed in Pakistan.

SW:   Ok.

UH:   You know. We was here.

SW:   I see, I see, I see.

UH:   Yeah.

SW:   Ok.

UH:   Most of the time we raised Hamid, mostly in Pakistan.

SW:   Ok. So, so basically Hamid had been going, had been learning the Quran, reciting the Quran with this teenager...

UH:   When he finish the Quran he come Hafiz, you know. (Gestures with hands)

SW:   Become Hafiz, that's right.

UH:   And then he go with him, you know. (Gestures with hands)

SW:   Ok.

UH:   He showing him where is the camp.

SW:   Because, because this teenager.

UH:   Yes.

SW:   Uh, how old, how old was this teenager when, when ah, Ha, Hamid ah, started to associate with ah, with him?

UH:   Quran you mean?

68

**Interview of Umer Hayat, 6/5/05**

1   SW:  Yeah.

2   UH:  You mean how old is he?

3   SW:  No, no. How, how old was the ah, teenager. The ah, his friend? How old was
4        his friend?

5   UH:  Oh, he's ah, he around 27, 28,

6   SW:  Oh, he was. Oh Ok. I thought he was like 18 years old.

7   UH:  No. He's 27,

8   SW:  So he was 27 and Hamid was ah, 14?

9   UH:  Yes sir. 14, 15 years old

10  SW:  14, 15, and when...

11  UH:  He was like you know going to mention him you know to all those camps get
        training you know, for Jihad you know. (Gestures with hands)
12
    SW:  Ok.
13
    UH:  Yeah.
14
15  SW:  And this, and this teenager, do you remember the name please. The name of
        the friend?

16  UH:  No I, I don't know remember,

17  SW:  They, they...

18  UH:  That's why I give you his father's name Qari Yaqoob.

19  SW:  Ok. And that's the father's name.

20  UH:  Sajid, Sajid

21  SW:  Sajid?

22  UH:  Yeah, I got it. Sajid

23  SW:  I thought, you startled me. I thought...

24  UH:  (shakes SW hand)

25  SW:  You're sleeping and then you're almost ready to..

26  UH:  (UI)

27  SW:  That's Ok.

28  UH:  Yes.

**Interview of Umer Hayat, 6/5/05**

SW:   That's Ok.   Huh.

UH:   Don't make me scared, please   (Raises both hands)

SW:   No, no, don't scare me.

UH:   Ok.

SW:   Ok.

UH:   I'm not. . .

SW:   All right.   No need to get scared

UH:   Sajid.   Ok, yeah, he's in Rawalpindi   (Nods head yes)

SW:   Ok.

UH:   Yeah

SW:   Ok.   And you mentioned the, a Madrassah.   What is the name of the Madrassah?

UH:   Madrassah is I give it to them last night name, but I give you again, no problem.

SW:   Ok.

UH:   Jamia Islamia...Jamia...

SW:   Jamia

UH:   Islamia

SW:   Islamia

UH:   (UI)

SW:   That's run by <u>Yaqoob</u>?

UH:   No, that's run by <u>my father-in-law</u>.   (Smiles)

SW:   No, no, no.   I, you, you said, and tha, that's what we need to clear it up.   Maybe I'm not understanding.

UH:   He's teacher too.   <u>Quari Yaqoob</u> is teacher over there too.   But ah, head like a principal is <u>my father-in-law on</u> this Madrassah.

SW:   On this Jamaat. . .

UH:   Jamia Islamia   (Nods head yes)

SW:   Jamia Islamia, and it's in Rawalpindi?

UH:   It's in Rawalpindi (Nods head yes) ah, we calling it Urdu Sadr (ph) but an English word is Kant (ph).   Ok.

70

**Interview of Umer Hayat, 6/5/05**

SW:   Ok and, and, so this um, so this is ah, Sadat (ph)?   Is this Sadat (ph)?

UH:   Sadr (ph).

SW:   Sadr (ph) is a student with your, with your son at the Jama, Jama Islamia... (Nods head yes)

UH:   Jamia Islamia.  (Nods head yes)

SW:   Jamia Islamia.

UH:   Yes.  (Nods head yes)

SW:   Ok.  They're in the same, that's the same Madrassah they were going.

UH:   Yes, they were in that.  (Nods head yes)

SW:   Ok.

UH:   Yes sir.  (Nods head yes)

SW:   Were there other Jihadis doing that, in that Madrassah?

UH:   No, they just getting ready, to the people.

SW:   Yes.

UH:   To the Jihad, you know.

SW:   Ok.

UH:   So the Jihad is the one.  (Holds up one finger)  Jihad is not the different Jihad.

SW:   Different Jihad.  Ok.

UH:   No.

SW:   But with, with this,

UH:   The Jihad mean same Jihad.

SW:   With Sadr (ph) though, with Sadr (ph),

UH:   Yes.

SW:   He was actually thinking of a different Jihad in a training camp, correct?  That's what you said.

UH:   Well, they, they training a different ah, you know.  (Puts arms up as if holding a gun)

SW:   Yeah.  With the, with their, guns.

UH:   Oh yeah.

71

**Interview of Umer Hayat, 6/5/05**

1

2   SW:   Ok.

3   UH:   In, in a camp I'm talking about. Not in the Madrassah.

4   SW:   Right, right, right. No in the camp.

5   UH:   Yeah. In the camp.

6   SW:   So these ah, so that's how, so that's how basically a, a, going back to ah, Hamid.
    You gotta have the desire. Right? He's got, he's gotta tell you father I have the
7   desire to go to training camp?

8   UH:   Uh, huh. (Nods head yes)

9   SW:   You have no choice but to let, allow him.

10  UH:   Yeah. (Nods head yes)

11  SW:   But there, the, the way his ah, the way Hamid's desire got developed was when
    he was with Sadr,
12
    UH:   Nods head yes.
13
    SW:   Sadr (ph) in Rawalpindi?
14
    UH:   Yeah. (Nods head yes)
15
    SW:   Sadr (ph) is a 27 year old friend who recites the Quran with ah, Hamid.
16
    UH:   Yeah. (Nods head yes)
17
    SW:   And he's also,
18
    UH:   Hamid.
19
    SW:   Go ahead.
20
    UH:   Excuse me. He, one thing is mentioned to him like you know, like I tell you this
21   job is good, go ahead learned it you know.

22  SW:   Yes, yes.

23  UH:   So his ah, his ah, uncle. Hamid uncle.

24  SW:   I'm sorry. Ok. Hamid. Ok.

25  UH:   He been trained there to and he's in Pakistan.

26  SW:   Ha, Ok.

27  UH:   So,

28  SW:   Hamid's uncle, Hamid's uncle.

**Interview of Umer Hayat, 6/5/05**

UH:   Been trained those camp. (Nods head to the side)

SW:   Is, is not your brother?

UH:   Brother-in-law.

SW:   Brother-in-law.   What is his name please?

UH:   Attique-ur-Rehman (ph).

SW:   Attique

UH:   Rehman

SW:   Please spell again.

UH:   Ah, A-T-Q-U-R-R-A-H-M-A-N.

SW:   Ok.  He's been trained?

UH:   Yeah.  So, you know, (Nods head yes)

SW:   So everybody,

(Both talking)

UH:   The kid, the kid mention oh, my uncle's has been trained.

SW:   My uncle, my friend.

UH:   Yeah.  Yeah.

SW:   My Satera (ph).

12:47:18

UH:   And so, this why I'm not so blind, you know Jihad.  (Nods head yes)

SW:   Ok.

UH:   You know what I mean?

SW:   Yeah.

UH:   So, what, whatever in my knowledge I tell you.  (Gestures with hands)

SW:   Ok.  And you mentioned this to, to Gary last night?  All this?

UH:   Ah, I, no.

SW:   Ok.

UH:   No he don't ask me for that you know but, I a little while ago we was mentioned
      to me. (Gestures with hands)

73

### Interview of Umer Hayat, 6/5/05

SW: I see

UH: I already wrote it down.

SW: Ok, Ok. And you know that you, it was clear in your mind that that Hamid wanted to to go to a Jihadi camp that to shoot, to learn how to shoot, and to go to what these training camps that you mentioned already, these three or four training camps

UH: Yes sir. (Nods head yes)

SW: Ok, and its because he, it was ah, Sadr (ph) and also his uncle, ah, who Attique who wanted to, whose been in training camps

UH: Oh yeah, (Nods head yes) he's he's like ah thirty five, thirty six year old...(UI)

SW: Ok. Ok.

UH: And they been through one of those when Russia and Afghanistan was fight so they they he's been train by... (UI)

SW: So, so Attique, Attique actually fought in the ah, ah Afghan Soviet war

UH: Yeah. (Nods head yes)

SW: Ok, against the, against the Soviets? He was with the Taliban?

UH: Who?

SW: Attique. Did he fight against the

UH: Not the Taliban, you know when was fight with Russia

SW: Yes

UH: In Afghanistan

SW: The Mujahideen

UH: Mujahideen, now they changed the name Taliban

SW: Sorry, sorry

UH: But uh use to was a Mujahideen. So he been training, his uncle been trained in Afghanistan you know,

SW: got ya

UH: which is my knowledge I know. (puts hand to self)

SW: Ok, how, how old was, was the uncle at that time.

UH: About that time, about that time he was like a twenty-one or twenty-two that's it, no more than that

74

**Interview of Umer Hayat, 6/5/05**

SW: Twenty-one or twenty-two

UH: Yeah

SW: The uncles pretty young, younger than Sadr (ph)

UH: Younger that who?

SW: Than Sadr (ph).. Sadr (ph) was twenty-seven

UH: Yeah, yeah, yeah, he's younger than, yeah. Because when I was get married he was right here 1978. You know what I mean?

SW: Ok, Ok, Ok. And you mentioned a while ago,

UH: Yes sir

SW: Just like remember the story we were talking about that going to college while I I'm sorta having the same picture of somebody going to Jihadi is like somebody going to college.

UH: Ok.

SW: You see the picture I'm,

UH: Yes

SW: I'm comparing it with.

UH: Ok.

SW: So, you mentioned that you did not pay for, for uh Hamid to go to training camp, but you had to, you had to ah, pay correct, to go to training camp, correct. You had to pay somebody to go to training camp.

UH: The money you mean.

SW: Yes money.

UH: His father-in-law pay that money

SW: Right, but you have to pay.

UH: No.

SW: No, I meant, I'm sorry, one has to pay, for, in order for somebody to go to training camp.

UH: Yes. (Nods head yes)

SW: How much normally. How much do you normally, how much would one normally pay.

UH: I, I don't know how much money.

75

### Interview of Umer Hayat, 6/5/05

SW: Oh, so, so

UH: My father-in-law I told you, I'm not

SW & UH:   (Both speaking) (UI)

SW: I know, I know, I know.

UH: I'm not going to give you a different answer then you're going to be confusing me.  (Gestures with hands)

SW: No, no, I, I, wanna that's why we're going to clear it up.

UH: Yes.

SW: Ok.

UH: That's why I told you,

SW: Ok.

Uh: I don't pay, I don't give 'em money to go, I say

SW: Ok

UH: Ok, he said father I I, you know, I want this to be a learned.

SW: Yes

UH: You know

SW: Yes

UH: I say Ok.

SW: Ok

UH: But, his father-in-law in Rawalpindi and Sadr (ph)

SW: Sa, Sadr (ph)

UH: and his uncle they support him.  (Gestures with hand)

SW: Gotcha.

UH: Because he's been live there, for many, many year in their house you know

SW: Yes

UH: Because we was here, since Hamid was eight month old we take him back to Pakistan and then we come back, my wife and me, we left that

SW: You left Hamid there

UH: to the ah, ah the grandmother and the grandfather

76

1

2  SW:  In Rawalpindi

3  UH:  In Rawalpindi, sir, yes.

4  SW:  Ok. Ok.  It's It's clear, it's getting clearer to me, I have to

5  UH:  I hope so.

6  SW:  figure out uh...

7  UH:  I hope so.

8  SW:  Names and stuff, ah. Ok. So he went and basically under the blessing Hamid
9       expressed the desire to go to ah, Jihadi training camp because he ah, learned
         from Sadr and his uncle ah, Attique,

10 UH:  (Nods head yes)

11 SW:  And then ah, and then your father-in-law, Sadiq (ph), and and Attique paid for
12      his, basically.

    UH:  Well they support him.
13
    SW:  Support.
14
    12:51:24
15
16 UH:  From so many years you know we, we, we don't send him one penny from
        America you know. (Gestures with hand)  My one daughter and my one, ah, my
17      Hamid, was raised over there, you know big daughter one. . .

    SW:  Ok, Ok.
18
19 UH:  You know they were since my other daughter was little.

    SW:  When, when did Hamid go to the training camp?
20
21 UH:  Oh my God. . .  (Tilts head to side and smiles)

22 SW:  Ah, ah, yeah when did he go to training camp.  You said in August of 2003 you
        went there,

23 UH:  Yes

24 SW:  but he already gone to training camp, I'm, I'm sorry, you went which one. . .

25 MB:  August 2004.

26 SW:  2004. Ok August 2004.  But you went to Pakistan in, in, October of 2003.

27 UH:  Yes sir. (Nods head yes)

28 SW:  Got it. Ok. See how it gets confusing, I'm I'm getting confused too, but ah, so
        please straighten.

                                      77

## Interview of Umer Hayat, 6/5/05

UH: You can ask me (UI)  (Puts hand on own chest)

SW: Ok, so when did, when did Hamid go to training camp then?

UH: He went to training camp, was

SW: Please take your time

UH: Summer time.  In the summer time, was summer, you know when we was left from here we went together you know 2003.

SW: Uh huh

UH: So after like we were there four or five months in the Behboodi you know (puts hand to head)

SW: Your house too.

UH: In my house, and we not actually own house because that house was torn away and to starting over.  (Gestures with hand)

SW: Ok

UH: We was living on uh his aunt house, tepayti (ph) you know

SW: Ok

UH: Yeah, but he go around like ah, on August or July you know, on 2003

SW: Ok.

UH: Ok.  No, no, no, no, I'm sorry, I'm sorry.  (Shifts forward in chair)  We left here from October 2003.  We went on a on a 2004, 2004.

SW: Ok.

MB: What, what month?

UH: Exactly I don't know which month was but

12:53:35

SW: But it's got to be. . .is it before August 2004 when you went there?  You went to the camps in August 2004.

UH: Yeah.  No we went 2003 to the Pakistan you know.

SW: Right, right, but the training camps in 2004.

UH: Four.  (Nods head yes)

SW: August, but you said

UH: He went already.

78

SW:   Already gone so it was before August 2004.

UH:   Yeah.

MB:   How long before you guys went there, how long before you visited the camp that he graduated, he had graduated in summer, July.

UH:   I, I think so. I think so, yeah. Yes. Yes.

SW:   And, and did, ah, when, when, ah, when Hamid was in, when Hamid was in the camps, um, how would he tell you how he's doing?

UH:   No, until he come back.

SW:   He comes back?

UH:   Yeah.

SW:   So, he's been gone for six, six months? He goes for six months...

UH:   Yeah, (UI) we...

SW:   ...You don't loose...

UH:   We live in the village...

SW:   Uh-huh.

UH:   We live in the Rawalpindi you know what I mean?

SW:   Ok.

UH:   So, ah, they was, ah, learning like they stay over there one week and then come back to the camp.

SW:   Oh, Ok.

UH:   You know what I mean. (UI)

SW:   Ok, it's not like six months here, you go, you go out...

UH:   No, no, no. And so they, whenever they needed clothes (points to pants) or something...

SW:   So, they come back.

UH:   (UI) and then you go back for one other week. You know.

SW:   Did he...

UH:   like this (Puts hand over face like a cover over face)

SW:   Ok, did he go to one camp only? Or several?

79

**Interview of Umer Hayat, 6/5/05**

1

2   UH:   No, he, he done one camp. (Points with one finger)

3   SW:   Ok. Which one was that?

4   UH:   It's close to Rawalpindi. Ah, it's name is, ah, ah, Tamal (ph), Tamal (ph) Camp
        or something like that.

5   SW:   Oh, Tamal (ph) Camp...

6   UH:   Yeah.

7   SW:   In Rawalpindi?

8   UH:   In Rawalpindi. Like, it's not in the city, but, it's a little bit far away from the city,
        you know. (Gestures with hand)

9

10  SW:   Ok.

11  UH:   Outside, like countryside we call it you know, like here we call it countryside.

12  SW:   What's the name of the, ah, is there, ah, a town near it? Town? What's the
        town called in Tamal (ph) camp in Rawalpindi?

13  UH:   Ah, this is the place, I'm giving to you. That's, ah, that's the city, I mean, the
        village name to Tamal (ph) camp and the camp name is Tamal (ph) camp.

14

15  SW:   Oh, so, it's Tamal (ph) Village in, in, ah....

16  UH:   Camp, Tamal (ph) camp. It's a very popular camp. You know. (Nods head yes)

17  SW:   Really. How, how is that? How is it popular?

18  UH:   I mean a lot of people know in Pakistan, you know... (laughs) (gestures with
        hand)

19  SW:   Ok. I mean, you know how different colleges are, are popular, or you know if you
        go to, you, you've heard of Harvard?

20

21  UH:   (Nods head yes)

22  SW    You've heard of uh ... University of California, Berkeley. They're famous...

23  UH:   Yes, sir. (Nods head yes)

24  SW:   Why is this camp famous? Uh, Tamal (ph)

25  UH:   Why is this famous? This is a very nice question.

26  SW:   And I, we need a, we need a very good answer.

27  UH:   (Coughs and shifts in chair)

28  SW:   Why is it famous? Tell us.

**Interview of Umer Hayat, 6/5/05**

1

2 UH: Ah, because, there is a leading Jamaat Ulema-i-Islam, Maulana Fazlur Rehman is very famous from that camp, you know.

3 SW: Ok.

4 UH: He's, ah, he's a big, ah...

5 SW: He runs that camp?

6 UH: Oh, yeah. He's a big fish. (Nods head yes)

7 SW: Ok.

8 UH: He's ah...

9 SW: How big, how big is Fazul-ur-Reh?

10 UH: He's a big, big fish. (gestures with hand) He's right now in, ah, opposition leader in Pakistan.

11

12 SW: Opposition leader?

UH: Opposition leader. (Nods head yes)

13 SW: Like political.

14 UH: Political.

15 SW: Against Musharaf or...

16 UH: He is against Musharaf

17 SW: Ok, Ok. So, he's famous for that.

18 UH: Oh, yeah. (Coughs) He's famous for that because, ah, he's speeching is also in the TV or in the newspaper to hate America.

19

20 SW: Ok. Ok. This Tamal (ph) camp

21 UH: Yes.

22 SW: Is it, is it, more famous than the other four camps?

23 UH: Yes. (Nods head yes)

24 SW: And the reason it's famous is because Fazlur Rehman runs that camp?

25 UH: Yes. (Points and Nods head yes)

26 SW: The other three camps he doesn't run?

27 UH: No. Not, not that, not, not those.

28 SW: Ok.

81

**Interview of Umer Hayat, 6/5/05**

UH: I mean that's Jamaat Islami like I told you...

SW: Sure.

UH: Qari Hussain Ahmed (ph)

SW: Yes, yes, yes, yes.

UH: You know.

SW: J-U-A.   J-U-I-H?

UH: J-U-I....

SW: And J-U-I-F.

UH: F.

SW: Correct.

UH: Yes.  (Points and Nods head yes)

SW: Ok.  And J-U-I...

UH: Well they did together, you know, my, my, my knowledge, they all the same....

SW: They all the same.

UH: Yeah.

SW: Different....

UH: All the same.

SW: Different alphabet soup letters, but same difference...

UH: Same thing.

SW: Same difference.

UH: Same, ah, same, ah, same mention or whatever.

SW: Same purpose.

UH: Same purpose, there you go.

SW: Same purpose to kill, to kill Americans.

UH: Oh, yeah, (Nods and tilts head to side) they all openly talk in the TV and the radio, I was there, you know, they burn the flag, you know. ((Nods head yes)

SW: Ok.

UH: American flag. And, ah, so many times they attack on, ah, American Embassy, you know, but no more, because their security very tight.

82

**Interview of Umer Hayat, 6/5/05**

SW:   Ok.

UH:   In American Embassy and, ah, I went personally, my, I make uh, I renew passport I saw what happened, the, the security very tight.  No more, you can't park the car over there.  You have to take the bus from like two mile.  Far away from the Embassy.  After that, you know...

SW:   Ok.

UH:   Ah, or the bus is going to, like we coming here, they check the bus from the bottom the top and everybody come outside and

SW:   Ok

UH:   You know what I mean?

SW:   Yes.

UH:   Because he's, after his speech, after his speech, Fazlur Rehman, if you see any American, if you know he's American....

SW:    To kill.

UH:   ...kill him that's it.  (Nods head yes)

SW:   But Americans in a sense, not Muslim-Americans like you, you're an American, he wouldn't dare do that?

UH:   Well, we were scared also but, ah, we, he don't know we are American citizens. . . (UI).

SW:   Ah, I see.

UH:   He know we live in America, but he don't...

SW:   But...

UH:   ...he don't know we are American citizen, you know...

SW:   Is, is...

UH:   And, we're not telling to the people we are citizen.

SW:   Is your...

UH:   We tell them we are Pakistani.  Yes sir.

SW:   I'm sorry.  Is, is  your father-in-law, Sadiq (ph), is he, um...

UH:   Saeed-ur-Rehman.

SW:   Saeed-ur-Rehman, does he, um, is he close to Fazlur Rehman?

UH:   Yes.  (Nods head yes)

Interview of Umer Hayat, 6/5/05

1

2   SW:   Very close, how close?

3   UH:   They are close. Close means close, you know. Not, not over there, not over
          there close. Like you know... (gestures with hand close or next to body)
4

5   SW:   Like, like there, there, ah, there they can talk ..

6   UH:   (UI) how much we have space, you know.

    SW:   Ok.
7

8   UH:   From many, many years, not from nine-eleven or, you know what I mean?

9   SW:   Yeah, yeah. Did, um, what else is this, you mentioned this Tamal (ph) camp is
          very famous out of all the four, out of all the four camps Tamal (ph) camp is the
          most famous because it's headed by Fazlur Rehman. But what else is, is, did
10        you visit that camp, Tamal (ph) camp....

11  UH:   Tamal (ph) Camp? Yeah, it's close to first, first camp is that. (Nods head yes)

12  SW:   Ok, is, because it is the closest one.

13  UH:   Yeah. (Nods head yes)

14  SW:   Ok.

15  UH:   I saw whatever they did inside... (Nods head yes)

16  SW:   Ok, Ok and what, what, and, ah...

17  UH:   We got security, you know like with us you know

18  SW:   Yeah

19  UH:   watching us, and before we was going  (points to different spots on body)

20  SW:   Oh, they would, they would uh, kind of inspect you for weapons?

21  UH:   Yes, they can't trust us, like ...

22  SW:   Even, even if you are with a driver or you were with ah...

23  UH:   Oh yeah, no, no

24  SW:   . . .with Saeed?

25  UH:   Oh yeah, security very tight.

26  **End of Video tape 1**

27  **Beginning of Video tape 2**

28  13:00:54

84

**Interview of Umer Hayat, 6/5/05**

UH: Over the face like a ninja. (gestures with hands over face)

SW: Ninja.

UH: Ninja.

SW: Ninja Turtle.

UH: Ninja Turtle, you can call him.

SW: Ok, all right.

UH: But, I can't mention from them because they was from, I saw those student some in my father-in-law Madrassah.

SW: I see.

UH: So that's why I see with my, my eyes (points to eyes).

SW: In Jamaat...Ok.

UH: Oh, this guy I saw in Madrassah.

SW: Sure.

UH: Jamaat-e-Islamia (Nods head yes)

SW: Jamaat-e-Islamia.

UH: Yeah, so there is some uh, look like to me (points to eyes), I'm not sure if there is a Malaysian too.

SW: Ok.

UH: There is, look like to me, Saudi. They not gonna you know, say hey (gestures with hands)

SW: Yeah, I'm Saudi (gestures with hand to self). This is um, Malaysian.

UH: (UI), no, no, not like this, you know. But look like to me, I, I, my knowledge is there is Saudi Arabia, there is a Chechen, there is uh Afghani, there is uh Pakistani, which is, you know, which is already the government know Pakistan, where they come from.

SW: Ok.

UH: Which country are they coming. They talking in the newspaper, we have a still not controlling the, those camp, we have uh still coming from Chechnya, we have uh still coming from Afghanistan border, the Mujahideen or you calling, uh, Mujahideen or whatever they call him right now. . .the, you know, the Jihad for the people. (Counts on hands)

SW: Jihadis.

UH: So they're coming from uh some Bangladeshian...

85

Interview of Umer Hayat, 6/5/05

SW: Ok.

UH: Border. You know from Kashmir.

SW: Ok.

UH: You know.

SW: So-so basically you've visited these camps in, in August and one of the camps you visited was Tamal camp in August 2004.

UH: (Nods head yes)

SW: Uh, a camp that that was attended by, by Hamid previously.

UH: Um hmm, previously, you got it. (Nods head yes)

SW: Previously, Ok, for six months.

UH: Six months.

SW: And Hamid would normally just because it's close to Rawalpindi he would just uh-uh maybe go there for a week and then come out.

UH: Come back, goes to like uh five, six miles, you know.

SW: Ok. Oh, really. That, that, that close, huh?

SW: Very close, very close.

UH: Pakistan government know where the ...(UI)

SW: Ok. What specific training did Hamid get from them? What,what did he tell you about the training? What did you see in the training that he received?

UH: Well I saw over there, you know, like they, they, they learn the karate. (gestures with hands)

SW: The what - karate?

UH: Karate.

SW: Ok.

UH: They learn the karate.

SW: In self defense, did you pick up some karate moves? Did you pick it up?

UH: No, no not me, not me.

SW: No? Cause you know, American wrestling, WWF.

86

**Interview of Umer Hayat, 6/5/05**

UH: Yeah, but uh I just do with my kids, like this, you know. (gestures with hands in karate moves)

SW: Ok.

UH: But I don't know karate.

SW: Ok.

UH: Because I'm not training from those camps, remember that, please. (gestures with hands in a stop motion)

SW: Ok.

UH: Yeah, I just visit but.

SW: It's like a, it's like a father would be visiting to go to a college campus.

UH: That's it.

SW: Ok.

UH: They learn the karate and they, they make a dummy, you know what I mean?

SW: Dummy, targets.

UH: Targets, you know.

SW: Ok.

UH: Target, they don't like who. They shoot, (uses hand to simulate holding a gun and shooting) you know, the dummies, they make his face, you know. (gestures with hands to face)

SW: Like who?

UH: Like President Bush.

SW: Bush.

UH: Rumsfield.

SW: Ok.

UH: Colin Powell.

SW: Ok.

UH: Was used too.

SW: Ok.

UH: You know.

SW: Sure.

87

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Yeah. |
| 3 | SW: | Ok, |
| 4 | UH: | And uh |
| 5 | SW: | So target practice, shooting, defense, uh karate, uh. |
| 6 | UH: | Yes.  (Nods head yes) |
| 7 | SW: | What else did they uh, did they learn, what, what else did they learn, what else |
| 8 | | did Hamid, did Hamid tell you all this too?  Hamid says oh, father, when I came back uh would he tell you these things too, would he tell you, uh, |
| 9 | UH: | (Nods head yes) |
| 10 | SW: | He would, he would tell you.  Kinda like uh like basically giving you |
| 11 | UH: | Yes. |
| 12 | SW: | Giving you uh an update. |
| 13 | UH: | But I saw with my own eyes too, (gestures with hands)  you know, you know, |
| 14 | | what they learn over there. |
| 15 | SW: | Well what else did they, what, so. |
| 16 | UH: | Like a stick, a big stick and you know they're hanging and jump like 50 feet over there.  (Gestures with hands) |
| 17 | SW: | Well, what was Hamid's best uh best, what did he like, enjoy most in the camp, |
| 18 | | did he? |
| 19 | UH: | Karate. |
| 20 | SW: | Karate, huh? |
| 21 | UH: | Right. |
| 22 | SW: | So he can take on anybody.  He can take on... |
| 23 | UH: | But they give you everything.  (Moves head from side to side)  They give you every uh, uh, they not only showing in karate, they, they, they, they teach you uh shooting and everything like this. |
| 24 | | |
| 25 | SW: | What kind of weapons, what shoot, what weapons did they? |
| 26 | UH: | Well they have a weapon inside. |
| 27 | SW: | Yeah? |
| 28 | UH: | Yeah. |
| | SW: | Ka... machine guns? |

**Interview of Umer Hayat, 6/5/05**

1

2    UH:    Um, they calling it Kalishnikoff.

3    SW:    (UI) Kalishnikoff, AK-47?

4    UH:    Like, like I told last night Gary.

5    SW:    Ok.

6    UH:    Yeah.

7    SW:    Yeah.

8    UH:    They, they coming from those in, in a Pakistan, eh from China.  The border is
9           close to Pakistan China.  Smuggling from the (UI).  The Kalishnikoff.

10   SW:    Smuggling huh?  How big is this camp?  How many people in the camp?

11   UH:    Well I saw about 3, 400 people.

12   SW:    That big?

13   UH:    Yeah.  Well, no, it's bigger than that.

14   SW:    Yeah?

15   UH:    Oh yeah.  Now you mention today, they're sending in Iraq.

16   SW:    Yes, yes, yes.

17   UH:    You know.  They sending in uh Syria.  They're sending in Afghanistan.  They're
           going from Pakistan all the time.  (Counts with fingers)

18   SW:    How did they send people from the camps to Iraq?  By way of what, how?
19          Smuggle?

20   UH:    You know, they going by Afghanistan.  Because here in Pakistan, this is the
           border close. . . (gestures with hands)

21   SW:    And, and how do you know that?  Umer, how do you know that?

22   UH:    Oh, I know by the news.  I know by the news.

23   SW:    Well the news not know, does not know, just have to report on...smuggling.

24   UH:    Well yeah, they telling me, really.

25   SW:    Who, who told you?

26   UH:    The TV.

27   SW:    Ok.

28

**Interview of Umer Hayat, 6/5/05**

UH: The TV showing still crossing the people from Afghanistan, from Pakistan border to Afghanistan, going to, and especially India. Especially India.  (gesturing with hands)

SW: (UI)

UH: Z TV and we was watching that.

SW: But, uh, uh

UH: They blaming Pakistan.  They say, they still sending Mujahideen to,

SW: I see

UH: uh which is we have uh proof.  That's what they was telling.  (Gestures with hands)

SW: Did you hear this directly to from, from Saeed (ph) or, or?

UH: No, not from Saeed (ph).

SW: What about the driver?

UH: No.

SW: Did you hear from the driver too?

UH: No, I, I, I, I.

SW: So that's just based on news accounts is what you're telling me.

UH: Yes, yes, (Nods head yes) but it's true, but it's true.  They, they still going, you know.

SW: Ok.  So right now, today, as we speak, as we're talking right now.

UH: Yes.

SW: They're still a camp.  They're people, there are Jihadis training right now.

UH: Where?

SW: In Pakistan.

UH: Oh yeah, absolutely.  (moves head to the side)

SW: Do, do they have like a semester break like college?

UH: Semester break, uh.

SW: Do you know what I mean?  Semester break.  They, they stop for training, and then they go uh they go back.

UH: Uh, I don't know about that.

SW: Ok.

**Interview of Umer Hayat, 6/5/05**

1

2    UH:    I'm going to lie to you ...(UI)

3    13:07:18

4    SW:    It's just continuation (UI).

5    UH:    They go and they go, no, no.

6    SW:    Ok.

7    UH:    They're still going, I guess, go 24 hr day, you know. (Gestures with hands)

8    SW:    So after, after so they, they learned the karate, they learn shooting.

9    UH:    When they learn, they perfect they sign-up they say, your mission is, you know,
10          maybe go to Iraq or maybe go to Chechnya or go to Afghanistan. (Gestures with
            hands)

11   SW:    Really?  They give you assignment?

12   UH:    Well that's why they learning over there. (Gestures with hands)

13   SW:    Well so, yeah, that's not, Ok.

14   UH:    But my son, Hamid, he's learning for his own like uh, you know like somebody
15          just uh mention to him (gestures with hands)  to learn the Jihad, those, he don't
            learn to go Chechnya or Afghanistan to kill the people (gestures with hands like
16          holding a gun)  or, you know what I mean.  Like my meaning (puts hand on own
            chest) is, he learn, but he like you, something you want, you know, say oh, I want
17          this but how I gonna learn this, you know.  Like, how am I gonna explain to you.

18   SW:    You're saying, you're telling me...

     UH:    Yes.
19
     SW:    ...that Hamid, who expressed his desire to go to, to Jihad training camps
20
     UH:    Yeah, absolutely
21
     SW:    Since he was 14 years old.
22
     UH:    Uh, not so long.
23
     SW:    Since 14-15. (Nods head yes)
24
     UH:    Yeah.
25
     SW:    Ok, and, and decided to go to training uh training camp just out of curiosity?
26
     UH:    Yeah. (Nods head yes)
27
     SW:    Just to learn for whatever?
28

91

**Interview of Umer Hayat, 6/5/05**

UH: That's it.  (Gestures with hands) After that he go nowhere, he stay home, you know.

SW: Are there people like that?

UH: Which people?

SW: People who just go to training camp and that.

UH: No, there's no people, I'm not talking about that.  I'm talking about Hamid Sean.

SW: Why is he different from the rest?

UH: (Shrugs with open hands)

SW: Because we know, we know, that just like you told us, they do get sent.  Why not Hamid?  They get sent to Iraq.  I, I don't, I don't...

UH: He don't go.  Maybe he refuse it, you know... he don't go.

SW: Uh, can he refuse it?

UH: No, no, no, no.  He don't mention to go to Iraq and go, go to Jihad, you know what I mean?

SW: He didn't mention it to you.

UH: Yeah.

SW: So maybe, deep in his heart maybe that's his mission,

UH: (Nods yes and gestures with hand to heart)

SW: But he didn't tell it to you specifically.

UH: No, no, he don't tell me.

SW: He did not tell you what, did he tell you, what his, what, what, where he's gonna be sent to?

UH: No, no, exactly.

SW: But he told you.

UH: Yeah.

SW: But he told you what training, but he told you what training he's getting.

UH: Yeah, yeah.  (Nods head yes)

SW: He would come and visit you uh when he comes by and takes a break from training.

UH: Yeah, yeah.  (Nods head yes)

### Interview of Umer Hayat, 6/5/05

SW:   He would tell all the training that he had.

UH:   Yes, yes.  (Nods head yes)

SW:   Did they teach, do they teach him how to uh basically uh hate America, do they get speeches like that too, hate Americans or uh stuff like that?

UH:   (Smiles and puts head to the side)  They, they, they, they was uh training for Jihad, all over, you know.

SW:   Ok.

UH:   Non-Muslim people.

SW:   Non-Muslim.

UH:   Yeah.  (Nods head yes) So Non-Muslim and American too.

SW:   Ok.  Who else?

UH:   You know, India too.

SW:   India?  Ok.

UH:   India.  And uh, yeah, there is, uh Chechnya, I mean uh Russia.

SW:   Ok.

UH:   Or Chechnya or Bosnia.  (Puts hand up in a fist)

SW:   Ok.

UH:   Mujahideen is going to the Bosnia. . .all over.

SW:   You, you mentioned that um that uh a, a lot of uh, you, you mentioned to Gary yesterday that uh there's other individuals who went to Jihad training camps who are now in Lodi.

UH:   Lodi, yeah, here we go, now we're talking.  (Nods head yes)

SW:   Yes.  You know where we're getting at, right?  You know the purpose of what we're, we're trying to get at.  We want to prevent any terrorist attacks.

UH:   Yes.  (Shifts in seat)

SW:   Ok.

UH:   Yes.

SW:   And that's why we were concerned about Hamid yesterday.

UH:   Right.

SW:   Ok.  It, it was not our fault that, that he had to go to jail.  It was our boss, above us, maybe even President Bush.

93

Interview of Umer Hayat, 6/5/05

UH:   That's, that's his own fault.

SW:   Ok.  But then what, I'm saying is it's out of our hands.

UH:   Yeah.

SW:   But that, but what we need to do right now is to make sure, and this is very hard for us, we have to convince...

UH:   Yes.

SW:   ...our, our higher and it goes even up to maybe President Bush, that we need to let him know, that, Hamid or Umer are--are not planning anything here, Ok.

UH:   (Puts head down and Nods head yes)

SW:   But we need to identify other individuals who went to Jihadi camp because we don't know what's on their, what's on their heads.

UH:   That's on their mind, you are right.  (Nods head yes)

SW:   Do you understand?

UH:   Yes, sir, you are right.

SW:   Besides the four people and I think we have the four people's names.

UH:   Yeah, I gave it to them twice, (UI).

SW:   Who else is out here?

UH:   Huh?

SW:   Who else is out here?  Who else besides those four are out here?  Not just in Lodi, in California.

UH:   I, I, you know, I'm not a FBI, Sean.  Why you asking me in California.  I don't know besides those four people.

SW:   So you just know anything within the Lodi.

UH:   I know where I work.

SW:   So Lodi.

UH:   Yeah, but I, if I tell you in Sacramento, I don't know about Sacramento, Muslim people.  I don't know about Stockton, Muslim people.  (gestures with hands)

SW:   Are they just, do they just keep to themselves, Lodi Muslims with the, just Lodi Muslims and Sacramento Muslims, just with Sacramento?

UH:   Yeah.  (Nods head yes)

SW:   They don't.

94

### Interview of Umer Hayat, 6/5/05

UH:   No, they don't come over there and we don't have to do with them anything. (Gestures with hands)

SW:   Ok.

UH:   Because 40 mile and, you know, Lodi.

SW:   Ok.

UH:   So we have own mosque and which is we know those people from around this area.

SW:   Ok

UH:   About 400-500 people, uh each of them uh each of them know.  You know what I mean, yeah.

MB:   So you don't know of any other people in...

UH:   No, no.

MB:   ...that, that have attended these camps.

UH:   No, sir, absolutely.

SW:   You told us, you told us everything about those four.

UH:   Four.  (Holds up 4 fingers)

SW:   Ok.

UH:   Khalid Khan, Sultan Afzar (ph), Abdul Rashid and Abdul Rehman.  (Counts on fingers)

SW:   Ok, and where, I want you to tell us.

UH:   Yes.

SW:   What you know about these individuals and how and, and I know you told this yesterday, and I just wanna, I just wanna verify this too.

UH:   Go ahead, go ahead.

SW:   Are, are these people who went to uh to Jihadi training camps, are they, were they directed or under the control of Shabbir Ahmed, and Muhammad Adil Khan?  Do, do you understand what I'm saying?

UH:   Yes.  (Nods head yes)

SW:   Where they directed by Muhammad Adil Khan to go to train... uh... Jihadi camps?

UH:   Uh, from Adil?

95

# EXHIBIT D-4

**Interview of Umer Hayat, 6/5/05**

SW: From Adil.

UH: No.

SW: Who, who from then?

UH: Well, maybe Shabbir. I think Shabbir because they sit it down with Shabbir.

SW: Who's they? The four?

UH: The four, you know. (Nods head yes)

SW: The four sat down?

UH: I, I don't see Khalid, (Shifts in chair) I don't see Khalid, Khalid Khan. I don't see he sit down with the Shabbir, you know.

SW: Ok.

UH: But those three of them Abdul Rashid and uh Abdul Rehman and uh Sultan Afzar (ph). They were sitting down with Shabbir so I'm think. (Counts on fingers)

SW: When, when, please tell us.

UH: Long time.

SW: When, the whole story.

UH: When, from a long time they set it down over there.

SW: When was that? When?

UH: Uh, I can say that three year ago.

SW: Three years ago.

UH: And they still sitting down over there in his house.

SW: Because they're back now, right?

UH: Huh?

SW: They're, they're, they've been back from the training camp.

UH: Yeah, they've been here in Lodi.

SW: Ok. Those three people.

UH: Yes, sir.

SW: Ok. How do you know that they sat down with Shabbir? How do you know that they sat down with Shabbir to talk?

UH: Because see, lookit. (moves forward in seat and gestures with hand) please.

96

Interview of Umer Hayat, 6/5/05

SW: Please.

UH: Yes. I will explain you my best. When we pray 10:00 in the night, we're going home. So here's the house. Here is the mosque. There is the house. (gestures with hands)

SW: This is on Poplar Street.

UH: Poplar, look it. This is the walk side, you know. This is the mosque, this is Shabbir house. This is the front uh door. (gestures with hands)

SW: Yes.

UH: The screen door.

SW: The screen in the front.

UH: You can see from there.

SW: Ok.

UH: I can see him, they sit it down. But I personally not uh listen or what they talking about. (gestures with hands)

SW: Ok.

UH: But I saw them, they have a relationship with Shabbir. (Points to eyes)

SW: Ok. Yes.

UH: But that's what I told Gary too.

SW: Ok. But did Shabbir, sorry. Ok did, but, but so, you're telling me that Shabbir um had influenced them to go to uh to Jihadi camps?

UH: Uh, he's not uh

SW: Three years.

UH: He's not uh he's not talk uh I mean in the opening and uh Masjid but I don't know if they talk inside.

SW: Ok.

UH: Because I'm thinking (puts hand on head) they were sitting down over there.

SW: Ok.

UH: Maybe he mentioned to them go to Jihad - Shabbir.

SW: Ok. And, and Shabbir, we know that he's gone to Jihadi camps, right?

UH: When he was Pakistan. (Nods head yes)

97

### Interview of Umer Hayat, 6/5/05

SW:   Right.

UH:   I give them the answer yesterday to Gary.  When he was Pakistan, yeah, he was most wanted in Pakistan.

SW:   Ok.

UH:   From one airport, Islamabad.

SW:   Ok.

UH:   Then he uh when he was coming to United States, he was coming on Karachi.

SW:   Ok.

UH:   You know.

SW:   Ok.

SW:   Yesterday too you mentioned and just for, for Mike's benefit.

UH:   Go ahead, go ahead.

SW:   Is that uh you said in the scheme of things, remember when Gary was, was pointing to the hierarchy and uh.

UH:   Yeah, right, yeah, yes, yes.  (puts hand up high)

SW:   Basically that uh Shabbir uh Shabbir's boss is Adil Khan.

UH:   Uh huh.  (Nods head yes)  Absolutely.

SW:   No doubt.  Adil Khan.  Ok, go ahead.

UH:   Uh, they like this.  (puts two fingers together)

SW:   Ok.

SW:   Adil Khan, Ok

UH:   Don't, please, Ok.

SW:   Don't, don't, don't mention this.  Yes, yes, yes.  What it, believe me, that's our number one goal right now.  Know that your identity will be protected.

UH:   (UI) this is going to be a problem for me later on.  I don't know, maybe not.

SW:   But our main goal...

UH:   Ok.

SW:   Ok.  That's, that's a given.  We're there, rest assured...

UH:   (UI)

98

## Interview of Umer Hayat, 6/5/05

SW: ...that the FBI, that's our job. We're very good at doing that. Ok.

UH: Yeah.

SW: Ok.

UH: Fine

SW: We, we've been, you know...

UH: Don't involve me in that...(UI)

SW: That's the reason, reason why a lot of people talk to us.

UH: Yes

SW: Ok. Bad guys, good guys, any guys, any person they like to talk to the FBI. You know why? Because they know we'll keep their identity.

UH: Ok

SW: Ok. It will not be divulged. It will not be mentioned to anyone.

UH: Maulana Adil is uh boss. To Shabbir boss. Ok? Then who is Maulana Adil's boss?

SW: Fazul...

UH: Fazlur Rehman. Which is I went, this morning, and I put the you know that thing, ah... (pats side pocket of jacket)

SW: Oh, the recorder. Ok. The, but he didn't really talk too much. Ah.

UH: Adil

SW: Adil is smart. Adil is smart.

UH: Did you listen to the tape?

SW: I did not. No. But, I heard what you said. You mentioned it to us.

UH: No, one hour and fifteen minutes I was talking to him, but uh ...

SW: Ok, what did he say? What did Adil Khan say about Fazlur Rehman?

UH: I told him I repeat him questions, you know, Maulana Fazlur Rehman is, ah, what, what kind of relationship you have it. Say, I meet him personally, but I don't have a relationship with him.

SW: So he's denying it. That's not true.

UH: Ok.

SW: He's lying, yes?

99

## Interview of Umer Hayat, 6/5/05

UH:  Ok.

SW:  Adil Khan is lying.

UH:  Oh, no.  They know each other...

SW:  Yes.

UH:  ...you know.

SW:  And, and how do you know that?  How do you know that they know each other?

UH:  Well, he was come here first said, he said.  My, my, Maulana Fazlur Rehman is my best friend.

SW:  Who, Who...

UH:  He come to Madrassah Farooqia over there, you know, in Pakistan.

SW:  Did you hear that from Adil Khan?

UH:  Yeah!  (Nods head yes)

SW:  He told you this...

UH:  Yeah

SW:  ...in person?

UH:  That was, when he was come here new to this country, you know, like 4 year before, I'm talking about.

SW:  And that's honest, honest truth?

UH:  (Moves head to side.)  Everybody know Adil Khan is, ah, he know Maulana Fazlur Rehman.  Maulana, That's what he tell me this morning, too.  He say, yeah he visit to my Madrassah so many times.

SW:  Um hmm

UH:  But, ah, we, he say that I, I, ah, if I mention somebody, to be mention to the Jihad, I fire them from the school.  That's what he telling me in the tape.

SW:  So that was kinda funny, because it is not true.

UH:  Yeah.  He don't know I have a tape.  But, ... (Pats jacket pocket)

SW:  No, no.  I know.  Yeah.

UH  He, he never is going think like this.  I have a tape, you know.  But, he denied that.

SW:  So they are very close.  You're saying that, ah, Adil Khan's boss is Fazul-ur-Rehman, Fazul

100

### Interview of Umer Hayat, 6/5/05

UH: Absolutely

SW: and they're both of the same Jihadi mind set that, ah, basically...

UH: But this, this morning he was telling me, we not here for the Jihad.

SW: I know, he's very smart that way, huh. Adil Khan is very smart that way.

UH: He said no. That's not our story.

SW: And, and is that way Adil Khan is? He's, he's very smart, he will not tell you what, what he thinks?

UH: He's smart. (Nods head yes)

SW: Very smart.

UH: Absolutely he's very smart, he's PhD.

SW: Ok. PhD

UH: He's smart.

SW: Ok. And uh

UH: His name is Dr. Adil Khan.

SW: Sure. A lot of people respect him, huh, because...

UH: Oh yeah. (Moves head to the side)

SW: But you know sometimes, ah, ah, a title or even a, ah, status does not afford a person respect if they're doing the right, if they're doing the wrong thing.

UH: Um hmm.

SW: Do you understand what I am saying?

UH: Yes. Yes, yes.

SW: Ok. And I know you know that because otherwise you would, you would, you would not be here telling us the truth. I know that. Ok.

UH: (Nods head yes)

SW: So you know, you learn from first hand, you heard it from Adil himself that Fazlur Rehman is, is his close associate.

UH: Yes. That's what he tell in the morning, too. He say, he is a friend of mine, but, ah, I'm not, I am not, cooperating about the Jihad from him, you know. That's what he denied.

SW: That's what he denied this morning.

UH: Yeah.

101

### Interview of Umer Hayat, 6/5/05

SW: But you've heard from Adil, talk about Jihad stuff with, ah, how, how, how...

UH: No, not the Jihad stuff. You know, why he's telling lies, you know.

SW: Yes.

UH: (UI) He says he's best friend of mine, Maulana Fazlur Rehman.

SW: Um hmm.

UH: But oh yeah we mentioned to that point, (pointing to hand/fingers) the one you talking about Jihad. He say from his mo, from his village some people, some guys, some kids, you know, they was reading Quran and learning in my Madrassah in Pakistan, Karachi fighting camp.

SW: Uh huh.

UH: Somebody give me his set of books to me. They mentioned those kids to the Jihad. And I find out he says, they, they from Maulana Fazul-ur- Rehman village or the group, whatever.

SW: So this is Adil telling you this.

UH: Yes, this morning.

SW: Ok.

UH: When I wore the tape.

SW: Ok.

UH: And I find him. Ok, whoever going to do this.

SW: Well, cause, he want's you to deny it. He want, Adil Khan wants to deny any involvement with Jihad.

UH: Yes. (Nods head yes)

SW: But, but you know personally through talking with Adil Khan that, that he believes in Jihad. Adil Khan believes in Jihad. Is that correct?

UH: (Moves head to the side) he's a (ph) Jihad.

13:22:21

SW: Because he is the boss of Fazlur Rehman. Right? I mean, I'm sorry...

UH: (UI)

SW: Fazlur Rehman is, is

UH: Adil Khan's boss. (Nods head yes)

SW: Adil Khan's boss.

## Interview of Umer Hayat, 6/5/05

UH:   Absolutely.

SW:   ...who believes in Jihad...

UH:   Yes sir. (Nods head yes)

SW:   ...against Americans.

UH:   Yes sir. (Nods head yes)

SW:   So, they're of the same thought...same

UH:   But he's denying here.

SW:   Oh, no no, I know. Denying is, is his way of, of, you know, telling us a lie. Ok. But we know the truth. You know the truth.

UH:   Yes. (Nods head yes)

SW:   Right?

UH:   Yes. (Nods head yes)

SW:   There's no doubt in your mind that Adil Khan is, ah, is, ah, believes the same thing that Fazlur Rehman believes.

UH:   That's you're job then, you know what I mean?

SW:   I, I understand.

UH:   You are going to find out what is the truth and what is... (gestures with hand)

SW    But we want to know, what you...

UH:   I tell you...whatever in my (points to chest)

SW:   You heard this directly from Adil Khan.

UH:   Oh, yeah. (Nods head yes)

SW:   He tells you these things. He confides, does, he confides in you?

UH:   Yes. Yes. (Nods head yes)

SW:   Then does he talk to you in, ah, Farooqia Islamic Center on lower Sacramento.

UH:   He talk to me this morning.

SW:   No, no, no. I meant, let me clear, let me clarify myself. When Adil Khan talks to you, he, conf uh - not just this morning, but whenever, in the past, he would talk, I mean, when he talks to you in the past, he mentions, ah, he mentions his relationship to Fazlur Rehman and Jihad stuff. Right? Does Adil Khan mention stuff like that to you? That's how you know he, do you understand what I'm asking?

## Interview of Umer Hayat, 6/5/05

UH: Yeah.  He was, he say he's the best friend of mine when he was, ah, he was, ah, secretary or something in Pakistan.

SW: Um hmm.

UH: We was using his airplane, you know, to go other city or...

SW: Adil Khan met, told you that when he was in Pakistan that he would use Fazul-ur- Rehman's airplane?

UH: (Nods head yes)  Airplane.

SW: Oh, he's got an airplane.  He's big shot, huh?

UH Big.

SW: Big, big, very big.

UH: I told you that.

SW: How, If you were to, if you were to compare Fazlur Rehman to say the U.S. government, would he be like President Bush?

UH: (Nods head yes)

SW: Or would he be like...

UH: Yeah

SW: ...as big as President Bush?

UH: Yeah.

SW: Fazlur Rehman is like President Bush in Pakistan?.

UH: Yeah.  A lot of people behind on him.

SW: Is that right.

UH: Yes

SW: So if Fazlur Rehman is president, is like President Bush, what is Adil Khan.  Is he vice president?

UH: You know, not going to be vice president, but he's going to be close enough to him, you know.

SW: Sure.  Sure.

UH: You can tell him, right hand.

SW: Ok.  Right hand?

UH: Yes.

Interview of Umer Hayat, 6/5/05

SW:  And you know this because Adil Khan told you this?

UH:  (Nods head yes) Absolutely, you know he tell us best friend of mine.

SW:  Let me ask you. Who else did he tell you, did he tell this? Who else did he tell you, did he tell his relationship to Fazlur Rehman about? And who else did he tell, who else knows this relationship with Fazlur Rehman?

UH:  Oh, a lot of people know in Lodi.

SW:  Ok.

UH:  Yeah.

SW:  In a moment...I will show you.

UH:  Whole Mosque know.

SW:  In a moment I will show you some pictures. Maybe you can help me.

UH:  .Ok.

SW:  Maybe for now we'll take a break.

UH:  Ok. Yeah, that will be better.

SW:  We'll take break. Ok?

UH:  And come back?

SW:  And we'll come back. I'll let you sit here for now, um, you still have water.

UH:  Yeah, but I want a smoke.

SW:  You want a smoke right now?

UH:  Please.

SW:  Ok.

UH:  Just throw me outside. . .(UI)

SW:  You're not getting nervous are you? We're just getting (UI). You're not getting nervous?

UH:  No, no, no, no.

SW:  Ok

UH:  That's not what I mean, but...

SW:  We're beyond that now. Right? We're, we're past that. Hopefully, everything else we're saying right now is the truth. We don't need to tell lies at this point.

Interview of Umer Hayat, 6/5/05

UH: No.

SW: Ok. And I believe you.

UH: I'm cooperating with you. (gestures with open hands)

SW: And I have to believe you. And I believe you.

UH: Now you believing me, so I am telling you the truth.

SW: But we need to, and, I apologize for, ah, for, ah, having to run things again because Mike has to know.

UH: Why those question is so many time, Ok. No problem, no problem, no problem. (gestures with open hands)

SW: Ok. Ok. And from what I've heard so far, you've been pretty consistent with what you've told Gary. Ah, unless we, you know, um, unless, ah, we find out otherwise.

UH: Ok.

SW: Ok. And, ah, we'll, we'll, we'll take a break right now.

UH: Please.

SW: Maybe go to a small break. Maybe Mike can escort you.

UH: I just need small break.

SW: Ok, up front?

UH: Yeah.

SW: Ok. We'll take a break right now.

UH: Yeah, just throw me outside.

SW: And then when we come back, I'll show you pictures. Ok?

UH: No problem.

SW: Ok, cause I want to know who else, ah, I know you know that Adil...

UH: These pictures, where's comes from?

SW: We're the FBI. We know the pictures.

UH: No, no, no. But who's picture is those?

SW: I will let you know.

UH: Oh.

106

Interview of Umer Hayat, 6/5/05

SW:   I will find out from you.  I need to show you pictures and I need to know what you know about these people.

UH:   Uh huh.

SW:   Yeah.  Is that fine?

UH:   If I know the pictures,

SW:   Yeah

UH:   And if I known them, I will let you know.

SW:   Ok.  When we come back. . .

UH:   If I don't know, what, what am I going to tell you?

SW:   Yeah.  (UI)  When we come back.  Ok?

UH:   Yes sir.

SW:   Ok.

UH:   And Sean.

SW:   Inshallah. . .

UH:   I'm ready Sean.

UH:   You know no problem whatever you want (UI)

(13:27:18, Door opens/shuts and everyone exits interview room)

(13:33:57, MB and UH enter interview room)

MB:   Here you go.

UH:   Ok sir, come with me.

MB:   Sean is, ah, Seah, he, I think he went to the restroom.  And I'll, ah, make sure he, ah, comes back.  Do you need anything?  Water?

UH:   No, got enough water here.

MB:   You Ok?

UH:   Yeah.

MB:   Ok.  Enjoy your cookie.

UH:   Just wait, waiting for you guys.

MB:   Yeah.  Ok.
(13:34:16, MB leaves interview room)

107

### Interview of Umer Hayat, 6/5/05

1

2  (UH is alone in room from 13:34:17 to 13:41:05 during which time he is eating and several times talking or humming to himself, (UI)).

3  (13:41:05, SW and MB enter interview room)

4  SW:  Ok with the smoke break?

5  UH:  Yes sir.

6  SW:  Ok. I know, ah, two o'clock we ah, you have to pray, yeah?

7  UH:  Yeah.

8  SW:  Ok, we can, we can break at two.

9  UH:  Yeah, that's fine

10  SW:  Maybe between now...

11  UH:  That's Ok.

12  SW:  ...and two o'clock...

13  UH:  (UI)...you know, no problem.

14  SW:  No problem.

15  UH:  No

16  SW:  Ok. But we want you to pray.

17  UH:  Ok.

18  SW:  We want you to pray.

19  UH:  That will be good.

20  13:41:50

21  SW:  Um, I wanted to to just, we were just, ah, wh, what I wanted to to talk about again

22  and just to revisit again, and is, ah, is ah you know, Hamid's, Hamid's training. Ok. And, ah, in terms of what, ah, you mentioned that he would, Hamid would, um, would take a break and come back and, ah, visit you and talk to you.

23

24  UH:  No, not me.

     SW:  He, Ok. Who did he visit then?

25

26  UH:  His father-in-law.

     SW:  His father-in-...

27

28  UH:  I mean my grandfather-in-law. His grandfather.

     SW:  Grandfather?

## Interview of Umer Hayat, 6/5/05

UH:  Yeah

SW:  Which is your father?

UH:  Well you mean he finished the whole training?

SW:  No, no, no.  Remember he would have breaks.  During the week, he can come back home.

UH:  To Rawalpindi.

SW:  To Rawalpindi.

UH:  Ok.

SW:  And he would visit you as well?

UH:  No.  He visit to his, ah, grandfather, grandmother, and uncle.  He stay over there. From there he go again.

SW:  But he would talk to you though.  He would tell you about, about his training, correct?  He would tell you how...

UH:  We know that he is training.  Yeah.  Yeah.  We know he is training.  (Nods head yes)

SW:  I mean you still talk to him.

UH:  Yes, we know his training.  (Nods head yes)

SW:  Um, did you, um, visit him during, the, the, you know, did you ever go up and talk to him about, ah, you know, visit, accompany him at the training at any point.

UH:  No. No.

SW:  Ok, even though it's six miles away.

UH:  Yes, no, is not a six mile but I say six mile little bit far away, you know.

SW:  From a...

UH:  I was busy like I say, you know, I was building my house.

SW:  Ok.

UH:  I was not worried about him, you know.

SW:  Yeah.

UH:  Because he want to do it

SW:  Did you ...

UH:  Everything.

## Interview of Umer Hayat, 6/5/05

1

2    SW:   Who uh, so basically he, just so I get what, what Hamid.

3    UH:   He is raised, you know, his grandfather house and he listen to them and his
4            uncle, Attique Ur Rehman, they, they since he was eight months and he's grow.
             (gestures height with hand)

5    SW:   Ok.

6    UH:   The whole life, you know in Rawalpindi.

7    SW:   Ok.

8    UH:   Most the time he stay with them, you know, because we was here. Like I told
9            you, 8-month old and then he come back to United States like uh 2000, or 1999,
            you know. Till he 8-months 1982, left to America, to come back, after 18-19 year
10           you know. To America.

11   SW   So he was, he was...

12   UH:   So, between that part, you know what I mean, he was with his grandfather.

13   SW:   Ok.

14   UH:   With his grandmother.

15   SW:   Ok.

16   UH:   You know. With his uncle he live over there in Rawalpindi.

17   SW   Ok but when he, when he came here and uh, but he came, he went to America
          and then before going back to in 2003.

18   UH:   Yeah, yeah, yeah, yeah. (Nods head yes)

19   SW   And so then the purpose of him going back in 2003 was to...

20   UH:   For purpose like married.

21   SW:   And to go train for Jihadi?

22   UH:   To marry, the main part was to marry, build the house and.

23   SW:   No, no, for you. I'm talking Hamid.

24   UH:   Oh.

25   SW:   Is to train.

26   UH:   Ok.

27   SW:   To train in Jihadi camp.

28   UH:   Um hmm. (Nods head yes)

**Interview of Umer Hayat, 6/5/05**

SW:   Ok, that was his purpose, right?

UH:   Yes.  (Nods head yes)

SW:   Did he uh, did he fly?  Uh which, which airlines did he fly?

UH:   Oh we went together.

SW:   Oh, you went together when going back.

UH:   Yes.

SW:   So which airlines was that?

UH:   United Airlines I guess.

SW:   So it was from San Francisco?

UH:   To Washington Dulles.

SW:   Dulles, Ok.

UH:   To uh UK.

SW:   UK.

UH:   From UK to Islamabad.

SW:   UK to Islamabad.  All United Airlines.  Is there United Airlines to Islamabad?

UH:   Yeah.  Oh, no, no, no, no.  Change airplanes.

SW:   Ok.  Only to UK.

UH:   UK and then uh...

SW:   And then from UK.

UH:   Uh Gulf Airline or Emirate,

SW:   Ok

UH:   Emirate,

SW:   OK

UH:   Emirate, Emirate.

SW:   Ok.  Ok.  And did you pay for the, for the, for your family's airfare tickets, right?

UH:   Yeah.  (Nods head yes)

SW:   You paid for that.

UH:   I buy, yes.  (Nods head yes)

111

Interview of Umer Hayat, 6/5/05

SW: Did you charge it on credit?

UH: Credit card.

SW: Credit card.

UH: Discover.

SW: Isn't that, isn't that great with the credit card, Discovery, I mean, the, the, we were talking about it yesterday, remember, that you were um that, that the good thing about this country is um if you have good credit, you can charge as much and. . .

UH: Absolutely I have...

SW: (Laughs)

UH: ...this much credit card (gestures with hands)

SW: Ok, Ok, so you.

UH: I have American Express, I have a household, I have a...

SW: So you have lots of, the only bad thing is that you, it's easy to--to gain credit but you also have lots of debt too.

UH: Um hmm.

SW: But that's, that's Ok, you can pay that off whenever.  I, I.

UH: Interest you mean?

SW: Well interest, but, you know.

UH: Well still, still the balance is over there.

SW: Yeah.

UH: And if you see on my card the, the whole balance is there, only I pay interest because.

SW: Ok.

UH: I got no money that much, you know, I got only maybe from ice cream uh five thousand.

SW: So, so, so in Pakistan though, they probably don't have credit uh application, credit cards.  Do they have. . .

UH: They have now.

SW: They do, but before, no.

UH: Before, no.

112

Interview of Umer Hayat, 6/5/05

SW: Ok, Ok. So in 2003 when you left.

UH: Yes, sir. (Nods head yes)

SW: You've left with your family, including Hamid.

UH: Yeah, including my daughter and my wife.

SW: And uh, and you, you uh, you uh flew via United Airlines.

UH: Yes. (Nods head yes)

SW: Which you charged on your Discovery credit card.

UH: Yes. (Nods head yes)

SW: For, for everybody's flight and you went uh you went through UK, from Dulles to UK.

UH: Yes.

SW: From UK you took a different airlines?

UH: Yes.

SW: And then you went to Pakis-, Islamabad.

UH: Islamabad.

SW: And then you stayed there for a year and a half.

UH: Yes, sir. (Nods head yes)

SW: Ok, did, did Hamid go directly to uh, to uh the training camp or?

UH: No, no, no.

SW: Ok, Ok.

UH: Maybe we were there for like 15-20 days in Rawalpindi and after that we left, uh everybody, we like everybody meet, the whole family left to the Behboodi

SW: To Behboodi. Well did you have.

UH: To uh my aunt, uh to my sister-in-law's house.

SW: Sister-in-law. Cause your house was not being built yet.

UH: No, was built but was old.

SW: Ok.

UH: So we, we have a trying to uh planning that destroy and make the new house, you know what I mean. (gestures with hands)

113

SW: Ok, Ok.

UH: So we make the new house and would mention we make the new house because we're gonna marry Hamid.

SW: Ok, Ok.

UH: So we don't want the old house.

SW: Ok.

UH: The hanging the wire, all over you know, and now, you know the electricity like that.

SW: Um hmm.

UH: Well in those country, you know what I mean?

SW: Yeah, it's tough, yeah. Plus you gotta have air conditioning too.

UH: We have a AC, you know.

SW: Yeah, yeah, yeah.

UH: And which is I broke down.

SW: Broke down?

UH: I mean I broke down because I got money, I got left.

SW: Yes, broke, broke, as in no more money.

UH: No more money.

SW: Yeah.

UH: Five thousand, five thousand rupees.

SW: Ok.

UH: Like a hundred dollar uh U.S.

SW: Ok.

UH: But, where is come a hundred dollars because I was in Pakistan.

SW: Ok.

UH: So, whatever I got is gone.

SW: Ok, Ok.

UH: Then I got from the credit card uh which is uh Chase, Chase credit card.

## Interview of Umer Hayat, 6/5/05

SW: Chase credit card.

UH: I got from Pakistan, you know, like $2,000.00.

SW: Yeah.

UH: And I buy a ticket for my...

SW: That's because you have good credit and you, and uh,

UH: Yes.

SW: And and uh you can apply for those applications.

UH: Yes. No, I got already the Chase card from America.

SW: Oh, Ok.

UH: But you have to get the money from there.

SW: Uh, huh.

UH: And you pay here you know.

SW: Ok.

UH: But my brother was the time here and I was in Pakistan so he was making my payments, you know what I mean?

SW: So when ah, that's right. So when you ah, when you arrived in Pakistan you stayed in Rawalpindi.

UH: For 15 days.

SW: For 10, 15, 15, 20 days?

UH: Because the day and uh see now is over there it is the night.

SW: Yes. The time adjustment, yeah.

UH: Yea. We were sleeping at the day time. (gestures sleeping with hands)

SW: Yeah.

UH: Like there was day here it was night, you know.

SW: So you stayed over at your in-laws?

UH: Yes sir.

SW: Your father-in-law?

UH: Yes sir.

115

## Interview of Umer Hayat, 6/5/05

SW: And then ah, and then, then you moved back to , Behboodi?  Did ah, did Hamid stay in Rawalpindi then?

UH: No, no.  He go with us.

SW: He, he went with you?

UH: Yes sir.

SW: And then from ah, Behboodi he stayed with you for a while?

UH: Yes sir. (Nods head yes)

SW: Until he went to training camp?

UH: Yes sir. (Nods head yes)

SW: Ok.   Did the ah, did you um, when you, when he goes to, before he went to the training camp.  You remember when I was talking to you about colleges and stuff you know.  Like he was going to, like ah, somebody's going to college, like before he goes to training camp ah, what did, what did he ah, 'cause he didn't mention this yesterday, but what did he, what did he, what was he required to bring to the training camp?  You know what I'm saying?  You bring clothes, food, what, you know, what, what does he, what does he, what is required?

UH: Nothing was actually required he just wanna learn this you know.  (gestures with hands.)

SW: No, no, I know what is required for him 'cause you know how (clears throat) before you go to college you're required to buy books, to buy... I, I know I'm talking about college, but I'm, it's the same thing as,

UH: He had required to read, to memorize, you know to study the Quran.

SW: Just Quran that's all?

UH: That's all, but he didn't listen to us you know.

SW: Oh, he didn't listen to you?

UH: No.

SW: Why not?

UH: Well, he's a rude.

MB: What'd, what'd you tell him?

UH: I tell him, you know like if you listen to my opinion I tell him don't do that.   Just study your Quran.  Don't do that kind of thing, you know go to camp or learn that, those kind of, we don't need those.  You don't have any enemies.  Why you wanna learn karate.  Why you wanna shot. (gestures with hands making a gun) I mean, shooting to learn you know how, to do this.  But he don't mention to me, he don't listen to me.

116

## Interview of Umer Hayat, 6/5/05

MB: What did he say?

UH: Say no, I want to learn this. I want to learn this.

SW: But, but he mentioned his desire to go to the training camp.

UH: Yes, sir. (Nods head yes)

SW: When he was here in America. He, he mentioned that to you right? Even before. Even before.

UH: 'Til, 'til we get in Pakistan.

SW: Right, right. He mentioned it to you before, that's the reason why...

UH: Not, not in here, not in here, 'til we get in Pakistan.

SW: Oh, oh, uh, what do you mean?

UH: Like he want to go to the training camp.

SW: Yeah.

UH: You know, you want this.

SW: Yes.

UH: You think he's mentioned here, oh I'm gonna go to the Jihad camp from here, no, no.

SW: No, but he told you this uh.

UH: He told in Pakistan. (Nods head yes)

SW: His desire, when he was 14-15 years old.

UH: Yeah, yeah. (Nods head yes)

SW: Ok.

UH: But he was not here when...

SW: No, no, right. He was in Pakistan.

UH: He was in Pakistan.

SW: Ok. But, but one of the purpose of the trip when you left in 2003, was that he was gonna go, he was gonna go to training camp as well. And, he was gonna go to training camp. Do you see what I'm, I'm asking you?

UH: His purpose.

SW: Yes.

UH: His purpose.

Interview of Umer Hayat, 6/5/05

SW:   But your purpose were to marry him.

UH:   Different.

SW:   Were to marry him?

UH:   Believe me, I mean, believe me, you know, my, my purpose was not that. My purpose is different.  I want to to build for house, because you know how they been in Pakistan how they we're not getting from the uh...

SW:   The culture.

UH:   The culture, you know.  We, all the responsibility on the father, father, (gestures to self) you know.  So I build for them house, I married him, I married my daughter, but he don't understand, you know.  (gestures towards head)

SW:   Yeah, but at the same time though, you, you let him go.  He made a decision and you let him go.

UH:   He don't, yeah, yeah.

SW:   You let him go.

UH:   Yeah.  (Nods head yes)

SW:   An uh actually you told Gary too and I just wanna confirm it, but even your, your wife uh, uh had supported uh or supported his decision, Hamid's decision to go to, to training camp.  That's what you told Gary.

UH:   That's what I told Gary.  (Nods head yes)

SW:   Yeah, Ok.  So, I mean he makes the decision.

UH:   Yeah.  (Shifts in chair)

SW:   Ok, and then you may not, you may think whatever you wanna think, but if he decides to go, he goes.

UH:   In Pakistan like those kinda things they not, uh they not gonna say this is a bad thing he learning, you know.

SW:   I see.

UH:   You know what I mean.

SW:   Because in Pakistan...

UH:   Every, every second, uh child even he is not in Madrassah or he's in Madrassah. (Gestures with hands)

SW:   Um hmm.

UH:   They go.  Non-educated people go over there and learn, you know, to say Jihad.

118

### Interview of Umer Hayat, 6/5/05

SW: Ok, Ok.

UH: If you visit to Pakistan now, somebody was yesterday telling me I was in Pakistan from FBI, uh not Gary but next to Gary.

SW: Yes, yes, yes.

UH: He say I know, what is, what is going over there.  He say they can't control it.

SW: Um hmm.

UH: But I know personally like, you know, every second, person is going to learn the Jihad in Pakistan.

SW: Ok.

UH: And the big problem is those big shot mullah..

SW: Well then it brings us to uh to our big to, to the next question.

UH: Yes.

SW: About the mullahs and the purpose of Adil Khan here.  You told us...

UH: In Pakistan like, you know, the mullah.

SW: Yes.

UH: They openly speak because nobody's stop them in the masjid.

SW: Is, is...

UH: They mention to the people hey, if you go to Jihad, you could go to uh heaven even you get die.  (gestures with hands)

SW: And your father-in-law preaches this too, correct?

UH: Well, yeah.

SW: Ok.

UH: My father-in-law Maulana Fazlur Rehman, Maulana Sami Ul-Haq, Qazi Hussein Ahmed, Hafiz Hussein Ahmed, all the mullas.  (Counts on fingers)  You know the alim, the Maulana.

SW: Yeah, Ok.

UH: They openly talk.

SW: Now do you remember the hierarchy that we were talking, whose bosses are what and Band Fazlur Rehman is like the.

UH: No more higher, no more higher than Fazlur Rehman.  (Nods head no)  The higher is Fazlur Rehman.

### Interview of Umer Hayat, 6/5/05

SW: But you mentioned somebody higher than that. Osama bin Laden.

UH: Oh yeah, he's a, he's a big terrorist, yeah, yeah. (moves head to side and raises hand)

SW: So Fazlur Rehman's boss is Osama bin Laden.

UH: That's true.

SW: And you know this from Adil Khan? Adil Khan, Adil Khan told you this?

UH: No, he don't told me his boss is Mullah, I mean ah Osama bin Laden.

SW: But he told you that his boss is Fazlur Rehman.

UH: I mean friend. (Nods head yes)

SW: Ok.

UH: He's very smart, you know. (Puts hand to head)

SW: No, no, this morning he told you that but before, when he talked to you before.

UH: Before he talked to me like this. (Shifts in chair) He say, yeah, he's my best friend, you know. (Nods head yes)

SW: Ok.

UH: That was four or five years before.

SW: Ok.

UH: I, we were using when he was a secretary, you know, Foreign Secretary, in Pakistan.

SW: Oh, Fazlur Rehman.

UH: Fazlur Rehman when Benazir Bhutto was a Prime Minister, a lady, you know.

SW: Yeah.

UH: And then he was, he was, he was talking in a masjid with a lot of people sitting down, like, you know, like (UI), you know.

SW: Ok.

UH: So, so he set it down with all the people around and we say, we was asking how Maulana Fazlur Rehman and this and this. Oh, mullah, no somebody say, somebody was blaming Maulana Fazlur Rehman because they say, Maulana is a crook people and this and that in Lodi Mosque he said no, I know him personally. That was answering from...

SW: Adil.

UH: Adil Khan.

120

Interview of Umer Hayat, 6/5/05

SW:   And this was four years ago?

UH:   (Nods head yes)

SW:   Ok. Let me ask you about um now how does everybody know that Fazul-ur-Rehman's, how does anybody know that Fazlur Rehman's boss is Osama bin Laden?

UH:   (Gestures with opens hands) He, he's visited so many times in Afghanistan Taliban.

SW:   Ok.

UH:   Taliban when it was there.

SW:   Oh, during the Afghan-Soviet?

UH:   Afghan-Soviet. No, no, no, no.

SW:   After the Afghan-Soviet.

UH:   After the Afghan-Soviet.

SW:   Ok.

UH:   Yeah. So, he was visit so many times to Osama bin Laden. They have a contact.

SW:   Does, does Adil Khan, does Adil Khan uh has Adil Khan visited Osama bin Laden?

UH:   No.

SW:   Did he tell you anything.

UH:   Uh, so far, I mean yeah, he tell it. (Nods head yes)

SW:   Please, please, please consider what your answer, think.

UH:   Yeah, no, no, no, absolutely. (Nods head yes)

SW:   Yes.

UH:   This is true. He has not visit to Osama bin Laden.

SW:   That's what, he hasn't told you that.

UH:   Yeah.

SW:   Not, not that you're aware he hasn't told you.

UH:   No, no.

SW:   Ok.

121

Interview of Umer Hayat, 6/5/05

UH:   No.

SW:   One of the things that we know and, and that Gary had mentioned yesterday, Gary and Tim mentioned yesterday was that uh Adil Khan is building a farooqia.

UH:   Yes.  (Nods head yes)

SW:   Islamic Center, in lower Sacramento.

UH:   Yeah.  In Lodi, yeah.

SW:   What, what, what, I'm sorry, go ahead.

UH:   The county been involved.

SW:   Yes.

UH:   In the Madrassah.

SW:   Ok.

UH:   The supervisory he know, they support him.

SW:   Ok.

UH:   They support this Madrassah, the farooqia, the city council in Lodi support him.

SW:   Ok.

UH:   You know what I mean?

SW:   Yes.

UH:   Yeah.

SW:   What

UH:   They know Maulana Adil

SW:   From what you know, from what, what he may have told you, Umer, what did Adil Khan tell you about his plans for Farooqia Islamic Center?

UH:   Oh, yeah.  (Nods head yes)

SW:   What did he tell you before.  Not this morning cause we know what...

UH:   No, no, before, yeah.

SW:   What, what before, please, please tell us.

UH:   Yeah, well he say I'm gonna build Madrassah that it's gonna be the kid all over from America.  (sits forward in chair)

SW:   America?

122

**Interview of Umer Hayat, 6/5/05**

UH:   Uh, yeah.

SW:   Muslims and non-Muslims.

UH:   Americans and Non-Muslims.  Anybody welcome.

SW:   Yeah.

UH:   And they gonna teach Quran, they gonna teach uh hadiz, they gonna teach ahmed.  You know, that's, not this morning.

SW:   Ok.

UH:   Because that's before.

SW:   Um hmm.

UH:   And this is my purpose but I need money, (gestures with fingers sliding them back and forth to indicate money)  you know, to build this Madrassah because this project is million, million dollar.

SW:   Ok.

UH:   It's like 18 acre.

SW:   Ok.

UH:   On lower Sacramento.

SW:   Big school, big Madrassah.

UH:   Big Madrassah but they can't build it up yet.

SW:   Ok.

UH:   Because the (gestures with fingers sliding them back and forth to indicate money).

SW:   The money, huh?

UH:   Yeah.  There is a two house on it and one library still in there.  I mean they make one library, but his purpose is like I mention to you now again.

SW:   Yes.

UH:   Uh, his purpose was he said, they're gonna be learn Quran, they're gonna be study English, (counts on fingers) we gonna do everything inside he said.  That's what he was telling us.

SW:   Did he?

UH:   Like before.  (Gestures with hand)

SW:   Did he mention any other reasons why he's building the, the Islamic Center?

123

1

2  UH:  No, no sir (Nods head no), why I tell you lie?  No, not any other.

3  SW:  Well, you and I know we've already talked about the training camps

4  UH:  Yeah, yes, yes

5  SW:  We've already talked about

6  UH:  Yes, yes

7  SW:  his relationship with Fazlur Rehman

8  UH:  Yes, absolutely.  (Nods head yes)

9  SW:  Ok, his boss.

10  UH:  Yeah, absolutely.  (Nods head yes) But he's not mention to those kind of things
11        right here in America.

     SW:  Who would he mention it to?  Who would he would he talk to about it in, in, um,
12        who would he talk about, who would he uh, talk to about his real plans?  And you
13        know what I'm talking about, right?

     UH:  Ooh oh yea.  Exactly they have a, ah.
14
     SW:  You know who, you know what I'm talking about.
15
     UH:  There is a committee for this Farooqia.
16
     SW:  Ok
17
     UH:  Which is involved from San Francisco, some people, some from Stockton, some
18        Lodi,

19  SW:  Ok

20  UH:  they know.  His plan, like, uh, you know before-

21  SW:  You know what I'm trying to get at

22  UH:  Yeah.  Before and now.

23  SW:  Ok

24  UH:  The same question.  The same question like he's asking us.  He's asking us,
25        even your daughter, even your son, want to read uh, uh become Alim and Hafiz
          and become PhD.

26  SW:  Um hm

27  UH:  That was my purpose he said.  That was he's talking about before and now he's
          still talking about like this.
28
     SW:  But you and I know

124

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Yeah |
| 3 | SW: | That he's got a different purpose, though. |
| 4 | UH: | He's very smart. |
| 5 | SW: | I know that he's smart, |
| 6 | UH: | Yea, yeah |
| 7 | SW: | but do you understand what I'm saying? |
| 8 | UH: | Yes, sir (Nods head yes) |
| 9 | SW: | You and I know |
| 10 | UH: | I know |
| 11 | SW: | Based on all this that's that we've laid out |
| 12 | UH: | Yes |
| 13 | SW: | Training camps, Jihadi, the uh, the relationship with Fazlur Rehman who, who, |
| 14 | | who in every uh, you know, his belief is that to kill Americans, if you find an American, kill Americans. |
| 15 | UH: | (Nods head yes) That's where it's from, Fazlur Rehman |
| 16 | SW: | Ok? |
| 17 | UH: | Yeah |
| 18 | SW: | What I'm getting at |
| 19 | UH: | Ok |
| 20 | SW: | And I wanna know, from you |
| 21 | UH: | Um hmm. You want to know from me |
| 22 | SW: | Is that, is that Adil Khan, what Adil Khan may have told you, about his school here. |
| 23 | UH: | That's what, like, |
| 24 | SW: | For the Farooqia Islamic Center |
| 25 | UH: | That's what he told me.  Like I told you, he said, this morning I mentioned again to him and before, too - |
| 26 | | |
| 27 | SW: | But, but do you know the reason why we asked you to, to ask him that right? |
| 28 | UH: | (Nods head yes) Yeah.  Yeah.  I ask him - |

125

### Interview of Umer Hayat, 6/5/05

SW: What's, what's, what's the reason why we asked you to, to ask him?

UH: Well you want to find out, you know, what he's gonna be doing inside when he build the Madrassah. You know, we worry about he's not gonna uh, training - I mean, uh (Nods head yes and gestures with hand)

SW: Not, not just for Hafiz, not just for Alim,

UH: Yeah

SW: It's for Jihad,

UH: For Jihad.

SW: That's what we are talking about.

UH: That's what we worry about

SW: Ok

UH: You and me or FBI or whatever, you know

SW: But what makes you think that way, though? See, he didn't tell you. But what makes you think it works like that?

UH: Before, before 4 year, before he don't tell me that, you know.

SW: MMM

UH: And still this morning he don't tell me.

SW: Yeah, but, but you, but you know in the back of your mind

UH: Yes (Nods head yes)

SW: Though that he is setting the school up like that.

UH: Yeah. (Nods head yes)

SW: How do you know that? How do you know in the back of your, your mind.

UH: (laughs and moves head to the side)

SW: Come on, Huh? Do you see what I'm saying?

UH: Nah

SW: Do you see what I'm saying? Do you see what I'm saying? I know what you're thinking. I know what your

UH: No, no, I'm not thinking about it - anything. (Nods head no)

SW: But, but what I'm saying is -

### Interview of Umer Hayat, 6/5/05

UH: No. You are forcing me for that question because I know his purpose he's telling me from four years before and now he's telling me same thing.

SW: Ok.

UH: And how am I gonna, how am I gonna, you know, uh, give you anything, answer from my own opinion, you know. (Gestures with hands)

SW: Well, who would know? Who would know?

UH: I don't know

SW: Would Shabbir know?

UH: Shabbir would know because he is a close friend. I mean, they are like this. (puts two fingers together to indicate closeness) Shabbir, yeah, absolutely.

SW: Let me show you some photos.

UH: Ok, sir

(Knock on door - someone recommends pray)

MB: (UI) pray, all right?

UH: Ok

SW: Do you need to pray? It's two o'clock

UH: That's Ok, go ahead. Show me some pictures.

SW: Maybe, maybe, uh, uh,

UH: When we, when we -

SW: five minutes?

UH: Huh? Nooo

SW: And then you go pray

UH: It's going to take a little time to pray, you know?

SW: So you want to pray?

UH: Go ahead. Show me some pictures.

SW: I will give you time to pray. After this, we'll go pray

UH: Yeah

SW: You go pray, Ok? I'll show you some pictures,

UH: Go ahead

**Interview of Umer Hayat, 6/5/05**

SW: Ok, and I want you tell me - you mentioned a while ago that, that he's got, that uh, that Adil Khan has a committee

UH: Yeah

SW: of people who, who are from the San Francisco,

UH: Yeah (Nods head yes)

SW: Where else did you say?  San Francisco,

UH: Lodi

SW: Lodi

UH: Yes (Nods head yes)

SW: Any, anywhere else?

UH: So far no.

SW: You mean San Francisco is in Bay area.

UH: Yes (Nods head yes)

SW: Not just San Francisco

UH: No. But there's only - uh, San Francisco is San Francisco, but Bay Area is Oakland, Berkeley

SW: Yeah

UH: No, not from there.  But San Francisco.

SW: Ok

UH: Yeah

SW: Who are they in San Francisco?

UH: I don't know the names.  One name is Attique.

SW: Attique?

UH: Yeah.

SW: Last name.  Does he belong to a Masjid in San Francisco?

UH: Uh, he going to the masjid in San Francisco, yes, but they live in San Francisco, I, I heard his name.

SW: Ok

UH: He's a, he's a, he's a, he is like a, you can call him cashier or secretary whatever you know.

**Interview of Umer Hayat, 6/5/05**

SW:  Oh, he's the secretary for the Farooqia Islamic Center?

UH:  Farooqia Islamic Center.

SW:  Attique, and he resides in San Francisco?

UH:  He, and uh, one the other guys but I don't uh, remember his name, he's from San Francisco too.  He's from Fiji.

SW:  Ok

UH:  He's from there, Fiji.

SW:  Let me show you some pictures.

UH:  He's the old, ok

SW:  Ok?

UH:  Go ahead.

SW:  Let me see if you know these guys.

UH:  (UI)

SW:  Why don't you go ahead and uh, look at these photos one at a time.  (shows pictures)  You're looking at number, a person and it's number 8.

UH:  Where is number 8?

SW:  No, no, that's just for me.

UH:  Oh, oh, oh, Ok.

SW:  Number 8 designated photo, but this is, who, do you know who this is?

UH:  No.

SW:  You don't know...

UH:  No (shakes his head)

SW:  That person?

UH:  I don't know this person either.

SW:  Number, who is that, number 7?

UH:  Number 7, sir.  Number 6.

SW:  Who is that?

UH:  His name, in my opinion his name is Mumtaz Ul-Haq