# EXHIBIT B-2E

### KTVU Redactions
### to Umer Hayat Transcript

### Interview of Umer Hayat, 6/5/05

SW: Mu, mu, what now?

UH: Maulana Mumtaz Ul-Haq

SW: What, what, tell me a little bit about him. Tell me -

UH: He's a, he's a Imam in uh, the San Mateo masjid. Look like to me his face, you know?

SW: Uh huh, uh huh

UH: I saw him so many times in Lodi

SW: Ok

UH: Ok?

SW: Can you write his name down please?

UH: I'm not good. I can give you uh, M-M,

SW: Go ahead and write it, write it on on the piece of paper.

UH: (Writes on paper) not too - good. M - M. Mm, m-o-m. Momtaz. Taz. T, tez

SW: Tez, t -e- z?

UH: taz

SW: Uh huh

UH: Haq, U - L... Haq, how you spell Haq?

SW: H - a -q ?

UH: Q. Yeah. Haq.

SW: Q.

UH: Yeah

SW: Ok. That's him. Tell me about him. Tell me about him.

UH: This uh, this uh, maybe, I'm not, if I'm wrong, but this is, this is Mumtaz Ul-Haq, Maulana Mumtaz Ul-Haq

SW: Ok. Have you, have you met him? Have you talked to him?

UH: He comes so many time in Lodi, you know?

SW: Oh yeah?

UH: He and uh, Shabbir,

SW: How well, what, what do you know about him? Mumtaz Ul-Haq.

130

| | | |
|---|---|---|
| 2 | UH: | Uh, I know him, I don't know him personally |
| 3 | SW: | Ok |
| 4 | UH: | Because he live in uh, uh San Mateo |
| 5 | SW: | Is he from the same village in Pakistan? |
| 6 | UH: | No. He's from, he's from Gudjakhan (ph) |
| 7 | SW: | I'm sorry, where is |
| 8 | UH: | But he's in uh, he was in South Africa. He read and uh, he, how you get him? |
| 9 | SW: | Uh, I just come up with pictures. Why, why does that concern you? |
| 10 | UH: | Because he's not a bad boy. This guy. |
| 11 | SW: | What, why? What else do you know about him? |
| 12 | UH: | I know him. He just leading a prayer, and he, he uh, never, he come to the Lodi. You know, in the Mosque and he not, he never talk like uh, bad, or Jihad or you know, his speech, in the masjid. I never heard about him. |
| 14 | SW: | Does Shabbir talk bad? Does Shabbir's sermon |
| 15 | UH: | Shabbir not talking in the masjid like this, not speaking in the Jihad. |
| 16 | SW: | Not Jihad but he talks about, you know that Shabbir talks about, Shabbir talks about anti-American. |
| 18 | UH: | (UI) not here. But over there Pakistan, yes. Yes. He was doing that. |
| 19 | SW: | He was doing that in Pak -, Shabbir was talking to you. |
| | UH: | Yes |
| 20 | SW: | Was he from Pakistan Majid too? Eh uh, Madrassah's in Pakistan? |
| 21 | UH: | (UI) No, no, he's, in my knowledge, he's, if he's the same person, he's, he's, he ah finishes Madrassah in South Africa. (Looking at picture) |
| 23 | SW: | Ok, and, and, how does he |
| 24 | UH: | If I'm right. |
| 25 | SW: | How does he know MAK, Adil Khan |
| 26 | UH: | I think they one, they know each other from Pakistan. |
| 27 | SW: | Ok |
| 28 | UH: | To my knowledge, maybe they go to one Madrassah. To the |

## Interview of Umer Hayat, 6/5/05

SW:   Which Madrassah?

UH:   Maybe Farooqia.

SW:   In Farooqia Karachi?

UH:   Yeah

SW:   So, same Madrassah that uh, Adil's father -

UH:   Adil's father. (Nods head yes)

SW:   Which, who is

UH:   His name is Salim Khan

SW:   Salimullah Khan

UH:   Salimullah Khan. Come on, you know that. Why you asking me?

SW:   I'm, I'm asking if you know.

UH:   If you know that. Please -

SW:   I'm asking you if you...

UH:   Who is this?

SW:   Who's that? Number, number 7. Who's num - no, you just went from number 7. You're going back again.

UH:   No, I don't know him, but I know this guy. (looking at picture) I'm not wrong I guess.

SW:   Ok

UH:   Oh, this is, yeah this is the one I'm talking about. I don't know his name.

SW:   Who's number 5? Is that number 5?

UH:   He's from Fiji.

SW:   Go ahead and write it down please. Write his name.

UH:   No, I don't know his name. That's what I'm telling you.

SW:   But he's from Fiji.

UH:   He's from Fiji. He live in San Francisco. He's a, he's Adil uhh trustee or trustee mean you know -

SW:   Trust

MB:   Trustee?

132

### Interview of Umer Hayat, 6/5/05

UH:   Trustee.  You know, trustee

SW:   Like a treasurer.

UH:   (Nods head yes and points to SW)

SW:   So he handles money. He handles money.

UH:   I think so, that's the guy.

SW:   How do you know?  I tell you what.  It's uh, two-fifteen.  We will let you pray,

UH:   Ok, yeah.

SW:   We'll come back again, Ok?

UH:   Let me see those...

SW:   I'll leave those pictures with you.

UH:   Here we go.  This is Hakik.   (points to picture)

SW:   Hakik.

UH:   Hakik.

SW:   What about Hakik?

UH:   He's uh,

SW:   What's his full name, do you know?

UH:   No.  Only I know Hakik.

SW:   Hakik. Can you put down Hakik?

UH:   Oh, I don't (UI)

SW:   Please.  H-A- (writes on paper) Hakik.

UH:   H-A-

SW:   K?  Kik?

UH:   Yeah.

SW:   Ok.  Ok.  Uh, you will tell us who he is later, Ok?

UH:   He's in, he's involved in Farooqia  too.

SW:   Ok.  Just like uh

UH:   But I don't know which kind of, which kind of, responsibility he have.

SW:   But uh...

133

Interview of Umer Hayat, 6/5/05

UH:   But he's in there. (gestures with hand)

SW:   But he's also there

UH:   Yeah.

SW:   and he is close to Adil Khan

UH:   Absolutely...here we go.  Shabbir

SW:   Number 2?

UH:   Maulana Shabbir.

SW:   Ok.

UK:   Maulana Adil

SW:   Ok, Shabbir Ahmed.

UH:   That's the same page.  Which is I know, I don't know him. I don't know who is this. (holds up paper)

SW:   Ok.  No problem.  No problem.

UH:   I'm not gonna tell you lie.

SW:   All right.

UH:   I don't know him either.

SW:   Ok

UH:   You know.

SW:   Ok.  7 and 8 you don't know.

UH:   Oh this is I don't know him but those three, four, one, let me see.  This is Maulana Mumtaz Ul-Haq.  Mumtaz Ul-Haq.

SW:   Mumtaz Ul-Haq

UH:   Yeah.  How, they are wanted?

SW:   They're not wanted, but these are people that we want to know from you who may know Khan.  We would like to know more

UH:   Ok.

SW:   About these people.

UH:   Yeah, Kali here too are two.  I just want to separated because I know this here. Here, that's Maulana Shabbir, this is Maulana Adil Khan, but I don't know about those.

134

## Interview of Umer Hayat, 6/5/05

SW: You mentioned awhile ago that Shabbir does preach against Americans when he was in Pakistan.

UH: Yeah. (Nods head yes)

SW: That's a known thing? Well how do you that?

UH: Well this is my answering. I'm not going to change my answer. (Nods head no)

SW: Ok, how do you know that? How do you know that?

UH: Because he's telling us here.

SW: Oh he...(UI)

UH: Somebody was telling him in the masjid you know?

SW: Yeah.

UH: Oh Maulana you was against America and now you come here you say, oh well that was in Pakistan, no more here.

SW: Ok.

UH: That's what his answering, that was.

SW: Ok. He would preach against Americans in Pakistan.

UH: Pakistan

SW: Where did he preach? Shabbir?

UH: Pray, you mean?

SW: No, where did he uh, preach? Sermon?

UH: Islamabad, uh, in ah, Lal Masjid.

SW: Lal

UH: Lal Masjid

SW: L-A-L

UH: Yeah.

SW: Masjid in Islamabad.

UH: Islamabad. Which is very popular masjid. (Nods head yes)

SW: Not to be confused with uh,

UH: No. Lal masjid.

### Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | SW: | Ok. |
| 2 | UH: | But I don't know those two persons ... ok |
| 3 | SW: | Ok. We'll let you pray for now. |
| 4 | UH: | Ok I have to go to bathroom. |
| 5 | SW: | You want to use the rest room?  Sure. |
| 6 | UH: | Yeah.  I don't know about those pictures I saw.  I don't know the background, |
| 7 | | you know? |
| 8 | MB: | Right. |
| 9 | SW: | Ok. |
| 10 | UH: | Hakik I know he's involved in Farooqia. |
| 11 | SW: | Ok |
| 12 | UH: | Adil is a big in charge of the Farooqia like a principal. |
| 13 | MB: | Uh huh. |
| 14 | UH: | Shabbir is also in Farooqia |
| 15 | SW: | Ok |
| 16 | UH: | The Fiji guy, he's a trustee or trainee |
| 17 | SW: | Treasurer. |
| 18 | MB: | Treasurer? |
| 19 | UH: | But, I don't know, Mumtaz ul-Haq is not in Farooqia |
| 20 | SW: | Ok. |
| 21 | UH: | Yeah. He's not in charge of anything in Farooqia but he's an Imam in uh, uh, San |
| 22 | | Mateo. |
| 23 | SW: | Ok.  You can pray, Ok?  You can pray. |

(14:12:54, SW, MB and UH exit interview room.) (voices heard in hall - (UI))

(14:21:30, MB and UH enter interview room.  UH is out of view of the camera in that he is standing at the door).

| | | |
|---|---|---|
| 26 | MB: | Yeah, uh, you have this room to pray for yourself so.  North, South. (Points in respective directions)  No, wait a minute.  Let me get that right.  Let me find out for you. |
| 28 | UH: | Uh, that's Ok, I know now. |

### Interview of Umer Hayat, 6/5/05

MB:   You know?

UH:   If you come back in (UI)

MB:   Yeah, well, you have...compass?

(14:21:51, SW enters the interview room and uses the compass located on his watch to show UH which direction is North)

SW:   Here you go (UI)

UM:   What is it?  Oh, come back after 5 minutes (gestures with fingers to mouth that he would like to smoke while talking to MB).

MB:   Yeah, absolutely

SW:   North is there.

UH:   OK.

SW:   Ok

UH:   All right

SW:   Ok

UH:   Thank you.

(14:22:09, MB and SW exit interview room)

(UH praying, sits down after prayer, puts on shoes, and muttering, (UI))

(14:42:47, SW enters in the interview room)

SW:   Umer, you want to go smoke?

UH:   Yes, please

SW:   Ok.  Prayer, Ok?  Fine?

UH:   Yeah, Ok.  (UI)

(14:42:54, MB enters the interview room)

MB:   Do you want something to eat?

UH:   This, this, bottle (grabs bottle of water on desk)

MB:   Oh, yeah

UH:   Can I have it?

MB:   Absolutely!  Absolutely. Let me know if you need more.

UH:   That's fine.

Interview of Umer Hayat, 6/5/05

| | |
|---|---|
| SW: | Let's go |
| MB: | Do you need, do you need anything to eat? For lunch? You gettin' hungry? |
| UH: | Maybe later. |
| MB: | Maybe later? You sure? 'Cause we can, we can get some food in here and get you fed. |

(14:43:11, SW, begins to exit the interview room and is out of view of camera.)

| | |
|---|---|
| SW: | Maybe some uh, fish? |
| UH: | (UI) |
| MB: | Fish sandwich? |
| UH: | Yeah |
| SW: | From McDonald's maybe? |
| UH: | Yeah. |
| MB: | If that's Ok. |
| SW: | Fish sandwich? |
| UH: | Yeah, Fish sandwich is ok. |
| SW: | What do they call that? |
| MB: | Fish sandwich, whatever. All right. Let's go smoke. Do you? wanted to get a pack of cigarettes. |
| MB: | (UI) pack of cigarettes we're running low. This is an emergency situation. |
| UH: | I don't know where they got it. |
| SW: | (UI) |
| MB: | The white one? |
| UH: | Hold on please. It's stuck somewhere. You don't know. |
| SW: | (UI) |
| UH: | When you go to store I give you some money. |
| MB: | Oh, don't worry about that. What do you smoke? What's the (UH hands MB cigarette pack and MB reads off package) Wave, 100's, light. |
| UH: | Light. Let's go Sean. |
| MB: | (UI). We have to go (UI) |

## Interview of Umer Hayat, 6/5/05

1

2  (UI voices heard in background)

3  (14:44:15, SW, MB & UH exit interview room - smoke break)

4  (14:54:05, SW, MB & UH enter interview room)

5  SW:   Ok Umer, go ahead and have a seat again please.  I think just briefly while we
6        were at the, at the smoke break that you mentioned that you'd be willing to uh,
       identify some photos, photos of individuals you, uh

7  UH:   Jihadis

8  SW:   Jihadis.  Uh, people who have just completed Jihadi training.

9  UH:   Ok

10 SW:   And who are in Lodi

11 UH:   Ok

12 SW:   Uh, during that same uh smoke break session, you mentioned that uh, you'd be
13        willing to assist us, in driving uh, you know, maybe have a couple of agents and
       you driving in the back to, point -

14 UH:   No problem.

15 SW:   No problem.  Ok

16 UH:   Uh, if I know the address I.

17 SW:   Sure.

18 UH:   I know a couple of them you know.

19 SW:   Ok

20 UH:   But the rest I'm not gonna be responsible because I don't know what they live,
       you know
21

22 SW:   Oh no, no problem.

   UH:   Ok?
23

   SW:   We just need to, we just need to understand that.
24

   UH:   Yes, sir.
25

   SW:   Uh and then, uh, let me, let me go ahead and show you that photo- those photos
26        right now.

27 UH:   Yes, please.  Please

28 SW:   Ok.  It has the name on there.

### Interview of Umer Hayat, 6/5/05

UH:   Good, good.

SW:   Ok.

UH:   Which is good for me.

SW:   Ok. Which one was the first one you said, Khalid?

UH:   Khalid Khan.

SW:   Ok. Is that Khalid Khan?

UH:   (Looks at picture) This is a different guy.

SW:   That's not Khalid Khan?

UH:   What is his name?

SW:   That's his name, Khalid Khan.

UH:   Khalid Khan. Oh, yeah. This is the one we talking about, yeah. He live on, I know him, where he live.

SW:   Where does he live?

UH:   On Sacramento Street. If you go to Sacramento Street in Lodi, there is a relative on him. You will find out from him.

SW:   What's Sacramento, where does he live? In, in Sacramento?

UH:   No, no, he live in Lodi. But I don't know, actually he live uh, on the same house his relative live over there.

SW:   Oh, Ok. Exit on Sacramento

UH:   You will find out from there.

SW:   From Sacramento. That same -

UH:   No, no, Lodi

SW:   Right. But it's on Sacramento Street.

UH:   Sacramento Street. (Nods head yes)

SW:   Ok

UH:   Ok?

SW:   And this is Khalid Khan, so this is

UH:   Uh, Khalid Khan is Lodi, right? He is Lodi, I'm sure.

140

## Interview of Umer Hayat, 6/5/05

SW: Can you go ahead and just, you know, initial uh, you know, put your initial on there and date it please?   Initial and date that this is the same guy that you're talking about.  The same Jihadi guy that you're talking about?

UH: (Writes on paper) This is Jihadi?

SW: You said Khalid Khan.

UH: Yeah, yes.

SW: That went to Jihadi camp

UH: Ok.  Did I have

SW: No, no, just write down, initial your name, U.H. or whatever

(UH initialing his name on photograph)

UH: Yeah, U.H.

SW: And then just go ahead date it for us. Date it for us.

UH: Right here?

SW: Yes, anywhere.

UH: What is it, 6  (writes on paper)

SW: 6/5, yeah.

UH: 6/5

SW: 05. . .'2005.  Yeah.  So you're sure this is Khalid Khan.

UH: This is Khalid Khan

SW: And he lived at this address, the address we have on him is 110 Swain Drive, Lodi.

UH: He used to live over there.

SW: He used to live over there but not anymore.

UH: No

SW: What kind of, you might have mentioned this to Gary, but what kind of training did he, where did he go?  Which camp?

UH: I don't know either.  From this.

SW: Well, how do you know he went to Jihadi training?

UH: Well they was talking in the masjid.

SW: Oh, in the Lo, the Lodi Muslim masjid?

## Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Yes.  (Nods head yes) |
| 3 | SW: | Who, who, who were talking? |
| 4 | UH: | (Jerks head forward and widens eyes at picture in SW hand) |
| 5 | SW: | Uh, this guy was talking.  You heard him |
| 6 | UH: | Yeah. |
| 7 | SW: | Who was he talking with? |
| 8 | UH: | To uh, a lot of, lot of kid, lot of uh, a young boy, you know, outside in the masjid |
| 9 | | when we finished to pray.  I was passing. |
| 10 | SW: | How, when did he talk about this? |
| 11 | UH: | When he talk about this? |
| 12 | SW: | Yes.  When did he talk about this? |
| 13 | UH: | Six, seven months ago. |
| 14 | SW: | Six, seven months, Ok? |
| 15 | UH: | Yes.  I don't know when he training and how, and when he go over there.  I don't know about this, Ok?  (Gestures with hands) |
| 16 | SW: | Um hm |
| 17 | UH: | But I know Khalid.  I can recognize his face. |
| 18 | SW: | But, but he would be the type to go to Jihadi training? |
| 19 | UH: | Yeah.  (Nods head yes) |
| 20 | SW: | He would be, |
| 21 | UH: | Yeah, yeah. |
| 22 | SW: | You believe him that when - |
| 23 | UH: | I think I believe him.  I, not like 100% sure but, you know, you have a picture already here. |
| 24 | SW: | Ok.  Ok.  Who else was the other guy?  Who else |
| 25 | UH: | Like I told you Abdul Rashid |
| 26 | SW: | Abdul Rashid? |
| 27 | UH: | Rashid, or a, or a |
| 28 | SW: | I don't have that photo right now. |

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 2 | UH: | Ok. |
| 3 | SW: | Who's the other guy? |
| 4 | UH: | Uh, who's the other guy?  Sultan Afzar (ph). |
| 5 | SW: | Sultan Afzar? |
| 6 | UH: | Yes. |
| 7 | SW: | Ok, I don't have that either. |
| 8 | UH: | Ok |
| 9 | SW: | But where do, do you know where they live?  Sultan Afzar |
| 10 | UH: | Vine Street. |
| 11 | SW: | Vine Street. |
| 12 | UH: | I know his house |
| 13 | SW: | What's the address?  What's the number? |
| 14 | UH: | Uh, the number |
| 15 | SW: | But you can pinpoint it? |
| 16 | UH: | He living to my uncle's house, like next to his house but I can point it. |
| 17 | SW: | Vine Street.  But you don't know the number. |
| 18 | UH: | Actually, don't show somebody |
| 19 | SW: | Well, how do you know Sultan Afzar went to Jihadi training? |
| 20 | UH: | He went to Pakistan.  I was here when he was come back.  He said I went train |
| 21 | | from. |
| | SW: | Which camp?  Ta-Tamal (ph)? |
| 22 | UH: | No, he don't tell us the camp.  But, he told them he went to the camp, but he |
| 23 | | don't, say which camp.  (gestures with hand) |
| 24 | SW: | How do you know  he - |
| 25 | UH: | He was talking to the kid too. |
| 26 | SW: | Yeah, Yeah.  When did he say this?  When did he tell you this? |
| 27 | UH: | That's about two year ago. |
| 28 | SW: | Two years ago? |

143

**Interview of Umer Hayat, 6/5/05**

UH:   Yeah.

SW:   Sultan Afzar.

UH:   Sultan Afzar.

SW:   And uh, so you. . .

UH:   Abdul Rashid.  Abdul Rashid. Maybe you have that too.

SW:   I don't have Abdul Rashid.  Where does Abdul Rashid live?

UH:   Acacia Street

SW:   Oh, in your same place, on the same street -

UH:   Yeah, but uh, like I told you, he's not, I don't see him for months, you know.

SW:   But did he come here to the United States?  Is he here in the United States?

UH:   He was here in the United States from long time.  He's Afghani.

SW:   Afghani.

UH:   Yeah.

SW:   Abdul Rashid

UH:   His son uh, his father name is Haji Ahmad (ph).

SW:   Ok,

UH:   and that's why he was talking too, in the Mosque.  My information, I'm give it to you, I don't go to personally those people and ask him what you do you know.

SW:   How do you know they're not bragging about going to Jihad, uh, training?

UH:   I don't know 'til they come back from Pakistan.

SW:   Oh, I see, I see, so, but you believe

UH:   He's the one (Points to paper) is uh, Abdul Rashid gave training Peshawar (ph) somewhere.  You know,

SW:   Ok.

UH:   There in Pakistan I told you I don't know how many camp in here.

SW   Uh, huh.

UH:   I visit to three, four, but maybe there 100, 200.  I don't know.

SW:   Ok.

UH:   Ok.  The next.

144

Interview of Umer Hayat, 6/5/05

1

2  SW    Ok. Here are some other photos.

3  UH:   If you show me I''ll let you know please.

4  SW    Ok. Let me work with this. Go ahead and just look at this.

5  UH:   Eh Mamasita. (Looks at paper)

6  SW:   Barbon?

7  UH:   Yeah,

8  SW:   The bearded one

9  UH:   I know him. I know him, this guy. He's from Woodbridge.

10 SW:   Yeah.

11 UH:   But, honestly I tell you truth, I never heard he went to the Jihad. Attique-ur-
       Rehman. This is his name.
12
   SW:   Ok. Yeah.
13
   UH:   He is a religion man. He is teaching in the Masjid to the kids.
14
   SW:   Ok.
15
   UH:   But he's not a big Alim. He just like Hafiz. 4-, 500 hundred dollar a month.
16
   SW:   Ok.
17
   UH:   To teach ah, kid, just his name is Attique-ur-Rehman. Ok. (Looks at paper) Oh,
18     my God. (puts head to the side) This guy is, this. . .

19 SW:   What's his name?

20 UH:   Kaashif.

21 SW:   Ok.

22 UH:   Without any, I can't see (gestures and blocks name on CA DL photo with hand)
       say Kashif Altaaf (ph).
23
   SW:   Uh, huh.
24
   UH:   This is on Acacia Street too, but he don't go to Jihad, you know what I mean.
25
   SW:   But this is what Hamid is saying.
26
   UH:   He, he said that?
27
   SW    Hamid stated these three.
28

145

## Interview of Umer Hayat, 6/5/05

UH:  No, he don't go to Jihad. He's ah, he's, he's related to the gang.  Because I know him very well.  He's same age as, same street, this Kaashif, he's right here. (gestures with hand)

SW:  Let me see this.

UH:  Kaashif Altaf (ph) on Acacia Street

SW:  On the same street?

UH:  Oh yeah. But he's not Jihadi. He don't know. He, he, he even don't know how to pray, you know what I mean.

SW:  Right.

UH:  He don't go to masjid, this Kaashif, but he's ah, hanging around with them. You know what is like Mexican gang.

MB:  Uh, huh.

UH:  Can you show me other, Hijo de mamasita (Looks at picture) , he don't go to Jihad either. Yeah, he (UI)

SW   Why would Hamid say these people go, went to Jihad?

UH:  This, him?

SW:  Yeah.  Some people.  These people.

UH:  No. He give you this say, maybe he got a misunderstanding.  This guy is not going to Jihad.

SW:  Ok. And that's why we need to ah, make sure that, that,

UH:  Yeah.

SW:  Information is consistent. He knows one thing you know different thing.

UH:  Yeah, but I know him, you know.  Why I tell you, why I tell you that.

SW:  Well he might not, you might not know

UH:  He, he, he even come only Friday to the masjid.

SW:  Uh, huh.

UH:  He's like ah, you know, not a religion man.

SW:  Ok. Did you mention another,

UH:  But

SW:  Ah, I'm sorry. Did you mention another? Mohammed? Did you mention a Mohammed Khan that was a Jihadi too?

146

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Mohammed Khan?  Who is this?  Where is his name?  This name?  Where is his name? |
| 3 | SW: | No, but did you mention a Mohammed Khan? |
| 4 | UH: | Yeah.  (Nods head yes) |
| 5 | SW: | You did. |
| 6 | UH: | Yes.  (Nods head yes) |
| 7 | SW: | What was his full name?  Mohammed |
| 8 | UH: | Uh no.  His last name is Khan and first name is Mohammed, but I don't know, I'm missing a, ah, ah, the, the middle name. |
| 9 | | |
| 10 | SW: | Where does he live, Mohammed Khan? |
| 11 | UH: | He's live in Lodi, but I am not exactly uh, |
| 12 | **End of Video tape 2** | |
| 13 | **Video tape 3 begins** | |
| 14 | 15:04:34 | |
| 15 | UH: | (UI) middle name.  Why I was mentioned yesterday Mohammed Khan, but I, na where is... |
| 16 | SW: | The name doesn't matter. |
| 17 | UH: | (UI) |
| 18 | SW: | If you don't recognize him then it doesn't, it doesn't, ah, it doesn't pertain to us. Do you recognize him or no? |
| 19 | | |
| 20 | UH: | To went Jihad? |
| 21 | SW: | No, do you know him? |
| 22 | UH: | Yeah.  (Nods head yes) |
| 23 | SW: | Oh, you do know him. |
| 24 | UH: | Yes.  (Nods head yes) |
| 25 | SW: | Who is he? |
| 26 | UH: | He's Pakistani. |
| 27 | SW: | Ok. |
| 28 | UH: | He have a green card, a green card holder. |
| | SW: | Ok. |

147

**Interview of Umer Hayat, 6/5/05**

UH:   Yeah.

SW:   But he, is he in Lodi?

UH:   He's in Lodi.  Yeah.

SW:   But, he's not a Jihadi

UH:   Ah, I don't have his, ah, application, but he's not Jihadi.

SW:   Ok.

UH:   Ok

SW:   Muhammed Nawaz Khan?

UH:   Yeah.  Muhammed what?  Nawaz Khan?

SW:   Yeah.

UH:   Well he was, he was here the, ah, I mean, on Friday.  He comes only Friday.

SW:   What about this guy?  (Sound of pages turning.) (Shows DMV photo to UH)

UH:   Ah, this is live in Woodbridge too.  This is, ah, can you show me Attique-ur-Rehman.

UH:   Just him and him.

SW:   Are there, are they related?

UH:   No, no, look, please.  Yeah, they related.  His sister's married him.  His sister married him.  (Points one paper to the other paper)

SW:   So they're in the same...

UH:   He was in Pakistan, for long time.

SW:   Uh-huh.

UH:   You know what I mean?  He was in Pakistan for a long, long time.  (points to paper)

SW:   Did he go Jihadi too?  Jihadi camp?

UH:   If Hamid told you, because Hamid know him really well.

SW:   Uh-huh.

UH:   He was there, like, more than five six years, so he go, he is a religious person.

SW:   Ok.

UH:   But I know he live in Woodbridge, yeah.  La Salle, La Salle Street.

148

**Interview of Umer Hayat, 6/5/05**

SW: Ok.

UH: Yeah.

SW: Yeah, same address as, ah, <u>Attique-ur-Rehman</u>, and

MB: But...

SW: Sadiq Shoaib (ph)

MB: But you do not know him?

UH: I know him. (Nods head yes)

MB: You know him.

UH: I know him.

MB: And do, do you know him, one of the, as one of the people that, that said they went to Jihad?

UH: Ah, he was in Pakistan for a long time.

MB: Ok.

UH: So, um I am, I am, ah, ah, I am sure he went to Jihad. (sits forward in chair)

SW: Ok.

UH: The camp. You know.

MB: Camp, right.

UH: But honestly I don't know which camp he go. (gestures with hands)

MB: Right. He never said anything to you, said he...

UH: No, no.

SW: Osama (SW gives UH a CA DMV photo of <u>Osama Mohammed Ismail</u>)

UH: Osama Bin Laden?

SW: Uh-huh. Does he look like Osama Bin Laden, we'd be, ah, twenty-five million dollars richer. That's his name <u>Osama Muhammed Ismail</u>. <u>Muhammed Ismail.</u>

UH: Yeah, he live on <u>Acacia</u> too.

SW: But is he Jihadi?

UH: He's not Jihadi.

SW: How do you know, what does he do there?

149

**Interview of Umer Hayat, 6/5/05**

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | He was in Pakistan for a long time.  Three four years he memorized, he memorized Quran. |
| 3 | SW: | Hafiz (ph) He's a Hafiz (ph). |
| 4 | UH: | Yes, he's here. |
| 5 | SW: | But he's not Jihadi? |
| 6 | UH: | He is not Jihadi. |
| 7 | SW: | Not that you know of. |
| 8 | UH: | No.  If, your knowledge, maybe, I don't know, but, my knowledge say he is not a Jihadi. |
| 9 | | |
| 10 | SW: | And you, and you saw Kaas, Kaashif Altaaf (ph)? |
| 11 | UH: | Oh, yeah. He, he is hanging around with the gang. |
| 12 | SW: | Ah yeah? |
| 13 | UH: | Yes.  (Nods head yes) |
| 14 | SW: | Which gang? |
| 15 | UH: | You know the gang like, ah, (pause) I don't know which gang, but he's... |
| 16 | SW: | Like, ah... |
| 17 | UH: | (UI) |
| 18 | SW: | (UI) Street gangs. |
| 19 | UH: | Street gangs. |
| 20 | SW: | Mexican, Hispanic gangs? |
| 21 | UH: | Pakistani gangs. |
| 22 | SW: | Pakistani gangs. |
| 23 | UH: | Yeah. |
| 24 | SW: | Oh, there's a Pakistani street gang? |
| 25 | UH: | Yeah, now there's Mexican, Pakistani, and American street gangs. |
| 26 | SW: | Really. |
| 27 | UH: | Ok. |
| 28 | SW: | Alright, so out, out of all these photos I showed you three, four, five, (sound of pages turning) six. |

UH: Yeah. This is Khalid Khan. (Looking at picture)

SW: And this one you mentioned he...

UH: Oh, yeah.

SW: ....he, he's Jihadi.

UH: Yeah. If he deny it, I don't know but (Moves head to side and holds out hands) But

SW: No worries. But the rest are, are not?

UH: No, the rest, no, what did I show you. He's a gangster. (Looking at picture)

SW: Ok.

UH: (UI) Ok. This is not nothing. And, I know him, but I don't know if he went to Jihad or not. (Looking at picture)

SW: That's Muhammed Nawaz Khan.

UH: Muhammed Nawaz Khan. This guy...

SW: Sadiq Shoaib

UH: Shoaib, I'm not sure he went learned to the uh,. . .in Pakistan, ah, went to the camp or, but he's, ah, he is, was for long time over there.

SW: So you're not sure, but he may have been...

UH: Yeah.

SW: Jihad.

UH: Yes. Ok.

SW: Went to Jihad, went,

UH: Yeah.

SW: Jihad training camp.

UH: Ok, that's it.

SW: Ok. Listen there is one more photo that I wanted to show you, you mentioned awhile ago that, ah...

UH: Which one is that?

SW: That, ah, you didn't recognize him, but I wanted to know, do you know a Nasrullah? Nasrullah?

UH: Not in Lodi.

**Interview of Umer Hayat, 6/5/05**

SW:   What, what's that now?

UH:   I said not in Lodi.

SW:   No, not in Lodi.  Do you know an Nasrullah though?

UH:   No, (leans forward in seat) which Nasrullah are you talking about, if you show me a picture again, maybe I

SW:   Do you, have you heard of the name Nasrullah?

UH:   No.  No.

SW:   You don't know him, ah, Nasrullah?

UH:   No, not in Lodi.

SW:   No, I know, not in Lodi.  But any, any, ah, in the bay area, have you heard of Nasrullah in the Bay area?

UH:   I never heard.  If you show me picture again, maybe I'll let you, maybe I can recognize, you know, maybe I saw that, you know.

SW:   There you go.

UH:   No, I don't see him.  (Looking at picture)

SW:   But you've never had, ah, heard of a Nasrullah...

UH:   No.

SW:   ...in the bay area.

UH:   No.

SW:   Not from Lodi.

UH:   No.  No.

SW:   And not from...

UH:   But I don't go to bay area, you know.  What I mean whatever I have to do in the bay area.

SW:   Uh-huh, uh-huh.  Ok.

UH:   Sean, you know,

SW:   Uh huh.

UH:   I know the people I showing.  He not my brother or he's not my relative. (pointing to picture)

SW:   Uh huh.

### Interview of Umer Hayat, 6/5/05

UH:   ...or he's not my, I don't know where he come from...

SW:   Uh huh.

UH:   ...He Pakistani or he's Saudi. I don't know.

SW:   Uh huh..

UH:   I never know him. (Sound of pages turning.) I don't know...

SW:   Ok.

UH:   But he...

SW:   So you don't know him?

UH:   No, I don't know him sir

SW:   Ok, Ok. We're gonna, we're gonna transition a little bit, and we're probably gonna hit up with different topic that we, we've not asked you before. Ok. And again, we're asking for your complete honesty.

UH:   Alright.

SW:   And, ah, ah, we want to, what we want to talk to you about now is, um, is how, what was the story behind how Adil Khan, you know, bought the land that he has now, the Farooqia, where the.....

UH:   Oh, ok this is a long story. .

SW:   Let's start from the beginning. Ok. And don't leave, ah, if I'm not clear, I will stop you, I will ask you questions, Ok. But, please, don't hold back.

UH:   How he buy the property?

SW:   I want the truth.

UH:   How he buy the property....

SW:   Please.

UH:   ...right?

SW:   That's the one on Lower Sacramento.

UH:   Yes.

SW:   Ok, please.

UH:   Well he, he generally, he, in Lodi in the mosque, he come, he used to was coming. I told last night to you

SW:   Ok,

UH:   or to ...

153

Interview of Umer Hayat, 6/5/05

SW:  Ok. At first let me, let me ask you how do he know the story? How do you know? Did he tell you?

UH:  Yeah, yeah, yeah, he told everybody in whole Lodi.  (gesturing with hands open wide)  Not even me. They invite us in the Lodi mosque.

SW:  Ok.

UH:  Maulana Adil is come from Karachi.

SW:  Ok.

UH:  From Farooqia. Which is you guys know he's come every Ramadan from 10-year to Pakistan.  (gesturing with hands)

SW:  From past 10 year, he's been coming to ...

UH:  Coming and collecting, ah, money (holding fingers together as if holding money) to, ah, taking money for Farooqia, Pakistan.

SW:  Ok.

UH:  Used to be, he was, doing like this. Ok.

SW:  Ok.

UH:  After that, after ten years he look around and, ah, then he come back after Ramadan after ten year, and he meet with um, Lodi masjid president.

SW:  Who was that?

UH:  Naseem Khan. No, no, no. Doctor Aman Khan.

SW:  Doctor.

UH:  He's a pharmacist.

SW:  Ok.

UH:  Ok?

SW:  Ok.

UH:  He meet Doctor Aman Khan, he meet Naseem Khan, he meet Ramzan Ali which is on the com...committee, you know, on the masjid on the Lodi.  (counting with fingers)

SW:  Ok.

UH:  And he give him this opportunity of whatever you call it, you now, hey, if you guys give me, because they buy already seven acres, the committee, from the masjid at Lodi, they buy seven acres before him...

SW:  Ok.

154

Interview of Umer Hayat, 6/5/05

1

2  UH:  ....land.  On, on lower Sacramento.

3  SW:  Who, who owned that land, that seven acre land?

4  UH:  It was the, from the whole Lodi community.

5  SW:  Ok, so Lodi Muslim uh mosque community.

6  UH:  Mosque

7  SW:  Purchased the seven acre land?

8  UH:  Yes.

9  SW:  Ok, Ok.

10  UH:  When he was come back, he was, ah, they, they called general meeting.  You
11  know, like general meeting every, from Lodi, every house they called and say,
   hey, we have a meeting, you know, six o'clock or six thirty in the mosque, about
12  the Madrassah.

   SW:  When, ah, around when?
13
   UH:  That was before nine-eleven. Nine-eleven, before like, ah, one year before nine-
14  eleven.

15  SW:  Ok.

16  UH:  Be, before nine-eleven, one year before....  (Holds up one finger)

17  MB:  Two thousand

18  SW:  So, Two thousand and one.

19  UH:  Two thousand or ninety-nine.  But, it's close. (holds hands close together)

20  SW:  Ok.

21  UH:  Ok. (Pause) So, he, call and the people come, you know.  They call the
22  community, call, here Adil Khan is come and he want to build the Madrassah.
   And, but he, he want to build the Madrassah but he said, I want to sell that seven
23  acres before we find some, the committee said, we find eighteen acre more
   beside the seven acre on this side, you know.

24  SW:  Uh-huh.

25  UH:  Eighteen acre.  And if, ah, Maulana Adil is can sell that seven acre, and, ah, give
   that money to, and to buy that, ah, eighteen acre.
26
   SW:  Ok.
27
   UH:  That's what he was telling the people.  He say I'm gonna collect the money, from
28  the United States also and that was Adil Khan speaking.  And then I'm gonna
   collect the money from Kuwait

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | SW: | Kuwait |
| 3 | UH: | Saudi Arabia for Madrassah, you know. |
| 4 | SW: | Ok. |
| 5 | UH: | And, I, I can, I can have, ah, capability to build. (Holds hand up) You know. |
| 6 | SW: | To build the Madrassah. |
| 7 | UH: | Madrassah. |
| 8 | SW: | Madrassah. |
| 9 | UH: | And the people say that's what we want.   Because us kids is going to wrong way.  You know what I mean. |
| 10 | | |
| 11 | SW: | Uh-huh.  Uh-huh. |
| 12 | UH: | We want you to, if you can build them up, yes.  The whole community say Ok. (raises both hands)  Here, Ok, you know.  He say alright.  I'm gonna sell that seven acre. |
| 13 | | |
| 14 | SW: | Ok. |
| 15 | UH: | Soon as is possible.  Then he sell after one or two month that seven acre and they buy eighteen acre. |
| 16 | SW: | Ok. |
| 17 | UH: | And then he was the whole in charge for that thing, you know.  Like, ah, here this, ah, this office belongs to you, nobody else have to be a put a finger on it, (gestures with fingers) or you know, do something bad. |
| 18 | | |
| 19 | SW: | Uh-huh. |
| 20 | UH: | Everybody they agreed, they say yes.  The whole Lodi, maybe three people was against him (holds up 3 fingers).  Was jealousy or something.  By that time. |
| 21 | | |
| 22 | SW: | Who were they? |
| 23 | UH: | One was my cousin.  (Counting on fingers) |
| 24 | SW: | What's your cousin's name? |
| 25 | UH: | Muhammed Safdar. |
| 26 | SW: | Ok. |
| 27 | UH: | And one is another guy his name is Fida Hussein (ph).  You know.  One of the other guy is Izra (ph)  (Counting on fingers) |
| 28 | SW: | Izra (ph), Izra (ph) What's his last name? |

Interview of Umer Hayat, 6/5/05

UH:  Izra Ulhaq (ph).

SW:  Ulhaq?

UH:  Yeah.

SW:  U-L...

UH:  Yeah.

SW:  ...H-A-Q.

UH:  Ok, they was against...on uh

SW:  Were they, were they committee members?

UH:  They was not committee members.  You know.

SW:  Ok, just just....

UH:  Just ah, ah, I mean, ah, like ah, public, you know what I mean they belong to Lodi.

SW:  Parishioners.  Parishioners.

UH:  And the rest of the people, they say, Ok, Maulana, we trust you.  Go ahead. Then he started to collect the money, you know, starting from Lodi, to Stockton, Sacramento, Modesto.  All over the whole America.  Here, before nine-eleven he come.  You know.  He stop it.  And the people are asking him, Maulana you told us, you need two year, you're gonna bring the Madrassah.  And now you asking us, you don't have money...to build this Madrassah.  He said, because of nine-eleven.  I can't go to Kuwait or to Saudia Arabia to bring the funds from there, you know.  That was his reason.  From the beginning I'm telling you....

SW:  Uh-huh.

UH:  ...You know.  So, here is Farooqia, now, they built one library.  Ok.  There the two house.  One is a three bedroom.  One is a one bedroom.  Or two bedroom. That was belong before to that property, you know.  (gestures with fingers)

SW:  Who, who, (coughs) who did, ah, Adil Khan purchase the eighteen...acre land from?  Who did he purchase...

UH:  He, he, he is a Pakistani.

SW:  Ok.

UH:  His name is Mohammed Saleem (ph).

SW:  Mohammed Saleem (ph)?

UH:  Yes, Saleem (ph).  Khan.  He's on the chair.  He's on the wheelchair.  (holds both bards on chair) Because he was working in somewhere hotel.

SW:  How do you spell Salem?  S-A...

157

Interview of Umer Hayat, 6/5/05

UH:    You know like, you mentioned to the, Salem cigarette. Salem?

MB:    Salem. S-A-L-E-M.

(15:18:12,Knock on door., MB exits interview room)

UH:    So. Can I go.

SW:    Yes that's fine.

UH:    Salem Khan sell him that property to Maulana Adil, like Naseem went there, Dr. Aman went there day talk to him, you know.

SW:    So Salem Khan, Muhammed Salem Khan...

UH:    Salem.

SW:    Salem. S-A-L-E-M.

UH:    Yes.

SW:    He's in a wheelchair.

UH:    He's in a wheelchair. He can't talk.

SW:    He owns the eighteen acre land.

UH:    He owns the eighteen acre.

SW:    Ok.

UH:    I don't know he want three hundred thousand dollars by that time, or ah, five hundred thousand dollars, Salem Khan, you know.

SW:    Ok.

UH:    And they say you want too much. We gonna give you like four thousand hundred dollars or something like that ...

SW:    Four hundred thousand.

UH:    But we don't have the money. We, you know, they say we gonna collect the money and we gonna pay you like that. You know.

SW:    Uh-huh.

UH:    Or, we're gonna buy it from the, from the rich people, like, ah, in Lodi, you know, the community. Hey, how much you can give it me to be voluntarily? Ten thousand. Ok, how much you can give me voluntarily five thousand.

SW:    Ok.

UH:    That's what he, collect the money from...

## Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | SW: | Did you, did you hear this all from Adil Khan or, ah, who did you hear this from, this story. Who did you hear this story from..... |
| 3 | UH: | No, I went, we was there in the mosque. |
| 4 | SW: | Ok. |
| 5 | UH: | That was open talk you know, that was not like hiding talk |
| 6 | SW: | Oh so, Adil Khan was, was talking to everybody about this? |
| 7 | UH: | Everybody. (raises head up and gestures with hands) The community. The whole commu...community in the masjid, they was talking with us. |
| 8 | | |
| 9 | SW: | Well, that's, that's what he planned on doing. So he was telling you, proposing to you....what. |
| 10 | UH: | Uh-huh. |
| 11 | SW: | ...what, what he wanted to do.   Build a Madrassah, you know.... |
| 12 | UH: | Yes. |
| 13 | SW: | Purchase the eighteen acre land. |
| 14 | UH: | Yes, sir. |
| 15 | SW: | But what, ah, what did you know?  Did you know any, any of the transaction, any of the, ah, how he bought the land, and, ah, who he, who he talked to and... |
| 16 | | |
| 17 | UH: | He talked like I told you, you know. |
| | SW: | Uh-huh. |
| 18 | | |
| 19 | UH: | He bought that from Mr. Salem Khan, Muhammed Salem Khan.  And when he was get here, I told you there's, ah, there's a committee in the Lodi masjid, was president Doctor Aman Khan, he talked to him.  He talked to Mr. Naseem Khan. He talked to Mr. Taj Khan.  You know, he... (Counting on fingers) |
| 20 | | |
| 21 | SW: | Is Taj Khan a, ah, part of the committee? |
| 22 | UH: | He's a part of the committee too. |
| 23 | SW: | But he's not, ah, he's not a,, ah, a, board officer.  Or is he, ah, is he an officer? |
| 24 | UH: | He is not an officer.  He was run for city council, but he don't win.  But he's from Pakistan. |
| 25 | SW: | I see. |
| 26 | | |
| 27 | UH: | I mean.  I think he, I think he was born here, I don't know. |
| | SW: | Ok. |
| 28 | | |

159

### Interview of Umer Hayat, 6/5/05

UH: So, that was, ah. So he talked to them and then the committee called to the people of Lodi, who come to the mosque, you know...

SW: Uh-huh.

UH: And we have a general meeting, you know, and come give our opinion. You know. Everybody give opinion if we should give it to him that much...

SW: Uh-huh. Uh-huh.

UH: Or not. He want, he said, now he's, he's here, right here, Adil, go ahead Maulana Adil, you can talk. Then he speak, he said, yeah, I have, ah, capability, capability to build a Madrassah. You know. I can collect money from Kuwait and I can collect money from Saudi Arabia to go for that, this is my responsibility, you know.

SW: So he, he got donations, but is that all the funds that he got for donations?

(15:21:30, MB enters interview room)

UH: Yes, sir.

SW: Did, did he get any funds from any other, any other, ah, source? Besides donations? Did he get...

UH: No that was from, that was from Lodi, San Francisco, Sacramento, Modesto, Los Angeles, Fresno, and, ah, ah, all over from America.

SW: Ok.

UH: He was driving a car, by loan and he, he's going to go...

SW: To get funds for the Madrassah here?

UH: Yes, sir.

SW: In Lodi.

UH: Yes sir.

SW: What, what, ah, (clears throat) what happened to the seven acre land then.

UH: He sold it. Before he was, they were buying this, this many, the seven acre money went to the eight, eight-eighteen acre money. You know.

SW: Who sold, who sold the seven acre?

UH: Adil, Adil.

SW: But I, and maybe you can clear this up for, for us. Umm, how did Adil get the seven acre land...

UH: Because...

SW: ...which belonged to Lodi Muslim Mosque?

Interview of Umer Hayat, 6/5/05

UH:   Yeah, but, they gave him a paper, you know, they gave him like, ah, what do you call that paper, like ah...

SW:   Title, the title. Deed.

UH:   Title. Deed.

MB:   Deed.

UH:   Or, ah, what they call it...(UI)

SW:   They just gave it to him, here, Adil, Adil Khan, Maulana Adil...

UH:   The committee. The masjid committee.

SW:   We give you for free? The title?

UH:   Yeah, because they want Madrassah, you know.   (Nods head yes)

SW:   Uh-huh.

UH:   The people want... (points to self)

SW:   Uh-huh.

UH:   ...Madrassah here, so they can, their kids are not going to the gang. Because that time, was you know, the kids was going to the gang. (gesturing with hands)

SW:   Ok.

UH:   He was, he was building that Madrassah for the community, committee, you know...

SW:   Ok.

UH:   For the whole community.

SW:   Ok.

UH:   That's what his planning. He's not building that Madrassah own part for his uh, his self, you know.

SW:   So as far as you know, as far as you know, the, ah, the Lodi, the current Lodi Muslim, ah, board members...

UH:   Yes.

SW:   ...or officers, excuse me, umm, Aman Khan, ah, Ramsan Ali

UH:   Naseem Khan.

SW:   Naseem Khan. They all...

UH:   Taj Khan.

161

1

2   SW:   Taj Khan, they all voted to, ah, basically give the seven acre land....

3   UH:   Before they give it to him....

4   SW:   ...give the deed or title to Adil Khan.

5   UH:   Yes, before they was give it to him, they, like I told you, the whole Lodi, they call
6         them.  We have a meeting.

7   SW:   Uh-huh.

8   UH:   You should attend that meeting and give your opinion.  We want to give it to him,
9         this much.  The committee call like myself, they call, they call you know,
          everybody, the Muslim in the Lodi.  Even the Stockton people come too.   They
          come in Stockton too, Muslim people.  So, he said, I have my capability, I can
10        sell that seven acre like, like you buy this for hundred thousand, by that time it
          was cheap.  The land, you know, when we was buying that land, seven acre, ah,
11        that was, ah, a long time ago.

12  SW:   Ok.

13  UH:   But nothing was there, just the land.  Here go the, the, the land is going up into to
          the sky, you know.

14  SW:   Appreciating in value.  Yeah.

15  UH:   Yeah, he know that, Adil know that.  I can sell that for, like, ah, five, ah, five, ah,
16        no not five, but, two hundred thousand.  I don't remember, you know.  (raises
          hands up)

17  SW:   Uh-huh.

18  UH:   Excuse me.  But he sell more than what they paid for it.

19  SW:   Ok.

20  UH:   Double up.  You know.

21  SW:   Ok.

22  UH:   Double up.   So this money from the seven acre they using on eighteen acre...

23  SW:   So they ...

24  UH:   They pay to Mr. Salem all the money cash.

25  SW:   Ok.

26  UH:   How he pay cash like I was explaining you, in Lodi some people, you know,
27        retirement people, they have the money, they ask him, Mr. Shariff (ph), you
          know, we buy this and Mr. Salem want money, he don't want to wait.

28  SW:   Ok.

162

## Interview of Umer Hayat, 6/5/05

UH: How much you can give me ten thousand.

SW: Ok.

UH: Or like one year, he say, yes I can donate you. Hey, mister, Naseem (ph) or mister Taj how much you can give it to me. Mr. Juma Khan (ph) you know.

SW: Who's Juma Khan (ph)?

UH: Ah, he's he have apartment, he's a business man you know.

SW: A business man. Is he important?

UH: How much you give to me, he said ten thousand. You know.

SW: Ok.

UH: So like this he collect the money.... (gestures with fingers)

SW: Collecting money from the community. Ok.

UH: He paid Salim (ph), paid off the whole...uh

SW: Paid cash?

UH: In cash.

SW: You think it, it, you thought it was, ah, five hundred thousand? Worth?

UH: Yes.

SW: Ok.

UH: And, ah, then he starting to collect the money. (gestures with hands) Collect the money. When he start to collect the money, whatever he collect the people talking behind. They say, oh, he say, one year I can give you the money back and now you don't pay us.

SW: Did he, did he get money from you.

UH: No, I'm poor, you know. I don't have money. (laughs) So, ah, then, ah, somebody told him you let, you borrowed from Juma Khan (ph) ten thousand dollar, he talking behind on you now, you know.

SW: Uh-huh.

UH: He said, well here, I collect some money, you know, from state to state. I have ten thousand, give it to Juma khan back (ph). You know.

SW: Right. Kind of like a promissory note, I promised...

UH: Yeah, so he...

SW: I.O.U's.

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | He give it to him, but they don't have money now.  To build a buildings. |
| 3 | SW: | Right now.  Adil Khan does not have money to build? |
| 4 | UH: | Not, ah, it's a million billion project if you see that ah. |
| 5 | SW: | Really? |
| 6 | UH: | Yeah.  Like the way they want to build, they want to build some apartment over there too... |
| 7 | SW: | Uh-huh. |
| 8 | UH: | ...When they get some income, you know... |
| 9 | SW: | Ok. |
| 10 | UH: | ..And the Madrassah too. |
| 11 | SW: | Is it, did, did, ah, did, ah, Adil Khan want to build the Madrassah just like, ah, the one in Karachi?  The Farooqia? |
| 12 | UH: | Exactly. |
| 13 | SW: | Exactly like Farooqia. |
| 14 | UH: | Yeah. |
| 15 | SW: | And, if, they want to build, if, ah, so Adil Khan wants to build it exactly like Farooqia in, ah, in, ah, Karachi, what else did he intend to do that's the same, you know, same, ah, same thing as, as the, ah... |
| 16 | | |
| 17 | UH: | In Farooqia? |
| 18 | SW: | In Farooqia and Karachi?  What, what else did, does he want to do?  What, what other, besides the, you know construction, right?  That's what you're saying. |
| 19 | | |
| 20 | UH: | Uh-huh. |
| 21 | SW: | He want's to build as as |
| 22 | UH: | Well, they got the picture from the Farooqia, you know, |
| 23 | SW: | Uh-huh. |
| 24 | UH: | ...they want to build like the way they building over there. |
| 25 | SW: | Yeah. |
| 26 | UH: | They want same thing like that. |
| 27 | SW: | Same instruction? |
| 28 | UH: | Same instruction.  (gestures with hand) With the bricker (ph)  You know.  Not with the wood. |

164

1

Interview of Umer Hayat, 6/5/05

2  SW:   I'm, I'm sorry.

3  UH:   Backer, backer (ph)

4  MB:   Brick

5  UH:   Brick

6  SW:   Oh, construction.

7  MB:   Construction.

8  UH:   Construction.

9  MB:   What about the, the stuff that's taught in Madrassah.  Do they want the same
10        information that is taught in Karachi to be taught in Lodi.

11 UH:   Yeah. (Nods head yes)

12 MB:   Same type of, same type of information.

13 UH:   Yes, yes. (Nods head yes)

14 SW:   What, what sort of in, what, what sort of, in the Madrassah in Salimullah's, uh,
        Madrassah, in, ah, Karachi...

15 UH:   Yes.

16 SW:   What, ah, which is the Jamia Farooqia...

17 UH:   Yes.

18 SW:   What, ah, what instruction do they, do they teach there?  What so...what...

19 UH:   What I heard from him, you know....

20 SW:   From Adil Khan?

21 UH:   Adil...

22 SW:   What does

23 UH:   I never been in Farooqia

24 SW:   Ok, but what does, what did Adil tell you about...

25 UH:   Quran. (Count on fingers)

26 SW:   ...ah, Farooqia.

27 UH:   Quran. (Count on fingers)

28 SW:   Ok.

165

**Interview of Umer Hayat, 6/5/05**

UH: Hadiz (ph), Hafiz (ph) to come be Mullah.

SW: To become Mullah.

UH: Mullah. And then I told him like this morning I told him or before and then what happened if become Mullah, and then what you gotta do with them...

SW: Uh-huh.

UH: for the (UI) to go to Jihad...(UI)

SW: I know what he told you this morning.

UH: Yeah.

SW: What did he tell you before about what he's, what, what's being taught at Jamia Farooqia.

UH: We, we, we not talk about this, ah, Farooqia, what you know...

SW: The Madrassah. You never talked about the Madrassah?

UH: No, no, no, no. (Nods head no)

SW: He doesn't tell you about this. But Shabbir would know.

UH: But Shabbir was, ah, tea..., I mean he was a student over there.

SW: Ok. So Shabbir would know.

UH: Yeah, Shabbir would know.

SW: Ok, Ok. But you..

UH: That's his...

SW: But you don't know.

UH: That his teacher. Maulana Adil is his teacher.

SW: Ok.

UH: Shabbir teacher.

SW: Ok. Ok.

UH: Here we go. You know?

SW: Ok. You know earlier when we were talking about, ah, you know, what Adil's plans were on the ma, on the Madrassah. I know, and I can sense this from you, I know, I know what, what, what Adil Khan had told you, what he's denying. You and I know that there's other reason, for, for building the school. Correct?

UH: (Nods head yes).

166

## Interview of Umer Hayat, 6/5/05

1

2   SW:   What reason is that?  In your, in your mind.

3   UH:   Shrugs shoulders.

4   SW:   Ji-Jihadi, right?  Isn't that what, what, ah...

5   UH:   I don't see anything else, I mean...  (gestures with hands)

6   SW:   Yeah.

7   UH:   ...yeah.

8   SW:   But what, here's my question, and I'm trying to, I'm not trying to be tricky here,
      I'm not trying to pinpoint...

9   UH:   Ok.  (Shifts forward in chair)

10  SW:   In the back of your head, you are thinking that there is some, some, some,
      some, ah, ah, there's some other void.  How do you know that?  Can, did you
11        here it from anybody?  Did you hear people talking about, oh, ah, yeah, <u>Adil
      Khan</u> talks about.

12  UH:   (UI)

13  SW:   ...nice, nice, ah, you know, teachings for our children.  But in the back of your
14        head, you're also thinking this guy, ah, Adil Khan may be responsible for Jihadi
      training too.  Preparation for Jihadi.

15  UH:   There, there, there is against some people him, um, in here, in Lodi too, who (UI)
16        want him...

17  SW:   Uh-huh.

18  UH:   which is making (UI) you know, like, ah (UI)

19  SW:   Is it true?  Is there truth to that?

20  UH:   Well, the time will come, we will see.  But, ah, like, ah, he's, ah....

21  SW:   Whoa, whoa, why, why are, why, I mean, ah, sounds to me like you're, you, you,
      there's something in the back of your mind that you want to, you want to clear,
22        but you don't want to say it out loud.  And is it because you fear, why, why do
      you fear Adil Khan?

23  UH:   (Laughs) I don't fear, Mr. Sean...

24  SW:   you don't....

25  UH:   But uh, you know, like against their people they say, he's gonna do same thing
26        he's doing in public.

27  SW:   Which is what in Farooqia?  Which is what?

28  UH:   Jihad.

167

Interview of Umer Hayat, 6/5/05

SW: Jihad,

UH: yeah

SW: and is it common, is it common knowledge in, in Karachi?

UH: Yes.

SW: That, ah, his school is famous for...

UH: Yeah.

SW: ...training Jihadis.

UH: Oh, Yeah.

SW: No, no doubt. Nobody...

UH: Nobody.

SW: Anybody, if I were to come down to Karachi

UH: But they just deny, but I don't care if they deny or not. But...

SW: You mean, Shabbir and, and Adil Khan deny it.

UH: Oh, yeah.

SW: Ok.

UH: Yeah.

SW: They will deny it. They will not admit..

UH: No.

SW: But they know they, they've been trained Jihadist.

UH: That's true.

SW: Cause you mentioned Shabbir went to Jihad too. And he was a student of Adil Khan.

UH: Oh, yeah, he was....

SW: Ok.

UH: ...spend about ten years in Madrassah, over there

SW: Ok.

UH: Maybe more. (Nods head yes)

SW: Jamia Farooqia.

**Interview of Umer Hayat, 6/5/05**

| | |
|---|---|
| 1 | UH: Yeah. |
| 2 | SW: And, ah, so in |
| 3 | UH: In the Farooqia. |
| 4 | SW: Even though you didn't hear it directly, you, ah, I just want to clear it up, you |
| 5 | didn't hear it directly that Adil Khan wants, ah, you, you did not hear that Adil |
| 6 | Khan. Or, let me put it this way. |
| | UH: Ok. |
| 7 | SW: Adil Khan did not tell you directly that he was building a Madrassah here to teach |
| 8 | Jihadi? |
| 9 | UH: No, not directly. (Nods head no) |
| 10 | SW: Not directly. |
| 11 | UH: No, no, he not told me that. But I think he's gonna be like that. |
| 12 | SW: Because of, because of his father's Madrassah, |
| 13 | UH: (Nods head yes) |
| 14 | SW: Jamia Farooqia in Karachi. |
| 15 | UH: That's true. (Nods head yes) |
| 16 | SW: And his association with Fazlur Rehman. |
| 17 | UH: Exactly (Nods head yes), right. |
| 18 | SW: Let me go back a little bit. |
| 19 | UH: Ok |
| 20 | SW: You mentioned Fazlur Rehman being associated with J-U-I. |
| 21 | UH: Yes. (Nods head yes) |
| 22 | SW: J-U-I... |
| 23 | UH: That's Party |
| 24 | SW: Can you explain...party..like a political party? |
| 25 | UH: Political party. Yes. That's from many, many year political party. |
| 26 | SW: Many, many year party. |
| 27 | UH: His father was join that party too. |
| 28 | SW: Ok. |

1

2    UH:   Maulana Fazlur Rehman father passed away a long time ago, when we were
      like, ah, thirteen year old (gestures with hand), ah, fourteen year old, you know,
3          and this party have the same name (UI)

4    SW:   Ok.

5    UH:   Jamaat-Ulema-Islam, but that time we don't have a Jihad. (gestures with hand)

6    SW:   Ok.

7    UH:   His father, you know.

     SW:   Ok.
8
     UH:   By that time, no Jihad name. You know.
9
     SW:   Ok.
10
     UH:   After nine-eleven, they starting Jihad and training, and you know what I mean.
11
     SW:   Uh-huh. Uh-huh. Against Americans.
12
     UH:   Against....
13
     UH:   But this party is from long time even when they get one seat or two seat from
14         they fighting for

15   SW:   OK.

16   UH:   You know, like poor people. Now it's a little bit strong you know. Not that strong,
      but all the, all the religion people get together. Use to they would not get
17         together you know, they was calling each other Shia.

18   SW:   Shia and Sunni.

19   UH:   Sunni and a, a Jamaat-i-Islami so they was fighting like a for one seat Jamaat-i-
      Islami, when Jamia-Ulem-Islam went to, ahhh Shia was two, three seat, you
20         know, three seat.

21   SW:   OK, ok.

22   UH:   But now they get together that ah, ah when President Musharef has come and
      he was trying to help America so he, a he's announcement there's going to be an
23         election you know and then they came together.

24   SW:   OK.

25   UH:   Because they say we against Musharef.

26   SW:   OK.

27   UH:   Because Musharef is friend of America. You know what I mean?

28   SW:   OK.

170

## Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | UH: | Oh, oh he's still helping. |
| 2 | SW: | How, how does JU, J-U-I |
| 3 | UH: | Yes. |
| 4 | SW: | because, because even though Fazlur Rehman is a, is a member of the J-U-I you're saying there's members in J-U-I who are training in Jihadi camps? |
| 5 | | |
| 6 | UH: | So many.  (Nods head yes). |
| 7 | SW: | Is, J-U-I |
| 8 | UH: | A lot of people |
| 9 | SW: | is is J-U a lot of people? |
| 10 | UH: | Yeah.  (Nods head yes) |
| 11 | SW: | Thousands? |
| 12 | UH: | All over, all over. |
| 13 | SW: | All over?  In Pakistan? |
| 14 | UH: | Yeah.  All over in Pakistan.  (Nods head yes) |
| 15 | SW: | Now, is J-U-I associated to Al Qaeda?  J-U-I? |
| 16 | UH: | Oh yes!  (moves head to side) |
| 17 | SW: | How do you know that? |
| 18 | UH: | He went to visit to Osama. |
| 19 | SW: | Fazlur Rehman? |
| 20 | UH: | Fazlur Rehman.  So I think they have a ... |
| 21 | SW: | OK. |
| 22 | UH: | I'm not sure.  I personally I don't go to meet Fazlur Rehman. |
| 23 | SW: | No, no. |
| 24 | UH: | He don't know me. |
| 25 | SW: | Yeah. |
| 26 | UH: | He don't know me, ya know.  Honest to God. |
| 27 | SW: | But how do you know this just from talking to your father-in-law? |
| 28 | UH: | No, no.  No, not from father-in-law.  We saw in the TV, we saw in the newspaper before nine eleven |

171

### Interview of Umer Hayat, 6/5/05

1

2   SW:   OK.

3   UH:   When America want you know uh to be tell, give us Osama.

4   SW:   OK.

5   UH:   And I, we was here. But we have a Pakistani channel TV here too you know (UI)
6         TV (UI). We were watching Maulana Fazlur Rehman, ah Qazi Hussein Ahmed
          and his father, ah Maulana Salimullah Khan. (counts on fingers) They went in
7         the airplane and explained them to give em Osama to America so they not going
          to attack on you.

8   SW:   I see, I see.

9   UH:   ·Ya know, ya know what I mean? They personally went to meet these people.
          Maulana Fazlur Rehman and those people.
10
    SW:   But why would Fazlur Rehman meet with Osama Bin Laden to give him up when
11        he, that's his boss? When Fazlur Rehman...

12  UH:   That's was just a drama. (Nods head no)

13  SW:   It's just a drama, huh?

14  UH:   That's it you would not give it to them.

15  SW:   OK.

16  UH:   They just going ya know throw something (gestures with hand) like that on the
          ice.
17
    SW:   OK.
18
    MB:   I have some questions. The, you had mentioned there were four people we
19        talked a little about before when you were looking at some pictures. Four people
          that were here, for a, that came from Jihadi training camps.
20
    UH:   Um-huh.
21
    MB:   Ummm.
22
    UH:   Sultan Afzar, Abdul Rashid
23
    MB:   If you can go over them again. Sultan...
24
    UH:   Afzar
25
    SW:   Sultan Afsar...A-F-S-A-R
26
    UM:   Right, he live on Vine street
27
    MB:   Right. Now, how do you, how do you know that these folks were a trained?
28
    UH:   This is the same question. (Laughs) again and again.

172

**Interview of Umer Hayat, 6/5/05**

1

2   MB:   Yes.

3   UH:   I mean they was talking in the masjid you know.

4   MB:   Talking in the masjid?  For, all four

5   UH:   Openly.

6   MB:   All four of them, that's how.

7   UH:   I mean that they was not four together, but they

8   SW:   Just for Sultan.

9   UH:   Right.  Somebody come from there ya know, oh where are you been, ya know.
10        Oh I went to Pakistan and I went to ya know to the camp, and I learned Jihad
          and this and that.

11  MB:   OK.

12  UH:   But that watch it even not myself, the whole community was ah listening, you
13        know.

    MB:   Right.  They, they, they proclaimed this openly?
14
    UH:   Yes.  That's Sultan Afzar.
15
    MB:   OK.
16
    UH:   And then when a I told you that Afghani name, Abdul Rashid
17
    MB:   Um-huh
18
    UH:   He come back from Pakistan they were use to live in Peshawar because ah, uh
19        when a take that a Russia they went to Afghanistan, I mean a to Peshawar.

20  MB:   Right.

21  UH:   So they was long time in Peshawar, ya know.  They raised over there in
          Peshawar (UI) I mean Abdul Rashid.  So they come to America.  They live here
22        for like five, six years, and they go back to Peshawar.  To Madrassah (UI).
          That's what he telling us, ya know.
23
    SW:   He told you, Abdul Rashid told you this?
24
    UH:   Not he telling us, not only me, Sean.
25
    SW:   OK, to other people
26
    UH:   Sean, to the Masjid, you know.
27
    SW:   I understand.
28
    UH:   Please.

Interview of Umer Hayat, 6/5/05

1

2 | SW: | OK.

3 | UH: | OK. Whatever I - my knowledge, whatever I can. OK, so he said enough today when I done I went to, ah, Jihad.

4

5 | MB: | OK.

6 | UH: | Jihad mean he went to the camp. Learn to how to be...

7 | MB: | How to do it, right. But he was, but he was telling this to who specifically in the, in the Masjid, who's, who was this

8 | UH: | A lot people, like a hundred people.

9 | MB: | He was actually say, saying this from the

10 | UH: | Yeah.

11 | MB: | In a, a public forum?  He's telling...

12 | UH: | In a public forum.  Yes, yes absolutely.  (Nods head yes)

13 | MB: | OK.

14 | UH: | That was 911 before.

15 | MB: | Before 911?

16 | UH: | 911.

17 | MB: | Both for him and Sultan, both

18 | UH: | Sultan Afzar and a Abdul Rashid,

19 | MB: | And they stood up and said, "We've gone to Jihad training camp."

20 | UH: | Yes sir.  (Nods head yes)

21 | SW: | Were they trying to recruit people?  Were they trying to have a convince other people to join?  Jihad?

22

23 | UH: | Like, like, like  (Nods head yes)

24 | SW: | Like recruit?  Like in the army?  You said a

25 | UH: | Yes

26 | SW: | Like army?  Recruiting?

27 | UH: | Yes.

28 | MB: | It was good for us.  You should go to, is what they were trying to say.

UH: | Yeah, that mean..

174

**Interview of Umer Hayat, 6/5/05**

1

2   MB:   OK.

3   UH:   Exactly. (Nods head yes)

4   MB:   All, all four of them did this thing. Was, was it the same time? Or were they at different times?

5

6   UH:   No, different time, you know. When they coming from like Sultan Afsar come before one month ya know

7   MB:   Um-huh

8   UH:   To the mosque a from Pakistan, then he, here we go up to 2 month come Abdul Rashid you know.

9

10   SW:   Um-huh.

11   UH:   Then he's start to talk.

12   SW:   OK.

13   UH:   You know.

14   SW:   So, Abdul Rashid was before September 11th.

15   UH:   Yes, before September 11. (Nods head yes)

16   SW:   Sultan Afzar.

17   UH:   Also, before September 11.

18   MB:   Also?

19   UH:   Yeah. Before eleven, you know.

20   SW:   (UI).

21   UH:   Yeah.

22   MB:   What about the other two? Ah, when did they do it?

23   UH:   Khalid Khan?

24   MB:   Um-huh.

25   UH:   The one that we saw the picture?

26   MB:   Yeah

27   SW:   Yeah

28   UH:   Ah, he, I, he was talking also outside from the masjid you know.

  MB:   He was talking to someone else, right? He was talking. . .

**Interview of Umer Hayat, 6/5/05**

UH: Like four, six ah guy was hanging, you know.

MB: Hanging out? Did you recognize the people he was talking to? Do you recognize…

UH: We from the same masjid, you know.

MB: OK, right

UH: Yeah. But I don't know who

MB: Who they were?

UH: I don't remember the name or the address or anything like that.

MB: OK.

UH: But he mentioned to them I went to Jihad camp, I mean, you know. (gestures with hand)

MB: And you just happened to hear as you were walking by?

UH: Yeah, I was walking by him. (gestures with hand)

MB: OK.

UH: I don't stand up over there and I don't ask him why you went to Jihad and why you learn that

MB: Right, right

UH: … none of my business, but a that is what I heard from uh Khalid Khan.

MB: What time frame would you say, what year?

UH: Ah, that was Friday.

SW: This Friday?

UH: No, no not this Friday.

MB: Oh.

UH: But the day was Friday

MB: The day was Friday?

UH: Before one year. One year ago.

MB: One year ago. So, ah, ah 2004.

UH: At least.

SW: June?

### Interview of Umer Hayat, 6/5/05

1

2   UH:   No, no not 2004 because I was not here.  That was 2003.

3   MB:   2003.  OK.

4   SW:   Before you left for Pakistan.

5   MB:   Ok, Ok.

6   UH:   Alright.  (Nods head yes)

7   MB:   And um, the last gentlemen, I forgot his name.

8   SW:   So, ah we got Sultan Afsar, Abdul Rashid, Khalid Khan, who is the other guy?
9         One more name.

10  UH:   Mohammad Khan.

11  MB:   Mohammad Khan.

12  UH:   Which is...I am, I am the one your picture showing me this is the one.  I am,
          concerning this is Mohammad Khan, you know.

13  SW:   Muhammad Nawaz Khan?

14  UH:   Muhammad Nawaz Khan.  Here we go, but I was missing that middle name.

15  SW:   Let me show you.

16  UH:   Can you show me the picture again?

17  SW:   Yeah, I got it right here.

18  UH:   Here.  Yeah, that's the one.  (Points to picture)

19  SW:   I've showed you this, and you said he wasn't...

20  UH:   But I, I don't know his, ah middle name but now I

21  SW:   Well the middle name is here.

22  UH:   Muhammad Nawaz Khan.  Where?

23  SW:   Right there.

24  UH:   Oh uh, I'm looking right here, but this is the one guy

25  SW:   But, is it the same guy?

26  UH:   Same guy.  He use to live...

27  SW:   In Sacramento?

28  UH:   Sacramento, street...

177

### Interview of Umer Hayat, 6/5/05

SW: No, no that's in Sacramento

UH: But he's in Lodi.

SW: No, no, he lives in Sacramento.

UH: He's in Lodi.

SW: Ok, he's now in Lodi?

UH: Yeah.

MB: Buy you, is this the guy that said he had gone to Jihadi training camp?

UH: Jihadi training.  (Nods head yes) I don't know if he was right or...

MB: Right, right, no, no, that's, that's fine.  I understand that.

UH: (UI)

MB: But, but before when we were talking to you, before you said he , he had, he was not...

UH: Because I don't recognize the name.  I, I give you the name yesterday or...

MB: Right.

UH: Muhammad Khan.  Was...

MB: So you don't...

UH: I was losing his middle name.  Now I'm sure.  This is the guy.  Muhammad Nawaz Khan.  (points to picture)

MB: Ok.

UH: Yes.  This is the guy, who, yes.

MB: And how did you hear that he had, he went to a training camp?  Did he say the same thing?

UH: Yes.  (Nods head yes)

MB: To everybody in...

UH: Yeah.  He was laughing and he was telling the people he went in the masjid you know.

MB: This one who's standing up, and, and...

UH: No, no, no.  He was sitting down on the carpet, you know, and the people were sitting down and they ask him, Hey Muhammad Nawaz Khan where you go? (gesturing with hand)

MB: Ok.

178

## Interview of Umer Hayat, 6/5/05

UH:  You know. Where you been? Why you was not here in America? Oh, he said, I went to Pakistan. And then the people ask him why, you know, what were you doing in Pakistan?

MB:  Um hmm.

UH:  And then he say, I went to, he was laughing, and he say I went to Jihad camp.

MB:  And nobody, and what did people say when he said that?

UH:  They say (sighs), we not gonna to believe you. But he say, no, I'm sure I go to Jihad.

SW:  Cause he could be bragging.

UH:  Yeah.

SW:  He could be bragging.

UH:  Yeah.

SW:  He could be telling you, "Ahh, I went to Jihadi camp."

UH:  Yeah, Jihadi camp. Yeah. And ah, yeah, he's come Friday. Absolutely, he was here last Friday.

MB:  Last Friday. Ok.

UH:  Yeah.

MB:  And, nobody, kind of asked questions after that...? He's Pakistani?

UH:  (UI) He's not Saudi or anything like that.

MB:  Now, what, after he said he went to training camp and people kinda, they, they doubted him and, everybody left it at that? Nobody said anything...

UH:  They shock him. They shock. Because they not believe him. They believe him, maybe, he just telling us a lie.

MB:  Ok, so they thought he was bragging?

UH:  Yeah, bragging. But he say, I'm sure, you know, I went to Jihad camp.

MB:  Did he provide any other details about when, where, on...

UH:  No, no. Even I don't talk to him.

MB:  Right. You don't know him.

UH:  No, he sit it down right here in front and. I don't want to talk to him.

MB:  Right.

UH: I never talk to him. If he come, I say, Mohammed Nawaz...

MB: Right.

UH: that's it. (hold up hand in a stopping motion). Like this, shake hand, if he want to. No, we don't have any talk. He living from at least 6, 7 years, in this country.

MB: Right. And, and, you know, certainly this is not, you know...

UH: This after eleven, 9/11.

MB: This is after 9/11?

UH: Yes.

MB: When, when approximately, 2000, when, when did he stand up and say it. 3?

UH: Ahh, 2003, around 2003.

MB: Ok.

UH: Yes. Yes.

MB: And, um, they never said who they were working for now? Like, ah, are they...

UH: No.

MB: ...they have any type of plan...

UH: No.

MB: ...any type of mission?

UH: No! He's, he's, he's running a truck.

MB: He running a truck. But I'm saying, from, from Jihadi now does he have anything like a, he has a job to do from the Jihadi training camp?

UH: No, no, nothing he say that. (Nods head no)

MB: No boss that he answers to here? Not just...

UH: (raising voice) Nobody ask him! You know, who is your boss, you know what I mean. But this was the guy which I confusing from, you know. (Points to picture)

MB: Ok.

UH: Muhammad Nawaz Khan. I gave him a lot yesterday that name.

MB: Ok.

UH: But we were missing, I told him yesterday or today, you know, I'm missing his, ah, ah, middle name. Now we got it right here. N-A-Y-A-Z. This is his last name and this is his first name. This is the one that's middle name.

1    **Interview of Umer Hayat, 6/5/05**

2    MB:   Ok.

3    UH:   So this...

4    MB:   Thanks

5    SW:   Now, as far as the, ah, the Jihadists say, say these guys, say they, they are
6          Jihadist.  They went to training camp.  How would, how would you know?  I
           mean, how would they, would they, would they be given a, a ID card or some
7          kind of, you know what I'm saying?  How, how you know they were Jihadi?
           Would they have a tattoo?  Or I know that against Muslim religion.

8    UH:   No tattoo.  (Nods head no)

9    SW:   No tattoo.

10   UH:   No.

11   SW:   Did they, what how do you know one's been in Jihadi?  Do they sport a beard, a
12         thicker beard, or, how would you know?

13   UH:   Well, they have it without beard, too.

14   SW:   Ok.

15   UH:   That's not the big issue.

16   SW:   Would they...

17   UH:   Somebody have a beard and he's going to be like Jihadi or terrorist, no.  But
           without beard, it's training, too.

18   MB:   Ok.  So, how do you tell?  How can you tell from...

19   SW:   How can you tell?

20   UH:   How can I tell?

21   MB:   Yeah.  How, is there a way to tell?  If I say, I've been to a Jihadi training camp...

22   UH:   Uh huh.

23   MB:   ...and you, how would you tell if I'm lying or not?

24   UH:   (Laughs)

25   SW:   How would you...

26   MB:   Or if I'm just bragging.

27   SW:   Do you know, do you know what we're asking?

28   UH:   Yeah, yeah.  I know what you're asking, but...

181

### Interview of Umer Hayat, 6/5/05

SW:  Let's say, let's say Sultan Afzar, I mean..

UH:  He's very, he's a religion man.

SW:  Let's say...

UH:  I believe him, he's, he's got training. (Nods head yes)

SW:  He's got training?  So, one charac, one trait is that if they are very religious. Right?

UH:  Very religion.

SW:  Very religion.  But would he, say, would he have anything on him, any possessions?  Would he possess anything that would indicate that he's gone to Jihadi training camp?  Videos or anything like that?  Or...

UH:  No.

SW:  So basically...

UH:  No, no. They not allowed to take any videos.

SW:  No video games, ah, I mean, no video tapes.

UH:  No, no, no.

MB:  No pictures?

SW:  Ok.  So they just come back and basically, if a...

UH:  And, they telling us, you know, in the masjid we were we ah

SW:  But they could lie though.  They could lie.  They can, they can brag.

UH:  (Holds up his hands)

SW:  They can lie.  Right?  Right?

UH:  Maybe.  Maybe.

SW:  Is it...

UH:  But my knowledge, my information, where, where I heard from them so I give it to you.  You know.

MB:  Great.

UH:  I'm, I'm not sure they want, they are just lying to us or...

MB:  Right.

UH:  ...or they are joking with us.

SW:  Right.

## Interview of Umer Hayat, 6/5/05

UH:   You know what I mean?

MB:   You're just relaying the information.

UH:   But I'm, um, 50 to 70 percent sure.

MB:   That they were not joking?  That they were serious?

UH:   That they were not joking.  Yes.  (laughs)

(UH grabs a cookie)

MB:   Ok....Absolutely, take as many as you want.  They're all yours.

UH:   Yeah.  Thank you.

SW:   Let me, ah, we're going to take, ah, we're just going to step outside for a minute. Have you get some water...

MB:   Yeah.

SW:   ...or some cookies.

UH:   Put me over there so I can...

MB:   Oh, you want a smoke?

SW:   Smoke outside?  Ok.

UH:   Well, there's going to be a little while, right?

SW:   Yeah

UH:   (UI) Just put me outside and come back with me.  I mean, come with me until he come.  Ok.

MB::  Ah, one second.  We'll see if we, ah, can find someone, maybe, sit with you for a bit.

UH:   Ok.

MB:   Otherwise people will, you have to have an escort.

SW:   Yeah.

MB:   So if you're not escorted, people will start asking what you're doing.

SW:   We'll come back.

MB:   We'll get you an escort.

UH:   Sean know, that you take me to front.

(15:48:42, MB exits interview room)

183

**Interview of Umer Hayat, 6/5/05**

SW: Yeah, yeah.  No worries.  We're just going to talk real quick.  Do you have water still?

UH: Yeah. I need the water, yeah.  Thank you.

(15:48:56, SW exits interview room)

(UH eating cookies, drinking water, talks to himself (UI))

(15:59:44, SW and MB enter interview room)

MB: Hey.

SW: We're going to take a break in a little while, Umer.

UH: Ok.

SW: In a few minutes.  I just wanted to ask you a question.

UH: Ok.

SW: Did, let let, we, we got a call from a, a lawyer here in Sacramento.

UH: Ok.

SW: Ah, gal by the name of Was, Wasmooh?  Is that familiar to you?

UH: No.

MB: Wasmah?

SW: Wahmooh?

UH: No. No.

SW: Ok

MB: Ok.

SW: Are you...

UH: One of my relatives is doing this, you know.  Because...

SW: Your relatives. Ok

UH: That why they hired...

SW: But is it for Hamid or for you?

UH: Its for both of us.

SW: Both of you.

UH: Yes.

184

**Interview of Umer Hayat, 6/5/05**

SW: Ok. I mean, you have the right to speak to an attorney, if you, if you wish to do so.

UH: Oh yes, yes

SW: But, at, you know, there's no reason. You're cooperating with us. It's up to you.

UH: No. I'm cooperating with you.

SW: Yes.

UH: Which is you guys know that

SW: Ok. That's fine.

MB: Do you want...

UH: Especially we, yeah, I can talk to him too if he come. He want to come?

SW: Ah, no, he didn't mention what, ah, to come. But, I'm just asking you if you are represented by an attorney or if you know that you're being represented by an attorney. Do you wish to have an attorney?

UH: Well, I, we wish we have our attorney, you know, yes.

SW: You wish?

UH: Yes.

SW: Ok.

MB: Do you want to have an attorney present?

UH: Pardon me.

MB: Do you want to have an attorney present, here?

UH: Yeah, I can talk to him. Yes.

SW: Ok, but do you want an attorney while we're talking with you. Ok. Let me, let me find. As far as we're concerned you're cooperating with us.

UH: Right now we are worried about Hamid, you know.

SW: (UI)

UH: So we hired an attorney for him to.

SW: And it was Wasmooh who was hired. Your family hired Wasmooh?

UH: My family is back there, yes.

SW: Ok. Ok. Ok.

185

### Interview of Umer Hayat, 6/5/05

UH:   They was doing that from yesterday.

SW:   Ok.  But you're still willing to talk with us.

UH:   Yup.  Yes, yes.  Why not.

SW:   Ok.

UH:   Good.

SW:   But at the same time you wish to consult with your attorney also?  You wish to consult with them?  With her?

UH:   Yeah.

SW:   Ok, alright.

MB:   Got you more cigarettes.  Unfortunately, didn't find any lights.  So these are full flavor, but I'm sure you'll...

UH:   That's Ok.  Whatever.

MB:   ...survive.

UH:   Why do we have to hire...

SW:   We'll take a break.

UH:   We have to hire an attorney?  This situation go over in the sky (points to ceiling)

SW:   Ok, Ok.

MB:   We got food here. (UI) Here's your cigarettes and we'll get your food.

(16:02:07, SW, MB, and UH exit interview room.  Conversation continues in hallway)

UH:   (UI)

MB:   Right, I understand.  You want to talk to him?  You can talk to him.

SW:   Mr. Hayat, do you wish to talk to your attorney right now?  Or what's happening?

UH:   (UI)

SW:   Now?

UH:   I can talk to him, you know.  Are you guys finished or not?

MB:   I mean, it's, it's up to you.

UH:   Why aren't you finished?

MB:   It's up to you.  It's your choice.  We, we can't tell you what to do or nothing.

SW:   Let's go back inside.  Come on in.

**Interview of Umer Hayat, 6/5/05**

1

2    (16:03:10, SW and MB and UH reenter interview room)

3    SW:    Let's just clear this up right now with your attorney.  Just real quick before we
            come to a break.
4

5    UH:    Well, we have to hire an attorney because Hamid's in the jail, you know.

6    SW:    Ok.  That's fine.  And, but I'm talking about, I'm not talking about Hamid.

7    UH:    If I go to jail, then what, who's going, you know, I need an attorney.

8    SW:    Ok.  I understand.  And, and it's a simple question.  Basically, if you wish to talk
            to an attorney, you have the right to talk to an attorney anytime.  Uh, what we're
9           asking from you, is do you wish to talk to your attorney now or later on.  It doesn't
            matter.  You chose the time.  You choose.  Ok.  You wish to talk to an attorney
            you said.  Correct?
10

11   UH:    Um hmm.

12   SW:    Ok.  Now or later or what?

13   UH:    (sighs)

14   SW:    You decide.  Whatever you decide, we will make it happen.  You, you tell us.
            You, you do?  You wish to talk to an attorney?

15   UH:    Yeah.  Yeah, yeah.  (Nods head yes)

16   MB:    Now?  Now.

17   UH:    Yes

18   SW:    Ok.  Fair enough.  Ok.  Let's take a break.

19   (16:04:13, SW, MB, and UH exit interview room.)

20   (UI conversation, emanating from outside the interview room, heard.  Interview room
     still empty.)
21

22   (16:06:40, MB enters interview room, grabs a water bottle and leaves room)

23   (UI conversation, emanating from outside the interview room, heard.  Interview room
     still empty.)

24   (16:30:38, MB and UH reenter interview room)

25   UH:    Thank you sir.

26   MB:    Have a seat.

27   UH:    OK.

28   MB:    (sighs)

**Interview of Umer Hayat, 6/5/05**

| | |
|---|---|
| UH: | First it's hot, now it's cold. |
| MB: | (chuckles) Um, you have all medication and all that stuff you need?  If there's anything else, let me know. |
| UH: | No.  I have my blood pressure and my diabetes. |
| MB: | Right.  Very good. |

(16:31:15, MB exits interview room)

(UH is speaking foreign language to himself (UI))

(16:46:00, HS enters interview room)

| | |
|---|---|
| HS: | Hi, how you doing? |
| UH: | Alright.  How are you? |
| HS: | Oh, pretty good.  I'm just here to get a couple of things.  So, Umer, you can just ignore me. |
| UH: | Sir, I have to wait for my attorney. |
| HS: | That's what I understand.  Ah, so, um this is probably a good place as any.  Do you have, need another water, ah Coke, or anything? |
| UH: | No.  I got right here. |
| HS: | You are all set?  Ok, good deal.  Alright, i'm just, ah, don't let me bother you. |

(HS working around desk)

| | |
|---|---|
| HS: | Let me slip by here.  Excuse me for just a second. |

(HS working around desk)

| | |
|---|---|
| HS: | Be right back. |

(16:49:54, HS exits interview room.)

| | |
|---|---|
| UH: | (UI) |

(16:50:14, HS reenters interview room and continues working around desk)

| | |
|---|---|
| HS: | Sure we can't get you anything?  Another Coke? |
| UH: | If they have a water. |
| HS: | Water?  Ok.  Let me bring water. |
| UH: | The air is hot, dry. |
| HS: | It's hot in here? |

## Interview of Umer Hayat, 6/5/05

UH: Yeah.

HS: Ah, lets make that, ah, let's help you out here a little bit.

UH: Little bit, please. It's hot in here.

HS: I, lets try and get (UI).

(16:52:20 HS exits interview room)

(16:59:33, HS opens door to interview room,)

HS: Umer, did the air conditioning ever come on?

UH: Ah, it's alright.

HS: Ok. This is what I'm going to do, I'm going to keep the door open for a little bit.

UH: Yes, please.

HS: Here right outside here to get some fresh air. And we'll have to close the door in a little bit. But in the time being, at least, we'll keep it open.

UH: That's good. Now the fresh, fresh air is starting to come in. Thank you sir.

HS: Ok. Not, not a problem.

UH: Ah, can you find me water, if you can.

HS: Water!   Be right back.

UH: Please. (UH is speaking foreign language to himself (UI))

HS: (Enters room and gives UH a bottle of water.)

UH: Thank you sir, thank you.

HS: (Leaves room)

UH: (UH is speaking foreign language to himself (UI))

HS: (HS comes back to interview room, door remained open, HS remains out of camera view from here on.) What about, ah, bathroom or smoke or anything?

UH: I want to smoke if you can take me.

HS: Let me take you. Come on, just come with me.

UH: (UH gets up and leaves interview room.) Ok till the attorney's come. Are they, she's on the way?

HS: (UI) I'm just, I'm just here because I need to escort a visitor. And, ah, I'm your escort.

UH: (UI)

**Interview of Umer Hayat, 6/5/05**

1

2  HS:   When you're in this building (UI)

3  UH:   Oh.  (UI)

4  HS:   (UI)

5  **End of Video tape 3**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28