# EXHIBIT B-3
Court Ordered Redactions
Umer Hayat Transcript

## Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | GS: | Did you go back with Umer or Hamid? Did Hamid go with you? |
| 2 | UH: | No, no, not Hamid. That was uh, my uh father-in-law, his driver you know. |
| 3 | TH: | The father-in-law, politician you talked about? |
| 4 | UH: | Jamaat-Ulema-Islami |
| 5 | TH: | Say his name for me again if you would |
| 6 | UH: | Ah, Saeed-ur-Rehman |
| 7 | TH: | Saeed-ur-Rehman |
| 8 | GS: | Saeed-ur-Rehman |
| 9 | UH: | Qari Saeed-ur-Rehman |
| 10 | GS/TH: | Qari Saeed-ur-Rehman |
| 11 | UH: | Yes sir |
| 12 | GS: | Very famous? |
| 13 | UH: | Yes sir, very famous man |
| 14 | GS: | That's your father-in-law? |
| 15 | UH: | Father-in-law |
| 16 | TH: | And he's a politician famous. |
| 17 | UH: | He's a politician, yeah, he is, I mean, he's not ... |
| 18 | TH: | He's famous for a lot of other things too. |
| 19 | UH: | He's not been this year and last year but, yeah, he was in the politician. |
| 20 | GS: | But he's a, he's Hazrat, he's very famous |
| 21 | UH: | Hazrat is very famous. |
| 22 | GS: | Right |
| 23 | UH: | Yeah, like this is a respectable name. |
| 24 | GS: | Right |
| 25 | UH: | Hazrat Maulana Saeed-ur-Rehman. |
| 26 | GS: | Right |
| 27 | UH: | Hazrat Maulana Fazlur Rehman. |
| 28 | GS: | Right |

17

### Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | | |
| 2 | UH: | Hazrat Maulana Qazi Hussain Ahmed |
| 3 | GS: | Right |
| 4 | UH: | That's for the respectful name, you know. |
| 5 | GS: | Right |
| 6 | UH: | Yeah, they do have a camp in Pakistan. A lot of them. |
| 7 | GS: | Uh huh...and your father, so, so your father-in-law's uh camp is the camp that Hamid went to. |
| 8 | UH: | Yes sir. |
| 9 | GS: | Ok. He runs, he, he sends some of his students to this camp? |
| 10 | UH: | Uh, from the Madrassah? |
| 11 | GS: | Yes |
| 12 | UH: | Yes |
| 13 | GS: | So, so these students go these, these, the students go from Pindi.... |
| 14 | UH: | Yes |
| 15 | GS: | ...from Madrassah in Pindi, to this camp. |
| 16 | UH: | Yes sir |
| 17 | GS: | to learn how to fight Jihad |
| 18 | UH: | How, yes sir |
| 19 | GS: | Ok, and so you went to kind of inspect or to watch this with your father-in-law. |
| 20 | | |
| 21 | UH: | I, yeah, yeah |
| 22 | TH: | And which Madrassah is that they're, coming out of to go to? |
| 23 | UH: | Uh, this Madrassah in Sadar (ph), they call it Caintt (ph). The English word is Caintt (ph). But Urdu word is Sadar (ph). |
| 24 | TH: | Sadar (ph)? |
| 25 | UH: | Sadar (ph). Sadar (ph), It's just a name. |
| 26 | TH: | Ok |
| 27 | UH: | The Madrassah name is Jamia Islamia. |
| 28 | TH: | Jamia Islamia. |

18

### Interview of Umer Hayat, 06/04/2005

| | |
|---|---|
| GS: | Right. |
| UH: | There was security guard. |
| GS: | You see they shooting guns and you hear |
| UH: | They shooting guns |
| GS: | Hear explosion (makes an explosion sound) |
| UH: | Yeah |
| TH: | Did you see what kind.......... |
| UH: | Whatever like a terrorist, doing you know. They was trying to learn that kind of stuff. |
| GS: | Learn all that terrorist stuff. |
| UH: | Yes sir. |
| GS: | And, how did you know, uh, that you were, you went to all these different camps. How did you know which one was Hamid's camp? Because, because he told you the name of it, or how did you know which ones.......... |
| UH: | Yeah, he told me the name. |
| GS: | How did you know that was it cause, so you recognized...... |
| UH: | He told me |
| GS: | ... he described it? |
| UH: | He told me. He showed me where its at. |
| GS: | So did he ever take you to that camp to show you that camp? |
| UH: | Well he, no, his uh father-in-law, his grandfather's uh driver take me to over there because he knows where the camp is. |
| GS: | He knows where the camp is. He knew where the camp Hamid went to. |
| UH: | Yes. |
| GS: | Because the family knew Hamid was going to camp. |
| UH: | Yeah. |
| GS: | Right. |
| TH: | When you drive to these camps, do you have to be careful about, uh, Pakistani military following you? Is it, is it a very careful thing to make sure that you're not followed? |

24

## Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 1 | UH: | America is enemy. Jihad. |
| 2 | GS: | Someday we're going to go back, come back to America and everybody feels good because they just learned how to do this and then they come back to the United States and someday we're going to get together and we're going to jihad against America. |
| 5 | UH: | That's right. |
| 6 | GS: | We're going go to Justice, we're going to go to the FBI building...... |
| 7 | UH: | Yes. |
| 8 | GS: | and we're going to jihad against |
| 9 | UH: | And go to White House. |
| 10 | GS: | We're going to go to the White House |
| 11 | UH: | Main target they have ... the White House. |
| 12 | GS: | And we're going to kill President Bush because |
| 13 | UH: | Pentagon. |
| 14 | GS: | Pentagon, we're gonna kill Rumsfeld. |
| 15 | UH: | Yeah. |
| 16 | GS: | So that's, they talk about.... |
| 17 | UH: | Yeah |
| 18 | GS: | at these camps..... |
| 19 | UH: | Yeah, yeah |
| 20 | GS: | right? |
| 21 | UH: | Yes, they talking about it inside in the camp. Yeah. |
| 22 | GS: | And so all these, and, and, and Maulana Shabbir, he's kind of the leader, here. |
| 24 | UH: | He's kind of the leader because he's inviting on this. |
| 25 | GS: | Not because he's the Imam, that has nothing to do with it. |
| 26 | UH: | Nothing to do with it, yeah. |
| 27 | GS: | Imam can be a good man. |
| 28 | UH: | Yeah |
| | GS: | Not a Jihadi. |

51

Interview of Umer Hayat, 06/04/2005

| | |
|---|---|
| SW: | AC huh? |
| UH: | That's true. |
| SW: | Ok, so who is your cous... your cousin ah, Jahan Zeeb (ph)..... |
| UH: | Yeah |
| SW: | J-a-h-a-n |
| UH: | Yeah |
| SW: | Z.... Z... how do you spell that? |
| UH: | I think they not here yet. |
| SW: | But who, how do you spell? |
| UH: | J..... John.. you know John |
| SW: | Oh John... J-o-n...h-n. |
| UH: | Yeah, John and Z-a...Z-E-B.. |
| SW: | Z.E.B...he's your cousin, he's the guy, he's the person that, ah will contact us if ah, are they coming here? |
| UH: | They're coming here, that's what they told me. He, he had to hire somebody for the store. |
| SW: | Um hum (affirmative) |
| UH: | Because he open late, till, like today is Saturday night so he open till midnight. |
| SW: | Ok, Ok. |
| UH: | So if he finds somebody to help him, then he gonna come. |
| SW: | I see Ok. |
| UH: | I told him to come you know. |
| SW: | But, what's his reason for coming here just to uh, oh, oh to give the excuse that you had a flat tire? |
| UH: | Yeah |
| SW: | Ok |
| UH: | Yeah and especially you know that, whatever the time is here, and then when we will go, he, he lead us, you know.... |

86

Interview of Umer Hayat, 06/04/2005

| | | |
|---|---|---|
| 2 | GS: | Yeah, yeah, oh yeah. He'll be taken care of. Don't worry. No, he, we, we'll treat him nicely. |
| 3 | UH: | Um. You know, don't tell him till, don't, don't tell him he go to jail, you know. |
| 4 | GS: | Well, he's gonna, he, he's gonna figure that out, but, again, this is all a um. |
| 5 | | |
| 6 | UH: | Well, depend on this interview, now. |
| 7 | GS: | Right. |
| 8 | UH: | See what they gonna say. Right? |
| 9 | GS: | Ok, ok give me 209. |
| 10 | UH: | 513 |
| 11 | GS: | 513 |
| 12 | UH: | 3090 |
| 13 | GS: | 3090. |
| 14 | UH: | Ok? |
| 15 | GS: | 213 513 3090 |
| 16 | UH: | 513 3090 |
| 17 | GS: | Ok. |
| 18 | UH: | Alright? |
| 19 | GS: | Yeah. Let me see here. Let's make sure it works real quick. Is it "On"? |
| 20 | UH: | Mine? |
| 21 | GS: | Yeah. (UI) |
| 22 | UH: | I think, I uh, turn it on, let me see... Yeah it's on (UH cell phone ringing) |
| 23 | GS: | Yeah, that's me, alright... |
| 24 | UH: | Ok, yeah it's on. |
| 25 | GS: | Ok |
| 26 | UH: | I have to hook it up with a (UI) a......... |
| 27 | GS: | Yeah, you need juice (UI)............ |
| 28 | UH: | (UI). |
| | GS: | Hold on a second. We'll make sure that a (UI) |

142

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| UH: | (spelling letters) | |
| MB: | Q-U-A-R-I? Maybe. | |
| UH: | Yeah. Quari Yaqoob. | |
| SW: | Yaqoob, why | |
| UH: | I'm not good at a spell. | |
| SW: | Y-A-Q-O-O-B? | |
| UH: | There you go | |
| SW: | Maybe. | |
| UH: | Yeah, Yaqoob ... Ok? | |
| SW: | Ok. |
| UH: | Ok. |
| SW: | Ok. |
| UH: | That was his son is Hamid friend, close. |
| SW: | How long ago? How long ago? |
| UH: | How long ago? |
| SW: | How long ago? |
| UH: | When we, there so many, I mean ah, long time ago... |

12:41:57

| | |
|---|---|
| SW: | Before he was eight years old, ten years old? What? |
| UH: | Yeah. (Nods head yes) Yeah. No, not ten year old he went to camp. No. |
| SW: | No, no, no. I meant, I meant was it eight years old that they were talking about ah, when they were, when he ah, was, |
| UH: | When he was doing that time reading Quran (Gestures with hand like an open book) |
| SW: | Quran. |
| UH: | Yes. He was maybe 13, 14, |
| SW: | 13, 14, Ok. |
| UH: | 15 year old you know. |

Interview of Umer Hayat, 6/5/05

| | | |
|---|---|---|
| 1 | UH: | He was in Pakistan for a long time. Three four years he memorized, he memorized Quran. |
| 2 | | |
| 3 | SW: | <u>Hafiz</u> (ph) He's a <u>Hafiz</u> (ph). |
| 4 | UH: | Yes, he's here. |
| 5 | SW: | But he's not Jihadi? |
| 6 | UH: | He is not Jihadi. |
| 7 | SW: | Not that you know of. |
| 8 | UH: | No. If, your knowledge, maybe, I don't know, but, my knowledge say he is not a Jihadi. |
| 9 | SW: | And you, and you saw <u>Kaas, Kaashif Altaaf</u> (ph)? |
| 10 | UH: | Oh, yeah. He, he is hanging around with the gang. |
| 11 | SW: | Ah yeah? |
| 12 | UH: | Yes. (Nods head yes) |
| 13 | SW: | Which gang? |
| 14 | UH: | You know the gang like, ah, (pause) I don't know which gang, but he's... |
| 15 | SW: | Like, ah... |
| 16 | UH: | (UI) |
| 17 | SW: | (UI) Street gangs. |
| 18 | UH: | Street gangs. |
| 19 | SW: | Mexican, Hispanic gangs? |
| 20 | UH: | Pakistani gangs. |
| 21 | SW: | Pakistani gangs. |
| 22 | UH: | Yeah. |
| 23 | SW: | Oh, there's a Pakistani street gang? |
| 24 | UH: | Yeah, now there's Mexican, Pakistani, and American street gangs. |
| 25 | SW: | Really. |
| 26 | UH: | Ok. |
| 27 | SW: | Alright, so out, out of all these photos I showed you three, four, five, (sound of pages turning) six. |
| 28 | | |

150