FILED

APR 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 02:05-cr-0240-GEB |
| Plaintiff, | VERDICT |
| v. | |
| HAMID HAYAT, | |
| Defendant. | |

We the jury in the above-captioned matter unanimously find as follows with respect to the charges against Hamid Hayat in the Second Superseding Indictment:

Count One

1. Defendant is _____guilty_____ (write "guilty" or "not guilty") of providing material support and/or resources, knowing or intending that such material support and/or resources were to be used in preparation for, or in carrying out, terrorism that transcends national boundaries, as charged in Count One.

Please proceed to number 2.

2. Defendant is __Not Guilty__ (write "guilty" or "not guilty") of concealing material support and/or resources, knowing or intending that such material support and/or resources were to be used in preparation for, or in carrying out, terrorism that transcends national boundaries, as charged in Count One.

Please proceed to number 3.

3. Defendant is __guilty__ (write "guilty" or "not guilty") of attempting to conceal material support and/or resources, knowing or intending that such material support and/or resources were to be used in preparation for, or in carrying out, terrorism that transcends national boundaries, as charged in Count One.

Please proceed to number 4.

Count Two

4. Defendant is __guilty__ (write "guilty" or "not guilty") of willfully making a false statement in a matter within the jurisdiction of the Federal Bureau of Investigation, as charged in Count Two.

If your verdict as to Count Two is "guilty," please answer number 5. If your verdict as to Count Two is "not guilty," please proceed to number 6.

5.  We find that the crime charged in Count Two __was__ (write "was" or "was not") a crime that involved domestic or international terrorism.

Please proceed to number 6.

Count Three

6.  Defendant is __guilty__ (write "guilty" or "not guilty") of willfully making a false statement in a matter within the jurisdiction of the Federal Bureau of Investigation, as charged in Count Three.

If your verdict as to Count Three is "guilty," please answer number 7. If your verdict as to Count Three is "not guilty," please proceed to number 8.

7.  We find that the crime charged in Count Three __was__ (write "was" or "was not") a crime that involved domestic or international terrorism.

Count Four

8.  Defendant is __guilty__ (write "guilty" or "not guilty") of willfully making a false statement in a matter within the jurisdiction of the Federal Bureau of Investigation, as charged in Count Four.

If your verdict as to Count Four is "guilty," please answer number 9. If your verdict as to Count Four is "not guilty," please have the foreperson sign and date the form in the space provided below.

9. We find that the crime charged in Count Four __was__ (write "was" or "was not") a crime that involved domestic or international terrorism.

Please have the foreperson sign and date the form in the space provided below.

Date: 25 Apr. 06   By: _____
                          Foreperson

4