1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

THE UNITED STATES OF AMERICA,    )
10                                 )    2:05-cr-0240-GEB
                    Plaintiff,     )
11                                 )    ORDER
        v.                         )
12                                 )
HAMID HAYAT,                       )
13                                 )
                    Defendant.     )
14 _____)

15

16        On May 2, 2006, Ms. Wazhma Mojaddidi faxed a letter to my

17 chambers in which she requested I appoint her as counsel for Defendant

18 Hamid Hayat under the Criminal Justice Act ("CJA") "to cover the fees

19 for [her] services as well as other fees to be incurred in post-trial

20 litigation."  The letter contains a summary of the communication  Ms.

21 Mojaddidi states she has had with the Federal Defender concerning her

22 request to receive a CJA appointment.

23        The request is referred to the Federal Defender for

24 evaluation and recommendation on whether Defendant qualifies for CJA

25 appointed counsel and, if so, whether it is appropriate for Ms.

26 Mojaddidi to be appointed.[1]  The Federal Defender's response is

27 _____

28        [1]    The referral is made because the Federal Defender is expected
                                                          (continued...)

                                    1

requested within ten (10) days of the date on which this Order is filed.  The Clerk's Office is directed to serve the Federal Defender with a copy of this Order.

Dated:  May 4, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
to assist the Court with indigency determinations and the appointment of attorneys under the CJA.

2