**LAW OFFICE OF WAZHMA MOJADDIDI**
**WAZHMA MOJADDIDI (SBN 226804)**
7112 Agora Way
El Dorado, CA 95762
Telephone: (916) 939-7357
Facsimile:  (916) 939-2721

**RIORDAN & HORGAN**
**DENNIS P. RIORDAN (SBN 69320)**
**DONALD M. HORGAN (SBN 121547)**
523 Octavia Street
San Francisco, CA 94102
Telephone:  (415) 431-3472
Facsimile:  (415) 552-2703

Attorneys for Defendant
HAMID HAYAT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  ) Plaintiff,  )  )  ) vs.  )  ) HAMID HAYAT  )  )   Defendants.  ) | Case No.: CR. NO. S-05-240 GEB  **DEFENDANT'S REQUEST TO SET NEW BRIEFING SCHEDULE AND TO RESCHEDULE MOTION HEARING DATE: STIPULATION AND (PROPOSED) ORDER** |

Defendant, by and through his undersigned counsel, hereby respectfully requests the court to set a new briefing schedule on his Motion for New Trial and to reschedule the hearing date currently set to hear the motion.

On May 19, 2006 a briefing schedule was set for Defendant's Motion for New Trial. At the time the briefing schedule was set, it was estimated that the official transcripts from the pre-trial and trial proceedings would be completed by mid-August, 2006. Considering this estimate, it was agreed that (1) defendant would submit his brief by September 15, 2006, (2) the

DEFENDANT'S REQUEST TO SET NEW BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

government would submit their response by October 20, 2006, (3) defendant would submit his reply brief by November 3, 2006, and (4) a hearing on the motions would take place on November 17th at 1:30pm.

The trial transcripts were completed on August 31, 2006. Defendant hopes to obtain all of the pre-trial transcripts by September 15, 2006. Due to the delay related to obtaining all of the transcripts, the defendant now needs additional time to complete his brief. Counsel for defendant have spoken to government counsel and the parties have stipulated to the following briefing schedule:

Defendant's Motion for New Trial is due by October 20, 2006

Government's Response is due by December 15, 2006

Defendant's Reply Brief is due by January 5, 2007

Court Hearing on the Motion for New Trial will be held on January 19, 2007, 1:30pm

Defendant respectfully requests that the court set the above briefing and hearing schedule as stipulated to by the parties.

Dated: September 11, 2006                         Respectfully submitted,

                                                  /s/ Wazhma Mojaddidi
                                                  WAZHMA MOJADDIDI
                                                  Attorney for Defendant Hamid Hayat

                                                  /s/ Dennis Riordan
                                                  DENNIS RIORDAN
                                                  Attorney for Defendant Hamid Hayat

**IT IS SO ORDERED.**

DATED: September 13, 2006

                                                  /s/ Garland E. Burrell, Jr.

                                                  **GARLAND E. BURRELL, JR.**

                                                  United States District Judge

DEFENDANT'S REQUEST TO SET NEW BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com