**LAW OFFICE OF WAZHMA MOJADDIDI**
**WAZHMA MOJADDIDI (SBN 226804)**
7112 Agora Way
El Dorado, CA 95762
Telephone: (916) 939-7357
Facsimile:  (916) 939-2721

**RIORDAN & HORGAN**
**DENNIS P. RIORDAN (SBN 69320)**
**DONALD M. HORGAN (SBN 121547)**
523 Octavia Street
San Francisco, CA 94102
Telephone:  (415) 431-3472
Facsimile:  (415) 552-2703

Attorneys for Defendant
HAMID HAYAT

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HAMID HAYAT<br><br>　　　　　　Defendants. | Case No.: CR. NO. S-05-240 GEB<br><br>**DEFENDANT'S REQUEST TO SET NEW BRIEFING SCHEDULE: STIPULATION AND (PROPOSED) ORDER** |

　　　　Defendant, by and through his undersigned counsel, hereby respectfully requests the court to set a new briefing schedule on his Motion for New Trial.

　　　　On September 11, 2006, defendant requested to amend the briefing schedule on his motion for new trial and submitted a stipulation and proposed order to the court. On September 13, 2006, the Court granted defendant's request. As of September 11, 2006, counsel for defendant made a good faith estimate that they could file the Motion for New Trial by October 20, 2006. Since that date, they have been diligently working towards that goal. As the October

20th due date approaches, however, they realize that they need an additional week in order to complete all of the necessary research, writing, and editing.   Defense counsel contacted Assistant United States Attorney, Rob Tice-Raskin on October 12, 2006 and notified the government that they needed an additional week to file the opening brief.  The government has agreed to stipulate to amend the briefing schedule to accommodate defense counsel's need for the additional week.  As a result, the parties have stipulated to the following briefing schedule:

       Defendant's Motion for New Trial is due by October 27, 2006

       Government's Response is due by December 15, 2006

       Defendant's Reply Brief is due by January 5, 2007

       Court Hearing on the Motion for New Trial will be held on January 19, 2007, 1:30pm

       Defense counsel appreciate the government's cooperation in this matter and will be equally cooperative and accommodating in case the government needs additional time to file its responsive brief.  Defendant respectfully requests that the court set the above briefing and hearing schedule as stipulated to by the parties.

Dated:  October 13, 2006                       Respectfully submitted,

/s/ Wazhma Mojaddidi
WAZHMA MOJADDIDI
Attorney for Defendant Hamid Hayat

/s/ Dennis Riordan
DENNIS RIORDAN
Attorney for Defendant Hamid Hayat

**IT IS SO ORDERED.**

DATED:   October 16, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

DEFENDANT'S REQUEST TO SET NEW BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com