McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
LAURA L. FERRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

MIKE MULLANEY
Acting Chief, Counterterrorism Section
SHARON LEVER
Trial Attorneys, Counterterrorism Section
National Security Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C.  20005
Telephone: (202) 514-0849

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-240 GEB |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | GOVERNMENT'S REQUEST TO SET A |
|  | ) | NEW BRIEFING SCHEDULE FOR |
|  | ) | DEFENDANT'S MOTION FOR A NEW |
| HAMID HAYAT, | ) | TRIAL: STIPULATION AND (PROPOSED) |
|  | ) | ORDER |
| Defendant. | ) |  |

The United States, by and through its undersigned counsel, hereby respectfully requests that the Court set a new briefing schedule for the defendant's pending Motion for a New Trial.

As the court is aware, the defendant requested and was given two extensions of time to file his opening brief in support of his Motion for a New Trial. The motion was timely filed on October 27, 2006 and was 106 pages in length.

In order to provide adequate time to respond to the motion, the

1

United States requests additional time to file its response. On December 5, 2006, counsel for the defense, Wazhma Mojaddidi, agreed to stipulate to modify the briefing schedule to accommodate the government's request.  Accordingly, the parties have stipulated to the following briefing schedule:

    Government's Opposition is due January 19, 2007
    Defendant's Reply is due February 2, 2007
    Court Hearing on the Motion for New Trial will be held February 16, 2007 at 1:30 p.m.

The government appreciates the defense's cooperation in this matter and will be equally cooperative and accommodating in case the defense needs addition time to file its reply.  The government respectfully requests that the Court set the above-stated briefing schedule and hearing date and time as stipulated to by the parties.

DATED: December 8, 2006          Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                By: /s/ S. Robert Tice-Raskin
                                    S. ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney

                                By: /s/ Laura L. Ferris
                                    LAURA L. FERRIS
                                    Assistant U.S. Attorney

                                By: /s/ Sharon Lever
                                    SHARON LEVER
                                    Trial Attorney

DATED: December 8, 2006
                                By: /s/ Wazhma Mojaddidi
                                    WAZHMA MOJADDIDI
                                    Counsel for Hamid Hayat

/ / /

```
                                By: /s/ Dennis Riordan
                                    DENNIS RIORDAN
                                    Counsel for Hamid Hayat
```

IT IS SO ORDERED.

Dated:  December 8, 2006

```
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```