IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-cr-0240-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HAMID HAYAT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On December 21, 2006, an in camera ex parte hearing was held on the government's motion for a protective order pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d) of the Federal Rules of Criminal Procedure.  The motion was granted.

IT IS SO ORDERED.

Dated:  December 21, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1