McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
LAURA L. FERRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

MIKE MULLANEY
Acting Chief, Counterterrorism Section
SHARON LEVER
Trial Attorneys, Counterterrorism Section
National Security Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C.  20005
Telephone: (202) 514-0849

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-240 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S REQUEST TO SET A |
| | ) | NEW BRIEFING SCHEDULE FOR |
| | ) | DEFENDANT'S MOTION FOR A NEW |
| HAMID HAYAT, | ) | TRIAL: STIPULATION AND (PROPOSED) |
| | ) | ORDER |
| Defendant. | ) | |

The United States, by and through its undersigned counsel, hereby respectfully requests that the Court set a new briefing schedule for the defendant's pending Motion for a New Trial.

As the court is aware, the defendant requested and was given two extensions of time to file his opening brief in support of his Motion for a New Trial. The motion was timely filed on October 27, 2006 and was 106 pages in length.

At present, the government's opposition brief is due on January

1

1   19, 2007.  In order to provide adequate time to respond to the

2   motion, the United States requests additional time to file its

3   response.  On January 11, 2007, counsel for the defense, Wazhma

4   Mojaddidi, agreed to stipulate to modify the briefing schedule to

5   accommodate the government's request.  Accordingly, the parties have

6   stipulated to the following briefing schedule:

7       Government's Opposition is due February 2, 2007
        Defendant's Reply is due March 2, 2007
8       Court Hearing on the Motion for New Trial will be held March
            23, 2007 at 1:30 p.m.
9

10  The government appreciates the defense's cooperation in this matter

11  and will be equally cooperative and accommodating in case the

12  defense needs additional time to file its reply.  The government

13  respectfully requests that the Court set the above-stated briefing

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   schedule and hearing date and time as stipulated to by the parties.

2   DATED: January 12, 2007                Respectfully submitted,

3

4                                          McGREGOR W. SCOTT
                                           United States Attorney

5

6                                          By: /s/ S. Robert Tice-Raskin
                                           S. ROBERT TICE-RASKIN
7                                          Assistant U.S. Attorney

8                                          By: /s/ Laura L. Ferris
                                           LAURA L. FERRIS
9                                          Assistant U.S. Attorney

10

11                                         By: /s/ Sharon Lever
                                           SHARON LEVER
12                                         Trial Attorney

13  DATED: January 12, 2007

14                                         By: /s/ Wazhma Mojaddidi
                                           WAZHMA MOJADDIDI
15                                         Counsel for Hamid Hayat

16                                         By: /s/ Dennis Riordan
                                           DENNIS RIORDAN
17                                         Counsel for Hamid Hayat

    IT IS SO ORDERED.
18

19  Dated:  January 12, 2007

20

21  GARLAND E. BURRELL, JR.
    United States District Judge

22

23

24

25

26

27

28