LAW OFFICE OF WAZHMA MOJADDIDI
WAZHMA MOJADDIDI (SBN 226804)
7112 Agora Way
El Dorado Hills, CA 95762
Telephone: (916) 939-7357
Facsimile: (916) 939-2721

Attorney for Defendant
HAMID HAYAT

FILED

FEB - 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. CR. S-05-0240 GEB |
| Plaintiff, | ORDER SEALING DOCUMENTS |
| vs. | |
| HAMID HAYAT | |
| Defendant. | |

Defendants request to seal documents, 1) Argument III - Defendant's Motion for New Trial, 2) Exhibit One, and 3) Exhibit Two is hereby granted.

IT IS SO ORDERED.

Dated: 2-5-07

_____
GARLAND E. BURRELL JR.
DISTRICT COURT JUDGE

1

U.S. v. Hamid Hayat and Umer Hayat
CR. S-05-0240 GEB