```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    LAURA L. FERRIS
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
    MICHAEL MULLANEY
 6  Acting Chief, Counterterrorism Section
    SHARON LEVER
 7  Trial Attorney, Counterterrorism Section
    Criminal Division
 8  U.S. Department of Justice
    10th and Constitution Avenue, N.W.
 9  Washington, D.C.  20005
    Telephone: (202) 514-0849
10
```

FILED
FEB - 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

LODGED
FEB - 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. NO. S-05-240 GEB |
| ) | |
| Plaintiff,   ) | GOVERNMENT'S EX PARTE |
| ) | APPLICATION TO FILE OPPOSITION |
| v.   ) | UNDER SEAL; [PROPOSED] ORDER |
| ) | |
| ) | Date: March 23, 2007 |
| HAMID HAYAT,   ) | Time: 1:30 p.m. |
| ) | Judge: G.E. Burrell, Jr. |
| Defendant.   ) | |
| ) | [IN CAMERA AND UNDER SEAL] |

The United States, by and through its counsel, respectfully opposes defendant's motion for a new trial, including defendant's claim, under seal, that the Court's March 1, 2006 CIPA Order was improper. (See Publicly Filed Defense Motion for a New Trial at 55). By this application, the Government seeks leave to file that portion of its opposition which addresses this issue under

/ / /

/ / /

seal and in camera, given that the issue relates to previously sealed and in camera CIPA proceedings.

Dated: February 2, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ TICE-RASKIN
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

/s/ LAURA L. FERRIS
LAURA L. FERRIS
Assistant U.S. Attorney

By: /s/ SHARON LEVER
SHARON LEVER
Trial Attorney
United States Dep't of Justice

**ORDER**

The Government is permitted to file in camera and under seal the portion of its opposition to defendant's motion for a new trial that addresses defendant's claim that the Court's March 1, 2005 CIPA Order was improper.

IT IS SO ORDERED.

2-5-07

GARLAND E. BURRELL, JR., JUDGE
UNITED STATES DISTRICT COURT

2