**LAW OFFICE OF WAZHMA MOJADDIDI**
**WAZHMA MOJADDIDI (SBN 226804)**
7112 Agora Way
El Dorado Hills , CA 95762
Telephone: (916) 939-7357
Facsimile:  (916) 939-2721

**RIORDAN & HORGAN**
**DENNIS P. RIORDAN (SBN 69320)**
**DONALD M. HORGAN (SBN 121547)**
523 Octavia Street
San Francisco, CA 94102
Telephone:  (415) 431-3472
Facsimile:  (415) 552-2703

Attorneys for Defendant
HAMID HAYAT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR. NO. S-05-240 GEB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S REQUEST TO MODIFY** |
| ) | **BRIEFING SCHEDULE: STIPULATION** |
| ) | **AND (PROPOSED) ORDER** |
| ) | |
| vs. ) | |
| ) | |
| HAMID HAYAT ) | |
| ) | |
| Defendants. | |

    Defendant, by and through his undersigned counsel, hereby respectfully requests the court to modify the current briefing schedule on his Motion for New Trial.

    Defendant filed his Motion for New Trial on October 27, 2006.  Thereafter, Defendant agreed to two separate time extensions allowing the government a total of almost three months to file their Response to Defendant's Motion.  The government ultimately filed its 187-page response on January 19, 2007.

The current briefing schedule requires that Defendant file his reply brief by March 2, 2007.  Now, after having reviewed the government's 187-page responsive pleading, the Defendant requests an additional two weeks to file his reply.   Defense counsel contacted Assistant United States Attorney,  Rob Tice-Raskin on February 13, 2007 and notified the government that they needed an additional two weeks to file the reply brief.  The government agreed to stipulate to amend the briefing schedule to accommodate defense counsel's need for the additional two weeks.  As a result, the parties have stipulated to the following:

1. Defendant's Reply Brief is due by March 16, 2007.

2. Court Hearing on the Motion for New Trial will be held on April 6, 2007, 1:30pm

Defendant respectfully requests that the court set the above briefing and hearing schedule as stipulated to by the parties.

Dated:  February 23, 2007                    Respectfully submitted,

/s/ Wazhma Mojaddidi
WAZHMA MOJADDIDI
Attorney for Defendant Hamid Hayat

/s/ Dennis Riordan
DENNIS RIORDAN
Attorney for Defendant Hamid Hayat

**IT IS SO ORDERED.**

**Dated:  February 28, 2007**

GARLAND E. BURRELL, JR.
United States District Judge

DEFENDANT'S REQUEST TO SET NEW BRIEFING SCHEDULE