LAW OFFICE OF WAZHMA MOJADDIDI
WAZHMA MOJADDIDI (SBN 226804)
7112 Agora Way
El Dorado Hills, CA 95762
Telephone: (916) 939-7357
Facsimile: (916) 939-2721

RIORDAN & HORGAN
DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorney for Defendant
HAMID HAYAT

FILED
MAR 2 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, vs. HAMID HAYAT Defendant. | Case No. CR. S-05-0240 GEB  ORDER SEALING DOCUMENTS |

Defendants request to seal Argument III - Defendant's Reply to Government's Opposition to Motion for New Trial is hereby granted.

IT IS SO ORDERED.

Dated: 3/20/07

_____
GARLAND E. BURRELL JR.
DISTRICT COURT JUDGE

1

U.S. v. Hamid Hayat and Umer Hayat