IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HAMID HAYAT, | ) | |
| | ) | |
| Defendant. | ) | |

At the commencement of the hearing scheduled for April 6, 2007, an evidentiary hearing will be conducted on the "hangman gesture" allegations. It has not yet been decided whether the evidentiary hearing will address a statement or statements the jury foreperson allegedly made in Exhibit H to Defendant's motion for a new trial, filed October 27, 2006. Any proposed question or questions for the jury foreperson concerning the "hangman gesture" allegations and/or concerning a statement or statements the foreperson allegedly made in Exhibit H shall be submitted to chambers no later than 4:30 p.m. on March 29, 2007. The proposed

1

1  question or questions shall not be filed until after the conclusion
2  of the April 6 hearing.
3         IT IS SO ORDERED.
4  Dated:  March 23, 2007

6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge