IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | 2:05-cr-240-GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| HAMID HAYAT, | ) | |
| Defendant. | ) | |

On March 29, 2007, Defendant emailed the Judge's courtroom deputy clerk a brief which has not been filed.  Defendant is directed to file the brief on the public docket immediately.

Dated:  March 29, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28