IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-240-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HAMID HAYAT, | ) | |
| | ) | |
| Defendant. | ) | |

A further evidentiary hearing regarding the hangman allegations will commence at 2:30 p.m. on April 13, 2007.[1] Any proposed question or questions for Juror Arcelia Lopez concerning those allegations shall be submitted to chambers no later than 4:00

///

///

///

---

[1] In "Defendant's Brief Re Scope of Evidentiary Hearing and Proposed Questions to Jury Foreperson," filed March 30, 2007, Defendant requested that Juror Arcelia Lopez be called to testify regarding the hangman allegations if the jury foreperson denied those allegations.

1

1  p.m. on April 11, 2007.  The proposed question or questions shall
2  not be filed until after the conclusion of the April 13 hearing.
3       IT IS SO ORDERED.
4  Dated:  April 10, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge