United States District Court
Eastern District of California
the Honorable Garland E. Burrell, Jr.

CASE #: __CR S-05-240-GEB__
DATE: __9/11/07__  Deputy Clerk: Shani Furstenau
AUSA: __Rob Tice Raskin__  Court Reporter: __Kimberly Watkins__

**r**  Interpreter: Kamal Judge    sworn

**UNITED STATES**   v.   ATTORNEY(S) FOR THE DEFENDANT(S): FD/APT/RET
__Hamid Hayat__   __Wazhma Mojaddidi__

**Defts** [x]Present [ x]In Custody [ ]O/R [ ]Bail [ ]No Appearance [ ]Waived

**[ ] STATUS CONFERENCE**    FURTHER STATUS IS SET FOR _____
TCH SET: _____  JT SET: _____  VACATE _____

MOTIONS BY: _____  OPPO BY: _____  REPLY BY: _____
MOTION HEARING: _____  TRIAL SETTING: _____  ENTRY OF PLEA: _____

**[ ] TRIAL CONFIRMATION**
JT CONFIRMED: _____  TCH CON'T: _____  JT RESET: _____ AT _____
FURTHER STATUS: _____  OTHER: _____

**[ ] CHANGE OF PLEA**
[ ] WITHDREW NOT GUILTY PLEA; PLEADS GUILTY TO: _____
PRESENTENCE REPORT [ ] ORDERED  [ ] WAIVED;  JUDGMENT SET FOR _____

**Re sentencing**

**[ x] JUDGMENT AND SENTENCING** - 30
IMPRISONMENT: __288 Months ( 180 Mo. Count 1, 36 mo. Count 2 - consec. To Count 1, 36 mo. on Count 3 consecutive to Counts 1 & 2, 36 mo. On Count 4 consecutive to Counts 1, 2 & 3__ _____ [ x] REMANDED BAIL EXONERATED: _____
SPECIAL ASSESSMENT: __400__  DEFT FINED: _____ [ x] FINE WAIVED
RESTITUTION ORDERED: _____ PAYABLE TO: _____
TERM OF SUPERVISED RELEASE: _____ [ x] APPEAL RIGHTS GIVEN [ ] APPEAL WAIVED
RECOMMENDATION: _____
SPECIAL CONDITIONS: __See J & C Order__

**[ ] VIOLATION OF SUPERVISED RELEASE/PROBATION**
VIOLATION(S) _____ [ ]ADMITTED [ ]DENIED [ ]HEARING SET FOR: _____
SUPERVISED RELEASE/PROBATION: [ ] REVOKED [ ] MODIFIED: _____

**[ ] OTHER**

**[ ] EXCLUDABLE TIME NOTES:** _____  **CODE:** _____