IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-240-GEB |
| Plaintiff/ Respondent, | ) | |
| v. | ) | ORDER |
| HAMID HAYAT, | ) | |
| Defendant/ Petitioner. | ) | |

On September 10, 2007, Defendant Hamid Hayat filed a motion to vacate his convictions under 28 U.S.C. § 2255, and for an evidentiary hearing. On September 27, 2007, the Government filed a motion to dismiss Defendant's § 2255 motion, arguing Defendant's motion "should be dismissed as premature because [D]efendant now has a direct appeal pending which has not been resolved." (Gov't Mot. at 2.)

Defendant shall file an opposition to the Government's motion to dismiss on or before October 11, 2007. If the Government

1  elects to file a reply to Defendant's opposition, it shall do so on
2  or before October 18, 2007.
3          IT IS SO ORDERED.
4  Dated: October 2, 2007
                                    _____
5                                   GARLAND E. BURRELL, JR.
                                    United States District Judge