IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 2:05-cr-240-GEB |
| ) | | |
| Plaintiff/ Respondent, ) | | |
| ) | | |
| v.  ) | | ORDER |
| ) | | |
| HAMID HAYAT, ) | | |
| ) | | |
| Defendant/ Petitioner. ) | | |
| ) | | |

On September 10, 2007, Defendant Hamid Hayat filed a motion to vacate his convictions under 18 U.S.C. § 2255. On September 27, 2007, the Government filed a motion to dismiss Defendant's § 2255 motion, arguing Defendant's motion should be dismissed "without prejudice, as premature" "because [D]efendant now has a direct appeal pending which has not been resolved." (Gov't Mot. at 4, 2.)  Defendant concedes that "most [§] 2255 matters are heard only after appellate proceedings are completed," but argues that "[b]ecause of the utterly extraordinary nature of the claims raised in [Defendant's §] 2255 motion, this is a case that . . . should be heard immediately." (Def.'s Opp'n at 2.)

1

1         Since Defendant's appeal is currently pending before the
2 Ninth Circuit, and Defendant has not shown that extraordinary
3 circumstances outweigh the considerations of administrative
4 convenience and judicial economy that support dismissing Defendant's
5 § 2255 motion without prejudice, the Government's motion to dismiss
6 Defendant's § 2255 motion without prejudice is granted.  Feldman v.
7 Henman, 815 F.2d 1318, 1321 (9th Cir. 1987) ("Federal prisoners must
8 exhaust their federal appellate review prior to filing a habeas
9 corpus petition in the district court."); United States v.
10 LaFromboise, 427 F.3d 680, 686 (9th Cir. 2005) ("[U]ntil direct
11 appellate review is exhausted the district court may not entertain a
12 motion for habeas relief."); United States v. Taylor, 648 F.2d 565,
13 572 (9th Cir. 1981) ("The District Court may entertain a collateral
14 motion during the pendency of a direct appeal if 'extraordinary
15 circumstances' outweigh the considerations of administrative
16 convenience and judicial economy.").
17         IT IS SO ORDERED.
18 Dated:  November 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2