BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent/Plaintiff,<br><br>v.<br><br>HAMID HAYAT,<br><br>Petitioner/Defendant. | CASE NO. 2:05-CR-240-GEB-CMK<br><br>STIPULATION AND ORDER FOR DEPOSITIONS IN CONNECTION WITH 28 U.S.C § 2255 PETITION<br><br>Judge: Hon. Craig M. Kellison |

STIPULATION

Petitioner Hamid Hayat and Respondent United States of America, by and through their counsel of record, stipulate as follows:

Petitioner Hamid Hayat filed a 116 page petition for relief under 28 U.S.C. § 2255 on or about April 30, 2014, raising fourteen separate grounds for relief. At present, this Court has ordered the government to file an answer on or before August 5, 2014, and has further ordered that petitioner file his traverse or reply within thirty days of the filing of the government's answer.

Counsel for the government and for petitioner Hamid Hayat stipulate that good cause exists under Rule 6 of the Rules Governing Section 2255 Proceedings in the United States District Courts for the conducting of discovery in this matter: specifically, the taking of the depositions of attorneys Wazhma Mojaddidi and Johnny Griffin. Ms. Mojaddidi has agreed to make herself available for the taking of her deposition on August 11 and 12, 2014, at the office of the United States Attorney in

1  Sacramento.  Mr. Griffin has agreed to make himself available for the taking of his deposition on
2  September 19, 2014, at the office of the United States Attorney in Sacramento.
3  　　　The parties request that the Court order Ms. Mojaddidi and Mr. Griffin to appear for her/his
4  deposition on the dates agreed upon with counsel for the parties.  The parties further agree that the Court
5  should authorize the videotaping of the depositions, which also are to be reported and transcribed by a
6  certified court reporting agency.
7  　　　The parties anticipate that petitioner will file a motion for summary judgment or partial summary
8  judgment following Mr. Griffin's deposition.  Because Mr. Tice-Raskin will be out of the office in
9  October, the parties have agreed that any response to petitioner's motion will not be due before
10 November 17, 2014.

11 Dated:  July 30, 2014　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
12

13 　　　　　　　　　　　　　　　　　　　By:  /s/ S. ROBERT TICE-RASKIN
　　　　　　　　　　　　　　　　　　　　　　 S. ROBERT TICE-RASKIN
14 　　　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney

15 Dated:  July 30, 2014　　　　　　　　　　　/s/ DENNIS RIORDAN
　　　　　　　　　　　　　　　　　　　　　　　DENNIS RIORDAN
16 　　　　　　　　　　　　　　　　　　　　　　 Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　HAMID HAYAT
17

18 　　　　　　　　　　　　　　　　　　ORDER

19 　　　Good cause appearing, the Court orders Ms. Mojaddidi and Mr. Griffin to appear for
20 her/his deposition on the dates agreed upon with counsel for the parties.  The parties are authorized to
21
22 videotape the depositions, which also are to be reported and transcribed by a certified court reporting
23 agency.  IT IS SO ORDERED.

24 **Dated:  August 28, 2014**

25 　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
26
27
28

STIPULATION AND PROPOSED ORDER FOR DEPOSITIONS
IN CONNECTION WITH 28 U.S.C. § 2255 PETITION