BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-240-GEB-CMK |
|---|---|
| Respondent/Plaintiff, | STIPULATION AND ORDER TO POSTPONE DEPOSITION OF JOHNNY GRIFFIN IN CONNECTION WITH 28 U.S.C § 2255 PETITION |
| v. | |
| HAMID HAYAT, | Judge: Hon. Craig M. Kellison |
| Petitioner/Defendant. | |

STIPULATION

Petitioner Hamid Hayat and Respondent United States of America, by and through their counsel of record, stipulate as follows:

1. The parties have received the following communication from Johnny Griffin, who was ordered by this Court to be deposed on Friday, September 19, 2014: "Without a written waiver from Umer Hayat, I must and will assert the attorney/client privilege and decline to answer any questions in connection with and/or related to my representation of Umer Hayat."

2. In light of Mr. Griffin's unequivocal representation that he will refuse to answer any questions in connection with or related to his representation of Umer Hayat, the Court is requested to postpone the current deposition date for Mr. Griffin until a future date to be determined by the parties and approved by the Court.

///

///

STIPULATION AND PROPOSED ORDER FOR DEPOSITIONS
IN CONNECTION WITH 28 U.S.C. § 2255 PETITION

1

3. The parties need additional time to consider how to proceed in connection with discovery related to Mr. Griffin. The government believes Mr. Griffin should be deposed in order to fairly resolve matters raised in the petition filed by defendant Hamid Hayat, Umer Hayat's son and a co-defendant in the underlying criminal case. In all probability, one or both parties will file a motion or motions in the near future with this Court to seek an order to compel Mr. Griffin to participate in a deposition and to answer any question posed to him to the extent possible without revelation of any privileged attorney-client communication.

Dated: September 17, 2014                BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ S. ROBERT TICE-RASKIN
                                         S. ROBERT TICE-RASKIN
                                         Assistant United States Attorney

Dated: September 17, 2014                /s/ DENNIS RIORDAN
                                         DENNIS RIORDAN
                                         Attorney for Defendant
                                         HAMID HAYAT

## ORDER

Good cause appearing, the September 19, 2014, deposition of Mr. Griffin is postponed until further order of the Court. IT IS SO ORDERED.

**Dated: September 19, 2014**

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR DEPOSITIONS
IN CONNECTION WITH 28 U.S.C. § 2255 PETITION

2