UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent,<br><br>  v.<br><br>HAMID HAYAT,<br><br>        Movant. | Nos.  2:05-cr-00240-GEB-CMK<br>        2:14-cv-01073-GEB-CMK<br><br>**ORDER** |

On March 2, 2015, Movant Hamid Hayat filed a motion seeking "an order appointing Dennis P. Riordan and the firm of Riordan and Horgan as Mr. Hayat's counsel pursuant to 28 U.S.C. 3006A, with such appointment to be made nunc pro tunc to June 20, 2013." (Not. Mot. Appointment of Counsel 1:17-20, ECF No. 563.) However, on March 23, 2015, Magistrate Judge Kellison issued an order granting Movant's earlier request for appointment of counsel "nunc pro tunc to June 20, 2013." (Order 2:15-17, ECF No. 566.) Therefore, the motion for appointment of counsel, which is scheduled for hearing before the undersigned judge on March 30, 2015, is moot, and the hearing on said motion is vacated.

Dated:  March 25, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1