IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0240-GEB-CMK |
| | 2:14-cv-1073-GEB-CMK |
| Respondent, | |
| vs. | ORDER |
| HAMID HAYAT, | |
| Movant. | |

Movant, a federal prisoner proceeding with counsel, brings this motion to vacate, set aside or correct a criminal judgment pursuant to 28 U.S.C. § 2255. Pending before the court is movant's motion to re-calendar the motion authorizing discovery (Doc. 578).

Movant originally filed a motion to authorize the taking of foreign deposition, and arbitrarily set a hearing for August 25, 2015, without consulting with the court to determine whether that was an appropriate date for a hearing. August 25, 2015, was not a civil law and motion day, and the court had a trial scheduled. Therefore, the motion was taken off calendar, and movant was provided notice of the next available civil law and motion day, which was September 9, 2015. Movant then re-filed the motion, as well as filing a new motion for additional discovery, setting the hearing on the date provided by the court. The court did not set this hearing, simply provided the parties notice of the next available hearing date.

1

1  On August 20, 2015, the parties entered into a stipulation to continue the hearing
2  time of the motion from the court's scheduled civil law and motion calendar time, 10:00 a.m.,
3  until 11:00 a.m., on the same day.  Again, this stipulation was entered into without consulting
4  with the court to determine if the court would be available at that time.  The court has other
5  matters scheduled on the civil law and motion calendar at 10:00 a.m., with other parties likely
6  appearing through Court Call, and cannot guarantee the court would be available to accept a new
7  call from Court Call at 11:00 a.m.  Therefore, as counsel had informed the court that he was
8  unavailable at 10:00 a.m., for the hearing he scheduled, the court simply took the matter off
9  calendar and again provided the next civil law and motion date for counsel to reset the hearing.

10  Counsel now requests the hearing be reset for the 10:00 a.m. civil law and motion
11 calendar on September 9, 2015, indicating the court is resetting the hearing for dates and times
12 counsel is unavailable.

13  The court will reset the hearing to be heard on September 9, 2015, at 10:00 a.m.
14 However, counsel is admonished that if he has a motion to be set for hearing, he is required to
15 contact the court prior to setting the motion for hearing to obtain an appropriate date.  <u>See</u> Local
16 Rule 230.  Arbitrarily setting a hearing on a date and time that is convenient for counsel, but that
17 is not an civil law and motion date, and without prior authorization from the court, is
18 unacceptable and will not be tolerated.  Any further hearings arbitrarily set will be taken off
19 calendar.  Counsel will then be required to contact the court for an appropriate date.  Failure to
20 follow the proper procedure in setting hearings may result in sanctions being issued.  <u>See</u> Local
21 Rule 110.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /

Accordingly, IT IS HEREBY ORDERED that movant's motion to re-calendar the motion authorizing discovery for September 9, 2015, at 10:00 a.m. is granted.

DATED: August 25, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE