IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent/Plaintiff,<br><br>v.<br><br>HAMID HAYAT,<br><br>Petitioner/Defendant. | CASE NO.  2:05-CR-240-GEB-CMK<br>                    2:14-CV-1073-GEB-CMK<br><br>ORDER GRANTING THE GOVERNMENT'S MOTIONS FOR LEAVE TO FILE A RESPONSE TO HAYAT'S OBJECTIONS TO THE COURT'S FINDINGS AND RECOMMENDATIONS AND TO FILE SUCH RESPONSE ON OR BEFORE MAY 30, 2016<br><br>Judge:  Hon. Craig M. Kellison |

This matter is before the Court on the motion by the United States for leave to file a response to the objections filed by petitioner/defendant Hamid Hayat ("Hayat") to this Court's Findings and Recommendations, denying Hayat's motion for summary judgment on the conflict of interest and ineffective assistance of counsel claims in his action under 28 U.S.C. § 2255.

For the reasons set forth by the United States in its memorandum in support of its motions and for good cause shown, it is hereby

**ORDERED** that, the United States' motion for leave to file a response to Hayat's objections to this Court's Findings and Recommendations is **GRANTED**; and it is further,

**ORDERED** that, the United States' motion to file such response on or before May 30, 2016, is **GRANTED**; and it is further,

**ORDERED** that, the United States shall file any response to Hayat's objections to this Court's Findings and Recommendations on or before May 30, 2016.

**IT SO ORDERED**.

Dated:  May 11, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE