UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HAMID HAYAT,<br><br>        Defendant. | No.  2:05-CR-0240 GEB DB<br>        2:14-CV-01073 GEB DB<br><br>ORDER SCHEDULING STATUS CONFERENCE |

IT IS HEREBY ORDERED THAT the Court will conduct a status conference with counsel for the parties at 10 a.m. on January 13, 2017 for purposes of discussing further proceedings in this matter.

Dated: December 9, 2016

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

TIM - DLB:10
DB / ORDERS / ORDERS.PRISONER.HABEAS  / haya0240.statusconf

1