UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:05-CR-0240 GEB DB |
|---|---|
| v. | |
| HAMID HAYAT, | POST-STATUS CONFERENCE ADMINISTRATIVE ORDER |
| Defendant. | |

The court held a status conference on January 13, 2016 to address the request of defendant Hamid Hayat to hold an evidentiary concerning the motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (ECF No. 531).  Two days before the status conference, defendant filed a "status conference memorandum and request for setting an evidentiary hearing." (ECF No. 603.) The government has not yet responded to that filing.  After hearing the parties' perspectives at the status conference and reviewing the record, IT IS HEREBY ORDERED that:

1.     The government shall, by January 30, 2017, file a response of no more than 20 pages to defendant's status conference memorandum and request for setting an evidentiary hearing.  The response should also explain the basis for the government's contention, made during the status conference, that it is entitled to file a supplemental, more-expansive answer to defendant's 2255 petition.  Magistrate Judge Craig Kellison's June 6, 2014 order required the government to file an answer that complied with Rule 5 of the Federal Rules Governing Section

2255 Proceedings within 60 days -- the court did not allude to a bifurcated answer process. The government filed an answer on August 5, 2014. (ECF No. 539.)

In case the undersigned should agree with the government's request to submit a more-complete answer, the government should also provide a proposed timeline for the filing of such an answer.

2. Defendant shall, by March 6, 2017, file a reply memorandum of no more than 15 pages in support of the status conference memorandum and request for setting an evidentiary hearing. In the reply memorandum, defendant shall also address the government's explanation of its need to file a supplemental answer and the proposed timeline for such an answer (and the subsequent supplemental traverse).

3. No additional briefing concerning these issues may be filed absent further court order.

Dated: January 17, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

TIM - DLB:10
ORDERS / ORDERS.PRISONER.HABEAS / haya0240.post.conf.order

2