UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HAMID HAYAT,<br><br>           Defendant. | No. 2:05-CR-0240 GEB DB<br>      2:14-CV-01073 GEB DB<br><br>ORDER |

Per the parties stipulation (ECF No. 617), IT IS HEREBY ORDERED that the status conference in this matter shall be continued from June 23, 2017 at 10:00 AM to June 30, 2017 at 10:00 AM. All instructions to the parties from the original order (ECF No. 616) scheduling the status conference remain in place.

Dated: June 15, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

TIM - DLB:10
DB / ORDERS / ORDERS.PRISONER.HABEAS / haya0240.stipstatusconf