# EXHIBIT 2

RIORDAN & HORGAN
DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
HAMID HAYAT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>HAMID HAYAT,<br><br>                    Defendant. | No. CR S-05-0240 GEB<br><br>**DECLARATION OF DONALD HORGAN IN SUPPORT OF DEFENDANT'S MOTION UNDER 28 U.S.C. §2255 (1) TO VACATE CONVICTIONS AND SENTENCE AND (2) FOR EVIDENTIARY HEARING**<br><br>Date: TBA<br>Time: TBA<br>Dept.: Before the Hon. Garland Burrell |

I, Donald M. Horgan, hereby declare under penalty of perjury as follows:

1. I am one of defendant Hamid Hayat's attorneys of record in this matter.

2. On Friday, August 31, 2007, I spoke by telephone with attorney Mark Reichel. Mr. Reichel is a former assistant Federal Public Defender for the Eastern District of California and was in private practice at the time of the trial in this case. During our conversation on the 31st, Mr. Reichel informed me of the matters stated in paragraphs 3 through 7, below.

3. Prior to the trial in this case, attorney Johnny Griffin, then representing defendant Umer Hayat, contacted Mr. Reichel to determine whether he had an interest in representing defendant Hamid Hayat at trial. Mr. Reichel expressed an interest in doing so but was never retained for that purpose.

/ /

Declaration of Donald Horgan in
Support of Motion Under 28 U.S.C. § 2255        1

1       4. Within weeks of the commencement of trial, Ms. Mojaddidi and/or Mr. Griffin
2 contacted Mr. Reichel to determine if he would be willing to appear as co-counsel for Hamid
3 Hayat.  Notwithstanding the imminence of the trial date and uncertainties about what, if any,
4 compensation he could expect to receive, Mr. Reichel agreed to do so.

5       5. In a subsequent joint telephone conversation with Mr. Reichel, Mr. Griffin and Ms.
6 Mojaddidi discussed the proposal that Mr. Reichel appear as co-counsel for defendant Hamid
7 Hayat at trial.  In the course of that conversation, Mr. Griffin stated that were Mr. Reichel to
8 appear in that role, Mr. Griffin could not and would not actively provide Ms. Mojaddidi with
9 guidance in connection with her conduct of the trial on Hamid Hayat's behalf.

10       6. Mr. Griffin and Ms. Mojaddidi ultimately informed Mr. Reichel that Ms. Mojaddidi
11 alone would represent Hamid Hayat and that Mr. Reichel would not be asked to appear as co-
12 counsel.  Mr. Reichel nonetheless agreed to provide whatever assistance was needed to Ms.
13 Mojaddidi on an informal level.

14       7. Mr. Griffin paid Mr. Reichel a total of $500 for consultation services he provided to
15 the defense shortly before the trial.  Although he was prepared to lend additional assistance to
16 Ms. Mojaddidi during the trial and so informed Mr. Griffin and Ms. Mojaddidi, Mr. Reichel was
17 rarely contacted for that purpose.

18       Executed this 7th day of September, 2007, at San Francisco, California.

19
20                                         /s/ Donald M. Horgan
                                        DONALD M. HORGAN

21
22
23
24
25
26
27
28

Declaration of Donald Horgan in
Support of Motion Under 28 U.S.C. § 2255     2

**PROOF OF SERVICE BY MAIL -- 1013(a), 2015.5 C.C.P.**

**Re: <u>United States v. Hamid Hayat</u> No. CR S-05-0240 GEB**

I am a citizen of the United States; my business address is 523 Octavia Street, San Francisco, California 94102. I am employed in the City and County of San Francisco, where this mailing occurs; I am over the age of eighteen years and not a party to the within cause. I served the within:

**DECLARATION OF DONALD HORGAN IN SUPPORT OF DEFENDANT'S MOTION UNDER 28 U.S.C. §2255 (1) TO VACATE CONVICTIONS AND SENTENCE AND (2) FOR EVIDENTIARY HEARING**

on the following person(s) on the date set forth below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at San Francisco, California, addressed as follows:

**S. Robert Tice-Raskin**
**Laura L. Ferris**
**Assistant U.S. Attorneys**
**Sharon Lever**
**Trial Attorney**
501 I Street, Suite 10-100
Sacramento, CA 95814

**[x] BY MAIL:** By depositing said envelope, with postage thereon fully prepaid, in the United States mail in San Francisco, California, addressed to said party(ies); I certify or declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2007 at San Francisco, California.

**[ ] BY PERSONAL SERVICE     [ ] BY FAX  [ ] BY FEDEX**

/s/ Jocilene Yue
Jocilene Yue