UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0240 GEB DB |
| v. | ORDER |
| HAMID HAYAT, | |
| Defendant. | |

Petitioner, defendant Hamid Hayat, is a federal inmate pursuing habeas relief under 28 U.S.C. § 2255, asserting that he was denied effective assistance of counsel, that the government failed to disclose evidence, and that the government suppressed exculpatory evidence. (ECF No. 531.) On June 7, 2017, the court granted petitioner's request for an evidentiary hearing to address his ineffective assistance of counsel claims, including his claim that counsel failed to investigate and procure Pakistani alibi witnesses. (ECF No. 616.) In his list of the percipient witnesses he intends to present at the evidentiary hearing, petitioner includes two alibi witnesses who currently reside in Pakistan. (ECF No. 637.) They are Muhammad Anas and Rifaqat. To prove that he was prejudiced by counsel's failure to procure the testimony of these witnesses for trial, petitioner will need to present their testimony during the evidentiary hearing.

Before the court is petitioner's motion for a court order that: (1) finds the presence of Mr. Anas and Mr. Rifaqat necessary to the evidentiary hearing scheduled for October 23 through

1  November 9, 2017; and (2) requests the government to take all reasonable measures to facilitate

2  speedy issuance of visas to Mr. Anas and Mr. Rifaqat for their appearance at the evidentiary

3  hearing.  (ECF No. 639.)  The court finds the testimony of these witnesses necessary for

4  petitioner to prove his ineffective assistance of counsel claim, the court will grant petitioner's

5  motion.

6        Accordingly, IT IS HEREBY ORDERED as follows:

7      1.   Petitioner's Ex Parte Motion To Facilitate Travel Of Pakistani Witnesses (ECF No.

8           639) is granted as follows:

9        a.  The court finds that the presence of Muhammad Anas and Rifaqat is necessary to the

10           evidentiary hearing scheduled for October 23 through November 9, 2017 in this case.

11           Copies of Mr. Anas's and Mr. Rifaqat's passports are attached.

12        b.  The court requests the United States to take all reasonable measures to facilitate

13           speedy issuance of visas to Mr. Anas and Mr. Rifaqat for their appearance at the

14           evidentiary hearing.

15   Dated:  September 29, 2017

16

17                                          _____
                                            DEBORAH BARNES
18                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26   DLB:9
     DLB1/prisoner-habeas/hayat.visa
27

28

2

Case 2:05-cr-00240-GEB-DB   Document 639-1   Filed 09/22/17   Page 3 of 4





Case 2:05-cr-00240-GEB-DB   Document 639-1   Filed 09/22/17   Page 4 of 4

