UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HAMID HAYAT,<br><br>   Defendant. | No. 2:05-cr-0240 GEB DB<br><br>ORDER |

Petitioner, defendant Hamid Hayat, is a federal inmate pursuing habeas relief under 28 U.S.C. § 2255, asserting that he was denied effective assistance of counsel, that the government failed to disclose evidence, and that the government suppressed exculpatory evidence. In an October 10, 2017 order, this court affirmed, with some modifications, its August 14, 2017 order granting in part petitioner's motion for discovery. (ECF No. 649.) With respect to the court's direction in the August 14 order to the government to provide petitioner a means to apply for security clearance, the court noted in the October 10 order that such an application may not be necessary. The court had learned that an attorney or attorneys in the Office of the Federal Defender in this district have appropriate security clearance. The court expressed its willingness to appoint a cleared attorney for the limited purpose of participating in the proceedings to review the documents responsive to the approved discovery. The court advised petitioner's counsel to

////

inform the court whether they are willing to proceed in this manner or whether they wish to have one or more of petitioner's current counsel seek security clearance.

On October 13, 2017, petitioner's counsel filed a request for the appointment of counsel with security clearance. (ECF No. 653.)

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that petitioner's request (ECF No. 653) is GRANTED. The Federal Defender of the Eastern District of California is appointed to represent petitioner for the limited purpose of assisting petitioner's counsel in the CIPA-related discovery proceedings set out in the court's October 10, 2017 order. The Federal Defender shall assign an attorney to this action who has the appropriate security clearance.

Dated: October 13, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/hayat.appt FD

2