DENNIS P. RIORDAN (SBN 69320)
dennis@riordan-horgan.com
DONALD M. HORGAN (SBN 121547)
don@riordan-horgan.com
LAYLI SHIRANI (SBN 257022)
lshirani@gmail.com
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

MARTHA BOERSCH (SBN 126569)
BOERSCH SHAPIRO LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 217-3700
Mboersch@boerschshapiro.com

TED SAMPSELL-JONES (MN SBN 034302X)
WILLIAM MITCHELL COLLEGE OF LAW
875 Summit Avenue
St. Paul, MN 55105
Telephone: (651) 290-6348
ted.sampselljones@wmitchell.edu

SEAN RIORDAN (SBN 255752)
OFFICE OF THE FEDERAL DEFENDER
801 I Street, Third Floor
Sacramento, CA 95418
Telephone: (916) 498-5700
sean_riordan@fd.org

Attorneys for Defendant
HAMID HAYAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:05-cr-240 GEB |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **CONCERNING EXTENSION OF TIME** |
| v. | ) **FOR DEFENDANT TO RESPOND TO THE** |
| | ) **GOVERNMNET'S REQUEST FOR** |
| HAMID HAYAT, | ) **RECONSIDERATION (Dkt. 665)** |
| | ) |
| Defendant. | ) Judge:  Hon. Garland E. Burrell |
| | ) |

Defendant Hamid Hayat, by and through his attorneys, and Plaintiff United States of

America, by and through its attorneys, hereby stipulate:

1.      On October 10, 2017, Judge Barnes issued an order granting the government's

motion for reconsideration of her earlier discovery order but affirming that order on

different grounds.  (Dkt. 649.)

2.      On October 24, 2017, the government filed a request for reconsideration by the

district court of Judge Barnes' discovery orders (Dkt. 665).

Motion for Access to CIPA Section 4 Materials

3. Under Local Rule 303(d), the defense's opposition to such a request would normally be due within seven days.

4. The government's request is supported by a 52-page brief which includes a significant number of factual assertions and legal positions. The defense seeks additional time to fully evaluate its possible responses to the government's various arguments.

5. Additionally, Dennis P. Riordan, lead counsel for the defense is travelling the week of October 30, 2017 to work on another matter, making it difficult for him to provide immediate input on the defense response.

6. The government does not oppose the defense request for an additional seven days to respond to its request.

7. The defense's opposition to the government's request for reconsideration (Dkt. 665) should be filed on or before November 7, 2017.

Dated: October 30, 2017

Respectfully submitted,

DENNIS P. RIORDAN
DONALD M. HORGAN
LAYLI SHIRANI
MARTHA BOERSCH
TED SAMPSELL-JONES
SEAN RIORDAN

**/s/ Sean Riordan**
Sean Riordan

Attorneys for Defendant
HAMID HAYAT

ANDRÉ ESPINOSA
ROGER YANG
JENNIFER E. LEVY

**/s/ André Espinosa**
André Espinosa
Attorneys for Plaintiff
UNITED STATES OF AMERICA

2
Stipulation and Proposed Order

**ORDER**

The Court adopts the parties' stipulation and orders that the defense's opposition to the government's request for reconsideration of the Magistrate Judge's discovery orders (Dkt. 665) be filed on or before November 7, 2017.

Dated: October 31, 2017

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Proposed Order