UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>HAMID HAYAT,<br><br>　　　　Defendant/Petitioner. | No. 2:05-cr-240 GEB DB<br><br><br><br>ORDER |

Petitioner requests that the hearing on respondent's motions in limine be advanced from its currently scheduled date of December 14, 2017 at 9:30 a.m. to December 1, 2017 at 9:30 a.m. The court's schedule does not permit it to hear argument on the seven motions in limine on December 1. Therefore, petitioner's request (ECF No. 673) is denied.

The hearing on respondent's motions in limine will be held, as previously scheduled, on December 14, 2017 at 9:30 a.m. If either party wishes to change that date, they must contact the

////
////
////
////
////
////

1

other party for a possible stipulation and also contact Courtroom Deputy Pete Buzo at (916) 930-4128 to determine the court's availability prior to filing a request.

IT IS SO ORDERED.

DATED: November 20, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/hayat.mil hrg eot.or