UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>HAMID HAYAT,<br><br>　　　　Defendant/Petitioner. | No. 2:05-cr-0240 GEB DB<br><br><br>ORDER |

Respondent has filed a motion for reconsideration of this court's order denying respondent's motion to exclude the testimony of Imam Anwar. (ECF No. 687.) So that this motion may be resolved before the start of the evidentiary hearing on January 29, petitioner shall file any opposition to the motion by January 17 and respondent shall file any reply by January 22.

IT IS SO ORDERED.

DATED: January 11, 2018

　　　　　　　　　　　　　　　　　　/s/ DEBORAH BARNES
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/hayat recon MIL.or

1