# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

## EVIDENTIARY HEARING MINUTES

**BEFORE: DEBORAH BARNES**  **DATE: February 14, 2018 (Day 6)**

**CASE NUMBER: 2:05-cr-0240-GEB-DB**  **DEPUTY CLERK: Gabriel Michel**

**TITLE: USA v. Hayat**  **COURT REPORTER: Kimberly Bennett**

**APPEARANCES:**

Petitioner's:  Respondent's:
**Dennis Riordan, Martha Boersch,**  **Andre Espinosa, Roger Yang**
**Donald Horgan, Layli Shirani, Farha Rizvi**

**Interpreters:**
**Hardip Judge, Kamal Judge (Urdu)**

**Proceedings:**

| Time | Event |
|---|---|
| 6:40 PM | All counsel and interpreters present; video feed from Pakistan established |
| | The Court reminded all parties that audio and video recording of these proceedings is strictly prohibited. The Court ordered counsel to arrive tomorrow (2/15/2018) at 6:20 PM for briefing schedule and other housekeeping matters; counsel confirmed that the case will rest after testimony on 2/15/2018. |
| 6:47 PM | Ptnr called Muhammad Anas (DW3); witness sworn and testified under oath via video-conference from Pakistan; direct examination by Dennis Riordan, interpreted by Kamal Judge |
| 7:00 PM | Video feed interrupted; connection lost |
| 7:15 PM | Court in recess until video feed is restored |
| 7:16 PM | Video feed restored |
| 7:18 PM | Court back in session; direct examination resumed |
| 7:37 PM | No further questions on direct examination |
| 7:37 PM | Cross-examination by Andre Espinosa, translated by Hardip Judge |
| 7:52 PM | Objection by Dennis Riordan – question misstates testimony; objection sustained |
| 8:13 PM | Cross-examination continued with translation by Kamal Judge |
| 8:14 PM | Objection by Dennis Riordan – question vague as to time; objection sustained |
| 8:28 PM | Objection by Dennis Riordan – question asked and answered; objection sustained |
| 8:29 PM | No further questions on cross-examination |
| 8:30 PM | Re-direct by Dennis Riordan, translated by Kamal Judge |

| | |
|---|---|
| 8:31 PM | No further questions on re-direct; witness excused |
| 8:32 PM | Court in recess until 8:40 PM |
| 8:49 PM | Court back in session |
| | |
| 8:50 PM | Ptnr called Rafaquat (DW4); witness sworn and testified under oath via video-conference from Pakistan; direct examination by Martha Boersch, interpreted by Kamal Judge |
| 9:07 PM | No further questions on direct examination |
| 9:07 PM | Cross-examination by Roger Yang, translated by Kamal Judge |
| 9:18 PM | Video feed interrupted; recovered |
| 9:22 PM | Objection by Martha Boersch – vague; objection overruled |
| 9:23 PM | Video feed interrupted; connection lost |
| 9:25 PM | Interpreter clarified previous correction on cross-examination |
| 9:26 PM | Video feed restored; cross-examination resumed |
| 9:29 PM | Objection by Martha Boersch – beyond scope; objection sustained |
| 9:29 PM | Objection by Martha Boersch – beyond scope; objection sustained |
| 9:44 PM | Cross-examination continued with translation by Hardip Judge |
| 9:47 PM | Objection by Martha Boersch – vague as to trouble; objection sustained |
| 9:57 PM | Objection by Martha Boersch – overbroad as to time; objection sustained |
| 10:01 PM | No further questions on cross-examination |
| 10:01 PM | Re-direct by Martha Boersch, translated by Hardip Judge |
| 10:02 PM | No further questions; witness excused |
| 10:03 PM | Court ordered all parties to arrive for further proceedings on 2/15/2018 at 6:15 PM to discuss parameters re time for briefing schedule – transcripts ready within 30 days. |
| 10:04 PM | Court adjourned |

**Exhibits Admitted into Evidence**:

**Petitioner's Exhibits:**
**Respondent's Exhibits:**