UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>HAMID HAYAT,<br><br>　　　　Defendant/Petitioner. | No. 2:05-cr-0240 GEB DB<br><br><br><br>ORDER |

On February 15, 2018, the parties informed the court that they have agreed to a schedule for filing memoranda of points and authorities addressing the evidentiary hearing claims. The court accepts that schedule and further advises the parties about the following requirements for their briefing:

1. Briefing shall address only petitioner's claims that were the subject of the evidentiary hearing.
2. The parties shall not incorporate by reference prior briefing. Each brief must be complete in itself.
3. The parties must provide citations to any references to evidence or testimony in the trial record, evidentiary hearing record, or deposition transcripts. Citations should include, where appropriate, both page and line numbers.

////

4. To the extent possible, the government's brief shall follow the organization of petitioner's opening brief.

Based on the parties' agreement, and good cause appearing, IT IS HEREBY ORDERED that the parties shall file memoranda of points and authorities regarding the evidentiary hearing claims on the following schedule:

1. Petitioner shall file his opening brief on or before April 16, 2018.
2. Respondent shall file its responsive brief on or before May 16, 2018.
3. Petitioner shall file any reply brief on or before May 31, 2018.

Dated: February 19, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/hayat post hrg brfing

2