1              IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
2

     United States of America,
3         Plaintiff/Respondent,        Sacramento, California
                                        No. 2:05-cr-00240
4    vs.                               Wed., Feb. 14, 2018
                                        6:41 p.m.
5    Hamid Hayat,
          Defendant/Petitioner.
6    _____/

7              TRANSCRIPT OF EVIDENTIARY HEARING
                         VOLUME 6
8        BEFORE THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE
                         ---oOo---
9

     APPEARANCES:
10

     For the Plaintiff/Respondent:   United States Attorney
11                                    501 I Street, Suite 10-100
                                      Sacramento, California  95814
12                                    By:  Andre M. Espinosa
                                      Roger Yang
13                                    Assistants U.S. Attorney

14   For the Defendant/Petitioner:   Riordan and Horgan
                                      523 Octavia Street
15                                    San Francisco, CA  94102
                                      By:  Dennis P. Riordan
16                                    Donald Horgan
                                      Layli Shirani
17                                    Attorneys at Law

18                                    Boersch Shapiro, LLP
                                      1611 Telegraph Avenue
19                                    Suite 806
                                      Oakland, CA  94612
20                                    By:  Martha Boersch
                                      Farah Rizvi
21                                    Attorneys at Law

22   Official Court Reporter:        Kimberly M. Bennett,
                                      CSR, RPR, RMR, CRR
23                                    501 I Street
                                      Sacramento, CA 95814
24

     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription

1

INDEX

2

3    PETITIONER WITNESSES:                                    PAGE:

4    MUHAMMAD ANAS
     DIRECT EXAMINATION BY MR. RIORDAN................... 926
5    CROSS-EXAMINATION BY MR. ESPINOSA................... 938
     REDIRECT EXAMINATION BY MR. RIORDAN................. 957
6
     RAFAQAT
7    DIRECT EXAMINATION BY MS. BOERSCH................... 959
     CROSS-EXAMINATION BY MR. YANG....................... 964
8    REDIRECT EXAMINATION BY MS. BOERSCH................. 981

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   (Call to order of the court, 6:41 p.m.)

2           THE CLERK:  Calling Criminal Case 05-240; United

3   States versus Hamid Hayat.

4      Your Honor, this matter is on calendar for evidentiary

5   hearing.

6           THE COURT:  Thank you.  As you can all tell, most of

7   you are a little off schedule here.  Instead of saying good

8   morning, I will be saying good evening.

9      Counsel, start with your appearances for the record.

10          MR. ESPINOSA:  Good evening, Your Honor.  Andre

11  Espinosa and Roger Yang for the United States.

12          THE COURT:  Good evening.

13          MR. RIORDAN:  Good evening, Your Honor.  Dennis

14  Riordan, Martha Boersch, Donald Horgan, Layli Shirani and Farah

15  Rizvi for defendant Hayat.

16     And can I take up one minor logistical matter?

17          THE COURT:  Can we get our interpreter on the record

18  first, please.

19          THE INTERPETER:  Good evening, Your Honor.  Kamal

20  Judge, registered Urdu interpreter, previously sworn.

21          THE COURT:  I know we have a second.  Sir, why don't

22  you come up to the mike and announce your appearance here for

23  us.

24          THE INTERPETER:  Good evening, Your Honor.  Hardip

25  Judge, registered Urdu interpreter, previously sworn.

KIMBERLY BENNETT, OFFICIAL COURT REPORTER, USDC -- (916) 442-8420

1             THE COURT:  Thank you very much for being here.

2        Before we do any technical issues, I assume your technical

3    issue is related to getting started with the witness testimony?

4             MR. RIORDAN:  Actually, it's a little unrelated to

5    that, Your Honor.  I just want to explain why Mr. Horgan is

6    sitting without his suit jacket on today.  And that is because

7    I left mine in the wrong car and I'm wearing his.  That is our

8    justification for that, Your Honor.

9             THE COURT:  I was super worried.  Super worried.  If

10   that's our biggest issue tonight, we are going to have a smooth

11   night.

12            MR. RIORDAN:  Very good.

13            THE COURT:  Before we continue on, a few housekeeping

14   issues.

15       I want to remind everyone in the courtroom there is no

16   photography, no recording, etc.  So please be sure to abide by

17   that.

18       Also, our interpreters -- this is for our questioners as

19   well, our interpreters are going to be interpreting the

20   witness' statements consecutively, not simultaneously.  So, as

21   you may have all remembered, this Court has a bugaboo about

22   making sure we don't speak over witnesses.  I want to remind

23   everyone here, it's going to be an extra task to allow the

24   interpreter to interpret after the witness has spoken, after

25   the questioner has spoken, and vice versa.

1       And there is also going to be a slight delay since, as we

2   all know, we're here to take testimony from witnesses in

3   Pakistan, and we're doing that via video conference.  With that

4   said, folks are going to have to be extra careful about that.

5   I think we'll all get used to the process shortly, but please

6   keep that in your mind.

7       While we're on that, I want to thank all the courtroom

8   personnel here who have made this possible.  The Court really

9   appreciates all your efforts.  And I want to thank the

10  government, as well, for being flexible enough to participate

11  in this also.

12      So, another housekeeping issue is, tomorrow night I'd like

13  counsel here at 6:20 because I want to discuss some

14  housekeeping issues.  I believe tomorrow night is the end of

15  our evidentiary portion of this matter.

16      Is that correct, Mr. Riordan?

17          MR. RIORDAN:  That's my understanding, Your Honor.

18          THE COURT:  Mr. Espinosa, any new witnesses for the

19  government?

20          MR. ESPINOSA:  No, Your Honor.

21          THE COURT:  All right.  So what I'd like to do, if

22  you all have a chance, is I want to talk before we begin

23  tomorrow night, if we can work out, maybe, a briefing schedule,

24  or at least have you folks start thinking about it.  I think

25  we've got a rough idea, potentially, when the transcripts might

1    be due, and then we can deal with the post-hearing briefing.

2        Does that seem reasonable to you, Mr. Espinosa?

3            MR. ESPINOSA:  Yes, it does.

4            THE COURT:  Mr. Riordan?

5            MR. RIORDAN:  Yes, Your Honor.

6            THE COURT:  All right.  Any housekeeping from any of

7    the parties?

8            MR. ESPINOSA:  Nothing from the government, Your

9    Honor.

10            THE COURT:  You know, I think there might have been

11    one thing we overlooked.  Did they turn off the air?  I believe

12    we may be in for a warm evening.  The air conditioners goes off

13    at 5 o'clock in this building, and that's one thing I forgot to

14    check to see if it changed.

15        (Pause in proceedings.)

16            THE COURT:  If that is the case -- it just dawned on

17    me as I'm sitting here warm.  If that's the case, we'll try to

18    get that fixed by tomorrow night.  So, therefore, anybody else

19    who needs to go without a suit jacket, you have special

20    dispensation to do so.

21            MR. RIORDAN:  How prophetic on my part, Your Honor.

22            THE COURT:  Indeed.

23        Are we ready to proceed, Mr. Riordan?

24            MR. RIORDAN:  I believe so, Your Honor.

25            THE COURT:  All right.  Can you state, for the

1   record, who your witness is, and where they will be testifying

2   from, and then we'll administer the oath.

3          MR. RIORDAN:  Your Honor, we intend to offer the

4   testimony of Muhammad Anas, who is testifying tomorrow morning

5   from Islamabad.  It's relatively early in the morning in

6   Islamabad.

7          THE COURT:  All right.

8          THE WITNESS:  I am Muhammad Anas.

9          THE COURT:  One other issue as we get going with

10  this, is because the interpretation is going sequentially, we

11  need to ensure that your sentences are short, because you don't

12  want to have the -- the interpreters have to remember long

13  statements.  So, to the extent you can, have your sentences be

14  short, even break them up, so the interpreter can interpret

15  them properly.

16     So we need to -- have you interpreted his statement yet to

17  the witness?

18          THE INTERPETER:  Not yet, Your Honor.

19          THE COURT:  Do you remember all that?

20          THE INTERPETER:  Muhammad Anas from Islamabad

21  tomorrow morning?

22          MR. RIORDAN:  Yes.

23          THE WITNESS:  Yes.  Absolutely.

24          THE COURT:  Mr. Clerk, could you please administer

25  the oath.

```
 1              THE CLERK:  Will you please raise your right hand.
 2         (The Witness, MUHAMMAD ANAS, is sworn.)
 3              THE WITNESS:  I solemnly swear that whatever I'm
 4    going to testify today is going to be the truth, the whole
 5    truth, nothing but the truth.
 6              THE COURT:  All right.  Counsel, begin.
 7                        DIRECT EXAMINATION
 8    BY MR. RIORDAN:
 9    Q.  Good morning, Mr. Anas.
10    A.  Good morning.
11    Q.  I will be asking you a series of questions.  The translator
12    will translate into Urdu.
13    A.  Yes.  Absolutely.
14         May I ask the gentleman who is asking me the question, who
15    are you, sir?
16    Q.  Very good.  My name is Dennis Riordan.  I am the attorney
17    for -- one of the attorneys for Hamid Hayat in these
18    proceedings.
19    A.  Okay.
20    Q.  It is my great pleasure to meet you.
21    A.  I am very happy to see you today.  I have heard a lot about
22    you.  So I'm seeing you today.
23    Q.  When you give your answer, the translator will need to
24    translate that here in the courtroom.
25    A.  Okay.
```

1    Q.   I will intend to keep my questions short.

2    A.   Okay.

3    Q.   And we would ask the same of your answers.  And then we can

4    follow up with additional questions if necessary.

5    A.   Okay.

6    Q.   It is important that you wait until the translator has

7    translated the question fully, and then you give her the

8    opportunity to translate your answer.

9    A.   Okay.

10   Q.   Mr. Anas, do you know an individual named Hamid Hayat?

11   A.   Yes.  I absolutely know him.  And he is my real nephew.

12   Q.   And how are you related to him?

13   A.   He is my maternal nephew.

14   Q.   And where do you live, Mr. Anas?

15   A.   I live in Jamia Islamia, Rawalpindi.

16   Q.   And what is your profession?

17   A.   In the morning time I do teaching, and in the evening I do

18   have a part-time property business.

19   Q.   And where do you teach?

20   A.   I teach at Jamia Islamia.  It's an Islamic institute.  I

21   teach there.

22   Q.   And I'm going to take you back to a period prior to the

23   year 2000.

24   A.   Yes.

25   Q.   My question is, do you recall whether Hamid Hayat fell

1    ill -- let me begin again.

2         To your recollection, was Hamid Hayat visiting in Pakistan

3    prior to the year 2000?

4    A.   Yes, absolutely, he did.

5    Q.   And where was he living in Pakistan prior to the year 2000?

6    A.   He was living with us.  He was living with us, but sometime

7    he would go to the village or so.

8    Q.   And what village was that?

9    A.   The village name is Behboodi.  And it comes under the

10   District of Tehsil Hazro and District Attock.

11   Q.   And when Hamid was in Pakistan prior to 2000, did he

12   sometimes stay with you in Rawalpindi?

13   A.   He was living with us only.

14   Q.   And sometimes he would visit Behboodi; is that correct?

15   A.   Yes.  Absolutely.

16   Q.   Do you recall a period in this time before 2000 when Hamid

17   Hayat became ill?

18   A.   Actually, he got sick in 2000.  He suffered from

19   meningitis.

20   Q.   And at that time were his parents with him in Pakistan?

21   A.   They had gone to haj, to Saudi Arabia.

22   Q.   And how did you become aware that he had fallen ill?

23   A.   My oldest sister, Asma, told me that, you know, this is the

24   issue going on with Hamid.

25              THE COURT:  I'm going to interrupt just very quickly.

1          I want to remind our witness, our interpreter and our

2    counsel, just to ensure that only one person speaks at a time.

3    Overall, you all have been doing great, let's just keep it up.

4    Q.  BY MR. RIORDAN:  And did you observe Hamid's condition or

5    his symptoms when he fell ill?

6    A.  Actually, when he came here --

7              THE INTERPETER:  I'm sorry, Your Honor, may the

8    interpreter ask the witness to repeat the last answer?

9              THE COURT:  Absolutely.

10             THE WITNESS:  When he came here, yes, he was not in

11   his senses.  He was screaming.  He was shouting as if somebody

12   is in pain.  So he was kind of, like, unconscious.

13   Q.  BY MR. RIORDAN:  And was he taken to the hospital at this

14   time?

15   A.  Yes.  We took him to the hospital in Islamabad, Shifa

16   Hospital.  And we took him to emergency, and at that time he

17   was admitted in the hospital.

18   Q.  Do you recall how long -- for how long -- how long a time

19   he spent in the hospital?

20   A.  I think approximately one week, or maybe, like, a day or

21   two less.

22   Q.  And when he left the hospital, did his family stay in

23   Pakistan -- how long after he left the hospital did his family

24   remain in Pakistan?

25             THE COURT:  We seem to be frozen on the video.  We'll

1      take just a moment.

2                  MR. RIORDAN:  Why don't we see if the audio is

3      working.  Could you tell the witness that we've got a frozen

4      screen here?

5                  THE INTERPETER:  I was not able to tell that.  It is

6      frozen.  But I could understand, or I could hear --

7                  THE COURT:  We lost the connection.

8                  MR. RIORDAN:  Are we texting?

9                  THE COURT:  No.  No texting.  We need to keep the

10     lines open as much as possible in the courtroom.  I'm sorry,

11     are you asking if someone in the audience is texting?

12                 MR. RIORDAN:  No.  I'm sorry, Your Honor.  What I

13     meant is are we sending a text to Pakistan --

14                 THE COURT:  That's fine.

15                 MR. RIORDAN:  -- to inform them what's going on.

16                 THE COURT:  That's fine.  We had a good half hour.

17     We'll keep this on the record while the technical folks are

18     working this out.

19          To our interpreter, please -- if you need to stop him for

20     shorter answers, please do so.

21          Do I assume correctly that the last --

22                 THE INTERPETER:  That's what I was telling the

23     witness, to stop and give me an opportunity so I could

24     interpret, because I want to make sure I pick up every single

25     word and interpret.

 1              THE COURT:  Thank you so much.  And I will do my best

 2    to help with that, but you're the best person, sometimes, to

 3    have him break it up.

 4              THE INTERPETER:  Thank you.

 5              THE COURT:  Thank you.  Can we go off the record for

 6    a minute.

 7         (Recess taken, 7:01 p.m. - 7:02 p.m.)

 8              THE COURT:  Let's go back on the record.  I just made

 9    two inquiries of courtroom staff.  We're trying to get air

10    conditioning on tonight.  Hopefully, if not tonight, maybe

11    tomorrow.

12              UNIDENTIFIED SPEAKER:  It is on.

13              THE COURT:  Thank you.  For all of you who made

14    efforts in that regard, that's super helpful.

15         In terms of the technical issues, we're trying to -- our

16    Pakistani witnesses, they need to get back onto our bridge

17    number.  They need to redial to get reconnected.  And I can see

18    from the activity over at petitioner's counsel, folks have been

19    reaching out to let them know that.

20         We'll wait for a few minutes, and then if we need to take a

21    break, we will.

22         (Recess taken, 7:03 p.m. - 7:14 p.m.)

23              THE COURT:  Since we're giving this some additional

24    time, I am hesitant to take a formal break, in case we do get

25    back on line more quickly.  If we don't get back on line in the

1  next 15 minutes or so, I'm not going to keep all these folks.

2  So, you need to think of a backup plan that may be more within

3  court hours.

4      So I'm going to step out in the thought that the minute I

5  step out we'll be back on line.  So, Gabe is going to come and

6  bring me back, hopefully, when we get back on line.

7          MR. RIORDAN:  Very good, Your Honor.

8      (Recess taken, 7:14 p.m. - 7:18 p.m.)

9          THE COURT:  All right.  I see the magic.  We are back

10  on line.  And I believe, Mr. Riordan, you were conducting

11  direct examination.

12         THE WITNESS:  Yes.

13  Q.  BY MR. RIORDAN:  A question that I meant to ask earlier,

14  Mr. Anas, who is in the room with you when you're testifying

15  now?

16  A.  One -- my attorney, Umer Gilani.  And one more.

17  Q.  And who is that?

18  A.  His name is Hamaad Feeaz.

19  Q.  And what purpose is he serving there?

20  A.  Yes.  He's looking at the internet connection.  If there is

21  any issue with that, then he can help Mr. Umer.

22  Q.  One more thing, Mr. Anas.  I'm going to ask that if there

23  is a longer answer to one of my questions that you stop after a

24  sentence or two to allow the translator to translate.

25  A.  Okay.

1  Q.  Our translator is very polite, but listen if she says stop,

2  then stop so she can translate.

3  A.  Okay.

4  Q.  Now, you talked -- oh, let me re-ask this.

5      Did I ask you how long -- after Hamid Hayat left the

6  hospital in 2000, how much longer did his family stay in

7  Pakistan?

8  A.  I don't remember exactly, but they came back from haj, they

9  stayed here for some time, and then after that they left.  And

10  the only purpose was that they are going to get the treatment

11  for Hamid there.

12  Q.  After the family left in 2000, when is the next time you

13  met with or saw Hamid Hayat in Pakistan?

14  A.  In 2003, when they came here.

15  Q.  And do you know what the reason for Hamid Hayat and his

16  family returning to Pakistan was?

17  A.  They have a sister, Najia, her marriage -- wedding program

18  for her.  And then after that, Hamid's wedding program was also

19  there.  And his mother's treatment.

20  Q.  And what was Hamid's mother being treated for?

21  A.  You know what, she had Hepatitis C.  So there was Hakim, a

22  doctor, so they had -- he would come from 'Pindi to get the

23  treatment.

24  Q.  Where was Hamid and his family living during this period of

25  time?

1   A.   They were living in their village, Behboodi.  And then they

2   would come and visit us in 'Pindi.

3   Q.   And how frequently did they come to 'Pindi during this

4   time?

5   A.   I don't remember the exact time, but, you know, they would

6   make a trip at least one or two in a week.

7   Q.   And at this time -- did they stay with you when they came

8   to 'Pindi?  Did they stay at your residence?

9   A.   Yes.  Absolutely.

10   Q.   And did your -- did anyone else live in your residence at

11   this time?  Were there other family members?

12   A.   We have a joint family.  My father was alive at that time,

13   so he was here.  My mom and dad, and then my brothers.

14   Q.   So, how many family members would you say were living

15   together in 'Pindi at this time?

16   A.   So, my mom and dad, my brothers, his family, and my family.

17   Q.   And do you know how Hamid's mother traveled to Rawalpindi

18   from Behboodi?

19   A.   She would come in a vehicle.  She would bring some driver

20   from the village, and she would come in a vehicle.

21   Q.   Did Hamid come with her?

22   A.   Yes.  Absolutely.

23   Q.   Did other members of Hamid's family come with his mother

24   and Hamid?

25   A.   Sometimes they did come.

1    Q.  And in addition to seeing Hamid in Rawalpindi, did you see

2    him in other places during this period?

3    A.  Yes.  I've seen him in the village, because our village is

4    nearby.  And we would go one time a week to our village.

5    Q.  So, in your estimation, how frequently during a month might

6    you see Hamid?

7    A.  Three, four times we would see him.

8    Q.  Did Hamid seem different to you after his meningitis attack

9    than he appeared before?

10   A.  You know what, yes, I did see the difference, you know,

11   because he was slow before too, but then after this, he became

12   more slow and lazy.

13   Q.  Do you know how he spent his time when he was with you in

14   Rawalpindi or when you saw him in Behboodi?

15   A.  Most of the time I had seen him playing video games,

16   playing cricket, or sitting with his friends.

17   Q.  Were you happy with what he was doing during this period of

18   time?

19   A.  I mean, we were -- we were happy, too, but then sometimes

20   would scold him too, that he must study something, do

21   something.  But he would be busy with all of these things.

22   Q.  To your knowledge, did Hamid, during this period of time

23   when he was in Pakistan, go anywhere other than to Behboodi and

24   the Rawalpindi area?

25   A.  Yes.  One or two time he went to Multan.

1   Q.   Did he go there by himself?

2   A.   One time he went -- one time he went to attend his friend's

3   wedding, so he went with his friend.  And I think -- the second

4   time I think he went with his mother, but I don't remember

5   exactly when he went.

6   Q.   When was -- how long was the longest period that you didn't

7   see Hamid between 2003 and 2005?

8   A.   Most, maximum, one week.

9   Q.   If Hamid had been absent for three months or more, would

10   you have noticed?

11   A.   Naturally.  Naturally, I would notice.

12   Q.   Did you attend Hamid's wedding in December of 2004?

13   A.   Yes.  Absolutely.

14   Q.   Do you recognize the names Amna Hassan and Maryam Ahmed?

15   A.   Yes.  Amna Hassan and Maryam, they came here in 2014 to

16   write our statement.

17   Q.   And did you assist them in organizing meetings with people

18   in Rawalpindi?

19   A.   You know, when they were taking my statement, at that time,

20   I was present.  And when they were taking my mother's

21   statement, I was present there, too.

22   Q.   Did you put them in touch with other people who knew Hamid

23   during this period of time?

24   A.   No.

25   Q.   Did -- were some of these statements taken -- did people

1   come to your house?

2   A.  So, not at my house, but in our area there is a meeting

3   area that everybody come and sit there, so we all gathered

4   there.

5   Q.  Prior to these taking of statements, did you tell anyone

6   what to say in their statement?

7   A.  No.

8   Q.  Did Amna --

9   A.  I mean, there were some of them where the family had

10  disputes, they didn't get along, but they still testified for

11  Hamid.  They still gave the statements for Hamid.

12  Q.  Did anyone try to influence you in the statement that you

13  gave?

14  A.  I'm sorry, I didn't understand.  Can you ask me one more

15  time?

16  Q.  Did anyone try to influence what you would say in your

17  declaration?

18  A.  No.  There was nothing like that.  No.

19  Q.  Have you had a chance to review the declaration that you

20  swore out recently?

21  A.  Yes.

22  Q.  And is it your statement today that that declaration was

23  accurate and true?

24  A.  Yes.  Absolutely.

25  Q.  Do you know an individual named Malik Mumtaz?

1    A.  Malik?

2    Q.  Yes.

3    A.  What is the complete name?  Maybe I might know.

4    Q.  I believe it's Malik Mumtaz.

5    A.  You know, I don't remember exactly.  He could be Hamid's

6    friend's father, but I don't remember exactly.

7    Q.  Do you know an individual named Attique ur Rehman?

8    A.  Yes.  He's my older brother.

9    Q.  And when Hamid was in Rawalpindi during this period of

10   time, did you see him in the company of your older brother?

11   A.  Yes.  We have a joint family.  We were living together.

12           MR. RIORDAN:  I don't have anything further, Your

13   Honor.

14           THE COURT:  All right.  Any cross-examination?

15           MR. ESPINOSA:  Yes, Your Honor.

16           THE COURT:  Mr. Espinosa.

17                        CROSS-EXAMINATION

18   BY MR. ESPINOSA:

19   Q.  Good morning.  It's morning for you there; is that right?

20   A.  Yes.  Certainly.

21           THE COURT:  Mr. Espinosa, before we go further,

22   another gentle reminder, this is going to be very important,

23   especially with the video and the time lapse between speaking

24   and hearing, be sure to let the interpreter and the witness --

25           MR. ESPINOSA:  Of course.

1           THE COURT:  I want the record to get every one of

2    your questions and every one of the answers to your questions

3    clearly.

4           MR. ESPINOSA:  Yes, Your Honor.

5           THE COURT:  All right.  Please continue.

6           THE WITNESS:  Okay.

7    Q.  BY MR. ESPINOSA:  Mr. Anas, you testified that you are

8    Hamid Hayat's maternal uncle; is that correct?

9    A.  Yes.  Yes.  I am his real uncle.

10   Q.  And you are Oma Hayat's brother; is that correct?

11   A.  So, he's my sister's husband, Umer Hayat.  My sister is

12   married to him.

13          MR. RIORDAN:  Your Honor, I'd ask, for the record,

14   that Mr. Espinosa introduce himself and his title to the

15   witness.

16          THE COURT:  Point well taken.

17      I think there is no confusion, since I referred to you as

18   Mr. Espinosa, but if you could, for the witness.

19      And, Mr. Espinosa, another gentle reminder, please be sure

20   to speak right into the mike so the court reporter can hear.

21   I'm actually having difficulty hearing some of your questions.

22          MR. ESPINOSA:  Yes, Your Honor.

23          THE COURT:  Even louder than you just were.

24          MR. ESPINOSA:  Yes, Your Honor.

25   Q.  BY MR. ESPINOSA:  Mr. Anas, my name is Andre Espinosa, and

1    I am a lawyer for the government -- the United States

2    Government here.

3    A.   Okay.

4    Q.   So, my question -- my last question to you, I think you may

5    have misunderstood me.   I meant to ask Oma, but I'll ask a

6    different question.

7    A.   Okay.

8    Q.   Your sister is Hamid Hayat's mother; is that correct?

9    A.   Yes.   Absolutely.

10   Q.   What is the distance between Behboodi and Rawalpindi?

11   A.   It's about 70 kilometers.

12   Q.   And when you traveled between Behboodi and Rawalpindi, how

13   did you travel?

14   A.   We go in our vehicle.

15   Q.   And between 2003 and 2005, did you use a vehicle to travel

16   between Rawalpindi and Behboodi?

17   A.   Yes.

18   Q.   And approximately how long did it take you to travel

19   between those two places in your vehicle?

20   A.   So, initially, the road was not complete, it used to take

21   about an hour and 15 minutes.   And now it has been completed,

22   it takes about 45 minutes.

23   Q.   Between April of 2003 and May of 2005, was the road

24   completed?

25   A.   So, the other road was there, but the motorway had not been

1  completed.  That's been completed now.

2  Q.  Were you working between April 2003 and May 2005?

3  A.  I was teaching.

4  Q.  Were you teaching at the same school that you teach at now?

5  A.  Yes.  Certainly.

6  Q.  And how frequently were your -- were you teaching then?

7  A.  In a week, I was teaching five days or six days.

8  Q.  And typically how long each day were you teaching?

9  A.  They were 45 minutes each.  Two periods of 45 minutes each.

10 Q.  And during the period between April 2003 and May of 2005,

11 were you teaching any more than those two periods, or only

12 those two periods?

13 A.  No, just those two.

14 Q.  And during that same period, between April 2003 and

15 May 2005, were you also working part-time in the real estate

16 business that you testified about that you work at now?

17 A.  I was not working at that time, the part-time.  I started

18 later.

19 Q.  So was your only employment during that period, 2003 and

20 2005, the teaching that you just testified about?

21 A.  Yes.  Certainly.

22 Q.  Did you prepare for your classes, the classes that you were

23 teaching during that period?

24 A.  Yes.  As normal, I would be preparing for them some.

25 Q.  And during that period, how long did you spend preparing

1    each day for your classes?

2    A.   It will take different time for different subjects.   For

3    the easy subjects, something else.

4    Q.   What subjects were you teaching?

5    A.   Islamic studies and Urdu language.

6    Q.   And which of those required more time to prepare?

7    A.   For Islamic studies.

8    Q.   And how long did you prepare for the Islamic studies

9    classes each day?

10   A.   It would depend on -- maybe half an hour, maybe 45 minutes.

11   Depended on whether they were easy or difficult portions.

12   Q.   How about the Urdu class, how long did you prepare for that

13   class each day?

14   A.   15 or 20 minutes.

15   Q.   And were there breaks during the year while you were

16   teaching?

17   A.   On Friday we had off.   So, we would have a holiday on

18   Friday.   And then we would have holidays on Ramadan, or in that

19   period of time.   And also during some other days.

20   Q.   And did you travel to Behboodi only during holidays?

21   A.   So, normally on holidays, but if some other issues arise,

22   we can go because it's only about a 45-minute or so drive

23   there, so we can go and come back.

24   Q.   During your visits between 2003 and 2005 to Behboodi, you

25   stayed there -- how long did you stay in Behboodi?

1  A.  So, normally, like, one day a week.  But if there were

2  other issues, we could stay overnight there, maybe for one or

3  two days.

4  Q.  Did you travel to Behboodi for one day most of the trips or

5  only some of the trips?

6  A.  Normally one day.

7  Q.  And what did you do in Behboodi during these one-day trips?

8  A.  I would visit with my relatives.  I would visit with my

9  sister.  And we also have many relatives there, so meet them.

10  Q.  And would you do anything else?  Was there any other

11  purpose?

12  A.  Not any other.  Nothing special.

13  Q.  And do you have a family of your own?

14  A.  Yes.  Certainly.

15  Q.  And do you have children?

16  A.  Yes.

17  Q.  And they would travel with you to Behboodi each time you

18  went?

19  A.  Not every time, because they go to school.

20  Q.  And are you married as well?

21  A.  Yes, I'm married now.  And I got married in 2000.  Year

22  2000.

23  Q.  So, during your trips to Behboodi, your one-day trips to

24  Behboodi between 2003 and 2005, did your wife travel with you?

25  A.  Not every time, but if she wanted to go, then she would go.

1    Or if she wanted to meet somebody there, then she would go.

2    Q.  And when your wife traveled with you, did your kids come

3    with you or did they stay?

4    A.  Normally they would come with us.  Not every time, though.

5    Q.  So, now, your testimony is that normally your children

6    would travel with you; is that correct?

7                MR. RIORDAN:  Objection, Your Honor.

8                THE COURT:  I'm instructing the interpreter to stop.

9        Is there an objection?

10               MR. RIORDAN:  Yeah.  Misstates the testimony.  The

11   witness testified that when his wife traveled with him, his

12   children would normally travel with him.

13               THE COURT:  Counsel?

14               MR. ESPINOSA:  I believe that was the testimony, Your

15   Honor.  I was just asking him to clarify between his two

16   conflicting answers.

17               THE COURT:  Sustained.

18   Q.  BY MR. ESPINOSA:  So, during the times that your wife and

19   children traveled to Behboodi with you, did they miss school?

20   A.  Normally they would go only when the school was off, when

21   there was no school.

22   Q.  And you would travel back on the same day; is that correct?

23   A.  Sometimes on the same day, sometimes spend the night.

24   Q.  Which was more frequent during that period?

25   A.  So normally -- normally -- can you clarify when you are

KIMBERLY BENNETT, OFFICIAL COURT REPORTER, USDC -- (916) 442-8420

1   asking the question?  Is it about the current period right now

2   or in the past?

3   Q.  In the past.  Between April of 2003 and May of 2005.

4   A.  I thought you were referring to the present time.  At that

5   time the kids were very small and they were not going to

6   school.

7   Q.  And so did they travel with you when you went during that

8   period to Behboodi?

9   A.  Yes.  Certainly.

10  Q.  You testified about your memory of events in -- before the

11  year 2000.  Do you remember that?

12  A.  They did not ask me anything before 2000 yet.

13  Q.  Were you working before 2000?

14  A.  So in '98 I finished my study, and then I got married in

15  the year 2000.  In year 2000, I got married.  And then 2001 or

16  2002 I started working.

17  Q.  So, in 2000 were you working?

18  A.  No.  In the year 2000, I was not working.

19  Q.  And did -- you testified about Hamid getting sick in 2000.

20  Do you remember that testimony?

21  A.  Yes, I do.

22  Q.  Did he get sick before or after your wedding?

23  A.  I don't clearly remember, but -- okay.  So, yeah, he got

24  sick around that period, either maybe before or after my

25  wedding.

1   Q.  You don't remember whether it was before or after; is that

2   right?

3   A.  So, currently I cannot recollect whether it was before or

4   after.

5   Q.  You testified about Hamid's visits to Rawalpindi between

6   2003 and 2005.  Do you remember that?

7   A.  Yes.  Yes.

8   Q.  Would he visit you on the same day of the week?

9   A.  Once or twice a week.

10  Q.  And do you recall what days of the week he would visit?

11  A.  Can you repeat that again?

12      So, I do not remember the day, but the local doctor was

13  greeting his mother.  He would come somewhere around the middle

14  of the week or something.

15  Q.  And during the time that Hamid visited Rawalpindi, he

16  stayed with you; is that correct?

17  A.  He would stay at our house.

18  Q.  And where would his mother receive treatment?

19  A.  It is, like, a traditional local doctor gives treatment,

20  and that's what he was giving treatment for.  And I think his

21  name was -- local doctor's name was Asam Hati (phonetic).

22  Q.  Did that doctor treat your sister at your house or some

23  other location?

24  A.  He had a clinic, and we would go there.

25  Q.  And you would go with them?

1    A.   Sometimes I would go.  Sometimes my other sister would go.

2    Q.   And do you recall any visits around any holidays?

3    A.   So, I do not remember which day, but the local doctor, he

4    had certain fixed schedule, then he would come to 'Pindi, and

5    that's when we would go.

6    Q.   Did Hamid only visit Rawalpindi during that period to get

7    treatment for his mother?

8              THE INTERPETER:  Could you repeat the question,

9    counsel?

10   Q.   BY MR. ESPINOSA:  Did Hamid visit Rawalpindi during that

11   period only to get treatment for his mother?

12   A.   So, yeah.  I mean, normally he would come like that.  And

13   then he had his sister's wedding.  Or sometimes would be

14   shopping, errands.

15   Q.   And on the visits when Hamid -- let me start over.

16       Between 2003 and 2005, when Hamid visited Rawalpindi

17   without his mother, did he stay with you?

18   A.   So, whenever he came, he would stay with us.  That's what I

19   remember.  And I don't know how many times he came without his

20   mother.

21   Q.   When Hamid visited you without his mother, did you speak

22   with him?

23   A.   Yeah.  So, I -- I'm not -- I don't remember if he came

24   without his mother, but if he was there, yes, obviously, in the

25   house, and we would be talking.

1   Q.   You testified you attended Hamid's wedding.  Do you

2   remember that?

3   A.   Yes, I do.

4   Q.   When was that wedding?

5   A.   Yes.  I was present at his wedding.  At Hamid's wedding.

6   Q.   When was that wedding?

7   A.   So, this happened at the end of 2004.  And if I remember,

8   it was December.

9   Q.   Now, each time Hamid visited Rawalpindi, how did you know

10  where he was going when he left?

11  A.   We have a joint family.  And then he was coming here, he

12  had his mother with him, he had a driver with him.  And when

13  the -- when they reached back, they would let us know that they

14  had reached there safely.

15  Q.   So, is it the case that they told you they were going to

16  Behboodi?  Is that correct?  Or he told you was going to

17  Behboodi?

18  A.   Yes.  It's obvious, like, when he left our house, he's

19  going back to the village.

20  Q.   But you were not in Behboodi when he returned; isn't that

21  correct?

22  A.   So, my sister is there, and then we have a phone contact

23  and they would let us know that they have reached there.

24  Q.   You testified about trips Hamid took to Multan.  Do you

25  remember that?

1    A.   Yes, I do.

2    Q.   And you didn't accompany him on those trips; is that

3    correct?

4    A.   Yes, I did not.  Yes.  And he would tell the family that I

5    am going to Multan for a friend's wedding, and this is the

6    number of days I will be gone.

7    Q.   But you weren't with him; is that right?

8    A.   Yes.  I did not go with him, that's correct.

9    Q.   When did you learn that Hamid was charged with crimes in

10   the United States after May of 2005?

11   A.   On the day of his flight, I think we found out the next day

12   or the day after.

13   Q.   How did you find out?

14   A.   We found out from others on the telephone that his flight

15   had been diverted from Japan, or Tokyo, something.

16          THE COURT:  If our interpreter can remind the

17   witness, if he has a long answer to break it up into smaller

18   parts.

19          THE WITNESS:  Okay.

20          THE COURT:  Thank you.

21      Mr. Espinosa.

22          MR. ESPINOSA:  Thank you, Your Honor.

23   Q.  BY MR. ESPINOSA:  So, Mr. Anas, who told you about Hamid

24   Hayat's arrest?

25   A.   So, I don't remember if I heard it in the news, or through

KIMBERLY BENNETT, OFFICIAL COURT REPORTER, USDC -- (916) 442-8420

1    a phone, or somebody from the family.  But what I heard -- what

2    I found out, his flight had been diverted from Tokyo, and from

3    there he had been taken on another flight.

4    Q.  And did you talk to your sister about the charges against

5    Hamid?

6    A.  So, after they reached America, I don't know how long

7    after, we talked.  But I think they contacted about their

8    wellbeing.

9    Q.  So, this is in the summer of 2005; is that correct?

10   A.  Around May 2005.

11   Q.  And eventually -- did you eventually learn that Hamid was

12   charged with crimes?

13   A.  Yes, I found that out.

14   Q.  And did you find that out in the summer of 2005?

15   A.  Around that time.

16   Q.  And did your sister tell you that?

17   A.  So, I don't remember if my sister told me that or somebody

18   else, but it was kind of big news.

19   Q.  Do you remember if it was Wazhma Mojaddidi?

20   A.  No, she did not tell me that.

21   Q.  You testified earlier about a declaration that you wrote

22   in -- excuse me -- a declaration of your statements in 2014; do

23   you remember that?

24   A.  Yes, given my statement.

25   Q.  And when did -- excuse me.  Let me start over.

1     Who wrote the declaration that you signed?

2  A.  So, I was speaking, and then the ladies who had come to

3  take the testimony, Amna and Maryam, they were writing it down.

4  Q.  And where did you meet with those two women?

5  A.  In 'Pindi, in my house.

6  Q.  And did you read the declaration that they wrote for you?

7  A.  Yes, later on, I did read it.  After that, I signed on it.

8  Q.  When your sister and Hamid left Pakistan, in May of 2005,

9  was your sister still ill?

10  A.  Yes.  She was -- she was ill, but the medicine she was

11  using, with that medicine she was getting better.

12  Q.  How often did you talk to your sister after she returned to

13  the United States?

14  A.  You know, how many times I talked to her, that I don't

15  remember, but we would talk to each other every ten days,

16  fifteen days.

17  Q.  Okay.

18  A.  Sometimes more than that too.

19  Q.  During those many conversations, did your sister talk to

20  you about Hamid's lawyer?

21          MR. RIORDAN:  Objection.

22          THE COURT:  Stop.  Stop.

23     Objection?

24          MR. RIORDAN:  Vague as to time, Your Honor.

25          THE COURT:  Sustained.

1    Q.  BY MR. ESPINOSA:  During the many conversations you had

2    with your sister, after May of 2005 and before 2014, did your

3    sister talk to you about Hamid's lawyer?

4    A.  You know what, we would not talk about -- especially about

5    the attorney, but I would ask how is Hamid's case going, where

6    it's going, like that.

7    Q.  So, you talked with your sister about Hamid's case in the

8    period between 2005 and 2014; is that correct?

9    A.  Yes.  Sometimes.  If something new would come up, we would

10   ask.

11   Q.  Now, before your testimony today, did you talk with anyone

12   about your declaration?

13   A.  No.  Where?  Here in Pakistan or where?

14   Q.  Either in Pakistan or with anyone in the United States, in

15   preparation for your testimony, did you speak with anyone about

16   your declaration?

17   A.  You know what, I did talk to one of the -- Hamid's attorney

18   there.  And the name is -- I think his name is Don.  And he

19   told me that whatever you're going to say, you're going to tell

20   the truth, and whatever you remember.

21   Q.  How many times did you speak with Don?

22   A.  Just one time, either two days or three days ago.

23   Q.  During that conversation, did you practice answers to your

24   questions?

25   A.  No.  No.  It was not like that.

1   Q.  During that conversation, you did not talk about any

2   answers that -- to questions you might be asked?

3   A.  No.  No.  Nothing like that.  Only I was told that whatever

4   you're going to say, you're going to tell the truth.

5   Q.  In the meetings that you had with Ms. Amna and Maryam, did

6   you help contact family members to meet with them?

7           THE INTERPETER:  I'm sorry, sir, repeat that again.

8   Q.  BY MR. ESPINOSA:  Did you help contact family members to

9   meet with them?

10  A.  We have a joint family.  We live in the same place.  And,

11  you know, when my statement was taken, obviously, I was there.

12  And when my mother's statement was taken, I was also there,

13  naturally, because she's an old woman.

14  Q.  Who -- besides you and your mother, who else did Ms. Amna

15  and Maryam interview in your home?

16  A.  I think, you know, at my home, my sister was there, my

17  older sister, questions were asked from Asma too, and there is

18  another sister, Tayyaba.

19  Q.  Anyone else?

20  A.  You know, I don't remember exactly if my -- the statement

21  was taken from my brother Attique Ur Rehman or not.

22  Q.  Anyone else?

23  A.  No.  No one else.

24  Q.  Mr. Anas, would you say that your memory of events in

25  2000 -- now -- sorry.  Let me say that again.

1      Is your memory of events in 2014 better than it is now?

2   A.  I would not be able to give you the correct -- I would not

3   be able to give you the correct estimate.  The age, you know,

4   your memory does go down.

5   Q.  Okay.

6           THE COURT:  Mr. Espinosa, do you have an idea?

7           MR. ESPINOSA:  Not much more, Your Honor.  I would

8   say, at maximum, ten minutes.

9           THE COURT:  All right.  Would you like to translate

10  that, please.  Because if it's going to be much longer, we need

11  to think about taking a break.  We've been going for almost two

12  hours, technical issues aside.

13          MR. ESPINOSA:  Shall I continue, Your Honor?

14          THE COURT:  Do you think it's going to be ten minutes

15  or longer?

16          MR. ESPINOSA:  I think so.  I think only ten minutes.

17          THE COURT:  All right.  Continue.

18  Q.  BY MR. ESPINOSA:  So, do you remember contacting friends,

19  not family, to meet with Ms. Amna and Ms. Maryam?

20  A.  I contacted who?

21  Q.  I'm only asking if you remember contacting friends.

22  A.  You know, I did not contact -- I did not contact, because

23  Ms. Maryam and Amna was asking where are -- where are his

24  friends.  So, Ms. Amna and Maryam, the 'Pindi friends, they met

25  them in 'Pindi.  And the village friends, they met them in the

1    village.

2    Q.  Okay.  Mr. Anas, based on your testimony today, is it fair

3    to say you love your nephew Hamid?

4    A.  Yes.  Yes.  Absolutely.

5    Q.  Is it fair to say you've been close with Hamid your entire

6    life, or his entire life?

7    A.  Yes.  When he was in Pakistan, you know, we would be in

8    contact.

9    Q.  And is it your testimony today that you remember seeing

10   Hamid every week during the period between April 2003 and

11   May 2005?

12   A.  Yes, approximately.  Absolutely.

13   Q.  Mr. Anas, do you remember seeing Mr. Hamid Hayat every week

14   between April 2003 and May 2005?

15   A.  Yes, approximately every week I would see him.  You know,

16   when he would come here, I would go.

17   Q.  When you say "approximately," do you mean that you don't

18   remember every week?

19   A.  You know, it's possible that might have missed a week.

20   Q.  Is it possible that you might have missed more than one

21   week?

22   A.  I don't think so.

23   Q.  You don't think it's possible that you missed more than one

24   week; is that right?

25   A.  Look, look, so much time has passed.  It -- look, so much

1   time has passed in-between, so I cannot give you the exact.

2   But I can say a week, ten days, not more than that.

3   Q.  So is it fair to say that you don't remember every week

4   between 2003 and 2005 seeing Hamid Hayat?

5               MR. RIORDAN:  Objection, Your Honor.  Asked and

6   answered.

7               THE COURT:  Sustained.

8       Stop.  Instruct the witness to not answer, please.

9   Q.  BY MR. ESPINOSA:  Mr. Anas, you want to help your nephew;

10  isn't that right?

11  A.  Absolutely.  Absolutely.  Because he is -- because he's not

12  guilty.

13  Q.  And you don't want him to be in prison; is that right?

14  A.  Absolutely.

15  Q.  And you would do whatever you could to help him; isn't that

16  right?

17  A.  Whatever is in our control.  Whatever we can do, yes,

18  within legal limit.

19  Q.  Only one more question.

20      Between 2005 and 2006, did you ever reach out, through your

21  sister, to Hamid's lawyer?

22  A.  I don't think we talked about the attorney.  I don't think

23  so.

24              MR. ESPINOSA:  Nothing else, Your Honor.

25              THE COURT:  Mr. Riordan, do you have redirect?

KIMBERLY BENNETT, OFFICIAL COURT REPORTER, USDC -- (916) 442-8420

1          MR. RIORDAN:  I'll do it in a minute.

2          THE COURT:  Let's see if you can knock it out and

3    we'll take a break.

4                    REDIRECT EXAMINATION

5    BY MR. RIORDAN:

6    Q.  Mr. Anas, are you sure that between 2003 -- April 2003 and

7    April of 2005 you saw Hamid Hayat in person at least once a

8    month?

9    A.  You know what, I might have seen him more than one time in

10   a month, you know, but that's confirmed.

11   Q.  Are you certain that you saw him at least twice a month?

12   A.  Yes.  Yes.  I have confidence in that.

13   Q.  Do you recall that at the beginning of your testimony you

14   swore to God that you would tell the truth?

15   A.  Yes.  Absolutely.

16   Q.  Did you have -- have you honored that oath during your

17   testimony today?

18   A.  Absolutely.

19          MR. RIORDAN:  Nothing further, Your Honor.

20          MR. ESPINOSA:  Nothing else, Your Honor.

21          THE COURT:  All right.  Is this witness excused?

22          MR. RIORDAN:  Yes, Your Honor.

23          THE COURT:  Thank you, sir, for testifying here

24   today.  You are excused.

25          THE WITNESS:  Thank you very much to you too.

1                THE COURT:  All right.  At this juncture we'll take a

2    quick break.

3        Are you ready with your next witness, Mr. Riordan?

4                MR. RIORDAN:  We are, Your Honor.

5                THE COURT:  Let's take a very short break.  I don't

6    want to lose our connection, so let's just take -- is ten

7    minutes sufficient for our court reporter?

8        Ten minutes.  We'll be back here at -- according to the

9    clock on the wall, at 8:40 on the nose.

10       (Recess taken, 8:32 p.m. - 8:49 p.m.)

11               THE COURT:  All right.  We are back in session.

12       Petitioner's counsel, are you ready with your next witness?

13               MR. RIORDAN:  I believe so, Your Honor.  We would

14   like Mr. Rafaqat, please.

15               THE COURT:  And can our courtroom clerk please swear

16   in the witness.

17       (The Witness, RAFAQAT, is sworn.)

18               THE WITNESS:  Yes.

19               THE COURT:  All right.  Thank you.

20       I'm going to remind all the witness, the interpreter and

21   the attorneys that we are -- you're being interpreted one --

22   consecutively.  In other words, we need to make sure only one

23   person speaks at a time.  And if the attorney and the witness

24   can keep your questions and answers in smaller pieces, it will

25   help us have a good record for both parties.

1          Counsel, could you please begin.

2                          DIRECT EXAMINATION

3     BY MS. BOERSCH:

4     Q.  Mr. Rafaqat, my name is Martha Boersch, and I'm an attorney

5     for Hamid Hayat, and I'm going to be asking you some questions.

6     A.  Go ahead.  Ask.  I will answer.

7     Q.  Where do you currently reside?

8     A.  Me?  I live in village Behboodi.

9     Q.  How long have you lived in the village Behboodi.

10    A.  I was born in that village, so I've been living there ever

11    since.

12    Q.  Before I ask another question, let me ask you this:  Who is

13    present with you in the room there right now?

14    A.  Brother Umer is here, and brother Hamaad is here.

15    Q.  Thank you.

16         What is your occupation?

17    A.  I'm a tailor master.  I get the clothes.

18    Q.  Do you know Hamid Hayat?

19    A.  Yes.

20    Q.  How do you know Hamid Hayat?

21    A.  He's from our village.  And we have a very small village.

22    And his cousin, Usman -- Usman is his cousin, and Usman is my

23    childhood friend.

24    Q.  How long have you known Hamid Hayat?

25    A.  Every time Hamid would come to village, he would spend the

1   most time with me in my shop.

2   Q.  Were you living in Behboodi in 2003?

3   A.  Yes.

4   Q.  Were you living in Behboodi during the period from 2003

5   until 2005?

6   A.  Yes, I was living in Behboodi only.

7   Q.  Did you see Hamid Hayat during that period of time, between

8   2003 and 2005?

9   A.  Yes.  I have seen him, and he would be with me.  And then

10  we made a trip, also, to Multan.

11  Q.  And how often would you see Hamid in the village?

12  A.  So, you know what, when he would be in the village, I would

13  see him every day in the village.  And we would play cricket

14  also.

15  Q.  Did you ever see Hamid Hayat outside of Behboodi?

16  A.  So, one time, yes, he did go to Multan with me.  And then

17  he would go to 'Pindi to see his maternal uncle.  And he would

18  go there with his family and stay there.

19  Q.  When did he go to Multan?

20  A.  In 2003.  It was Ahmed Nawaz's wedding.

21  Q.  And did you go with him to Multan?

22  A.  Yes.

23  Q.  Did other people go with you to Multan to the wedding?

24  A.  There were three, four friends, and Hamid and I, we went

25  together.

1  Q.  How long did you stay in Multan?

2  A.  Yeah, I think, perhaps, we stayed there for five, six days.

3  We had gone there to attend the wedding.

4  Q.  And when you attended the wedding, were there any

5  photographs taken of the wedding?

6  A.  You know, yes, pictures were taken.  And I think we gave it

7  to Ms. Amna and Ms. Maryam.

8  Q.  Did you give them to Ms. Amna and Maryam -- when did you

9  give them to Ms. Amna and Maryam?

10 A.  Approximately -- when Amna and Maryam came, we told them

11 that Ahmed Nawaz' wedding pictures are here.  So, we gave those

12 pictures to Amna and Maryam.

13 Q.  And do you remember what year it was when you spoke to Amna

14 and Maryam?

15 A.  I think Amna and Maryam came after 2010.  I don't remember

16 exactly.

17 Q.  When Amna and Maryam came to visit, did they come to

18 Behboodi?

19 A.  Yes.  Amna and Maryam came to Behboodi.

20 Q.  And did you speak to them at that time?

21 A.  Yes.

22 Q.  And did they write down what you told them?

23 A.  Yes.  Whatever I told them, they wrote it down.

24 Q.  Did you have an opportunity to review what they wrote down?

25 A.  Yes.  I read it.  And then after that I signed it.

1    Q.   And was what they wrote down a true and accurate statement

2    of your words?

3    A.   Absolutely.  Whatever I told them, they wrote it.  And

4    after reading, I signed it.

5    Q.   I want to go back now to the period in Behboodi between

6    2003 and 2005.

7    A.   Yes.

8    Q.   Was Hamid Hayat in Behboodi for that whole period of time?

9    A.   Yes.  Hamid Hayat was in Behboodi from 2003 to 2005.  And

10   during this time he did make a trip to Multan and to 'Pindi.

11   Q.   How often did he go to 'Pindi?

12   A.   You know what, I don't have that much knowledge, because

13   it's their family affair.  But he would go once a month, also,

14   twice a month, also, but I know the time when he was in

15   Behboodi.

16   Q.   How often would you see him when he was in Behboodi?

17   A.   We would play cricket in the evening, and we would sit

18   together.  It's, like, a meeting together.

19   Q.   And how often when he was in Behboodi would you play

20   cricket?

21            THE INTERPETER:  Your Honor, can I just clear one

22   word with the witness?

23            THE COURT:  Yes.

24            THE WITNESS:  So, after 5 o'clock in the evening,

25   when we would play cricket.

1   Q.  BY MS. BOERSCH:  Would you see him every night to play

2   cricket when he was in Behboodi?

3   A.  So, you know what, yeah, sometimes he would not come too,

4   but we would play, normally, every day, because that was our

5   routine.

6   Q.  And besides at the cricket games, did you ever see Hamid

7   Hayat at your -- well, did you have a shop in Behboodi?

8   A.  Yes, I have a shop, tailoring shop.

9   Q.  Did Hamid ever come to visit your tailoring shop?

10  A.  Two, three times a week he would come to the shop, and he

11  would sit there for, you know, two, three hours and we would

12  talk.

13  Q.  Can you describe Hamid's personality?

14  A.  Hamid was a very simple, simple guy.  You know what, we

15  would just talk, but he was not, like, a cruel-hearted person.

16  He was not like that.

17  Q.  Did Hamid ever leave Behboodi by himself?

18  A.  I don't remember, because he would not travel alone.  And

19  he would -- and when he would go to 'Pindi, you know, he would

20  keep a driver in his vehicle, because he was coward that way.

21          THE COURT:  Counsel, I'd like to ask our interpreter

22  to remind the witness, when you have a long answer to a

23  question, break it up into smaller parts so the interpreter can

24  put it in English and we can understand what you're saying.

25          Thank you.

1          THE WITNESS:  Okay.

2          THE COURT:  Thank you.

3  Q.  BY MS. BOERSCH:  As far as you can recall, did Hamid Hayat

4  ever leave the village for more than a week or so at a time?

5  A.  No.  He did not go out for that long.

6  Q.  Did Hamid ever leave Behboodi for a period of time of three

7  months or more?

8  A.  No.  Even if he would go to 'Pindi, he would go for one or

9  two days.

10  Q.  How many people live in Behboodi?

11  A.  You know, total would be -- approximate total,

12  approximately, 15 to 20,000.  And in Behboodi, the homes are

13  approximately 300, 350 homes.

14          MS. BOERSCH:  No further questions.

15          THE COURT:  All right.  Counsel for the government,

16  who is handling this witness?

17      Mr. Yang, cross-examination?

18      Be sure to introduce yourself to the witness, please.

19                          CROSS-EXAMINATION

20  BY MR. YANG:

21  Q.  Good morning, Mr. Rafaqat.

22  A.  My name is Rafaqat.

23  Q.  My name is Roger Yang.  I am an attorney for the

24  government, and I am going to ask you some questions.

25  A.  Go ahead.

1   Q.  So, you are friends with Hamid Hayat's cousin Usman?

2   A.  Yes.

3   Q.  And is this Usman Ismail?

4   A.  What?

5   Q.  What is Usman's last name?

6   A.  Usman al Uzair.  Usman is my childhood friend.

7   Q.  You say that Usman is Hamid's cousin or your cousin?

8   A.  Hamid's sister -- so, Hamid's -- Hamid's oldest sister is

9   married to Usman.

10  Q.  And so you are related to Hamid by marriage, correct?

11  A.  No.  No.  Friends.  Friendship.

12  Q.  Okay.  And how long have you known Hamid?

13  A.  I have known Hamid from the very beginning.

14  Q.  So, you were introduced as children?

15  A.  So, in village we know -- you know, everybody knows

16  everybody.  But in 2003, when he came to the village.  And then

17  in 2003, when he came, then the friendship became more deeper

18  because he was there to attend Usman's wedding.

19  Q.  So, did you go to school with Hamid at all?

20  A.  No.  No.  I didn't study with Hamid in school.

21  Q.  So, how old were you when you met Hamid?

22  A.  What?

23  Q.  How old were you when you met Hamid?

24  A.  You know what, when Hamid came two, three times from

25  America, I met him.  But in 2003, when he came to attend

1    Usman's wedding, at that time our friendship became more

2    deeper.

3    Q.   Okay.  So, prior to 2003, did you know Hamid well?

4    A.   Yes.  Yes.  I knew him.

5    Q.   Were you close friends before 2003?

6    A.   Before 2003, I knew Hamid because of Usman.

7    Q.   But you would not call Hamid a close personal friend prior

8    to 2003?

9    A.   You know what, we were not friends, but you can say that I

10   knew him because it's a very small village, and it's a very

11   good atmosphere, and everybody knows.

12   Q.   So, in 2003, you and Hamid attended Usman's wedding

13   together?

14   A.   Yes.

15   Q.   And that's when you became close friends?

16   A.   We would sit at one place, we would get together, you know,

17   at one place at nighttime.

18   Q.   What made you become close friends with Hamid?

19   A.   Hamid and myself, because of Usman.  Because Usman is my

20   childhood friend.

21   Q.   And would Usman come to your shop a lot as well?

22   A.   Yes, most of the time we would be all together.

23   Q.   And you attended Hamid's wedding, correct?

24   A.   Absolutely.  I was in his wedding.

25   Q.   When you say you were in his wedding, were you in the

1   wedding party?

2   A.   In our -- you know what, in our village, our weddings are

3   very simple because -- because of the -- right.  So, when the

4   wedding procession left, we were together.  During the

5   mealtime, we were together.

6   Q.   You testified that Hamid would occasionally go to 'Pindi in

7   2003 to 2005.  Did you go with him?

8   A.   No, I never went to 'Pindi with him, but I did go to Multan

9   with him.

10  Q.   And you went to Multan to go to Ahmed Nawaz's wedding,

11  correct.

12  A.   Yes, for Ahmed Nawaz's wedding.

13  Q.   And on direct you testified that that happened in 2003?

14  A.   What?

15  Q.   When was Ahmed Nawaz's wedding?

16  A.   You know, 2003, 2004, I do not remember the confirmed date,

17  but I remember that we did go to his wedding.

18  Q.   How did you get invited to Ahmed Nawaz's wedding?

19          THE COURT:  Are we frozen?  No?

20          THE WITNESS:  I didn't understand.

21  Q.   BY MR. YANG:  Did you know Ahmed Nawaz before his wedding?

22  A.   We received the invitation card also from Ahmed Nawaz.

23  Q.   And how were you introduced to Ahmed Nawaz?

24  A.   So, Ahmed Nawaz and my friendship, my maternal uncle used

25  to live in Multan.

1    Q.  And so when you went to Multan, you stayed with your

2    maternal uncle?

3    A.  Yeah.  We would stay with a maternal uncle, and from there

4    the friendship started with Ahmed Nawaz.

5    Q.  Did Hamid stay with you when you went to Ahmed Nawaz's

6    wedding?

7    A.  Yes.  When we went to Ahmed Nawaz's wedding, Hamid was with

8    me, and we stayed there.

9    Q.  And you're familiar with Hamid's mother's family?

10   A.  Yeah.  You know what, I know them, but we do not socialize

11   because we keep a distance.

12   Q.  But Hamid would tell you about his mother's family,

13   correct?

14   A.  You know what, we know in our village, you know, how many

15   members there are.

16   Q.  So you know the name Qari Saeed, Q-A-R-I, Saeed ur Rehman?

17   A.  Yes.

18   Q.  And who was he?

19   A.  Qari Saeed ur Rehman was maternal grandfather.

20   Q.  And he was an important man in Behboodi and Rawalpindi?

21          MS. BOERSCH:  Excuse me.  Objection.  Vague.

22          THE COURT:  Stop.

23      Counsel, vague as to?

24          MS. BOERSCH:  "Important."

25          THE COURT:  Overruled.

1           Are we still connected?

2                   MR. YANG:  I think this time we may be frozen.

3                   THE COURT:  Let's go off the record.

4           (Recess taken, 9:23 p.m. - 9:24 p.m.)

5                   THE COURT:  We're back on the record after a brief

6    off the record period.  We've lost our technical connection to

7    Pakistan, and we're seeing if we can reconnect.  So, we're

8    going to go off the record at this time.

9                   THE INTERPETER:  Interpreter just wants to make one

10   correction.

11        One of the answers of the witness, the distance, it should

12   have been --

13                  THE COURT REPORTER:  I'm sorry?

14                  THE INTERPETER:  V-E-I-L -- veil distance, because

15   of the culture.

16                  THE COURT:  We're back on the record at this time.

17   And is this a correction to an answer from cross-examination by

18   the government?

19                  THE INTERPETER:  Yes, Your Honor.

20                  THE COURT:  And do you recall what question it was,

21   roughly, so we can place it?

22                  THE INTERPETER:  I guess this is the question.  It

23   was asked, do you know the family members?  We do go -- the

24   witness answered, we do go and visit, but because of the --

25   because of the veil distance.  I used the words just the

1    distance, it should have been veil.

2              THE COURT:  What does that mean?

3              THE INTERPETER:  Veil is usually when they cover

4    their faces.  They cover their faces, so the men don't visit.

5              THE COURT:  I wasn't sure if it was -- the Court was

6    unclear as to whether it was the term veil, or if it had some

7    other meaning.

8         We seem to be back, connected to Pakistan.

9         Mr. Yang, you can continue.

10   Q.  BY MR. YANG:  Hamid's maternal grandfather is an important

11   person?

12   A.  Yes.  He -- in our area, he's a very important man.

13   Q.  And you know that he ran a madrasa, correct?

14   A.  Yes.  He ran a madrasa in 'Pindi.

15   Q.  And do you know about Hamid's uncle, Attique ur Rehman?

16   A.  Yes, I know him too.

17   Q.  And he is also an important person?

18   A.  Yes.  Absolutely.  He's an important man.  And he runs

19   elections also.

20   Q.  Do you know what political party he's associated with?

21   A.  Jamiat.

22   Q.  So, that's Jamiat Ulema e-Islam?

23   A.  Ulema e-Islam.  Maulana Fazlur Rehman group.

24   Q.  Do you know the group Jaish-e-Muhammad?

25             MS. BOERSCH:  Excuse me.  Objection.  Beyond the

1    scope.

2                THE COURT:  Stop.  Stop.

3        Sustained.

4    Q.  BY MR. YANG:  Do you also know the group Harakat

5    ul-Mujahideen?

6                MS. BOERSCH:  Objection.  Beyond the scope.

7                THE COURT:  Sustained.

8    Q.  BY MR. YANG:  You stated in your declaration that Hamid did

9    not have any special inclination towards religion.  Do you

10   remember that in your declaration?

11   A.  What?

12   Q.  In your declaration, the statement that was taken on stamp

13   paper --

14   A.  Yes.

15   Q.  -- it says that you said that Hamid did not have any

16   special inclination towards religion.

17   A.  Hamid was not into religion.  He just lived, like, a normal

18   life.

19   Q.  Did he mention that between 1993 and 2000 he studied at

20   his grandfather's madrasa in Rawalpindi?

21   A.  I don't have any knowledge about this.

22   Q.  Did Hamid mention that he memorized the Koran?

23   A.  I mean, he did not study with me, in front of me.  So, he

24   studied in 'Pindi.

25   Q.  Did you ever have contact with Hamid while he was in the

1    United States?

2    A.   No.  I never had a contact in America with him.

3    Q.   And you said you were a tailor?

4    A.   Yes.

5    Q.   What do you sell in your shop?

6    A.   People come and get their clothes sewed, and we sell that.

7    Q.   And what are your hours?

8    A.   In the shop?

9    Q.   Yes.

10   A.   So, approximately 9 o'clock we start, and we close after

11   around 5:00, 5:30.

12   Q.   How many days a week are you open?

13   A.   Our shop is in the village, so it's open every day.  Just

14   Friday -- Friday prayers -- you know, it's closed for Friday

15   prayers.

16   Q.   And this was true in 2003 to 2005?

17   A.   Yes.  Yeah.  For the shop.

18   Q.   Do you have your own family?

19   A.   Yes.  Yes.  I do.

20   Q.   And so you're married?

21   A.   Yes.

22   Q.   And how long have you been married?

23   A.   I got married in 2002.

24   Q.   And do you have -- did you have children in 2003 to 2005?

25   A.   I had one child.

1  Q.  And when was your child born?

2  A.  In 2003.

3  Q.  How close is your shop to the house where Hamid was staying

4  in Behboodi?

5  A.  It's not close.  It's little distance.

6  Q.  Can you estimate the distance?

7  A.  You can reach there in five minutes.  It's a five-minute

8  difference.

9  Q.  Five minutes by car or by walking?

10 A.  No.  No.  No.  Walking.  It's not that far.

11 Q.  In your declaration you talk about a baithak.

12        THE INTERPRETER:  Baithak?

13        MR. YANG:  B-A-I-T-H-A-K.

14        THE INTERPETER:  Can you spell it again?  Baithak.

15        THE WITNESS:  Baithak.  Yes.  Yes.  Yes.

16        MR. YANG:  I'm sorry, can you pronounce it for me?

17        THE INTERPETER:  Baithak.

18 Q.  BY MR. YANG:  So, what is a baithak?

19 A.  Baithak is the area where we all gather and sit together

20 after evening.

21 Q.  Now, in your declaration, are you talking about a specific

22 baithak?

23 A.  I'm talking about the place where we would sit and play

24 cricket.

25 Q.  I guess you're going to have to explain to me how you can

1    sit and play cricket.

2    A.  So, here it is.  We would sit inside, and then outside

3    there was a little small hallway type area, we would just throw

4    ball and play cricket.

5    Q.  So, you weren't playing cricket in the sense that you had

6    to field anything, you were simply bowling and trying to bat

7    the ball?

8    A.  See, when we would play in the field, we would do that

9    around, like, 5:30 in the evening.  When we would sit down, we

10   would just talk, gossip, and then play a little bit.

11   Q.  And the baithak is generally for men, right?

12   A.  What?  The baithak is?

13   Q.  Generally for men, right?

14   A.  Yes.  Yes.  Yes.  Only for men.

15   Q.  And does someone own the baithak?

16   A.  What?

17   Q.  Is there only one in Behboodi?

18   A.  No.  No.  There are a lot of baithaks there, but we're

19   talking about this baithak.

20   Q.  When you say "this baithak," what do you mean?

21   A.  It is where we sit, all of us sit together.  We would get

22   together.

23   Q.  But are you talking about one specific baithak?

24   A.  Yes.

25   Q.  Where was that located?

1  A.  That is -- that is two, three minutes away from Hamid's

2  house.  It comes right in the middle.

3  Q.  And you said that Hamid played cricket in the afternoon.

4  Where did he play cricket?

5  A.  You know what, it's near -- actually, I gave the picture to

6  Amna.  And I had Amna visit there too.

7  Q.  But it's a field?

8  A.  Yes.  Yes.  It's a field.

9  Q.  And when he played in the afternoon, who did he play with?

10 A.  All the guys -- boys from the village.  We would get

11 together.

12 Q.  So, would you leave your shop to go play cricket with him?

13 A.  See, this is the -- the other time, that's at 5:30.  We

14 would close the shop and then we would come.

15 Q.  And so in your declaration when you say that Hamid played

16 cricket in the afternoon, you're talking about after Asr?

17 A.  You know what, this is the time -- this is, I guess, when

18 we told them.  They wrote it afternoon, but it's the Asr time.

19 Asr means in the evening.

20 Q.  If Hamid was so easy to scare, why did he play cricket?

21 A.  You know what, we would not play the cricket with the hard

22 ball, we would play with the tennis ball, so that was not an

23 issue at all.

24 Q.  But you still played with a bat, correct?

25 A.  Yes, you always have a bat and a ball.

1    Q.  Do you know Jaber Ismail?

2    A.  Who?

3    Q.  Jaber Ismail.

4    A.  He was Hamid's cousin.

5    Q.  Did you see him every day?

6    A.  No.  I was not seeing him every day.  I mean, if he --

7    sometime if I see him -- so, he was not close.  We live in the

8    same area.  See, if we can spot him on the way, or street,

9    that's different.

10   Q.  But he was not playing cricket every day with you?

11   A.  Sometimes he can fall sick, or something else, but our

12   routine was pretty much playing every day.

13   Q.  So, Jaber Ismail, did he play cricket with you every day?

14   A.  No, he did not play cricket with us.

15   Q.  Did he come watch?

16   A.  He may have seen us many times.

17   Q.  But you don't remember specifically?

18   A.  No, I do not.

19   Q.  Do you remember Jaber Ismail going to the baithak every

20   day?

21   A.  No.

22   Q.  When did you find out, or did you ever find out, that Hamid

23   got in trouble?

24        MS. BOERSCH:  Excuse me.  Vague as to "trouble."

25        THE COURT:  Sustained.

1    Q.  BY MR. YANG:  Did you ever find out that Hamid was

2    arrested?

3    A.  Found out after he had been arrested.

4    Q.  How did you find out?

5    A.  When he got arrested -- when he got arrested, the whole

6    world came to know about it.

7    Q.  Did you find out soon after he got arrested?

8    A.  After, like, when he got arrested, we used to, like, sit

9    down together, me and Usman, so Usman told me about it.

10   Q.  Who else did you talk to about Hamid's arrest?

11   A.  No, I did not talk to -- did not talk to anybody else, but

12   I felt, kind of, sorrow.

13   Q.  So, the only other person you talked to about Hamid's

14   arrest was Usman?

15   A.  Usman had talked to me about it.  And after that the

16   whole -- the village was kind of in very serious state about

17   this.  It's a very small place.

18   Q.  Did you talk to anyone in Hamid's family after you found

19   out about the arrest?

20   A.  So, basically, we expressed our sorrow about that with his

21   family.

22   Q.  To who in his family?

23   A.  Usman was there.  And his maternal uncle.

24   Q.  Which maternal uncle?

25   A.  Qari Attique.  Yes.

1   Q.  Did you ever meet Raheela Hayat?

2   A.  No.

3   Q.  You said in your declaration that Hamid would come by your

4   shop once or twice a week?

5   A.  Yes.  Yes.

6   Q.  What time of day would he come by the shop?

7   A.  Around, approximately, morning time, 10:00 to 11:00.

8   Around there.

9   Q.  And he would stay for one or two hours?

10  A.  Yes.  Certainly.

11  Q.  And would you eat together?

12  A.  No.  I mean, not -- not eat in the shop, but we would go to

13  the house at about 12:00, 12:30.

14  Q.  When you say "go to the house," whose house are you going

15  to?

16  A.  I mean, he would go to his own house.  I'd go to my house.

17  Q.  Was Hamid working between 2003 and 2005?

18  A.  No.

19  Q.  Do you know what he would do all day?

20  A.  That I do not know.

21  Q.  Do you know how Umer Hayat was making a living during 2003

22  and 2005?

23  A.  So, I don't know what his source was, I'm just telling

24  information what I have from the village.

25  Q.  And what is the information that you have?

1    A.   That, you know, he was a -- a good boy, and that, you know,

2    he would sit with us, he would play with us.

3    Q.   Are you familiar with the holiday called Iqbal Day?

4    A.   Which place?

5    Q.   It's a national holiday in Pakistan.  It commemorates a

6    poet.

7    A.   It used to be before.  Amal Iqbal, yes.

8    Q.   But it's a holiday in Pakistan?

9    A.   It used to be celebrated before, I don't think it's now.

10   Q.   Did Hamid Hayat ever show you a scrapbook of his?

11   A.   No.

12   Q.   Do you know Muhammad Anas?

13   A.   Yes.

14   Q.   And you saw him today?

15   A.   Yes.

16   Q.   Did you arrive together?

17   A.   Yes.

18   Q.   Have you talked to Muhammad Anas before today?

19            MS. BOERSCH:  Excuse me.  Objection.  Overbroad.

20   Vague as to time.

21            THE COURT:  Stop.

22      I'm sorry, what was the objection again?

23            MS. BOERSCH:  Overbroad as to time.

24            THE COURT:  Sustained.

25   Q.   BY MR. YANG:  Did you talk to Muhammad Anas before your

1    testimony today?

2    A.  I'm giving testimony as my own.

3    Q.  Did you ever talk to Muhammad Anas about your testimony?

4    A.  No.

5    Q.  Before you gave your declaration --

6    A.  Yes.

7    Q.  -- how did Amna and Maryam contact you?

8    A.  I was at the shop, and then some person came to me and he

9    said there are some guests, so come over.

10   Q.  Who was that person?

11   A.  He was somebody in the village.  Some person.

12   Q.  Did you know that person?

13   A.  Yes.

14   Q.  What was that person's name?

15   A.  Saeed.  Yes.  Yes.

16   Q.  How do you know Saeed?

17   A.  He's my neighbor.

18   Q.  And you say that when Hamid would go to Rawalpindi, he had

19   a driver?

20   A.  Yes.

21   Q.  Was it the same driver every time?

22   A.  So, almost every time they had his driver, a boy called

23   Asam Nassar.  Nassar would drive them.

24   Q.  And you say Nassar was a boy?

25   A.  Yes.

1    Q.  In 2003, about how old was Nassar?

2    A.  So, I don't know.  Two or three years younger than me.

3    Right now he would be about 35.

4    Q.  And you consider Hamid Hayat a close friend, correct?

5    A.  Yes.  Yes.

6    Q.  And you want to help him, right?

7    A.  Yes.

8    Q.  And you would do whatever you can to help him, right?

9    A.  Yes, with God's grace.

10   Q.  And you would say whatever you could to help him as well,

11   too?

12   A.  Yes.  I'll say with God's grace.

13        MR. YANG:  One moment.

14      (Pause in proceedings.)

15        MR. YANG:  No further questions, Your Honor.

16        THE COURT:  Any redirect?

17        MS. BOERSCH:  Just briefly, Your Honor.

18        MR. YANG:  Thank you.

19        THE COURT:  Thank you.

20                    REDIRECT EXAMINATION

21   BY MS. BOERSCH:

22   Q.  Mr. Rafaqat, it's Martha Boersch again.

23   A.  Yes.

24   Q.  You would not lie for Hamid Hayat, would you?

25   A.  No, I would not speak a lie.

1              MS. BOERSCH:  Nothing further.

2              THE COURT:  Mr. Yang?

3              MR. YANG:  Nothing further.

4              THE COURT:  Ms. Boersch, is this witness excused?

5              MS. BOERSCH:  Yes, Your Honor.  Thank you.

6              THE COURT:  Thank you, sir.  You're excused from

7    testifying at this time.  You're finished.  You're done.  Thank

8    you.

9              THE WITNESS:  Okay.

10             THE COURT:  Why don't we -- let's not disconnect yet.

11        Counsel for petitioner, we have two witnesses for tomorrow

12   night, correct?

13             MS. BOERSCH:  Correct.

14             THE COURT:  So no further witnesses for this evening?

15             MS. BOERSCH:  None further tonight.  And tomorrow

16   night, I believe we'll be starting at the same time, 6:30 p.m.

17   our time and 7:30 a.m. in Pakistan.

18             THE COURT:  That is correct?

19             MS. BOERSCH:  Correct, Umer?

20             MR. GILANI:  Yes, that is correct.

21             MS. BOERSCH:  Thank you.

22             THE COURT:  Thank you, sir, for allowing us to use

23   your facilities in taking testimony.  We appreciate it.

24             MR. GILANI:  Happy to be a participant in the

25   administration of justice in the United States.

1                    THE COURT:  We all are.  If you could disconnect the

2      feed at this time.  We're going to disconnect you.  You're free

3      to go about your day, and we'll see you tomorrow evening

4      California time.

5          All right.  Before everyone disbands, real quickly, I'd

6      like to just reiterate, I'd like the lawyers here tomorrow by

7      6 -- let's say 6:15, and be prepared to discuss and think

8      about -- to think about, maybe even confer if you can, and be

9      prepared to give the Court some parameters as to how much time

10     you'll need for briefing.  I have gotten a very rough estimate

11     for transcripts, potentially within 30 days of the end of our

12     evidentiary hearing, which would be tomorrow.

13         So, Kimberly, is that still a relatively accurate

14     guesstimate?

15                    THE COURT REPORTER:  Yes.

16                    THE COURT:  Assume for discussion purposes the

17     transcripts will be ready within 30 days.

18                    MS. BOERSCH:  Thank you, Your Honor.

19                    MR. ESPINOSA:  Thank you, Your Honor.

20                    THE COURT:  Thank you all.  And thank you, everyone,

21     for making tonight happen.  And we'll see everyone here

22     tomorrow at 6:15.

23                    MS. BOERSCH:  Thanks to the court staff.

24                    MR. YANG:  Happy valentine's day.

25                    THE COURT:  You mean to me, Mr. Yang?

1          MR. YANG:  No, to everyone.

2          THE COURT:  I can echo Mr. Yang's sentiment.  And I

3    want to thank the government as well.

4          MR. ESPINOSA:  Absolutely.

5              (Proceedings adjourned, 10:04 p.m.)

6                     ---oOo---

7    I certify that the foregoing is a correct transcript from the

8    record of proceedings in the above-entitled matter.

9

10                        /s/ Kimberly M. Bennett
                          KIMBERLY M. BENNETT
11                        CSR No. 8953, RPR, CRR, RMR

12

13

14

15

16

17

18

19

20

21

22

23

24

25