1                    IN THE UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
2

     United States of America,
3        Plaintiff/Respondent,          Sacramento, California
                                         No. 2:05-cr-00240
4    vs.                                 Thu., Feb. 15, 2018
                                         6:23 p.m.
5    Hamid Hayat,
         Defendant/Petitioner.
6    _____/

7                    TRANSCRIPT OF EVIDENTIARY HEARING
                                VOLUME 7
8         BEFORE THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE
                              ---oOo---
9

     APPEARANCES:
10

        For the Plaintiff/Respondent:   United States Attorney
11                                       501 I Street, Suite 10-100
                                         Sacramento, California  95814
12                                       By:  Andre M. Espinosa
                                         Roger Yang
13                                       Assistants U.S. Attorney

14      For the Defendant/Petitioner:   Riordan and Horgan
                                         523 Octavia Street
15                                       San Francisco, CA  94102
                                         By:  Dennis P. Riordan
16                                       Donald Horgan
                                         Layli Shirani
17                                       Attorneys at Law

18                                       Boersch Shapiro, LLP
                                         1611 Telegraph Avenue
19                                       Suite 806
                                         Oakland, CA  94612
20                                       By:  Martha Boersch
                                         Farah Rizvi
21                                       Attorneys at Law

22      Official Court Reporter:        Kimberly M. Bennett,
                                         CSR, RPR, RMR, CRR
23                                       501 I Street
                                         Sacramento, CA 95814
24

     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription

1          (Call to order of the court, 6:23 p.m. )

2               THE CLERK:  Calling Criminal Case 05-240; United

3     States versus Hamid Hayat.

4          Your Honor, this matter is on calendar for evidentiary

5     hearing.

6               THE COURT:  Thank you.  Good evening, everyone.

7          Counsel, could you please state your appearances for the

8     record.

9               MR. ESPINOSA:  Good evening, Your Honor.  Andre

10    Espinosa and Roger Yang for the United States.

11              THE COURT:  Good evening.

12              MR. HORGAN:  Good evening, Your Honor.  Donald

13    Horgan, Martha Boersch, Dennis Riordan, Layli Shirani and Farah

14    Rizvi for petitioner.

15              THE COURT:  Our interpreters.

16              THE INTERPETER:  Kamal Judge, registered Urdu

17    interpreter, previously sworn.

18              THE INTERPETER:  Hardip Judge, registered Urdu

19    interpreter, previously sworn.

20              THE COURT:  Good evening, everyone.

21         I want to thank everyone for getting here a few minutes

22    early because, as we all know, the main attraction this evening

23    is taking testimony from witnesses via video conference from

24    Pakistan, but I asked everyone to come a little bit earlier so

25    we can address some housekeeping issues before our session so

1    that we can all leave as soon as possible when we're done with

2    the testimony.

3        I confirmed with the court reporter that the transcripts

4    should be ready within 30 days of today's date.

5            THE COURT REPORTER:  Within 30 days of when they

6    order.

7            THE COURT:  Do I assume correctly someone is going to

8    be ordering the transcripts?

9            MR. RIORDAN:  Yes, Your Honor.

10           MR. ESPINOSA:  Yes.

11           THE COURT:  All right.  And how soon can you place

12   that order?

13           MR. RIORDAN:  Tomorrow morning, Your Honor.

14           THE COURT:  Kimberly, will that work?

15           THE COURT REPORTER:  That's fine.

16           THE COURT:  Assuming the order is placed tomorrow,

17   that is February 16th, that means the transcripts will be ready

18   by March 16th, I believe that's a Friday.  So, with that said,

19   have the parties had an opportunity to talk about how long they

20   need for briefing?

21       I'll start with the petitioner, because you would do the

22   opening brief -- prepare the opening brief.

23           MR. RIORDAN:  Yes, Your Honor.  We have had a brief

24   discussion with the government.  We thought that a good

25   briefing schedule would be for the opening brief to be due 30

1   days after the transcripts are available.  I don't know if it's

2   the practice of the Court -- or the court reporter to provide

3   anything on a rolling basis, but if that were possible --

4           THE COURT:  "A rolling basis" meaning?

5           MR. RIORDAN:  That is, if some transcripts were

6   available earlier than the 30th day, we'd welcome getting them.

7   But if they're -- nonetheless, the deadline would be 30 days

8   after the receipt of the transcript, which would be 60 days

9   from today.

10          THE COURT:  All right.  Actually, in terms of rolling

11  transcripts, I'll leave that between the parties and our court

12  reporter.  I don't feel the need to get involved with that.

13      For the Court's purposes, we're going to anticipate 30 days

14  from the date the transcripts are ordered.

15          MR. RIORDAN:  And if I can speak for the government,

16  from our discussion, the government would then have 30 days to

17  do a responsive brief, and we would ask for 15 days to do a

18  reply brief.

19          THE COURT:  All right.  Mr. Espinosa, does that

20  comport with your memory of your discussion with counsel?

21          MR. ESPINOSA:  Yes, Your Honor, it does.

22          THE COURT:  And we'll be issuing an order that will

23  reflect what you all have discussed.  So, thank you very much,

24  both parties, it makes the Court's job a lot easier.

25      And please pay close attention to the scheduling order,

1  there may be some additional direction to the parties about the

2  preparation of the brief that will aid the Court in its review

3  of the materials in this case.

4      All right.  Before we get -- well, we're not scheduled to

5  get connected with Pakistan for another five minutes.  Is that

6  right, Richard?

7          MR. ARENDT:  That's correct, judge.

8          THE COURT:  I have a preamble reminder of how the

9  testimony should come in, etc., to make sure we have a clear

10  record, but it might be helpful if we have our Pakistani folks

11  on the line.

12      But, instead of just waiting, I'll go ahead and go over

13  some of the reminders with the parties, and we can bring it up

14  with the witnesses as well.

15      Do I understand correctly, Mr. Riordan, that petitioner has

16  one witness who is a native Urdu speaker -- they both are

17  native Urdu speakers, but one of your witnesses speaks English;

18  is that correct?

19          MR. RIORDAN:  Yes, Your Honor.  The plan is to call

20  Dr. Fahim first, he would testify in English, and his wife,

21  Tayyaba, would testify in Urdu.

22          THE COURT:  All right.  If -- there has been a

23  concern raised to the Court that if Dr. Fahim's English,

24  especially through the video, if there are difficulties

25  understanding it, we may have to switch to an interpreter.  Is

1    that something that you have contemplated?

2              MR. RIORDAN:  We hadn't discussed it, Your Honor.  I

3    can't imagine it would be a problem.  We could deal with the

4    problem when it arises, and I'm sure we can do it immediately.

5              THE COURT:  I just want to give folks a heads up that

6    we, unfortunately, don't have subtitles.  So, for some of our

7    ears who aren't used to accents from that part of the world,

8    we'll just play that by ear, and hopefully that issue does not

9    come up.

10       I'm going to remind all parties, the questioners, and we'll

11   remind the witnesses before they begin, to take extra care in

12   not speaking over each other.  The translations will be

13   happening consecutively, not simultaneously, and we need to

14   give time for the translators to translate so that we have a

15   good, clear record.  If you have particularly long questions,

16   please break them up so that the interpreters can translate as

17   you go along.

18       Otherwise, I thought -- shy of a couple of technical

19   difficulties last night, I thought it went as smooth as it

20   possibly could.

21       Do either of the parties have any concerns they want to

22   bring to the Court's attention?

23       Mr. Espinosa, anything from the government?

24              MR. ESPINOSA:  No.  Since we're in housekeeping, sort

25   of, mode, I'll mention that I intend to send Mr. Riordan,

1  tomorrow, copies of the finalized stipulations.  Once he signs

2  off on them, I'll get them filed tomorrow.

3              THE COURT:  Are these the stipulations we've

4  discussed in the -- earlier in the evidentiary hearing process?

5              MR. ESPINOSA:  Yes, Your Honor.

6              THE COURT:  Great.  Thank you so much.

7     Anything else?

8              MR. ESPINOSA:  I think we have agreement on those,

9  and it's just a matter of making sure that the specific wording

10 is correct.

11             THE COURT:  Sounds good.

12    Anything else, Mr. Espinosa?

13             MR. ESPINOSA:  Nothing else.

14             THE COURT:  Mr. Riordan, any other housekeeping or

15 issues of concern before we get started?

16             MR. RIORDAN:  Just this, Your Honor:  The attorney

17 Gilani was sent one phone number for the session this evening.

18 Out of an excess of caution, that was changed to a second phone

19 number, so I'm hoping those messages have been conveyed to him.

20 But I'm just hoping, as we begin, that we're right on target.

21 But if we're not, I think we can quickly sort out the phone

22 number issue.  But he has received the correct phone numbers

23 both from the court, and Richard, and from ourselves.

24             THE COURT:  Great.  Like I said, I thought, shy of a

25 little bit of a glitch, it actually went fairly smoothly last

1    night.  So, we're going to hope for the same thing this

2    evening.

3        Also, for the folks who are visiting and watching the

4    proceedings from the public, just a reminder that no cell

5    phones, no recording, no photos, etc.  So, please be respectful

6    of that.

7        I have 6:30.  Richard, are we just waiting for them to dial

8    in?  We'll give it a few minutes.  And if I need to leave the

9    bench so that they'll dial in immediately, I will do that.

10       We're off the record.

11       (Recess taken, 6:31 p.m. - 6:32 p.m.)

12           THE COURT:  Let's go back on the record.  We are back

13   on the record.

14       Hello.  Can you hear us in Pakistan?

15           MR. GILANI:  We can hear you.  Thank you.

16           THE COURT:  Good morning in Pakistani time, good

17   evening in California Pacific time.

18       All right.  I assume you have no difficulties hearing us?

19           MR. GILANI:  We can hear you perfectly.

20           THE COURT:  As we can hear you.

21       Can we get the camera trained on the podium and the witness

22   box, just in case we need to have the interpreter for the first

23   witness?

24       Counsel, can you call your first witness, please.

25           MR. HORGAN:  Petitioner would call Dr. Fahim Ud Din.

1              THE COURT:  Dr. Fahim.

2              THE WITNESS:  Yes.

3              THE COURT:  I understand -- this is Judge Barnes here

4     in California.  I understand that you do speak English

5     fluently; is that right?

6              THE WITNESS:  Yes.  I will try to speak English, but

7     it's not my mother tongue.  And if I get some problem with the

8     accent problem, then I will refer to the interpreter.

9              THE COURT:  We have Urdu interpreters here in the

10    courtroom.  Why don't we start off with the -- would you feel

11    more comfortable speaking in Urdu during this process?  Because

12    we have --

13             THE WITNESS:  I think I --

14             THE COURT:  I'm sorry.

15             THE WITNESS:  I -- yes, madam, I will speak in

16    English.  And if I get some problems, I may refer to

17    interpreter for help.

18             THE COURT:  That is amazing, and I'm always impressed

19    with folks who are multilingual; however, I think, just to be

20    cautious, I'm going to have you utilize the Urdu interpreter

21    because we need to have one -- it's helpful for the record to

22    have the witness speak in one language throughout.  Does that

23    make sense to you?

24             THE WITNESS:  All right.

25             THE COURT:  All right.  I would like to remind the

1  witness that the interpretation will be consecutive, so it's

2  very important to answer in short pieces so the interpreter can

3  let the Court know all of what you said in English.  And here

4  in California, we're all going to work very hard to speak one

5  at a time.  All right?

6                    THE WITNESS:  All right.

7                    THE COURT:  Counsel, please begin.

8                    MR. HORGAN:  Thank you.

9                    THE COURT:  Hold on.  Will the court clerk please

10 swear in the witness.

11                   THE CLERK:  Will you please raise your right hand and

12 repeat after me.

13      (The Witness, FAHIM UD DIN, is sworn.)

14                   THE WITNESS:  Yes.  Yes.

15                          DIRECT EXAMINATION

16 BY MR. HORGAN:

17 Q.  Good morning, Dr. Fahim.

18 A.  Good morning.

19 Q.  I'd like to introduce myself.  I am Donald Horgan, and I'm

20 one of the attorneys for Hamid Hayat.

21 A.  Okay.

22 Q.  Dr. Fahim, can you tell us your relationship to Hamid

23 Hayat?

24 A.  He is my wife's nephew.

25 Q.  And where do you live?

1  A.  I live in Rawalpindi, also.  And I do have a house in

2  Attock.

3  Q.  And what is your profession?

4  A.  As a profession, I am a doctor.

5  Q.  Are you a particular kind of doctor?

6  A.  In 1998 I got a diploma in child care.

7  Q.  So, you are a pediatrician?

8  A.  I'm working as a pediatrician.

9  Q.  Thank you.  So, for about 25 years, since 1998; is that

10  correct?

11        THE COURT:  Dr. Fahim, we need you to speak in Urdu

12  because we do have the interpreter.  And I know you can

13  understand some of the questions in English, and I know it

14  probably feels a bit awkward, but the court reporter will only

15  take down the answers if they're coming from the interpreter.

16  We just want to ensure we get every word.  So, even though you

17  may understand the questions given to you in English, please

18  wait for the interpreter and give your answers in Urdu.  So

19  let's give that a try.  Thank you.

20  Q.  BY MR. HORGAN:  Okay.  Dr. Fahim, I'm going to ask this

21  question again.

22        How long have you been a pediatrician?

23  A.  1989 I did graduation.  At that time, also, I was taking

24  care of the kids.

25  Q.  And then --

1    A.   No.   Sir, the time was in 1987.  That's the time that I did

2    the graduation.  And in 1998 I did the diploma in child health.

3    Q.   Okay.  Thank you.

4         Dr. Fahim, do you remember spending time with Hamid Hayat

5    when he lived in Pakistan as a young boy?

6    A.   Yes, I remember.

7    Q.   And right now I'm speaking up to the time period up to

8    about the year 2000.

9    A.   Yes.

10   Q.   Where were you living then?

11   A.   As I mentioned, that I lived three days in Rawalpindi and

12   then rest of the days I spent in my village.

13   Q.   And where was Hamid living during that period?

14   A.   Hamid was in Rawalpindi.  And then he would come with his

15   aunt Asma in a vehicle.  Yes.

16   Q.   To Behboodi?

17   A.   Yes.

18   Q.   Can you describe Hamid's personality when he was a young

19   boy?

20   A.   As well as I remember, he was a very shy boy.  And, you

21   know what, he could not -- he was having a hard time making

22   decision, and he would be always behind compared to other --

23   other boys, you know.  And even his younger brother would

24   defeat him in a fight, or, like, young kids when they play

25   around.

1   Q.  Yes.  Dr. Fahim, do you recall an episode in about the year

2   2000 when Hamid got seriously ill?

3   A.  It's been such a long time.  I think the time was around in

4   March.

5   Q.  Of the year 2000?

6   A.  Yes.  Year 2000.

7       And we have Islamic festival, Eid ul Adha.  That's our

8   Islamic festival during that time.

9   Q.  And that's about the time he got ill; is that correct?

10  A.  Yes.  Yes.  During that time he got sick.

11  Q.  Where were you living when this happened?

12  A.  This was 24 to 48 hours before Eid, and at that time I was

13  in Rawalpindi.

14  Q.  And where were you working at the time that he got ill?

15  A.  There is a small town called Kahota, it's a little bit

16  farther away from 'Pindi, so I was working there as a

17  pediatrician.

18  Q.  And how did you learn that Hamid had become ill?

19  A.  His aunt Asma called.

20  Q.  And what did you learn from his aunt Asma?

21  A.  I learned, you know, that he is sick.  And this is the time

22  of Eid, and the hospitals -- because of the holidays, local

23  hospitals were closed there.

24  Q.  Okay.  And do you know where Hamid was taken?

25  A.  Shifa International Hospital, Islamabad.

1    Q.  Did he go to any other medical facility before going to

2    Shifa International Hospital?

3    A.  Yeah, he did go to his local doctors there, but then he did

4    not get better, so in an emergency he was taken to Rawalpindi.

5    Q.  Did you see him at any point before he was taken to Shifa

6    International Hospital?

7    A.  Yes.  At home, when he first came to our house, I was the

8    one who saw him first.

9    Q.  And what did you notice about his condition?

10   A.  He was conscious, semiconscious.

11   Q.  Anything else?

12   A.  He was violent and he was losing his memory.  And I just --

13   he was not in his senses, so his expressiveness was also

14   affected.

15   Q.  As a physician, did you have any idea what he might be

16   suffering from?

17   A.  So I saw the symptoms that you see in children, and it

18   looked like meningitis, and that's why he was referred to the

19   emergency.

20   Q.  Are you speaking about the emergency ward at Shifa

21   International Hospital?

22   A.  Yes.  Absolutely.

23   Q.  And what happened when he was taken to Shifa International

24   Hospital?

25   A.  I, myself, went with him to emergency.  And then he had CT

1  scan done and lumbar puncture.  And all the necessary tests

2  were done.  And this was during midnight.

3  Q.  And did you discuss with the doctors at the Shifa Hospital

4  what you knew about Hamid's condition?

5  A.  Yes.  Yes.  Absolutely I discussed about it.  And then he

6  was admitted in ICU.

7  Q.  Were any tests done to determine Hamid's condition at the

8  hospital?

9  A.  Yes.  As I mentioned before, the CT scan was done, and the

10 lumbar puncture.  These are the two big tests.

11 Q.  And what did the tests disclose?

12 A.  We were told that he has acute pyogenic meningitis.  And

13 this is serious.

14 Q.  Is that a form of --

15 A.  Acute pyogenic meningitis, and it's acute bacterial.

16 Q.  A bacterial form of meningitis?

17 A.  Yes.  Yes.  Absolutely.  Absolutely.

18 Q.  Do you remember how long Hamid was hospitalized?

19 A.  So, he was admitted in the ICU for two to three days.  And

20 then after that he was shifted to ordinary ward.

21 Q.  How long altogether did he spend at Shifa International

22 Hospital?

23 A.  And then he stayed in the hospital for one week.  And then

24 after that he would go back for the followup.

25 Q.  Did you help Hamid deal with the followup, or with any

1   other steps -- let me start that again.

2        Did you help Hamid with the followup at Shifa

3   International?

4   A.   You know, naturally, because I was keeping an eye on him.

5   I don't think I went back to Shifa with him again, but I did

6   keep an eye on him.

7   Q.   Okay.  I think before you said that acute pyogenic

8   meningitis is a serious condition; is that correct?

9   A.   Yes.  You know, a lot of time it can be deadly.

10  Q.   If it's not deadly, can it have lasting effects on the

11  person who suffers from it?

12  A.   Yes.  Yes.  Absolutely.  Yes.  Many times it can.

13  Q.   What kinds of effects can the disease have on the patient?

14  A.   So, the effects can be -- the effects could be different

15  types.  You know what, it can -- it can affect your mental

16  condition, and your sight also can stop working.

17  Q.   What about your --

18  A.   This can affect the person's memory, the person's thinking,

19  and the person's capability of tolerating anything.  It can

20  have those kind of effects.

21  Q.   Did you know about all those potential effects of

22  meningitis at the time that Hamid got ill in 2000?

23  A.   Absolutely.  I had the knowledge.  Why would not I have

24  that knowledge?  I am a doctor.

25  Q.   Okay.  Thank you.

1       Did Hamid exhibit any -- appear -- let me start over.

2       Did Hamid appear to show any negative effects from his bout

3    with meningitis?

4    A.  Yes.  I felt that, you know, he had become very irritable.

5    And, yes, it has -- it had affected his memory too.

6    Q.  What about his ability to think?

7    A.  He was weak before also, but now he was more weaker.

8    Q.  And after he got meningitis, did he return to the United

9    States sometime after that?

10   A.  Yes.  When he felt little bit better, then went to America

11   and his treatment was done also in America.

12   Q.  And do you recall seeing Hamid -- did Hamid return to

13   Pakistan at a later time?

14   A.  Yes.  Absolutely, he did.

15   Q.  And do you remember when that was?

16   A.  I think -- I think this was around 2003, 2004.  2003, 2004.

17   Q.  And do you remember when he left Pakistan -- he arrived --

18   you said he arrived around 2003, 2004, do you remember when he

19   left Pakistan?

20   A.  Yes.  After his wedding, then they went back.

21   Q.  Would that have been around 2005 sometime?

22   A.  Yes.  Yes.  Absolutely.

23   Q.  And where were you living between 2003 and 2005?

24   A.  I had the same routine for last 19-20 years.  Three to four

25   days I am in 'Pindi, and the rest of the days I'm in my

1    district.

2    Q.  Did you say in your district?

3    A.  Yeah.  Yeah.  What I meant to say was my native town, that

4    area.

5    Q.  In Behboodi; is that correct?

6    A.  You know what, my actual village is not Behboodi, it's next

7    to.

8    Q.  Okay.  And that is -- what is the name of that village?

9    A.  D-A-M-A-N.  Daman.

10   Q.  And that is fairly close to Behboodi; is that correct?

11   A.  Yes.  Yes.

12   Q.  Dr. Fahim, where were you working during that period?

13   A.  Sir, are we talking year 2000?

14   Q.  No.  I'm sorry.  We're talking about the period between

15   2003 and 2005.

16   A.  At that time I was in my native district.

17   Q.  And that is where?

18   A.  It's still there, District Attock.

19   Q.  Okay.  Did you regularly see Hamid during this period

20   between 2003 and 2005?

21   A.  Yes.  Absolutely.  I was seeing him.

22   Q.  About how often did you see him, would you say?

23   A.  It's been such a long time, I don't remember exactly, but I

24   can say that every week or ten days later I would see him, or

25   maybe every two weeks.

1  Q.  And do you remember how Hamid spent his time when you saw

2  him?

3  A.  You know, after his illness, then he got married, but he

4  would stay at home most of the time.

5  Q.  Did he go out and do any activities at all?

6  A.  So, he would play cricket, or would hang out with his

7  friends and just chitchat.

8  Q.  Would you personally meet with him and spend time with him?

9  A.  Yes.  He was our family member.  Obviously, yes, I would

10  meet -- I would meet him.

11  Q.  Dr. Fahim, I'm just going to switch to a different overall

12  question.  And I'm asking this about the period between 2003

13  and 2005.

14  A.  Okay.

15  Q.  Is it possible, Dr. Fahim, that you did not see Hamid Hayat

16  in Behboodi or Rawalpindi for a period of three months during

17  that period?

18  A.  Oh, for God's sake, no.

19  Q.  Why do you say that?

20  A.  No.  Because I would see him every week, ten days.  He

21  could not get out from his home alone.

22  Q.  Did he -- did he like to travel alone?

23  A.  God as the witness, I have not seen him alone in any --

24  anywhere.

25  Q.  When he would go --

1   A.  I have never seen him alone in any public transport.

2   Q.  Do you remember people going with him when he would travel?

3   A.  Yes.  His family would be with him, or his very close

4   friends.

5   Q.  Okay.  Doctor, this is another topic.

6   A.  Go ahead.  It's okay.

7   Q.  Yes.  Do you recall meeting with Amna Hassan and Maryam

8   Ahmed about four years ago, in 2014, in connection with this

9   case?

10  A.  Yes, I met them.

11  Q.  And did they --

12  A.  I met them.  Yes, I met them.

13  Q.  Did you explain -- did they explain to you the reason for

14  their visit?

15  A.  Yes.  They told me that they have come from Lahore, and

16  they want to inquire about Hamid's childhood and the illness.

17  Q.  Doctor, at that time you signed a declaration under oath,

18  correct?

19  A.  Yes, absolutely, I did.

20  Q.  And, doctor, I want to ask you about one entry near the end

21  of that declaration.

22  A.  Yes.  Go ahead.

23  Q.  Yes.  In the declaration you are discussing Hamid Hayat's

24  time in Pakistan between 2003 and 2005, and you then stated

25  that, quote, I met him, Hamid, almost weekly for the entire

1   duration of his stay, so it is not possible that he left the

2   village, and then you put in parentheses, Balakot, for more

3   than two weeks.

4   A.  Yes.  It's all correct.

5   Q.  Did you mean to --

6           THE INTERPETER:  I'm sorry, sir.  He's still saying

7   something.

8           THE WITNESS:  So, yes, I was seeing him every week

9   because, you know what, I was three, four days in 'Pindi, and

10  the rest of the days in this area.

11  Q.  BY MR. HORGAN:  Did you mean --

12  A.  And I would greet him.

13  Q.  Did you mean to state that it is not possible that he left

14  Balakot for more than two weeks, or did you mean to say he did

15  not leave Behboodi, the village of Behboodi, for more than two

16  weeks?

17  A.  He did not leave his village, Behboodi.

18  Q.  So, the term "Balakot" was an error; is that correct?

19  A.  Yes, it's an error.

20  Q.  Okay.  Putting aside that error, were you truthful in the

21  declaration that you signed?

22  A.  Yes.  Yes.  Whatever knowledge I have, and whatever I

23  talked about it, it was all the truth.

24  Q.  Okay.  And did Amna Hassan or Maryam Ahmed, or anyone else,

25  tell you what to say in that declaration?

1   A.  Not at all.

2   Q.  And were you available to discuss all of these matters that

3   we've talked about today back in 2005 and 2006?

4   A.  Yes.

5   Q.  And would you have been willing to give testimony on Hamid

6   Hayat's behalf if asked by Hamid's attorney in 2006?

7   A.  Absolutely ready.

8           MR. HORGAN:  Thank you, Your Honor.  That's all I

9   have.

10          THE COURT:  All right.  I don't know who is

11  cross-examining.

12      Mr. Espinosa, are you ready?

13          MR. ESPINOSA:  Yes, Your Honor.

14          THE COURT:  Mr. Espinosa, please introduce yourself

15  to the witness before you begin.

16                          CROSS-EXAMINATION

17  BY MR. ESPINOSA:

18  Q.  Good morning, sir.

19  A.  Good morning, sir.

20  Q.  My name is Andre Espinosa, and I represent the government

21  of the United States.

22  A.  Yes.

23  Q.  Sir, you are Hamid Hayat's uncle through marriage; is that

24  correct?

25  A.  Yes.  My wife is his aunt.

1  Q.  Now, you testified on direct examination with the previous

2  lawyer about where you were living between 2003 and 2005; do

3  you remember that?

4  A.  Yes.  Yes.

5  Q.  And I think I recall you saying that you spent several

6  days, three or four days, in Rawalpindi; is that correct?

7  A.  Three days.  Mostly.

8  Q.  And then the rest of the week you spent in another

9  location, and I think you said the name D-A-M-E-N [sic]; is

10  that correct?

11  A.  Yes.  Yes.  It's absolutely correct.  And it's near

12  Behboodi.

13  Q.  How far is Daman from Behboodi?

14  A.  About three to four kilometers.

15  Q.  And when you traveled between those two locations, did you

16  do so by car?

17  A.  Yes, with God's grace, I do have a car.  And I do have a

18  bike too.

19  Q.  When you drove a car, approximately how long would it take

20  to travel that distance?

21  A.  10 to 15 minutes.

22  Q.  And on your bicycle, would it take longer?

23  A.  Some more time.  Take it easy on the shortcut.

24  Q.  So, between 2003 and 2005, when you saw Hamid Hayat each

25  week, did you see him in Daman or in Behboodi?

1    A.  Sometimes in 'Pindi, sometimes in Behboodi.  Not in Daman.

2    Q.  Do you remember which weeks you saw him in Behboodi and

3    which weeks you saw him in Rawalpindi?

4    A.  It's been 12 or 14 years, I have no recollection of which

5    times.

6    Q.  Okay.  So, because of the passage of 14 years, you don't

7    recall where you saw him during the period between 2003 and

8    2005; is that right?

9              MR. HORGAN:  Objection.

10              THE COURT:  Stop.

11         Is there an objection?

12              MR. HORGAN:  Yes, Your Honor.  Misstates the

13    testimony.

14              THE COURT:  Sustained.

15    Q.  BY MR. ESPINOSA:  In April of 2003, where did you see Hamid

16    Hayat during each week of the month?

17    A.  So, the truth is this, that it's been long time, I cannot

18    remember accurately.  But the truth is that I would either meet

19    him in 'Pindi or in Behboodi.

20    Q.  And if I asked you that same question for every month

21    between April 2003 and May of 2005, would you be able to answer

22    it?

23    A.  Either Rawalpindi or Behboodi, yes.

24    Q.  Did you travel to see Hamid Hayat in Behboodi on any

25    specific day of the week?

1   A.  Not on an assigned, fixed day, whenever it was -- there was

2   convenient.

3   Q.  And how about Hamid's trips to Rawalpindi, did he travel

4   only on certain days, or was it various days?

5   A.  So, when -- Hamid was not going alone, he would go with his

6   family, and there were no fixed days.

7   Q.  Now, during the period April 2003 and May 2005, when you

8   were in Daman, were you also practicing medicine?

9   A.  No.  I was not doing it in Daman, but there is another

10  place adjacent, and I was doing it there.  The name of the

11  place is Hazro, H-A-Z-R-O.

12  Q.  Did you learn whether Hamid Hayat sought treatment after

13  2000 for the meningitis that you identified?

14  A.  See, for meningitis he was admitted at Shifa.  And later on

15  he was getting followup treatment.

16  Q.  Do you know whether he received treatment in the United

17  States after he left Pakistan in 2000?

18  A.  I heard about that.

19  Q.  Who did you hear about that from?

20  A.  I'm not hundred percent certain, but I think his mother had

21  mentioned it one time, that he was getting some treatment

22  there.

23  Q.  Did you attend Hamid Hayat's wedding?

24  A.  Yes.

25  Q.  When was that wedding?

1    A.  The exact date I don't even remember about my own wedding.

2    Q.  Do you remember what year?

3    A.  It was 2004, yes.

4    Q.  And do you remember what month?

5    A.  It was winter months.  It was -- so, I think it was either

6    November or December.  It was winter months.

7    Q.  But are you sure about either of those months?

8    A.  If I knew I have to tell the Court this answer, then I

9    would have memorized it early on.

10   Q.  Did you memorize your other answers to the questions you've

11   been asked today?

12   A.  What I remember, and it's correct, that's what I testify to

13   today.

14   Q.  Did you review the declaration that you wrote before your

15   testimony today?

16   A.  The one that Amna and the lawyers --

17   Q.  Yes.

18   A.  Yes.  I've seen it that time and I've signed it.

19   Q.  Did you review it in the days leading up to your testimony

20   today?

21   A.  I had a copy of that.

22   Q.  And did you review that copy before your testimony today?

23   A.  I have seen it a couple of times before.

24   Q.  And did you talk to anyone about your declaration and

25   testimony before you gave the testimony today?

1    A.   About what?

2    Q.   About the subject of your testimony.

3    A.   No.

4    Q.   You didn't speak with any of the lawyers who represent

5    Hamid today, or now, did you?

6    A.   So, they told me that, you know, please take out some time

7    to give the testimony, and about the incident about his

8    sickness about that time in 2000.  And that's where they talked

9    to me.  And I said, yes, I will take off time for this.

10   Q.   So, you did speak to Hamid's lawyers before your testimony

11   today?

12   A.   No.

13   Q.   Who did you talk to -- who were you referring to when you

14   said they asked you to take time to read your declaration and

15   prepare your testimony?

16   A.   Can you repeat it again.

17   Q.   Yes.  A moment ago you said that they asked you to review

18   your declaration and prepare for your testimony.  My question

19   is who you're referring to.

20   A.   So, Mr. Gilani, he's the one who had told me about that,

21   the testimony.  He had told me that I had come here and

22   testify.

23   Q.   And did you talk to him by telephone or in person?

24   A.   On the phone.

25   Q.   And did you travel today to give testimony with your wife?

1    A.   Yes.

2    Q.   And during your travel, did you speak about the subject of

3    your testimony to your wife?

4    A.   Yes.  I'm in -- you know, we came together.  It's not like

5    we came in silence.  But we said, yeah, we have to give our own

6    individual testimony.

7    Q.   So, you testified about the declaration that you signed.

8    Do you remember when you signed that declaration?

9    A.   I think it was around 2014.

10   Q.   And who typed the declaration, did you or did someone else?

11   A.   No.  I was reciting it and somebody else typed.

12   Q.   Do you know who that person was who typed it?

13   A.   Right now, I do not remember their names.

14   Q.   Do you remember whether it was a man or a woman?

15   A.   It was a man.

16   Q.   Now, you testified today about an error in the declaration;

17   do you remember that testimony?

18   A.   Yes.  It was a mistake, and he typed it there.  And both

19   the names start with a B, Behboodi, and then the other place.

20   So, it was a misunderstanding between Behboodi and Balakot.

21   Q.   Before you signed the declaration, did you read it

22   carefully?

23   A.   Yes, but the error still remained.

24   Q.   Okay.  So, when did you first learn about the criminal

25   charges against Hamid Hayat?

1  A.   It was -- when they left from here, normally in two or

2  three days we find out they reached America safely, but -- so

3  in two to three days we found out.

4  Q.   How did you find out?

5  A.   I mean, the whole world came to know about it.

6  Q.   Who told you?

7  A.   I don't remember, but it was a family member.

8  Q.   And did you talk to Hamid's mom about the criminal charges?

9  A.   No.

10 Q.   Did you talk to anyone in Hamid's family in the United

11 States about the charges?

12 A.   No.

13 Q.   You didn't call the family to tell them that you could

14 offer to testify?

15 A.   You mean the relatives in America?

16 Q.   Yes, Hamid's -- his mother, or his cousins, or sisters, or

17 brothers.

18 A.   No, I did not talk on the phone.

19 Q.   Did you talk to them in any other way?

20         MR. HORGAN:   Objection.  Asked and answered.

21         THE COURT:   Stop.  Stop for a second.

22     Is there an objection, counsel?

23         MR. HORGAN:   There is.  Objection, asked and

24 answered, Your Honor.

25         THE COURT:   I can't hear you.

1014

1    MR. HORGAN:  Asked and answered.

2    THE COURT:  Overruled.

3    Q.  BY MR. ESPINOSA:  Did you talk to --

4    A.  Can you repeat the question.

5    Q.  Did you speak with Hamid's family in the United States by

6    any other means than the telephone?

7    A.  No.

8    Q.  Now, Dr. Fahim, your testimony is that you spent a lot of

9    time with Hamid between 2003 and 2005; is that correct?

10   A.  He was a family member.  Like we sit down and talk with

11   other people the same way.

12   Q.  What kinds of things did you observe him doing during that

13   period?

14   A.  Even before, his thinking was less.  And after the illness,

15   it was even less.

16   Q.  What kinds of things did you observe Hamid Hayat do between

17   2003 and 2005 when you would see him?

18   A.  It's been a long time, so I don't remember that many

19   things, but his memory had reduced, and he always appearing

20   like he was like scared.

21   Q.  Dr. Fahim, what kinds of activities did you observe Hamid

22   Hayat do during the times you saw him between 2003 and 2005?

23   A.  Believe me, that even at that time I remember he would be

24   in the house, and he was playing video games.  And then -- and

25   then, if he was bored, like, he would play cricket with his

1   friend or, you know, chat.  And God as a witness for this.

2   Q.  And do you recall the friends that he played cricket or

3   video games with?

4   A.  You know, brother, sisters, cousins, these people.

5   Q.  Dr. Fahim, you love your nephew Hamid; isn't that right?

6   A.  I love all the children.  Children are my love.

7   Q.  That includes Hamid; is that right?

8   A.  Yes.  Why not?

9   Q.  You don't want anything bad to happen to Hamid; is that

10  correct?

11  A.  I do not want anybody to be in harm.

12  Q.  And you don't want Hamid to be in prison; is that correct?

13  A.  I want the truth prevail, and justice prevail.

14  Q.  So, you don't want him to be in prison; is that correct?

15  A.  I want that -- he's innocent, and he should spend time with

16  his family.

17  Q.  So, you don't want him to be in prison; is that correct?

18  A.  I've just given my answer.

19  Q.  And you'll say whatever you can to help him; isn't that

20  right?

21  A.  No.  I will speak the truth.  And I will not speak anything

22  else except the truth.

23          MR. ESPINOSA:  One second, Your Honor.

24     (Pause in proceedings.)

25          MR. ESPINOSA:  Nothing further.

1          THE COURT:  Thank you.  Any redirect?

2          MR. HORGAN:  Just three questions, Your Honor.

3          THE COURT:  All right.

4                    REDIRECT EXAMINATION

5    BY MR. HORGAN:

6    Q.  Dr. Fahim, you spoke about seeing Hamid in Rawalpindi

7    between 2003 and 2005.  Did Hamid sometimes come with his

8    mother to Rawalpindi so his mother could get medical treatment?

9    A.  Yes.  There are district doctors there.  Yeah.  And many

10   times they came.

11   Q.  And Hamid came with her?

12   A.  Yes.  Yes.  Certainly.

13   Q.  You said that you reviewed your declaration before

14   testifying here today; is that right?

15   A.  Yes.

16   Q.  And to the best of your knowledge, everything in that

17   declaration is true; is that right?

18   A.  Everything in there is correct except for the one mistake

19   where they put the name instead of Behboodi.

20   Q.  Yes.  Thank you.

21       And you said you would like to help Hamid, but you would

22   not lie for him, and you have not lied in any way in your

23   testimony here today?

24   A.  I want to help him, that's why I've broken up all my

25   schedule to be here.  But the truth is the truth.

1    MR. HORGAN:  Thank you.  That's all I have, Your

2    Honor.

3    THE COURT:  All right.  Any recross?

4    MR. ESPINOSA:  No, Your Honor.  None.

5    THE COURT:  Is this witness excused, counsel?

6    MR. HORGAN:  Yes, Your Honor.

7    THE COURT:  All right.  Thank you for being here,

8    Dr. Fahim.

9    THE WITNESS:  Thank you, madam.  Thank you.

10   THE COURT:  All right.  Counsel, we have one more

11   witness this evening; is that correct?

12   MS. BOERSCH:  Correct.

13   THE COURT:  All right.  Why don't we take a

14   ten-minute break right now, and then hopefully we'll come back

15   at, I guess it would be, 7:50.  And we'll keep the connection

16   going.  All right.  We'll be back here at 7:50.

17      (Recess taken, 7:40 p.m. - 7:54 p.m.)

18   THE COURT:  Counsel, are you ready to call your next

19   witness?

20   MS. BOERSCH:  Yes, Your Honor.  The petitioner would

21   call Tayyaba Fahim.

22      Good morning, Ms. Fahim.

23   THE COURT:  Counsel, we need to swear in the witness.

24   MS. BOERSCH:  Yes.

25   THE CLERK:  Will you please raise your right hand.

1          (The Witness, TAYYABA FAHIM, is sworn.)

2               THE WITNESS:  The whole truth, nothing but the truth.

3               THE COURT:  I'd like the interpreter to remind the

4    witness to make sure that you don't speak over the interpreter,

5    so that she has time to translate your answers into English, so

6    we can take down every word of your answers.

7          All right.  And you also need to be sure to speak up, into

8    the microphone.

9          I think that's all the rules for this.

10                        DIRECT EXAMINATION

11   BY MS. BOERSCH:

12   Q.  Good morning, Ms. Fahim.  My name is Martha Boersch.  I

13   represent Hamid Hayat, and I'll be asking you some questions

14   this morning.

15         Where do you currently reside?

16   A.  I'm living in Rawalpindi.

17   Q.  And how long have you lived in Rawalpindi?

18   A.  It's been approximately 18, 19, 20 years living in

19   Rawalpindi.

20   Q.  Are you married?

21   A.  Yes, I'm married.

22   Q.  And your husband is Dr. Fahim?

23   A.  Yes.

24   Q.  And where do you live in Rawalpindi?

25   A.  The southern, near Jamia.  So, our homes are close there,

1   in that area.

2   Q.  Are you familiar with Hamid Hayat?

3   A.  Yes.

4   Q.  And how do you know Hamid Hayat?

5   A.  He's my maternal nephew.  He's my sister's son.

6   Q.  And are you familiar with the village of Behboodi?

7   A.  Yes.  Yes.  I know Behboodi.  That's our village.

8   Q.  And are you from Behboodi?

9   A.  Yes.  From Behboodi.

10  Q.  I want to ask you some questions about when you saw Hamid

11  Hayat in Pakistan.  Okay?

12      Do you recall seeing Hamid in Pakistan around the year

13  2000?

14  A.  Yes, I absolutely remember.

15  Q.  Where did you see him?

16  A.  I would see him at home.  He would be at home, and in

17  Behboodi.  And then he would come to 'Pindi also.  He would

18  come and meet maternal grandfather, grandmother, so we would

19  see him.  And then when we would go to village, then we would

20  be -- they would be there at home, so the meetings would occur.

21  Q.  How often do you think you saw him in 2000, every week,

22  every month, or more often?

23  A.  I have seen him many times.  So, when he would be in

24  'Pindi, he would be very close by and I would see him.

25  Q.  Do you recall him being ill in around 2000?

1  A.  Yes, I remember.

2  Q.  What do you recall about his illness?

3  A.  All of a sudden he had a high fever.  And he -- our older

4  sister, Asma, said he's very sick, and it's been very hard to

5  take care of him.

6  Q.  What happened after she told you that he was very sick?

7           THE COURT:  I'm going to --

8           MS. BOERSCH:  Let me try.

9  Q.  BY MS. BOERSCH:  The interpreter has to translate

10  everything you say into English for the people here.  So when

11  she asks you to pause, or to stop, just stop for a moment so

12  she can translate and then you can continue.  Thank you.  Okay.

13     Where did we leave off?

14           THE COURT:  Can the court reporter read the last

15  question -- is there a question pending?

16           MS. BOERSCH:  Or read the last answer.  I think we

17  had --

18           THE COURT:  It wasn't interpreted.

19           MS. BOERSCH:  The last question, then.

20     (Record read aloud.)

21           THE WITNESS:  She told us on the phone that Hamid is

22  very sick.  And, you know what, she cannot take care of him, so

23  which doctor she should take him.

24  Q.  BY MS. BOERSCH:  And did you see him after you spoke to

25  Anas -- Asma?

1   A.  She was in the village and I was in 'Pindi.

2   Q.  Did they come to 'Pindi?

3   A.  Yes, they brought him to 'Pindi.

4   Q.  And what happened when he got to 'Pindi?

5   A.  You know what, we saw his condition, he was downstairs in

6   the vehicle.

7   Q.  Can you describe his condition?

8   A.  His condition was very bad.  In the vehicle, you know,

9   sometimes he would stand up, sometimes he would sit.

10  Q.  And where did you go after you saw him in the vehicle?

11  Where did Hamid Hayat go after he was in the vehicle in 'Pindi?

12  A.  And then, yes, my husband, he went with him to Shifa

13  International Hospital, and there he was admitted.

14  Q.  Do you know how long he stayed in the hospital, Hamid?

15  A.  Hamid was in the hospital, you know, a week, or five, six

16  days.  Like that.

17  Q.  Did you see him after he got out of the hospital?

18  A.  Yes.  Yes.  I saw him.

19  Q.  How much longer did he stay in Pakistan after he was

20  released from the hospital?

21  A.  I don't remember exact, but I think three, four months

22  maybe.

23  Q.  And did he return to America after that?

24  A.  Yes.  And then after that he went to America with his mom

25  and dad.

1  Q.  Did you see him back in Pakistan after that?

2  A.  Yes.  After that, when he came back with his mother, at

3  that time saw him.

4  Q.  When was that?

5  A.  When was this.  Okay.  So, let's see.  Approximately, I

6  think that was, around 2003, when they came back.

7  Q.  And how long was Hamid in Pakistan on this occasion?

8  A.  Hamid was here for a year, two years.  Year and a half to

9  two years.  I don't remember the exact dates, but I know he was

10  living in Pakistan.

11  Q.  And how often would you see Hamid Hayat during that period

12  of time in Pakistan?

13  A.  I would see him many times when he would come to 'Pindi

14  with his mother.

15  Q.  Do you recall approximately how often he would come to

16  'Pindi with his mother?

17  A.  So, many times he came to 'Pindi with his mother.  You

18  know, they would keep coming, keep going.

19  Q.  Where would he stay when he came to 'Pindi with his mother?

20  A.  He would be at his maternal grandparents'.

21  Q.  And was their house near your house in 'Pindi?

22  A.  Yes.  I mean, we were living, kind of, together.  Very

23  close.

24  Q.  And when they were living at the grandfather's house, where

25  would you see Hamid?

1   A.  I would see him at home.

2   Q.  Would you dine with him?

3   A.  Yes.  Absolutely.  Yes.

4   Q.  How often?

5   A.  Yes.  Many times we would sit together, and eat together,

6   because when sister would come, we would eat together.

7   Q.  During this period of time, from 2003 until -- for the next

8   year and a half or so, did you ever see Hamid in Behboodi?

9   A.  Yes, absolutely saw him.

10   Q.  Where would you see him in Behboodi?

11   A.  At home.

12   Q.  As far as you can recall, did Hamid ever go anywhere

13   besides Rawalpindi or Behboodi during this period of time?

14   A.  No.  I don't remember.

15   Q.  Do you recall whether you attended Hamid's wedding?

16   A.  Yes.  Absolutely.

17   Q.  Do you recall when that was?

18   A.  He got married in 2004.

19   Q.  And where did he get married?

20   A.  In the village.

21   Q.  When you saw Hamid during this period of time, what sort of

22   activities did you see him doing?

23   A.  Mostly Hamid would be at home with his games.  He would

24   play games.

25   Q.  What kind of games?

1   A.   And he had a laptop, so he would play games with young

2   kids.   And sometimes he would play cricket with young kids.

3   Q.   Was there ever a period of time where you did not see Hamid

4   either in 'Pindi or Behboodi for a period of time of three

5   months or more?

6   A.   No, this never happened.

7   Q.   Do you remember a couple years ago speaking to Maryam and

8   Amna, and providing them with a statement about your visits

9   with Hamid during this period of time?

10   A.   Yes, I remember.

11   Q.   And after you spoke to them, do you recall whether or not

12   they took notes and wrote down what you told them?

13   A.   Yes.   Whatever I was saying, they were writing that.

14   Q.   Were you able to review what they wrote down to make sure

15   that it was accurate?

16   A.   Yes.   I absolutely read it, and then I signed it.

17   Q.   And was it accurate and true?

18   A.   Yes.   Absolutely.

19           MS. BOERSCH:   I have no further questions at this

20   time.   Thank you.

21           THE COURT:   Mr. Yang, cross-examination?

22       Be sure to introduce yourself.

23                         CROSS-EXAMINATION

24   BY MR. YANG:

25   A.   I'm Hamid's aunt.

1    Q.   Thank you.  My name is Roger Yang.  I'm an attorney for the

2    government, and I'll be asking you some questions.

3         You testified about your declaration that was taken by --

4    A.   Yes.

5    Q.   That was taken by Asma and Maryam?

6    A.   Amna and Maryam.

7    Q.   Thank you.

8         In the declaration, it states that your residence is near

9    Markazi --

10              THE INTERPETER:  Excuse me.  Repeat that again.

11              MR. YANG:  M-A-R-K-A-Z-I, J-A-M-I-A, Masjid, Huzro.

12              THE WITNESS:  Yes.

13   Q.  BY MR. YANG:  In 2014, were you living in Rawalpindi or

14   near Huzro?

15   A.   In Rawalpindi.

16   Q.   Can you explain why your declaration states your residence

17   was in Huzro?

18   A.   You know what, I got married in Huzro, so my husband's

19   house, and their actual home, is near Huzro, in Daman.

20   Q.   So, in 2014, were you and your husband living apart?

21   A.   No.  No.  We live in 'Pindi, but my husband's job -- his

22   job was in Attock.  So we had come here before in 'Pindi, and

23   my kids were studying here.  So, we were living there.

24   Q.   Okay.  So "here" is 'Pindi, and "there" is where?

25   A.   Sadar (phonetic), near Jamia, we have a house there, too.

1   Q.  Thank you.  And you said that Hamid -- that you are Hamid

2   Hayat's maternal aunt, correct?

3   A.  Yes.

4   Q.  And, real quickly, who else is -- were you in the room

5   during your husband's testimony?

6   A.  No.

7   Q.  So, Oma Hayat is your sister?

8   A.  Yes.

9   Q.  And you are the younger sister, correct?

10  A.  Yes.

11  Q.  And Attique ur Rehman is your brother?

12  A.  Yes.

13  Q.  And he's active in politics?

14  A.  Yes.  Yes.

15  Q.  Is he currently running for office?

16          MS. BOERSCH:  Objection.  Beyond the scope.

17          THE COURT:  Sustained.

18          MR. YANG:  For the record, Your Honor, it's our

19  position that this goes to bias, as well as possible prejudice,

20  for this specific claim.

21          THE COURT:  Prejudice -- I'm sorry, counsel, I

22  understand the -- I think I understand your explanation

23  regarding bias, but I don't understand your second basis.

24          MR. YANG:  This is a proffered alibi witness, and so

25  this line of questioning would go to the prejudice regarding

1    alibi witnesses.

2          THE COURT:  You mean generalized prejudice against

3    alibi witnesses?

4          MR. YANG:  No, Your Honor.  Alibi witnesses would be

5    subject to cross-examination, broad cross-examination, and if

6    we can demonstrate that Ms. Mojaddidi made -- even if she knew

7    what this witness' proffered testimony would be, she would not

8    have proffered this witness, then there would be no prejudice.

9          THE COURT:  I'm going to take the objection under

10   submission.  I will allow some leeway.  But the relevancy of

11   this line of questioning, the Court anticipates, will be made

12   clear shortly.

13         MR. YANG:  I will try, Your Honor.

14   Q.  BY MR. YANG:  Is he currently running for office?

15   A.  Right now, he is state of Punjab, Jamia Islam.  Okay.  So

16   he's head right now of Jamiat Ulema e-Islam, state of Punjab.

17   He's head of that.  Yes.

18   Q.  Did he go to Afghanistan as a Mujaheden?

19         MS. BOERSCH:  Excuse me, I'm going to make another

20   objection, just for the record.  Can I just have a standing

21   objection to this line of questioning?  I fail to see the

22   relevance to bias even.

23         THE COURT:  Relevance, counsel?

24         MR. YANG:  Your Honor, this is one of the statements

25   and assertions made by the defendant in his recorded statements

1     and his phone calls with Naseem Khan.

2          THE COURT:  What is the relevance, counsel, to this

3     witness and the testimony that was elicited upon direct

4     examination?

5          MR. YANG:  Your Honor, it's our position that she

6     would have been subject to this line of cross-examination if

7     she had been called to testify.

8          THE COURT:  Counsel, you're not giving me much to

9     work with here in making a determination regarding the

10    relevance of this line of questioning.

11         MR. YANG:  I'm trying to establish that her family

12    may have exerted some pressure on her to give a statement in a

13    certain manner.

14         THE COURT:  I, again, am going to take the objection

15    under submission.  However, counsel, that connection had better

16    be made shortly.

17        Continue.

18    Q.  BY MR. YANG:  Did your brother go to Afghanistan to be a

19    Mujaheden?

20    A.  Mujaheden?  No.  No.

21    Q.  Did he go to Afghanistan?

22    A.  I don't remember.  I had gotten married.  Now -- you know,

23    perhaps I -- I don't -- I don't remember.

24    Q.  And Saeed ur Rehman was your father?

25    A.  Yes.

1    Q.  He was also in politics?

2    A.  Yes.  Absolutely.

3    Q.  What positions did he hold?

4    A.  He was a minister of the Punjab government also.

5    Q.  Did he hold other positions?

6    A.  In politics?

7    Q.  Yes.

8    A.  He was a member of Punjab assembly when he became a

9    minister, he was made minister.

10   Q.  And he ran a madrasa in Rawalpindi?

11   A.  Yes.

12   Q.  And that is the madrasa you live close to?

13           THE INTERPETER:  I'm sorry, sir?

14   Q.  BY MR. YANG:  That is the madrasa you live close to?

15   A.  Yes.

16   Q.  For the last approximately 20 years?

17   A.  Approximately 18, 19, like that.

18   Q.  And you've been told that students from the madrasa went to

19   training camp?

20           MS. BOERSCH:  Objection.  Lack of foundation.

21           THE COURT:  Sustained.

22   Q.  BY MR. YANG:  You are familiar with the madrasa your father

23   ran?

24   A.  Yes.

25   Q.  Have you been told that students from the madrasa went to

1    training camp?

2    A.   No.  Absolutely did not go.

3    Q.   You testified between 2003 and 2005, you saw Hamid many

4    times every week?

5    A.   Yes.

6    Q.   So, in April 2003, during the first week, which days did

7    you see Hamid?

8    A.   What days?  I don't remember the days.

9    Q.   Was it early in the week?  Was it late in the week?

10   A.   Every time he would come to 'Pindi with mom, I would see

11   him.

12   Q.   Do you remember seeing him the first week in April of 2003?

13   A.   I do not remember, exactly, the first week.

14   Q.   What's the first date that you exactly remember seeing

15   Hamid in 2003?

16   A.   I don't remember the dates, but that -- I know that for

17   sure that every time he would come to see maternal grandfather,

18   grandmother, with his mom, I would see him.

19   Q.   Can you remember any of the exact dates?

20           MS. BOERSCH:  Excuse me.  Objection.  Asked and

21   answered.

22           THE COURT:  Sustained.

23   Q.   BY MR. YANG:  You testified that you saw Hamid Hayat in

24   Behboodi between 2003 and 2005?

25   A.   Yes.

1  Q.  Do you remember which days of the week you saw him in

2  Behboodi?

3  A.  There was no special date like that.  Whenever we would go

4  back to Behboodi we would see him.

5  Q.  How often would you go to Behboodi between 2003 and 2005?

6  A.  Whenever kids would have their days off, holidays, or if

7  somebody's wedding, we would go.

8  Q.  You mentioned your kids.  How many kids did you have

9  between 2003 and 2005?

10  A.  Three children.

11  Q.  What were their ages in 2003?

12  A.  In 2003, I don't remember exactly like that, but my oldest

13  son is born in '93, and a daughter in '96, and the son born in

14  2002.

15  Q.  And when you would see Hamid in Rawalpindi, what time of

16  day would you see him?

17  A.  Whole day, approximate -- whenever I saw him, whole day,

18  approximately, he would be at home.

19  Q.  And he would stay at home the entire time he was in

20  Rawalpindi?

21  A.  Sometimes I would be at my house, sometimes I would be at

22  mom's house.

23  Q.  Where would Hamid be?

24  A.  Hamid would be with grandfather and grandmother.

25  Q.  And when he was in Rawalpindi, would Hamid stay at your

1    father's house the entire time?

2    A.   Yes.

3    Q.   And you never saw him leave to go to Islamabad?

4    A.   No.

5    Q.   Do you know who Jaber Ismail is?

6    A.   Yes.  He's Hamid's cousin.

7    Q.   You never saw Jaber Ismail and Hamid Hayat together in

8    Rawalpindi?

9    A.   No.  I don't remember.

10   Q.   You stated that you would see Hamid in Behboodi?

11   A.   Yes.

12   Q.   What time of day would you see him in Behboodi?

13   A.   He would be at home.  And most of the time he would be at

14   home, and I would see him there.

15   Q.   When you say "at home," whose home do you mean in Behboodi?

16   A.   In Behboodi.

17   Q.   Whose home?

18   A.   Sometime he would be at sister Asma's house, and sometime

19   mom would go home and he would go home with her.

20   Q.   When he would go home with his mom, whose house would he go

21   to?

22   A.   To his house.  He would be there.

23   Q.   That would be Umer's house?

24   A.   Umer?

25   Q.   Hamid's father.

1   A.  Yes.  Yes.  Umer Hayat.

2   Q.  When you went to Behboodi, what time would you generally

3   arrive?

4   A.  The time?  I don't remember what time.

5   Q.  How did you spend August 14, 2003?

6   A.  August 2000 --

7   Q.  August 14, 2003.

8   A.  14th, August, 2003?  I don't remember.  The children have a

9   holiday on that day, on August 14th, but I don't remember.

10  Q.  What about August 14th in 2004?

11  A.  I do not remember.

12  Q.  What about March 23, 2004?

13  A.  So, 2004, it's a holiday, but I don't know.

14  Q.  What about February 5, 2004?

15          MS. BOERSCH:  Your Honor, excuse me.  I'm going to

16  object as, essentially, asked and answered.  I don't know if

17  we're going to go through every day of the years 2003 and 2004

18  or not, but --

19          THE COURT:  Is that an objection, counsel?

20          MS. BOERSCH:  It's an objection.

21          THE COURT:  And the basis?

22          MS. BOERSCH:  Asked and answered.  She doesn't recall

23  specific dates.

24          THE COURT:  I'm going to overrule the objection.

25  But, Mr. Yang, I hope I assume correctly we're not going

1   through every date for 365 days for 2003, 2004 and 2005.

2           MR. YANG:  As the witness has indicated, I have

3   selected national holidays in Pakistan, select ones in the

4   relevant time period.

5           THE COURT:  The witness indicated that after you

6   asked about the date.  Are you suggesting she testified about

7   these dates?  I'm just trying to understand your proffer.

8           MR. YANG:  That I've picked February 5th, March 23rd,

9   and August 14th because they are national holidays in Pakistan.

10          THE COURT:  I'm going to overrule the objection.

11      But again, Mr. Yang, I'm going to suggest to you strongly

12  that at some point the selection of these dates and their

13  relevancy becomes apparent.

14  Q.  BY MR. YANG:  You testified that when your children had

15  holidays you would go to Behboodi, correct?

16  A.  So, on the holidays, we do go to Behboodi, summer holidays,

17  winter holidays.  But the exact particular holiday dates, I do

18  not remember.

19  Q.  In your declaration, you talked about an incident where you

20  were walking with another woman.  Do you remember that part of

21  your declaration?

22  A.  Yes, I remember.

23  Q.  Who was the other woman you were walking with?

24  A.  She was a lady in the -- close to the houses where we

25  lived, and we were going to the market.

1    Q.  And was Hamid with you when you started walking?

2    A.  No.  Hamid -- no, Hamid was not with me.  We were at home.

3    Q.  When you say "we were at home," who do you mean was at

4    home?

5    A.  So, that lady had come to my parents' house, and me and her

6    were going to the marketplace, the bazaar.

7    Q.  Go ahead.

8    A.  And I had a bag on my shoulder, and she also had a bag.

9    And Hamid was, like, so, kind of, innocent, that in the burqa

10   he could not recognize her.  And he somehow thought that that

11   other lady was my mother.  And he started opening her bag and,

12   like, it -- mother, give me some money, I want to buy a ball.

13   And then that lady pulled her bag back to her shoulder, what

14   are you doing?  And that time Hamid understood that this lady

15   is not my mother, somebody else.  And then he left the room.

16   Q.  You said room?

17   A.  It was a room -- it was a room at my mother's house, and

18   that lady and me were standing there, and we were about to go

19   out to the market.

20   Q.  In your declaration, you said that Hamid started avoiding

21   her.

22   A.  Yes.  Yes.  Because he would be embarrassed, if he's shy.

23   She might say, why are you taking my bag?  That's why he was

24   embarrassed about it.  That's why he try to avoid her.

25   Q.  So, he knew this neighbor?

1    A.   So, later on, when that lady would come and people would,

2    kind of, make fun of Hamid, oh, that aunty has come again, the

3    person whose bag you tried to open that time.

4    Q.   You said you were wearing a burqa, as was this neighbor?

5    A.   I was wearing a burqa, and she was wearing one too, and we

6    also had the niqab.

7    Q.   Was it for a special occasion?

8    A.   No, that's how we do it.

9    Q.   Do you remember the date that this happened, this incident

10   with the bag?

11   A.   No.

12   Q.   Do you practice purdah in Behboodi?

13   A.   In Behboodi, we have the shawl which we wear over there.

14   Q.   And you practice purdah in Rawalpindi?

15   A.   Yes.

16   Q.   And purdah is the separation of the sexes, right?

17   A.   We call it the burqa or the byat (phonetic), in which we

18   have this fabric on top.

19   Q.   You testified that you saw Hamid playing video games?

20   A.   Yes.

21   Q.   Do you know what video games he was playing?

22   A.   See, I do not know -- see, I do not know about the games,

23   or which game, but on the screen I could see he was playing.

24   Q.   Can you describe what he was doing in the video game?

25             MS. BOERSCH:   Excuse me.   Objection.   Vague as to "he

1    was doing in the video game."

2            THE COURT:  Sustained.

3    Q.  BY MR. YANG:  Can you describe what Hamid was doing in the

4    video game?

5            MS. BOERSCH:  Same objection.

6            THE COURT:  Sustained.

7    Q.  BY MR. YANG:  You saw the screen when Hamid was playing

8    video games, correct?

9    A.  I don't know any -- I don't know particularly which game he

10   is playing, but just, like, you know, how kids play games.

11   Q.  Do you remember specifically what was happening on the

12   screen while Hamid was playing a video game?

13           MS. BOERSCH:  Objection.  Vague as to time.  And

14   asked and answered.

15           THE COURT:  Sustained as to vague.

16       Stop.

17       Could you repeat your objection, please, counsel.

18           MS. BOERSCH:  Objection.  Vague as to time and asked

19   and answered.

20           THE COURT:  I will sustain the objection in terms of

21   vagueness as to time.  I will overrule the objection as to

22   asked and answered.

23   Q.  BY MR. YANG:  The first time you saw Hamid playing a video

24   game, can you describe what you saw happening on the screen

25   while he was playing?

KIMBERLY BENNETT, OFFICIAL COURT REPORTER, USDC -- (916) 442-8420

1    A.   I do not know.

2    Q.   You said when you went to Rawalpindi you would eat meals

3    together?

4    A.   Yes.  Many times.

5    Q.   Which meals would you eat together?

6    A.   That I don't remember, but I remember his mother used to

7    come, and whatever is cooked at home we would eat together.

8    Q.   Was it usually lunch or dinner?

9    A.   It can be anything.

10   Q.   Do you remember any specific meal, such as a special meal?

11   A.   No.

12   Q.   Does your family have an expectation on what the eldest son

13   will do for a living?

14           MS. BOERSCH:  Objection.  Vague.  Beyond the scope.

15           THE COURT:  Sustained.

16   Q.  BY MR. YANG:  Are children in your family expected to have

17   a sense of duty to the family?

18           MS. BOERSCH:  Same objection.

19           THE COURT:  Would you repeat the objection, counsel.

20           MS. BOERSCH:  Vague as to "duty."

21           THE COURT:  Sustained.

22   Q.  BY MR. YANG:  Are the children in your family expected to

23   obey their elders?

24           MS. BOERSCH:  Objection.  Beyond the scope.

25           THE COURT:  Sustained.

1  Q.  BY MR. YANG:  Is the eldest son in the family expected to

2  become a hafiz?

3         MS. BOERSCH:  Excuse me.  Same objection.  Beyond the

4  scope.  And also overbroad and vague.

5         THE COURT:  Sustained on all bases.

6  Q.  BY MR. YANG:  Between 1993 and 2000, Hamid attended the

7  madrasa run by your father, correct?

8  A.  Did you say Hamid from '93 to what time?

9  Q.  2000.

10  A.  Hamid did not study at his father's madrasa for that long

11  because he was not fond of studying.  But he went to another

12  madrasa in Rawalpindi, and he send him for -- send him there to

13  become a hafiz.

14  Q.  And did he complete becoming a hafiz?

15  A.  Yes.

16  Q.  Was the idea that Hamid would follow your father's path?

17         MS. BOERSCH:  Excuse me.  Objection.  Vague as to

18  "follow your father's path," and beyond the scope.

19         THE COURT:  Sustained.

20  Q.  BY MR. YANG:  Did the family expect Hamid to become an imam

21  like his grandfather?

22         MS. BOERSCH:  Beyond the scope.

23         THE COURT:  Sustained.

24         MR. YANG:  Just for the record, I'm making -- I'm

25  attempting to make the same record as the previous line of

1   questioning regarding bias and potential prejudice, only for

2   the record.

3          THE COURT:  Are you -- do you wish to make a more

4   detailed proffer, counsel?  It would help -- it would assist

5   the Court.

6          MR. YANG:  At trial, there was testimony and

7   statements from the defendant stating that he did memorize the

8   Koran, and he was expected to become an imam.

9          THE COURT:  Counsel, my recollection is, is that

10  Hamid Hayat did not testify during the trial.  Is that not

11  correct?

12         MR. YANG:  That's from statements, his confession, as

13  well as public statements issued by Saeed ur Rehman and Attique

14  ur Rehman.

15         THE COURT:  Counsel, what is the connection between

16  those statements and this specific witness' alleged bias?

17         MR. YANG:  She is a family member.  Both of her

18  brothers have gone on to teach at the same madrasa by her

19  father.

20         THE COURT:  What is the connection between those

21  events that you're proffering and the alleged bias of this

22  witness?

23         MR. YANG:  I'm establishing that if she had been

24  called as a potential alibi witness, she would have been

25  subject to cross about her family expectations, as well as

1   public statements by her family members.

2            THE COURT:  My supposition, counsel, would be that

3   even at trial there would have to be some connection between

4   those statements and this witness' bias.  The record is already

5   clear that this witness is related to Hamid Hayat.

6       So, I'm still not understanding, beyond the fact that she

7   is a family member, as have several witnesses been, what is the

8   connection between the cross-examination questions that you

9   have recently posed and the connection between her alleged

10  bias?

11           MR. YANG:  Two things.  First is family pressure.

12  Second is that if Ms. Mojaddidi had been aware of certain facts

13  she may be subject to cross-examination on, a reasonable

14  attorney could have elected not to call her as an alibi

15  witness.

16           THE COURT:  I will allow limited questions in this

17  area.  But, as with other areas where I sustained objections,

18  or allowed you to explore it, I would strongly recommend that

19  those connections that you're saying become evident because,

20  frankly, at this point they are not evident to the Court,

21  beyond the mere fact that she's a family member.

22      If you're alleging that someone specifically put pressure

23  on her to alter her testimony, I suggest you get to the point.

24      Please continue.

25  Q.  BY MR. YANG:  The question was, did the family expect Hamid

1  to become an imam like his grandfather?

2  A.  No, there was no such expectation like that.

3  Q.  Prior to 2014, who did you tell about your memories about

4  how Hamid Hayat spent his time in Pakistan between 2003 and

5  2005?

6  A.  To nobody.

7  Q.  Do you know Jaber and Usama Ismail?

8  A.  Yes.  He's Hamid's cousin.

9  Q.  Were you with them constantly between 2003 and 2005?

10       MS. BOERSCH:  Objection.  Vague as to "constantly,"

11  and lack of foundation.

12       THE COURT:  Sustained.

13  Q.  BY MR. YANG:  Did you see Jaber and Usama Ismail between

14  2003 and 2005?

15  A.  No.

16  Q.  You did not see them at all?

17  A.  No.

18  Q.  Now, Ms. Fahim, you love your sister Oma, don't you?

19       THE INTERPETER:  I'm sorry, sir?

20  Q.  BY MR. YANG:  You love your sister Oma, don't you?

21  A.  Yes.  Absolutely.

22  Q.  Have you been close to your nephew his entire life?

23  A.  All his life?

24  Q.  Have you been close to your nephew all of Hamid's life?

25  A.  I'm not understanding what you're saying.

1   Q.   How would you describe your relationship with your nephew

2   Hamid?

3   A.   Hamid is my sister's son.

4   Q.   Do you have a close relationship?

5   A.   Yes.  Absolutely.

6   Q.   And you don't want Hamid to be in prison, correct?

7   A.   Absolutely not.

8   Q.   When did you find out that Hamid had been arrested?

9   A.   When he went back to America with his mom, and then, you

10  know, usually when you call to make sure that you have reached

11  there safely, the way you're supposed to, and you usually do,

12  and then when we call at that time, we found out.

13  Q.   Who did you find out from?

14  A.   Maybe we called and then we found out that they have not

15  reached there yet.

16  Q.   At some point you found out that Hamid had been arrested,

17  correct?

18  A.   Yes.  I don't remember, you know, what time, but, yes, we

19  got the phone call that Hamid has been arrested.

20  Q.   Who called you to tell you that?

21  A.   I don't remember.

22  Q.   At any time did you volunteer to Hamid's family in the

23  United States to tell them what you knew?

24          MS. BOERSCH:  Objection.  Vague.

25          THE COURT:  Vague as to?

1    MS. BOERSCH:  What she knew.

2    THE COURT:  Overruled.

3    Q.  BY MR. YANG:  At any time did you offer to tell Hamid's

4    attorney what you remembered about Hamid's time in Pakistan

5    between 2003 and 2005?

6    A.  I don't know.

7    Q.  At any time did you offer to tell Hamid's family in the

8    United States what you remembered about Hamid's time in

9    Pakistan between 2003 and 2005?

10    MS. BOERSCH:  Objection.  Asked and answered.

11    THE COURT:  Sustained.

12    MR. YANG:  I believe my previous question was about

13    Hamid's attorney.  This question is about Hamid's family.

14    THE COURT:  Could the court reporter please read the

15    last two questions posed by Mr. Yang.

16    (Record read aloud.)

17    THE COURT:  Overruled.

18    Q.  BY MR. YANG:  Did you hear the second question?

19    THE INTERPETER:  I'm sorry, Your Honor, I didn't

20    interpret.

21    THE COURT:  Mr. Yang, can you please -- would you

22    like the court reporter to read the question, or can you just

23    pose it again, please?

24    MR. YANG:  I'll be happy to pose it again.

25    THE COURT:  Thank you.

1    Q.   BY MR. YANG:   At any time did you offer to tell what you

2    remembered about Hamid's time in Pakistan between 2003 and 2005

3    to Hamid's family in the United States?

4    A.   I don't remember.   I don't have a recollection.

5    Q.   And you want to help Hamid, right?

6    A.   Yes.

7    Q.   And you would do whatever you can to help him, correct?

8    A.   Yes.   Whatever I can do, I will.

9    Q.   And you would say whatever you could to help him, correct?

10   A.   Yes.   Whatever is the truth, that I'm going to tell that

11   for sure.

12            MR. YANG:   Thank you, Your Honor.   No further

13   questions.

14            THE COURT:   Thank you, Mr. Yang.

15      Is there any redirect?

16            MS. BOERSCH:   No, Your Honor.   This witness can be

17   excused.

18            THE COURT:   All right.   Thank you.

19      Thank you, Mrs. Fahim, for testifying here today.   And you

20   are excused.

21            THE WITNESS:   Thank you.

22            THE COURT:   All right.   Are there any further

23   witnesses?

24            MS. BOERSCH:   No, Your Honor.

25            THE COURT:   Just to cross the Ts, Mr. Espinosa,

1    Mr. Yang, any other witness?

2              MR. ESPINOSA:  Not for the government, Your Honor.

3              THE COURT:  So the evidentiary portion of this case

4    is now closed, unless there is some objection or concern.

5              MS. BOERSCH:  No objection here.

6              MR. ESPINOSA:  Only with the exception of the

7    stipulations we mentioned.

8              THE COURT:  Of course.  Of course.  That's

9    understood.

10             MR. ESPINOSA:  Otherwise, no objection.

11             THE COURT:  All right.  I want to thank Mr. --

12             MS. BOERSCH:  Gilani.

13             THE COURT:  Thank you.  Mr. Gilani, for allowing your

14   facilities to be used for the last two evenings and all the

15   test runs.  The Court sincerely extends its appreciation.  So,

16   thank you so much.  I think your job is now done.  So, thank

17   you.

18       I also would like to take a moment --

19             MR. GILANI:  Thank you very much.

20             THE COURT:  You're very welcome.

21       Also, I'd like to thank all the court personnel who has

22   worked very hard to put this together, put in extra hours,

23   overtime; that includes the marshals, the court security

24   officers, our interpreters, chambers staff, court reporter,

25   courtroom deputy, and anyone else who I may be forgetting.  I

1    want to say thank you.

2        And I also want to thank both parties for working together

3    to make this happen.  The Court sincerely appreciates and

4    notices when you are able to work out some of these procedural

5    details and remove any issue of conflict from the case.  Thank

6    you all very much.

7        The Court will be issuing a scheduling order, maybe

8    tomorrow, but certainly by close of business on Tuesday, and it

9    will reflect the timeframes that the parties gave the Court

10   this evening.

11       Is there any other business tonight we need to take care of

12   before court is adjourned?

13       Petitioner's counsel?

14           MR. RIORDAN:  We're going to wish attorney Espinosa a

15   happy birthday.

16           THE COURT:  Is it today?

17           MR. ESPINOSA:  It is, Your Honor.

18           THE COURT:  Wow.  You've had kind of a difficult

19   holiday week, haven't you, Mr. Espinosa?

20           MR. ESPINOSA:  It is okay, Your Honor.  I appreciate

21   the well wishes.

22       I wish to thank Mr. Gilani.  I know that petitioner's

23   counsel will pass our thanks on to him for hosting the

24   proceedings in Islamabad.

25           THE COURT:  And I will not embarrass you by asking

1    you how old you are today.

2              MS. BOERSCH:  We already did that.

3              THE COURT:  Okay.  How old is he?  I'll ask.

4         Thank you very much.  Have a good rest of your evening.

5    And thank you, again, for all of your collective efforts.

6                   (Proceedings adjourned, 9:22 p.m.)

7                            ---oOo---

8    I certify that the foregoing is a correct transcript from the

9    record of proceedings in the above-entitled matter.

10

11                        /s/ Kimberly M. Bennett
                          KIMBERLY M. BENNETT
12                        CSR No. 8953, RPR, CRR, RMR

13

14

15

16

17

18

19

20

21

22

23

24

25