DENNIS P. RIORDAN (SBN 69320)
dennis@riordan-horgan.com
DONALD M. HORGAN (SBN 121547)
don@riordan-horgan.com
LAYLI SHIRANI (SBN 257022)
lshirani@gmail.com
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

MARTHA BOERSCH (SBN 126569)
BOERSCH SHAPIRO LLP
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone: (415) 217-3700
Mboersch@boerschshapiro.com

TED SAMPSELL-JONES (MN SBN 034302X)
William Mitchell College of Law
875 Summit Avenue
St. Paul, MN 55105
Telephone: (651) 290-6348
ted.sampselljones@mitchellhamline.edu

Attorneys for Defendant
HAMID HAYAT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> HAMID HAYAT, <br> Defendant. | No. 2:05-CR-0240 GEB DB <br><br> **STIPULATION TO AMEND BRIEFING SCHEDULE; ORDER** |

In the Court's order of February 20, 2018 the following briefing schedule was ordered:

1. Petitioner's opening brief to be filed on or before April 16, 2018.

2. Respondent's responsive brief to be filed on or before May 16, 2018.

3. Petitioner's reply to be filed on or before May 31, 2018.

1

For good cause arising from professional and personal issues affecting undersigned appointed counsel for defendant Hamid Hayat, the parties hereby stipulate and agree that the briefing schedule be amended by two days as follows:

1. Petitioner's opening brief will now be due April 18, 2018.
2. Respondent's responsive brief will be due May 18, 2018.
3. Petitioner's reply brief to be due on June 4, 2018.

SO STIPULATED AND AGREED.

Dated: April 13, 2018  DENNIS P. RIORDAN
RIORDAN & HORGAN

/s/ Dennis P. Riordan
DENNIS P. RIORDAN
Attorney for Defendant Hamid Hayat

Dated: April 13, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ Andre Espinosa
ANDRE ESPINOSA
Assistant U.S. Attorney
Attorney for the United States

**ORDER**

IT IS SO ORDERED.

The briefing schedule is amended to the following:

1. Petitioner's opening brief due April 18, 2018.
2. Respondent's responsive brief due May 18, 2018.
3. Petitioner's reply brief due June 4, 2018.

DATED: April 13, 2018

/s/ DEBORAH BARNES

UNITED STATES MAGISTRATE JUDGE