McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-1092

Attorneys for Respondent/Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent/Plaintiff,<br><br>　　　　　v.<br><br>HAMID HAYAT,<br><br>　　　　　Petitioner/Defendant, | CASE NO. 2:05-CR-240-GEB-DB<br><br>JOINT STIPULATION TO AMEND BRIEFING SCHEDULE AND ORDER<br><br>Judge: Hon. Deborah Barnes |

　　　IT IS HEREBY STIPULATED AND AGREED between the parties and their respective counsel, Assistant United States Attorneys André M. Espinosa and Roger Yang, on behalf the United States of America (the "government"), and Dennis P. Riordan, on behalf of Defendant/Petitioner Hamid Hayat ("Hayat"), as follows:

　　　1.　　By previous order of the Court and the request of the parties, the Court set a briefing schedule for argument after the evidentiary hearing in this matter. CR 709.

　　　2.　　In accord with that briefing schedule, Hayat was required to file his opening brief no later

than April 16, 2019, the government's opposition was due no later than May 16, 2018, and Hayat's reply was due no later than May 31, 2018.

3. On April 13, 2018, the parties agreed to a joint stipulation amending the briefing schedule, which the Court ordered on April 16, 2018. CR 719, 720. The amended schedule added two days to the deadlines for all filings. Id. In accord with that amended briefing schedule, Hayat was required to file his opening brief no later than April 18, 2019, the government's opposition was due no later than May 18, 2018, and Hayat's reply was due no later than June 4, 2018. Id.

4. For good cause related to family commitments affecting lead counsel for the government, the parties hereby stipulate and agree that the briefing schedule shall be amended by adding five court days to each due date as follows:

    a. The government's opposition brief will now be due no later than May 25, 2018.

    b. Hayat's reply brief will now be due no later than June 11, 2018.

5. Accordingly, the parties further agree and stipulate, and request that the Court find good cause exists to amend the briefing schedule as set forth herein.

**IT IS SO STIPULATED.**

Dated: May 15, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
Assistant United States Attorney

Dated: May 15, 2018

DENNIS P. RIORDAN
RIORDAN & HORGAN

/s/ *Dennis P. Riordan*
DENNIS P. RIORDAN
Counsel for Defendant

# ORDER

For good cause shown, the stipulation of counsel in this matter, criminal case number 2:05-cr-00240-GEB-DB, is approved and:

   a. The government shall file its opposition brief no later than May 25, 2018.
   b. Hayat's shall file his reply brief no later than June 11, 2018.

**IT IS SO ORDERED.**

DATED: May 16, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Hayat brfs.eot2