1   DENNIS P. RIORDAN (SBN 69320)
     dennis@riordan-horgan.com
2   DONALD M. HORGAN (SBN 121547)
     don@riordan-horgan.com
3   LAYLI SHIRANI (SBN 257022)
     lshirani@gmail.com
4   RIORDAN & HORGAN
     523 Octavia Street
5   San Francisco, CA 94102
     Telephone: (415) 431-3472
6   Facsimile: (415) 552-2703

7   MARTHA BOERSCH (SBN 126569)
     BOERSCH SHAPIRO LLP
8   1611 Telegraph Avenue, Suite 806
     Oakland, CA 94612
9   Telephone: (415) 217-3700
     Mboersch@boerschshapiro.com

10 TED SAMPSELL-JONES (MN SBN 034302X)
11 William Mitchell College of Law
     875 Summit Avenue
12 St. Paul, MN 55105
     Telephone: (651) 290-6348
13 ted.sampselljones@mitchellhamline.edu

14 Attorneys for Defendant
     HAMID HAYAT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:05-CR-0240 GEB DB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO EXTEND THE** |
| | ) **FILING OF DEFENDANT'S REPLY** |
| HAMID HAYAT, | ) **BRIEF; ORDER** |
| Defendant. | ) |

For good cause due to the press of business of undersigned appointed counsel for defendant-petitioner Hamid Hayat, the parties hereby stipulate and agree that defendant-petitioner's reply brief presently due on June 11, 2018 will now be due June 18, 2018.

//

//

1

SO STIPULATED AND AGREED.

Dated: June 6, 2018             DENNIS P. RIORDAN
                                RIORDAN & HORGAN

                                 /s/ Dennis P. Riordan
                                DENNIS P. RIORDAN
                                Attorney for Defendant Hamid Hayat

Dated: June 6, 2018             McGREGOR W. SCOTT
                                United States Attorney

                                 /s/ Andre Espinosa
                                ANDRE ESPINOSA
                                Assistant U.S. Attorney
                                Attorney for the United States

## ORDER

IT IS HEREBY ORDERED that defendant-petitioner Hayat's reply brief is now due on June 18, 2018.

DATED: June 6, 2018             /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE