**APPENDIX A**

All filings [and very limited list of appearances] made by Dennis P. Riordan since entry into *Hayat* on May 19, 2006 (ECF 350):

5-23-06: a sentencing memorandum in connection with client's federal court convictions on 47 counts of federal tax evasion, United States v. Easterday, No.Dist. No. CR 05-00150 CW;

5-30-06: supplemental briefing in support of a motion for a new trial challenging client's federal court convictions on numerous counts of mail fraud and theft of honest services, United States v. Robles, et al., Central Dist. No. 04-1594 (B) - SVW;

5-30-06: a reply supporting a sentencing memorandum in connection with client's federal court convictions on 47 counts of federal tax evasion, United States v. Easterday, No.Dist. No. CR 05-00150 CW;

5-30-06: a petition for rehearing as to the Ninth Circuit Court of Appeals decision affirming client's federal court convictions on offenses involving the use of communication facilities in connection with the distribution of illicit drugs, People v. Gregory, Ninth Cir. No. 05-10206;

5-31-06: an amended petition for a federal writ of habeas corpus and extensive supporting memorandum challenging client's state court conviction for first degree murder, resulting in a sentence of 25 years to life in state prison, Woods v. Adams, Central Dist. No. SAVC 06-69 AHM (JWJ);

5-31-06: a petition for review in the California Supreme Court challenging the Court of Appeal's decision affirming client's state court conviction for second degree murder, People v. Cole, First App. Dist. No. A106946;

6-1-06: a memorandum supporting a federal petition for a writ of habeas corpus challenging client's state court convictions for the murder of three family members, for which he was sentenced to a term of life without the possibility of parole, Ewell v. Scribner, Eastern Dist. No. 06-186;

6-12-06: a reply brief in the Ninth Circuit Court of Appeals challenging client's convictions in the federal district court for conspiracy, transportation of stolen property, and false statements, United States v. Duong, Ninth Cir. No. 05-10533;

6-12-06: a petition for rehearing as to the Ninth Circuit's decision concerning client's district court conviction for the distribution of marijuana and related offenses, United States v. Rosenthal, Ninth Cir. No. 03-10307;

6-15-06: supplemental briefing in support of a state court appeal challenging the denial of a writ of administrative mandamus as to a decision by the California Medical Board denying client's petition for reinstatement of medical privileges, Landau v. Board of Medical Examiners, Third App. Dist. No. C048760;

6-16-06: a reply brief in the Ninth Circuit in support of an appeal challenging client's state court convictions for political corruption conviction, Bishop v. State of California, Ninth Cir. No. 04-17334;

6-19-06: a petition for rehearing in the Ninth Circuit Court of Appeals as to its decision affirming client's federal court convictions for false statements and Medicare fraud, United States v. Seaton, Ninth Cir. No. 04-10231;

6-19-06: supplemental briefing in support of a motion for a new trial challenging client's federal court convictions on numerous counts of mail fraud and theft of honest services, United States v. Robles, et al., Central Dist. No. 04-1594 (B) - SVW;

6-21-06: a traverse and related memorandum supporting a federal petition for a writ of habeas corpus challenging client's state convictions for multiple murder, Thiecke v. Kernan (Ca. First App. Dist. No. A098206);

6-30-06: a petition for a writ of habeas corpus and supporting memorandum challenging client's state convictions for various sex offenses, Galvan v. Yates, No. Dist. No. C 064143 RMW;

7-5-06: a reply brief in the Ninth Circuit in support of an appeal challenging the district court's denial of habeas relief as to our client's state court convictions for sexual assault, Smith v. Ryan, Ninth Cir. No. 05-16072;

7-7-06: an opening brief in support of on appeal challenging our client's state court conviction for first degree murder, a case involving an appellate record of more than 10,000 pages, People v. Phan, Third App. Dist. No. C049751;

7-10-06: an opening brief on the merits in the California Supreme Court as to the Court of Appeal's decision holding that a class action waiver in preemployment arbitration agreement was neither procedurally nor substantively unconscionable, Gentry v. Superior

<u>Court</u> Second App. Dist. No. B169805;

7-10-06: a motion for a certificate of appealability to the Ninth Circuit Court of Appeals in connection with the federal district court's denial of habeas relief to a client convicted in the state court on two counts of first degree murder and one count of solicitation of murder, <u>Singh v. Harrison</u>, Central Dist. No. EDCV 04-01187 ABC (MC);

7-20-06: a federal petition for a writ of habeas corpus challenging our client's state court conviction for attempted rape by force or fear, <u>People v. Serrano</u>, No. Dist. No. C 06 4433 (JW);

7-25-06: an extensive motion for a new trial challenging our client's state court convictions for insurance fraud, <u>People v. Ghazey</u>, Alameda Co. Sup. Ct. No. H29343A;

8-2-06: an amended petition for a state writ of habeas corpus challenging the sentence imposed in connection with our client's convictions for sexual assault, <u>People v. Jones</u>, Third Dist. No. C045990;

8-4-06: objections to a federal magistrate's report and recommendation denying a federal petition for a writ of habeas corpus challenging our client's state court convictions for four counts of murder and five counts of attempted murder in <u>People v. Medina</u>, Southern Dist. No. 05 CV 1996;

8-7-06: a reply in support of an appeal in the Ninth Circuit Court of Appeals challenging our client's federal court convictions on two counts of making and subscribing to a false tax return and two counts of making a false statement on a loan or credit application, <u>United States v. Vartanian</u>, Ninth Cir. No. 05-10581;

8-9-06: a motion to dismiss a state prosecution for second degree murder pursuant to California Penal Code section 1382, <u>People v. Kanda</u>, Santa Clara Sup. Ct. No. 159330;

8-10-06: a supplemental sentencing memorandum in connection with the federal court conviction of our client, a California prison guard, for violating a prisoner's civil rights, <u>United States v. Powers</u>, No. Dist. No. CR-00-0105 MJJ;

8-15-06: supplemental briefing in support of a motion for a new trial challenging our client's federal court convictions on numerous counts of mail fraud and theft of honest services, <u>United States v. Robles, et al.</u>, Central Dist. No. 04-1594 (B) - SVW;

8-16-06: a petition for a writ of mandate to the California Court of Appeal in connection

with the Santa Clara Superior Court's order denying our client's motion to dismiss his prosecution for second degree murder, People v. Kanda, Santa Clara Sup. Ct. No. 159330;

8-17-06: a reply to a sentencing memorandum in connection with the federal court conviction of our client, a California prison guard, for violating a prisoner's civil rights, United States v. Powers, No. Dist. No. CR-00-0105 MJJ;

8-22-06: a petition for a state writ of habeas corpus challenging the sentence imposed in connection with our client's convictions for sexual assault, People v. Jones, Third Dist. No. C045990;

9-5-06: an opening brief in the Ninth Circuit Court of Appeals challenging our client's federal court convictions for conspiracy and bank fraud, United States v. Serrao, Ninth Cir. No. 05-10183, No. Dist. No. CR-01-40159 CW;

9-8-06: a traverse in support of an amended petition for a federal writ of habeas corpus and extensive supporting memorandum challenging our client's state court conviction for first degree murder, resulting in a sentence of 25 years to life in state prison, Woods v. Adams, Central Dist. No. SAVC 06-69 AHM (JWJ);

9-18-06: a reply to the state's opposition to a petition for a writ of mandate to the California Court of Appeal in connection with the Santa Clara Superior Court's order denying our client's motion to dismiss his prosecution for second degree murder, People v. Kanda, Santa Clara Sup. Ct. No. 159330;

9-20-06: an opening brief challenging our client's multiple convictions in the district court of Idaho for wilful failure to file tax returns and unlawful structuring of financial transactions, United States v. Hinkson, Ninth Cir. No. 05-30305;

9-22-06: a petition for rehearing as to the Ninth Circuit's decision affirming our client's federal court convictions on numerous counts of mail fraud, money laundering, and related offenses, United States v. David, Ninth Cir. No. 05-10438;

9-25-06: an opening brief challenging our client's multiple convictions in the district court of Idaho for soliciting the murder of a federal official, United States v. Hinkson, Ninth Cir. No. 05-30303;

9-27-06: a reply brief in support of a direct appeal challenging our client's state court conviction for contributing to the delinquency of a minor, People v. Puentes, Sixth App.

Dist. No. H029010;

10-17-06: a petition for a writ of certiorari in the United States Supreme Court seeking review of a Ninth Circuit decision affirming the district court's final order declining to resentence defendant in connection with his federal mail fraud and pension theft convictions, United States v. Shipsey, No.Dist. No. CR-93-0624-DLJ;

10-27-06: a 106-page motion for a new trial challenging our client's convictions in-the district court for offering material support to terrorists and making false statements, United States v. Hayat, Eastern Dist. No. 05-240 GEB;

11-8-06: extensive briefing in the United States District Court for the Northern District of California in support of a motion for a temporary restraining order and preliminary injunction as to enforcement of Proposition 83 (aka "Jessica's law) against individuals convicted of sex offenses prior to passage of that law, Doe v. Schwarenegger, et al., No. C 06-6968;

11-13-06: a petition for a writ of certiorari in the United States Supreme Court challenging the Ninth Circuit's decision affirming our client's federal court convictions for false statements and Medicare fraud, United States v. Seaton, Ninth Cir. No. 04-10231;

11-13-06: a sentencing memorandum in connection with our client's federal court convictions on numerous counts of mail fraud and theft of honest services, United States v. Robles, et al., Central Dist. No. 04-1594 (B) - SVW;

11-13-06: a reply brief on the merits in the California Supreme Court as to the state Court of Appeal's decision holding that a class action waiver in preemployment arbitration agreement was neither procedurally nor substantively unconscionable, Gentry v. Superior Court Second App. Dist. No. B169805;

11-16-06: a 74-page opening brief on direct appeal challenging our client's state court convictions for vehicular manslaughter and felony hit and run, People v. McDermut, Santa Barbara Sup. Ct. B188344;

11-20-06: a reply brief in support of our motion for a preliminary injunction as to enforcement of Proposition 83 (aka "Jessica's law) against individuals convicted of sex offenses prior to passage of that law, Doe v. Schwarenegger, et al., No. C 06-6968;

12-4-06 to 12-19-06: conducting trial in defense of client charged with second degree

murder, People v. Kanda, Santa Clara Co. Sup. Ct. No. No. 159330;

12-8-06: a petition for rehearing as to the Ninth Circuit's decision denying an appeal that challenged our client's convictions in the federal district court for conspiracy, transportation of stolen property, and false statements, United States v. Duong, Ninth Cir. No. 05-10533;

1-4-07: objections to the federal magistrate's report and recommendation to deny habeas relief as to our client's state court conviction for first degree murder, Bird v. Almeida, et al., Eastern Dist. No. CIV S-03-2022 MCE PAN P;

1-12-07:  an opening brief in the Ninth Circuit Court of Appeals challenging the district court's denial of habeas relief as to our client's state court convictions for second degree murder and dissuading a witness, Reyes v. Duncan, Ninth Cir. No. 05-10340;

1-26-07: a reply brief in support of a Ninth Circuit appeal challenging our client's conviction in the district court of Idaho for soliciting the murder of a federal official, United States v. Hinkson, Ninth Cir. No. 05-30303;

1-26-07: a reply brief in support of a Ninth Circuit appeal challenging our client's multiple convictions in the district court of Idaho for wilful failure to file tax returns and unlawful structuring of financial transactions, United States v. Hinkson, Ninth Cir. No. 05-30305;

1-30-07: further supplemental briefing in support of our motion for a preliminary injunction as to enforcement of Proposition 83 (aka "Jessica's law) against individuals convicted of sex offenses prior to passage of that law, Doe v. Schwarenegger, et al., No. C 06-6968;

2-21-07: supplemental briefing in connection with a Ninth Circuit panel decision reversing the district court and granting habeas relief in connection with our client's state murder conviction which resulted in a sentence of 35 years to life in prison, Bradley v. Henry, Ninth Cir. No. 04-15919;

2-27-07: a motion for a new trial challenging our client's state court conviction for second degree murder, People v. Kanda, Santa Clara Sup. Ct. No. 159330;

[3-6-07: oral argument in Knoller]

3-16-07: a reply brief supporting a motion for a new trial challenging our client's

convictions in the district court for offering material support to terrorists and making false statements, United States v. Hayat, Eastern Dist. No. 05-240 GEB;

3-19-07: an extensive bail motion in connection with an extradition proceeding initiated by the Department of Justice against a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

3-20-07: a reply brief brief in the Ninth Circuit Court of Appeals supporting an appeal challenging our client's federal court convictions for conspiracy and bank fraud, United States v. Serrao, Ninth Cir. No. 05-10183, No. Dist. No. CR-01-40159 CW;

3-21-07: a petition for rehearing of a Ninth Circuit decision affirming the district court's denial of habeas relief as to our client's state court convictions for sexual assault, Smith v. Ryan, Ninth Cir. No. 05-16072;

4-2-07: a reply supporting an extensive bail motion in connection with an extradition proceeding initiated by the Department of Justice against a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

4-6-07: Hayat evidentiary hearing;

4-10-07: a reply in support of a motion for a new trial challenging our client's state court conviction for second degree murder, People v. Kanda, Santa Clara Co. Sup. Ct. No. 159330;

4-13-07: Hayat evidentiary hearing;

4-18-07: a petition for rehearing of a Ninth Circuit decision affirming our client's federal court convictions on two counts of making and subscribing to a false tax return and two counts of making a false statement on a loan or credit application, United States v. Vartanian, Ninth Cir. No. 05-10581;

4-24-07: a sentencing memorandum in connection with our client's state court conviction for second degree murder, People v. Kanda, Santa Clara Co. Sup. Ct. No. 159330;

4-26-07: a motion for a certificate of appealability in the Ninth Circuit as to the district

court's denial of habeas relief in connection with our client's state court conviction for first degree murder, Bird v. Almeida, et al., Eastern Dist. No. CIV S-03-2022 MCE PAN P;

4-26-07: a 135-page opening brief in the Ninth Circuit Court of Appeals challenging the fraud, money laundering, and related federal convictions of our client, the former prime minister of the Ukraine, United States v. Lazarenko, Ninth Cir. No. 06-10592;

5-2-07: an opening brief on appeal challenging our client's conviction for first degree murder, People v. Lam, et al., Third. App. Dist. No. C052280;

5-7-07: a renewed motion for release on bail in connection with an extradition proceeding initiated by the Department of Justice against our client, a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

5-17-06: a reply brief supporting an appeal in the Ninth Circuit Court of Appeals challenging the district court's denial of habeas relief as to our client's state court convictions for second degree murder and dissuading a witness, Reyes v. Duncan, Ninth Cir. No. 05-10340;

5-17-06: an extensive motion for a new trial totaling 115 pages challenging our client's state court conviction for first degree murder, People v. Posey, Napa Co. Sup. Ct. No. CR 122583;

5-23-07: a motion for a new trial in a state sexual assault case, People v. Hall, San Francisco Sup. Ct. No. 199758;

5-23-07: a renewed motion for release on bail in connection with an extradition proceeding initiated by the Department of Justice against our client, a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

5-29-07: a state habeas corpus petition filed in the Third District Court of Appeal challenging our client's state court convictions for attempted murder and multiple counts of sexual assault, People v. Eghtesadi, (Sacramento Sup. Ct. No. 01F03406);

5-31-07: an opening brief in support of an appeal challenging our client's state court

conviction for second degree murder, People v. Faith, Third App. Dist. No. C053653;

6-1-07: a memorandum to an administrative law judge with the Division of Medical Quality Medical Board of California in support of our client's petition for reinstatement of her medical privileges, Landau v. Board of Medical Examiners, Case No. 20 1999 103699;

6-8-07: a reply brief in support of an appeal challenging our client's state court conviction for first degree murder, a case involving an appellate record of more than 10,000 pages, People v. Phan, Third App. Dist. No. C049751;

6-11-07: further briefing supporting a renewed motion for release on bail in connection with an extradition proceeding initiated by the Department of Justice against our client, a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

6-15-07: a 44-page reply in support of an extensive motion for a new trial challenging our client's state court conviction for first degree murder, People v. Posey, Napa Co. Sup. Ct. No. CR 122583;

6-22-07: an opening brief on appeal challenging our client's state court conviction for conspiracy to cultivate and possess marijuana, People v. Maldonado, Third App. Dist. No. C053275;

6-25-07: a reply brief supporting a motion for a new trial in a state sexual assault case, People v. Hall, San Francisco Sup. Ct. No. 199758;

6-28-07:  an extensive opening brief in the Ninth Circuit Court of Appeals challenging the fraud, money laundering, and related federal convictions of our client, the former prime minister of the Ukraine, United States v. Lazarenko, Ninth Cir. No. 06-10592;

7-11-07: a petition for a writ of certiorari in the Supreme Court challenging a Ninth Circuit decision affirming our client's convictions for various RICO violations and related substantive offenses in connection with twenty-three computer chip robberies, a case involving a massive record on appeal, United States v. Huy Chi Luong, et al., Ninth Cir. No. 01-10469;

7-13-07: objections to a presentencing report in connection with our client's convictions in the district court for offering material support to terrorists and making false statements,

United States v. Hayat, Eastern Dist. No. 05-240 GEB;

7-17-07: a status report on post-conviction DNA testing in a capital case involving a 1993 triple homicide in West Memphis, Arkansas, Echols v. Arkansas, Ark. Supreme Ct. No. CR 99-1060 and 94-928;

7-20-07: objections to a presentencing report in connection with our client's convictions in the federal district court for conspiracy to obstruct justice, perjury, solicitation to commit arson, mail fraud, and related offenses, United States v. Mohsen, Northern Dist. No. CR 03-00095-01 WBS;

7-25-07: a traverse and related memorandum supporting an amended federal petition for a writ of habeas corpus challenging our client's California conviction for second degree murder, Mouser v. Woodford, East Dist. No. 1:05-CV-00903-OWW-WMW;

7-25-07: a petition for rehearing as to a Ninth Circuit decision affirming our client's federal criminal convictions for mail fraud, theft from a labor organization, and money laundering, United States v. Rodrigues, et al., Hawaii D.C. No. 01-00078 DAE;

8-2-07:  a motion for release on bail pending appeal of our client's federal court convictions for conspiracy and securities fraud, United States v. Montesano, Central Dist. No. CR 03-00620 - TJH;

8-3-07: briefing relating to defendant's purported restitution obligation arising from his state court convictions for insurance fraud, People v. Ghazey, Alameda Co. Sup. Ct. No. H29343A;

8-3-07: a renewed motion for a new trial in a state sexual assault case, People v. Hall, San Francisco Sup. Ct. No. 199758;

8-7-07: a petition for a writ of certiorari in the Supreme Court as to a Ninth Circuit decision affirming the district court's denial of habeas relief as to our client's state court sexual assault convictions, Smith v. Ryan, Ninth Cir. No. 05-16072;

8-10-07: an opposition to the government's motion to modify the trial court's order denying a motion for a new trial challenging our client's convictions in the district court for offering material support to terrorists and making false statements, United States v. Hayat, Eastern Dist. No. 05-240 GEB;

8-15-07: an opening brief on appeal from our client's state court convictions for

attempted murder, burglary, assault with a deadly weapon, and arson, resulting in a determinate sentence of several years followed by a sentence of life with the possibility of parole, People v. Engel, Third App. Dist. No. C054157;

8-07: briefing in support of an application for release on bail pending disposition of the Department of Justice's application to extradite our client, a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

8-21-07: a motion for release on bail pending appeal of our client's felony conviction for communicating a criminal threat and his misdemeanor conviction for vandalism, People v. Young, Mendocino Co. No. MCUK-CRCR-06-72506-02;

8-31-07: a reply brief supporting a direct appeal challenging our client's state court convictions for vehicular manslaughter and felony hit and run, People v. McDermut, Santa Barbara Sup. Ct. B188344;

9-10-07:  an extensive motion for relief under 28 U.S.C. section 2255 in connection with our client's convictions in the district court for offering material support to terrorists and making false statements, United States v. Hayat, Eastern Dist. No. 05-240 GEB;

[9-19-07: new trial hearing in a state sexual assault case, People v. Hall, San Francisco Sup. Ct. No. 199758;]

10-10-07: an appeal from an order transferring a juvenile matter involving an alleged assault with a deadly weapon and related offenses from the juvenile court to the superior court, People v. Rupert D., Second App. Dist. No. B200372;

10-11-07: an oral argument in Santa Barbara, California in support of a direct appeal challenging our client's state court convictions for vehicular manslaughter and felony hit and run, People v. McDermut, Santa Barbara Sup. Ct. B188344;

10-12-07: a reply brief in support of a direct appeal challenging our client's state court conviction for conspiracy to cultivate and possess marijuana, People v. Maldonado, Third App. Dist. No. C053275;

10-15-07: a brief relating to the district court's resentencing of our client following the Ninth Circuit's reversal of its initial sentencing determination in connection with our client's federal court convictions for mail fraud, theft from a labor organization, and

money laundering, United States v. Rodrigues and Sabatini, Hawaii D.C. No. 01-00078 DAE;

10-17-07: extensive correspondence to the Ninth Circuit Court of Appeals in response to its post-argument request for additional information and argument in connection with an appeal challenging our client's conviction in the district court of Idaho for soliciting the murder of a federal official, United States v. Hinkson, Ninth Cir. No. 05-30303;

10-18-07: an opposition to the government's motion to dismiss a petition for relief under 28 U.S.C. section 2255 in connection with our client's convictions in the district court for offering material support to terrorists and making false statements, United States v. Hayat, Eastern Dist. No. 05-240 GEB;

10-29-07: a second amended petition for a writ of habeas corpus challenging our client's conviction and sentence of death in a capital case involving a 1993 triple homicide in West Memphis, Arkansas, Echols v. Arkansas, AR Eastern Dist. No. 5:04CV00391-WRW;

11-5-07: a motion for a new trial challenging our client's state court conviction for second degree murder and related enhancements, People v. Campos, San Francisco Sup. Ct. No. 2170342;

11-13-07: a memorandum in opposition to the Department of Justice's application to extradite our client, a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

12-6-07: supplemental briefing in support of a direct appeal challenging our client's state court conviction for conspiracy to cultivate and possess marijuana, People v. Maldonado, Third App. Dist. No. C053275;

12-10-07: a reply brief in support of an appeal challenging our client's conviction for first degree murder, People v. Lam, et al., Third. App. Dist. No. C052280;

12-19-07: an opening Ninth Circuit brief challenging our client's federal court convictions on numerous counts of federal tax evasion, United States v. Easterday, No.Dist. No. CR 05-00150 CW;

12-19-07: a petition for a writ of certiorari in the United States Supreme Court as to a Ninth Circuit decision affirming our client's federal criminal convictions for mail fraud,

theft from a labor organization, and money laundering, United States v. Sabatini, Ninth Cir. No. 04-10027;

1-2-08: a reply in support of a motion for a new trial challenging our client's state court conviction for second degree murder and related enhancements, People v. Campos, San Francisco Sup. Ct. No. 2170342;

1-7-08: an answering brief in the Ninth Circuit Court of Appeals responding to the government's appeal from district court orders granting a directed verdict of acquittal and a motion for a new trial as to allegations of public corruption against our client, United States v. Zucchet, Ninth Cir. No. 05-50960;

1-15-08: an opening brief on appeal challenging our client's state court convictions for making criminal threats, People v. Young, First App. Dist. No. A118176;

1-22-08: a traverse in support of a federal petition for a writ of habeas corpus challenging our client's state court convictions for the murder of three family members, for which he was sentenced to a term of life without the possibility of parole, Ewell v. Scribner, Eastern Dist. No. 06-186;

1-23-08: a motion to dismiss the indictment in a federal perjury prosecution, United States v. Barry Lamar Bonds, Northern Dist. No. CR 07 0732 SI;

1-24-08: a petition for a writ of certiorari in the United States Supreme Court as to a Ninth Circuit order denying a certificate of appealability of the district court's denial of habeas relief in connection with our client's state court conviction for first degree murder, Bird v. Almeida, et al., Eastern Dist. No. CIV S-03-2022 MCE PAN P;

1-25-08: a motion for a certificate of appealability in the Ninth Circuit Court of Appeals as to a federal district court order and judgment denying a federal petition for a writ of habeas corpus challenging our client's state court convictions for four counts of murder and five counts of attempted murder in People v. Medina, Southern Dist. No. 05 CV 1996;

1-25-08: a petition for review in the California Supreme Court as to a state court of appeal decision affirming our client's state court convictions for vehicular manslaughter and felony hit and run, People v. McDermut, Santa Barbara Sup. Ct. B188344;

2-1-08: an opening brief on appeal challenging our client's state court conviction for sexual assault, People v. Hall, San Francisco Sup. Ct. No. 199758;

2-1-08: a reply brief in support of an appeal challenging our client's state court conviction for second degree murder, People v. Faith, Third App. Dist. No. C053653;

2-4-08: an opposition to a motion to dismiss an appeal from an order transferring a juvenile matter involving an alleged assault with a deadly weapon and related offenses from the juvenile court to the superior court, People v. Rupert D., Second App. Dist. No. B200372;

2-7-08: an extensive opening brief in support of an appeal  challenging our client's state court conviction for first degree murder, People v. Posey, First App. Dist. No. A118361;

2-21-08: a reply in support of a motion to dismiss the indictment in a federal perjury prosecution, United States v. Barry Lamar Bonds, Northern Dist. No. CR 07 0732 SI;

2-21-08: an extensive reply brief supporting an appeal in the Ninth Circuit Court of Appeals challenging the fraud, money laundering, and related federal convictions of our client, the former prime minister of the Ukraine, United States v. Lazarenko, Ninth Cir. No. 06-10592;

2-21-08: a petition for review in the California Supreme Court challenging an order dismissing an appeal from an order transferring a juvenile matter involving an alleged assault with a deadly weapon and related offenses from the juvenile court to the superior court, People v. Rupert D., Second App. Dist. No. B200372;

2-25-08: a petition for a writ of habeas corpus challenging our client's conviction for leaving the scene of an accident involving death, People v. Harbert, Contra Costa County Superior Court No. 050701300;

3-4-08: a reply brief in support of an appeal from our client's state court convictions for attempted murder, burglary, assault with a deadly weapon, and arson, resulting in a determinate sentence of several years followed by a sentence of life with the possibility of parole, People v. Engel, Third App. Dist. No. C054157;

3-12-08: a motion to disqualify the trial judge, in a murder prosecution pending in the Los Angeles County Superior Court, People v. Spector, Los Angeles Sup. Ct. No. BA255233;

3-26-08: a petition for review in the California Supreme Court as to a Court of Appeal decision affirming our client's conviction for conspiracy to cultivate and possess marijuana, People v. Maldonado, Third App. Dist. No. C053275;

3-27-08: a petition for a writ of mandate in connection with the trial judge's denial of a disqualification motion in a murder prosecution pending in the Los Angeles County Superior Court, People v. Spector, Los Angeles Sup. Ct. No. BA255233;

3-28-08: a motion seeking appointment of the original trial judge to hear, on remand from the Supreme Court, a new trial motion challenging our client's conviction for second degree murder, People v. Knoller, San Francisco Sup. Ct. No. 181813-01;

3-31-08: a reply brief in support of a Ninth Circuit appeal challenging our client's federal court convictions on numerous counts of federal tax evasion, United States v. Easterday, No.Dist. No. CR 05-00150 CW;

4-8-08: a reply in support of a motion seeking appointment of the original trial judge to hear, on remand from the Supreme Court, a new trial motion challenging our client's conviction for second degree murder, People v. Knoller, San Francisco Sup. Ct. No. 181813-01;

4-15-08: an extensive, 110-page motion for a new trial based on new scientific evidence in a capital case involving a 1993 triple homicide in West Memphis, Arkansas, Echols v. Arkansas, Craighead Co. Court No. CR-93-450A (Ark. Supreme Ct. Nos. CR 99-1060 and 94-928);

4-21-08: a petition for review in the California Supreme Court as to the Court of Appeal's denial of a petition for a writ of mandate challenging a trial court order denying our motion to disqualify the trial judge in a murder prosecution pending in the Los Angeles County Superior Court, People v. Spector, Los Angeles Sup. Ct. No. BA255233;

5-1-08: an opening brief on appeal challenging our client's conviction for leaving the scene of an accident involving death, People v. Harbert, First App. Dist. No. A118186;

5-5-08: a memorandum of points and authorities in support of an emergency motion for release on bail pending sentencing filed in the Ninth Circuit Court of Appeals following our client's federal court conviction for arson, United States v. Briana Waters, Ninth Cir. No. 08-30114 (W.D. Wa. No. 3:05-05828-FDB-5);

5-8-08: a reply in support of an appeal challenging our client's state court convictions for making criminal threats, People v. Young, First App. Dist. No. A118176;

5-16-08: a reply supporting a petition for review in the California Supreme Court as to

the Court of Appeal's denial of a petition for a writ of mandate challenging a trial court order denying our motion to disqualify the trial judge in a murder prosecution pending in the Los Angeles County Superior Court, People v. Spector, Los Angeles Sup. Ct. No. BA255233;

5-30-08: a traverse in support of a petition for a writ of habeas corpus challenging our client's conviction for leaving the scene of an accident involving death, People v. Harbert, Contra Costa County Superior Court No. 050701300;

5-30-08: an extensive memorandum in support of a motion for a new trial challenging our client's conviction for second degree murder, People v. Knoller, San Francisco Sup. Ct. No. 181813-01;

6-13-08: an opening brief in the Ninth Circuit Court of Appeals challenging our client's convictions in the district court for offering material support to terrorists and making false statements, United States v. Hayat, Ninth Cir. No. 07-10457;

6-20-08: a traverse in support of a federal petition for a writ of habeas corpus challenging our client's state court convictions for rape and a related sexual offense, Preston v. Campbell (Ca. First App. Dist. No. A099264);

6-20-08: an emergency motion for release on bail pending appeal filed in the Ninth Circuit following our client's federal court conviction and sentencing for arson, United States v. Briana Waters, Ninth Cir. No. 08-30114 (W.D. Wa. No. 3:05-05828-FDB-5);

6-23-08: a memorandum in opposition to the Department of Justice's application to extradite our client, a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

6-30-08: an extensive opening brief in the Ninth Circuit Court of Appeals challenging our client's federal court convictions for conspiracy to obstruct justice, perjury, solicitation to commit arson, mail fraud, and related offenses, United States v. Mohsen (Northern Dist. No. CR 03-00095-01 WBS);

6-30-08: an opening brief challenging our client's state court convictions for second degree murder and related firearm offenses resulting in a sentence of twenty five years to life in state prison, People v. Figueroa, First App. Dist. No. A119228;

6-30-08: a reply in support of an emergency motion for release on bail pending appeal filed in the Ninth Circuit following our client's federal court conviction and sentencing

for arson, <u>United States v. Briana Waters</u>, Ninth Cir. No. 08-30114 (W.D. Wa. No. 3:05-05828-FDB-5);

7-21-08: several pre-trial motions (1) entering plea of double jeopardy and seeking to exclude evidence on that basis; (2) requesting exclusion of evidence proffered under Evidence Code section 1101(b); and (3) requesting exclusion of certain expert evidence in a murder prosecution of our client pending in the Los Angeles County Superior Court, <u>People v. Spector</u>, Los Angeles Sup. Ct. No. BA255233;

7-22-08: an opposition to a demurrer to a complaint alleging negligence by the state Department of Corrections in connection with its unsupervised release of a parolee who inflicted serious bodily injuries on our clients, <u>Schaller, et al., v. California</u>, San Francisco Sup. Ct. No. CGC-08-473684;

7-25-08: oppositions to the prosecution's pre-trial motions in limine in a murder prosecution of our client pending in the Los Angeles County Superior Court, <u>People v. Spector</u>, Los Angeles Sup. Ct. No. BA255233;

7-25-08: a reply in support of a motion for a new trial challenging our client's conviction for second degree murder, <u>People v. Knoller</u>, San Francisco Sup. Ct. No. 181813-01;

7-28-08: a reply in support of an appeal challenging our client's conviction for leaving the scene of an accident involving death, <u>People v. Harbert</u>, First App. Dist. No. A118186;

7-28-08: objections to the magistrate's findings and recommendation that habeas corpus relief be denied as to a petition challenging our client's California conviction for second degree murder, <u>Mouser v. Woodford</u>, East Dist. No. 1:05-CV-00903-OWW-WMW;

8-1-08: an extensive motion for a new trial challenging our client's multiple state court convictions for sexual assault, <u>People v. Chan</u>, Alameda Co. Sup. Ct. No. 156651;

8-13-08: an extensive reply in support of a state motion for a new trial based on new scientific evidence in the <u>Echols</u> matter, supra;

8-18-08: a response to the government's petition for rehearing as to a Ninth Circuit decision reversing our client's conviction in the district court of Idaho for soliciting the murder of a federal official, <u>United States v. Hinkson</u>, Ninth Cir. No. 05-30303;

8-25-08: a motion to dismiss the superseding indictment in a federal perjury prosecution,

United States v. Barry Lamar Bonds, Northern Dist. No. CR 07 0732 SI;

8-25-08: a petition for review to the California Supreme Court challenging the Court of Appeal's denial of a writ of prohibition based on a double jeopardy claim in the murder prosecution of our client in the Los Angeles County Superior Court, People v. Spector, Los Angeles Sup. Ct. No. BA255233;

8-27-08: supplemental briefing in opposition to the Department of Justice's application to extradite our client, a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

8-28-08: supplemental briefing in support of a state court motion for a new trial based on new scientific evidence in a capital case involving a 1993 triple homicide in West Memphis, Arkansas, Echols v. Arkansas, Craighead Co. Court No. CR-93-450A, Ark. Supreme Ct. No. CR 99-1060 and 94-928;

8-29-08: an extensive motion for a new trial challenging our client's federal court convictions for possession and manufacture of illicit drugs and a related firearm conviction, United States v. Dugan, Northern Dist. No. CR 03-20010 RMW;

9-11-08: a proposed opening brief in the Ninth Circuit Court of Appeals challenging our client's federal court convictions on numerous counts of mail fraud and theft of honest services, United States v. Garrido, et al., Central Dist. No. 04-1594 (B) - SVW;

9-12-08: an opening brief on appeal challenging our client's multiple state court convictions for insurance fraud, People v. Ghazey, First App. Dist. No. A120722;

9-15-08: a reply supporting a petition for review to the California Supreme Court challenging the Court of Appeal's denial of a writ of prohibition based on a double jeopardy claim in the murder prosecution of our client in the Los Angeles County Superior Court, People v. Spector, Los Angeles Sup. Ct. No. BA255233;

9-15-08: a petition for review in the California Supreme Court as to the Court of Appeal's denial of an appeal challenging our client's state court convictions for attempted murder, burglary, assault with a deadly weapon, and arson, resulting in a life sentence, People v. Engel, Third App. Dist. No. C054157;

9-18-08: a sentencing memorandum in connection with our client's conviction for second degree murder arising out of a fatal dog mauling, People v. Knoller, San Francisco Sup.

Ct. No. 181813-01;

9-19-08: a federal court habeas corpus petition challenging our client's state court convictions for attempted murder and multiple counts of sexual assault, People v. Eghtesadi, Cal. Third App. Dist. No. C043777;

9-23-08: a revised opening brief in the Ninth Circuit Court of Appeals challenging our client's federal court convictions for conspiracy to obstruct justice, perjury, solicitation to commit arson, mail fraud, and related offenses, United States v. Mohsen (Northern Dist. No. CR 03-00095-01 WBS);

9-24-08: a reply in support of an appeal  challenging our client's state court conviction for first degree murder, People v. Posey, First App. Dist. No. A118361;

9-27-08: a motion in limine seeking the exclusion of certain testimony in the murder prosecution of our client in the Los Angeles County Superior Court, People v. Spector, Los Angeles Sup. Ct. No. BA255233;

9-29-08: supplemental briefing in opposition to the Department of Justice's application to extradite our client, a Mexican national and human rights activist accused by the Mexican government of murder, In the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-90051 MISC (MEJ) MJJ;

10-3-08: an extensive district court motion for release on bail pending conclusion of a Ninth Circuit appeal challenging the fraud, money laundering, and related federal convictions of our client, the former prime minister of the Ukraine, United States v. Lazarenko, Ninth Cir. No. 06-10592;

10-7-08: a reply in support of a district court motion for release on bail pending conclusion of a Ninth Circuit appeal challenging the fraud, money laundering, and related federal convictions of our client, the former prime minister of the Ukraine, United States v. Lazarenko, Ninth Cir. No. 06-10592;

10-8-08: a reply in support of a motion to dismiss the superseding indictment in a federal perjury prosecution, United States v. Barry Lamar Bonds, Northern Dist. No. CR 07 0732 SI;

10-10-08: supplemental briefing in support of an amended petition for a federal writ of habeas corpus and extensive supporting memorandum challenging our client's state court conviction for first degree murder, resulting in a sentence of 25 years to life in state

prison, <u>Woods v. Adams</u>, Central Dist. No. SAVC 06-69 AHM (JWJ);
10-14-08: a motion to dismiss the indictment and recuse government counsel in a federal prosecution for conspiracy, misappropriation of trade secrets, mail fraud, and related offenses, <u>United States v. Nosal</u>, No. Dist. No. CR-08-0237-MHP;

10-15-08: an amended complaint alleging negligence by the state Department of Corrections in connection with its unsupervised release of a parolee who inflicted serious bodily injuries on our clients, <u>Schaller, et al., v. California</u>, San Francisco Sup. Ct. No. CGC-08-473684;

10-17-08: a traverse and memorandum in support of a federal petition for a writ of habeas corpus challenging our client's state court conviction for second degree murder, <u>Cole v. Felker</u>, No. Dist. No. C 07 5183;

10-20-08: a motion in limine seeking the exclusion of certain testimony in the murder prosecution of our client in the Los Angeles County Superior Court, <u>People v. Spector</u>, Los Angeles Sup. Ct. No. BA255233;

10-22-08: supplemental briefing in support of a district court motion for release on bail pending conclusion of a Ninth Circuit appeal challenging the fraud, money laundering, and related federal convictions of our client, the former prime minister of the Ukraine, <u>United States v. Lazarenko</u>, Ninth Cir. No. 06-10592;

10-22-08: an opening brief on appeal challenging our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, <u>People v. Bui</u>, First App. Dist. No. A119404;

10-22-08: an opposition to defendant's motion for summary judgment in a federal district court civil suit seeking to enforce the terms of a plea bargain in a sexual offense case so as to relieve our client of complying with certain post-offense registration requirements, <u>Doe v. Brown</u>, No. Dist. No. C 07 3585 JL;

10-27-08: a sentencing memorandum in connection with our client's convictions for various RICO violations and related substantive offenses in connection with twenty-three computer chip robberies, a case involving a massive record on appeal, <u>United States v. Luong</u>, No. Dist. No. CR 96-00094 MHP;

10-30-08: a petition for review in the California Supreme Court as to an appellate court opinion affirming our client's conviction for first degree murder, <u>People v. Lam, et al</u>., Third. App. Dist. No. C052280;

11-5-08: a petition for a writ of habeas corpus challenging our client's state court convictions for kidnaping and related firearm offenses, <u>Vasquez v. Felker</u>, [Ca. First Appellate Dist. No. H028233;

11-5-08: an extensive joint opening brief and an individual supplemental brief in the Ninth Circuit Court of Appeals challenging our client's federal court convictions for conspiracy and securities fraud, <u>United States v. Montesano</u>, Central Dist. No. CR 03-00620 - TJH;

11-7-08: a petition for rehearing as to a Ninth Circuit Court of Appeals decision affirming the money laundering and related federal convictions of our client, the former prime minister of the Ukraine, <u>United States v. Lazarenko</u>, Ninth Cir. No. 06-10592;

11-7-08: a motion to dismiss certain counts of a federal indictment alleging unlawful distribution of marijuana, money laundering, and related offenses, <u>United States v. Norton</u>, No. Dist. No. No. CR 07-0683 DLJ;

11-10-08: a reply in support of a motion to dismiss the indictment and recuse government counsel in a federal prosecution for conspiracy, misappropriation of trade secrets, mail fraud, and related offenses, <u>United States v. Nosal</u>, No. Dist. No. CR-08-0237-MHP;

11-19-08: an opening brief in support of an appeal challenging our client's state court conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, <u>People v. Campos</u>, First App. Dist. No. A120888;

11-20-08: an opening brief challenging our client's state court conviction for first degree murder resulting in a sentencing of twenty five years to life in state prison, <u>People v. Smith</u>, Fourth App. Dist. No. G040107;

11-25-08: a supplemental brief in opposition to the government's petition for rehearing as to a Ninth Circuit panel's decision reversing our client's conviction in the district court of Idaho for soliciting the murder of a federal official, <u>United States v. Hinkson</u>, Ninth Cir. No. 05-30303;

11-25-08: a petition for a writ of habeas corpus filed in the Court of Appeal and challenging our client's state court conviction for first degree murder, <u>People v. Posey</u>, First App. Dist. No. A123322;

12-1-08: a response to the government's request for judicial notice in connection with its petition for rehearing as to a Ninth Circuit panel's decision reversing our client's conviction in the district court of Idaho for soliciting the murder of a federal official, United States v. Hinkson, Ninth Cir. No. 05-30303;

12-12-08: supplemental briefing in support of a petition for rehearing as to a Ninth Circuit Court of Appeals decision affirming the money laundering and related federal convictions of our client, the former prime minister of the Ukraine, United States v. Lazarenko, Ninth Cir. No. 06-10592;

1-6-09: an opposition to a demurrer to an amended complaint alleging negligence by the state Department of Corrections in connection with its unsupervised release of a parolee who inflicted serious bodily injuries on our clients, Schaller, et al., v. California, San Francisco Sup. Ct. No. CGC-08-473684;

1-7-09: a reply to the government's opposition to a petition for rehearing as to a Ninth Circuit Court of Appeals decision affirming the money laundering and related federal convictions of our client, the former prime minister of the Ukraine, United States v. Lazarenko, Ninth Cir. No. 06-10592;

1-12-09: a motion to dismiss the indictment and recuse government counsel in a federal prosecution for conspiracy, misappropriation of trade secrets, mail fraud, and related offenses, United States v. Nosal, No. Dist. No. CR-08-0237-MHP;

1-15-09: an extensive motion in limine to exclude various items of evidence in a federal perjury prosecution for alleged false statements before the grand jury, United States v. Barry Lamar Bonds, Northern Dist. No. CR 07 0732 SI;

1-16-09: an opening brief in the Ninth Circuit Court of Appeals challenging our client's federal court convictions on numerous counts of mail fraud and theft of honest services, United States v. Garrido, et al., Central Dist. No. 04-1594 (B) - SVW;

1-30-09: a reply in support of an appeal challenging our client's state court conviction for sexual assault, People v. Hall, First App. Dist. No. A119292;

1-30-09: a traverse and supporting memorandum in support of a federal habeas petition challenging our client's state court convictions for several sex offenses, Galvan v. Yates, No. Dist. No. C 064143 RMW;

2-2-09: a reply brief in support of an extensive motion in limine to exclude various items

of evidence in a federal perjury prosecution for alleged false statements before the grand jury, United States v. Barry Lamar Bonds, Northern Dist. No. CR 07 0732 SI;

2-5-09: an opening brief on appeal challenging our client's multiple state court convictions for sexual assault resulting in a sentence of twenty three years in state prison, People v. Chan, First App. Dist. No.  A122550;

2-6-09: a reply in support of a petition for a writ of habeas corpus filed in the Court of Appeal and challenging our client's state court conviction for first degree murder, People v. Posey, First App. Dist. No. A123322;

2-9-09: an extensive motion for a new trial challenging our client's state court conviction for second degree murder, People v. Moon, Placer Co. Sup. Ct. No. 62-066138;

2-13-09: an opening brief in the Ninth Circuit Court of Appeal's challenging the district court's order requiring our client, the former prime minister of Ukraine, to pay restitution to the purported victim of his criminal conduct, United States v. Lazarenko, Ninth Circuit No. 08-10185;

2-14-09: a motion for a certificate of appealability in the Ninth Circuit Court of Appeals as to the district court's order denying habeas relief in connection with our client's California conviction for second degree murder, Mouser v. Woodford, East Dist. No. 1:05-CV-00903-OWW-WMW;

2-14-09: additional briefing in support of an extensive motion in limine to exclude various items of evidence in a federal perjury prosecution for alleged false statements before the grand jury, United States v. Barry Lamar Bonds, Northern Dist. No. CR 07 0732 SI;

2-17-09: a reply in support of a motion to dismiss the indictment in a federal prosecution for conspiracy, misappropriation of trade secrets, mail fraud, and related offenses, United States v. Nosal, No. Dist. No. CR-08-0237-MHP;

2-25-09: a petition for review in the California Supreme Court challenging the Court of Appeal's decision affirming our client's state court conviction for second degree murder, People v. Faith, Third App. Dist. No. C053653;

2-27-09: a memorandum concerning the legal effect of a prosecution witness' refusal to testify in a federal prosecution for alleged false statements before the grand jury, United States v. Barry Lamar Bonds, Northern Dist. No. CR 07 0732 SI;

2-27-09: an opening memorandum challenging a foreign (Belgian) extradition request in connection with our client's alleged smuggling, conspiracy, and money laundering offenses, United States v. Wei Tung Lam, E.D. No. 08-MC 00029 GSA;

3-2-09: a petition for review in the California Supreme Court as to the Court of Appeal's order denying habeas relief in connection with our client's state court conviction for first degree murder, People v. Posey, First App. Dist. No. A123322;

3-2-09: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's state court convictions for making criminal threats, People v. Young, First App. Dist. No. A118176;

3-3-09: a petition for review in the California Supreme Court as to the Court of Appeal's appellate decision affirming our client's state court conviction for first degree murder, People v. Posey, First App. Dist. No.A118361;

3-9-09: a post-evidentiary hearing plaintiff's brief in a federal civil suit seeking to enforce the terms of a plea bargain in a sexual offense case so as to relieve our client of complying with certain post-offense registration requirements, Doe v. Brown, No. Dist. No. C 07 3585 JL;

3-13-09: a reply memorandum challenging a foreign (Belgian) extradition request in connection with our client's alleged smuggling, conspiracy, and money laundering offenses, United States v. Wei Tung Lam, E.D. No. 08-MC 00029 GSA;

3-16-09: a reply in support of an extensive motion for a new trial challenging our client's state court conviction for second degree murder, People v. Moon, Placer Co. Sup. Ct. No. 62-066138;

3-16-09: a sentencing memorandum in the Moon matter, supra;

3-19-09: a reply brief in the Ninth Circuit Court of Appeals challenging our client's convictions in the district court for offering material support to terrorists and making false statements, United States v. Hayat, Ninth Cir. No. 07-10457;

3-26-09: an opening brief on appeal in the Arkansas Supreme Court challenging the trial court's final order denying a motion for post-conviction relief based on new scientific evidence in a capital case involving a 1993 triple homicide in West Memphis, Arkansas,

Echols v. Arkansas, Craighead Co. Court No. CR-93-450A, Ark. Supreme Ct. No. CR 99-1060 and 94-928;

3-30-09: an opening brief in a civil appeal challenging a Superior Court judgment in wrongful death action brought against our client, Johnson v. Posey, First App. Dist. No. A123355;

4-6-09: a 106 page opening brief in the Ninth Circuit Court of Appeals challenging our client's district court convictions for arson in connection with an alleged conspiracy involving the Earth Liberation Front, United States v. Briana Waters, Ninth Cir. No. 08-30222 (W.D. Wa. No. 3:05-05828-FDB-5);

4-13-09: supplemental briefing challenging a foreign (Belgian) extradition request in connection with our client's alleged smuggling, conspiracy, and money laundering offenses, United States v. Wei Tung Lam, E.D. No. 08-MC 00029 GSA;

4-14-09:  a reply brief in support of an appeal challenging our client's state court convictions for second degree murder and related firearm offenses resulting in a sentence of twenty five years to life in state prison, People v. Figueroa, First App. Dist. No. A119228;

4-20-09: a motion for a certificate of appealability in the Ninth Circuit Court of Appeals as to a district court order and judgment denying habeas relief in connection with our client's state court conviction of first degree murder, People v. Yancey, No. Dist. No.C 05-1028 JF;

4-21-09: extensive objections to a federal magistrate's report and recommendation denying habeas relief in connection with our client's state court conviction for first degree murder, resulting in a sentence of 25 years to life in state prison, Woods v. Adams, Central Dist. No. SAVC 06-69 AHM (JWJ);

4-22-09: a reply brief in support of an appeal challenging our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, People v. Bui, First App. Dist. No. A119404;

4-22-09: a reply in support of a post-evidentiary hearing plaintiff's brief in a federal civil suit seeking to enforce the terms of a plea bargain in a sexual offense case so as to relieve our client of complying with certain post-offense registration requirements, Doe v. Brown, No. Dist. No. C 07 3585 JL;

4-30-09: a motion for a new trial challenging our client's conviction of vehicular

manslaughter and driving under the influence, <u>People v. Xinos</u>, Santa Clara Co. Sup. Ct. No. CC649614;

5-6-09: a reply in support of the new trial motion in the <u>Xenos</u> matter, *supra*;

5-6-09: a sentencing memorandum in the <u>Xinos</u> matter, *supra*;

5-12-09: an amended opening brief on appeal in the Ninth Circuit Court of Appeals challenging our client's district court convictions for arson in connection with an alleged conspiracy involving the Earth Liberation Front, <u>United States v. Briana Waters</u>, Ninth Cir. No. 08-30222 (W.D. Wa. No. 3:05-05828-FDB-5);

5-28-09: a motion to correct and supplement the appellate record in our appeal from a trial court order denying post conviction relief based on new scientific evidence in a capital case involving a 1993 triple homicide in West Memphis, Arkansas, <u>Echols v. Arkansas</u>, Craighead Co. Court No. CR-93-450A, Ark. Supreme Ct. No. CR 08-1493;

6-2-09: a reply brief in support of a civil appeal challenging a Superior Court judgment in wrongful death action brought against our client, <u>Johnson v. Posey</u>, First App. Dist. No. A123355;

6-8-09: a reply brief in support of an appeal challenging our client's multiple state court convictions for insurance fraud, <u>People v. Ghazey</u>, First App. Dist. No. A120722;

6-9-09: a reply brief in support of an appeal challenging our client's state court conviction for first degree murder resulting in a sentencing of twenty five years to life in state prison, <u>People v. Smith</u>, Fourth App. Dist. No. G040107;

6-15-09: a reply in support of an appeal in the Ninth Circuit Court of Appeals challenging our client's federal court convictions for conspiracy and securities fraud, <u>United States v. Montesano</u>, Central Dist. No. CR 03-00620 - TJH;

6-18-09: a reply in support of a Ninth Circuit appeal challenging our client's federal court convictions for conspiracy to obstruct justice, perjury, solicitation to commit arson, mail fraud, and related offenses, <u>United States v. Mohsen</u> (Northern Dist. No. CR 03-00095-01 WBS);

6-22-09: an opening brief on appeal challenging our client's reinstated conviction for second degree murder arising out of a fatal dog mauling, <u>People v. Knoller</u> (San Francisco Sup. Ct. No. 181813-01);

6-23-09: a reply in support of an appeal challenging our client's state court conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, People v. Campos, First App. Dist. No. A120888;

7-1-09: an extensive petition for rehearing as to the Court of Appeal's decision affirming our client's state court conviction for sexual assault, People v. Hall, First App. Dist. No. A119292;

7-2-09: a petition for a writ of certiorari in the United States Supreme Court as to a published Ninth Circuit Court of Appeals decision denying our appeal from our client's federal court convictions on numerous counts of federal tax evasion, United States v. Easterday, No.Dist. No. CR 05-00150 CW;

7-6-09: a federal petition for a writ of habeas corpus challenging a sentencing enhancement imposed by the state trial court in connection with our client's convictions for various drug offenses, Pitto v. Yates, No. Dist. No. 3:09-cv-03023-JSW;

7-9-09: a petition for a writ of certiorari in the United States Supreme Court as to a Ninth Circuit Court of Appeals decision affirming the money laundering and related federal convictions of our client, the former prime minister of the Ukraine, United States v. Lazarenko, Ninth Cir. No. 06-10592;

7-12-09:  a petition for review in the California Supreme Court as to a published Court of Appeal decision holding that Starbucks management personnel were permitted to share tips with employees notwithstanding Labor Code §351 and state decisional precedent holding to the contrary, Jou Chau v. Starbucks Corp., Fourth App. Dist. No. D053491 (2009 WL 1887761);

7-15-09: an answering brief in the Ninth Circuit Court of Appeals responding to the government's interlocutory appeal of a district court excluding evidence in a federal prosecution for alleged false statements before the grand jury, United States v. Bonds, Ninth Cir. No. 09-10079;

7-23-09: a petition for a writ of habeas corpus in the California Court of Appeal challenging the sentenced imposed on our client in connection with his state sexual assault convictions, Galvan v. Cate, Sixth App. Dist. No. H026679;

7-27-09: a petition for review in the California Supreme Court challenging the Court of Appeal's decision affirming our client's state court conviction for sexual assault, People

v. Hall, First App. Dist. No. A119292;

7-29-09: a federal habeas corpus petition and supporting memorandum challenging our client's state court conviction for first degree murder, Phan v. Haviland, E.D. No. 2:09-cv-02040 GEB-CMK;

7-30-09: a motion for a certificate of appealability in the federal district court as to its order and judgment denying habeas relief in connection with our client's state court conviction for first degree murder, resulting in a sentence of 25 years to life in state prison, Woods v. Adams, Central Dist. No. SAVC 06-69 AHM (JWJ);

8-14-09: a traverse and accompanying memorandum supporting a petition for a writ of habeas corpus challenging our client's state court convictions for kidnaping and related firearm offenses, Vasquez v. Felker, No. Dist. No. C 08-5051 SI;

8-14-09: an opening brief in support of an appeal challenging our client's state court multiple felony vehicular manslaughter convictions, People v. Vellanoweth, Third App. Dist. No. C060319;

8-14-09: a sentencing memorandum in connection with our client's convictions for various RICO violations and related substantive offenses in connection with twenty-three computer chip robberies, a case involving a massive record on appeal, United States v. Luong, No. Dist. No. CR 96-00094 MHP;

8-20-09: a petition for review in the California Supreme Court as to the Court of Appeal's ruling denying a petition for writ of habeas corpus challenging the sentenced imposed on our client in connection with his state sexual assault convictions, Galvan v. Cate, Sixth App. Dist. No. H026679;

8-31-09: a reply brief in the Ninth Circuit Court of Appeals challenging our client's federal court convictions on numerous counts of mail fraud and theft of honest services, United States v. Garrido, et al., Central Dist. No. 04-1594 (B) - SVW;

9-17-09: an opening brief on appeal in the Idaho Supreme Court challenging our client's state court conviction for attempted rape, State v. Newman, Idaho S. Ct. No. 35988-2008;

9-17-09: an opening brief supporting an appeal challenging the trial court's order and judgment that sustained a demurrer to an amended complaint alleging negligence by the state Department of Corrections in connection with its unsupervised release of a parolee who inflicted serious bodily injuries on our clients, Schaller, et al., v. California, San

Francisco Sup. Ct. No. CGC-08-473684;

10-5-09: a motion for reconsideration of the the district court's previous ruling denying dismissal of certain counts in a federal prosecution for conspiracy, misappropriation of trade secrets, mail fraud, and related offenses, United States v. Nosal, No. Dist. No. CR-08-0237-MHP;

10-8-09: a reply in support of a petition for a writ of certiorari in the United States Supreme Court as to a Ninth Circuit Court of Appeals decision affirming the money laundering and related federal convictions of our client, the former prime minister of the Ukraine, United States v. Lazarenko, Ninth Cir. No. 06-10592;

10-8-09: a reply brief in support of an appeal in the Ninth Circuit Court of Appeals challenging our client's district court convictions for arson in connection with an alleged conspiracy involving the Earth Liberation Front, United States v. Briana Waters, Ninth Cir. No. 08-30222 (W.D. Wa. No. 3:05-05828-FDB-5);

10-11-09: a motion to stay the appeal and remand to the Circuit Court for further factfinding in connection with an appeal from a trial court order denying post conviction relief based on new scientific evidence in a capital case involving a 1993 triple homicide in West Memphis, Arkansas, Echols v. Arkansas, Craighead Co. Court No. CR-93-450A, Ark. Supreme Ct. No. CR 08-1493;

10-13-09: a reply in support of a petition for a writ of certiorari in the United States Supreme Court as to a published Ninth Circuit Court of Appeals decision denying our appeal from our client's federal court convictions on numerous counts of federal tax evasion, United States v. Easterday, No.Dist. No. CR 05-00150 CW;

10-13-09: a reply brief in support of an appeal in the Ninth Circuit Court of Appeal challenging the district court's order requiring our client, the former prime minister of Ukraine, to pay restitution to the purported victim of his criminal conduct, United States v. Lazarenko, Ninth Circuit No. 08-10185;

10-22-09: a petition for rehearing as to the Court of Appeal's decision affirming our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, People v. Bui, First App. Dist. No. A119404;

10-27-09: an extensive opening brief challenging our client's state court convictions for sexual assault, People v. Steinway, Third App. Dist. No C057907;

11-9-09: a request to recall and modify the sentence in connection with our client's state court conviction for sexual assault, People v. Hall, San Francisco Sup. Ct. No. 199758;

11-9-09: a reply in support of a motion for reconsideration of the district court's previous ruling denying dismissal of certain counts in a federal prosecution for conspiracy, misappropriation of trade secrets, mail fraud, and related offenses, United States v. Nosal, No. Dist. No. CR-08-0237-MHP;

11-16-09: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, People v. Bui, First App. Dist. No. A119404;

11-16-09: an opening brief on appeal challenging our client's state court convictions for first degree special circumstances murder, attempted murder, elder abuse, and related offenses, resulting in a sentence of life without the possibility of parole, People v. Porter, Fifth App. Dist. No. F057076;

11-17-09: a petition for review in the California Supreme Court challenging the Court of Appeal's decision affirming our client's state court convictions for second degree murder and related firearm offenses resulting in a sentence of twenty five years to life in state prison, People v. Figueroa, First App. Dist. No. A119228;

11-30-09: a reply brief in support of an appeal challenging our client's multiple state court convictions for sexual assault resulting in a sentence of twenty three years in state prison, People v. Chan, First App. Dist. No.  A122550;

11-30-09: an extensive reply in support of an appeal in the Arkansas Supreme Court challenging the trial court's final order denying a motion for post-conviction relief based on new scientific evidence in a capital case involving a 1993 triple homicide in West Memphis, Arkansas, Echols v. Arkansas, Craighead Co. Court No. CR-93-450A, Ark. Supreme Ct. No. CR 99-1060 and 94-928;

12-2-09: an opening brief challenging our client's state court misdemeanor conviction for brandishing an imitation firearm, People v. Saldinger, Santa Cruz Sup. Ct. App. No. AP001523;

12-18-09: a reply in support of an appeal challenging our client's reinstated state court conviction for second degree murder arising out of a fatal dog mauling, People v. Knoller, First App. Dist. No. A123272;

12-21-09: a petition for rehearing by the full court as to the limited en banc panel's decision affirming our client's conviction in the district court of Idaho for soliciting the murder of a federal official, United States v. Hinkson, Ninth Cir. No. 05-30303;

**2010**

1-8-10: a petition for panel rehearing and rehearing en banc as to the Ninth Circuit panel's decision affirming our client's district court convictions for conspiracy to obstruct justice, perjury, solicitation to commit arson, mail fraud, and related offenses, United States v. Mohsen, Ninth Cir. No.07-10059;

1-11-10: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's multiple state court convictions for insurance fraud, People v. Ghazey, First App. Dist. No. A120722;

1-13-10: a motion in the Ninth Circuit Court of Appeals seeking to dismiss as moot an appeal from the district court's order requiring our client, the former prime minister of Ukraine, to pay restitution to the purported victim of his criminal conduct, United States v. Lazarenko, Ninth Circuit No. 08-10185;

1-14-10: a reply in support of an appeal in the Idaho Supreme Court challenging our client's state court conviction for attempted rape, State v. Newman, Idaho S. Ct. No. 35988-2008;

1-14-10: a motion in the federal district court addressing the issue of its jurisdiction to vacate, upon resentencing, a restitution order previously imposed our client, United States v. Lazarenko, Northern Dist. No. CR 00-0284 CRB;

1-27-10: a federal petition for a writ of habeas corpus challenging our client's state court conviction for sexual assault, Hall v. San Francisco Co. Superior Court, No. CV 09-5299 PJH;

1-27-10: a motion for order releasing petitioner pending decision of the federal petition for a writ of habeas corpus in the Hall matter, supra;

1-29-10: a trial brief, motions in limine, and proposed jury instructions in a federal prosecution for conspiracy, misappropriation of trade secrets, mail fraud, and related offenses, United States v. Nosal, No. Dist. No. CR-08-0237-MHP;

2-1-10: an opening brief in the Ninth Circuit Court of Appeals challenging the federal district court's judgment denying habeas relief in connection with our client's state court conviction for first degree murder, resulting in a sentence of 25 years to life in state prison, Woods v. Adams, Ninth Circuit No. 09-56373;

2-2-10: a reply in support of an appeal challenging the trial court's order and judgment sustaining a demurrer to a civil complaint alleging negligence by the state Department of Corrections in connection with its unsupervised release of a parolee who inflicted serious bodily injuries on our clients, Schaller, et al., v. California, San Francisco Sup. Ct. No. CGC-08-473684;

2-11-10: an opening brief on appeal challenging our client's Superior Court convictions for vehicular manslaughter and driving under the influence, People v. Xinos, Sixth App. Dist. No. H034305;

2-11-10: a reply in support of a motion for release on bail pending decision on a federal petition for a writ of habeas corpus challenging our client's state court conviction for sexual assault, Hall v. San Francisco Co. Superior Court, No. CV 09-5299 PJH;

2-12-10: a supplemental brief in support of an appeal in the Ninth Circuit Court of Appeals challenging our client's district court convictions for arson in connection with an alleged conspiracy involving the Earth Liberation Front, United States v. Briana Waters, Ninth Cir. No. 08-30222 (W.D. Wa. No. 3:05-05828-FDB-5);

2-18-10: supplemental briefing in the Court of Appeal following remand to that Court by the California Supreme Court in an appeal challenging our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, People v. Bui, First App. Dist. No. A119404;

2-26-10: a motion for release on bail pending an appeal that challenges our client's district court convictions for conspiracy, mail fraud, and related offenses against the United States, United States v. Villagomez, et al., Northern Mariana Islands Dist. Ct. No. CR 08-00020 (Ninth Cir. No. 09-10335);

2-26-10: an extensive memorandum in support of a federal petition for a writ of habeas corpus challenging a sentencing enhancement imposed by the state trial court in connection with our client's convictions for various drug offenses, Pitto v. Yates, No. Dist. No. 3:09-cv-03023-JSW;

3-8-10: supplemental briefing, invited by the Court, in support of an appeal challenging

our client's reinstated state court conviction for second degree murder arising out of a fatal dog mauling, People v. Knoller, First App. Dist. No. A123272;

3-10-10: an opening brief in support of an appeal challenging our client's conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, People v. Spector, Second App. Dist. No. B216425;

3-15-10: a reply brief in support of an appeal challenging our client's state court multiple felony vehicular manslaughter convictions, People v. Vellanoweth, Third App. Dist. No. C060319;

3-15-10: a traverse and memorandum in support of a federal petition for a writ of habeas corpus challenging our client's state court conviction for attempted rape by force or fear, Serrano v. Butler, No. Dist. No. C 06 4433 (JW);

3-17-10: an opening brief on appeal challenging the district court's order and judgment on resentencing of our client following his convictions for various RICO violations and related substantive offenses in connection with twenty-three computer chip robberies, a case involving a massive record on appeal, United States v. Luong, No. Dist. No. CR 96-00094 MHP;

3-26-10: a reply in support of an appeal challenging our client's state court misdemeanor conviction for brandishing a firearm, People v. Saldinger, Santa Cruz Sup. Ct. App. No. AP001523;

4-5-10: an opening brief challenging our client's state court conviction for first degree murder, People v. Kovacich, Third App. Dist. No. C061778;
4-12-10: a reply in support of a motion for release on bail pending an appeal that challenges our client's district court convictions for conspiracy, mail fraud, and related offenses against the United States, United States v. Villagomez, et al., Northern Mariana Islands Dist. Ct. No. CR 08-00020 (Ninth Cir. No. 09-10335);

4-14-10: a petition for rehearing in the state Court of Appeal as to its decision affirming our client's multiple state court convictions for sexual assault resulting in a sentence of twenty three years in state prison, People v. Chan, First App. Dist. No.  A122550;

4-20-10: a petition for rehearing as to the Court of Appeal's decision affirming our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, People v. Bui, First App. Dist. No. A119404;

4-29-10: a traverse in support of a federal petition for a writ of habeas corpus challenging our client's state court conviction for sexual assault, Hall v. San Francisco Co., Superior Court, No. CV 09-5299 PJH.

4-30-10: an amended opening brief in the Ninth Circuit Court of Appeals challenging the federal district court's judgment denying habeas relief in connection with our client's state court conviction for first degree murder, resulting in a sentence of 25 years to life in state prison, Woods v. Adams, Ninth Circuit No. 09-56373;

5-5-10: an extensive memorandum in the trial court seeking the reinstatement of conduct credits to our client, convicted of second degree murder but sentenced to a probationary term of four years in the county jail, People v. Moon, Placer Co. Sup. Ct. No.  62-066138;

5-6-10: a response to the state's petition for review in the California Supreme Court as to the Court of Appeal's decision reversing our client's state court conviction for first degree murder, People v. Smith, Fourth App. Dist. No. G040107;

5-10-10: a petition for review in the California Supreme Court as to the state Court of Appeal's decision affirming our client's multiple state court convictions for sexual assault resulting in a sentence of twenty three years in state prison, People v. Chan, First App. Dist. No.  A122550;

5-11-10: a reply memorandum in support of the request for reinstatement of our client's conduct credits in the Moon matter, supra;

5-17-10:a petition for review in the California Supreme Court as to the Court of Appeal's published decision affirming our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, People v. Bui, First App. Dist. No. A119404;

5-20-10: a petition for rehearing as to the Court of Appeal's decision affirming our client's state court conviction for attempted rape, State v. Newman, Idaho S. Ct. No. 35988-2008;

5-21-10: an extensive memorandum in support of a federal petition for a writ of habeas in the Eastern District of California challenging our client's state court conviction for first degree murder, Lam v. Dickinson (Cal. Third. App. Dist. No. C052280);

5-21-10: a traverse in support of a federal habeas corpus petition challenging our client's state court conviction for first degree murder, Phan v. Haviland, E.D. No. 2:09-cv-02040

GEB-CMK;

5-27-10: a petition for rehearing and/or application for transfer to the court of appeal in connection with the Superior Court appellate division's decision affirming our client's state court misdemeanor conviction for brandishing a firearm, People v. Saldinger, Santa Cruz Sup. Ct. App. No. AP001523;

6-7-10: an opening brief in the Ninth Circuit Court of Appeals challenging the district court's denial of federal habeas relief as to our client's state court conviction of first degree murder, Yancey v. Woodford, Ninth Cir. No. 08-15966;

6-11-10: a reply brief in support of an appeal challenging our client's state court convictions for sexual assault, People v. Steinway, Third App. Dist. No C057907;

6-17-10: a motion to modify probation in connection with our client's state court convictions for insurance fraud, People v. Ghazey, Alameda Co. Sup. Ct. No. H29343A;

6-17-10: a petition for a writ of certiorari in the United States Supreme Court as to a Ninth Circuit decision affirming our client's district court convictions for conspiracy to obstruct justice, perjury, solicitation to commit arson, mail fraud, and related offenses, United States v. Mohsen, Ninth Cir. No.07-10059;

6-17-10: a petition to transfer to the court of appeal following the Superior Court appellate division's decision affirming our client's state court misdemeanor conviction for brandishing a firearm, People v. Saldinger, Santa Cruz Sup. Ct. App. No. AP001523;

7-6-10: a petition for review in the Idaho Supreme Court as to the Court of Appeal's decision affirming our client's state court conviction for attempted rape, State v. Newman, Idaho S. Ct. No. 35988-2008;

7-19-10: a federal petition for a writ of habeas corpus challenging our client's state court conviction for brandishing a firearm, Saldinger v. Superior Court, No. Dist. No. CV 10 3147 (SBA);

7-23-10: a motion to augment the record on appeal in connection with the federal court convictions of our client, the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, for conspiracy, mail fraud, and related offenses against the United States, United States v. Villagomez, et al., Ninth Cir. No. 09-10335;

7-28-10: the terms of a plea bargain in a state sexual offense case so as to relieve our

client of complying with certain post-offense registration requirements, Doe v. Brown, Ninth Cir. No. 09-17362;

7-30-10: a motion for release following the district court's order granting federal habeas relief to a state prisoner previously convicted of sexual assault, Hall v. San Francisco Co., Superior Court, No. CV 09-5299 PJH;

8-3-10: a motion to settle the district court record in the Villagomez matter, supra;

8-6-10: further briefing in support of the release motion in the Hall matter, supra;

8-19-10: a motion for reconsideration of a district court order denying a request to settle the record as to an appeal challenging the federal court convictions of our client, the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, for conspiracy, mail fraud, and related offenses against the United States, United States v. Villagomez, et al., Ninth Cir. No. 09-10335;

8-24-10: a reply in support of an appeal challenging our client's state court convictions for first degree special circumstances murder, attempted murder, elder abuse, and related offenses, resulting in a sentence of life without the possibility of parole, People v. Porter, Fifth App. Dist. No. F057076;

8-24-10: a supplemental brief in the Ninth Circuit Court of Appeals, filed at the Court's direction, further challenging our client's federal court convictions on numerous counts of mail fraud and theft of honest services, United States v. Garrido, et al., Central Dist. No. 04-1594 (B) - SVW;

8-31-10: a reply in support of our motion for reconsideration of an order denying a request to settle the record as to an appeal challenging the federal court convictions of our client, the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, for conspiracy, mail fraud, and related offenses against the United States, United States v. Villagomez, et al., Ninth Cir. No. 09-10335;

9-7-10: an appellee's brief in the Ninth Circuit Court of Appeals as to a district court order dismissing various counts of an indictment in a federal prosecution for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets United States v. Nosal, Ninth Cir. No. 10-10038;

9-7-10: a motion for release pending retrial following the federal district court's order granting habeas relief to our client who challenged our state court conviction for sexual

assault, <u>Hall v. San Francisco Co. Superior Court</u>, No. CV 09-5299 PJH;

9-9-10: a reply brief in support of an appeal challenging our client's Superior Court convictions for vehicular manslaughter and driving under the influence, <u>People v. Xinos</u>, Sixth App. Dist. No. H034305;

9-10-10: an opening brief on appeal challenging the Superior Court's order denying certain conduct credits to our client, convicted of second degree murder but sentenced to a probationary term of four years in the county jail, <u>People v. Moon</u>, Third App. Dist. No. C62066138;

9-16-10: a reply brief in support of a Ninth Circuit appeal challenging the federal district court's judgment denying habeas relief in connection with our client's state court conviction for first degree murder, resulting in a sentence of 25 years to life in state prison, <u>Woods v. Adams</u>, Ninth Circuit No. 09-56373;

9-21-10: supplemental briefing in the Ninth Circuit Court of Appeals, filed at the Court's direction, responding to government brief and challenging our client's federal court convictions on numerous counts of mail fraud and theft of honest services, <u>United States v. Garrido, et al.</u>, Central Dist. No. 04-1594 (B) - SVW;

9-29-10: a petition for review as to the Court of Appeal's decision affirming our client's reinstated state court conviction for second degree murder arising out of a fatal dog mauling, <u>People v. Knoller</u>, First App. Dist. No. A123272;

9-30-10: a very extensive opening brief challenging our client's convictions in an extensive prosecution of multiple defendants for conspiracy, tax evasion, false statements, and other offenses against the United States, <u>United States v. Smith, Coplan, et al.</u>, 2d Cir. No. 10-593;

10-25-10: an extensive motion for a new trial challenging our client's state court conviction for first degree murder with special circumstances, <u>People v. Khalsa</u>, San Joaquin Co. No. SF 108056A;

10-27-10: a reply brief in the Ninth Circuit Court of Appeals challenging the district court's denial of federal habeas relief as to our client's state court conviction of first degree murder, <u>Yancey v. Woodford</u>, Ninth Cir. No. 08-15966;

10-27-10: a traverse and memorandum in support of a federal petition for a writ of habeas in the Eastern District of California challenging our client's state court conviction for first

degree murder, Lam v. Dickinson (Cal. Third. App. Dist. No. C052280);

10-29-10: supplemental briefing in support of a petition for review as to the Court of Appeal's decision affirming our client's reinstated state court conviction for second degree murder arising out of a fatal dog mauling, People v. Knoller, First App. Dist. No. A123272;

11-2-10: an extensive opening brief in a Ninth Circuit appeal challenging our client's federal court convictions for conspiracy, interstate transportation of stolen property, and unlawful structuring, United States v. Swaid, Ninth Cir. No. 09-10432;

11-5-10: briefing addressing the standard of proof at an evidentiary hearing to settle the record in connection with the appeal by our client, the the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, challenging his federal court convictions for conspiracy, mail fraud, and related offenses against the United States, United States v. Villagomez, et al., Ninth Cir. No. 09-10335;

11-10-10: a petition for a writ of certiorari in the United States Supreme Court as to a Ninth Circuit judgment and published opinion affirming our client's conviction in the district court of Idaho for soliciting the murder of a federal official, United States v. Hinkson, Ninth Cir. No. 05-30303;

11-12-10: a motion to dismiss our client's federal indictment for conspiracy to violate the Sherman Anti-Trust Act, United States v. AU Optronics, et al., No. Dist. No. CR 09-0110 SI;

11-17-10: an extensive opening brief on appeal challenging our client's conviction for the murder of her child involving complex issues relating to an insanity defense, People v. Woo, First App. Dist. No. A127153;

11-24-10: a traverse and memorandum in support of a federal petition for a writ of habeas corpus challenging our client's state court conviction for brandishing a firearm, Saldinger v. Superior Court, No. Dist. No. CV 10 3147 (SBA);

11-24-10: a traverse and memorandum in support of a federal petition for a writ of habeas corpus challenging a sentencing enhancement imposed by the state trial court in connection with our client's convictions for various drug offenses, Pitto v. Yates, No. Dist. No. 3:09-cv-03023-JSW;

12-1-10: a reply in support of a motion to dismiss our client's federal indictment for conspiracy to violate the Sherman Anti-Trust Act, United States v. AU Optronics, et al., No. Dist. No. CR 09-0110 SI;

12-3-10: an amended opening brief in a Ninth Circuit appeal challenging our client's federal court convictions for conspiracy, interstate transportation of stolen property, and unlawful structuring, United States v. Swaid, Ninth Cir. No. 09-10432;

12-6-10: a reply in support of a motion for a new trial challenging our client's state court conviction for first degree murder with special circumstances, People v. Khalsa, San Joaquin Co. No. SF 108056A;

12-9-10: an extensive reply brief in support of an appeal challenging our client's conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, People v. Spector, Second App. Dist. No. B216425;

12-13-10: a reply in support of an appeal challenging the Superior Court's order denying certain conduct credits to our client, convicted of second degree murder but sentenced to a probationary term of four years in the county jail, People v. Moon, Third App. Dist. No. C62066138;

12-20-10: a motion to conform evidence to the trial court's pre-trial order excluding evidence in a federal prosecution for alleged false statements before the grand jury, United States v. Bonds, No. Dist. No. CR 07 0732 SI;

12-22-10: a motion for release on bail pending a Ninth Circuit appeal challenging the federal court convictions of our client, the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, for conspiracy, mail fraud, and related offenses against the United States, United States v. Villagomez, et al., Ninth Cir. No. 09-10335;

12-28-10: a motion for release on bail pending our client's Ninth Circuit appeal challenging his federal court convictions for conspiracy based on immigration fraud, United States v. Sekhon, et al., Eastern Dist. No. CR 06-00058 FCD;

1-7-11: a motion in limine to strike allegations from a count alleging obstruction of justice in a federal prosecution for alleged false statements before the grand jury, United States v. Bonds, No. Dist. No. CR 07 0732 SI;

1-7-11: a motion in limine to exclude evidence of an audio recording in the Bonds matter;

1-18-11: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's state court conviction for first degree murder, People v. Smith, Fourth App. Dist. No. G040107;

1-18-11: a reply in support of motion for release on bail pending our client's Ninth Circuit appeal challenging his federal court convictions for conspiracy based on immigration fraud, United States v. Sekhon, et al., Eastern Dist. No. CR 06-00058 FCD;

1-19-11: a motion for release on bail pending our client's Ninth Circuit appeal challenging his conviction for violating a prisoner's civil rights through use of force, United States v. McGowan, Central Dist. No. CR 07-113 ODW;

1-24-11: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's state court conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, People v. Campos, First App. Dist. No. A120888;

1-26-11: a motion to for leave to supplement a federal habeas corpus petition seeking relief from our client's state court convictions for sexual assault, Galvan v. Yates, Northern Dist. No. C 06-4143 RMW;

1-27-11: a motion in the federal district court to stay the remainder of our client's state court sentence on her brandishing conviction pending the federal court's disposition of her pending habeas corpus petition, Saldinger v. Santa Cruz Sup. Ct., No. Dist. No. No. CV 10-3147 SBA;

1-31-11: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's state court multiple felony vehicular manslaughter convictions, People v. Vellanoweth, Third App. Dist. No. C060319;

2-3-11: a reply in support of the motion for release on bail pending appeal in the McGowan matter, supra;

2-4-11: reply briefs in support of motions in limine (1) to strike allegations from a count alleging obstruction of justice and (2) to exclude evidence of an audio recording in a federal prosecution for alleged false statements before the grand jury, United States v. Bonds, No. Dist. No. CR 07 0732 SI;

2-8-11: an opening brief in the Ninth Circuit Court of Appeals' challenging our client's conviction for violating a prisoner's civil rights through use of force, United States v.

McGowan, Central Dist. No. CR 07-113 ODW;

2-14-11: five complex motions in limine requesting the exclusion of evidence and limitation of testimony and related relief in a federal prosecution for alleged false statements before the grand jury, United States v. Bonds, No. Dist. No. CR 07 0732 SI;

2-22-11: an opposition to an extensive government motion in limine in the Bonds matter, supra;

2-24-11: reply briefs in support of defendant's motions in limine in the Bonds matter, supra;

2-25-11: briefing requesting that the court impose limits on public disclosure of juror names and questionnaires in the Bonds matter, supra;

3-7-11: a federal petition for a writ of habeas corpus challenging our client's state court convictions for second degree murder and related firearm offenses resulting in a sentence of twenty five years to life in state prison, People v. Figueroa, First App. Dist. No. A119228;

3-11-11: an appellee's brief in the Ninth Circuit Court of Appeals opposing the government's appeal from a district court order granting a suppression motion in connection with a federal mail fraud and money laundering prosecution, United States v. Blanford, Ninth Cir. No. 10-10337;

3-18-11: a motion for release on bail pending the Ninth Circuit appeal in the McGowan matter;

3-30-11: an amended opening brief in the Ninth Circuit Court of Appeals challenging our client's conviction for violating a prisoner's civil rights through use of force, United States v. McGowan, Central Dist. No. CR 07-113 ODW;

4-11-11: a reply in support of the Ninth Circuit bail motion in the McGowan matter, supra;

4-11-11: a Ninth Circuit motion for release on bail pending our client's appeal challenging his federal court convictions for conspiracy based on immigration fraud, United States v. Sekhon, et al., Ninth Cir. No. 10-10485;

5-2-11: extensive briefing in support of a motion for a new trial based on new scientific

evidence on behalf of a client who has been sentenced to death following his conviction for a 1993 triple homicide in West Memphis, Arkansas, <u>Echols v. Arkansas</u>, Craighead Co. Court No. CR-93-450A;

5-4-11: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming a superior court order and judgment that denied certain conduct credits to our client, convicted of second degree murder but sentenced to a probationary term of four years in the co unty jail, <u>People v. Moon</u>, Third App. Dist. No. C62066138;

5-9-11: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming a superior court order and judgment sustaining a demurrer to a civil complaint alleging negligence by the state Department of Corrections in connection with its unsupervised release of a parolee who inflicted serious bodily injuries on our clients, <u>Schaller, et al., v. California</u>, San Francisco Sup. Ct. No. CGC-08-473684;

5-13-11: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's state court convictions for first degree special circumstances murder, attempted murder, elder abuse, and related offenses, resulting in a sentence of life without the possibility of parole, <u>People v. Porter</u>, Fifth App. Dist. No. F057076;

5-16-11: an opening brief in the Ninth Circuit Court of Appeals challenging the federal court convictions of our client, the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, for conspiracy, mail fraud, and related offenses against the United States, <u>United States v. Villagomez, et al.</u>, Ninth Cir. No. 09-10335;

5-17-11: a petition for rehearing as to the Court of Appeal's decision affirming our client's conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, <u>People v. Spector</u>, Second App. Dist. No. B216425;

5-20-11: a reply brief in support of an appeal brief challenging our client's state court conviction for first degree murder, <u>People v. Kovacich</u>, Third App. Dist. No. C061778;

5-23-11: a reply brief in support of a Ninth Circuit appeal challenging our client's federal court convictions for conspiracy, interstate transportation of stolen property, and unlawful structuring, <u>United States v. Swaid</u>, Ninth Cir. No. 09-10432;

5-31-11: a sentencing memorandum in connection with our client's federal court convictions for conspiracy and securities fraud, <u>United States v. Montesano</u>, Central Dist. No. CR 03-00620 - TJH;

6-13-11: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, People v. Spector, Second App. Dist. No. B216425;

6-13-11: a petition for rehearing as to a published Ninth Circuit decision reversing a district court order that had dismissed various counts of an indictment in a federal prosecution for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, United States v. Nosal, Ninth Cir. No. 10-10038;

[*6-14-11: attendance at a change of plea hearing following a successful appeal of our client's district court convictions for arson in connection with an alleged conspiracy involving the Earth Liberation Front, United States v. Briana Waters, Ninth Cir. No. 08-30222 (W.D. Wa. No. 3:05-05828-FDB-5)*];

6-15-11: an extensive motion for a judgment of acquittal or for a new trial as to our client's conviction for obstruction of justice in connection with his statements before a federal grand jury, United States v. Bonds, No. Dist. No. CR 07 0732 SI;

6-20-11: a reply brief supporting a Ninth Circuit appeal challenging our client's conviction in the district court for violating a prisoner's civil rights through use of force, United States v. McGowan, Central Dist. No. CR 07-113 ODW;

6-21-11: an amended opening brief in the Ninth Circuit Court of Appeals challenging the federal court convictions of our client, the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, for conspiracy, mail fraud, and bribery, United States v. Villagomez, et al., Ninth Cir. No. 09-10335;

6-21-11: an extensive Ninth Circuit motion for release on bail pending appeal in the Villagomez matter;

6-24-11: an extensive federal petition for a writ of habeas corpus challenging our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, People v. Bui, No. Dist. No. CV 11-03167-SI;

6-30-11: a reply in support of an appeal challenging our client's convictions in an extensive prosecution of multiple defendants for conspiracy, tax evasion, false statements, and other offenses against the United States, United States v. Smith, Coplan,

et al., 2d Cir. No. 10-593;

7-6-11: an opposition to the government's motion for bifurcation in connection with the federal prosecution of our client for conspiracy and substantive offenses in violation of the Sherman Anti-Trust Act, United States v. AU Optronics, et al., No. Dist. No. CR 09-0110 SI;

7-12-11: a sentencing memorandum following reversal on appeal of our client's Superior Court convictions for vehicular manslaughter and driving under the influence, People v. Xinos, Sixth App. Dist. No. H034305;

7-15-11: a federal petition for a writ of habeas corpus challenging our client's state court conviction for first degree murder, People v. Smith, Fourth App. Dist. No. G040107;

7-18-11: a reply in support of a sentencing memorandum in connection with our client's federal court convictions for conspiracy and securities fraud, United States v. Montesano, Central Dist. No. CR 03-00620 - TJH;

7-19-11: an extensive reply in support of an on appeal challenging our client's conviction for the murder of her young child involving complex issues relating to an insanity defense, People v. Woo, First App. Dist. No. A127153;

8-31-11: an 87-page memorandum in support of a federal petition for a writ of habeas corpus challenging our client's state court conviction for first degree murder, Smith v. Lopez, Central Dist. No. CV 11-1076 ODW MRW;

8-31-11: a traverse and supporting memorandum in support of a federal petition for habeas corpus challenging our client's state court convictions for second degree murder and related firearm offenses resulting in a sentence of twenty five years to life in state prison, People v. Figueroa, First App. Dist. No. A119228;

9-6-11:  a federal petition for a writ of habeas corpus challenging our client's multiple state court convictions for sexual assault resulting in a sentence of twenty three years in state prison, People v. Chan, No. Dist. No. 5:11-cv-04413-LHK;

9-16-11: an extensive opening brief in the Ninth Circuit Court of Appeals challenging a district court order and judgment denying habeas relief in connection with our client's state court convictions for the murder of three family members, for which he was sentenced to a term of life without the possibility of parole, Ewell v. Scribner, Eastern Dist. No. 06-186;

9-26-11: an opposition brief on appeal and reply brief on cross appeal in connection with the federal court convictions of our client, the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, for conspiracy, mail fraud, and bribery, United States v. Villagomez, et al., Ninth Cir. No. 09-10335;

10-24-11: objections to the federal magistrate's report recommending the denial of a federal habeas corpus petition challenging our client's state court conviction for first degree murder, Phan v. Haviland, E.D. No. 2:09-cv-02040 GEB-CMK;

10-24-11: a district court motion for release on bail pending appeal of our client's federal convictions on multiple counts of wire fraud, United States v. Namvar, Central Dist. No. No. CR 10-1055 PA;

10-28-11: an extensive opening brief on cross-appeal in the Ninth Circuit Court of Appeals challenging our client's federal court convictions for wire fraud and misbranding of a medication, United States v. Harkonen, Ninth Cir. No. 11-10209;

10-28-11: a federal petition for a writ of habeas corpus challenging our client's state court conviction for attempted rape, State v. Newman, Idaho S. Ct. No. 35988-2008;

11-2-11: a traverse and related memorandum supporting a federal petition for a writ of habeas corpus challenging our client's state court conviction for first degree murder, Smith v. Lopez, Central Dist. No. CV 11-1076 ODW MRW;

11/2/11: a memorandum in support of defendants' proposed preliminary jury instructions on the elements of the offense in connection with the federal prosecution of our client for conspiracy and substantive offenses in violation of the Sherman Anti-Trust Act, United States v. AU Optronics, et al., No. Dist. No. CR 09-0110 SI;

11/3/11: a reply in support of the motion for release on bail pending appeal of our client's federal convictions on multiple counts of wire fraud, United States v. Namvar, Central Dist. No. CR 10-1055 PA;

11/14/11: a motion in the Ninth Circuit Court of Appeal for release on bail pending appeal of our client's district court convictions on multiple counts of wire fraud, United States v. Namvar, Ninth Cir. No. 11-50447;

11/16/11: a motion for judgment of acquittal or for a new trial in connection with our client's federal court conviction for making false statements to a federal official, United

States v. Acosta, No. Dist. No. CR-11-00182 CRB;

\*11/17/11: an amended opening brief in the Ninth Circuit Court of Appeals challenging a district court order and judgment denying habeas relief in connection with our client's state court convictions for the murder of three family members, for which he was sentenced to a term of life without the possibility of parole, Ewell v. Scribner, Eastern Dist. No. 06-186;

11/30/11: a reply in support of the Ninth Circuit motion for release on bail pending appeal in the Namvar matter, *supra*;

12/6/11: a reply in support of defendant's memorandum in support of defendants' proposed preliminary jury instructions on the elements of the offense in the AUO matter, supra;

12/7/11: an opposition to the government's motion in limine seeking admission of statements under the co-conspirator statement exception to the hearsay rule in the AUO matter, supra;

12/7/11: a response to the government's motion seeking admission of certain documents and statements as party admissions and other exceptions to the hearsay rule in the AUO matter;

12/9/11: responses to six government motions in limine in the AUO matter, supra;

12/15/11: a Supreme Court petition for a writ of certiorari to the California Supreme Court challenging its order affirming our client's conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, People v. Spector, Ca. Supreme Court No. 193961;

12/16/11: a petition for rehearing as to a Ninth Circuit decision affirming our client's federal court convictions for conspiracy, interstate transportation of stolen property, and unlawful structuring, United States v. Swaid, Ninth Cir. No. 09-10432;

1/6/12: an opposition to the state's opening brief in the California Supreme Court that addresses the interpretation of plea agreements under California law and that responds to the Ninth Circuit's order, following the state's Ninth Circuit appeal of a federal district court order ruling that, pursuant to his state plea agreement, our client was not required to register as a sex offender in California, Doe v. Harris, Ca. Supreme Court No. 191948;

1/13/12:  a petition for review in the California Supreme Court challenging the Court of Appeal's published decision affirming our client's state court conviction for first degree murder, <u>People v. Kovacich</u>, Third App. Dist. No. C061778;

1/31/12: a motion for bail pending re-sentencing following a Ninth Circuit decision as to our client's conviction in the federal district court for violating a prisoner's civil rights through use of force, <u>United States v. McGowan</u>, Central Dist. No. CR 07-113 ODW;

2/8/12: a reply in support of a petition for rehearing as to a Ninth Circuit decision affirming our client's federal court convictions for conspiracy, interstate transportation of stolen property, and unlawful structuring, <u>United States v. Swaid</u>, Ninth Cir. No. 09-10432;

2/15/12: a reply supporting a motion for bail pending re-sentencing following a Ninth Circuit decision as to our client's conviction in the federal district court for violating a prisoner's civil rights through use of force, <u>United States v. McGowan</u>, Central Dist. No. CR 07-113 ODW;

*2/27/12: an extensive federal petition for a writ of habeas corpus challenging our client's state court conviction for second degree murder arising out of a fatal dog mauling, <u>People v. Knoller</u>, First App. Dist. No. A123272;

*3/5/12: a reply in support of a Ninth Circuit appeal challenging a district court order and judgment denying habeas relief in connection with our client's state court convictions for the murder of three family members, for which he was sentenced to a term of life without the possibility of parole, <u>Ewell v. Scribner</u>, Ninth Cir. No. 11-15388;

*3/14/12: a traverse in support of a federal petition for a writ of habeas corpus challenging our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, <u>People v. Bui</u>, No. Dist. No. CV 11-03167-SI;

3/16/12: a reply supporting a motion for bail pending re-sentencing following a Ninth Circuit decision as to our client's conviction in the federal district court for violating a prisoner's civil rights through use of force, <u>United States v. McGowan</u>, Central Dist. No. CR 07-113 ODW;

3/16/12: a renewed motion for a new trial in the <u>McGowan</u> matter;

3/29/12: an opening brief in support of a Ninth Circuit appeal challenging our client's

federal court convictions for conspiracy based on immigration fraud, <u>United States v. Sekhon, et al.</u>, Ninth Cir. No. 10-10485;

4/2/12: a reply in support of a motion for a new trial as to our client's conviction in the federal district court for violating a prisoner's civil rights through use of force, <u>United States v. McGowan</u>, Central Dist. No. CR 07-113 ODW;

4/2/12: a sentencing memorandum in the <u>McGowan</u> matter;

*4/4/12: a motion for summary reversal and remand in the Ninth Circuit Court of Appeals as to our client's federal court conviction for  use of interstate commerce facilities in commission of murder for hire, use of explosive material to commit a felony, and related offenses, <u>United States v. Steele</u>, Ninth Cir. No. 12-30005;

4/5/12: an opening brief in support of a Ninth Circuit appeal challenging our client's federal convictions on multiple counts of wire fraud in connection with various real estate transactions, <u>United States v. Namvar</u>, Ninth Cir. No. 11-50447;

*4/9/12: a petition for rehearing in the California Court of Appeal as to its decision affirming our client's conviction for the murder of her infant daughter and attempted murder of her young son, raising complex issues concerning the standard state insanity instructions,  <u>People v. Woo</u>, First App. Dist. No. A127153;

4/16/12: a response to the state's objections to a federal magistrate's report in a habeas matter recommending that the district court vacate our client's state court conviction for first degree murder, <u>Smith v. Lopez</u>, Central Dist. No. CV 11-1076 ODW MRW;

*4/23/12: an opening brief in the Ninth Circuit Court of Appeals challenging the district court's denial of habeas relief as to our client's state court convictions for kidnaping and related firearm offenses, <u>Vasquez v. Felker</u>, Ninth Cir. No. 11-17722;

4/23/12: an extensive motion for a judgment of acquittal or, alternatively, for a new trial in connection with our client's district court conviction for conspiracy to violate the Sherman Anti-Trust Act, <u>United States v. AU Optronics, et al.</u>, No. Dist. No. CR 09-0110 SI;

*5/2/12: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's conviction for the murder of her infant daughter and attempted murder of her young son, raising complex issues concerning the standard state insanity instructions, <u>People v. Woo</u>, First App. Dist. No. A127153;

5/3/12: an opening brief in the Ninth Circuit Court of Appeals challenging our client's conviction for obstruction of justice in connection with his statements before a federal grand jury, United States v. Bonds, Ninth Cir. No. 11-10669;

*5/7/12: a reply in support of a motion for summary reversal and remand in the Ninth Circuit Court of Appeals as to our client's federal court conviction for use of interstate commerce facilities in commission of murder for hire, use of explosive material to commit a felony, and related offenses, United States v. Steele, Ninth Cir. No. 12-30005;

5/8/12: a motion for release on bail pending appeal of our client's conviction in the federal district court for violating a prisoner's civil rights through use of force, United States v. McGowan, Central Dist. No. CR 07-113 MMM;

5/18/12: a district court motion for release on bail pending appeal of our client's federal court convictions for conspiracy based on immigration fraud, United States v. Sekhon, et al., East. Dist. No. CR 06-00058 JAM (Ninth Cir. No. 10-10485);

5/11/12: a reply in support of an extensive motion for a judgment of acquittal or, alternatively, for a new trial in connection with our client's district court conviction for conspiracy to violate the Sherman Anti-Trust Act, United States v. AU Optronics, et al., No. Dist. No. CR 09-0110 SI;

5/16/12: motions in limine in connection with our client's federal district court trial for alleged false statements to a government official, United States v. Acosta, No. Dist. No. CR 11-00182 CRB;

5/18/12: an amended opening brief in support of a Ninth Circuit appeal challenging our client's federal court convictions for conspiracy based on immigration fraud, United States v. Sekhon, et al., Ninth Cir. No. 10-10485;

5/21/12: a motion for release on bail pending the government's appeal of a district court order and judgment granting our client habeas relief from his state court conviction for first degree murder, Smith v. Lopez, Central Dist. No. CV 11-1076 ODW MRW;

5/22/12: a reply in support of a motion for release on bail pending appeal of our client's conviction in the federal district court for violating a prisoner's civil rights through use of force, United States v. McGowan, Central Dist. No. CR 07-113 MMM;

5/25/12: reply memoranda in support of our motions in limine in connection with our

client's federal district court trial for alleged false statements to a government official, United States v. Acosta, No. Dist. No. CR 11-00182 CRB;

6/1/12: a reply in support of a district court motion for release on bail pending appeal of our client's federal court convictions for conspiracy based on immigration fraud, United States v. Sekhon, et al., East. Dist. No. CR 06-00058 JAM (Ninth Cir. No. 10-10485);

6/11/12: a Ninth Circuit motion for release on bail pending appeal from our client's conviction in the federal district court for violating a prisoner's civil rights through use of force, United States v. McGowan, Ninth Cir. No. 12-50182;

6/13/12: a reply supporting a motion for release on bail pending the government's appeal of a district court order and judgment granting our client habeas relief from his state court conviction for first degree murder, Smith v. Lopez, Central Dist. No. CV 11-1076 ODW MRW;

6/14/12: an extensive federal petition for a writ of habeas corpus challenging our client's state court conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, Spector v. Diaz, Central Dist. No. CV-05288-SJO-PLA;

6/27/12: an extensive state petition for a writ of habeas corpus challenging our client's conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, In Re Marcos Reis-Campos (prior First App. Dist. No. A120888);

6/28/12: an extensive federal petition for a writ of habeas corpus filed in the Northern District of California in the Reis-Campos matter, Reis-Campos v. Bittner, No. Dist. No. 3:12-cv-03369-SI;

7/2/12: a reply in support of a Ninth Circuit motion for release on bail pending appeal of our client's conviction in the federal district court for violating a prisoner's civil rights through use of force, United States v. McGowan, Ninth Cir. No. 12-50182;

7/3/12: a third brief on cross-appeal in the Ninth Circuit Court of Appeals challenging our client's federal court convictions for wire fraud and misbranding of a medication, United States v. Harkonen, Ninth Cir. No. 11-10209;

*7/12/12: supplemental briefing in support of a Ninth Circuit appeal from the federal court convictions of our client, the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, for conspiracy, mail fraud, and bribery, United States v.

Villagomez, et al., Ninth Cir. No. 09-10335;

7/19/12: a motion for a certificate of appealability as to the district court's order and judgment denying our petition for federal habeas relief in connection with our client's state court conviction for first degree murder, Phan v. Haviland, Ninth Circuit No. 12-16586;

7/23/12: a petition for review in the California Supreme Court challenging the Court of Appeal's decision affirming our client's state court convictions for sexual assault, People v. Steinway, Third App. Dist. No C057907;

*7/25/12: a response to a motion to dismiss a federal petition for a writ of habeas corpus in connection with our client's state court conviction for second degree murder arising out of a fatal dog mauling, Knoller v. Miller, Northern Dist. No. C 12-00996 WHA;

8/6/12: a reply in support of a Ninth Circuit appeal challenging our client's federal convictions on multiple counts of wire fraud in connection with various real estate transactions, United States v. Namvar, Ninth Cir. No. 11-50447;

8/15/12: a traverse and supporting memorandum in support of a petition for habeas relief challenging our client's state court conviction for attempted rape, State v. Newman, Idaho Dist. Ct. Case No. 1:11-cv-00520-LMB;
8/16/12: a reply in support of a Ninth Circuit appeal challenging our client's conviction for obstruction of justice in connection with his statements before a federal grand jury, United States v. Bonds, Ninth Cir. No. 11-10669;

8/21/12: an extensive motion to vacate the judgment and sentence under 18 U.S.C. section 2255 in connection with our client's district court convictions for violating a prisoner's civil rights through use of force, United States v. McGowan, Central Dist. No. CR 07-113 MMM;

*8/24/12: a reply in support of a Ninth Circuit appeal challenging the district court's denial of habeas relief as to our client's state court convictions for kidnaping and related firearm offenses, Vasquez v. Felker, Ninth Cir. No. 11-17722;

8/27/12: objections to the probation department's presentence report issued in connection with our client's district court conviction for conspiracy to violate the Sherman Anti-Trust Act after a lengthy jury trial, United States v. AU Optronics, et al., No. Dist. No. CR 09-0110 SI;

9/12/12: extensive sentencing memoranda in connection with our client's district court conviction for conspiracy to violate the Sherman Anti-Trust Act, United States v. AU Optronics, et al., No. Dist. No. CR 09-0110 SI;

9/17/12: an appellee's brief in response to the state of California's appeal from a district court order and judgment that granted our client habeas relief from his state court conviction for first degree murder, Smith v. Lopez, Ninth Cir. No.12-55860;

9/17/12: a response to the government's sentencing memorandum in connection with our client's district court conviction for conspiracy to violate the Sherman Anti-Trust Act, United States v. AU Optronics, et al., No. Dist. No. CR 09-0110 SI;

9/18/12: a motion for an order staying the sentence on appeal and permitting payment of criminal fine in installments in the AUO matter, *supra*;

*10/1/12: an extensive opening brief in the Ninth Circuit Court of Appeals challenging our client's federal court conviction for use of interstate commerce facilities in commission of murder for hire, use of explosive material to commit a felony, and related offenses, United States v. Steele, Ninth Cir. No. 12-30005;

10/22/12: a reply in support of a motion to vacate the judgment and sentence under 18 U.S.C. section 2255 in connection with our client's district court convictions for violating a prisoner's civil rights through use of force, United States v. McGowan, Central Dist. No. CR 07-113 MMM;

*10/26/12-11/5/12: extensive research and factual investigation concerning a potential civil RICO action against an internet site engaged in the possible extortion of sex registrants (potential plaintiffs) by means of demands for payment in return for removal of registrants' names from website;

[11/8/12: oral argument in support of a Ninth Circuit appeal challenging our client's federal convictions on multiple counts of wire fraud in connection with various real estate transaction s, United States v. Namvar, Ninth Cir. No. 11-50447;]

11/9/12: a traverse and extensive supporting memorandum in support of an extensive federal petition for a writ of habeas corpus challenging our client's state court conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, Spector v. Diaz, Central Dist. No. CV-05288-SJO-PLA;

11/26/12: [11/26/12: a medical board hearing scheduled for September 19, 2012, in

connection with our client's federal court convictions for wire fraud and misbranding of a medication, <u>United States v. Harkonen</u>, Ninth Cir. No. 11-10209;]

*11/29: a petition for a writ of certiorari in the United States Supreme Court challenging the Ninth Circuit Court of Appeal's decision affirming the denial of habeas relief to our client in connection with his state court convictions for the murder of three family members, for which he was sentenced to a term of life without the possibility of parole, <u>Ewell v. Scribner</u>, Ninth Cir. No. 11-15388;

12/10: a petition for review in the California Supreme Court in connection with state Court of Appeal's denial of an extensive state petition for a writ of habeas corpus challenging our client's conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, *In Re Marcos Reis-Campos* (prior First App. Dist. No. A120888);

*12/19: a traverse and extensive supporting memorandum in support of a federal petition for a writ of habeas corpus challenging our client's state court conviction for second degree murder arising out of a fatal dog mauling, *Knoller v. Miller*, Northern Dist. No. C 12-00996 WHA;

12/31/12: a memorandum in support of a motion on bail pending appeal in connection with our client's conviction for conspiracy to violate the Sherman Anti-Trust Act, *United States v. H.B. Chen*, Ninth Cir. Nos. 12-10493, 12-10560;

1/16/13: a motion to dismiss the indictment in a federal prosecution for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC;

*1/24/13: an extensive reply brief in support of an appeal in this Court challenging our client's federal court conviction for use of interstate commerce facilities in commission of murder for hire, use of explosive material to commit a felony, and related offenses, *United States v. Steele*, Ninth Cir. No. 12-30005;

2/4/13: an extensive opening brief on appeal challenging our client's district court conviction for conspiracy to violate the Sherman Anti-Trust Act, *United States v. AU Optronics, et al.*, Ninth Cir. No. 12-10500;

*2/6/13: an opening brief in support of a Ninth Circuit appeal challenging the district court's order and judgment denying federal habeas relief in connection with our client's

state court convictions for second degree murder and related firearm offenses resulting in a sentence of twenty five years to life in state prison, *Figueroa v. Virga*, Ninth Cir. No. 12-16819;

2/13/13: extensive pre-trial briefing in connection with our client's federal prosecution for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC;

2/13/13: oral argument in support of a Ninth Circuit appeal challenging our client's conviction for obstruction of justice in connection with his statements before a federal grand jury, *United States v. Bonds*, Ninth Cir. No. 11-10669;

*2/15/13: a petition for panel rehearing or rehearing en banc as to a Ninth Circuit decision affirming the federal court convictions of our client, the former Lieutenant Governor of the Commonwealth of the Northern Mariana Islands, for conspiracy, mail fraud, and bribery, *United States v. Villagomez, et al*., Ninth Cir. No. 09-10335;

2/19/13: a petition for rehearing en banc as to a Ninth Circuit decision affirming our client's federal convictions on multiple counts of wire fraud in connection with various real estate transactions, *United States v. Namvar*, Ninth Cir. No. 11-50447;

2/26/13: additional pre-trial briefing in the *Nosal* matter, *supra;*

3/6/13: a motion and extensive supporting memorandum under 28 U.S.C. section 2255 alleging ineffective assistance of counsel and seeking the resentencing of our client in connection with his district court convictions for conspiracy, bank fraud, and money laundering, *United States v. Ohayon,* No. Dist. No. CR10-105 CRB;
3/12/13: additional pre-trial briefing in connection with our client's federal prosecution for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC (trial scheduled to commence on April 8, 2013);

3/15/13: a petition for writ of administrative mandamus in the San Francisco Superior Court challenging the California Medical Board's order revoking the medical license of our client following his federal court convictions for wire fraud and misbranding of a medication in *United States v. Harkonen*, Ninth Cir. No. 11-10209;

4/3/13: oral argument in the California Supreme Court in connection with a question certified to that Court by the Ninth Circuit Court of Appeals, which in turn is considering

the state's appeal from a federal district court order holding that our client is not required to register as a sex offender in California, *Doe v. Harris*, Ca. Supreme Court No. 191948;

4/25/13: an opening brief on appeal challenging our client's state court convictions for entering a bank building with intent to commit check fraud and attempting to pass or use a false check, *People v. Weissman*, First App. Dist. No. A136785;

4/26/13: a petition for a writ of certiorari in connection with the Second Circuit Court of Appeal's opinion affirming our client's federal court convictions for conspiracy, tax evasion, false statements, and other offenses against the government, *United States v. Coplan, et al.*, 2d Cir. No. 10-593, opinion published at 703 F.3d 46 (2d Cir. 2012), United States Supreme Court No. 12-1299;

4/29/13: an amended federal petition for a writ of habeas corpus challenging our client's state conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, *Campos v. Biter*, No. Dist. No. CV 12 3369 SI;

5/9/13: a reply in support of our client's motion under 28 U.S.C. section 2255 alleging ineffective assistance of counsel and seeking the resentencing of our client in connection with his district court convictions for conspiracy, bank fraud, and money laundering, *United States v. Ohayon,* No. Dist. No. CR10-105 CRB;

5/13/13: a reply brief in support of a Ninth Circuit appeal challenging our client's district court conviction for conspiracy to violate the Sherman Anti-Trust Act, *United States v. AU Optronics, et al.*, Ninth Cir. No. 12-10500;

5/14/13: a petition for rehearing en banc as to a published Ninth Circuit Court of Appeal opinion affirming our client's convictions in the district court for offering material support to terrorists and making false statements, *United States v. Hayat*, Ninth Cir. No. 07-10457;

6/3/13: a reply brief in support of a Ninth Circuit appeal challenging the district court's order and judgment denying federal habeas relief in connection with our client's state court convictions for second degree murder and related firearm offenses resulting in a sentence of twenty five  years to life in state prison, *Figueroa v. Virga*, Ninth Cir. No. 12-16819;

6/14/13: extensive post-trial briefing, including a motion for a judgment of acquittal under Fed.R.Crim.P. 29 and a motion for a new trial under Fed.R.Crim.P. 33, in

connection with our client's district court conviction, following a jury trial, for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC;

6/19/13: a traverse in support of a federal petition for a writ of habeas corpus challenging our client's multiple state court convictions for sexual assault resulting in a sentence of twenty three years in state prison, *People v. Chan*, No. Dist. No. 5:11-cv-04413-LHK;

7/16/13: a reply in support of a petition for a writ of certiorari in connection with the Second Circuit Court of Appeal's opinion affirming our client's federal court convictions for conspiracy, tax evasion, false statements, and other offenses, *United States v. Coplan, et al.*, 2d Cir. No. 10-593, opinion published at 703 F.3d 46 (2d Cir. 2012), United States Supreme Court No. 12-1299;

7/23/13: a petition for a writ of certiorari in the United States Supreme Court as to a Ninth Circuit decision affirming our client's federal convictions on multiple counts of wire fraud in connection with various real estate transactions, *United States v. Namvar*, Ninth Cir. No. 11-50447;

7/26/13: extensive reply briefing in support of motions for a judgment of acquittal and for a new trial in connection with our client's district court conviction, following a jury trial, for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC;

8/14/03: an opening brief in the Ninth Circuit Court of Appeals challenging the district court's denial of habeas relief in connection with our client's state court conviction for first degree murder, *Lam v. Dickinson,* Ninth Cir. No. 12-16128;

8/15/13: a petition for panel rehearing or rehearing en banc as to a Ninth Circuit decision overruling a district court decision construing the terms of a plea bargain in a state sexual offense case so as to relieve our client of complying with certain post-offense registration requirements, *Doe v. Brown*, Ninth Cir. No. 09-17362;

8/16/13: a district court motion for release on bail pending appeal in connection with our client's conviction, following a jury trial, for conspiracy to violate the Sherman Anti-Trust Act, *United States v. Shiu Lung Leung*, Northern Dist. No. CR-09-0110 (SI);

8/26/13: a motion for a certificate of appealability as to the district court's order denying

our motion for relief under 28 U.S.C. section 2255 as to our client's district court convictions for violating a prisoner's civil rights through use of force, *United States v. McGowan*, Central Dist. No. CR 07-113 MMM;

8/27/13: a reply in support of a district court motion for release on bail pending appeal in connection with our client's conviction, following a jury trial, for conspiracy to violate the Sherman Anti-Trust Act, *United States v. Shiu Lung Leung*, Northern Dist. No. CR-09-0110 (SI);

9/6/13: an opening Ninth Circuit motion for release on bail pending appeal in the Leung matter, *United States v. Leung*, Ninth Cir. No. 13-10242;

9/11/13: an extensive federal petition for a federal writ of habeas corpus challenging our client's state court conviction for the murder of her infant daughter and attempted murder of her young son, *People v. Woo*, (CA First App. Dist. No. A127153);

9/20/13: a reply to the government's opposition to our motion for release on bail pending appeal in the *Leung* matter, *supra;*

10/2/13: an extensive sentencing memorandum in connection with our client's district court conviction, following a jury trial, for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC;

10/9/13: an opening brief in the Ninth Circuit Court of Appeals challenging the district court's denial of federal habeas relief in connection with our client's state court convictions for sexual assault, *Galvan v. Yates*, Ninth Cir. No. 12-16231;

10/25/13: a traverse and extensive supporting memorandum in support of a federal petition for a writ of habeas corpus challenging our client's state conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, *Campos v. Biter*, No. Dist. No. CV 12 3369 SI;

10/28/13: a petition for rehearing en banc as to a Ninth Circuit decision affirming our client's conviction for obstruction of justice in connection with his statements before a federal grand jury, *United States v. Bonds*, Ninth Cir. No. 11-10669;

11/4/13: a reply in support of an appeal challenging our client's state court convictions for entering a bank building with intent to commit check fraud and attempting to pass or use a false check, *People v. Weissman*, First App. Dist. No. A136785;

11/21/13: post-trial memorandum concerning possible jury misconduct and a sentencing memorandum in connection with our client's federal court convictions for placement of a destructive substance on an aircraft and several related offenses, *United States v. Ibrahim,* No. Dist. No. CR 11-0811 EMC;

12/9/13: a very extensive opening brief in support of a Ninth Circuit appeal challenging our client's district court conviction, following a jury trial, for conspiracy to violate the Sherman Anti-Trust Act, *United States v. Shiu Lung Leung*, Ninth Cir. No. 13-10242;

12/12/13: a petition for rehearing as to the Ninth Circuit's published decision affirming our client's federal court conviction for use of interstate commerce facilities in commission of murder for hire, use of explosive material to commit a felony, and related offenses, *United States v. Steele*, Ninth Cir. No. 12-30005;

12/16/13: an extensive opposition to a post-trial government memorandum concerning the loss calculation in connection with our client's district court conviction, following a jury trial, for conspiracy,  unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC;

12/16/13: an opposition to a post-trial government memorandum concerning restitution amounts purportedly owed by our client in the *Nosal* matter, *supra*;

12/20/13: an evidentiary hearing in connection with allegations of juror misconduct and bias in connection with our client's federal court convictions for placement of a destructive substance on an aircraft and several related offenses, *United States v. Ibrahim,* No. Dist. No. CR 11-0811 EMC;

1/2/14: a district court motion for release on bail pending appeal in connection with our client's conviction, following a jury trial, for conspiracy,  unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC;

1/6/14: a petition for a writ of certiorari in the United States Supreme Court as to a Ninth Circuit Ninth Circuit decision reversing a district court ruling that construed the terms of a plea bargain in a state sexual offense case so as to relieve our client of complying with certain post-offense registration requirements, *Doe v. Brown*, Ninth Cir. No. 09-17362;

1/10/14: an opening brief in support of a Ninth Circuit appeal challenging the district

court's denial of habeas relief in connection with our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, *Bui v. Hedgpeth*, Ninth Cir. No. 13-16502;

1/10/14: a reply in support of a petition for a writ of certiorari in the United States Supreme Court as to a Ninth Circuit decision affirming our client's federal convictions on multiple counts of wire fraud in connection with various real estate transactions, *United States v. Namvar*, Ninth Cir. No. 11-50447;

1/15/14: a supplemental memorandum in support of our client's motion for release on bail pending appeal in connection with his conviction, following a jury trial, for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC;

1/21/14: a reply in support of a Ninth Circuit appeal challenging our client's federal court convictions for conspiracy based on immigration fraud, *United States v. Sekhon, et al.*, Ninth Cir. No. 10-10485;

2/3/14: a motion for a certificate of appealability in the Ninth Circuit Court of Appeals as to the federal district court's final order and judgement denying habeas relief to our client in connection with his state court conviction for attempted rape, *Newman v. Wengler*, Ninth Cir. No. 13-36185 (Idaho Dist. Ct. Case No. 1:11-cv-00520-LMB);

2/5/14: a reply in support of our client's motion for release on bail pending appeal in connection with his conviction, following a jury trial, for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, No. Dist. No. CR-08- 0237-EMC;

2/7/14: a sentencing memorandum in connection with our client's federal court convictions, following a jury trial, for placement of a destructive substance on an aircraft and several related offenses, *United States v. Ibrahim,* No. Dist. No. CR 11-0811 EMC;

3/6/14: a motion for a certificate of appealability in the Ninth Circuit as to the district court's order denying our motion for relief under 28 U.S.C. section 2255 in connection with our client's district court convictions for violating a prisoner's civil rights through use of force, *United States v. McGowan*, Central Dist. No. CR 07-113 MMM;

3/17/14: a reply in support of a Ninth Circuit appeal challenging the district court's denial of federal habeas relief in connection with our client's state court convictions for sexual

assault, *Galvan v. Yates*, Ninth Cir. No. 12-16231;

3/17/14: an opening brief in support of a state court appeal challenging our client's state court conviction for causing injury to a child under circumstances likely to produce great bodily harm or death, resulting in a sentence of 12 years in prison, *People v. Colula*, First. Dist. No. A138407;

4/1/14: an appeal to the District Court for the Northern District of California from a judgment against our client in a federal bankruptcy proceedings, *In Re: San Jose Airport Hotel, LLC, DBA Holiday Inn San Jose & Mobedshahi Hotel Group,* No. Dist. No. CV 13-04634 EJD;

4/8/14: a reply in support of a Ninth Circuit appeal challenging our client's district court conviction, following a jury trial, for conspiracy to violate the Sherman Anti-Trust Act, *United States v. Shiu Lung Leung*, Ninth Cir. No. 13-10242;

4/28/14: an opposition to the government's motion to dismiss our client's Ninth Circuit appeal in connection with his federal conviction for mail fraud, *United States v. Foley,* Ninth Cir. Nos. 14-10055, 14-10056;

4/28/14: a reply in support of our client's Ninth Circuit motion for release on bail pending appeal in the *Foley* matter, *supra*;

4/30/14: a 120-page motion for relief under 28 U.S.C. §2255 in connection with our client's convictions in the district court for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

5-8-14: a sentencing memorandum in connection with our appointed client's federal court conviction, following a plea, for conspiracy to possess and distribute cocaine and methamphetamine, *United States v. Melei*, No. Dist. No. 3:13-cr-00327-CRB;

5-8-14: a reply in support of a Ninth Circuit appeal challenging the district court's denial of habeas relief in connection with our client's state court conviction for first degree murder, *Lam v. Dickinson,* Ninth Cir. No. 12-16128;

5-16-14: an extensive reply and related briefing in support of an appeal to the District Court for the Northern District of California from a judgment against our client in a federal bankruptcy proceeding, *In Re: San Jose Airport Hotel, LLC, DBA Holiday Inn San Jose & Mobedshahi Hotel Group,* No. Dist. No. CV 13-04634 EJD;

5-27-14: a court-ordered response to the state's petition for a writ of certiorari as to a district court order and judgment, affirmed by the Ninth Circuit, that granted our client habeas relief from his state court conviction for first degree murder, *Smith v. Lopez*, Ninth Cir. No.12-55860;

6-9-14: an extensive opening brief in support of an appeal challenging our client's state court convictions for fraud and related offenses arising out of an alleged real estate scheme and resulting in a prison term of twenty years, *People v. Shah,* First App. Dist. No. A138475;

6-9-14: an opening brief in support of an appointed appeal challenging our client's conviction on two counts of first degree murder with multiple enhancements resulting in a sentence of life without the possibility of parole plus 50 years, *People v. Wong*, First App. Dist. No. A137584;

6-10-14: an opening brief in support of a Ninth Circuit appeal challenging the federal district court's denial of habeas relief as to our client's state court conviction for attempted rape, *Newman v. Wengler*, Ninth Cir. No. 13-36185;

6-19-14: a traverse in support of an extensive federal petition for a federal writ of habeas corpus challenging our client's state court conviction for the murder of her infant daughter and attempted murder of her young son, *Woo v. Johnson*, Northern Dist. No. CV 13-4195 JSW;

7-3-14: a reply in support of a Ninth Circuit appeal challenging the district court's denial of habeas relief in connection with our client's multiple third-strike convictions for residential burglary resulting in a sentence of forty years to life in state prison, *Bui v. Hedgpeth*, Ninth Cir. No. 13-16502;

7-25-14: a statement in mitigation in connection with the California Medical Board's action to strip our client of his medical license in the wake of his federal court convictions for wire fraud and misbranding of a medication, *In the Matter of the Amended Accusation Against W. Scott Harkonen*, Medical Board Case No. 03 2008 191049;

7-30-14: an extensive petition for a writ of error coram nobis alleging ineffective assistance of counsel in connection with our client's federal court convictions for wire fraud and misbranding of a medication, *United States v. Harkonen*, No. Dist. No. 08-0164 MHP;

8-4-14: an extensive motion for a new trial in connection with our client's convictions for voluntary manslaughter, assault, and stalking, *People v. Littman*, Contra Costa Co. Sup. Ct. No. 130778-4;

8-8-14: a petition for panel rehearing and petition for rehearing en banc in connection with a Ninth Circuit decision affirming our client's federal court convictions for conspiracy based on immigration fraud, *United States v. Sekhon, et al.*, Ninth Cir. No. 10-10485;

8-11-14: a motion for a certificate of appealability in the Ninth Circuit Court of Appeals as to a federal district court order denying federal habeas relief in connection with our client's multiple state court convictions for sexual assault resulting in a sentence of twenty three years in state prison, *People v. Chan*, No. Dist. No. 5:11-cv-04413-LHK;

[8-11-14: the deposition of trial defense counsel in connection with a motion for relief under 28 U.S.C. §2255 as to our client's convictions in the district court for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;]

8-18-14: an opening brief in support of a Ninth Circuit appeal challenging our client's federal court conviction for mail fraud, *United States v. Foley*,  Ninth Cir. Nos. 14-10055, 14-10056;

8-25-14: a petition for panel rehearing and a petition for rehearing en banc in connection with a published Ninth Circuit decision affirming our client's district court conviction for violating the Sherman Anti-Trust Act, *United States v. AU Optronics, et al.*, No. Dist. No. CR 09-0110 SI;

8-28-14: a motion for reconsideration as to a Ninth Circuit order denying a motion for a certificate of appealability in connection with the district court's order denying our motion for relief under 28 U.S.C. section 2255 challenging our client's convictions for violating a prisoner's civil rights through use of force, *United States v. McGowan*, Central Dist. No. CR 07-113 MMM;

9-2-14: an extensive reply in support of a motion for a new trial in connection with our client's convictions for voluntary manslaughter, assault, and stalking, *People v. Littman*, Contra Costa Co. Sup. Ct. No. 130778-4;

9-4-14: a traverse in support of a motion for relief under 28 U.S.C. §2255 in connection with our client's convictions in the district court for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

9-5-14: a hearing on our motion for a new trial in connection with our client's convictions for voluntary manslaughter, assault, and stalking, *People v. Littman*, Contra Costa Co. Sup. Ct. No. 130778-4;

9-12-14: a sentencing hearing in the *Littman* matter, supra;

9-18-14: oral argument before an en banc panel of this Court on rehearing of a panel decision affirming our client's conviction for obstruction of justice in connection with his statements before a federal grand jury, *United States v. Bonds*, Ninth Cir. No. 11-10669;

9-22-14: an opening brief in connection with our client's state court conviction for first degree murder and related enhancements resulting in a sentence of 52 years to life in prison, *People v. Fitch*, First App. Dist. No. A139404;

9-29-14: a petition for a writ of habeas corpus in connection with our client's conviction for causing injury to a child under circumstances likely to produce great bodily harm or death, resulting in a sentence of 12 years' incarceration, *People v. Colula*, First. App. Dist. No. A138407;

10-3-14: a motion to dismiss certain counts of the indictment charging our client with various RICO violations, *United States v. Yee, et al.* (Leslie Yun), No. Dist. No. CR 14-0196 CRB;

10-7-14: an extensive motion for release on bail on appeal filed in the state Court of Appeal in connection with our client's conviction for voluntary manslaughter and assault, *People v. Littman*, Contra Costa Co. Sup. Ct. No. 130778-4;

10-7-14: a reply brief in support of a state court appeal challenging our client's conviction for causing injury to a child under circumstances likely to produce great bodily harm or death, resulting in a sentence of 12 years' incarceration, *People v. Colula*, First. App. Dist. No. A138407;

10-30-14: a reply brief in support of a Ninth Circuit appeal challenging the federal district court's denial of habeas relief as to our client's state court conviction for attempted rape, *Newman v. Wengler*, Ninth Cir. No. 13-36185;

11-5-14: a reply in support of a motion to dismiss certain counts of the indictment charging our client with various RICO violations, *United States v. Yee, et al.* (Leslie Yun), No. Dist. No. CR 14-0196 CRB;

11-12-14: an extensive motion for summary judgment in support of our motion for relief under 28 U.S.C. §2255 in connection with our client's convictions in the district court for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

11-20-14: an answering brief in the Ninth Circuit Court of Appeals in response to the state's appeal from a federal district court judgment granting habeas relief to our client in connection with his state court conviction for first degree murder, *Sifuentes v. Brazelton*, Ninth Cir. No. 13-17603;

11-21-14: a motion for a new trial in connection with our client's federal district court convictions for conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, West. Dist. Texas Criminal No. 1:13-CR- 346-SS;

11/25/14: a reply in support of a motion for release on bail on appeal filed in the state Court of Appeal in connection with our client's conviction for voluntary manslaughter and assault, *People v. Littman*, Contra Costa Co. Sup. Ct. No. 130778-4;

11/25/14: an opening brief in support of a Ninth Circuit appeal challenging our client's district court  conviction, following jury trial, for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, Ninth Cir. No. 14-10037;

12/3/14: a reply in support of a motion for a new trial in connection with our client's federal district court convictions for conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, West. Dist. Texas Criminal No. 1:13-CR- 346-SS;

12/3/14: Flood: Furthermore, our office and some of our computing equipment were damaged by significant flooding on the night of December 3, 2014.  That event has greatly interfered with our ability to prepare and produce briefing in our ongoing cases.

12/9/14: a reply brief in support of a petition for a writ of habeas corpus challenging our client's conviction for causing injury to a child under circumstances likely to produce great bodily harm or death, resulting in a sentence of 12 years' incarceration, *People v. Colula*, First. App. Dist. No. A138407;

12/15/14: a restitution brief in connection with our client's state court convictions for fraud and related offenses arising out of an alleged real estate scheme and resulting in a prison term of twenty years, *People v. Shah,* First App. Dist. No. A138475;

12/15/14: a reply in support of a Ninth Circuit appeal challenging our client's federal court conviction for mail fraud, *United States v. Foley*, Ninth Cir. Nos. 14-10055, 14-10056;

12/19/14: an opening brief in support of a Ninth Circuit appeal from the district court's denial of habeas relief as to our client's state court convictions for first degree murder, robbery, and related offenses, *Hunt v. Virga*, Ninth Cir. No. 13-56207;

1/14/15: a reply in support of an appointed appeal challenging our client's conviction on two counts of first degree murder with multiple enhancements resulting in a sentence of life without the possibility of parole plus 50 years, *People v. Wong*, First App. Dist. No. A137584;

1/15/15: briefing in support of an argument before the California Medical Board as to an administrative law judge's recommended discipline of our client following his conviction for wire fraud and misbranding of a medication, *In the Matter of the Amended Accusation Against W. Scott Harkonen*, Medical Board Case No. 03 2008 191049;

2/4/15: an opening brief in support of a Ninth Circuit appeal from the district court's denial of habeas relief as to our client's state court conviction for second degree murder arising out of a fatal dog mauling, *Knoller v. Miller*, Ninth Cir. No. 14-16449;

3/19/15: a reply brief in support of an appeal challenging our client's state court convictions for fraud and related offenses arising out of an alleged real estate scheme and resulting in a prison term of twenty years, *People v. Shah,* First App. Dist. No. A138475;

3/20/15: an 87-page reply in support of an extensive motion for summary judgment on our motion for relief under 28 U.S.C. §2255 as to our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

3/25/15: a motion for relief under 28 U.S.C. §2255 challenging our client's federal court convictions for conspiracy and securities fraud, *United States v. Whitman,* Southern Dist. of New York No. 12 Cr. 125 (JSR);

4/1/15: a motion for a judgment of acquittal or, alternatively, a new trial in connection

with our client's multiple felony convictions for sexual offenses involving a child, *People v. Cingoz*, Contra Costa Superior Court No. 05-140989-5;

4/2/15: an opposition to the state's motion to dismiss or, alternatively, strike portions of appellant's opening brief in a Ninth Circuit appeal from the district court's denial of habeas relief as to our client's state court convictions for first degree murder, robbery, and related offenses, *Hunt v. Virga*, Ninth Cir. No. 13-56207;

4/20/15: a reply brief in support of a Ninth Circuit appeal challenging our client's district court  conviction, following jury trial, for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, Ninth Cir. No. 14-10037;

4/20/15: a 38-page motion for a new trial challenging our client's felony conviction in the Sacramento Superior Court for child abduction (California Penal Code section 278.5), *People v. Nan-Hui Jo,* Sacramento Superior Court No. 14-3595;

4/20/15: a reply in support of an appeal challenging our client's state court conviction for first degree murder and related enhancements resulting in a sentence of 52 years to life in prison, *People v. Fitch*, First App. Dist. No. A139404;

4/28/15: a sentencing memorandum and objections to the presentence report in connection with our client's conviction for conspiracy to alter and adulterate a medical device, *United States v. Kaplan*, District of Nevada Case No. 2:13-cr-377-PMP-CWH;

4/30/15: a response to the government's sentencing memorandum in the *Kaplan* matter;

5/18/15: an opening brief challenging our client's state court convictions on two counts of rape by intoxication and one count of kidnaping, resulting in a sentence of life with the possibility of parole, *People v. Bath,* Sixth App. Dist. No. H041250;

5/21/15: an opening brief in support of a Ninth Circuit appeal from our client's convictions in the district court for economic espionage, conspiracy to commit theft of trade secrets, and related offenses, *United States v. Liew*, Ninth Cir. 14-10384;

5/28/15: a pre-trial motion challenging the showing of probable cause underlying a search warrant in connection with our client's indictment for commission of various RICO violations, *United States v. Yee, et al.* (Leslie Yun), No. Dist. No. CR 14-0196 CRB;

6/3/15: an amended petition for a writ of habeas corpus (on appointment by the district

court) challenging our client's state court conviction for second degree murder and a related firearm enhancement resulting in a sentence of 25 years to life, *Alford v. Knipp*, No. Dist. No. 14-cv-02904-JST;

6/5/15: an opening brief on appeal challenging our client's federal district court convictions for conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, Fifth Cir. No. 14-51012 (West. Dist. Texas Criminal No. 1:13-CR- 346-SS);

6/12/15: an extensive reply to the government's opposition to an extensive petition for a writ of error coram nobis alleging ineffective assistance of counsel in connection with our client's federal court convictions for wire fraud and misbranding of a medication, *United States v. Harkonen*, No. Dist. No. 08-0164 MHP;

6/23/15: a motion for release on bail pending issuance of the Court of Appeal's remittitur following our successful appeal of our client's sentence upon her conviction for causing injury to a child under circumstances likely to produce great bodily harm or death, *People v. Colula*, First. App. Dist. No. A138407;

6/29/15: a supplemental memorandum in support of a motion for a judgment of acquittal or, alternatively, a new trial in connection with our client's multiple felony convictions for sexual offenses involving a child, *People v. Cingoz*, Contra Costa Superior Court No. 05-140989-5;

7/1/15: an opening brief on appeal challenging our client's state court convictions for voluntary manslaughter, assault, and stalking, *People v. Littman*, First App. Dist. No. A143133;

7/2/15: objections to a federal magistrate's report and recommendation that habeas relief be denied as to our client's state court conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, *Spector v. Diaz*, Central Dist. No. CV-05288-SJO-PLA;

7/6/15: a motion for early termination of supervised release following our client's district court conviction for arson in connection with an alleged conspiracy involving the Earth Liberation Front, *United States v. Briana Waters*, Ninth Cir. No. 08-30222 (W.D. Wa. No. 3:05-05828-FDB-5);

7/16/15: a sentencing memorandum in connection with our client's convictions for murder and first degree murder following a partially successful motion for federal habeas

relief, *People v. Diep*, San Francisco Superior Court No. 157436;

7/28/15: a motion for an order authorizing foreign depositions in support of a motion for relief under 28 U.S.C. section 2255 as to our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

8/6/15: an opening brief in support of a Ninth Circuit appeal challenging the district court's denial of habeas relief as to our client's state conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, *Campos v. Biter*, Ninth Cir. No. 15-15683;

8/12/15: a motion for a certificate of appealability in the Ninth Circuit Court of Appeals as to the district court's denial of habeas relief in connection with our client's state court conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, *Spector v. Diaz*, Central Dist. No. CV-05288-SJO-PLA;

8/12/15: a motion for an order authorizing additional discovery in support of a motion for relief under 28 U.S.C. section 2255 as to our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

8/17/15: a supplemental sentencing memorandum in connection with our client's convictions for murder and first degree murder following a partially successful motion for federal habeas relief, *People v. Diep*, San Francisco Superior Court No. 157436;

8/21/15 (17[a] final date]: an opening brief on appeal challenging our client's convictions for an attempted lewd act upon a child  and related offenses, *People v. Severt*, First App. Dist. No. A143499;

8/24/15: an opening brief in support of a Ninth Circuit appeal challenging our client's federal district court conviction for conspiracy to alter and adulterate a medical device, *United States v. Kaplan*, Ninth Cir. No. 15-10241;

8/26/15: an opposition to a government motion for notice of an entrapment defense in connection with our client's prosecution for various RICO violations and related offenses, *United States v. Yee, et al.* (*Leslie Yun*), No. Dist. No. CR 14-0196 CRB;]

9/2/15: a supplemental sentencing memorandum following our successful appeal of our client's sentence upon her conviction for causing injury to a child under circumstances likely to produce great bodily harm or death, *People v. Colula*, First. App. Dist. No. A138407;

9/3/15: a reply in support of our discovery motions relating to a motion for relief under 28 U.S.C. section 2255 from our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

9/8/15: a motion for disclosure of a confidential informant's identity in the *Lee/Yun* matter, *supra*;

9/9/15: a motion for severance in the *Lee/Yun* matter, *supra*;

9/16/15: a reply in support of a motion for early termination of supervised release following our client's district court conviction for arson in connection with an alleged conspiracy involving the Earth Liberation Front, *United States v. Briana Waters*, Ninth Cir. No. 08-30222 (W.D. Wa. No. 3:05-05828-FDB-5);

9/22/15: a reply brief in support of an appeal challenging our client's federal district court convictions for conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, Fifth Cir. No. 14-51012 (West. Dist. Texas Criminal No. 1:13-CR- 346-SS);

9/23/15: a reply in support of a Ninth Circuit appeal from the district court's denial of habeas relief as to our client's state court conviction for second degree murder arising out of a fatal dog mauling, *Knoller v. Miller*, Ninth Cir. No. 14-16449;

10/2/15: an opening brief in an appointed appeal challenging our client's state court convictions for second degree murder and related firearm enhancements resulting in a sentence of twenty-five years to life in prison, *People v. Moore*, First App. Dist. No. FCR296760;

10/6/15: an opening brief on an appeal challenging our client's felony conviction in the Sacramento Superior Court for child abduction (California Penal Code section 278.5), *People v. Nan-Hui Jo,* Third App. Dist. No. C079280;

10/20/15: oral argument in support of a Ninth Circuit appeal challenging our client's district court  conviction, following jury trial, for conspiracy, unauthorized access to a

protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, Ninth Cir. No. 14-10037;

11/10/15: a traverse and memorandum in support of an amended petition for a writ of habeas corpus (on appointment by the district court) challenging our client's state court conviction for second degree murder and a related firearm enhancement resulting in a sentence of 25 years to life, *Alford v. Knipp*, No. Dist. No. 14-cv-02904-JST;

11/16/15: oral argument in support of a Ninth Circuit appeal from the district court's denial of habeas relief as to our client's state court conviction for second degree murder arising out of a fatal dog mauling, *Knoller v. Miller*, Ninth Cir. No. 14-16449;

11/30/15: a reply brief in support of an appeal challenging our client's state court convictions on two counts of rape by intoxication and one count of kidnaping, resulting in a sentence of life with the possibility of parole, *People v. Bath,* Sixth App. Dist. No. H041250;

12/3/15: oral argument in New Orleans, Louisiana in support of a Fifth Circuit appeal challenging our client's federal district court convictions for conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, Fifth Cir. No. 14-51012 (West. Dist. Texas Criminal No. 1:13-CR- 346-SS);

12/9/15: a petition for review in the California Supreme Court as to the Court of Appeal's decision affirming our client's state court conviction for first degree murder and related enhancements resulting in a sentence of 52 years to life in prison, *People v. Fitch*, First App. Dist. No. A139404;

1/7/16: a motion for release on bail pending an appeal challenging our client's federal court convictions for conspiracy and securities fraud, *United States v. Whitman,* Second Cir. No. 15-2686;

1/8/16: supplemental briefing in support of an amended petition for a writ of habeas corpus (on appointment by the district court) challenging our client's state court conviction for second degree murder and a related firearm enhancement resulting in a sentence of 25 years to life, *Alford v. Knipp*, No. Dist. No. 14-cv-02904-JST;

1/19/16: a reply in support of a Ninth Circuit appeal challenging our client's federal district court conviction for conspiracy to alter and adulterate a medical device resulting in a sentence of 48 months in prison, *United States v. Kaplan*, Ninth Cir. No. 15-10241;

1/22/16: a reply in support of a motion for release on bail pending an appeal challenging our client's federal court convictions for conspiracy and securities fraud, *United States v. Whitman,* Second Cir. No. 15-2686;

1/27/16: supplemental briefing in support of a motion for release on bail pending appeal in the *Whitman* matter, *supra*;

2/5/16: a substantial court-ordered response to the government's supplemental briefing opposing an amended petition for a writ of habeas corpus (on appointment by the district court) challenging our client's state court conviction for second degree murder and a related firearm enhancement resulting in a sentence of 25 years to life, *Alford v. Knipp*, No. Dist. No. 14-cv-02904-JST;

2/10/16: a reply in support of an appeal challenging our client's convictions for an attempted lewd act upon a child  and related offenses, *People v. Severt*, First App. Dist. No. A143499;

3/8/16: an opening brief in support of an appeal challenging our client's federal court convictions for conspiracy and securities fraud, *United States v. Whitman,* Second Cir. No. 15-2686;

3/14/16: a reply in support of an appeal challenging our client's state court convictions for voluntary manslaughter, assault, and stalking, *People v. Littman*, First App. Dist. No. A143133;

3/21/16: an 85-page opening brief in support of a Ninth Circuit appeal challenging the district court's denial of a petition for coram nobis alleging ineffective assistance of counsel in connection with our client's federal court convictions for wire fraud and misbranding of a medication, *United States v. Harkonen*, Ninth Cir. No. 15-16844;

3/28/16: a reply in support of a Ninth Circuit appeal from the district court's denial of habeas relief as to our client's state court convictions for first degree murder, robbery, and related offenses, *Hunt v. Virga*, Ninth Cir. No. 13-56207;

3/28/16: an opposition to a petition for rehearing of the Court of Appeal's decision reversing our client's federal district court convictions for conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, Fifth Cir. No. 14-51012 (West. Dist. Texas Criminal No. 1:13-CR- 346-SS);

3/28/16: a petition for rehearing en banc as to a Ninth Circuit decision affirming the

district court's denial of habeas relief in connection with our client's state court conviction for second degree murder arising out of a fatal dog mauling, *Knoller v. Miller*, Ninth Cir. No. 14-16449;

4/18/16: a petition for rehearing en banc as to a Ninth Circuit decision reversing a federal district court judgment granting habeas relief to our client in connection with his state court conviction for first degree murder, *Sifuentes v. Brazelton*, Ninth Cir. No. 13-17603;

4/19/16: oral argument in support of an appeal challenging our client's state court convictions for fraud and related offenses arising out of an alleged real estate scheme and resulting in a prison term of twenty years, *People v. Shah,* First App. Dist. No. A138475;

4/22/16: an opening brief in support of an appeal challenging our client's multiple felony convictions for sexual offenses involving a child, *People v. Cingoz*, First App. Dist. No. A146096;

4/29/16: extensive objections to the magistrates findings and recommendation denying a motion for summary judgment as to our client's motion for relief under 28 U.S.C. section 2255 from his federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

5/9/16: a sentencing memorandum in connection with our appointed client's federal court convictions for distribution of marijuana and entering an airport area in violation of security requirements, *United States v. Session*, No. Dist. No. CR00290-006 PJH; 5/12/16: a reply in support of an appeal challenging our client's felony conviction in the Sacramento Superior Court for child abduction (California Penal Code section 278.5), *People v. Nan-Hui Jo,* Third App. Dist. No. C079280;

6/3/16: supplemental briefing in support of an appeal challenging our client's state court convictions for fraud and related offenses arising out of an alleged real estate scheme and resulting in a prison term of twenty years, *People v. Shah,* First App. Dist. No. A138475;

6/9/16: a reply in support of an appointed appeal challenging our client's state court convictions for second degree murder and related firearm enhancements resulting in a sentence of twenty-five years to life in prison, *People v. Moore*, First App. Dist. No. FCR296760;

6/13/16: a motion to dismiss an Information alleging our client's violation of the federal Computer Fraud and Abuse Act, *United States v. Zeng*, Northern Dist. No. CR-3-15-

71060;

*6/15/16: oral argument in support of a Ninth Circuit appeal challenging the district court's denial of habeas relief as to our client's state conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, *Campos v. Biter*, Ninth Cir. No. 15-15683;

7/5/16: a reply brief in support of an appeal challenging our client's federal court convictions for conspiracy and securities fraud, *United States v. Whitman,* Second Cir. No. 15-2686;

7/8/16: a reply brief in support of a Ninth Circuit appeal from our client's convictions in the district court for economic espionage, conspiracy to commit theft of trade secrets, and related offenses, *United States v. Liew*, Ninth Cir. 14-10384;

7/14/16: oral argument in support of an appeal challenging our client's state court convictions on two counts of rape by intoxication and one count of kidnaping, resulting in a sentence of life with the possibility of parole, *People v. Bath,* Sixth App. Dist. No. H041250;

7/19/16: oral argument in support of a Ninth Circuit appeal challenging our client's federal district court conviction for conspiracy to alter and adulterate a medical device resulting in a sentence of 48 months in prison, *United States v. Kaplan*, Ninth Cir. No. 15-10241;

8/17/16: a petition for review in the California Supreme Court as to an appellate decision affirming our client's state court convictions for fraud and related offenses arising out of an alleged real estate scheme and resulting in a prison term of twenty years, *People v. Shah*, First App. Dist. No. A138475;

8/17/16: an extensive petition for a writ of habeas corpus in the California Court of Appeal challenging our client's convictions in the *Shah* matter, *supra;*

8/18/16: a petition for rehearing as to a published Ninth Circuit decision affirming our client's district court conviction, following a jury trial, for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, Ninth Cir. No. 14-10037;

8/22/16: a petition for rehearing as to a Court of Appeal decision affirming our client's state court convictions on two counts of rape by intoxication and one count of kidnaping,

resulting in a sentence of life with the possibility of parole, *People v. Bath,* Sixth App. Dist. No. H041250;

8/24/16: an opposition to the government's motion for reconsideration of a district court order granting habeas relief and our client's release in connection with his state court conviction for second degree murder and a related firearm enhancement resulting in a sentence of 25 years to life, *Alford v. Knipp*, No. Dist. No. 14-cv-02904-JST;

9-14-16: a petition for review in the California Supreme Court challenging the Court of Appeal's order and judgment affirming our client's state court convictions on two counts of rape by intoxication and one count of kidnaping, resulting in a sentence of life with the possibility of parole, *People v. Bath,* Sixth App. Dist. No. H041250;

9-20-16: oral argument in support of an appeal challenging our client's state court convictions for voluntary manslaughter, assault, and stalking, *People v. Littman*, First App. Dist. No. A143133;

9-21-16: a petition for rehearing en banc as to a published Ninth Circuit decision affirming the district court's denial of habeas relief as to our client's state conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, *Campos v. Biter*, Ninth Cir. No. 15-15683;

9-22-16: a motion to dismiss a Superseding Information alleging our client's violation of the federal Computer Fraud and Abuse Act, *United States v. Zeng*, Northern Dist. No. CR-3-15-71060;

9-30-16: a petition for rehearing en banc as to a published Ninth Circuit decision affirming our client's federal district court conviction for conspiracy to alter and adulterate a medical device resulting in a sentence of 48 months in prison, *United States v. Kaplan*, Ninth Cir. No. 15-10241;

10-5-16: a Ninth Circuit motion for release on bail pending appeal in connection with our client's federal district court conviction for conspiracy to alter and adulterate a medical device resulting in a sentence of 48 months in prison, *United States v. Kaplan*, Ninth Cir. No. 15-10241;

10-6-16: oral argument in support of a Second Circuit appeal challenging our client's federal court convictions for conspiracy and securities fraud, *United States v. Whitman,* Second Cir. No. 15-2686;

10-7-16: a petition for a writ of certiorari in the United States Supreme Court challenging a Ninth Circuit decision reversing a federal district court judgment granting habeas relief to our client in connection with his state court conviction for first degree murder, *Sifuentes v. Brazelton*, Ninth Cir. No. 13-17603;

10-11-16: a response to the government's second petition for rehearing of the Court of Appeal's decision reversing our client's federal district court convictions for conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, Fifth Cir. No. 14-51012 (West. Dist. Texas Criminal No. 1:13-CR- 346-SS);

10-26-16: an opening brief challenging a state superior court's order denying a petition for a writ of error coram nobis that sought a declaration of factual innocence as to an offense for which our client was arrested but never tried or convicted, *In the Matter of Robert Joseph Forest v. California*, First. App. Dist. No. A148330;

10-26-16: a reply to the government's opposition to a motion to dismiss a Superseding Information alleging our client's violation of the federal Computer Fraud and Abuse Act, *United States v. Zeng*, Northern Dist. No. CR-3-15-71060;

11-2-16: a reply brief in support of an appeal challenging our client's multiple felony convictions for sexual offenses involving a child, *People v. Cingoz*, First App. Dist. No. A146096;

11-4-16: a reply in support of an extensive petition for a writ of habeas corpus in the California Court of Appeal challenging our client's convictions for fraud and related offenses arising out of an alleged real estate scheme and resulting in a prison term of twenty years, *People v. Shah*, First App. Dist. No. A149058;

11-16-16: oral argument in support of a Ninth Circuit appeal challenging our client's district court convictions for economic espionage, conspiracy to commit theft of trade secrets, and related offenses, *United States v. Liew*, Ninth Cir. 14-10384;

11-17-16: oral argument in support of an appointed appeal challenging our client's state court convictions for second degree murder and related firearm enhancements resulting in a sentence of twenty-five years to life in prison, *People v. Moore*, First App. Dist. No. FCR296760;

11-23-16: a petition for a writ of certiorari in the United States Supreme Court in connection with the Ninth Circuit's denial of a motion for a certificate of appealability as

to the district court's denial of habeas relief, where the underlying petition challenged our client's state court conviction for second degree murder and a related enhancement in the Los Angeles County Superior Court, *Spector v. Diaz*, Central Dist. No. CV-05288-SJO-PLA;

11-29-16: an opening brief in support of an appeal to the Alameda Superior Court challenging the Alameda County Superior Court's order denying a petition that sought a declaration of factual innocence as to an offense for which our client was arrested but never tried or convicted, *In re Yintao Yu*, Alameda Sup. Ct. Appellate No. 5823;

12-2-16: a brief on the issue of damages in the federal bankruptcy court following a successful appeal from an adverse bankruptcy court judgment to the District Court for the Northern District of California, *In Re: San Jose Airport Hotel, LLC, DBA Holiday Inn San Jose & Mobedshahi Hotel Group,* A.P. Case No. 11-05236 SLJ (No. Dist. No. CV 13-04634 EJD);

12-7-16: appearing and participating in a preliminary hearing in connection with a criminal complaint alleging our client's commission of grand theft and identity fraud, *People v. Edwards*, Alameda Sup. Ct. No. 154192-8;

12-12-16: supplemental briefing in the federal bankruptcy court on the issue of damages following a successful appeal from an adverse bankruptcy court judgment to the District Court for the Northern District of California, *In Re: San Jose Airport Hotel, LLC, DBA Holiday Inn San Jose & Mobedshahi Hotel Group,* A.P. Case No. 11-05236 SLJ (No. Dist. No. CV 13-04634 EJD);

12-13-16: oral argument in the federal bankruptcy court addressing the unresolved issue of damages in the *In Re: San Jose Airport Hotel* matter, supra;

12-14-16: a reply in support of a Ninth Circuit appeal challenging the district court's denial of a petition for coram nobis alleging ineffective assistance of counsel in connection with our client's federal court convictions for wire fraud and misbranding of a medication, *United States v. Harkonen*, Ninth Cir. No. 15-16844;

1-11-17: a request for an evidentiary hearing and related memorandum in connection with a 28 U.S.C. §2255 proceeding that challenges our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

1-17-17: a petition for review in the California Supreme Court as to the Court of

Appeal's decision affirming out client's state court convictions for voluntary manslaughter, assault, and stalking, *People v. Littman*, First App. Dist. No. A143133;

1-17-17: an extensive motion for a new trial in connection with our client's federal court convictions for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota, et al.*, Northern Dist. No. 5:15-cr-00264-LHK-1;

1-25-17: a petition for review as to the Court of Appeal's decision affirming our client's state court convictions for second degree murder and related firearm enhancements resulting in a sentence of twenty-five years to life in prison, *People v. Moore*, First App. Dist. No. FCR296760;

2-23-17: a petition for a writ of certiorari in the United States Supreme Court as to a published Ninth Circuit decision affirming the district court's denial of habeas relief as to our client's state conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, *Campos v. Biter*, Ninth Cir. No. 15-15683;

2-23-17: a petition for a writ of certiorari in the United States Supreme Court as to a published Ninth Circuit decision affirming our client's federal district court conviction for conspiracy to alter and adulterate a medical device resulting in a sentence of 48 months in prison, *United States v. Kaplan*, Ninth Cir. No. 15-10241;

2-28-17: a reply in support of a motion for a new trial in connection with our client's federal court convictions for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota, et al.*, Northern Dist. No. 5:15-cr-00264-LHK-1;

3-6-17: a reply in support of a request for an evidentiary hearing in a 28 U.S.C. §2255 proceeding that challenges our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB;

3-9-17: an answer to the state's appeal from an order dismissing a criminal complaint alleging our client's commission of grand theft and identity fraud, *People v. Edwards*, Alameda Sup. Ct. No. 154192-8;

3-16-17: a reply in support of an appeal to the Alameda Superior Court challenging the Alameda County Superior Court's order denying a petition that sought a declaration of factual innocence as to an offense for which our client was arrested but never tried or convicted, *In re Yintao Yu*, Alameda Sup. Ct. Appellate No. 5823;

[3-22-16: an extensive motion in limine and proposed jury instructions in connection with our client's upcoming trial for allegedly conspiring to violate the Sherman Antitrust Act by means of bid-rigging at home foreclosure auctions, *United States v. Marr,* No. Dist. No. 4:14-00580 PJH;]

3-23-17: an answering brief in the Ninth Circuit Court of Appeals responding to the government's appeal from a district court order granting habeas relief to our client in connection with his state court conviction for second degree murder and a related firearm enhancement resulting in a sentence of 25 years to life, *Alford v. Knipp*, Ninth Cir. No. 16-16247;

4-5-17: a response to the government's notice of intent to introduce evidence under Fed.R.Evid. 404(b) in connection with our client's upcoming trial for allegedly conspiring to violate the Sherman Antitrust Act by means of bid-rigging at home foreclosure auctions, *United States v. Marr*, No. Dist. No. 4:14-00580 PJH;

4-18-17: an evidentiary hearing on allegations of jury misconduct in connection with our motion for a new trial following our client's federal court convictions for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota*, et al., Northern Dist. No. 5:15-cr-00264-LHK-1;

4-25-17: a reply brief in support of an appeal challenging a state superior court's order that denied a petition for a declaration of factual innocence as to an offense for which our client was arrested but never tried or convicted, *In the Matter of Robert Joseph Forest v. California*, First. App. Dist. No. A148330;

4-26-16: a hearing on the government's motion to dismiss certain counts of an Amended Information also alleging our client's violation of the federal Computer Fraud and Abuse Act, *United States v. Zeng*, Northern Dist. No. CR-3-15-71060;

5-2-17: an extensive sentencing memorandum following our client's federal court convictions for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota*, et al., Northern Dist. No. 5:15-cr-00264-LHK-1;

5-7-17: a petition for a writ of certiorari in the United States Supreme Court as to a published Ninth Circuit decision affirming our client's district court conviction, following a jury trial, for conspiracy, unauthorized access to a protected computer, misappropriation of trade secrets, and unauthorized receipt of trade secrets, *United States v. Nosal*, Ninth Cir. No. 14-10037;

5-4-17: a reply in support of a sentencing memorandum in connection with our client's federal court convictions for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota, et al.*, Northern Dist. No. 5:15-cr-00264-LHK-1;

5-8-17: a 40-page traverse in support of a motion for relief under 28 U.S.C. §2255 challenging our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

5-9-17: a lengthy preliminary sentencing hearing in connection with our client's federal court convictions for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota, et al.*, Northern Dist. No. 5:15-cr-00264-LHK-1;

5-15-17: oral argument in support of a Ninth Circuit appeal challenging the district court's denial of a petition for coram nobis alleging ineffective assistance of counsel in connection with our client's federal court convictions for wire fraud and misbranding of a medication, *United States v. Harkonen*, Ninth Cir. No. 15-16844;

5-19-17: a memorandum opposing the government's motion for forfeiture in connection with our client's federal court convictions for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota, et al.*, Northern Dist. No. 5:15-cr-00264-LHK-1;

6-14-17: a motion for a new trial in connection with our client's state court convictions for grand theft, securities fraud, and related offenses, *People v. Lamphere*, Solano Superior Court No. FCR287577;

6-16-17: a motion for release on bail pending appeal and addressing the government's restitution claim in connection with our client's federal court convictions for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota, et al.*, Northern Dist. No. 5:15-cr-00264-LHK-1;

6-20-17: a sentencing and forfeiture hearing in the *Shayota* matter;

6-26-17: a trial brief in connection with our client's upcoming trial for an alleged violation of the federal Computer Fraud and Abuse Act, *United States v. Zeng*, Northern Dist. No. CR-3-15-71060;

6-29-17: a motion for an order authorizing discovery in connection with our pending motion for relief under 28 U.S.C. §2255 challenging our client's federal district court

convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

6-30-17: a status conference in connection with an upcoming evidentiary hearing on our motion for relief under 28 U.S.C. §2255 challenging our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

7-6-17: participation in a two-day court trial involving our client's alleged violation of the federal Computer Fraud and Abuse Act, *United States v. Zeng*, Northern Dist. No. CR-3-15-71060;

7-10-17: two motions in limine in connection with our client's upcoming trial for conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, Fifth Cir. No. 14-51012 (West. Dist. Texas Criminal No. 1:13-CR- 346-SS);

7-19-17: a sentencing memorandum in connection with our client's conviction for conspiring to violate the Sherman Antitrust Act by means of bid-rigging at home foreclosure auctions, *United States v. Roemer*, No. Dist. No. 4:14-00228 PJH;

7-20-17: a reply in support of our motion for an order permitting discovery in connection with our motion for relief under 28 U.S.C. §2255 challenging our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

7-24-17: responses to pretrial motions in connection with our client's upcoming trial on federal charges of conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, West. Dist. Texas Criminal No. 1:13-CR- 346-SS;

7-26-17: a sentencing hearing of our client in the *Roemer* matter, *supra*;

7-28-17: a hearing in connection with our motion for relief under 28 U.S.C. §2255 challenging our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

7-28-17: proposed voir dire in connection with the upcoming trial of our client on federal charges of conspiracy to commit wire and securities fraud, wire fraud, securities fraud,

and false statements, *United States v. Baker*, West. Dist. Texas Criminal No. 1:13-CR-346-SS;

8-7-17: an expected four week trial of our client on federal charges of conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, West. Dist. Texas Criminal No. 1:13-CR- 346-SS;

8-16-17: a motion to sever counts in a multi-defendant case alleging a conspiracy to defraud the United States, false statements, and related offenses, *United States v. Worthen* (*Len Turner*), et al., 17-cr-0175-CRB;

8-25-17: a reply in support of a motion for a new trial in connection with our client's state court convictions for grand theft, securities fraud, and related offenses, *People v. Lamphere*, Solano Superior Court No. FCR287577;

8-28-17: a reply in support of our motion to sever counts in the *Turner* matter, *supra*;

9-15-17: an opening brief addressing the evidence adduced at our court trial on allegations that he violated the federal Computer Fraud and Abuse Act, *United States v. Zeng*, No. Dist. No. 4:16-cr-00172-JD;

9-18-17: a brief outlining our proposed witnesses and expected testimony in connection with an evidentiary hearing as to our motion for relief under 28 U.S.C. §2255 challenging our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

9-22-17: a reply brief in connection with the evidence adduced at client's court trial on allegations that he violated the federal Computer Fraud and Abuse Act, *United States v. Zeng*, No. Dist. No. 4:16-cr-00172-JD;

9-22-17: a post-trial motion for a judgment of acquittal following the conviction of client on federal charges of conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, West. Dist. Texas Criminal No. 1:13-CR- 346-SS;

10-2-17: a brief stating our objections to the government's proposed witnesses and evidence at an evidentiary hearing to be held in connection with our motion for relief under 28 U.S.C. §2255 challenging our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

10-4-17: a hearing on the parties' post-trial briefing following a court trial in connection with our client's alleged violation of the federal Computer Fraud and Abuse Act, *United States v. Zeng*, No. Dist. No. 4:16-cr-00172-JD;

10-6-17: a sentencing hearing in connection with our client's state court convictions for grand theft, securities fraud, and related offenses, *People v. Lamphere*, Solano Superior Court No. FCR287577;

10-10-17: oral argument in support of an appeal challenging a state superior court's order that denied a petition for a declaration of factual innocence as to an offense for which our client was arrested but never tried or convicted, *In the Matter of Robert Joseph Forest v. California*, First. App. Dist. No. A148330;

10-10-17: a response to the government's motion to disqualify defendant's lead counsel in the *Hayat* matter, *supra*;

10-11-17: a sentencing memorandum on behalf of our client, convicted of conspiring to violate the Sherman Antitrust Act by means of bid-rigging at home foreclosure auctions, *United States v. Marr,* No. Dist. No. 4:14-00580 PJH;

10-11-17: oral argument in the Ninth Circuit opposing the government's appeal of a district court order granting habeas relief to our client in connection with his state court conviction for second degree murder and a related firearm enhancement resulting in a sentence of 25 years to life, *Alford v. Knipp*, Ninth Cir. No. 16-16247;

10-17-17: a reply in support of our motion to compel responses to our authorized discovery requests in the *Hayat* matter, *supra*;

10-20-17: a reply to the government's motion to stay the Magistrate Judge's previous discovery order in the *Hayat* matter, *supra*;

10-23-17: a sentencing memorandum on behalf of a client convicted after a jury trial on federal charges of conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, West. Dist. Texas Criminal No. 1:13-CR- 346-SS;

11-2-17: a motion for disclosure of filings under the Classified Information Procedures Act and CIPA record to cleared counsel in the *Hayat* matter, *supra*;

11-3-17: a sentencing hearing in Austin Texas in the *Baker* matter, *supra*;

11-7-17: an opposition to the government's motion for reconsideration of the Magistrate judge's rulings granting petitioner's motion for leave to propound interrogatories in the *Hayat* matter, *supra*;

11-9-17: closing arguments following a trial on stipulated facts in a case involving our client's alleged violation of the federal Computer Fraud and Abuse Act, *United States v. Zeng*, No. Dist. No. 4:16-cr-00172-JD;

11-9-17: a petition for rehearing in connection with the Court of Appeal's decision affirming the denial of a petition for a declaration of factual innocence as to an offense for which our client was arrested but never tried or convicted, *In the Matter of Robert Joseph Forest v. California*, First. App. Dist. No. A148330;

11-13-17: a petition for review in the California Supreme Court as to a Court of Appeal affirming our client's felony conviction in the Sacramento Superior Court for child abduction (California Penal Code section 278.5), *People v. Nan-Hui Jo,* Third App. Dist. No. C079280;

11-17-17: a motion for an order motion for an order authorizing foreign depositions under Federal Rule of Criminal Procedure 15 in the *Hayat* matter, *supra*;

11-22-17: a reply in support of our motion for disclosure of filings under the Classified Information Procedures Act and CIPA record to cleared counsel in the *Hayat* matter, *supra*;

12-1-17: a reply in support of a sentencing memorandum following the conviction of our client for conspiring to violate the Sherman Antitrust Act by means of bid-rigging at home foreclosure auctions, *United States v. Marr,* No. Dist. No. 4:14-00580 PJH;

12-4-17: a petition for review in the California Supreme Court in connection with the Court of Appeal's decision affirming the denial of a petition for a declaration of factual innocence as to an offense for which our client was arrested but never tried or convicted, *In the Matter of Robert Joseph Forest v. California*, First. App. Dist. No. A148330;

12-5-17: an opening brief in support of a Ninth Circuit appeal challenging our client's federal court convictions, following a jury trial, for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota, et al.*, Northern Dist. No. 5:15-cr-00264-LHK-1;

12-7-17: a reply in support of our motion for an order motion for an order authorizing foreign depositions under Federal Rule of Criminal Procedure 15 in the *Hayat* matter, *supra*;

12-12-17: a sentencing memorandum on behalf of our client, convicted in federal court of fraudulent sale of cigarettes and related offenses, *United States v. Yee, et al. (Leslie Yun)*, No. Dist. No. CR 14-0196 CRB;

12-15-17: a reply in support of support of the sentencing memorandum in the *Yee (Leslie Yun)* matter, *supra;*

1-8-18: a sentencing hearing on behalf of our client, convicted in federal court of fraudulent sale of cigarettes and related offenses, *United States v. Yee, et al. (Leslie Yun)*, No. Dist. No. CR 14-0196 CRB;

1-16-18: a motion for release on bail pending appeal following our client's conviction for conspiring to violate the Sherman Antitrust Act by means of bid-rigging at home foreclosure auctions, *United States v. Marr, et al. (Casorso)*, No. Dist. No. 4:14-00580 PJH;

1-22-18: supplemental briefing relating to proposed witnesses and evidence at an upcoming evidentiary hearing on our client's motion for relief under 28 U.S.C. §2255 challenging our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

1-23-18: a federal petition for a writ of habeas corpus challenging our client's state court convictions on two counts of rape by intoxication and one count of kidnaping, resulting in a sentence of life with the possibility of parole, *Bath v. Muniz*, No. Dist. No. CV 18-508;

1-24-18: oral argument in support of an appeal from an approximately $55 million judgment in an insurance coverage and bad faith action involving nine construction defect and product liability lawsuits against our client's insured, *Victaulic v. American Home Assurance Company*, First App. Dist. No. A146617;

1-25-18: a petition for rehearing as to a Ninth Circuit decision reversing the district court's order granting habeas relief to our client in connection with his state court conviction for second degree murder and a related firearm enhancement resulting in a

sentence of 25 years to life, *Alford v. Knipp*, Ninth Cir. No. 16-16247;

1-29-18: a reply in support of our motion for our client's release on bail pending appeal in the *Marr (Casorso)* matter, *supra*;

1-29-18 to 2-1-18: an evidentiary in connection with our client's claim for relief under 28 U.S.C. §2255 challenging our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

1-31-18: a petition for rehearing as to a Ninth Circuit decision affirming the district court's denial of a petition for coram nobis alleging ineffective assistance of counsel in connection with our client's federal court convictions for wire fraud and misbranding of a medication, *United States v. Harkonen*, Ninth Cir. No. 15-16844;

2-5-18: continued evidentiary hearing proceedings in the *Hayat* matter, *supra*;

2-14-18 to 2-15-18: continued evidentiary hearing proceedings in the *Hayat* matter, *supra*;

2-17-18: a supplemental sentencing memorandum in connection with our client's convictions for fraud and related offenses arising out of an alleged real estate scheme, *People v. Shah*, San Francisco Superior Court No. 214619;

3-5-18: a status hearing in a multi-defendant case alleging a conspiracy to defraud the United States, false statements, and related offenses, *United States v. Worthen* (*Len Turner*), et al., 17-cr-0175-CRB;

3-20-18: oral argument in support of an appeal challenging our client's multiple felony convictions for sexual offenses involving a child, *People v. Cingoz*, First App. Dist. No. A146096;

3-20-18: a motion for a new trial challenging the felony conviction of our client, a San Francisco police officer, for offering a fraudulent document to a public office, *People v. Aslam*, San Francisco Sup. Ct. No. 16008164;

3-21-18: a sentencing hearing in connection with our client's conviction for conspiring to violate the Sherman Antitrust Act by means of bid-rigging at home foreclosure auctions, *United States v. Marr, et al.*, No. Dist. No. 4:14-00580 PJH;

3-28-18: a motion to dismiss a federal indictment alleging conspiracy to defraud the

United States, false statements, and related offenses, *United States v. Worthen* (*Len Turner*), et al., 17-cr-0175-CRB;

4-18-18: an extensive opening brief addressing evidence taken at an evidentiary hearing on our motion under 28 U.S.C. §2255 challenging our client's federal district court convictions for offering material support to terrorists and making false statements, *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB;

4-20-18: defendants' motion to sever defendants in a multi-defendant case alleging a conspiracy to defraud the United States, false statements, and related offenses, *United States v. Worthen* (*Len Turner*), et al., 17-cr-0175-CRB;
4-23-18: a reply in support of a Ninth Circuit appeal challenging our client's federal court convictions, following a jury trial, for conspiracy to traffic in counterfeit goods and related offenses, *United States v. Shayota, et al.*, Northern Dist. No. 5:15-cr- 00264-LHK-1;

4-26-18: a motion to modify sentencing conditions in connection with our client's convictions for fraud and related offenses arising out of an alleged real estate scheme and resulting in a prison term of twenty years, *People v. Shah*, San Francisco County Superior Court No. 214619 (First App. Dist. No. A149058);

4-27-18: an opposition to the government's motions in limine in a multi-defendant case alleging a conspiracy to defraud the United States, false statements, and related offenses, *United States v. Worthen (Len Turner), et al.*, 17-cr-0175-CRB;

4-27-18: a reply in support of a motion for a new trial challenging the felony conviction of our client, a San Francisco police officer, for offering a fraudulent document to a public office, *People v. Aslam*, San Francisco Sup. Ct. No. 16008164;

5-2-18 [order pending]: 4-2-18: an opening brief in support of an appeal challenging our client's state court convictions for grand theft, securities fraud, and related offenses, *People v. Lamphere*, First App. Dist. No. A152773;

5-2-18: proposed jury instructions in a multi-defendant case alleging a conspiracy to defraud the United States, false statements, and related offenses, *United States v. Worthen* (*Len Turner*), et al., 17-cr-0175-CRB;

5-11-18: further, court-ordered briefing in support of a motion for a new trial challenging the felony conviction of our client, a San Francisco police officer, for offering a fraudulent document to a public office, *People v. Aslam*, San Francisco Sup. Ct. No.

16008164;

5-14-18: a two to three week trial in a multi-defendant case alleging a conspiracy to defraud the United States, false statements, and related offenses, *United States v. Worthen* (*Len Turner*), et al., 17-cr-0175-CRB;

5-18-18: a traverse in support of a federal habeas petition challenging our client's state court convictions for fraud and related offenses arising out of an alleged real estate scheme and resulting in a prison term of twenty years, *Shah v. Fox,* Northern Dist. No. 17-cv- 06737-NC;

5-18-18: an opening brief challenging our client's convictions following a jury trial on charges of conspiracy to commit wire and securities fraud, wire fraud, securities fraud, and false statements, *United States v. Baker*, West. Dist. Texas Criminal No. 1:13-CR-346-SS [order pending];

5-25-18: a petition for a writ of habeas corpus based on new evidence and case law and challenging our client's state conviction for second degree murder and related gang and firearm enhancements resulting in a sentence of 50 years to life in state prison, *Reis-Campos v. Pfeiffer*, San Francisco Sup. Ct. No. (to be assigned).