HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Hamid Hayat

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-240 GEB |
| Plaintiff, | Motion to Terminate Office of the Federal Defender's Limited Representation of Hamid Hayat; Order |
| v. | |
| HAMID HAYAT, | Judge: Hon. Deborah Barnes |
| Defendant. | |

On October 10, 2017, the Court ordered certain discovery that implicated classified information. (ECF Doc. No. 649.) On October 13, 2017, the Court appointed the Office of the Federal Defender to represent petitioner Hamid Hayat "for the limited purpose of assisting petitioner's counsel in the CIPA-related discovery proceedings set out in the court's October 10, 2017 order." (ECF Doc. No. 654.) The Office of the Federal Defender assigned undersigned counsel – who has a security clearance – to the case.

The government subsequently sought reconsideration of the classified discovery order before the District Judge. (ECF Doc. No. 665.) Petitioner subsequently also sought access to additional classified discovery. (ECF Doc. No. 669.) The Court denied Petitioner's request for additional classified discovery. (ECF Doc. No. 684.) The District Judge later granted the government's motion for reconsideration of the classified discovery order. (ECF Doc. No. 686.) As a result, there was no classified discovery for undersigned counsel to review.

////

-1-

The parties have now fully briefed the merits of Petitioner's claims. The Office of the Federal Defender's "limited purpose" of appointment can no longer be served. Accordingly, the Office of the Federal Defender respectfully requests that its appointment be terminated. Should classified discovery become relevant at a future stage of the case, reappointment of cleared counsel would be appropriate.

Dated: July 11, 2018

Respectfully submitted,

SEAN RIORDAN

**/s/ Sean Riordan**
Sean Riordan

Attorney for Defendant
HAMID HAYAT

## **ORDER**

For the reasons stated in the accompanying motion, the Court terminates the Office of the Federal Defender's appointment in this case.

Dated: July 12, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/hayat fd wthdrw.or