SHAFFY MOEEL (CA Bar No. 238732)
MOEEL LAW OFFICE
1611 Telegraph Ave. Suite 806
Oakland, CA 94612
Telephone:  (415) 735-5021
Email:      shaffymoeel@gmail.com
*Counsel for Proposed Amicus Curiae*
*Center on Wrongful Convictions*

LAURA NIRIDER (IL Bar No. 6297299)
STEVEN A. DRIZIN (IL Bar No. 6193320)
Center on Wrongful Convictions
Northwestern University School of Law
375 East Chicago Ave., 8th Floor
Chicago, Illinois 60611
Telephone: (312) 503-8576
Facsimile: (312) 503-8977

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAMID HAYAT,<br><br>    Defendant. | CASE NO. CR-S-05-0240 GEB<br><br>**[PROPOSED] ORDER** |

Good cause appearing therefore,

IT IS HEREBY ORDERED that the amicus brief submitted by the Center on Wrongful Convictions be filed.

Dated: _____        _____

HONORABLE GARLAND E. BURRELL
United States District Court Judge