SAAD SWEILEM, ESQ. SBN 302916
Council on American-Islamic Relations-CA
1122 Del Paso Blvd,
Sacramento, CA, 95815
Telephone: 916-441-6269
Fax: 916-441-6271
Email: ssweilem@cair.com

Attorney for *Amicus Curiae*
Council on American-Islamic Relations,
California (CAIR-CA)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff,<br><br>    v.<br><br>HAMID HAYAT,<br><br>    Petitioner/Defendant. | CASE No. 05-cr-0240-GEB<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE FOR THE COUNCIL ON AMERICAN-ISLAMIC RELATIONS TO PARTICIPATE AS AMICUS CURAIE AND REQUEST FOR AN EXTENSION TO FILE AMICUS LETTER.**<br><br>**(EXPEDITED CONSIDERATION REQUESTED)**<br><br>**DEADLINE PENDING: May 13, 2019**<br><br>**PROPOSED EXTENSION: May 27, 2019**<br><br>Judge: Hon. Garland E. Burrell |

Applicant Council on American-Islamic Relations, California, "CAIR-CA", respectfully moves

this Court for leave to file the accompanying letter brief as *amicus curiae* pursuant to Federal

Rules of Appellate Procedure 29. Barring an extension of time, the deadline for filing an amicus

letter or brief under Rule 29 is May 13, 2019[1].  Thus, the proposed *amicus curiae* respectfully request an expedited consideration of this matter and a proposed extension of this deadline to May 27, 2019.

### I.   IDENTITY AND INTEREST OF PROPOSED AMICUS CURIAE

The proposed amicus, CAIR-CA, is a nonprofit organization that is dedicated to enhancing the understanding of Islam, protect civil rights and promote justice, and to be a leading advocate for justice and mutual understanding. CAIR-CA works to protect the rights of over 800,000 American Muslim constituents in California.

Through its *amicus* letter brief submission, CAIR-CA seeks to offer religious and cultural context about the "ta'wiz" prayer/supplication that was used against Mr. Hayat at trial, and the dangerous precedent created by criminalizing ordinary and culturally-situated acts of worship to be used against Muslim defendants in order to show a false propensity towards violence.

### II.  THE PROPOSED LETTER BRIEF EXPLAINS WHY THIS COURT SHOULD AFFIRM JUDGE BARNES' FINDING THAT THE FAILURE TO SECURE AN ISLAMIC EXPERT PREJUDICED PETITIONER

One of the vital pieces of evidence used to show petitioner Hamid Hayat's alleged intent to commit "jihad" was a "ta'wiz" he carried in his possession.  As the record amply establishes, this "ta'wiz" was an ordinary and common prayer or supplication, that is often carried by Muslims during their travels. It is a prayer, dating back to the Prophet Muhammad, that is made when Muslims travel for reasons that are completely unrelated to "jihad." The only intent that could be presumed by carrying this specific "ta'wiz" prayer, would be the intention of the person carrying the prayer to travel. Permitting the use of an ordinary and basic religious practice to be used as evidence against a defendant sets a dangerous precedent for Muslim Americans that their faith alone may be used against them to show a propensity for crime.

---

[1] Fed. R. Civ. P. 6(1)(A), if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

Allowing basic acts of faith to be misconstrued and weaponized against Muslim defendants puts millions of Americans at risk of losing their basic rights to fair criminal proceedings.

CAIR-CA routinely conducts trainings for law enforcement agencies throughout California, and has been retained as "Subject-Matter Experts" to consult on numerous Police Officer and Standard Training (POST) projects. CAIR-CA's role in this capacity has been to dispel misconceptions about common Islamic practices that are often incorrectly cited as indicators of extremism.  As proposed *amicus curiae* in this case,  CAIR-CA submits this brief to dispel the false notion that following basic cultural norms indicates an extremist mind, while also offering this Court assistance in understanding how these misconceptions were improperly exploited in this case.

**CONCLUSION**

CAIR-CA's extensive experience conducting law enforcement trainings to dispel false indicators of extremism, history of participation as subject-matter experts for law enforcement, and it's various publications highlighting the mischaracterization of basic Islamic practices, position CAIR-CA to provide important context for this court's consideration of the "ta'wiz" evidence used against Mr. Hayat at trial.

For these and other reasons set forth at greater length in the proposed letter brief, CAIR-CA respectfully requests permission to file their *amicus* letter brief in support of Petitioner's motion for relief under 28 U.S.C. §2255.  CAIR-CA also respectfully requests an expedited consideration of this matter and a proposed extension of this deadline to May 27, 2019.

Respectfully submitted on this 13th day of May, 2019.

**Council on American-Islamic Relations, California**

By: s/*Saad B. Sweilem*

Saad B. Sweilem
E:ssweilem@cair.com
T: 916-441-6269

3

1122 Del Paso Blvd,
Sacramento, CA, 95815
*Attorney for Amicus Curiae Council on American-Islamic Relations, California*