SAAD SWEILEM, ESQ. SBN 302916
Council on American-Islamic Relations-CA
1122 Del Paso Blvd,
Sacramento, CA, 95815
Telephone: 916-441-6269
Fax: 916-441-6271
Email: ssweilem@cair.com

Attorney for *Amicus Curiae*
Council on American-Islamic Relations,
California (CAIR-CA)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent/Plaintiff,<br><br>        v.<br><br>HAMID HAYAT,<br><br>            Petitioner/Defendant. | CASE No. 05-cr-0240-GEB<br><br>**Proposed Order**<br><br>Judge: Hon. Garland E. Burrell |

Good cause appearing therefore,

IT IS HEREBY ORDERED that an extension be granted and that the amicus brief submitted by

the Council On American-Islamic Relations, California be filed by May 27, 2019.

Date: _____          _____

                                   HONORABLE GARLAND E. BURRELL
                                   United States District Court Judge

1