UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff,<br><br>  v.<br><br>HAMID HAYAT,<br><br>    Petitioner/Defendant. | No. 2:05-cr-240-GEB<br><br>**ORDER DENYING MOTIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEFS AND MOTION FOR AN EXTENSION TO FILE AN AMICUS LETTER** |

        The Center on Wrongful Convictions ("CWC") and the Council on American-Islamic Relations, California, ("CAIR") (collectively, "amici") seek leave to file amicus curiae briefs in support of federal prisoner and petitioner Hamid Hayat's habeas corpus petition to vacate his convictions and his sentence under 28 U.S.C. § 2255. CWC Mot. at 1:1-2, ECF No. 748; CAIR Mot. at 1:21-24, ECF No. 749. CAIR also seeks an extension of the deadline to file its amicus letter or brief until May 27, 2019. CAIR Mot. at 2:2-3.

        "The district court has broad discretion to appoint amici curiae." Hoptowit v. Ray, 682 F.2d 1237, 1259 (9th Cir. 1982), abrogated on other grounds by Sandin v. Conner, 515 U.S. 472 (1995). Since the issues have been sufficiently briefed by the parties and have been addressed in the Magistrate Judge's proposed

1

findings and recommendations, the motions to file amicus curiae briefs are denied.

Dated: May 15, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge