# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT ON MOTION UNDER 28 USC 2255**

USA,

v.

CASE NO: **2:05–CR–00240–GEB–DB**

CASE NO: **2:14–CV–1073 GEB DB**

HAMID HAYAT, ET AL.,

_____

**Decision by the Court:**
The issues have been tried or heard in this case and IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 7/30/2019**

**Marianne Matherly**
Clerk of Court

ENTERED:  **July 30, 2019**

by:_ /s/  L. Reader _____
Deputy Clerk