# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | Request for Status Conference date in: United States v. Hamid Hayat, et al. 2:05-CR-00240-JAM | Date: | January 22, 2020 |
|---|---|---|---|
| To: | **Harry Vine, Courtroom Deputy to the Honorable John A. Mendez** | From: | **André M. Espinosa U.S. Attorney's Office Eastern District of California 501 I Street, Ste 10-100 Sacramento, California 95814 Telephone: (916) 554-2700 Fax: (916) 554-2900** |

The parties would like to request a Status Conference to be set for Tuesday, February 11, 2020 at 9:15AM.

The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

Please contact me at (916) 554-2724 if you have any questions.