McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-1092

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 2:05-CR-240-JAM-DB |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| HAMID HAYAT, | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys of record, and Defendant Hamid Hayat, by and through his counsel of record, hereby stipulate as follows:

1. On July 30, 2019, the Court entered an order vacating Hayat's conviction and sentence after finding that Hayat's privately-retained defense counsel, Wahzma Mojaddidi, provided him with Constitutionally ineffective representation during his 2006 criminal trial.

2. On or about August 9, 2019, the Court granted the parties' stipulation permitting Hayat's release from custody under conditions set forth in the Court's order. Hayat was released the same day.

3. At the parties' request, the Court scheduled a status conference for September 20, 2019. Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the Court excluded the following periods of

Stipulation for Continuance and to Exclude Time

1

time from the calculation of time within which a re-trial must commence: (i) between August 9, 2019, and September 20, 2019; (ii) between September 20, 2019, and November 22, 2019, (iii) between November 22, 2019, and December 20, 2019; and (iv) December 20, 2019, and January 17, 2020.

4. On December 19, 2019, this matter was reassigned to this Court and the January 17, 2020 hearing was vacated. At the parties' request, the Court scheduled a hearing on February 11, 2020. Time was not excluded.

5. The parties now agree and stipulate to reschedule that February 11, 2020 status conference to February 25, 2020, at 9:15am. Time is not excluded.

**IT IS SO STIPULATED.**

Dated: February 10, 2020
McGREGOR W. SCOTT
United States Attorney

By: /s/ ANDRÉ M. ESPINOSA
ANDRÉ M. ESPINOSA
ROGER YANG
Assistant United States Attorneys

Dated: February 10, 2020
RIORDAN & HORGAN

By: /s/ *DENNIS P. RIORDAN*
DENNIS P. RIORDAN
Counsel for Petitioner/Defendant

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference previously scheduled for February 11, 2020, is vacated and re-scheduled for February 25, 2020, at 9:15am.

**IT IS SO ORDERED.**

Dated: 2/10/2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Stipulation for Continuance and to Exclude Time

2