McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

JENNIFER E. LEVY
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-1092

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HAMID HAYAT,

    Defendant.

CASE NO. 2:05-CR-240-JAM-DB

**ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO DISMISS**

This matter is before the Court on the United States' unopposed motion to dismiss the indictment in this case. As set forth in that motion, the Court finds:

1. On July 30, 2019, the District Court entered an order vacating defendant Hamid Hayat's conviction and sentence, which the United States Court of Appeals for the Ninth Circuit had earlier affirmed. *See United States v. Hayat*, 710 F.3d 875 (9th Cir. 2013).

2. The District Court found that Hayat's privately-retained defense counsel, Wahzma Mojaddidi, provided him with Constitutionally ineffective representation during his 2006 criminal trial for providing material support to terrorists and making false statements to government officials between April 2003 and June 2005.

[Proposed] Order on Motion to Dismiss

1

3. On August 9, 2019, the District Court granted the parties' joint stipulation permitting Hayat's release from prison after approximately 14 years in custody.

4. The government now moves this Court to dismiss, in the interest of justice, the indictments in this case.

5. The defendant does not oppose the motion.

Accordingly, pursuant to the government's motion, in the interest of justice, and for good cause shown, it is hereby

ORDERED that, the indictments in this case shall be and are dismissed; and it is further

ORDERED that, status conference to address scheduling for a re-trial in this matter, currently scheduled for February 25, 2020, shall be and is vacated; and it is further

ORDERED that, release conditions imposed on the defendant as set forth in the District Court's August 9, 2019 Order shall be and are terminated.

**IT IS SO ORDERED.**

Date: February 18, 2020

HONORABLE JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE